# EXHIBIT A

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com
215-355-8000

07/31/2017

Client: 5260

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

Invoice:     3195

PROFESSIONAL SERVICES:

2,390.00

PREPARATION AND FILING OF INTERNAL
REVENUE SERVICE FORMS 8886, FOR TAX
YEARS 2013-2016 REQUIRED BY INTERNAL
REVENUE NOTICE 2016-66 FOR THE
COMPANIES PARTICIPATION IN
REINSURANCE ACTIVITIES WITH, AND
PREMIUM REMITTANCES INTO, STAR
REINSURANCE COMPANY LTD FOR
EXTENDED WARRANTY AND OTHER
AFTERSALE PRODUCTS ALLOWED UNDER
IRS TECHNICAL ADVICE MEMORANDUM
200453012.  AS WELL AS THE GATHERING
OF INFORMATION REQUIRED TO
COMPLETE THE REQUIRED FORMS.

Invoice Total          $2,390.00

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com
215-355-8000

07/31/2017

Client: 5260

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

Invoice:      3203

---

PROFESSIONAL SERVICES:

2,220.00

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2016 CLOSING OF THE
BOOKS, PREPARATION OF TAX
WORKPAPERS AND PREPARATION OF
FEDERAL, STATE AND CITY PARTNERSHIP
TAX RETURNS

Invoice Total        $2,220.00