# EXHIBIT B

# EXHIBIT B1

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

07/31/2017                                              Client: 5261

STAR CHRYSLER PLYMOUTH JEEP                             Invoice:     3196
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

PROFESSIONAL SERVICES:

                                                                              2,420.00

PREPARATION AND FILING OF INTERNAL
REVENUE SERVICE FORMS 8886, FOR TAX
YEARS 2013-2016 REQUIRED BY INTERNAL
REVENUE NOTICE 2016-66 FOR THE
COMPANIES PARTICIPATION IN
REINSURANCE ACTIVITIES WITH, AND
PREMIUM REMITTANCES INTO, STAR
REINSURANCE COMPANY LTD FOR
EXTENDED WARRANTY AND OTHER
AFTERSALE PRODUCTS ALLOWED UNDER
IRS TECHNICAL ADVICE MEMORANDUM
200453012. AS WELL AS THE GATHERING
OF INFORMATION REQUIRED TO
COMPLETE THE REQUIRED FORMS.


                                          Invoice Total          $2,420.00

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com
215-355-8000

07/31/2017                                                                                      Client: 5261

STAR CHRYSLER PLYMOUTH JEEP                                       Invoice:    3209
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

PROFESSIONAL SERVICES:

                                                                                                                    4,285.00

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2016 CLOSING OF THE
BOOKS, PREPARATION OF TAX
WORKPAPERS AND PREPARATION OF
FEDERAL, STATE AND CITY CORPORATE
TAX RETURNS.

                                                                            Invoice Total            $4,285.00

EXHIBIT B2

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

09/27/2017                                              Client: 5261

STAR CHRYSLER PLYMOUTH JEEP                             Invoice:    3309
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:                                                          6,600.00

    SPECIAL ACCOUNTING SERVICES AS
    REQUESTED RELATED TO
    CONTROLLERSHIP FUNCTIONS:

    INTERIM VISIT TO THE DEALERSHIP AS
    REQUESTED ON MAY 9 AND 10, 2017 TO
    ASSIST JACKIE WITH BANK
    RECONCILATIONS, GET READY FOR
    MONTH END FINANCIAL STATEMENTS,
    FACTORY PARTS RECONCILIATIONS,
    SALES TAX FILINGS AND HELP ANSWER
    ANY QUESTIONS THE OFFICE STAFF HAS

                                                                                                                                           597.00

    LODGING

    ACCOUNTANTS
    BOB SEIBEL    20 HOURS
    DAVID KUMOR  20 HOURS

                                                     Invoice Total           $7,197.00

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

09/27/2017

Client: 5261

STAR CHRYSLER PLYMOUTH JEEP
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

Invoice: 3312

PROFESSIONAL SERVICES:

    6,600.00

    SPECIAL ACCOUNTING SERVICES AS
    REQUESTED RELATED TO
    CONTROLLERSHIP FUNCTIONS:

    INTERIM VISIT TO THE DEALERSHIP AS
    REQUESTED ON JUNE 19 AND 20, 2017 TO
    ASSIST JACKIE WITH BANK
    RECONCILIATIONS, GET READY FOR
    MONTH END FINANCIAL STATEMENTS,
    SALES TAX FILINGS, HELP JACKIE WITH
    HOW TO DO QUARTERLY SALES TAX
    RETURNS AND HELP ANSWER ANY
    QUESTIONS THE OFFICE STAFF HAS

    170.00

    LODGING

    <u>ACCOUNTANTS</u>
    TIM KRAVETS    20 HOURS
    DAVID KUMOR    20 HOURS

Invoice Total    $6,770.00