EXHIBIT C

# EXHIBIT C1

# Voynow, Bayard, Whyte and Company,  LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com

215-355-8000

07/31/2017                                                   Client: 5266

STAR NISSAN INC.                                     Invoice:     3197
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

---

PROFESSIONAL SERVICES:

                                                                                2,410.00

PREPARATION AND FILING OF INTERNAL
REVENUE SERVICE FORMS 8886, FOR TAX
YEARS 2013-2016 REQUIRED BY INTERNAL
REVENUE NOTICE 2016-66 FOR THE
COMPANIES PARTICIPATION IN
REINSURANCE ACTIVITIES WITH, AND
PREMIUM REMITTANCES INTO, STAR
REINSURANCE COMPANY LTD FOR
EXTENDED WARRANTY AND OTHER
AFTERSALE PRODUCTS ALLOWED UNDER
IRS TECHNICAL ADVICE MEMORANDUM
200453012.  AS WELL AS THE GATHERING
OF INFORMATION REQUIRED TO
COMPLETE THE REQUIRED FORMS.

Invoice Total                    $2,410.00

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

07/31/2017                                    Client: 5266

STAR NISSAN INC.                              Invoice:    3208
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

PROFESSIONAL SERVICES:                                              4,285.00

    FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2016 CLOSING OF THE
BOOKS, PREPARATION OF TAX
WORKPAPERS AND PREPARATION OF
FEDERAL,S TATE AND CITY CORPORATE
TAX RETURNS.

Invoice Total                 $4,285.00

# EXHIBIT C2

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

09/27/2017                                    Client: 5266

STAR NISSAN INC.                              Invoice:    3307
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

                                                                    3,300.00

    SPECIAL ACCOUNTING SERVICES AS
    REQUESTED RELATED TO
    CONTROLLERSHIP FUNCTIONS:

    INTERIM VISIT TO THE DEALERSHIP ON
    APRIL 19, 2017 AS REQUESTED BY
    MICHAEL KOUFAKIS TO ASSIST JACKIE
    WITH BANK RECONCILATIONS, GET READY
    FOR MONTH END FINANCIAL STATEMENTS,
    FACTORY PARTS RECONCILATIONS AND
    HELP ANSWER ANY QUESTIONS THE
    OFFICE STAFF HAS

    ACCOUNTANTS
    BOB SEIBEL    10 HOURS
    DAVID KUMOR  10 HOURS

                              Invoice Total        $3,300.00

# Voynow, Bayard, Whyte and Company,  LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com
215-355-8000

09/27/2017                                               Client: 5266

STAR NISSAN INC.                            Invoice:    3310
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

---

PROFESSIONAL SERVICES:

                                                                                    7,920.00

SPECIAL ACCOUNTING SERVICES AS
REQUESTED RELATED TO
CONTROLLERSHIP FUNCTIONS:

INTERIM VISIT TO THE DEALERSHIP AS
REQUESTED ON MAY 3 AND 4, 2017 TO
ASSIST JACKIE WITH BANK
RECONCILIATIONS, GET READY FOR
MONTH END FINANCIAL STATEMENTS,
FACTORY PARTS RECONCILIATIONS,
SALES TAX FILINGS AND HELP ANSWER
ANY QUESTIONS THE OFFICE STAFF HAS
                                                                                      314.00

LODGING


ACCOUNTANTS
BOB SEIBEL     20 HOURS
DAVID KUMOR    20 HOURS
RANDY FRANZEN  8 HOURS



Invoice Total                    $8,234.00

# Voynow, Bayard, Whyte and Company,  LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com
215-355-8000

09/27/2017                                          Client: 5266

STAR NISSAN INC.                                    Invoice:    3314
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

---

PROFESSIONAL SERVICES:                                                          3,300.00

SPECIAL ACCOUNTING SERVICES AS
REQUESTED RELATED TO
CONTROLLERSHIP FUNCTIONS:

INTERIM VISITS TO THE DEALERSHIP AS
REQUESTED ON MAY 23, 2017 TO ASSIST
JACKIE WITH BANK RECONCILIATIONS, GET
READY FOR MONTH END FINANCIAL
STATEMENTS, FACTORY PARTS
RECONCILIATIONS, SALES TAX FILINGS
AND HELP ANSWER ANY QUESTIONS THE
OFFICE STAFF HAS.

ACCOUNTANTS
BOB SEIBEL   10 HOURS
TIM KRAVETS  10 HOURS

Invoice Total                    $3,300.00