EXHIBIT D

# EXHIBIT D1

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com
215-355-8000

07/31/2017                                                    Client: 5267

STAR TOYOTA                                                   Invoice:    3198
205-11 NORTHERN BLVD
BAYSIDE, NY  11361

---

PROFESSIONAL SERVICES:                                                                 2,425.00

PREPARATION AND FILING OF INTERNAL
REVENUE SERVICE FORMS 8886, FOR TAX
YEARS 2013-2016 REQUIRED BY INTERNAL
REVENUE NOTICE 2016-66 FOR THE
COMPANIES PARTICIPATION IN
REINSURANCE ACTIVITIES WITH, AND
PREMIUM REMITTANCES INTO, STAR
REINSURANCE COMPANY LTD FOR
EXTENDED WARRANTY AND OTHER
AFTERSALE PRODUCTS ALLOWED UNDER
IRS TECHNICAL ADVICE MEMORANDUM
200453012.  AS WELL AS THE GATHERING
OF INFORMATION REQUIRED TO
COMPLETE THE REQUIRED FORMS.

Invoice Total            $2,425.00

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

07/31/2017                                          Client: 5267

STAR TOYOTA                                         Invoice:    3207
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

PROFESSIONAL SERVICES:                                                     4,285.00

    FINAL BILLING FOR WORK COMPLETED ON
    DECEMBER 1, 2016 CLOSING OF THE
    BOOKS, PREPARATION OF TAX
    WORKPAPERS AND PREPARATION OF
    FEDERAL, STATE AND CITY CORPORATE
    TAX RETURNS.

                                                              Invoice Total          $4,285.00

EXHIBIT D2

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

09/27/2017                                    Client: 5267

STAR TOYOTA                                   Invoice:    3308
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

PROFESSIONAL SERVICES:

                                                               6,600.00

    SPECIAL ACCOUNTING SERVICES AS
    REQUESTED RELATED TO
    CONTROLLERSHIP FUNCTIONS:

    INTERIM VISIT TO THE DEALERSHIP AS
    REQUESTED ON APRIL 24 AND 25, 2017 TO
    ASSIST JACKIE WITH BANK
    RECONCILIATIONS, GET READY FOR
    MONTH END FINANCIAL STATEMENTS,
    FACTORY PARTS RECONCILIATIONS,
    SALES TAX FILINGS AND HELP ANSWER
    ANY QUESTIONS THE OFFICE STAFF HAS

                                                                235.00

    LODGING


    <u>ACCOUNTANTS</u>
    BOB SEIBEL    20 HOURS
    TIM KRAVETS  20 HOURS


                                           Invoice Total        $6,835.00

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

09/27/2017                                        Client: 5267

STAR TOYOTA                                       Invoice:   3311
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

PROFESSIONAL SERVICES:                                                       3,300.00

    SPECIAL ACCOUNTING SERVICES AS
    REQUESTED RELATED TO
    CONTROLLERSHIP FUNCTIONS:

    INTERIM VISIT TO THE DEALERSHIP AS
    REQUESTED ON JULY 10, 2017 TO ASSIST
    JACKIE WITH BANK RECONCILIATIONS, GET
    READY FOR MONTH END FINANCIAL
    STATEMENTS AND HELP ANSWER ANY
    QUESTIONS THE OFFICE STAFF HAS.

    ACCOUNTANTS
    BOB SEIBEL    10 HOURS
    DAVID KUMOR   10 HOURS

                                           Invoice Total                $3,300.00

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

09/27/2017                                    Client: 5267

STAR TOYOTA                                   Invoice:   3821
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

PROFESSIONAL SERVICES:

                                                               6,600.00

SPECIAL ACCOUNTING SERVICES AS
REQUESTED RELATED TO
CONTROLLERSHIP FUNCTIONS

INTERIM VISITS TO THE DEALERSHIP AS
REQUESTED ON JUNE 7 AND 8, 2017 TO
ASSIST JACKIE WITH BANK
RECONCILIATIONS, GET READY FOR
MONTH END FINANCIAL STATEMENTS,
FACTORY PARTS RECONCILIATIONS,
SALES TAX FILINGS AND HELP ANSWER
ANY QUESTIONS THE OFFICE STAFF HAS.

                                                                294.00

LODGING

ACCOUNTANTS
BOB SEIBEL      20 HOURS
DAVID KUMOR   20 HOURS

                                           Invoice Total         $6,894.00