# EXHIBIT E

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

07/31/2017

STAR HYUNDAI LLC
206-26 NORTHERN BLVD
BAYSIDE, NY 11361-3146

Client: 5273

Invoice:     3199

PROFESSIONAL SERVICES:                                                    2,380.00

PREPARATION AND FILING OF INTERNAL
REVENUE SERVICE FORMS 8886, FOR TAX
YEARS 2013-2016 REQUIRED BY INTERNAL
REVENUE NOTICE 2016-66 FOR THE
COMPANIES PARTICIPATION IN
REINSURANCE ACTIVITIES WITH, AND
PREMIUM REMITTANCES INTO, STAR
REINSURANCE COMPANY LTD FOR
EXTENDED WARRANTY AND OTHER
AFTERSALE PRODUCTS ALLOWED UNDER
IRS TECHNICAL ADVICE MEMORANDUM
200453012. AS WELL AS THE GATHERING
OF INFORMATION REQUIRED TO
COMPLETE THE REQUIRED FORMS.

Invoice Total     $2,380.00

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

07/31/2017                                  Client: 5273

STAR HYUNDAI LLC                            Invoice:    3204
206-26 NORTHERN BLVD
BAYSIDE, NY 11361-3146

PROFESSIONAL SERVICES:                                              3,120.00

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2016 CLOSING OF THE
BOOKS, PREPARATION OF TAX
WORKPAPERS AND PREPARATION OF
FEDERAL, STATE AN CITY PARTNERSHIP
TAX RETURNS.

                                            Invoice Total          $3,120.00