# EXHIBIT F

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com
215-355-8000

07/31/2017

Client: 5276

STAR AUTO SALES OF QUEENS COUNTY LLC
D/B/A STAR FIAT
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

Invoice:    3201

---

PROFESSIONAL SERVICES:                                                                                    2,275.00

    FINAL BILLING FOR WORK COMPLETED ON
    DECEMBER 31,2016 CLOSING OF THE
    BOOKS, PREPARATION OF TAX
    WORKPAPERS AND PREPARATION OF
    FEDERAL, STATE AND CITY PARTNERSHIP
    TAX RETURNS.

Invoice Total         $2,275.00