UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLC (d/b/a STAR FIAT) and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI),<br><br>                    Plaintiffs,<br><br>   -against-<br><br>VOYNOW, BAYARD, WHYTE AND COMPANY, LLP, HUGH WHYTE, RANDALL FRANZEN AND ROBERT SEIBEL,<br><br>                    Defendants. | Civil Action No.:<br><br>1:18-cv-05775-ERK-CLP<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the undersigned, Stephen Arena, of the law firm Trachtenberg Rodes & Friedberg LLP, is hereby entering an appearance as counsel of record for plaintiffs Star Auto Sales of Bayside, Inc. (d/b/a Star Toyota of Bayside), Star Auto Sales of Queens, LLC (d/b/a Star Subaru), Star Hyundai LLC (d/b/a Star Hyundai), Star Nissan, Inc. (d/b/a Star Nissan), Metro Chrysler Plymouth Inc. (d/b/a Star Chrysler Jeep Dodge), Star Auto Sales of Queens County LLC (d/b/a Star Fiat) and Star Auto Sales of Queens Village LLC (d/b/a Star Mitsubishi), (collectively, the "Plaintiffs"), in the above-captioned action.

| | |
|---|---|
| Dated: New York, New York<br>           April 29, 2019 | TRACHTENBERG RODES & FRIEDBERG LLP<br>Attorneys for Plaintiffs<br><br>By:  _____/s/Stephen Arena_____<br>         Stephen Arena<br>         sarena@trflaw.com<br>545 Fifth Avenue<br>New York, New York 10017<br>(212) 972-2929<br>(212) 972-7581 fax |

TO: Counsel for All Parties (*via* ECF)

## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2019, I caused to be served a true and correct copy of the foregoing Notice of Appearance on all counsel of record via the Court's CM/ECF filing system.

                                                                       /s/Stephen Arena
                                                                      **Stephen Arena**