UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLC (d/b/a STAR FIAT) and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI),<br>                    Plaintiffs,<br><br>     -against-<br><br>VOYNOW, BAYARD, WHYTE AND COMPANY, LLP, HUGH WHYTE, RANDALL FRANZEN AND ROBERT SEIBEL,<br>                    Defendants. | Civil Action No.:<br>1:18-cv-05775-ERK-CLP<br><br>**ENTRY OF APPEARANCE** |

Please enter my appearance on behalf of Defendants, Voynow, Bayard, Whyte and Company, LLC, Hugh Whyte, Randall Franzen, and Robert Siebel with regard to the above-captioned matter.

                                         **MARSHALL DENNEHEY WARNER**
                                         **COLEMAN & GOGGIN**

                              BY:   *Maureen Fitzgerald*
                                         _____
                                         MAUREEN P. FITZGERALD, ESQUIRE
                                         ID#  PA67608
                                         620 Freedom Business Center, Suite 300
                                         King of Prussia, PA 19406
                                         (610) 354-8270 Fax (610) 354-8299
                                         Email:  mpfitzgerald@mdwcg.com
                                         Attorney for Defendants,
                                         Voynow, Bayard, Whyte and Company, LLC, Hugh Whyte, Randall Franzen, and Robert Siebel

Dated:  February 10, 2020
LEGAL/127880258.v1