UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STAR AUTO SALES OF BAYSIDE, INC.
(d/b/a STAR TOYOTA OF BAYSIDE),
STAR AUTO SALES OF QUEENS, LLC
(d/b/a STAR SUBARU), STAR HYUNDAI
LLC (d/b/a STAR HYUNDAI), STAR
NISSAN, INC. (d/b/a STAR NISSAN),
METRO CHRYSLER PLYMOUTH INC.
(d/b/a STAR CHRYSLER JEEP DODGE),
STAR AUTO SALES OF QUEENS
COUNTY LLC (d/b/a STAR FIAT) and
STAR AUTO SALES OF QUEENS
VILLAGE LLC (d/b/a STAR
MITSUBISHI),

          Plaintiffs,

   -against-


VOYNOW, BAYARD, WHYTE AND
COMPANY, LLP, HUGH WHYTE, RANDALL
FRANZEN AND ROBERT SEIBEL,

         Defendants.

Civil Action No.:
1:18-cv-05775-ERK-CLP

**[PROPOSED] ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE BY JOHN L. SLIMM**

The motion of John L. Slimm, Esquire, for admission to practice <u>Pro Hac Vice</u> in the above captioned matter is granted. The admitted attorney, <u>John L. Slimm,</u> is permitted to argue or try this case in whole or in part as counsel or advocate for <u>Defendants, Voynow, Bayard, Whyte and Company, LLP, Hugh Whyte, Randall Franzen, and Robert Seibel.</u>

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

/s/ Cheryl Pollak
United States District Judge
MAG

Dated: 2/12/2020

cc:   Court File

LEGAL/127860473.v1