# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

———

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

December 22, 2020

**VIA ECF**
The Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 13B – South
Brooklyn, NY 11201

Re:   **Star Auto Sales of Bayside, Inc.**, *et al*. v. **Voynow, Bayard, Whyte and Company, LLP**, *et al*.
      **Docket No: 1:18-cv-05775 (ERK) (CLP)**
      **Our File No.: 76-2018**

Dear Judge Pollak:

Please be advised that this firm has been retained to represent the Plaintiffs in the above-referenced matter.

This letter shall serve to request an order substituting this firm as Plaintiffs counsel in place of Trachtenberg Rodes & Friedberg LLP. Accordingly, the Plaintiffs respectfully request that you so order the attached stipulated and fully executed order for substitution of counsel.

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

/s/ Joseph M. Labuda
Joseph M. Labuda, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1380 (direct dial)
(516) 328-0082 (facsimile)
joe@mllaborlaw.com

cc:   all parties via ECF