UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STAR AUTO SALES OF BAYSIDE, INC. :
(d/b/a STAR TOYOTA OF BAYSIDE), :
STAR AUTO SALES OF QUEENS, LLC :
(d/b/a STAR SUBARU), STAR HYUNDAI LLC :
(d/b/a STAR HYUNDAI), STAR NISSAN, INC. :
(d/b/a STAR NISSAN), METRO CHRYSLER :
PLYMOUTH INC. (d/b/a STAR CHRYSLER :
JEEP DODGE), STAR AUTO SALES OF :
QUEENS COUNTY LLC (d/b/a STAR FIAT) :
and STAR AUTO SALES OF QUEENS :
VILLAGE LLC (d/b/a STAR MITSUBISHI), :
                                                           :
                        Plaintiffs,                        :
                                                           :
            v.                                             :
                                                           :
VOYNOW, BAYARD, WHYTE                                      :
AND COMPANY, LLP, HUGH WHYTE,                              :
and RANDALL FRANZEN,                                       :
                                                           :
                        Defendants.                        :
-----------------------------------------------------------------x

Case No.:
1:18-cv-05775 (ERK) (CLP)

**STIPULATED ORDER**

**IT IS HEREBY STIPULATED AND CONSENTED** that MILMAN LABUDA LAW GROUP, PLLC, Attorneys at Law, with offices at 3000 Marcus Avenue, Suite 3W8, Lake Success, New York 11042, be and hereby are substituted in place and instead of Trachtenberg Rodes & Friedberg LLP, with offices at 420 Lexington Avenue, Suite 2800, New York, NY 10170, as attorneys for Plaintiffs in the above-entitled action and that this substitution be entered into effect without further notice.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and a facsimile/PDF version is deemed as an original.

Dated: December 22, 2020
       Lake Success, NY

_____
Joseph M. Labuda
MILMAN LABUDA LAW GROUP, PLLC
3000 Marcus Avenue, Ste 3W8
Lake Success, NY 11042
(516) 328-8899

_____
Barry J. Friedberg
TRACHTENBERG RODES & FRIEDBERG LLP
420 Lexington Avenue, Suite 2800
New York, New York 10170
(212) 972-2929

Star Auto Sales of Bayside, Inc.

By: _____
Michael Koufakis
(on behalf of all Plaintiffs)

So Ordered:

_____
Hon. Edward Robert Korman, U.S.D.J.

_____
Hon. Cheryl L. Pollak, U.S.M.J.