# EXHIBIT "B"

**For Settlement Purposes Only**
**Preliminary and Subject To Modification**

## Response To Voynow Requests for Additional Information

The following responds to the Schedule annexed to Greg Fox's March 1, 2018
email ██████████████████████ Please
note that the information provided below is preliminary only, is for settlement purposes only



For Settlement Purposes Only
Preliminary and Subject To Modification



For Settlement Purposes Only
Preliminary and Subject To Modification



For Settlement Purposes Only
Preliminary and Subject To Modification



For Settlement Purposes Only
Preliminary and Subject To Modification



For Settlement Purposes Only
Preliminary and Subject To Modification



For Settlement Purposes Only
Preliminary and Subject To Modification



7



**For Settlement Purposes Only**
**Preliminary and Subject To Modification**



For Settlement Purposes Only
Preliminary and Subject To Modification

