Case Name: __Star Auto Sales, et al. v. Voynow, et al.__   Case Number: __18__-CV-__5775__ (__ERK__) (TAM)

# CASE MANAGEMENT WORKSHEET

## Preparation for Initial Conference

| | |
|---|---|
| Rule 26(f) conference held? | Date: **Already done** |
| Deadline for Rule 26(a) initial disclosures and any HIPAA-complaint records authorizations: | **Already done** |
| Procedures discussed for producing Electronically Stored Information (ESI)? | Yes ■   No ☐   N/A |
| Confidentiality Order to be submitted for Court approval? | Yes ■   No ☐   N/A |
| Anticipated number of depositions: | Plaintiff(s): 20<br>Defendant(s): 20 |
| First requests for production of documents and for interrogatories due by: | Already done |

## Proposed Deadlines for Pre-Settlement Discovery (Phase I)

| | |
|---|---|
| **Agreed upon completion date for Phase I Discovery:** (Reciprocal agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.) | |
| **Date for initial settlement conference:** (Parties should propose a date approximately 10-15 days after the completion of Phase I Discovery, subject to the Court's availability.) | Mid to late September 2021 |

## Proposed Deadlines for Discovery and Motion Practice (Phase II)

| | |
|---|---|
| **Motion to join new parties or amend the pleadings:** (Presumptively 15 days post initial settlement conference) | **10/15/2021** |
| **All fact discovery completed by:** (Presumptively 3.5 months post first requests for documents/interrogatories) | **7/29/2022** |
| **Joint status report certifying close of fact discovery:** | **8/15/2022** |
| **Anticipated number of expert reports:** | Plaintiff(s): 1<br>Defendant(s): 2 |

| | |
|---|---|
| **Exchange of expert reports completed by:**<br>(Presumptively 30 days after fact discovery) | Plaintiffs: 8/31/2022; Defendants: 9/30/2022 |
| **COMPLETION OF ALL DISCOVERY BY:**<br>(Presumptively 9 months after Initial Conference) | 12/30/2022 |
| **Final date to take first step in dispositive motion practice:**<br>(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days post completion of all discovery.) | 1/31/2023 |
| **Do the parties wish to be referred to EDNY's mediation program pursuant to Local Rule 83.8?** | Yes ☐  No ■ |
| **Do the parties consent to trial before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?**<br>(The fillable consent form may be found at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-referencecivil-action-magistrate-judge. Consenting does not affect a party's right to a jury trial.) | Yes ☐  No ■ |

SO ORDERED:

_____                    _____
**TARYN A. MERKL**                                                                    **DATE**
United States Magistrate Judge