UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLC (d/b/a STAR FIAT) and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI), <br><br> Plaintiffs, <br> -against- <br><br> VOYNOW, BAYARD, WHYTE AND COMPANY, LLP, HUGH WHYTE, RANDALL FRANZEN AND ROBERT SEIBEL, <br><br> Defendants. | Civil Action No.: 1:18-cv-05775-ERK-CLP <br><br> **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

TO: Jamie Felsen, Esquire
     Milman Labuda Law Group, PLLC
     3000 Marcus Avenue, Suite 3W8
     Lake Success, NY 11042

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York for an Order allowing the admission of movant, a member of the firm of Marshall Dennehey Warner Coleman & Goggin, PC, and a member in good standing of the Bars of the State of New Jersey and Commonwealth of Pennsylvania, as attorney pro hac vice to argue or try

this case in whole or in part as counsel for Defendants, Voynow, Bayard, Whyte and Company, LLC, Hugh Whyte, Randall Franzen, and Robert Siebel.

There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

BY: _____
JONATHAN D. WEISS, ESQUIRE
ID#  PA78220
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406
(484) 754-7104 Fax (610) 354-8299
Email:  jdweiss@mdwcg.com
Attorneys for Defendants,
Voynow, Bayard, Whyte and Company, LLC, Hugh Whyte, Randall Franzen, and Robert Siebel

DATE:  October 21, 2021
LEGAL/140947796.v1