**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLC (d/b/a STAR FIAT) and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI), | Civil Action No.: 1:18-cv-05775-ERK-CLP **[PROPOSED] ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE BY JONATHAN D. WEISS** |
|                  Plaintiffs, <br> -against- | |
| VOYNOW, BAYARD, WHYTE AND COMPANY, LLP, HUGH WHYTE, RANDALL FRANZEN AND ROBERT SEIBEL, | |
|                Defendants. | |

The motion of Jonathan D. Weiss, Esquire, for admission to practice <u>Pro Hac Vice</u> in the above captioned matter is granted.  The admitted attorney, <u>Jonathan D. Weiss</u> is permitted to argue or try this case in whole or in part as counsel or advocate for <u>Defendants, Voynow, Bayard, Whyte and Company, LLP, Hugh Whyte, Randall Franzen, and Robert Siebel.</u>

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case.  A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

_____
United States District Judge

Dated:_____
cc:    Court File