

620 Freedom Business Center, Suite 300, King of Prussia, PA 19406
(610) 354-8250  Fax (610) 354-8299

Direct Dial:  (610) 354-8270
Email:  mpfitzgerald@mdwcg.com

February 14, 2022

**VIA ECF**
Judge Taryn A. Merkl
United States Magistrate Judge
U.S. District Court Eastern District of New York
225 Cadman Plaza East, Courtroom 322 N
Brooklyn, NY  11201

> RE: Star Auto Sales of Bayside, Inc., et al. v. Voynow, Bayard, Whyte and Company, LLP, et al.
> Docket No.: USDC of Eastern NY No.: 1:18-cv-05775
> Our File No.: 03127.01373

Dear Judge Merkl:

Pursuant to the Court's November 12, 2021 Order, counsel for the parties submit the following joint status report.

The parties continue to be diligently engaged in discovery efforts.  Both Plaintiffs and Defendants continue to engage in various written discovery consisting of document production, third-party subpoenas and follow up on various discovery deficiencies.  The depositions of four individuals have been noticed and are expected to be completed by mid April, 2022.  Specifically, the deposition of Shawn McCormack, a former employee of the Defendant, as well as the depositions of Michael Koufakis, John Koufakis, Jr. and Steve Koufakis, principals of the Plaintiffs, have all been noticed.  Counsel for the parties anticipate that additional depositions will be scheduled following the completion of these depositions.

Counsel is available at the Court's convenience to respond to any questions as to the status of this matter.

Respectfully,

*Maureen Fitzgerald*

Maureen P. Fitzgerald

Judge Taryn A. Merkl
February 14, 2022
Page 2

---

MPF:ls

cc: Jamie Felsen, Esquire
      Emanuel Kataev, Esquire
      Jeremy Koufakis, Esquire
      Jack L. Slimm, Esquire

LEGAL/144290571.v1