**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**
**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Jamie S. Felsen - Member
Direct E-Mail Address: jamiefelsen@mllaborlaw.com
Direct Dial: (516) 303-1391

<u>**Via ECF**</u>

March 1, 2023

Honorable Taryn A. Merkl, U.S.M.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> *Re:*   **Star Auto Sales of Bayside, Inc.,** *et al.* **v. Voynow, Bayard, Whyte and Co., LLP ("Voynow"),** *et al.*
> **Case No.: 1:18-cv-5775 (ERK) (TAM)**

Dear Judge Merkl:

On February 17, 2023, the parties submitted a joint status letter to the Court which contained, *inter alia*, details concerning the parties' disputes related to some of Defendants' discovery responses about which counsel had met and conferred but were unable to resolve. <u>See</u> ECF Doc. No. 82. As the joint status letter did not specifically request a conference with the Court to address those disputes, Plaintiffs now request that the Court schedule a conference. Counsel for all parties are available on March 10, 2023 for a telephonic conference with the Court if the Court is available.

                                                Respectfully submitted,

                                                **MILMAN LABUDA LAW GROUP PLLC**

                                                <u>/s/ Jamie S. Felsen</u>

cc: All counsel of record