UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLC (d/b/a STAR FIAT) and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI), <br>                          Plaintiffs, <br>    -against- <br><br> VOYNOW, BAYARD, WHYTE AND COMPANY, LLP, HUGH WHYTE, RANDALL FRANZEN AND ROBERT SEIBEL, <br>                          Defendants. | Civil Action No.: <br> 1:18-cv-05775-ERK-CLP |

### NOTICE OF MOTION TO QUASH MCCLOSKEY SUBPOENA

PLEASE TAKE NOTICE that Non-Party Steven McCloskey will move this Court, before the Honorable Cheryl L. Pollak, U.S.M.J., at the United States Court House, 225 Cadman Plaza, Brooklyn, New York, on a date to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 45(d)(3)(A)(iv) to quash the subpoena served upon him by plaintiff Star Auto Sales of Bayside, Inc., together with such other and further relief as the Court may deem just and proper.

Dated: March 5, 2023
       New York, New York

CYRULI SHANKS & ZIZMOR LLP

By:  /s/ Russell Shanks
    Russell Shanks
420 Lexington Avenue
Suite 2320
New York, NY 10170
(212) 661-6800
rshanks@cszlaw.com
Attorneys for Non-Party Steven McCloskey