

620 Freedom Business Center, Suite 405, King of Prussia, PA 19406
(610) 354-8250  Fax (610) 354-8299

Direct Dial:  (610) 354-8270
Email:  mpfitzgerald@mdwcg.com

March 7, 2023

**VIA ECF**
Judge Taryn A. Merkl
United States Magistrate Judge
U.S. District Court Eastern District of New York
225 Cadman Plaza East, Courtroom 322 N
Brooklyn, NY  11201

RE: Star Auto Sales of Bayside, Inc., et al. v. Voynow, Bayard, Whyte and Company, LLP, et al.
Docket No.: USDC of Eastern NY No.: 1:18-cv-05775
Our File No.: 03127.01373

Dear Judge Merkl:

This firm represents the Defendants in the above-captioned matter.  The Court's Order of March 3, 2023 has scheduled an in-person Pre-Motion conference on March 23, 2023.  On behalf of the Defendants, I have been significantly involved in and am most knowledgeable as to the discovery disputes and issues to be addressed at the Pre-Motion conference.  I am scheduled to be on a pre-paid vacation out of state during that week.  Respectfully, I am requesting that the Court either hold the March 23, 2023 conference via telephone or alternatively schedule the in-person conference for another date during the subsequent week of March 27th.  Plaintiffs' counsel has no objection to this request.

Thank you for your consideration of this matter.

Respectfully,

*Maureen Fitzgerald*

Maureen P. Fitzgerald

MPF:ls
cc: All counsel of record.
LEGAL/152090275.v1