UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

–––––––––––––––––––––––––––––––– X

STAR AUTO SALES OF BAYSIDE, INC. (d/b/a          1:18-cv-05775 (ERK) (TAM)
STAR TOYOTA OF BAYSIDE), STAR AUTO
SALES OF QUEENS, LLC (d/b/a STAR
SUBARU), STAR HYUNDAI LLC (d/b/a STAR            DECLARATION OF JAMIE S.
HYUNDAI), STAR NISSAN, INC. (d/b/a STAR          FELSEN, ESQ. IN OPPOSITION
NISSAN), METRO CHRYSLER PLYMOUTH                 TO STEVEN MCCLOSKEY'S
INC. (d/b/a STAR CHRYSLER JEEP DODGE),      :    MOTION TO QUASH
STAR AUTO SALES OF QUEENS COUNTY
                                            :
LLC (d/b/a STAR FIAT), and STAR AUTO
SALES OF QUEENS VILLAGE LLC (d/b/a STAR:
MITSUBISHI),
                                            :
                            Plaintiffs,     :

                                            :
            v.                              :


VOYNOW, BAYARD, WHYTE AND
COMPANY, LLP, HUGH WHYTE, RANDALL
FRANZEN, and ROBERT SEIBEL,

                            Defendants.


–––––––––––––––––––––––––––––––– X

        Jamie S. Felsen, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that

the following is true and correct:

        1.      I am admitted to practice before this Court and am a member of Milman Labuda

Law Group PLLC, attorneys for the Plaintiffs in this case.

        2.      As such, I am familiar with all the facts and circumstances heretofore had herein

based upon my personal knowledge and a review of the file maintained by this office.

        3.      I submit this declaration on behalf of Plaintiffs in opposition to non-party, Steven

McCloskey's, motion to quash a subpoena for his deposition.

1

4.      David Kumor, a Voynow employee until his recent resignation, testified that Defendant Voynow Bayard Whyte & Company, LLP ("Voynow") performed more than tax work for Thompson Auto Group, a dealership group that he performed services for while he was employed by Voynow.  **(Annexed as Exhibit A is a copy of the relevant portion of David Kumor's deposition).**

5.      I respectfully request that this Court deny Mr. McCloskey's motion to quash the subpoena.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2023.

/s/ Jamie S. Felsen