# EXHIBIT "A"

David Kumor
October 18, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\*    \*    \*

STAR AUTO SALES OF BAYSIDE, INC.,:
d/b/a STAR TOYOTA OF BAYSIDE),   :
STAR AUTO SALES OF QUEENS, LLC,  :
d/b/a STAR SUBARU, STAR HYUNDAI, : NO:   18-CV-05775
LLC, d/b/a STAR HYUNDAI, STAR     :     (ERK)(TAM)
NISSAN, INC., d/b/a STAR NISSAN, :
METRO CHRYSLER PLYMOUTH, INC.,   :
d/b/a STAR CHRYSLER JEEP DODGE,  :
STAR AUTO SALES OF QUEENS COUNTY,:
LLC, d/b/a STAR FIAT and STAR    :
AUTO SALES OF QUEENS VILLAGE,    :
d/b/a STAR MITSUBISHI,           :
                Plaintiffs,   :
          - vs -         :
VOYNOW, BAYARD, WHYTE AND      :
COMPANY, LLC, HUGH WHYTE and    :
RANDALL FRANZEN,            :
                Defendants.   :

\*    \*    \*

        Oral deposition of DAVID KUMOR, taken at

U.S. LEGAL SUPPORT, 1818 Market Street, Suite 1400,

Philadelphia, Pennsylvania, 19103, on Tuesday, October

 , 2022, beginning at approximately 11:00 a.m., before

Lisa M. Cooper, Court Reporter.

\*    \*    \*

U.S. LEGAL SUPPORT
Northeast Processing Center
1818 Market Street, Suite 1400
Philadelphia, Pennsylvania  19103
(877)  479-2484

David Kumor
October 18, 2022

1    client?

2    A.        It was.  Yes.

3    Q.        Who was it -- when -- when Shawn McCormack

4    left, who was it that promoted you?

5    A.        I think Hugh Whyte told me I was in charge of

6    the Paruzzi clients.  And Randy told me I was going out

7    with him for the Thompson clients.

8    Q.        For the Thompson?

9    A.        Thompson.  It's another automotive group.

10   But Randy was more in charge of that than I was.

11   Q.        Would -- would you say having, you know,

12   worked at Voynow for approximately ten years and, you

13   know, being a controller at an auto dealership, that

14   you have a pretty good feel for how auto dealerships

15   operate?

16   A.        Yes.

17   Q.        And would you consider the auto dealership

18   industry as being particularly prone or susceptible to

19   fraud?

20   A.        If the controller is doing her job, no.

21   Q.        And if the controller is not doing his or her

22   job?

23   A.        If there's collusion, I mean, collusion is

24   very tough to pick up.  That's one thing I learned in

25   Accounting 101.  Once collusion happens...

David Kumor
October 18, 2022

```
 1   A.          Just 401K audits.

 2   Q.          And do you know the scope of services that

 3   you were primarily involved in while you worked at

 4   Voynow?

 5   A.          I did review work.  Compilations.  And tax

 6   work.

 7   Q.          Was there -- in the auto dealership industry,

 8   was there any particular type of work that was more

 9   prevalent among auto dealerships?

10   A.          So we would do reviewed financial statements.

11   I worked on those for Thompson and Paruzzi.  And they

12   would give those to the banks.  And then most of the

13   banks just accepted the tax return.

14   Q.          Okay.  So for Thompson and Paruzzi, you did

15   reviewed financial statements.

16   A.          Yes.

17   Q.          You mentioned review work, compilations, and

18   tax work.

19   A.          Um-hum.

20   Q.          Were those three different, sort of, levels

21   of service?

22   A.          Yes.

23   Q.          Now, besides the reviewed financial

24   statements you did for Thompson and Paruzzi, was there,

25   among those three levels of service that you mentioned,
```