# EXHIBIT F

## Fitzgerald, Maureen P.

**From:** Fitzgerald, Maureen P. <MPFitzgerald@MDWCG.com>
**Sent:** Monday, March 6, 2023 12:25 PM
**To:** Michael Mule; Jamie Felsen
**Cc:** Sulock, Alesia S.; Jeremy Koufakis; Joseph Labuda
**Subject:** RE: Voynow

Michael,

Since we are not in agreement re the topics/scope, we need court intervention on this issue. So I just sent a draft letter to your firm asking for your input before sending to the judge.

Re McCloskey, I'm not sure if he has retained a NY lawyer but his PA lawyer is Bill Goldman at bill@goldmanlawoffices.com.

As to the court's order for a 3/23 in person conference, I'm on a prepaid vacation that week in FL. I'm going to ask that she either hold it by telephone or push it to the following week for an in person. Can you let me know by the end of the day if there is any objection to this request.

Thanks, Maureen



**Maureen P. Fitzgerald**
*Attorney at Law*
620 Freedom Business Center, Suite 405, King of Prussia, PA. 19406
Direct: (610) 354-8270 | Main: (610) 354-8250 | Fax: (610) 354-8299
bio | e-mail | website

**MARSHALL DENNEHEY**

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to MPFitzgerald@mdwcg.com, or by telephone at (610) 354-8270 and then delete the message and its attachments from your computer.

**From:** Michael Mule <MichaelMule@mllaborlaw.com>
**Sent:** Monday, March 6, 2023 10:21 AM
**To:** Fitzgerald, Maureen P. <MPFitzgerald@MDWCG.com>; Jamie Felsen <jamiefelsen@mllaborlaw.com>
**Cc:** Sulock, Alesia S. <ASSulock@MDWCG.com>; Jeremy Koufakis <jeremy@mmmlaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>; Michael Mule <MichaelMule@mllaborlaw.com>
**Subject:** RE: Voynow
**Importance:** High

**WARNING - This email originated outside MDWCG. BE CAUTIOUS before clicking any link or attachment.**

Maureen,
Please advise who you are designating on what topics for tomorrow.
Also, I understand that you advised at the meet and confer that Mr. McCloskey is represented by counsel. **Please provide his attorney contact information, so we can contact him re: Mr. McCloskey's deposition.**
Thank you for our attention to this matter.
Very truly yours,

1

Michael C. Mulè, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michaelmule@mllaborlaw.com
516 303-1442 office
516 328-0082 fax

Note: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

---

**From:** Fitzgerald, Maureen P. <MPFitzgerald@MDWCG.com>
**Sent:** Thursday, March 2, 2023 4:10 PM
**To:** Jamie Felsen <jamiefelsen@mllaborlaw.com>
**Cc:** Sulock, Alesia S. <ASSulock@MDWCG.com>; Michael Mule <MichaelMule@mllaborlaw.com>; Jeremy Koufakis <jeremy@mmmlaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>
**Subject:** RE: Voynow

Jamie,

See attached re the Amended 30b6 Notice.



**Maureen P. Fitzgerald**
*Attorney at Law*
620 Freedom Business Center, Suite 405, King of Prussia, PA. 19406
Direct: (610) 354-8270 | Main: (610) 354-8250 | Fax: (610) 354-8299
bio | e-mail | website

MARSHALL DENNEHEY

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to MPFitzgerald@mdwcg.com, or by telephone at (610) 354-8270 and then delete the message and its attachments from your computer.

**From:** Jamie Felsen <jamiefelsen@mllaborlaw.com>
**Sent:** Thursday, March 2, 2023 2:45 PM
**To:** Fitzgerald, Maureen P. <MPFitzgerald@MDWCG.com>
**Cc:** Sulock, Alesia S. <ASSulock@MDWCG.com>; Smith, Lumi H. <LHSmith@MDWCG.com>; Michael Mule <MichaelMule@mllaborlaw.com>; Jeremy Koufakis <jeremy@mmmlaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>
**Subject:** RE: Voynow

**WARNING: This email originated outside MDWCG. BE CAUTIOUS before clicking any link or attachment.**

Maureen,

2

Please let us know if you are filing a motion related to the 30(b)(6) depo of Voynow.

Jamie S. Felsen - Partner
Milman Labuda Law Group PLLC
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042
Telephone (516) 328-8899
Fax (516) 328-0082

This information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and the enclosed documents in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately. Thank you.

**From:** Fitzgerald, Maureen P. <MPFitzgerald@MDWCG.com>
**Sent:** Wednesday, March 1, 2023 8:22 AM
**To:** Jamie Felsen <jamiefelsen@mllaborlaw.com>
**Cc:** Sulock, Alesia S. <ASSulock@MDWCG.com>; Smith, Lumi H. <LHSmith@MDWCG.com>; Michael Mule <MichaelMule@mllaborlaw.com>; Jeremy Koufakis <jeremy@mmmlaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>
**Subject:** RE: Voynow

Jamie,

I appreciate the modification to the notice but this is still objectionable in many respects. I need to discuss with my clients but I will most likely file something with the court.

Maureen



**Maureen P. Fitzgerald**
*Attorney at Law*
620 Freedom Business Center, Suite 405, King of Prussia, PA. 19406
Direct: (610) 354-8270 | Main: (610) 354-8250 | Fax: (610) 354-8299
bio | e-mail | website

MARSHALL DENNEHEY

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to MPFitzgerald@mdwcg.com, or by telephone at (610) 354-8270 and then delete the message and its attachments from your computer.

**From:** Jamie Felsen <jamiefelsen@mllaborlaw.com>
**Sent:** Tuesday, February 28, 2023 10:42 AM
**To:** Fitzgerald, Maureen P. <MPFitzgerald@MDWCG.com>
**Cc:** Sulock, Alesia S. <ASSulock@MDWCG.com>; Smith, Lumi H. <LHSmith@MDWCG.com>; Michael Mule <MichaelMule@mllaborlaw.com>; Jeremy Koufakis <jeremy@mmmlaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>
**Subject:** RE: Voynow

**WARNING:** This email originated outside MDWCG. BE CAUTIOUS before clicking any link or attachment.

3