# EXHIBIT G

# Fitzgerald, Maureen P.

**From:** Fitzgerald, Maureen P. <MPFitzgerald@MDWCG.com>
**Sent:** Tuesday, March 7, 2023 10:36 AM
**To:** Michael Mule
**Subject:** FW: Voynow

Hi Michael,

Got your vm. We are unable to present a witness today to appear based upon the amended notice. As stated yesterday, we do not have agreement on the scope and topics of the notice. Your office declined to participate in any further meet and confer session so yesterday, we filed the joint letter required prior to filing a motion for protective order. Once we have clarity from the court on the notice, we can discuss rescheduling the deposition.



**Maureen P. Fitzgerald**
*Attorney at Law*
620 Freedom Business Center, Suite 405, King of Prussia, PA. 19406
Direct: (610) 354-8270 | Main: (610) 354-8250 | Fax: (610) 354-8299
bio | e-mail | website

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to MPFitzgerald@mdwcg.com, or by telephone at (610) 354-8270 and then delete the message and its attachments from your computer.

**From:** Fitzgerald, Maureen P.
**Sent:** Monday, March 6, 2023 12:25 PM
**To:** 'Michael Mule' <MichaelMule@mllaborlaw.com>; Jamie Felsen <jamiefelsen@mllaborlaw.com>
**Cc:** Sulock, Alesia S. <ASSulock@MDWCG.com>; Jeremy Koufakis <jeremy@mmmlaborlaw.com>; Joseph Labuda <joe@mllaborlaw.com>
**Subject:** RE: Voynow

Michael,

Since we are not in agreement re the topics/scope, we need court intervention on this issue. So I just sent a draft letter to your firm asking for your input before sending to the judge.

Re McCloskey, I'm not sure if he has retained a NY lawyer but his PA lawyer is Bill Goldman at bill@goldmanlawoffices.com.

As to the court's order for a 3/23 in person conference, I'm on a prepaid vacation that week in FL. I'm going to ask that she either hold it by telephone or push it to the following week for an in person. Can you let me know by the end of the day if there is any objection to this request.

Thanks, Maureen



**Maureen P. Fitzgerald**
*Attorney at Law*
620 Freedom Business Center, Suite 405, King of Prussia, PA. 19406
Direct: (610) 354-8270 | Main: (610) 354-8250 | Fax: (610) 354-8299
bio | e-mail | website