# EXHIBIT H

**Fitzgerald, Maureen P.**

From: Fitzgerald, Maureen P.
Sent: Wednesday, March 8, 2023 5:33 PM
To: Fitzgerald, Maureen P.
Subject: FW: Star v. Voynow

**Maureen P. Fitzgerald**
*Attorney at Law*
620 Freedom Business Center, Suite 405, King of Prussia, PA. 19406
Direct: (610) 354-8270 | Main: (610) 354-8250 | Fax: (610) 354-8299
bio | e-mail | website

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to MPFitzgerald@mdwcg.com, or by telephone at (610) 354-8270 and then delete the message and its attachments from your computer.

**From:** Fitzgerald, Maureen P. <MPFitzgerald@MDWCG.com>
**Sent:** Wednesday, August 31, 2022 12:31 PM
**To:** 'Jamie Felsen' <jamiefelsen@mllaborlaw.com>
**Cc:** Jeremy Koufakis <jeremy@mmmlaborlaw.com>
**Subject:** RE: Star v. Voynow

As much as I'd like to save my clients money on dep costs, I don't like to deprive reporters of the ability to make money -- so we'll just plan to purchase our own.


Maureen P. Fitzgerald
*Attorney at Law*
620 Freedom Business Center, Suite 300, King of Prussia, PA. 19406
Direct: (610) 354-8270 | Main: (610) 354-8250 | Fax: (610) 354-8299
bio | e-mail | website



This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to MPFitzgerald@mdwcg.com, or by telephone at (610) 354-8270 and then delete the message and its attachments from your computer.

**From:** Jamie Felsen <jamiefelsen@mllaborlaw.com>
**Sent:** Tuesday, August 30, 2022 4:23 PM
**To:** Fitzgerald, Maureen P. <MPFitzgerald@MDWCG.com>
**Cc:** Jeremy Koufakis <jeremy@mmmlaborlaw.com>
**Subject:** Re: Star v. Voynow

**WARNING: This email originated outside MDWCG**

1

I did but I figured if we exchange we both don't need to pay the cost. If you don't want to agree then we can each purchase our own.

> On Aug 30, 2022, at 10:59 AM, Fitzgerald, Maureen P. <MPFitzgerald@mdwcg.com> wrote:
>
> Jamie,
>
> Didn't you order the transcript? I'm confused about why you're asking this?
>
> Maureen
>
> **Maureen P. Fitzgerald**
> *Attorney at Law*
> 620 Freedom Business Center, Suite 300, King of Prussia, PA. 19406
> Direct: (610) 354-8270 | Main: (610) 354-8250 | Fax: (610) 354-8299
> bio | e-mail | website
>
> 
>
> This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to MPFitzgerald@mdwcg.com, or by telephone at (610) 354-8270 and then delete the message and its attachments from your computer.
>
> **From:** Jamie Felsen <jamiefelsen@mllaborlaw.com>
> **Sent:** Monday, August 29, 2022 2:50 PM
> **To:** Fitzgerald, Maureen P. <MPFitzgerald@MDWCG.com>
> **Cc:** Jeremy Koufakis <jeremy@mmmlaborlaw.com>
> **Subject:** Re: Star v. Voynow
>
> WARNING: This email originated outside MDWCG
> Hi Maureen - just following up on the below...
>
>> On Aug 19, 2022, at 5:02 PM, Jamie Felsen <jamiefelsen@mllaborlaw.com> wrote:
>>
>> Maureen,
>>
>> Will you agree to provide us with an electronic version of Michael Koufakis' transcript and any other transcripts and we will do the same?
>>
>> Jamie S. Felsen - Partner
>> Milman Labuda Law Group PLLC
>> 3000 Marcus Ave., Suite 3W8
>> Lake Success, NY 11042
>> Telephone (516) 328-8899

2