Exhibit A

# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Joseph M. Labuda - Member
Direct E-Mail Address: joe@mllaborlaw.com
Direct Dial: (516) 303-1380

March 15, 2023

**<u>VIA E-MAIL</u>**

Marshall Dennehy Warner Coleman & Goggin
<u>Attn</u>: Maureen P. Fitzgerald, Esq.
15000 Midatlantic Drive, Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
mpfitzgerald@mdwcg.com

> *Re:*   **Star Auto Sales of Bayside, Inc.,** *et al.* **v. Voynow, Bayard, Whyte and Co., LLP,** *et al.*
> **Case No.: 1:18-cv-5775 (ERK) (TAM)**
> **Defendants' File No.: 03127-1373**
> **<u>MLLG File No.: 76-2018</u>**

Dear Counselors:

      This letter shall serve as a response to Defendants' letter dated March 8, 2023 concerning search terms for Reynolds emails. Plaintiffs object to this Request on the grounds that it is vague, overly broad, unduly burdensome, and seeks documents that are not relevant to any claim or defense, are not likely to lead to the discovery of relevant admissible information, nor proportional to the needs of the case. Notwithstanding said objections, Plaintiffs are willing to meet and confer to discuss these search terms.

      In general, please keep in mind these search terms are being used to search any email sent or received on Reynolds by the following users from January 1, 2010 to November 15, 2016: MIKE, VIVIAN, DEBBIE, CARMEN, DOUGF, ANGE, GLADYSG, VOYNOW, VOYNOW4. As discussed previously, if you search the first name of someone, you will get every email that user sent or received. Therefore, first names are not proper search terms. Manufacturer names like "Nissan", "Chrysler", "Mitsubishi", and "Hyundai" are also too overbroad. Additionally, during our last meet and confer you asked if you could do a keyword search for one of the users listed above and we responded that is possible.

Dated:  Lake Success, New York
       March 15, 2023

_____/s_____
Joseph M. Labuda, Esq.