**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Jamie S. Felsen - Member**
**Direct E-Mail Address: jamiefelsen@mllaborlaw.com**
**Direct Dial: (516) 303-1391**

June 5, 2023

**Via ECF**
Honorable Taryn A. Merkl, U.S.M.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

***Re:*** **Star Auto Sales of Bayside, Inc., *et al.* v. Voynow, Bayard, Whyte and Co., LLP ("Voynow"), *et al.***
**Case No.: 1:18-cv-5775 (ERK) (TAM)**

Dear Judge Merkl:

This firm represents the Plaintiffs, and we submit this joint letter with Defendants' counsel, Maureen Fitzgerald. Pursuant to your individual rules, the parties are preparing a joint letter concerning four (4) remaining discovery disputes that they have been unable to resolve. Due to the number and nature of these disputes, the parties anticipate the joint letter consisting of seventeen (17) pages in addition to exhibits. The parties respectfully request permission to file a joint letter of approximately seventeen (17) pages which exceeds the Court's five (5) page limit (in addition to exhibits). In the alternative, the parties respectfully request leave to submit a formal motion related to these discovery disputes.

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

/s/ Jamie S. Felsen

cc: All counsel of record