# EXHIBIT "2"

M. KOUFAKIS

[redacted]

Do you have any understanding as to the difference between the terms "audit," "review" and "compilation"?

A. Yes.

Q. What is your understanding of what a "compilation" is?

A. So I believe it was in the latter half of 1996, when I was interviewing Voynow, it was in my office, at my desk. Randy Franzen was on my right, Hugh Whyte was on my left, and they explained to me the differences between the three.

They told me that compilation was just basically a cursory check of the numbers. They had explained to me that reviewed was much more in-depth, and that the highest level was audited

M. KOUFAKIS

accounting work. I indicated to them that I wanted the highest level, which was the audited. They said that that was -- that was really not necessary, that it was very high in cost, and typically only reserved for publicly-traded companies. But what we ultimately settled on was something -- and Randy specifically told me at that meeting that there was something in between, more than review, but less than audited. And he said when they would come into the dealerships on a quarterly basis, they would send someone, let's say, to the Toyota parts department and do random VIN checks. Then on another meeting, they might go to Chrysler used cars and check -- do a physical of the used car inventory.

So it was more than review, but not quite fully audited. That was discussed. That's what they promised. That's what I agreed to, and that's what they did.



M. KOUFAKIS

[redacted]

Q. Did you ever, at any point, receive anything in writing from Voynow, setting forth the terms of their engagement?

A. I said I don't believe so.

Q. I think I asked you specifically right after the meeting in 1996. So this question was any point thereafter.

A. The only one I can specifically remember I believe was in December of '16, that one was presented to me for the business. I think there was one or two possibly on my





M. KOUFAKIS

personal. Excluding the personal, I believe specifically in December of '16, one was presented to me.

[redacted]