# EXHIBIT "3"

David Kumor
October 18, 2022



```
22   Q.       What is -- you said that review is much more
23   in depth.
24   A.       Um-hum.
25   Q.       What was done for a review?
```

David Kumor
October 18, 2022

| | |
|---|---|
| 1 | A.        We would follow checklists.  The checklist |
| 2 | changed from year to year.  But it was follow up on |
| 3 | certain things.  I haven't done one in so long.  There |
| 4 | was a lot to them, so.  I mean, we're talking pages and |
| 5 | pages here.  We're talking 40 to 60 pages of checklists |
| 6 | that we have to look at.  And read and review.  It's |
| 7 | broken down by sections.  Kind of like the -- one page, |
| 8 | say, it's like cash.  And then it has receivables and |
| 9 | it has fixed assets.  So it has different checklists |
| 10 | that we have to say that we performed this task. |