# EXHIBIT "6"

## ● ● ● | NORTH EAST DATA PROTECTION SERVICE   N.E.D.P.S.

BROOKLYN, NY – UNITED STATES – E-mail: nedps@nedps.com

# ESTIMATE – 04/25/2023

## CLIENT:

**Milman Labuda Law Firm**
**3000 Marcus Ave Ste 3W8**
**Lake Success, NY 11042**

## WORK DESCRIPTION:

Approximately seven(7) 1500 GB LTO-5 tapes with archived backup data from a Reynolds & Reynolds server will be cloned and processed. Specialized hardware will be acquired to facilitate reading and processing of these tapes. Equipment will be transported and set-up ON-SITE of client. Processing will be performed ON-SITE with the original tapes remaining in client's custody. Processing shall include decryption of the stored data and extraction onto a hard drive where further data processing shall be performed. In the event any tape is damaged, corrupted, unreadable, or requested data is unavailable after best effort, same cost per tape shall still apply.

Further data processing shall include extraction of stored email messages within the Reynolds & Reynolds databases and the generation of reports of the extracted data according to the customer's specifications.

## COST ESTIMATE:

| Qty | Description | Per Item | Total Cost |
|---|---|---|---|
| 7 | TAPE PROCESSING – cloning, decryption, extraction, and report generation | $2,000.00 | $14,000.00 |
| 1 | LTO-5 tape drive, controller card, cables, and miscellaneous items including hardware configuration | $750.00 | $750.00 |
| | | | |
| | | **GRAND TOTAL:** | **$14,750.00** |