# EXHIBIT "7"

**VOYNOW, BAYARD, WHYTE AND COMPANY, LLP**
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
PHONE: (215) 355-8000
FAX:     (215) 396-2000

5267/

TO:

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NEW YORK 11361

DATE:    04/01/2016

FILE NO.:   AUTO0416

FOR PROFESSIONAL SERVICES:

FOR 2016 MONTHLY RETAINER                                 1,000.00

TOTAL INVOICE                                             1,000.00





# VOYNOW, BAYARD, WHYTE AND COMPANY, LLP

CERTIFIED PUBLIC ACCOUNTANTS
NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PENNSYLVANIA 19053
(215) 355-8000
FAX: (215) 396-2000

**PARTNERS:**
HUGH WHYTE, CPA
KENNETH MANN, CPA
RANDALL E. FRANZEN, CPA

DAVID A. KAPLAN, CPA
ROBERT KIRKHOPE, CPA
SHAWN P. MCCORMACK
ROBERT P. SEIBEL, CPA
STEVEN W. WHITE, CPA

PAUL VOYNOW, CPA*
ROBERT H. BAYARD, CPA*

*INACTIVE STATUS

1587

5267/

TO: STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NEW YORK 11361

DATE: 12/01/2013

FILE NO.: AUTO1213

================================================================================
FOR PROFESSIONAL SERVICES:

FOR 2013 MONTHLY RETAINER                                            1,000.00

TOTAL INVOICE                                                        1,000.00

MEMBER • AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
MEMBER • PENNSYLVANIA INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

CONFIDENTIAL

STAR00090213

# VOYNOW, BAYARD AND COMPANY
### CERTIFIED PUBLIC ACCOUNTANTS
NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PENNSYLVANIA 19053
(215) 355-8000
FAX: (215)396-2000

PARTNERS:
ROBERT H. BAYARD, CPA
KENNETH MANN, CPA
HUGH WHYTE, CPA

RANDALL E. FRANZEN, CPA
DAVID A. KAPLAN, CPA
STEVEN W. WHITE, CPA

PAUL VOYNOW, CPA

5266/

TO:
STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NEW YORK 11361

DATE: 01/01/11

FILE NO.: AUTO0111

==================================================================================
FOR PROFESSIONAL SERVICES:

FOR 2011 MONTHLY RETAINER                                    1,000.00


               TOTAL INVOICE                                 1,000.00



MEMBER • AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
MEMBER • PENNSYLVANIA INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

CONFIDENTIAL                                                                STAR00090284

**VOYNOW, BAYARD AND COMPANY**
CERTIFIED PUBLIC ACCOUNTANTS
NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PENNSYLVANIA 19053
(215) 355-8000
FAX: (215) 396-2000

PARTNERS:
ROBERT H. BAYARD, CPA
KENNETH MANN, CPA
HUGH WHYTE, CPA
RANDALL E. FRANZEN, CPA
DAVID A. KAPLAN, CPA
STEVEN W. WHITE, CPA

PAUL VOYNOW, CPA

5261/                                                               113561

TO:                                                      DATE:    02/01/12
METRO CHRYSLER PLYMOUTH JEEP EAGLE
211-34 JAMAICA AVENUE
QUEENS VILLAGE, NEW YORK 11428              FILE NO.:    AUTO0212

FOR PROFESSIONAL SERVICES:

FOR 2012 MONTHLY RETAINER                                          1,000.00

              TOTAL INVOICE                                        1,000.00

3704

MEMBER • AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
MEMBER • PENNSYLVANIA INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

CONFIDENTIAL                                              STAR00090331

# VOYNOW, BAYARD, WHYTE AND COMPANY, LLP

### CERTIFIED PUBLIC ACCOUNTANTS

NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PENNSYLVANIA 19053
(215) 355-8000
FAX: (215) 396-2000

PARTNERS:
HUGH WHYTE, CPA
KENNETH MANN, CPA
RANDALL E. FRANZEN, CPA

DAVID A. KAPLAN, CPA
ROBERT KIRKHOPE, CPA
SHAWN P. MCCORMACK
ROBERT P. SEIBEL, CPA
STEVEN W. WHITE, CPA

PAUL VOYNOW, CPA*
ROBERT H. BAYARD, CPA*

*INACTIVE STATUS

113561

5261/

TO: METRO CHRYSLER PLYMOUTH JEEP EAGLE
211-34 JAMAICA AVENUE
QUEENS VILLAGE, NEW YORK 11428

DATE: 03/01/12

FILE NO.: AUTO0312

===========================================================================
FOR PROFESSIONAL SERVICES:

FOR 2012 MONTHLY RETAINER      1,000.00

TOTAL INVOICE      1,000.00


(Posted)

MEMBER • AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
MEMBER • PENNSYLVANIA INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

