# EXHIBIT "8"

VOYNOW, BAYARD WHYTE AND COMPANY

These general procedures should be in operation for effective internal control in your dealership.

1. Blank checks should not be signed.

2. All financial institutions should be notified that no cashiers checks should be issued on behalf of the dealership.

3. All negative balances in the financial statement should be investigated immediately.

4. Institute mandatary employee vacation.

5. Dual signatures should be required on checks.

6. Outside parts purchases should be monitored.

7. All mail should be opened by the dealer or designated individual.

8. Checks should be deposited in the bank timely. Also we recommend the use of the new in house bank deposit system were checks are deposited immediately in the bank daily.

9. All R&R edit reports must be reviewed daily. Cash edit report, open repairs, Open part invoices etc.

10. Cash sales clearing account should be reconciled daily.

11. Unauthorized and authorized access into the computer system should be monitored on an ongoing basis.

12. Computer passwords should be changed sporadically through the year to maintain interim control over unauthorized use of the system.

13. All journal entries made to the accounting records should be authorized by the controller and signed off as part of the month end review process.

14. Vendors should be notified that payment will not be made without a purchase order number on their invoice.

15. Make sure all payroll procedures are in place and being followed. (Time cards are being used, Over time is watched etc.)

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP

# DEALERSHIP INTERNAL CONTROL CHECKLIST

## PETTY CASH
(Who controls petty cash?)

| Completed | Not Completed | |
|---|---|---|
| _____ | _____ | Petty cash fund counted and verified to the general ledger at month end. |
| _____ | _____ | Are petty cash vouchers prepared and signed in ink? |
| _____ | _____ | Are petty cash vouchers approved by managers? |
| _____ | _____ | Are employee checks or employee loans being made out of petty cash? |
| _____ | _____ | Are petty cash vouchers supported by backup receipts or invoices? |
| _____ | _____ | Are petty cash reimbursements approved by dealer or designated individual? |

## CASH

| Completed | Not Completed | |
|---|---|---|
| _____ | _____ | Are deposits verified daily per the bank pinnacle (online transaction history) report? |
| _____ | _____ | Are there any returned checks? If so who and how much. Who is collecting the money? |
| _____ | _____ | Are all wire payments received and paid verified daily? |
| _____ | _____ | Are credit card refunds verified by a manager and signed off? ( Is the deal dead?) |

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP

## CONTRACTS IN TRANSIT

<u>Completed</u>  <u>Not Completed</u>

_____  _____  Is the account reviewed weekly?  Are there any contracts older than five days? If so who and how much and why.

_____  _____  Are contracts being "cashed up" timely by finance institutions?  Are payoffs on floor plan liabilities being made within the floor plan institutions allotted time frame?

## NOTES RECEIVABLE

<u>Completed</u>  <u>Not Completed</u>

_____  _____  Does the dealership have these types of receivables?

_____  _____  Is the proper documentation on file (executed promissory note, etc.).

_____  _____  Who authorized these notes for the dealership?

_____  _____  All intercompany accounts must be reconciled on a monthly basis.

## VEHICLE RECEIVABLES

<u>Completed</u>  <u>Not Completed</u>

_____  _____  Are the COD monies followed up immediately?

_____  _____  What is the break down per location of monies due.

_____  _____  Reviewed the collection efforts being made on overaged items.

_____  _____  Who is authorizing credit?  Is all credit extended authorized?

_____  _____  Review of this account has not highlighted situations where the dealership did not have money or equivalents in house before delivery. Any monies due were authorized by the proper credit authority in the dealership.(Hold checks etc.)

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP

## PARTS AND SERVICE RECEIVABLES

| Completed | Not Completed | |
|---|---|---|
| _____ | _____ | Review weekly the schedule and aging of accounts. |
| _____ | _____ | Is any vendor still purchasing once their receivables are over 30 days old. |
| _____ | _____ | Review list of vendors on COD list. |
| _____ | _____ | If the system has been overridden for authorizing credit, who is responsible? Who has authority to override a vendor who is flagged for non payment (COD list)? |

## INVENTORIES

| Completed | Not Completed | |
|---|---|---|
| _____ | _____ | Has a physical inventory been taken of new and used vehicles? ( Independent of the sales department) |
| _____ | _____ | Physical inventories have been taken by someone other than the new and used car sales managers? |
| _____ | _____ | New and used vehicle physical inventories have been timely reconciled to the general ledger. |
| _____ | _____ | All reconciling differences have been brought to the controller and appropriate manager's attention. |
| _____ | _____ | Physical inventories of miscellaneous inventories (gas, oil, grease, tires, work in process, sublet, etc.) are taken monthly. |
| _____ | _____ | The books have been adjusted properly to all physical inventories taken for the month and discussed with management. |
| _____ | | Are the parts bins being counted in rotation and the variance difference checked by the parts manager and accounting office._____ |

## FACTORY RECEIVABLES

| Completed | Not Completed | |
|---|---|---|
| _____ | _____ | Reviewed schedule of open receivables due from the factory. Is payment being made within factory guidelines? |
| _____ | _____ | Reviewed schedule for timely collection and unusual overaged items. Investigated all open overaged receivables. |
| _____ | _____ | Who is following up on uncollected factory monies?<br>1) Rebate/Incentive<br>2) Warranties<br>3) Extended Warranties<br>4) Holdback<br>5) PDI Receivable<br>6) Advertising Co-op<br>7) Special program monies |

