Case 1:18-cv-05775-ERK-TAM   Document 102-13   Filed 06/07/23   Page 1 of 1 PageID #: 931

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Hugh Whyte   ---   January 31, 2023

**157**

1  Whyte
2  just through hourly fees.
3  Q.  Was it done that way for Star with
4  respect to interim visits?
5  A.  Yeah, the time was encapsulated in
6  the report and it was billed based on the report.
7  Q.  So the 12,500 to $18,000 range for
8  the smaller dealers and the $25,000 for the
9  larger dealers, how was that paid out?
10  A.  Usually put the client on a retainer
11  and then you would deduct the retainer off of the
12  year-end bill.  That would be an estimate that we
13  would give them, and if the time came out it
14  would be more or less, we would adjust it.
15  Q.  So they would pay that monthly?
16  A.  As a retainer, yes.
17  Q.  But the tax preparation work is not
18  billed hourly, isn't that correct?
19  MS. FITZGERALD:  Objection.
20  A.  If we're doing tax preparation we
21  also put the client on a retainer, and if we say,
22  hey, it's going to be, let's say we say it's
23  going to be 30,000, we'd like to get a retainer
24  of 1500 and then at the end we'll bill you the
25  other 12,000.

**158**

1  Whyte
2  Q.  So just so I understand, so there's
3  two different tasks we're talking about, there's
4  tax preparation and then there's also the interim
5  visits.  Is the tax preparation billed on a flat
6  fee or is it billed based on an hourly fee?
7  A.  Hourly.
8  Q.  So both tax prep work and interim
9  visits are billed hourly?
10  A.  Right.
11  Q.  That was the case for Star?
12  A.  Yes.
13  Q.  What about a financial statement
14  review engagement, is that billed hourly as well?
15  A.  Yes.
16  Q.  Are all Voynow dealership clients
17  that have a tax engagement billed on a monthly
18  basis?
19  A.  All the dealerships are billed a
20  monthly retainer.
21  MR. FELSEN:  We're going to mark this
22  as 80.
23  (Exhibit 80, Compilation of invoices,
24  was so marked for identification, as of
25  this date.)

**159**

1  Whyte
2  Q.  I'm showing you what we have marked
3  as Exhibit 80.
4  A.  Okay.
5  Q.  This is a compilation of invoices?
6  A.  Yes.
7  Q.  So the first few pages are for Star
8  Hyundai for monthly retainers for $500?
9  A.  Yes.
10  Q.  Correct?
11  A.  Yes.
12  Q.  On the fourth page, Star 00017169, is
13  an invoice that doesn't reference the monthly
14  retainer, it says accounting services as
15  requested, then it says "Progress billing for
16  work completed on December 31, 2015, closing of
17  the books and preparation of partnership tax
18  returns."  There's a bill there for 6500.  This
19  is from March 4th, 2016.
20  Why was this -- you had been billing
21  for 500 and now there's a substantial increase of
22  6500.  What is the distinction between the prior
23  invoices and this invoice?
24  A.  The 6500 is a progress bill for the
25  work that we completed up to that point.  The

**160**

1  Whyte
2  retainer is strictly just to get some money in
3  advance just so we have something in the firm
4  before we start the work.
5  Then we have a final bill here for
6  2965, so the total bill would be 2965, 6500 and
7  then the retainers.  Those retainers come off
8  before these bills are billed.
9  Q.  If a client isn't given a written
10  retainer agreement, how would they know what
11  rates they're being billed at?
12  A.  They would ask us.
13  Q.  Did you ever have any discussion with
14  Star about what the rates are?
15  A.  No.
16  Q.  Do you know whether any of your
17  partners did?
18  A.  I don't know.
19  Q.  Let's turn to, a couple of pages, to
20  Star 00017190, it's like two pages after the one
21  we just looked at.  March 1, 2016 for Star
22  Toyota.
23  A.  I got it.
24  Q.  So there was an invoice issued on
25  that date for a thousand dollars for the monthly