MARSHALL DENNEHEY

620 Freedom Business Center, Suite 300, King of Prussia, PA 19406
(610) 354-8250 Fax (610) 354-8299

Direct Dial: (610) 354-8270
Email: mpfitzgerald@mdwcg.com

June 14, 2023

**VIA ECF**

Honorable Taryn A. Merkl, U.S.M.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

RE: Star Auto Sales, et al. v. Voynow, et al.
Docket No.: USDC of Eastern NY No. 1:18-cv-05775-ERK-CLP
Our File No.: 03127.01373

Dear Judge Merkl:

This firm represents the Defendants Voynow, Bayard, Whyte and Co., LLP, ("Voynow") Randy Frazen, Hugh Whyte and Bob Seibel in the above captioned matter. We are submitting this correspondence in conjunction with counsel for the Plaintiffs pursuant to the Court's May 31, 2023 Order regarding the status of mediation in this matter.

**<u>Plaintiffs' Statement:</u>**

The parties attended two (2) mediation sessions spanning 1 ½ days. The mediation concluded because there remains a significant gap in the parties' settlement positions. The parties are aware of their respective positions and arguments and a settlement conference at this time will not be a productive use of the Court's and the parties' resources.

**<u>Defendants' Statement:</u>**

The parties participated in two virtual mediation sessions. The sessions were virtual at the request of the mediator although counsel for both sides had indicated a preference for an in person mediation. Defendants are willing to appear in person for a settlement conference before Your Honor, with all key individuals including the three owners of Plaintiffs' corporations, required to be physically present, should the Court be willing to entertain this request and should Plaintiffs be agreeable to do so.

Thank you for your consideration of this matter.

Very truly yours,

Maureen Fitzgerald

Maureen P. Fitzgerald

MPF:ls
cc: All counsel of record

LEGAL/139253376.v1