

620 Freedom Business Center, Suite 405, King of Prussia, PA 19406
(610) 354-8250  Fax (610) 354-8299

Direct Dial:  (610) 354-8270
Email:  mpfitzgerald@mdwcg.com

August 4, 2023

**VIA ECF**

Honorable Taryn A. Merkl, U.S.M.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

      RE:    Star Auto Sales, et al. v. Voynow, et al.
             Docket No.:   USDC of Eastern NY No. 1:18-cv-05775-ERK-CLP
             Our File No.: 03127.01373

Dear Judge Merkl:

      This firm represents the Defendants Voynow, Bayard, Whyte and Co., LLP, ("Voynow") Randy Franzen, Hugh Whyte and Bob Seibel in the above captioned matter.  We are writing to follow-up regarding the Parties' joint submission filed on June 7, 2023 (Dkt # 102).   While the Court's recent Order of August 2, 2023 addressed the issues raised therein regarding the expert and discovery deadlines, it did not address the issue raised by Defendants regarding Plaintiffs' failure to produce the pertinent Reynolds emails from November 2016 through December 2017.  Defendants believe that this issue has been briefed and ripe for ruling, but are available for a conference with the Court should that be required.

      Thank you for your consideration of this matter.

                                                Respectfully,

                                                Maureen P. Fitzgerald

MPF:ls
cc:     All counsel of record
LEGAL/155322664.v1