

New York State Department of Taxation and Finance
New York City Department of Finance

# Power of Attorney



Read Form POA-1-I, *Instructions for Form POA-1*, before completing. These instructions explain how the information entered on this power of attorney (POA) will be interpreted and the extent of the powers granted.

## 1. Taxpayer information (Taxpayer(s) must sign and date this form - please print or type.)

| Taxpayer's name | Taxpayer's identification number (see instructions) |
|---|---|
| STAR AUTO SALES OF QUEENS VILLAGE LLC | ████2552 |
| Spouse's name (if joint tax return) | Spouse's SSN (if applicable) |
| | |

| Mailing address | City | State | ZIP code |
|---|---|---|---|
| 21010 JAMAICA AVE | QUEENS VLG | NY | 11428-1550 |
| Spouse's mailing address (if different from above) | City | State | ZIP code |
| | | | |

The taxpayer(s) named above appoints the individual(s) named below as the taxpayer's or taxpayers' attorney(s)-in-fact:

## 2. Representative information (Representative(s) must complete section 8 on page 4 of this form.)

| Representative's name | Telephone number | Fax number |
|---|---|---|
| RANDALL FRANZEN, CPA | ( 215 ) 355-8000 | ( 215 ) 396-2000 |
| Mailing address (include firm name, if any) | Representative's NYTPRIN (if applicable) | |
| 1210 NORTHBROOK DRIVE SUITE 140 | | |
| City | State | ZIP code | E-mail address |
| TREVOSE | PA | 19053 | RFRANZEN@VOYNOWBAYARD.COM |

| Representative's name | Telephone number | Fax number |
|---|---|---|
| HUGH WHYTE, CPA | ( 215 ) 355-8000 | ( 215 ) 396-2000 |
| Mailing address (include firm name, if any) | Representative's NYTPRIN (if applicable) | |
| 1210 NORTHBROOK DRIVE SUITE 140 | | |
| City | State | ZIP code | E-mail address |
| TREVOSE | PA | 19053 | HWHYTE@VOYNOWBAYARD.COM |

| Representative's name | Telephone number | Fax number |
|---|---|---|
| ROBERT SEIBEL, CPA | ( 215 ) 355-8000 | ( 215 ) 396-2000 |
| Mailing address (include firm name, if any) | Representative's NYTPRIN (if applicable) | |
| 1210 NORTHBROOK DRIVE SUITE 140 | | |
| City | State | ZIP code | E-mail address |
| TREVOSE | PA | 19053 | RSEIBEL@VOYNOWBAYARD.COM |

to represent the taxpayer(s) in connection with the following tax matter(s):

## 3. Tax matter(s) — For estate tax matters, use Form ET-14, *Estate Tax Power of Attorney*, instead of this form.

| Type(s) of tax(es) (may enter more than one) | Tax year(s), period(s), or transaction(s) | Notice/assessment/Audit ID number(s) |
|---|---|---|
| SALES AND USE TAX | 03/01/2010 - 11/30/2012 | ████7526 |
| | | |
| | | |

with full power to receive confidential information and to perform any and all acts that the taxpayer(s) can perform with respect to the above specified tax matter(s), except for signing tax returns or delegating his/her/their authority (unless specifically authorized; see page 2). If you **do not** want any of the above representative(s) to have full power as described above, attach a signed and dated explanation and mark an **X** in this box .................▶ ☐

POA-1 (9/10) Page 1 of 4

0291100094

VOYNOW_035578

Page 2 of 4   POA-1 (9/10)

Taxpayer's identification number: ████2552

I/We authorize the above representative(s) to sign tax returns for the tax matter(s) indicated above. *(If joint return, both taxpayers must sign.)*

| Your signature | Date | Spouse's signature | Date |
|---|---|---|---|
|  |  |  |  |

I/We authorize the above representative(s) to delegate his/her/their authority to another. *(If joint return, both taxpayers must sign.)*

| Your signature | Date | Spouse's signature | Date |
|---|---|---|---|
|  |  |  |  |

### 4. Retention/revocation of prior power(s) of attorney

This power of attorney (POA) only applies to tax matters administered by the New York State Tax Department, the New York City Department of Finance, or both. Executing and filing this POA revokes all powers of attorney previously executed and filed with an agency for the same tax matter(s) and year(s), period(s) or transaction(s) covered by this document. If there is an existing POA that you **do not** want revoked, attach a signed and dated copy of each POA you want to remain in effect and mark an **X** in this box. ......... ▶ ☐

### 5. Notices and certain other communications

In those instances where statutory notices and certain other communications involving the tax matter(s) listed on page 1 are sent to a representative, these documents will be sent to the first representative named in section 2. If you **do not** want notices and certain other communications sent to the first representative, enter the name of the representative designated on page 1 (or on the attached power of attorney previously filed and remaining in effect) that you want to receive notices, etc.

