# EXHIBIT 1

Page 82

M. KOUFAKIS

1
2  Q. Sure. Do you have any understanding
3  as to why any of the Star entities would pay for
4  audit services, but not require --
5  A. Yeah, because I wanted it.
6  Q. -- but not require audited financial
7  statements?
8     MR. FELSEN: Objection.
9  A. I wanted the highest level of
10 accuracy, as possible.
11 Q. And why was it that you didn't ask
12 for audited financial statements then, if you
13 wanted the highest level of accuracy possible?
14 A. I took Voynow's recommendation, that
15 it was not necessary and overly burdensome and
16 costly.
17 Q. If you believe that you paid for
18 something higher than a review, but not quite an
19 audit, why wouldn't you have at least wanted
20 reviewed financial statements?
21    MR. FELSEN: Objection.
22 A. You're making the assumption it was
23 not.
24 Q. Did you ever get financial
25 statements prepared by Voynow, with an opinion

Page 83

M. KOUFAKIS

1
2  stating that they reviewed them and what they
3  found?
4  A. They didn't prepare the financial
5  statements, but they reviewed the accounts that
6  were used to prepare the financial statements.
7  Q. Did you ever get anything as far as
8  an opinion from them?
9  A. Not that I can recall.
10 Q. But yet you believe you paid for it?
11 A. I believe that the accounting
12 statements we were producing was just short of
13 an audited statement.
14 Q. And that -- when you say "accounting
15 statement," what is it specifically you're
16 referring to?
17 A. The one the dealership produces for
18 the manufacturers and what is ultimately
19 utilized to ultimately do the tax returns.
20 Q. Are you talking about a balance
21 sheet, an income statement? What are you
22 talking about when you say an "accounting
23 statement"?
24 A. A financial statement required by
25 all of the manufacturers.

Page 84

M. KOUFAKIS

1
2  Q. Which is what?
3  A. It is a -- anywhere from
4  four-to-seven page document. Page 1 is balance
5  sheet, page 2 is, you know, the total of -- it's
6  typically expenses. Page 3 and 4 are the income
7  and expenses of the various departments.
8  Q. And that three-to-four page
9  financial statement --
10 A. It's at least four-to-seven.
11 Q. Okay. This financial statement was
12 prepared by whom?
13    MR. FELSEN: Objection.
14 A. It's printed by the office manager
15 and sent by the office manager. But it's the
16 culmination of the accounts that Voynow
17 reviewed.
18 Q. Let's go back to the current
19 accountant. It's Withum, did you say?
20 A. Yes.
21 Q. Where are they based?
22 A. I believe New Jersey is the main
23 headquarters.
24 Q. Who's your contact there? Who's the
25 main accountant?

Page 85

M. KOUFAKIS

1
2  A. Louis Young.
3  Q. Is there an engagement letter with
4  Withum?
5  A. I'm not sure.
6  Q. What do you mean you're not sure?
7     MR. FELSEN: Objection.
8  Q. Would -- you don't remember or --
9  A. I'm not sure. I can't say it any
10 clearer than that.
11 Q. If there was one and it was signed,
12 who, other than you, would be the person to sign
13 it?
14    MR. FELSEN: Objection.
15 A. Probably no one.
16 Q. When was Withum hired?
17 A. I believe approximately April of
18 2020.
19 Q. And did you make the decision to
20 hire them?
21 A. Yes.
22 Q. And is it your contention that
23 Withum was hired to provide the same services
24 that Mr. Weiner's firm was engaged to provide,
25 and that Voynow was engaged to provide?

Page 86

M. KOUFAKIS

1
2  A.  It's not quite the same.
3  Q.  How is it different?
4  A.  I would say it's not quite to the
5  same level.
6  Q.  Explain.
7  A.  Originally, I would say it's a fluid
8  situation, and it has not been fully discussed.
9  Q.  So you've had an accounting firm for
10 at least two years now, providing services, and
11 you still don't have clarity as to what it is
12 they are providing you?
13 A.  Well, they are doing the tax
14 returns.  And we are in the process of hiring
15 someone else to review our internal systems and
16 controls.  And Jacque, over time is, I believe
17 now is a licensed -- I forget what the term
18 was -- fraud examiner, if I'm not mistaken.
19 Q.  She's also an employee, correct?
20 A.  She's also an employee.  I also
21 utilized someone else who reports solely to me,
22 kind of like what Bing Yuen did years ago.
23 Q.  Who was that?
24 A.  Leslie Senatore, S-E-N-A-T-O-R-E.
25 Q.  When was she hired?

Page 87

M. KOUFAKIS

1
2  A.  I believe in 2017.
3  Q.  So she's an internal auditor?
4  A.  She's a retired office manager who
5  reports directly to me, whose job is to look for
6  any irregularities.
7  Q.  And who is she employed by?  Which
8  entity?  Nissan?  Toyota?
9  A.  It doesn't really matter.
10 Q.  She's hired to look for any
11 irregularities in any dealership?
12 A.  In any of the dealerships, yes.  Her
13 specialty is service and parts.
14 Q.  Is she a full-time employee?
15 A.  Yes.
16 Q.  When in 2017 was she hired?
17 A.  I don't have the exact date.  I
18 don't know.
19 Q.  Was she hired before or after
20 Rosenfield?
21 A.  Her role changed over time.
22 Originally she started part-time, doing some
23 limited functions, and the role expanded over
24 time from part-time to full time, so I'm not
25 exactly sure.

Page 88

M. KOUFAKIS

1
2  Q.  Okay.  At what point did she go full
3  time?
4  A.  I'm not sure.
5  Q.  So going back to the engagement with
6  Withum.  At the time you hired them in April of
7  2020, actually -- strike that.
8      What, if anything, did you know about their
9  background?
10 A.  They were a large accounting firm,
11 that did quite a number of automobile
12 dealerships.
13 Q.  Did somebody recommend them?
14 A.  No.
15 Q.  Is Mr. Young still your point of
16 contact there?
17 A.  Yes.
18 Q.  How often is Withum at the
19 dealership -- strike that.
20     Are they there --
21 A.  Several times.  I'm not sure.
22 Q.  Are they there for quarterly visits,
23 like Larry Weiner's firm and Voynow supposedly
24 were?
25     MR. FELSEN:  Objection.

Page 89

M. KOUFAKIS

1
2  A.  Maybe not quarterly.  Maybe a little
3  less.
4  Q.  Is their engagement, does it also
5  include verification of the balances in the
6  accounts?
7  A.  Well, I didn't say there was an
8  engagement.  It's still a fluid situation.
9  Q.  Okay.  It's fluid right now.  Is
10 that what you're saying?
11 A.  Yes.
12 Q.  At any point between April of 2020,
13 up until today, did you hire Withum to verify
14 the balances in the dealership accounts?
15 A.  Yes.
16 Q.  Did you hire them to detect fraud?
17 A.  Not with what had already
18 transpired, but going forward, yes.  Not
19 backwards.
20 Q.  So you're saying as of today you've
21 hired them to detect fraud, but not between
22 April of 2020 and today?
23     MR. FELSEN:  Objection.
24 A.  Repeat that.
25 Q.  I'm trying to understand your