# EXHIBIT 3



620 Freedom Business Center, Suite 405, King of Prussia, PA 19406
(610) 354-8250  Fax (610) 354-8299

Direct Dial:  (610) 354-8270
Email:  mpfitzgerald@mdwcg.com

June 29, 2023

VIA EMAIL [michaelmule@mllaborlaw.com]
Michael C. Mulè, Esquire
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042

    RE:    Star Auto Sales, et al. v. Voynow, et al.
           Docket No.:   USDC of Eastern NY No. 1:18-cv-05775-ERK-CLP
           Our File No.:   03127.01373

Dear Mr. Mulè:

As a follow-up to the 30(b)(6) deposition of Voynow, Bayard, Whyte and Company, LLP ("Voynow"), please find Voynow's response regarding the handwriting depicted on Plaintiffs' Exhibit 148:

| DOCUMENT BATES NO. | HANDWRITING IDENTIFICATION |
|---|---|
| Voynow_006540 | Tim Kravets, Randy Franzen |
| Voynow_006670 | Tim Kravets, Randy Franzen |
| Voynow_007864 | Shawn McCormack |
| Voynow_007874 | Unknown after investigation |
| Voynow_007875 | No handwriting on this document |
| Voynow_008338 | Randy Franzen |
| Voynow_008401 | Bob Seibel |
| Voynow_008783 | Bob Seibel |
| Voynow_008828 | Bob Seibel |
| Voynow_008830 | Bob Seibel |
| Voynow_009410 | Shawn McCormack |
| Voynow_009888 | Shawn McCormack |
| Voynow_009889 | Shawn McCormack |

Michael C. Mulè, Esquire
June 29, 2023
Page 2

_____

| DOCUMENT BATES NO. | HANDWRITING IDENTIFICATION |
|---|---|
| Voynow_010014 | Shawn McCormack |
| Voynow_012388 | Unknown after investigation |
| Voynow_012912 | Not a Voynow employee |
| Voynow_020151 | Shawn McCormack |
| Voynow_021089 | Bob Seibel |
| Voynow_021153 | Not a Voynow employee |
| Voynow_022986 | Bob Seibel |
| Voynow_024437 | Bob Seibel |
| Voynow_024439 | Bob Seibel |
| Voynow_024607 | No handwriting is on this document |
| Voynow_024669 | Bob Seibel |
| Voynow_024670 | Bob Seibel |
| Voynow_024690 | Ken Mann |
| Voynow_024752 | Bob Seibel |
| Voynow_024753 | Bob Seibel |
| Voynow_024754 | Bob Seibel |
| Voynow_024769 | Bob Seibel |
| Voynow_024798 | Bob Seibel |
| Voynow_024825 | Bob Seibel |
| Voynow_024827 | Hugh Whyte |
| Voynow_024859 | Bob Seibel |

Enclosed is a Verification from Bob Seibel regarding the handwriting references listed above per your request.

Additionally, as a follow up to the June 20, 2023 document production, Defendants are producing supplemental documents which have been bates stamped as VOYNOW_035373 to VOYNOW_035737 and are available through the FTP site.  The password to access them is PpxOVzcxtPx2XFBt4.

Michael C. Mulè, Esquire
June 29, 2023
Page 3

_____

                                            Very truly yours,

                                            *Maureen Fitzgerald*

                                            Maureen P. Fitzgerald

MPF:ls
Enclosure
cc:      Jamie Felsen, Esquire - jamiefelsen@mllaborlaw.com
         Joseph Labuda, Esquire - joe@mllaborlaw.com
         Jeremy Koufakis, Esquire - jeremy@mmmlaborlaw.com
LEGAL/154573719.v1