# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
———

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Joseph M. Labuda - Member
Direct E-Mail Address: joe@mllaborlaw.com
Direct Dial: (516) 303-1380

October 24, 2023

<u>**VIA ECF**</u>
Honorable Taryn A. Merkl, U.S.M.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> *Re:* **Star Auto Sales of Bayside, Inc.,** *et al.* **v. Voynow, Bayard, Whyte and Co., LLP ("Voynow"),** *et al.*
> <u>**Case No.: 1:18-cv-5775 (ERK) (TAM)**</u>

Dear Judge Merkl:

This firm represents the Plaintiffs ("Star") in the above referenced matter. Plaintiffs write to respectfully request a two-week adjournment of the October 27, 2023 deadline to exchange expert rebuttal reports until November 10, 2023. The request is due to the death of Plaintiffs' expert's father who passed away last week and he is still out dealing with his loss. Defendants do not object to the requested extension. This is the first request for an extension of this deadline.

Accordingly, Plaintiffs respectfully submit that good cause exists to grant its request to adjourn the deadline to exchange expert reports until November 10, 2023.

We thank the Court for its time and consideration in this matter.

Respectfully submitted,

*Joseph M. Labuda*
Joseph M. Labuda

Cc: All counsel of record