UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

STAR AUTO SALES OF BAYSIDE, INC. : Case No.: 18-cv-05775 (ERK) (TAM)
(d/b/a STAR TOYOTA OF BAYSIDE), :
STAR AUTO SALES OF QUEENS, LLC : NOTICE OF MOTION
(d/b/a STAR SUBARU), STAR HYUNDAI LLC :
(d/b/a STAR HYUNDAI), STAR NISSAN, INC. :
(d/b/a STAR NISSAN), METRO CHRYSLER :
PLYMOUTH INC. (d/b/a STAR CHRYSLER :
JEEP DODGE), STAR AUTO SALES OF :
QUEENS COUNTY LLC (d/b/a STAR FIAT) :
and STAR AUTO SALES OF QUEENS :
VILLAGE LLC (d/b/a STAR MITSUBISHI), :
:
               Plaintiffs, :
:
v. :
:
VOYNOW, BAYARD, WHYTE :
AND COMPANY, LLP, HUGH WHYTE, :
and RANDALL FRANZEN, :
:
               Defendants. :
---------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that pursuant to Rule 72(a) of the Federal Rules of Civil Procedures (hereinafter "Rules" or "Rule"), the Memorandum of Law in Support, the Declaration of Jamie S. Felsen, Esq. with its accompanying exhibit, and all the papers and pleadings in this case, Plaintiff will respectfully move this Court before the Hon. Edward R. Korman, U.S.D.J., on a date and time to be determined by the Court, for an Order setting aside the portion of Hon. Taryn A. Merkl's's, Order, dated December 13, 2023, denying (i) Plaintiffs' motion to preclude documents produced by Defendants after the close of fact discovery and (ii) Plaintiffs' motion to quash subpoena, as well as for such other and further relief as this honorable Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE**, that – pursuant to the Local Civil Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New

York – opposition papers must be served within fourteen (14) days of service of the moving papers, and reply papers must be served within seven (7) days of service of the opposition papers.

Dated: Lake Success, New York
December 26, 2023

**MILMAN LABUDA LAW GROUP PLLC**

By: */s   Jamie S. Felsen, Esq.*
Jamie S. Felsen, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
joe@mllaborlaw.com
emanuel@mllaborlaw.com

*Attorneys for Plaintiffs*