<div align="center">

# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

———

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

</div>

Author: Michael C. Mule - Partner
Direct E-Mail Address: MichaelMule@mllaborlaw.com
Direct Dial: (516) 303-1442

December 21, 2023

**VIA E-MAIL (**mpfitzgerald@mdwcg.com**)**
Maureen P. Fitzgerald, Esq.
Marshall Dennehy Warner Coleman & Goggin
15000 Midatlantic Drive, Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054

*Re:*   **Star Auto Sales of Bayside, Inc.,** *et al.* **v. Voynow, Bayard, Whyte and Co., LLP,** *et al.*
        **Case No.: 1:18-cv-5775 (ERK) (TAM)**
        **Defendants' File No.: 03127-1373**
        **MLLG File No.: 76-2018**

Dear Ms. Fitzgerald:

Below is a list of documents Plaintiffs requested during Vincent Petruzziello's deposition on December 18, 2023:

1. Complete expert report(s) of Vincent Petruzziello in Brandon Chrysler v. Reed Smith matter as referenced in the deposition; and

2. Identification of the "Various Discovery documents provided by Counsel," referenced in Mr. Petruzziello's November 10, 2023 rebuttal report and referenced in the deposition.

Please produce these documents and information by January 3, 2024. If Defendants object to this request, please provide your availability to meet and confer on January 4, 2024.

<div style="margin-left: 50%;">

Very truly yours,
MILMAN LABUDA LAW GROUP PLLC

*Michael C. Mulè*
Michael C. Mulè

</div>