# In the Matter of

Case No. 18-cv-05775 (ERK)(TAM)

STAR AUTO SALES OF BAYSIDE, INC., et al.

v.

VOYNOW, BAYARD, WHYTE AND COMPANY LLP, et al.

## Deposition of Vincent Petruzziello

*Monday, December 18, 2023*

The Little Reporting Company

469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

Case 1:18-cv-05775-ERK-TAM   Document 115-6   Filed 01/05/24   Page 2 of 5 PageID #: 1361

STAR AUTO SALES, et al. v. YOYNOW, BAYARD,WHYTE AND CO., et al.
Vincent Petruzziello --- December 18, 2023

10

Petruzzielo

2  represent someone as an expert, there was no
3  deposition, it was just -- it went to trial.
4           Q.    That case where you appeared as an
5  expert and it went to trial, what was the name
6  of that case?
7           A.    I don't know the exact name of the
8  case.
9           Q.    Do you know any of the parties to
10 that case?
11          A.    Yes.  Let me think for a second.
12 If I can look here (indicating).  It was
13 Brandow Chrysler versus Reed Smith.
14          Q.    Mr. Petruzziello, you just got up
15 from your desk, so just so you know, you're on
16 video.  So, what did you refer to, to get that
17 name?
18          A.    I went to the bookshelf next to my
19 desk, and I do have that report that I prepared
20 in my bookshelf.
21          Q.    Okay.
22              MR. MULE:  We'll ask for a copy of
23      that report, please.
24              MS. FITZGERALD:  Put your request in
25      writing, and then we'll respond.

STAR AUTO SALES, et al. v. YOYNOW, BAYARD, WHYTE AND CO., et al.
Vincent Petruzziello --- December 18, 2023

114

1                     Petruzzielo
2         capacity.
3      BY MR. MULE:
4         Q.    Did that particular engagement
5      involve the topic of fraud and management's
6      role and responsibility in operating an
7      automobile dealership?
8         A.    I believe it did.
9         Q.    Is that the case that you're
10     referring to when you state that you've been
11     qualified as an expert and have presented
12     testimony on the topic of fraud, and
13     management's role and responsibility in
14     operating an automobile dealership?
15        A.    Yes.
16        Q.    Is there any other case where
17     you've been qualified as an expert and have
18     presented testimony on that topic?
19        A.    No.
20        Q.    So, you've been qualified as an
21     expert in one case; correct?
22        A.    You got to start somewhere.
23        Q.    And that was how many years ago?
24        A.    I believe it was 2013.  It went on
25     for a while, but -- if you want me to go to my

Case 1:18-cv-05775-ERK-TAM   Document 115-6   Filed 01/05/24   Page 4 of 5 PageID #: 1363

STAR AUTO SALES, et al. v. YOYNOW, BAYARD,WHYTE AND CO., et al.
Vincent Petruzziello --- December 18, 2023

115

1        Petruzzielo
2   credenza, I can look at the report.
3        Q.   That's unnecessary for the moment.
4   Have you been consulted by any dealership or
5   anyone else other than this case, about claims
6   concerning management's role and responsibility
7   in operating an automobile dealership?
8        A.   No.  I've done consulting work for
9   various dealer groups, but it wasn't
10  specifically dealing with fraud.
11       Q.   If you could get the -- I guess get
12  that report from the credenza.
13            MS. FITZGERALD:  You know what?  I'm
14       not going to -- I'm going to object to
15       any -- well, first of all, what's the
16       follow-up on it?
17            MR. MULE:  He just referred to it,
18       so I'm going to ask him questions about
19       it.
20            MS. FITZGERALD:  I'll just have a
21       standing objection to the line of
22       questions.  This is not a document that
23       is referenced or incorporated into the
24       report in this case for which he is being
25       offered as an expert to provide

Case 1:18-cv-05775-ERK-TAM   Document 115-6   Filed 01/05/24   Page 5 of 5 PageID #: 1364

STAR AUTO SALES, et al. v. YOYNOW, BAYARD,WHYTE AND CO., et al.
Vincent Petruzziello --- December 18, 2023

116

1       Petruzzielo
2    testimony.
3        MR. MULE:  Okay.  But we -- but
4    nonetheless, we'll ask questions.
5  BY MR. MULE:
6        Q.    Mr. Petruzziello, if you could
7    please get the report (indicating).  Okay.  If
8    you could -- you started to say that -- what
9    that claim was.  If you could refresh your
10   recollection by looking at that report and tell
11   me in a little more detail what the claims were
12   in that case.
13       A.    Well, the claim is quite simple.
14   The plaintiff, Brandow, tried to say that the
15   people that were doing the floor plan reviews
16   were not competent and made errors in counting
17   the cars.  And that resulted in their
18   out-of-trust situation, not paying for sold
19   cars, grew to the point where they couldn't pay
20   them off.
21       Q.    They were saying that the
22   incompetence of the defendant in floor plan
23   review in counting cars linked to what?
24       A.    Not to belabor it, but when a car
25   dealership borrows against the cars in