APPENDIX

I have reviewed the following categories of documents, in addition to those listed in my report dated September 15, 2023, in preparation of this rebuttal to the report submitted by the Brisbane Consulting Group, LLC:

1. Deposition Transcript of Hugh Whyte, January 31, 2023

2. Deposition Transcript of Karol Seltzer, March 14, 2023

3. Deposition Transcript of Karen Macias, March 16, 2023

4. The People of The State of New York vs Carmen Jones, June 28, 2023

5. The People of The State of New York vs Douglas Filardo, December 15, 2022

6. The People of The State of New York vs Douglas Filardo August 10, 2023

7. The People of The State of New York vs. Despina Theocharis, December 15, 2022

8. Various Discovery documents provided by Counsel.