# In the Matter of

Case No. 18-cv-05775 (ERK)(TAM)

STAR AUTO SALES OF BAYSIDE, INC., et al.

v.

VOYNOW, BAYARD, WHYTE AND COMPANY LLP, et al.

## Deposition of Vincent Petruzziello

*Monday, December 18, 2023*

The Little Reporting Company

469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

Case 1:18-cv-05775-ERK-TAM   Document 115-8   Filed 01/05/24   Page 2 of 3 PageID #: 1367

STAR AUTO SALES, et al. v. YOYNOW, BAYARD,WHYTE AND CO., et al.
Vincent Petruzziello --- December 18, 2023

```
                                                           133
 1                        Petruzzielo
 2         (indicating).
 3              A.    It looks good to me.
 4              Q.    Okay.  And that's also a stamped
 5         signature; correct?
 6              A.    Yes.
 7              Q.    And let's go to the next page, page
 8         15 (indicating).  There were some additional
 9         documents that you referred to that you
10         reviewed in connection with this particular
11         report; correct?
12              A.    Yes.
13              Q.    And those are identified in the
14         appendix to Exhibit 207?
15              A.    Yes.
16              Q.    And number 8, it says, "Various
17         discovery documents provided by counsel."
18                    What discovery documents were provided
19         by counsel that you reviewed in connection with
20         your rebuttal report?
21              A.    Nothing comes to mind, I'm sorry.
22              Q.    But you definitely reviewed
23         other --
24              A.    Yes, I wouldn't have put that in
25         unless there was something, but what it was, I
```

STAR AUTO SALES, et al. v. YOYNOW, BAYARD,WHYTE AND CO., et al.
Vincent Petruzziello --- December 18, 2023

134

1          Petruzzielo
2     don't remember.
3          MR. MULE:  We request the
4     identification of those documents and
5     we'll follow-up in writing; okay?
6          MS. FITZGERALD:  Okay.
7          MR. MULE:  And, Maureen, because he
8     does not recall the documents provided,
9     he said it was provided by counsel, so we
10    expect that you will know what those
11    documents are.
12   BY MR. MULE:
13        Q.   Mr. Petruzziello, you're not
14    offering an opinion as to damages; correct?
15        A.   No, I am not.
16        Q.   You're not claiming to be a legal
17    expert; right?
18        A.   I'm not a legal expert.
19        Q.   Are you purporting to provide an
20    expert opinion as to liability?
21             MS. FITZGERALD:  Liability as to
22        Voynow?
23             MR. MULE:  Correct.
24             THE WITNESS:  To have liability, I
25        believe that the plaintiff has to prove