UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLC (d/b/a STAR FIAT) and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI),<br>                Plaintiffs,<br>-against-<br><br>VOYNOW, BAYARD, WHYTE AND COMPANY, LLP, HUGH WHYTE, RANDALL FRANZEN AND ROBERT SEIBEL,<br>                Defendants. | Civil Action No.:<br>1:18-cv-05775 (ERK) (TAM)<br><br><br><br><br>**DECLARATION OF MAUREEN P. FITZGERALD** |

Maureen P. Fitzgerald, Esquire, pursuant to 28 U.S.C. § 1746 and Local Civil Rule 1.10 of the United States District Court for the Eastern District of New York, declares as follows:

1. I am a member of Marshall Dennehey, P.C., counsel of record for Defendants, Voynow, Bayard, Whyte and Company, LLC, Hugh Whyte, Randall Franzen, and Robert Siebel (collectively, "Defendants" or "Voynow").

2. I submit this declaration in support of Defendants, Voynow, Bayard, Whyte and Company, LLP, Hugh Whyte, Randall Franzen, and Robert Seibel's Response in Opposition to Plaintiffs' Objections and Motion to Set Aside Portions of The Hon. Taryn A. Merkl's December 13, 2023 Order.

_____
MAUREEN P. FITZGERALD, ESQUIRE

Dated: January 9, 2024
LEGAL/158567818.v1