

620 Freedom Business Center, Suite 405, King of Prussia, PA 19406
(610) 354-8250  Fax (610) 354-8299

Direct Dial:  (610) 354-8270
Email:  mpfitzgerald@mdwcg.com

February 12, 2024

VIA TITAN FILE SECURE LINK
Jamie Felsen, Esquire
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042

    RE:    Star Auto Sales, et al. v. Voynow, et al.
            Docket No.:   USDC of Eastern NY No. 1:18-cv-05775-ERK-TAM
            Our File No.:  03127.01373

Dear Mr. Felsen:

    Enclosed please find documents regarding Defendants' Motion for Summary Judgment which is being filed pursuant to the Court's Order of August 2, 2023.  The enclosed documents consist of:

    1.    Notice of Motion;
    2.    Statement of Undisputed Material Facts;
    3.    Declaration of Maureen P. Fitzgerald, Esquire with attached Exhibits; and
    4.    Memorandum of Law in Support of Motion for Summary Judgment.

Very truly yours,

*Maureen Fitzgerald*

Maureen P. Fitzgerald

MPF:ls
Enclosures
LEGAL/159238202.v1