EXHIBIT 6



R E Y N O L D S   A N D   R E Y N O L D S

# 43744

# **Accounting**

**ZP302 / 43744**

The Reynolds and Reynolds Company
One Reynolds Way
Daylon, OH  45430
937.485.2000
800.767.0080 (Technical Assistance Center)
www.reyrey.com



CONFIDENTIAL

P002150

CJ 11406

As a condition to viewing these materials, viewer expressly acknowledges and agrees that these materials contain confidential and proprietary information and trade secrets of The Reynolds and Reynolds Company and its affiliates ("Reynolds"), and that all rights in and to the materials and information contained therein shall remain at all times the property of Reynolds. Further, viewer acknowledges that these materials and the information contained therein are copyrighted by Reynolds.

These materials are solely for use by current customers and employees of Reynolds, and any other use is strictly prohibited.

As a condition to viewing these materials, viewer agrees to keep these materials and the information contained therein strictly confidential; viewer agrees not to disclose or otherwise permit any other entity access to these materials; and viewer agrees not to copy, reproduce, or disseminate these materials to third parties. Viewer, also, agrees that review or disclosure of the information contained in these materials does not constitute a waiver or relinquishment of any rights or remedies related to Reynolds' confidential, proprietary, or trade secret information.

The information contained in these materials has been carefully checked and is believed to be accurate. However, Reynolds makes no representations or warranties regarding the materials and assumes no responsibility or liability for any inaccuracies that may be contained herein. In no event will Reynolds be liable for direct, indirect, special, exemplary, incidental, or consequential damages resulting from any defect or omission in these materials, even if advised of the possibility of such damages. In the interest of continued product development, Reynolds reserves the right to make improvements in these materials and the products it describes at any time, without notice or obligation.

It is the sole responsibility of the customer to determine the applicability of federal, state, and/or local laws, or other governmental requirements regarding the customer's use, retention, or documentation of data that may be maintained as part of customer's Reynolds In-House Computer System, and to comply with such laws and requirements.

**CONFIDENTIAL**                              P002151

CJ 11407

CONFIDENTIAL

P002152

CJ 11408

# Contents

**Chapter 1: Introduction to ERA® Accounting** ......................1.1

Introduction ............................................................... 1.1

Overview..................................................................... 1.1

Integration ................................................................ 1.2

Related Knowledge Products............................................ 1.3

**Chapter 2: Basic Name Information** ...........................2.1

Introduction ............................................................... 2.1

Chapter Contents ........................................................ 2.1

Name File.................................................................... 2.2

Add a Name File Record ................................................ 2.3

Search for a Name File Record ........................................ 2.7

Modify Name Information................................................ 2.13

Delete a Name............................................................. 2.15

Master Name Add/Search Screen (0551) Field
    Descriptions ........................................................ 2.17

Master Name Add/Search Screen (0551) Command Line
    Options............................................................... 2.22

Search Results Subscreen Field Descriptions...................... 2.24

Search Results Subscreen Command Line Options............. 2.25

**Chapter 3: Customers**........................................3.1

Introduction ............................................................... 3.1

Chapter Contents ........................................................ 3.1

Define Customer Privacy Settings..................................... 3.2

Privacy Subscreen Field Descriptions ................................ 3.5

Privacy Subscreen Command Line Options ......................... 3.7

Define a Receivables Customer ........................................ 3.8

Display Customer Value Information................................... 3.11

Value Information Subscreen Field Descriptions ................ 3.14

Display Vehicle Information for a Customer ........................ 3.16

Vehicle Information Subscreen Field Descriptions ............. 3.20

**ERA® Accounting Manual (ZP302)**

Vehicle Information Subscreen Command Line Options ...... 3.21

Add General and Administrator Information ..................... 3.22

General Information Subscreen Field Descriptions ............ 3.26

General Information Subscreen Command Line Options ..... 3.28

Administrator Subscreen Field Descriptions ..................... 3.29

Administrator Subscreen Command Line Options.............. 3.31

**Chapter 4: Vendors ........................................................4.1**

Introduction ................................................................ 4.1

