# EXHIBIT 9

# In the Matter of

Case No. 18-cv-05775 (ERK)(TAM)

STAR AUTO SALES OF BAYSIDE, INC., et al.

v.

VOYNOW, BAYARD, WHYTE AND COMPANY LLP, et al.

## Deposition of Randall Franzen

*Wednesday, February 15, 2023*



The Little Reporting Company
469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
STAR AUTO SALES OF BAYSIDE, INC.
(d/b/a STAR TOYOTA OF BAYSIDE),
STAR AUTO SALES OF QUEENS, LLC
(d/b/a STAR SUBARU), STAR HYUNDAI
LLC (d/b/a STAR HYUNDAI), STAR
NISSAN, INC. (d/b/a STAR NISSAN),
METRO CHRYSLER PLYMOUTH INC. (d/b/a
STAR CHRYSLER JEEP DODGE) STAR AUTO
SALES OF QUEENS COUNTY LLC (d/b/a
STAR FIAT) and STAR AUTO SALES OF
QUEENS VILLAGE LLC (d/b/a STAR
MITSUBISHI),

                        Plaintiffs,

          -against-                        Case No.
                                           18-cv-05775
VOYNOW, BAYARD, WHYTE AND COMPANY          (ERK)(TAM)
LLP, HUGH WHYTE, and RANDALL
FRANZEN,

                        Defendants.
----------------------------------------x

                        February 15, 2023
                        10:37 a.m.


