# EXHIBIT 18

David Lombardo
October 03, 2022

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NEW YORK
                        *   *   *
```

| | |
|---|---|
| STAR AUTO SALES OF BAYSIDE INC., (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC, (d/b/a STAR SUBARU) STAR HYUNDAI, LLC, (d/b/a STAR HYUNDAI LLC), STAR NISSAN, INC., (d/b/a STAR NISSAN)), METRO CHRYSLER PLYMOUTH, INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY, LLC, (d/b/a STAR FIAT) and STAR AUTO SALES OF QUEENS VILLAGE, LLC: (d/b/a STAR MITSUBISHI), Plaintiffs | CASE NO. 18-cv-05775(ERK)(TAM) |
| vs. | |
| VOYNOW, BAYARD, WHYTE AND COMPANY, LLP, HUGH WHYTE and RANDALL FRANZEN, Defendants | |

```
                        *   *   *
```

Videotape deposition of DAVID LOMBARDO, held at the offices of U.S. LEGAL SUPPORT, 1818 Market Street, 14th Floor, Philadelphia, Pennsylvania 19103, beginning at 10:54 a.m., on Monday, October 3, 2022, before Alice T. Mattes, Court Reporter and Notary Public, there being present:

```
                        *   *   *

                    U.S. LEGAL SUPPORT
                 Northeast Processing Center
                1818 Market Street, Suite 1400
                Philadelphia, Pennsylvania 19103
                       (877) 479-2484
```

```
 1   APPEARANCES:

 2


 3
            MILMAN LABUDA LAW GROUP, PLLC
 4          BY: JOSEPH M. LABUDA, ESQUIRE
                        and
 5          JEREMY M. KOUFAKIS, ESQUIRE
            3000 Marcus Avenue
 6          Suite 3W8
            Lake Success, NY 11042
 7          joe@mllaborlaw.com
            jeremy@mmmlaborlaw.com
 8          -- Representing the Plaintiffs

 9


10

11          MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN
            BY: MAUREEN P. FITZGERALD, ESQUIRE
12          620 Freedom Business Center
            Suite 300
13          King of Prussia, PA 19406
            mpfitzgerald@mdwcg.com
14          -- Representing the Defendants

15


16

17   ALSO PRESENT: Videographer, Scot Dantzer

18                Jacqueline Cutillo

19                Robert Seibel

20                Steven Rambam (telephonically present)

21

22

23

24

25
```

```
 1                    INDEX TO EXAMINATION

 2                   WITNESS: DAVID LOMBARDO

 3                         *    *    *

 4                                                    PAGE

 5      EXAMINATION BY:

 6           MR. LABUDA                              10,329

 7           MS. FITZGERALD                         226,339

 8

 9

10                      INDEX TO EXHIBITS
                         DAVID LOMBARDO
11                         *    *    *

12   EXHIBIT NAME         DESCRIPTION               MRK'D

13                         *    *    *

14   Exhibit 16      Auto Focus                       48
                     (VOYNOW_028266-STAR00131806)
15

16
     Exhibit 28      Star Chrysler Jeep Dodge         78
17                   Schedule File Report
                     (VOYNOW_009647-0078575)
18

19

20   Exhibit 17      E-mail of 6/8/2011 and          164
                     Attachments
21                   (STAR00024913-00024931)

22

23   Exhibit 18      Letter of August 2013
                     (VOYNOW_010965-010968)          170
24

25
```

INDEX CONTINUED:

| EXHIBIT NAME | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 19 | Star Subaru Services & Parts Receivables (VOYNOW_009366-021154) | 171 |
| Exhibit 19A | Star Subaru Service & Parts Receivables (twenty-one pages) | 184 |
| Exhibit 20 | Document (VOYNOW_006591) | 191 |
| Exhibit 21 | Accrued Commissions Documents (VOYNOW_010861-021625) | 193 |
| Exhibit 22 | Accrued Commissions Documents (VOYNOW_010612-006670) | 199 |
| Exhibit 24 | Star Nissan Rebate & Incentive Documents (VOYNOW_010729-007864) | 207 |
| Exhibit 25 | Star Nissan Accounts Payable Documents (VOYNOW_010014-009410) | 213 |

```
INDEX CONTINUED:


EXHIBIT NAME          DESCRIPTION                          PAGE

  Exhibit 30          E-mail of January 17, 2011            217
                      (VOYNOW_003097)
                            *    *    *




                         REFERRED EXHIBITS

                            *    *    *

EXHIBIT NAME          DESCRIPTION                          PAGE



Plaintiff's
Exhibit 1             Letter of July 25, 2013              114
                      (VOYNOW_011008-011013)