CONFIDENTIAL
STAR00090330

# VOYNOW, BAYARD, WHYTE AND COMPANY, LLP

CERTIFIED PUBLIC ACCOUNTANTS

NORTHBROOK CORPORATE CENTER

1210 NORTHBROOK DRIVE, SUITE 140

TREVOSE, PENNSYLVANIA 19053

(215) 355-8000

FAX: (215) 396-2000

PARTNERS:
HUGH WHYTE, CPA
KENNETH MANN, CPA
RANDALL E. FRANZEN, CPA

DAVID A. KAPLAN, CPA
ROBERT KIRKHOPE, CPA
SHAWN P. MCCORMACK
ROBERT P. SEIBEL, CPA
STEVEN W. WHITE, CPA

PAUL VOYNOW, CPA*
ROBERT H. BAYARD, CPA*

*INACTIVE STATUS

*113561*

5261/

TO:  METRO CHRYSLER PLYMOUTH JEEP EAGLE
211-34 JAMAICA AVENUE
QUEENS VILLAGE, NEW YORK 11428

DATE: 04/01/12

FILE NO.: AUTO0412

FOR PROFESSIONAL SERVICES:

370A  30000 each AC#
B
C
D

FOR 2012 MONTHLY RETAINER                  1,000.00

TOTAL INVOICE       *POSTED*                1,000.00

MEMBER • AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
MEMBER • PENNSYLVANIA INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

CONFIDENTIAL                                           STAR00090321

# VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
## CERTIFIED PUBLIC ACCOUNTANTS

NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PENNSYLVANIA 19053
(215) 355-8000
FAX: (215) 396-2000

PARTNERS:
HUGH WHYTE, CPA
KENNETH MANN, CPA
RANDALL E. FRANZEN, CPA
DAVID A. KAPLAN, CPA
ROBERT KIRKHOPE, CPA
SHAWN P. MCCORMACK
ROBERT P. SEIBEL, CPA
STEVEN W. WHITE, CPA

PAUL VOYNOW, CPA*
ROBERT H. BAYARD, CPA

*INACTIVE STATUS

5261/

TO:
METRO CHRYSLER PLYMOUTH JEEP EAGLE
211-34 JAMAICA AVENUE
QUEENS VILLAGE, NEW YORK 11428

DATE:    05/01/12

FILE NO.:    AUTO0512

================================================================================
FOR PROFESSIONAL SERVICES:

FOR 2012 MONTHLY RETAINER                                         1,000.00

TOTAL INVOICE    370A                                             1,000.00

MEMBER • AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
MEMBER • PENNSYLVANIA INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

CONFIDENTIAL                                                    STAR00090325

# VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
### CERTIFIED PUBLIC ACCOUNTANTS

NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PENNSYLVANIA 19053
(215) 355-8000
FAX: (215) 396-2000

PARTNERS:
HUGH WHYTE, CPA
KENNETH MANN, CPA
RANDALL E. FRANZEN, CPA

DAVID A. KAPLAN, CPA
ROBERT KIRKHOPE, CPA
SHAWN P. MCCORMACK
ROBERT P. SEIBEL, CPA
STEVEN W. WHITE, CPA

PAUL VOYNOW, CPA*
ROBERT H. BAYARD, CPA

*INACTIVE STATUS

113561

5261/

TO:
METRO CHRYSLER PLYMOUTH JEEP EAGLE
211-34 JAMAICA AVENUE
QUEENS VILLAGE, NEW YORK 11428

DATE: 06/01/12

FILE NO.: AUTO0612

===============================================================================
FOR PROFESSIONAL SERVICES:

POSTED

FOR 2012 MONTHLY RETAINER                                          1,000.00


                        TOTAL INVOICE                              1,000.00

MEMBER • AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
MEMBER • PENNSYLVANIA INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

CONFIDENTIAL                                                       STAR00090326

# VOYNOW, BAYARD, WHYTE AND COMPANY, LLP

CERTIFIED PUBLIC ACCOUNTANTS
NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PENNSYLVANIA 19053
(215) 355-8000
FAX: (215)396-2000

**PARTNERS:**
HUGH WHYTE, CPA
KENNETH MANN, CPA
RANDALL E. FRANZEN, CPA

DAVID A. KAPLAN, CPA
ROBERT KIRKHOPE, CPA
SHAWN P. MCCORMACK
ROBERT P. SEIBEL, CPA
STEVEN W. WHITE, CPA

PAUL VOYNOW, CPA*
ROBERT H. BAYARD, CPA*

*INACTIVE STATUS

5261/

113561

TO:
METRO CHRYSLER PLYMOUTH JEEP EAGLE
211-34 JAMAICA AVENUE
QUEENS VILLAGE, NEW YORK 11428

DATE:   07/01/12

FILE NO.:   AUTO0712

================================================================================

FOR PROFESSIONAL SERVICES:

FOR 2012 MONTHLY RETAINER                                          1,000.00

TOTAL INVOICE                                                      1,000.00



MEMBER • AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
MEMBER • PENNSYLVANIA INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

CONFIDENTIAL                                                    STAR00090327