## FACTORY RESERVE RECEIVABLES

| Completed | Not Completed | |
|---|---|---|
| _____ | _____ | Reviewed schedules of receivables and questioned all overaged receivables (usually greater than 30 days old). |
| _____ | _____ | The dealership calculation of the reserve is accurate and no discrepancies were noted between the amount booked and the amount paid. Any small discrepancies have been adjusted for. |
| _____ | _____ | Reviewed the reconciliation between the month end books and the institutions month end statement. All reconciling and overaged receivables were investigated. |
| _____ | _____ | Reviewed the reserve for chargebacks for the month for adequacy, (unless the books have been adjusted to the actual chargeback for the month). |
| _____ | _____ | Reviewed schedule of open receivables due from the factory. Is payment being made within factory guidelines? |
| _____ | _____ | Reviewed the chargebacks for the month and the procedures for verifying that these chargebacks are for the dealership (chargebacks should be traced to the original deal and noted). |

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP

## WARRANTY and EXTENDED CLAIMS

Completed     Not Completed

_____    _____    Reviewed schedule listing of claims and aging.

_____    _____    Have all adjustments been made for the difference between amounts claimed and amounts allowed by the factory?

_____    _____    Reviewed old claims and the follow up procedures.

_____    _____    Reviewed the service departments submission procedures for timeliness and resubmission procedures.

_____    _____    If aged, has factory rep been contacted for collections?

## PREPAID EXPENSES

Completed     Not Completed

_____    _____    Reviewed a list of all prepaid expenses.

_____    _____    Checked appropriateness of all expenses charged to this account.

_____    _____    Reviewed calculation of all expenses being charged off over time and the standard journal entries for accuracy.

## FIXED ASSETS

Completed     Not Completed

_____    _____    Reviewed schedules of fixed asset acquisition and dispositions for the month with appropriate invoices.

_____    _____    Review accounts for inappropriate charges that should be expensed.

_____    _____    Review standards entry for depreciation expense for adequacy.

_____    _____    Fixed asset files are being maintained for all acquisitions and dispositions, and the appropriate sales or use tax has been paid.

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP

## EMPLOYEE RECEIVABLES AND OWNERS RECEIVABLE

Completed    Not Completed

_____   _____   Reviewed all schedule listings with appropriate authorizations for charges.

_____   _____   Reviewed terms for repayment for adherence to their initial set (payroll deduction, etc.).

## ACCOUNTS PAYABLE

Completed    Not Completed

_____   _____   Reviewed reconciliation of all vendor accounts on the month end schedule.

_____   _____   Reviewed reconciling items not cleared up from prior month. Investigated that these reconciling items were properly handled.

_____   _____   Reviewed a sample of paid invoices for proper documentation (manager's signature, purchase orders, etc.).

_____   _____   Reviewed purchase order books for recording unrecorded liabilities at month end.

_____   _____   Are all Factory Parts Accounts reconciled up to date? Any situations, (chargebacks, etc.).

_____   _____   Are all bills accrued in the correct month and expensed?

## CUSTOMERS' DEPOSITS

Completed    Not Completed

_____   _____   What is the balance of customers deposits by location?

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP

## NOTES PAYABLE - FLOOR PLAN

| Completed | Not Completed | |
|---|---|---|
| _____ | _____ | Reviewed reconciliation of financial institutions statement with the books. |
| _____ | _____ | Investigated all reconciling items carried over from one month to the next. |
| _____ | _____ | How much equity do we have in New Vehicles and in Used Vehicles (by location). |

## ACCRUED EXPENSES

| Completed | Not Completed | |
|---|---|---|
| _____ | _____ | Are all in-house internal accrued accounts correct? |
| _____ | _____ | Are all advertising and estimated future bills being accrued? (Parts physical, NADA trip etc) |

## SALES, PAYROLL AND OTHER TAXES

| Completed | Not Completed | |
|---|---|---|
| _____ | _____ | Are all bonuses checked and accrued on the books? |
| _____ | _____ | Reviewed general ledger liabilities along with scheduled accounts for reasonableness. |
| _____ | _____ | Reviewed payments made for the month to guarantee compliance with state and federal regulations. |
| _____ | _____ | Are all monthly and quarterly tax filings up to date? |
| _____ | _____ | Is the Parts department updating the wholesale Resale certificates? |

**VOYNOW, BAYARD, WHYTE AND COMPANY, LLP**

CONFIDENTIAL  STAR00013755

## MISCELLANEOUS

<u>Completed</u>   <u>Not Completed</u>

_____   _____   Any aged repair orders over 5 days old?  If so, who and how much?

_____   _____   Any aged Parts Tickets 1 day or older?  If so who and how much?

_____   _____   Any repaired vehicles released without payment? If so who and how much?

_____   _____   8300 Compliance.  Are they being filed timely?

_____   _____   Wholesale sales. (Titles are not released until payment is received?)

_____   _____   Is someone checking Finance deals to make sure the customer is not over charged on the finance rate? (Discrimination)

_____   _____   Have all deals been turned in the office?  If no get a list.

_____   _____   Are we posting deals timely?

    a)   New
    b)   Used
    c)   Wholesale
    d)   Special Finance

_____   _____   Has our computer security access been checked and is it up to date?  (Passwords, who has what access to what) Mandatory password changes.

_____   _____   What third party has access to our system and bank accounts?

_____   _____   Make sure procedures are being checked and rechecked.

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP

MONTH END REVIEW COMPLETED _____
                                   Controller's Signature        Date

MONTH END REVIEW COMPLETED _____
                                   General Mgr's Signature       Date

REVIEWED WITH             _____
                                   Dealer/Principal Signature     Date

CONFIDENTIAL                                                          STAR00013757