Representative's name: _____

If you do not want notices and certain other communications to go to any representative, enter *None* on the line above.

### 6. Taxpayer signature

If a joint tax return was filed for New York State, New York City, or both, and both spouses request the same representative(s), both spouses must sign below.

If the taxpayer named in section 1 is other than an individual: I certify that I am acting in the capacity of a corporate officer, partner (except a limited partner), member or manager of a limited liability company, or fiduciary on behalf of the taxpayer, and that I have the authority to execute this power of attorney on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| Signature | Taxpayer's telephone number | Taxpayer's fax number | Date |
|---|---|---|---|
| *[signed]* | (718) 428-1700 | (718) 428-8414 | 1/8/13 |
| Name of person signing this form *(type or print)*: Steven Koufakis | | Title, if applicable: MP | |
| Spouse's signature | Spouse's telephone number ( ) | Spouse's fax number ( ) | Date |

Affix corporate seal here, if applicable

### 7. Acknowledgment or witnessing the power of attorney

This power of attorney must be acknowledged by the taxpayer(s) before a notary public (see next page for acknowledgment formats) or witnessed by **two** disinterested individuals, unless the appointed representative(s) is licensed to practice in New York State as an attorney-at-law, certified public accountant, public accountant, or is a New York State resident enrolled as an agent to practice before the Internal Revenue Service.

The person(s) signing as the above taxpayer(s) appeared before us and executed this power of attorney.

| Signature of witness | | | Signature of witness | | |
|---|---|---|---|---|---|
| Name of witness *(type or print)* | | Date | Name of witness *(type or print)* | | Date |
| Mailing address of witness *(type or print)* | | | Mailing address of witness *(type or print)* | | |
| City | State | ZIP code | City | State | ZIP code |

0292100094



Taxpayer's identification number: 2552

POA-1 (9/10)  Page 3 of 4

## Acknowledgment — individual

State of
County of             ss:
On this        day of        ,        , before me personally came,    to me known to be the person(s) described in the foregoing power of attorney; and he/she/they acknowledged that he/she/they executed the same.

Signature of notary public                                    Date

Notary public: affix stamp (or other indication of your notary authority)

## Acknowledgment — corporate

State of
County of             ss:
On this        day of        ,        , before me personally came,    to me known, who, being by me duly sworn, did say that he/she is
the                             of                         , the corporation described in the foregoing power of attorney; and that he/she signed his/her name thereto by authority of the board of directors of said corporation.

Signature of notary public                                    Date

Notary public: affix stamp (or other indication of your notary authority)

## Acknowledgment — limited liability company (LLC)

State of  New York
County of  Queens             ss:
On this  8th        day of  January  , 2013 , before me personally came,    to me known, who, being by me duly sworn, did say that he/she is a member or manager of the limited liability company described in the foregoing power of attorney; and that he/she is empowered to and did execute the same.

Signature of notary public  [signed]                             Date  01/08/2013

VIVIAN MARINAKIS
Notary Public, State of New York
No. 41-4805237
Qualified in Queens County
Commission Expires 02/28/14

## Acknowledgment — partnership/limited liability partnership (LLP)

State of
County of             ss:
On this        day of        ,        , before me personally came,    to me known, who, being by me duly sworn, did say that he/she is a partner of the partnership described in the foregoing power of attorney; and that he/she is empowered to and did execute the same.

Signature of notary public                                    Date

Notary public: affix stamp (or other indication of your notary authority)

0293100094


Page 4 of 4    POA-1 (9/10)

| Taxpayer's identification number |
|---|
| ▮2552 |

## 8. Declaration of representative(s) *(to be completed by each representative)*

I agree to represent the above named taxpayer(s) in accordance with this power of attorney. I affirm that my representation will not violate the provisions of the Ethics in Government Act or section 2604(d) of Chapter 68 of the New York City Charter restricting appearances by a former government employee before his or her former agency. I have read a summary of these restrictions reproduced in the instructions to this form.