Chapter Contents ......................................................... 4.1

Define an Accounts Payable Vendor ................................ 4.3

Name Maint. - A/P Information Subscreen Field
    Descriptions ........................................................... 4.11

Name Maint. - A/P Information Subscreen Command
    Line Options .......................................................... 4.14

Additional A/P Information Subscreen Field Descriptions .... 4.15

Name Maint. - A/P Default Acct. Subscreen Field
    Descriptions ........................................................... 4.16

Name Maint. - A/P Default Acct. Subscreen Command
    Line Options .......................................................... 4.17

Inquire on a Vendor's Open Invoices .............................. 4.18

Balance Detail Display Subscreen Field Descriptions .......... 4.21

Balance Detail Display Subscreen Command Line
    Options................................................................... 4.22

Inquire on a Vendor's Open Purchase Orders .................... 4.23

Purchase Order XREF Display Subscreen Field
    Descriptions ........................................................... 4.26

Purchase Order XREF Display Subscreen Command Line
    Options................................................................... 4.27

Inquire on a Vendor's Payment History ............................ 4.28

Check Payment History Report Subscreen Field
    Descriptions ........................................................... 4.31

Check Payment History Report Subscreen Command
    Line Options .......................................................... 4.32

Inquire on Dealer-Defined Information for a Vendor .......... 4.33

CONFIDENTIAL                                    P002154

CJ 11410

Contents

A/P User-Defined Field Info Subscreen Field Descriptions ... 4.35

A/P User-Defined Field Info Subscreen Command Line
Options .................................................................. 4.36

**Chapter 5: Employees ................................................5.1**

Introduction ............................................................. 5.1

Chapter Contents ..................................................... 5.1

Enter Employee Information ..................................... 5.2

Employee Information Subscreen Field Descriptions ........... 5.6

Employee Information Subscreen Command Line Options .... 5.8

**Chapter 6: Journal Transactions......................................6.1**

Introduction ............................................................. 6.1

Chapter Contents ..................................................... 6.1

Journal Screen Number Cross Reference Table.................. 6.3

Centralized Accounting Security ...................................... 6.5

Display the Control Number Schedule Balance from
a Journal.................................................................... 6.6

Modify Journal Entries.................................................. 6.7

Update CUC Accounts .................................................. 6.9

Delete Journal Entries................................................ 6.10

Void Documents......................................................... 6.13

Print a Transaction Edit Report..................................... 6.16

Transaction Edit Reports Screens Field Descriptions........... 6.19

Transaction Edit Reports Screens Command Line Options.... 6.20

Update Journals ......................................................... 6.21

Update All Screen (0220) Field Descriptions ..................... 6.27

Reverse or Adjust Updated Journal Entries ....................... 6.29

Purge Journal Transaction Files ..................................... 6.34

Print All Journals ........................................................ 6.36

Print Selected Journals................................................ 6.38

Print a Specific Journal................................................ 6.41

Posting Control Report ................................................ 6.44

**ERA® Accounting Manual (ZP302)**

**Chapter 7: Business Office Journals** ..................................7.1

Introduction ..................................................................7.1

Chapter Contents ...........................................................7.1

Post General Purchases....................................................7.3

General Purchases Screen (0068) Field Descriptions............7.9

General Purchases Screen (0068) Command Line
   Options................................................................... 7.12

Inquire on General Purchases ........................................ 7.13

General Purchases Inquiry Screen (0148) Command
   Line Options ........................................................... 7.15

Post Cash Receipts ....................................................... 7.16

Cash Receipts Entry Screen (0060) Field Descriptions........ 7.23

Cash Receipts Entry Screen (0060) Command Line
   Options................................................................... 7.26

Inquire on Cash Receipts................................................ 7.27

Cash Receipts Inquiry Screen (0140) Command Line
   Options................................................................... 7.31

Post Cash Disbursements .............................................. 7.32

Cash Disbursements Screen (0062) Field Descriptions ....... 7.44

Cash Disbursements Screen (0062) Command Line
   Options................................................................... 7.49