     Videotaped Deposition of RANDALL
FRANZEN, taken by Plaintiffs, held at the
offices of Milman Labuda Law Group PLLC,
3000 Marcus Avenue, Suite 3W8, Lake Success,
New York, before Lisa Hiesiger, a Shorthand
Reporter and Notary Public within and for the
State of New York.
```

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Randall Franzen --- February 15, 2023

2

A P P E A R A N C E S :

MILMAN LABUDA LAW GROUP PLLC
Attorneys for Plaintiffs
   3000 Marcus Avenue, Suite 3W8
   Lake Success, New York 11042

By:   MICHAEL MULÈ, ESQ.
      JEREMY M. KOUFAKIS, ESQ.
      jeremy@mllaborlaw.com


MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN P.C.
Attorneys for Defendants
   620 Freedom Business Center, Suite 405
   King of Prussia, Pennsylvania 19406

By:   MAUREEN P. FITZGERALD, ESQ.
      mpfitzgerald@mdwcg.com


Also Present:

   JACQUELINE CUTILLO

   ROBERT SEIBEL

   HUGH WHYTE

   MICHAEL KOUFAKIS

   STEVE RAMBAM (Via Teleconference)

   ANDREW GEDACHT, Videographer

        ~oOo~

Case 1:18-cv-05775-ERK-TAM   Document 126-12   Filed 06/05/24   Page 5 of 11 PageID #: 1794

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Randall Franzen   ---   February 15, 2023

3

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that the filing, sealing and certification of the within deposition shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form of the question, shall be reserved to the time of the trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the Court.

~oOo~

Case 1:18-cv-05775-ERK-TAM Document 126-12 Filed 06/05/24 Page 6 of 11 PageID #: 1795

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Randall Franzen --- February 15, 2023

4

1       Franzen

2       THE VIDEOGRAPHER: The date is

3   February 15th, 2023. The time is 10:37

4   a.m. We are located at the offices of

5   Milman Labuda Law Group PLLC, 3000 Marcus

6   Avenue, Lake Success, New York.

7       We are taking the deposition of

8   Randall Franzen in the matter of Star Auto

9   Sales of Bayside Inc. et al. versus

10  Voynow, Bayard, Whyte and Company LLP,

11  et al., pending the in U.S. District

12  Court, Eastern District of New York, case

13  number 18-cv-05775(ERK)(TAM).

14      My name is Andrew Gedacht and I'm the

15  video specialist with the Little Reporting

16  Company. The court reporter is Lisa

17  Hiesiger, also with the little Reporting

18  Company.

19      At this time I would ask the

20  attorneys to please introduce themselves

21  for the video record. Please state your

22  name, the firm with which you are

23  affiliated and whom you represent, after

24  which the court reporter will swear in the

25  witness.

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Randall Franzen   ---   February 15, 2023

5

1                    Franzen
2          MR. MULÈ:  Good morning, Michael Mulè
3     from Milman Labuda Law Group PLLC.  We are
4     the attorneys for the plaintiffs, the
5     various Star entities in this lawsuit.
6          MS. FITZGERALD:  Good morning,
7     Maureen Fitzgerald from Marshall Dennehey
8     representing all the defendants.
9     R A N D A L L    F R A N Z E N, having been first
10    duly sworn by Lisa Hiesiger, a Notary Public, was
11    called as a witness and testified as follows:
12    EXAMINATION BY MR. MULÈ:
13         Q.    Good morning, Mr. Franzen.
14         A.    Good morning.
15         Q.    You are represented by counsel,
16    correct?
17         A.    Correct.
18         Q.    I will be referring to Voynow,
19    Bayard, Whyte and Company LLP simply as Voynow in
20    this proceeding.  Do you understand?
21         A.    Yes.
22         Q.    I'll be referring to the various Star
23    entities collectively as Star.  Is that okay?
24         A.    Okay.
25         Q.    Same basic instructions, you

Case 1:18-cv-05775-ERK-TAM Document 126-12 Filed 06/05/24 Page 8 of 11 PageID #: 1797

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Randall Franzen --- February 15, 2023

25

1         Franzen
2  approximately 90 percent, that's my best
3  guesstimate.
4      Q.   You used the word "guesstimate."
5  When you say guesstimate, it puts a little less
6  certainty in it.  Is it an estimate where you
7  have some basis for that estimate or is it just a
8  wild guess?
9      A.   You're currently asking me a question
10 over a long period of time, these are massive
11 companies, we were doing tax work, we had tax
12 engagements, we had tax audits, we had various
13 things, I cannot stand here and tell you exactly.
14 If you gave me a piece of paper and a computer, I
15 can write down and give you a better guesstimate,
16 but that's what I'm giving you, a guesstimate,
17 but that's what I can only guess based upon your
18 question.
19     Q.   As far as interim visits, that was
20 part of what Voynow did at Star, correct?
21     A.   If I understand your question, what
22 Voynow did at Star was tax engagements.  The tax
23 engagements, interim tax engagements, was what we
24 called interim, they were between periods for the
25 year-end.  Again large companies, a lot of

Case 1:18-cv-05775-ERK-TAM   Document 126-12   Filed 06/05/24   Page 9 of 11 PageID #: 1798

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Randall Franzen   ---   February 15, 2023

26

Franzen

income, a lot of tax numbers that had to be calculated and we had big time estimates we had to watch.

New York City was also under, if you made X amount of dollars with the city returns, you had to pay quarterlies as you went. So these interim, tax interim visits were interim between interim periods.

Q. I don't know if that responds to my question. You did have these interim visits, correct?

A. We had tax interim visits between year-ends.

Q. So you're calling them tax interim visits now, other people called them interim visits, right? You've heard other people call it interim visits, right?

A. Repeat your question.

Q. Have you heard other people call these interim visits, not interim tax visits?

A. Yes, I've heard that.

Q. So regardless of what you want to call it, how many times a year did you come to Star for those types of visits?

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Randall Franzen --- February 15, 2023

27

Franzen

A. We normally came to Star in the interim period as far as anywhere around the June to August/September type time, and again for estimating quarterly taxes, to figure out what was owed. In our tax interim periods, again call them tax interim periods, whatever you want to call them, it's interim between the tax return periods.

Q. So for that interim period, how many times a year approximately would you visit Star?

A. Normally, and again this is my best guess at this point in time, normally we would show up, I said earlier somewheres between June, July, August, September period for that second/third quarter estimate.

Then we would do around November/December, we would be there for the tax planning estimate of time to try to determine again the first quarter, if a first quarter, a January payment was due and what type of tax numbers that had to be paid out at the end of -- before the end of the year.

Q. So you'd come in the June to August/September time period, then you would come

Case 1:18-cv-05775-ERK-TAM   Document 126-12   Filed 06/05/24   Page 11 of 11 PageID #: 1800

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Randall Franzen   ---   February 15, 2023

28

Franzen

again in November/December for tax planning. Would you come any other time of the year?

A. We would show up in January to do the year-end tax work.

Q. So as you sit here today, is your best estimate that on a yearly basis you would come to Star approximately three times a year?

A. Correct.

Q. As far as interim visits, not tax planning, not year-end, approximately how many interim visits would you come to Star, once a year or more than once a year?

A. Again my best guess at this point in time would be we normally would come up once a year between that June/July, whenever the client asked us to come up to that in that period. However, as I stated again, there were other times that we would come up for audits, tax audits, Department of Labor audits, 941 audits, 8300 audits. So there's times that we could be up there an additional period working on an audit, working on what was requested by the client. All related to taxes.

Q. As far as the interim period visit,