Plaintiff's
Exhibit 2             Cash In Bank Document                126
                      (VOYNOW_010987-010989)



Plaintiff's                                                132
Exhibit 3             Subaru Document
                      (VOYNOW_011159-011161)



Plaintiff's
Exhibit 4             Voynow Bayard & Whyte                136
                      and Company Document
                      (STAR00013748-00013757)
```

```
 1   INDEX CONTINUED:

 2

 3   EXHIBIT NAME          DESCRIPTION                          PAGE

 4

 5   Plaintiff's
     Exhibit 5             Voynow Detailed Work-In-Process       143
 6                         (VOYNOW_024798-022986)

 7

 8
     Plaintiff's
 9   Exhibit 6             Packet of Documents                   150
                           (VOYNOW_007807-007864)
10

11
     Plaintiff's
12   Exhibit 7             Star Nissan, Inc. Documents           155
                           (VOYNOW_006540-CJ01515)
13

14   Plaintiff's
     Exhibit 9             Cashier Audit                         158
15                         (VOYNOW_010991-010992)

16

17
     Plaintiff's
18   Exhibit 14            Packet of Documents                   162
                           (CJ02960-CJ02989)
19

20

21                              *     *     *

22

23

24

25
```

```
 1                DEPOSITION SUPPORT INDEX
 2                       *   *   *
 3
 4   DIRECTION TO THE WITNESS NOT TO ANSWER
 5   Page           Line
 6   (None)
 7
 8
 9   REQUEST FOR PRODUCTION OF DOCUMENTS
10   Page           Line
11   149            5
12
13
14   QUESTIONS MARKED
15   Page           Line
16   (None)
17
18
19   STIPULATIONS
20   Page           Line
21    8
22
23
24
25
```

1                    *   *   *
2              (It is hereby stipulated by and
3       among counsel for the respective
4       parties that sealing, filing and
5       certification are waived; and that all
6       objections, except as to the form of the
7       questions, be reserved until the time of
8       trial.)
9                    *   *   *
10              THE VIDEOGRAPHER:  Okay.  We're on the
11      record.  And the time is 10:54 a.m.  Let's
12      see.
13              This is a video-recorded proceeding
14      of David Lombardo in the matter of Star
15      Auto Sales of Bayside, Inc., et al v.
16      Voynow, Bayard, Whyte and Company, LLP, et
17      al.  Filed in the United States District
18      Court, Eastern District of New York.
19              This proceeding is being held in the
20      offices of U.S. Legal in Philadelphia,
21      Pennsylvania.  My name is Scot Dantzer.
22      I'm the videographer on behalf of U.S.
23      Legal Support.  I'm not related to any
24      party in this action, nor am I financially
25      interested in the outcome.  Our court

1   reporter today is Alice Mattes, also on
2   behalf of U.S. Legal Support.
3          Counsel, please state your
4   appearances for the record, after which the
5   court reporter will enter the statement
6   for -- I'm sorry.  And will swear in our
7   witness.  So if you could please enter
8   appearances.
9          MR. LABUDA:  Good morning.  Joe Labuda
10  for the plaintiffs.  Milman Labuda Law
11  Group, 3000 Marcus Avenue, Lake Success, New
12  York.
13         MS. FITZGERALD:  Maureen Fitzgerald
14  for the defendants.  Marshall Dennehey.
15                  *   *   *
16         DAVID LOMBARDO,
17   after having been first duly sworn, was
18   examined and testified as follows:
19                  *   *   *
20         MR. LABUDA:  All right.  Good morning,
21  Mr. Lombardo.  I'm just going to for the
22  record indicate that also here for the
23  plaintiffs is Jackie Cutillo as well as
24  Jeremy Koufakis.  And for the defendant, in
25  addition to Miss Fitzgerald Bob Seibel is

```
 1         A     Yes.
 2   Q     And would you agree that accountants can
 3   make observations about issues that need to be
 4   followed up?  But ultimately it's up to management
 5   to actually go through and follow those up?
 6         A     Yes.
 7   Q     You may have answered this.  And if you did,
 8   I apologize.  But on the three or so occasions when
 9   you were physically at Star do you ever recall
10   yourself logging onto the Reynolds system?
11         A     I don't recall that specifically, no.
12   Q     Okay.  And on any occasion while you were
13   back in Trevose in your office you don't ever recall
14   remotely accessing Star's system.  Is that correct?
15         A     I'm not so sure if that was a
16   possibility.
17   Q     Okay.
18         A     No.
19   Q     Do you know if there was a particular person
20   who would print out schedules for you that was
21   employed by Star?
22         A     Sometimes that would happen.
23   Q     I know.  But do you know if there was like a
24   specific person you would ask and say, hey, I need
25   this schedule, can you print it out for me?
```