I am *(indicate all that apply)*:

1. an attorney-at-law licensed to practice in New York State
2. a certified public accountant duly qualified to practice in New York State
3. a public accountant enrolled with the New York State Education Department
4. a New York State resident enrolled as an agent to practice before the Internal Revenue Service
5. an employee not a corporate officer (if the taxpayer is a corporation)
6. other: _____

| Designation(s) (use number(s) from above list) | Representative's PTIN, SSN, or EIN | Signature | Date |
|---|---|---|---|
| 2 | ▮8916 | *[signature]* | 01-04-2013 |
| 2 | ▮0369 | *[signature]* | 01-04-2013 |
| 2 | ▮2698 | *[signature]* | 01-04-2013 |

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED IN ITS ENTIRETY, THE POWER OF ATTORNEY WILL BE RETURNED.**

0294100094

Nov 2010 - turned in MV License

VOYNOW_035582



**VOYNOW BAYARD WHYTE AND COMPANY, LLP**
CERTIFIED PUBLIC ACCOUNTANTS

PARTNERS:
HUGH WHYTE, CPA
KENNETH MANN, CPA
RANDALL E. FRANZEN, CPA

DAVID A. KAPLAN, CPA
ROBERT KIRKHOPE, CPA
SHAWN P. MCCORMACK
ROBERT P. SEIBEL, CPA
STEVEN W. WHITE, CPA

PAUL VOYNOW, CPA*
ROBERT H. BAYARD, CPA*
*INACTIVE

January 9, 2013

New York State
Department of Taxation and Finance
Transaction Field Audit Bureau
Queens District Office
80-02 Kew Gardens Road
Kew Gardens, NY 11415

Attn: Ms. Pansy Worthy

Re: Star Auto Sales of Queens Village, LLC

Dear Ms. Worthy:

Star Auto Sales of Queens Village, LLC closed its vehicle sales operations in December 2011. The company's service and parts operations were also closed as of early January 2013. The company is currently completely closed and transacts no business.

For this reason, and based on the information requested in your IDR #1, we will require additional time to gather the necessary information for you to conduct your audit.

We request that you please reschedule the audit to a date in May 2013.

We appreciate your understanding in this matter and look forward to a quick resolution to this matter once we have had a change to gather the necessary information.

If you have any questions or require additional information, please contact us.

Very truly yours,

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP

Robert Seibel, CPA

RS/db/bn

NORTHBROOK CORPORATE CENTER · 1210 NORTHBROOK DRIVE · SUITE 140 · TREVOSE, PA 19053 · 215.355.8000 · 215.396.2000 F
MEMBER · AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
MEMBER · PENNSYLVANIA INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

VOYNOW_035583



New York State Department of Taxation and Finance
New York City Department of Finance

# Power of Attorney



Read Form POA-1-I, *Instructions for Form POA-1*, before completing. These instructions explain how the information entered on this power of attorney (POA) will be interpreted and the extent of the powers granted.

## 1. Taxpayer information *(Taxpayer(s) must sign and date this form - please print or type.)*

| Taxpayer's name | Taxpayer's identification number *(see instructions)* |
|---|---|
| STAR AUTO SALES OF QUEENS VILLAGE LLC | ████2552 |
| Spouse's name *(if joint tax return)* | Spouse's SSN *(if applicable)* |

| Mailing address | City | State | ZIP code |
|---|---|---|---|
| 21010 JAMAICA AVE | QUEENS VLG | NY | 11428-1550 |
| Spouse's mailing address *(if different from above)* | City | State | ZIP code |

The taxpayer(s) named above appoints the individual(s) named below as the taxpayer's or taxpayers' attorney(s)-in-fact:

## 2. Representative information *(Representative(s) must complete section 8 on page 4 of this form.)*

| Representative's name | Telephone number | Fax number |
|---|---|---|
| RANDALL FRANZEN, CPA | ( 215 ) 355-8000 | ( 215 ) 396-2000 |
| Mailing address *(include firm name, if any)* | Representative's NYTPRIN *(if applicable)* | |
| 1210 NORTHBROOK DRIVE SUITE 140 | | |
| City / State / ZIP code | E-mail address | |
| TREVOSE  PA  19053 | RFRANZEN@VOYNOWBAYARD.COM | |
| Representative's name | Telephone number | Fax number |
| HUGH WHYTE, CPA | ( 215 ) 355-8000 | ( 215 ) 396-2000 |
| Mailing address *(include firm name, if any)* | Representative's NYTPRIN *(if applicable)* | |
| 1210 NORTHBROOK DRIVE SUITE 140 | | |
| City / State / ZIP code | E-mail address | |
| TREVOSE  PA  19053 | HWHYTE@VOYNOWBAYARD.COM | |
| Representative's name | Telephone number | Fax number |
| ROBERT SEIBEL, CPA | ( 215 ) 355-8000 | ( 215 ) 396-2000 |
| Mailing address *(include firm name, if any)* | Representative's NYTPRIN *(if applicable)* | |
| 1210 NORTHBROOK DRIVE SUITE 140 | | |
| City / State / ZIP code | E-mail address | |
| TREVOSE  PA  19053 | RSEIBEL@VOYNOWBAYARD.COM | |

to represent the taxpayer(s) in connection with the following tax matter(s):

## 3. Tax matter(s) — For estate tax matters, use Form ET-14, *Estate Tax Power of Attorney*, instead of this form.

| Type(s) of tax(es) *(may enter more than one)* | Tax year(s), period(s), or transaction(s) | Notice/assessment/Audit ID number(s) |
|---|---|---|
| SALES AND USE TAX | 03/01/2010 - 11/30/2012 | ████7526 |
| | | |
| | | |

with full power to receive confidential information and to perform any and all acts that the taxpayer(s) can perform with respect to the above specified tax matter(s), except for signing tax returns or delegating his/her/their authority (unless specifically authorized; see page 2). If you **do not** want any of the above representative(s) to have full power as described above, attach a signed and dated explanation and mark an **X** in this box ............▶ ☐

POA-1 (9/10)   Page 1 of 4

0291100094

VOYNOW_035584

Page 2 of 4   POA-1 (9/10)

Taxpayer's identification number
▇▇▇▇▇2552

I/We authorize the above representative(s) to sign tax returns for the tax matter(s) indicated above. *(If joint return, both taxpayers must sign.)*

| Your signature | Date | Spouse's signature | Date |
|---|---|---|---|
|  |  |  |  |

I/We authorize the above representative(s) to delegate his/her/their authority to another. *(If joint return, both taxpayers must sign.)*

| Your signature | Date | Spouse's signature | Date |
|---|---|---|---|
|  |  |  |  |

### 4. Retention/revocation of prior power(s) of attorney

This power of attorney (POA) only applies to tax matters administered by the New York State Tax Department, the New York City Department of Finance, or both. Executing and filing this POA revokes all powers of attorney previously executed and filed with an agency for the same tax matter(s) and year(s), period(s) or transaction(s) covered by this document. If there is an existing POA that you do not want revoked, attach a signed and dated copy of each POA you want to remain in effect and mark an *X* in this box. ......... ▶ ☐

### 5. Notices and certain other communications

In those instances where statutory notices and certain other communications involving the tax matter(s) listed on page 1 are sent to a representative, these documents will be sent to the first representative named in section 2. If you do **not** want notices and certain other communications sent to the first representative, enter the name of the representative designated on page 1 (or on the attached power of attorney previously filed and remaining in effect) that you want to receive notices, etc.

Representative's name: _____

If you do not want notices and certain other communications to go to any representative, enter *None* on the line above.

### 6. Taxpayer signature

If a joint tax return was filed for New York State, New York City, or both, and both spouses request the same representative(s), both spouses must sign below.