Inquire on Cash Disbursements....................................... 7.50

Cash Disbursements Inquiry Screen (0142) Command
   Line Options ........................................................... 7.52

Post General Journal Adjustments ................................... 7.53

General Journal Entries Screen (0074) Field Descriptions ... 7.56

General Journal Entries Screen (0074) Command Line
   Options................................................................... 7.58

Inquire on General Journal Adjustments........................... 7.59

General Journal Entries Inquiry Screen (0154)
   Command Line Options .............................................. 7.60

Post Prior-Year Adjustments .......................................... 7.61

Prior Year Adjustments Screen (0078) Field Descriptions.... 7.63

Confidential & Proprietary Information of The Reynolds and Reynolds Company © 2019
**CONFIDENTIAL**
P002156

CJ 11412

Prior Year Adjustments Screen (0078) Command Line
Options ................................................................... 7.64

Inquire on Prior-Year Adjustments.................................... 7.65

Prior Year Adjust. Inquiry Screen (0158) Command Line
Options ................................................................... 7.66

Post Prior-Month Adjustments......................................... 7.67

Prior Month Adjustments Screen (0079) Field
Descriptions ........................................................... 7.69

Prior Month Adjustments Screen (0079) Command Line
Options ................................................................... 7.70

Inquire on Prior-Month Adjustments ................................. 7.71

Prior Month Adjust. Inquiry Screen (0156) Command
Line Options ........................................................... 7.72

Post Non-Zero Balances Across General Ledger Prefixes .... 7.73

Post Payroll Accounting Entries ....................................... 7.74

Payroll Entries Screen (0087) Field Descriptions................ 7.80

Payroll Entries Screen (0087) Command Line Options........ 7.81

Inquire on Payroll Accounting Entries............................... 7.82

Payroll Entries Inquiry Screen (0168) Command Line
Options................................................................... 7.83

Inquire on Standard/Recurring Entries ............................. 7.84

STD/Recurring Entries Inquiry Screen (0160) Field
Descriptions ........................................................... 7.85

STD/Recurring Entries Inquiry Screen (0160) Command
Line Options ........................................................... 7.86

Chapter 8: Front-End Journals...........................................8.1

Introduction ................................................................ 8.1

Chapter Contents ......................................................... 8.1

Post New and Used Vehicle Sales Process Overview............. 8.3

Post New and Used Vehicle Sales .................................... 8.5

New Vehicle Sales Screen (0052) and Used Vehicle Sales
Screen (0054) Field Descriptions................................. 8.15

New Vehicle Sales Screen (0052) and Used Vehicle Sales
Screen (0054) Command Line Options........................... 8.23

Inquire on Vehicle Sales................................................ 8.26

**ERA® Accounting Manual (ZP302)**

New Vehicle Sales Inquiry Screen (0132) and Used Vehicle Sales Inquiry Screen (0134) Command Line Options.................................................... 8.27

Post New and Used Vehicle Purchases.............................. 8.28

New Vehicle Purchases Screen (0064) and Used Vehicle Purchases Screen (0066) Field Descriptions................. 8.40

New Vehicle Purchases Screen (0064) and Used Vehicle Purchases Screen (0066) Command Line Options......... 8.50

Inquire on Vehicle Purchases ....................................... 8.52

New Vehicle Purch. Inquiry Screen (0144) and Used Vehicle Purch. Inquiry Screen (0146) Command Line Options.................................................... 8.53

Post Dealer Trades ..................................................... 8.54

Dealer Trades Screen (0070) Field Descriptions ............... 8.61

Dealer Trades Screen (0070) Command Line Options ........ 8.64

Inquire on Dealer Trades.............................................. 8.65

Dealer Trades Inquiry Screen (0150) Command Line Options.................................................... 8.66