If the taxpayer named in section 1 is other than an individual: I certify that I am acting in the capacity of a corporate officer, partner (except a limited partner), member or manager of a limited liability company, or fiduciary on behalf of the taxpayer, and that I have the authority to execute this power of attorney on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| Signature | Taxpayer's telephone number | Taxpayer's fax number | Date |
|---|---|---|---|
| *[signed]* | (718) 428-1700 | (718) 428-8414 | 1/8/13 |
| Name of person signing this form *(type or print)* <br> Steven Koufakis | | Title, if applicable <br> MP | |
| Spouse's signature | Spouse's telephone number <br> ( ) | Spouse's fax number <br> ( ) | Date |

Affix corporate seal here, if applicable

### 7. Acknowledgment or witnessing the power of attorney

This power of attorney must be acknowledged by the taxpayer(s) before a notary public (see next page for acknowledgment formats) or witnessed by **two** disinterested individuals, unless the appointed representative(s) is licensed to practice in New York State as an attorney-at-law, certified public accountant, public accountant, or is a New York State resident enrolled as an agent to practice before the Internal Revenue Service.

The person(s) signing as the above taxpayer(s) appeared before us and executed this power of attorney.

| Signature of witness | | Signature of witness | |
|---|---|---|---|
|  |  |  |  |
| Name of witness *(type or print)* | Date | Name of witness *(type or print)* | Date |
| Mailing address of witness *(type or print)* | | Mailing address of witness *(type or print)* | |
| City | State | ZIP code | City | State | ZIP code |

0292100094

| Taxpayer's identification number | |
|---|---|
| ■■■2552 | POA-1 (9/10)  Page 3 of 4 |

### Acknowledgment — individual

State of  
County of  
On this                day of              ,         , before me personally came,  
to me known to be the person(s) described in the foregoing power of attorney; and he/she/they acknowledged that he/she/they executed the same.

| Signature of notary public | Date |
|---|---|
| | |

**Notary public; affix stamp (or other indication of your notary authority)**

### Acknowledgment — corporate

State of  
County of  
On this                day of              ,         , before me personally came,  
to me known, who, being by me duly sworn, did say that he/she is  
the                              of                              , the corporation described in the foregoing power of attorney; and that he/she signed his/her name thereto by authority of the board of directors of said corporation.

| Signature of notary public | Date |
|---|---|
| | |

**Notary public: affix stamp (or other indication of your notary authority)**

### Acknowledgment — limited liability company (LLC)

State of  New York    ss:  
County of  Queens  
On this  8th   day of  January  , 2013 , before me personally came,  
to me known, who, being by me duly sworn, did say that he/she is  
a member or manager of the limited liability company described in the foregoing power of attorney; and that he/she is empowered to and did execute the same.

| Signature of notary public | Date |
|---|---|
| MIRIAN MARINAKIS / [signature] | 01/08/2013 |

Notary Public, State of New York  
No. 41-4805237  
Qualified in Queens County  
Commission Expires 02/26/14

### Acknowledgment — partnership/limited liability partnership (LLP)

State of  
County of  
On this                day of              ,         , before me personally came,  
to me known, who, being by me duly sworn, did say that he/she is  
a partner of the partnership described in the foregoing power of attorney; and that he/she is empowered to and did execute the same.

| Signature of notary public | Date |
|---|---|
| | |

**Notary public: affix stamp (or other indication of your notary authority)**

0293100094


Page 4 of 4   POA-1 (9/10)

| Taxpayer's identification number |
|---|
| ███ 2552 |

## 8. Declaration of representative(s) *(to be completed by each representative)*

I agree to represent the above named taxpayer(s) in accordance with this power of attorney. I affirm that my representation will not violate the provisions of the Ethics in Government Act or section 2604(d) of Chapter 68 of the New York City Charter restricting appearances by a former government employee before his or her former agency. I have read a summary of these restrictions reproduced in the instructions to this form.

I am *(indicate all that apply)*:

1. an attorney-at-law licensed to practice in New York State
2. a certified public accountant duly qualified to practice in New York State
3. a public accountant enrolled with the New York State Education Department
4. a New York State resident enrolled as an agent to practice before the Internal Revenue Service
5. an employee not a corporate officer (if the taxpayer is a corporation)
6. other: _____

| Designation(s) (use number(s) from above list) | Representative's PTIN, SSN, or EIN | Signature | Date |
|---|---|---|---|
| 2 | ███8916 | *[signature]* | 01-04-2013 |
| 2 | ███0369 | *[signature]* | 01-04-2013 |
| 2 | ███2698 | *[signature]* | 01-04-2013 |

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED IN ITS ENTIRETY, THE POWER OF ATTORNEY WILL BE RETURNED.**

0294100094

VOYNOW_035587