**Chapter 9: Fixed Operations Journals.................................9.1**

Introduction .............................................................. 9.1

Chapter Contents ....................................................... 9.1

Print a Cashier's Repair Order Edit Listing........................... 9.3

Print a Repair Order Edit Listing .................................... 9.5

Post Repair Order Sales with Integration ............................ 9.7

Post Repair Order Sales without Integration ..................... 9.12

Repair Order Sales Screen (0056) Field Descriptions.......... 9.15

Repair Order Sales Screen (0056) Command Line Options.................................................... 9.23

Inquire on Repair Order Sales....................................... 9.26

Repair Order Sales Inquiry Screen (0136) Command Line Options ........................................... 9.28

Print a Cashiers Parts Edit Listing ................................. 9.29

Print a Cashier Edit List .............................................. 9.30

Post Parts Sales without Integration ............................... 9.32

Post Parts Sales with Integration................................... 9.35

Confidential & Proprietary Information of The Reynolds and Reynolds Company © 2019
CONFIDENTIAL
P002158

CJ 11414

Parts Sales Screen (0058) Field Descriptions ................... 9.40

Parts Sales Screen (0058) Command Line Options ........... 9.43

Inquire on Parts Sales.................................................. 9.45

Parts Sales Inquiry Screen (0138) Command Line Options................................................................... 9.47

Post Rental Sales ...................................................... 9.48

Rental Sales Screen (0082) Field Descriptions................. 9.55

Rental Sales Screen (0082) Command Line Options.......... 9.60

Inquire on Rental Sales............................................... 9.61

Rental Sales Inquiry Screen (0162) Command Line Options................................................................... 9.62

**Chapter 10: General Ledger** ........................................10.1

Introduction .............................................................. 10.1

Chapter Contents ....................................................... 10.1

Inquire on General Ledger Accounts ............................. 10.2

GL Inquiry Screen (0504) Field Descriptions ................... 10.5

GL Inquiry Screen (0504) Command Line Options ............ 10.6

Print the General Ledger by Account Range Report........... 10.8

Print the General Ledger by Group Range Report ........... 10.10

Print a General Ledger Account Type Report ................. 10.12

Print the Entire General Ledger Report......................... 10.14

Print the General Ledger Detail Report......................... 10.16

Print the General Ledger Detail History Report ............... 10.21

G/L Detail Report Screens Field Descriptions................. 10.25

G/L Detail Report Screens Command Line Options.......... 10.27

Print the Trial Balance Report ..................................... 10.28

Print the Prefix Balance Report.................................... 10.31

Print the Financial Statement Relate Table Trial Balance... 10.34

Trend Analysis Report................................................ 10.38

General Ledger Analysis Report.................................... 10.42

**Chapter 11: Schedules** .............................................11.1

Introduction .............................................................. 11.1

**ERA® Accounting Manual (ZP302)**

Chapter Contents ....................................................... 11.1

Inquire on Schedule Detail ........................................ 11.3

Inquire on Controlled Accounts ................................ 11.6

Inquire on Cash-in-Bank Accounts ............................ 11.8

Inquire on the Audit Accounts Schedule .................... 11.10

Inquire on the Sublet Accounts Schedule.................... 11.13

Inquire on the Finance Reserve Accounts Schedule......... 11.15

Schedule Inquiry Screens Field Descriptions ................. 11.17

Schedule Inquiry Screens Command Line Options ........... 11.18

Print Schedules ........................................................ 11.19

Schedule Options Screen (0355) Field Descriptions ......... 11.29

Schedule Options Screen (0355) Command Line
    Options ............................................................... 11.31

Print Mini Schedules ................................................. 11.32

Mini Schedules Screen (0350) Field Descriptions ............. 11.35

Print Mini Schedules - Original ................................... 11.37

Mini Schedules – Original Screen (0351) Field
    Descriptions ......................................................... 11.40

Print the Vehicle Receivable Follow-Up Report................ 11.42

Vehicle Receivable Followup Screen (0353) Field
    Descriptions ......................................................... 11.44

**Chapter 12: Accounts Payable........................................12.1**

Introduction ............................................................. 12.1

Chapter Contents ...................................................... 12.1

Print the Vendor Report ............................................. 12.3

Vendor Report Screen (0409) Field Descriptions............... 12.5

Print the Cash Requirements Report .............................. 12.6

Cash Requirements Report Screen (0410) Field
    Descriptions ......................................................... 12.8

Print the A/P Bankcodes Report.................................... 12.9

Apply Payments ........................................................ 12.11

Place a Vendor or Invoice on Hold ................................ 12.20

Correct a Due Date.................................................... 12.26

Confidential & Proprietary Information of The Reynolds and Reynolds Company © 2019
CONFIDENTIAL

P002160

CJ 11416

Apply a Discount ...................................................... 12.29

Payment Selection Menu Field Descriptions..................... 12.31

Payment Selection Menu Command Line Options............. 12.36

Print the Precheck Writing Report................................... 12.38

Precheck Writing Report Screen (0411) Field
    Descriptions .......................................................... 12.40

Print Batch Checks ..................................................... 12.41

Print to a Miniprinter.................................................. 12.44

Reprint Batch Checks/EFTs ......................................... 12.45

Print Batch Checks Screen (0406) Field Descriptions........ 12.48

Accounts Payable Check Reprint................................... 12.50

Re-Print AP Check History Screen (0425) Field
    Descriptions .......................................................... 12.53

Print the Check Register.............................................. 12.55

Check Register Report Screen (0412) Field Descriptions... 12.58

Update Transactions ................................................... 12.59

Print a Single Check ................................................... 12.60

Create a Pre-Notification File for EFTs ........................... 12.65

Create and Transfer EFT Files to a PC ........................... 12.68

EFT of Vendor Payments Screen (0277) Field
    Descriptions .......................................................... 12.77

EFT of Vendor Payments Screen (0277) Command Line
    Options................................................................. 12.80

Void a Check or EFT ................................................... 12.81

Void Checks Screen (0407) Field Descriptions................. 12.85

Select the 1099 Box for a Vendor ................................. 12.86

Review Vendor 1099 Balances ...................................... 12.88

1099 Balance Report Screen (0794) Field Descriptions..... 12.90

Adjust 1099 Balances ................................................. 12.91

Adjust 409A Deferrals and Income and Federal Income
    Tax Withheld ......................................................... 12.94

Enter/Adjust 1099 Balances Screen (0792) Field
    Descriptions .......................................................... 12.96

**ERA® Accounting Manual (ZP302)**

Enter/Adjust 1099 Balances Screen (0792) Command Line Options ........................................................ 12.97

Review Adjustments .................................................. 12.98

1099 Adjustment Report Screen (0796) Field Descriptions .........................................................12.100

Print 1099 Miscellaneous Forms ...................................12.101

Print 1099-MISC Forms Screen (0414) Field Descriptions .........................................................12.105

Print Independent Contractor Reports ...........................12.107

Independent Contractor Report Screen (0798) Field Descriptions .........................................................12.112

View the Cancelled Deposit/Check Register ...................12.114

Cancelled Dep/Check Register Screen (0775) Field Descriptions .........................................................12.117

Purge Cancelled Deposits, Checks, and EFTs..................12.119

Cancelled Dep/Check Purge Screen (0776) Field Descriptions .........................................................12.121

Inquire on Vendor Balances and Detail.........................12.122

**Chapter 13: Accounts Receivable ...................................13.1**

Introduction ............................................................. 13.1

Chapter Contents ...................................................... 13.1

Accounts Receivable Process Overview............................ 13.3

Inquire On Accounts Receivable Accounts........................ 13.4

Accounts Receivable Inquiry Screen (0508) Field Descriptions ........................................................... 13.6

Accounts Receivable Inquiry Screen (0508) Command Line Options ........................................................... 13.7

Accounts Receivable Collection Analysis ........................... 13.8

Collection File Subscreen Field Descriptions ................... 13.14

Collection File Subscreen Command Line Options ............ 13.15

Print Accounts Receivable Schedules............................. 13.16

A/R Schedules Screen (0382) Field Descriptions............. 13.21

A/R Schedules Screen (0382) Command Line Options...... 13.22

Post Accounts Receivable Adjustments........................... 13.23

Confidential & Proprietary Information of The Reynolds and Reynolds Company © 2019
**CONFIDENTIAL**
P002162

CJ 11418

Contents

A/R Adjustments Screen (0076) Field Descriptions .......... 13.32

A/R Adjustments Screen (0076) Command Line Options .. 13.33

Post Accounts Receivable Service Charges...................... 13.34

A/R Service Charges Screen (0084) Field Descriptions ..... 13.36

Adjust or Reverse A/R Service Charges.......................... 13.37

Print A/R Statements ................................................. 13.42

A/R Statements Screen (0384) Field Descriptions........... 13.46

Email A/R Statements................................................. 13.48

Email Window Field Descriptions .................................. 13.51

Email Window Command Line Options ........................... 13.52

Clearing the A/R Statement Print Flag........................... 13.53

A/R Stmt. Print Flag Clear Screen (0666) Field
        Descriptions ..................................................... 13.56

Print the A/R Payment History Report ........................... 13.57

Print the A/R Past Due Analysis Report ......................... 13.60

Print the A/R Credit Collection Tools Report ................... 13.64

Chapter 14: Cash Receipts.............................................14.1

Introduction .............................................................. 14.1

Chapter Contents ....................................................... 14.1

Enter a Cash Receipt .................................................. 14.2

Modify a Cash Receipt................................................. 14.13

Enter/Print Cash Receipts Screen (0730) Field
        Descriptions ..................................................... 14.21

Enter/Print Cash Receipts Screen (0730) Command
        Line Options ..................................................... 14.24

Inquire on a Printed Cash Receipt................................. 14.25

Printed Cash Receipts Inquiry Screen (0732) Command
        Line Options ..................................................... 14.27

Close a Deposit.......................................................... 14.28

Close Bank Deposits Screen (0738) Field Descriptions ..... 14.30

Reopen a Closed Deposit Reference Number................... 14.31

Update a Cash Receipt................................................. 14.32

Print a Bank Deposit Slip............................................. 14.33

**ERA® Accounting Manual (ZP302)**

Print Bank Deposit Slip Screen (0736) Field
    Descriptions .......................................................... 14.35

Print the 8300 Report ................................................... 14.36

8300 Report Screen (0741) Field Descriptions ............... 14.39

**Chapter 15: Month-End Procedures ................................ 15.1**

Introduction ............................................................... 15.1

Chapter Contents ........................................................ 15.1

Month-End Procedures Process Overview ......................... 15.2

Print All Journals, Schedules, and General Ledger............. 15.5

All Jnls., Schedules, and G/L Screen (0440) Field
    Descriptions .......................................................... 15.7

Verify Invalid Account Balance Equals Zero...................... 15.8

Print the Missing Document Report ................................ 15.11

Missing Document Report Screen (0439) Field
    Descriptions .......................................................... 15.16

Process Pre-Month End ................................................ 15.17

Print the Unposted Transactions Report.......................... 15.20

Reset the Temporary Protection Flag ............................. 15.22

Print and Post Statistical Data...................................... 15.30

Post the Financial Statement ........................................ 15.34

Print the DCS Financial Data ......................................... 15.40

Print the Financial Statement........................................ 15.42

Correct an Out-of-Balance Financial Statement ............... 15.45

Process Automatic Month End ....................................... 15.47

Enter Sales Performance Adjustments............................. 15.50

Transfer IRS/CRA Audit and G/L Summary Files to a PC ... 15.54

**Chapter 16: Process Account Conversion ....................... 16.1**

Introduction ............................................................... 16.1

Chapter Contents ........................................................ 16.2

Build an Account Conversion Table .................................. 16.3

Build A/C Conversion Table Screen (0758) Field
    Descriptions .......................................................... 16.6

Confidential & Proprietary Information of The Reynolds and Reynolds Company © 2019
**CONFIDENTIAL**
P002164

CJ 11420

Contents

Print the Account Conversion Table Report ....................... 16.7

Process an Account Conversion Table........................... 16.10

**Chapter 17: Warranty Claims ..........................................17.1**

Introduction ......................................................................... 17.1

Chapter Contents ............................................................... 17.1

Inquire on a Scheduled Warranty Account ....................... 17.2

Warranty Accounts Inquiry Screen (0512) Field
   Descriptions ..................................................... 17.4

Warranty Accounts Inquiry Screen (0512) Command
   Line Options .................................................... 17.5

Post Warranty Credits .................................................... 17.6

Warranty Credits Screen (0086) Field Descriptions ......... 17.11

Warranty Credits Screen (0086) Command Line Options .. 17.13

Enter Warranty Remarks ............................................... 17.15

Warranty Remarks Entry Screen (0654) Field
   Descriptions ..................................................... 17.17

Warranty Remarks Entry Screen (0654) Command Line
   Options ............................................................ 17.18

Inquire on Warranty Credits ......................................... 17.19

Warranty Credits Inquiry Screen (0166) Command Line
   Options ............................................................ 17.21

Review Warranty Claim Details ..................................... 17.22

Warranty Claim Details Subscreen Field Descriptions ....... 17.24

Review Warranty Claim Remarks................................... 17.25

Review Warranty Credits Distribution............................ 17.26

Warranty Credits Distribution Subscreen Field
   Descriptions ..................................................... 17.27

**Chapter 18: Custom Financial Statements......................18.1**

Introduction ......................................................................... 18.1

Chapter Contents ............................................................... 18.1

Maintain Page and Statistical Data Headers ..................... 18.2

Page & Stat Data Header Maint Screen (0946) Field
   Descriptions ..................................................... 18.9

**ERA® Accounting Manual (ZP302)**

Page & Stat Data Header Maint Screen (0946) Command Line Options ........................................... 18.10

Maintain Locations Specifications.................................... 18.12

Locations Maintenance Screen (0947) Field Descriptions .. 18.15

Print the Location File .................................................. 18.17

Build F/S and G/L Index Locations.................................. 18.18

**Chapter 19: Name File Utilities......................................19.1**

Introduction ............................................................... 19.1

Chapter Contents ........................................................ 19.1

Audit and Verify Name Changes .................................... 19.3

Name Change Audit Inquiry Screen (0553) Field Descriptions ........................................................... 19.6

Search for Duplicate Names........................................... 19.8

Duplicate Name Search Screen (0566) Field Descriptions ........................................................... 19.12

Duplicate Name Search Screen (0566) Command Line Options....................................................... 19.14

Select the Duplicate Names to Combine ........................ 19.15

Combine Duplicate Names Screen (0567) Field Descriptions ........................................................... 19.20

Combine Duplicate Names Screen (0567) Command Line Options ......................................................... 19.21

Modify Dealership Customer Number Information............ 19.24

Dealership Customer Number Screen (0580) Field Descriptions ........................................................... 19.26

Dealership Customer Number Screen (0580) Command Line Options ......................................................... 19.27

Add a Dealership Customer Number .............................. 19.28

Print Names to Purge................................................... 19.30

Purge Inactive Names.................................................. 19.34

Purge Salesperson History............................................ 19.37

**Chapter 20: Accounting Utilities....................................20.1**

Introduction ............................................................... 20.1

Chapter Contents ........................................................ 20.1

Confidential & Proprietary Information of The Reynolds and Reynolds Company © 2019

CONFIDENTIAL                                                    P002166

CJ 11422

Contents

Verify the General Ledger is in Balance ............................ 20.2

Verify the General Ledger is in Balance by Source ............. 20.4

G/L Dr./Cr. Balance By Source Screen (0660) Field
Descriptions ............................................................. 20.5

Verify Account Balances ............................................... 20.6

**Chapter 21: Inventory Utilities........................................21.1**

Introduction ............................................................. 21.1

Chapter Contents ....................................................... 21.1

Search for Vehicles by Serial Number ............................. 21.2

Maintain New Vehicle Inventory .................................... 21.3

New Vehicle Inventory Maint. Screen (0602) Field
Descriptions ............................................................. 21.5

New Vehicle Inventory Maint. Screen (0602) Command
Line Options ............................................................. 21.7

Maintain Used Vehicle Inventory ................................... 21.8

Used Vehicle Inventory Maint. Screen (0606) Field
Descriptions ........................................................... 21.10

Used Vehicle Inventory Maint. Screen (0606) Command
Line Options ........................................................... 21.12

Purge the New Vehicle Inventory Backup File................. 21.13

Purge the Used Vehicle Inventory Backup File................. 21.15

Purge Vehicle History................................................. 21.17

Maintain Inventory Segmentation................................. 21.19

Inventory Segmentation Maint. Screen (0618) Field
Descriptions ........................................................... 21.22

Inventory Segmentation Maint. Screen (0618)
Command Line Options .............................................. 21.23

Transfer Rental Inventory............................................ 21.24

Rental Inventory Transfer Screen (0652) Field
Descriptions ........................................................... 21.26

Rental Inventory Transfer Screen (0652) Command
Line Options ........................................................... 21.27

Maintain Rental Inventory License Numbers................... 21.28

**Chapter 22: Inventory Utility Reports .............................22.1**

Introduction ............................................................. 22.1

**ERA® Accounting Manual (ZP302)**

Chapter Contents ........................................................... 22.1

Print New Vehicle Inventory.............................. 22.2

*Print Used Vehicle Inventory*............................................ 22.5

Print the Vehicle History Report ................................ 22.6

Print the Aged Used Vehicle Report............................... 22.10

**Chapter 23: Miscellaneous Accounting Reports...............23.1**

Introduction ........................................................ 23.1

Chapter Contents ...................................................... 23.1

Print the Wholesale Compensation Report ........................ 23.2

Print Sales Tax Reports.................................................. 23.4

Print the Voided Document Report.................................... 23.7

Print the Finance Managers Report ................................. 23.10

Daily Operating Control Report ...................................... 23.13

Custom DOC Views....................................................... 23.16

Sales Performance Report ............................................. 23.18

Verify the Status of the General Ledger.......................... 23.21

Accounting Verification Summary Screen (0444) Field Descriptions .......................................................... 23.23

Accounting Verification Summary Screen (0444) Command Line Options ........................................... 23.24

Queue Reports to Print Later ........................................ 23.25

Modify or Delete a Queued Report................................... 23.26

**Chapter 24: Positive Pay File....................................24.1**

Introduction .............................................................. 24.1

Chapter Contents ....................................................... 24.1

Define the Format of a Positive Pay File ......................... 24.2

Define the Mapping of a Positive Pay File......................... 24.8

Create a Positive Pay File ............................................ 24.12

Positive Pay File Screen (0279) Field Descriptions ........... 24.15

Positive Pay File Screen (0279) Command Line Options ... 24.19

**Chapter 25: Bank Reconciliation...................................25.1**

Introduction .............................................................. 25.1

Confidential & Proprietary Information of The Reynolds and Reynolds Company © 2019
**CONFIDENTIAL**
P002168

CJ 06665

## Contents

Chapter Contents ........................................................... 25.1

Manual Bank Reconciliation ........................................... 25.2

Electronic Bank Reconciliation ....................................... 25.11

Transfer Bank Transactions Subscreen Field
    Descriptions ........................................................ 25.17

Transfer Bank Transactions Subscreen Command Line
    Options............................................................. 25.20

Printing the Outstanding Deposit/Check Register............. 25.24

Reconcile the Bank Statement ...................................... 25.27

Reconcile Bank Statement Screen (0774) Command
    Line Options ....................................................... 25.31

Review the Reconciliation Summary .............................. 25.32

Reconciliation Process Subscreen Field Descriptions......... 25.34

**Appendix A: ERA® Accounting Alphabetic and Numeric
    Program Lists.................................................. A.1**

ERA® Accounting Alphabetic Program List...........................A.1

ERA® Accounting Numeric Program List.............................A.13

**Index................................................................. I.1**