EXHIBIT 19

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

SEPTEMBER 6, 2017

STAR CHRYSLER JEEP DODGE
211-34 JAMAICA AVENUE
QUEENS VILLAGE, NY 11428

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING CORPORATE RETURNS PREPARED ON BEHALF OF STAR CHRYSLER JEEP DODGE FOR THE YEAR ENDED DECEMBER 31, 2016.

    2016 U.S. INCOME TAX RETURN FOR AN S CORPORATION
    2016 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1120S
    2016 NEW YORK S CORPORATION FRANCHISE TAX RETURN
    2016 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION
    2016 NEW YORK CITY GENERAL CORPORATION TAX RETURN
    2016 SIGNATURE AUTHORIZATION FOR E-FILED CORPORATION TAX RETURN
    2016 SIGNATURE AUTHORIZATION FOR E-FILED CORPORATION TAX RETURN

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S) BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

JULY 25, 2017

STAR AUTO SALES OF QUEENS COUNTY LLC
D/B/A STAR FIAT
211-44 JAMAICA AVENUE
QUEENS VILLAGE, NY  11428

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING PARTNERSHIP RETURNS PREPARED ON BEHALF OF STAR AUTO
SALES OF QUEENS COUNTY LLC FOR THE YEAR ENDED DECEMBER 31, 2016.

    2016 U.S. RETURN OF PARTNERSHIP INCOME
    2016 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1065
    2016 STATE OF NEW YORK PARTNERSHIP RETURN
    2016 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION FOR IT-204
    2016 NEW YORK CITY UBT RETURN FOR PARTNERSHIPS
    2016 SIGNATURE AUTHORIZATION FOR E-FILED UBT RETURN

THE ORIGINAL OF EACH OF THE ABOVE MENTIONED RETURNS SHOULD BE DATED AND SIGNED IN
ACCORDANCE WITH THE FILING INSTRUCTIONS INCLUDED WITH THE COPY OF THE RETURN.  THIS
COPY IS FOR YOUR USE AND SHOULD BE RETAINED FOR YOUR FILES.

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR
REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT
VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S)
BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE
ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING
THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY
QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE
CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

VOYNOW_030521

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

JULY 25, 2017

STAR HYUNDAI, LLC
206-26 NORTHERN BLVD
BAYSIDE, NY  11361-3146

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING PARTNERSHIP RETURNS PREPARED ON BEHALF OF STAR HYUNDAI,
LLC FOR THE YEAR ENDED DECEMBER 31, 2016.

     2016 U.S. RETURN OF PARTNERSHIP INCOME
     2016 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1065
     2016 STATE OF NEW YORK PARTNERSHIP RETURN
     2016 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION FOR IT-204
     2016 NEW YORK CITY UBT RETURN FOR PARTNERSHIPS
     2016 SIGNATURE AUTHORIZATION FOR E-FILED UBT RETURN

THE ORIGINAL OF EACH OF THE ABOVE MENTIONED RETURNS SHOULD BE DATED AND SIGNED IN
ACCORDANCE WITH THE FILING INSTRUCTIONS INCLUDED WITH THE COPY OF THE RETURN.  THIS
COPY IS FOR YOUR USE AND SHOULD BE RETAINED FOR YOUR FILES.

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR
REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT
VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S)
BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE
ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING
THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY
QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE, CPA
CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

CONFIDENTIAL

VOYNOW_020798

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

SEPTEMBER 6, 2017

STAR HYUNDAI, LLC
206-26 NORTHERN BLVD
BAYSIDE, NY  11361-3146

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING PARTNERSHIP RETURNS PREPARED ON BEHALF OF STAR HYUNDAI, LLC FOR THE YEAR ENDED DECEMBER 31, 2016.

> 2016 U.S. RETURN OF PARTNERSHIP INCOME
> 2016 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1065
> 2016 STATE OF NEW YORK PARTNERSHIP RETURN
> 2016 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION FOR IT-204
> 2016 NEW YORK CITY UBT RETURN FOR PARTNERSHIPS
> 2016 SIGNATURE AUTHORIZATION FOR E-FILED UBT RETURN

THE ORIGINAL OF EACH OF THE ABOVE MENTIONED RETURNS SHOULD BE DATED AND SIGNED IN ACCORDANCE WITH THE FILING INSTRUCTIONS INCLUDED WITH THE COPY OF THE RETURN.  THIS COPY IS FOR YOUR USE AND SHOULD BE RETAINED FOR YOUR FILES.

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S) BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE, CPA
CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

CONFIDENTIAL

.

**VOYNOW, BAYARD, WHYTE AND COMPANY, LLP**
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

JULY 26, 2017

STAR NISSAN, INC.
206-02 NORTHERN BLVD
BAYSIDE, NY 11361

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING CORPORATE RETURNS PREPARED ON BEHALF OF STAR NISSAN, INC. FOR THE YEAR ENDED DECEMBER 31, 2016.

    2016 U.S. INCOME TAX RETURN FOR AN S CORPORATION
    2016 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1120S
    2016 NEW YORK S CORPORATION FRANCHISE TAX RETURN
    2016 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION
    2016 NEW YORK CITY GENERAL CORPORATION TAX RETURN
    2016 SIGNATURE AUTHORIZATION FOR E-FILED CORPORATION TAX RETURN

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR REPRESENTATIVE. THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT VERIFICATION OF INFORMATION USED. THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S) BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS. IF YOU NOTE ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU. PLEASE CONTACT US IF YOU HAVE ANY QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,

HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER

ENCLOSURES

CONFIDENTIAL

VOYNOW_021247

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

SEPTEMBER 6, 2017

STAR NISSAN, INC.
206-02 NORTHERN BLVD
BAYSIDE, NY 11361

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING CORPORATE RETURNS PREPARED ON BEHALF OF STAR NISSAN, INC. FOR THE YEAR ENDED DECEMBER 31, 2016.

 2016 U.S. INCOME TAX RETURN FOR AN S CORPORATION
 2016 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1120S
 2016 NEW YORK S CORPORATION FRANCHISE TAX RETURN
 2016 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION
 2016 NEW YORK CITY GENERAL CORPORATION TAX RETURN
 2016 SIGNATURE AUTHORIZATION FOR E-FILED CORPORATION TAX RETURN

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S) BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

CONFIDENTIAL

**VOYNOW, BAYARD, WHYTE AND COMPANY, LLP**
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

JULY 26, 2017

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING PARTNERSHIP RETURNS PREPARED ON BEHALF OF STAR AUTO
SALES OF QUEENS, LLC FOR THE YEAR ENDED DECEMBER 31, 2016.

      2016 U.S. RETURN OF PARTNERSHIP INCOME
      2016 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1065
      2016 STATE OF NEW YORK PARTNERSHIP RETURN
      2016 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION FOR IT-204
      2016 NEW YORK CITY UBT RETURN FOR PARTNERSHIPS
      2016 SIGNATURE AUTHORIZATION FOR E-FILED UBT RETURN

THE ORIGINAL OF EACH OF THE ABOVE MENTIONED RETURNS SHOULD BE DATED AND SIGNED IN
ACCORDANCE WITH THE FILING INSTRUCTIONS INCLUDED WITH THE COPY OF THE RETURN.  THIS
COPY IS FOR YOUR USE AND SHOULD BE RETAINED FOR YOUR FILES.

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR
REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT
VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S)
BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE
ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING
THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY
QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE
CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

VOYNOW_027999

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

JULY 27, 2017

STAR AUTO SALES OF BAYSIDE INC
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING CORPORATE RETURNS PREPARED ON BEHALF OF STAR AUTO
SALES OF BAYSIDE INC FOR THE YEAR ENDED DECEMBER 31, 2016.

        2016 U.S. INCOME TAX RETURN FOR AN S CORPORATION
        2016 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1120S
        2016 NEW YORK S CORPORATION FRANCHISE TAX RETURN
        2016 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION
        2016 NEW YORK CITY GENERAL CORPORATION TAX RETURN
        2016 SIGNATURE AUTHORIZATION FOR E-FILED CORPORATION TAX RETURN

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR
REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT
VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S)
BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE
ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING
THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY
QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

VOYNOW_027801

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

MARCH 15, 2016

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING PARTNERSHIP RETURNS PREPARED ON BEHALF OF STAR AUTO
SALES OF QUEENS, LLC FOR THE YEAR ENDED DECEMBER 31, 2015.

     2015 U.S. RETURN OF PARTNERSHIP INCOME
     2015 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1065
     2015 STATE OF NEW YORK PARTNERSHIP RETURN
     2015 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION FOR IT-204
     2015 NEW YORK CITY UBT RETURN FOR PARTNERSHIPS
     2015 SIGNATURE AUTHORIZATION FOR E-FILED UBT RETURN

THE ORIGINAL OF EACH OF THE ABOVE MENTIONED RETURNS SHOULD BE DATED AND SIGNED IN
ACCORDANCE WITH THE FILING INSTRUCTIONS INCLUDED WITH THE COPY OF THE RETURN.  THIS
COPY IS FOR YOUR USE AND SHOULD BE RETAINED FOR YOUR FILES.

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR
REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT
VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S)
BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE
ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING
THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY
QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,

HUGH WHYTE
CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER

ENCLOSURES

VOYNOW_029026

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

MAY 12, 2016

STAR NISSAN, INC.
206-02 NORTHERN BLVD
BAYSIDE, NY 11361

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING CORPORATE RETURNS PREPARED ON BEHALF OF STAR NISSAN, INC. FOR THE YEAR ENDED DECEMBER 31, 2015.

    2015 U.S. INCOME TAX RETURN FOR AN S CORPORATION
    2015 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1120S
    2015 NEW YORK S CORPORATION FRANCHISE TAX RETURN
    2015 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION
    2015 NEW YORK CITY GENERAL CORPORATION TAX RETURN
    2015 SIGNATURE AUTHORIZATION FOR E-FILED RETURN

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S) BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

CONFIDENTIAL

VOYNOW_019324

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

MARCH 15, 2016

STAR HYUNDAI, LLC
206-26 NORTHERN BLVD
BAYSIDE, NY  11361-3146

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING PARTNERSHIP RETURNS PREPARED ON BEHALF OF STAR HYUNDAI,
LLC FOR THE YEAR ENDED DECEMBER 31, 2015.

     2015 U.S. RETURN OF PARTNERSHIP INCOME
     2015 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1065
     2015 STATE OF NEW YORK PARTNERSHIP RETURN
     2015 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION FOR IT-204
     2015 NEW YORK CITY UBT RETURN FOR PARTNERSHIPS
     2015 SIGNATURE AUTHORIZATION FOR E-FILED UBT RETURN

THE ORIGINAL OF EACH OF THE ABOVE MENTIONED RETURNS SHOULD BE DATED AND SIGNED IN
ACCORDANCE WITH THE FILING INSTRUCTIONS INCLUDED WITH THE COPY OF THE RETURN.  THIS
COPY IS FOR YOUR USE AND SHOULD BE RETAINED FOR YOUR FILES.

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR
REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT
VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S)
BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE
ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING
THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY
QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE, CPA
CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

VOYNOW_029148

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

MARCH 14, 2016

STAR AUTO SALES OF QUEENS COUNTY LLC
D/B/A STAR FIAT
211-44 JAMAICA AVENUE
QUEENS VILLAGE, NY  11428

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING PARTNERSHIP RETURNS PREPARED ON BEHALF OF STAR AUTO
SALES OF QUEENS COUNTY LLC FOR THE YEAR ENDED DECEMBER 31, 2015.

> 2015 U.S. RETURN OF PARTNERSHIP INCOME
> 2015 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1065
> 2015 STATE OF NEW YORK PARTNERSHIP RETURN
> 2015 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION FOR IT-204
> 2015 NEW YORK CITY UBT RETURN FOR PARTNERSHIPS
> 2015 SIGNATURE AUTHORIZATION FOR E-FILED UBT RETURN

THE ORIGINAL OF EACH OF THE ABOVE MENTIONED RETURNS SHOULD BE DATED AND SIGNED IN
ACCORDANCE WITH THE FILING INSTRUCTIONS INCLUDED WITH THE COPY OF THE RETURN.  THIS
COPY IS FOR YOUR USE AND SHOULD BE RETAINED FOR YOUR FILES.

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR
REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT
VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S)
BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE
ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING
THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY
QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE
CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

VOYNOW_027665

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

MAY 13, 2016

STAR CHRYSLER JEEP DODGE
211-34 JAMAICA AVENUE
QUEENS VILLAGE, NY 11428

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING CORPORATE RETURNS PREPARED ON BEHALF OF STAR CHRYSLER
JEEP DODGE FOR THE YEAR ENDED DECEMBER 31, 2015.

    2015 U.S. INCOME TAX RETURN FOR AN S CORPORATION
    2015 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1120S
    2015 NEW YORK S CORPORATION FRANCHISE TAX RETURN
    2015 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION
    2015 NEW YORK CITY GENERAL CORPORATION TAX RETURN
    2015 SIGNATURE AUTHORIZATION FOR E-FILED RETURN

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR
REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT
VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S)
BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE
ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING
THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY
QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

CONFIDENTIAL



VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

SEPTEMBER 10, 2015

STAR AUTO SALES OF BAYSIDE INC
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING CORPORATE RETURNS PREPARED ON BEHALF OF STAR AUTO
SALES OF BAYSIDE INC FOR THE YEAR ENDED DECEMBER 31, 2014.

    2014 U.S. INCOME TAX RETURN FOR AN S CORPORATION
    2014 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1120S
    2014 NEW YORK S CORPORATION FRANCHISE TAX RETURN
    2014 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION
    2014 NEW YORK CITY GENERAL CORPORATION TAX RETURN
    2014 SIGNATURE AUTHORIZATION FOR E-FILED RETURN

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR
REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT
VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S)
BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE
ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING
THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY
QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

VOYNOW_034213

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

AUGUST 12, 2015

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING PARTNERSHIP RETURNS PREPARED ON BEHALF OF STAR AUTO SALES OF QUEENS, LLC FOR THE YEAR ENDED DECEMBER 31, 2014.

    2014 U.S. RETURN OF PARTNERSHIP INCOME
    2014 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1065
    2014 STATE OF NEW YORK PARTNERSHIP RETURN
    2014 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION FOR IT-204
    2014 NEW YORK CITY UBT RETURN FOR PARTNERSHIPS
    2014 SIGNATURE AUTHORIZATION FOR E-FILED UBT RETURN

THE ORIGINAL OF EACH OF THE ABOVE MENTIONED RETURNS SHOULD BE DATED AND SIGNED IN ACCORDANCE WITH THE FILING INSTRUCTIONS INCLUDED WITH THE COPY OF THE RETURN.  THIS COPY IS FOR YOUR USE AND SHOULD BE RETAINED FOR YOUR FILES.

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S) BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,

HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER

ENCLOSURES

VOYNOW_032488

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

SEPTEMBER 10, 2015

STAR NISSAN, INC.
206-02 NORTHERN BLVD
BAYSIDE, NY 11361

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING CORPORATE RETURNS PREPARED ON BEHALF OF STAR NISSAN, INC. FOR THE YEAR ENDED DECEMBER 31, 2014.

     2014 U.S. INCOME TAX RETURN FOR AN S CORPORATION
     2014 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1120S
     2014 NEW YORK S CORPORATION FRANCHISE TAX RETURN
     2014 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION
     2014 NEW YORK CITY GENERAL CORPORATION TAX RETURN
     2014 SIGNATURE AUTHORIZATION FOR E-FILED RETURN

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR REPRESENTATIVE. THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT VERIFICATION OF INFORMATION USED. THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S) BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS. IF YOU NOTE ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU. PLEASE CONTACT US IF YOU HAVE ANY QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,

HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER

ENCLOSURES

VOYNOW_021747

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

AUGUST 6, 2015

STAR AUTO SALES OF QUEENS VILLAGE, LLC
D/B/A STAR MITSUBISHI
211-44 JAMAICA AVENUE
QUEENS VILLAGE, NY 11428

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING PARTNERSHIP RETURNS PREPARED ON BEHALF OF STAR AUTO SALES OF QUEENS VILLAGE, LLC FOR THE YEAR ENDED DECEMBER 31, 2014.

   2014 U.S. RETURN OF PARTNERSHIP INCOME
   2014 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1065
   2014 STATE OF NEW YORK PARTNERSHIP RETURN
   2014 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION FOR IT-204
   2014 NEW YORK CITY UBT RETURN FOR PARTNERSHIPS
   2014 SIGNATURE AUTHORIZATION FOR E-FILED UBT RETURN

THE ORIGINAL OF EACH OF THE ABOVE MENTIONED RETURNS SHOULD BE DATED AND SIGNED IN ACCORDANCE WITH THE FILING INSTRUCTIONS INCLUDED WITH THE COPY OF THE RETURN.  THIS COPY IS FOR YOUR USE AND SHOULD BE RETAINED FOR YOUR FILES.

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S) BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

VOYNOW_028216

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

AUGUST 19, 2015

STAR HYUNDAI, LLC
206-26 NORTHERN BLVD
BAYSIDE, NY  11361-3146

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING PARTNERSHIP RETURNS PREPARED ON BEHALF OF STAR HYUNDAI,
LLC FOR THE YEAR ENDED DECEMBER 31, 2014.

    2014 U.S. RETURN OF PARTNERSHIP INCOME
    2014 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1065
    2014 STATE OF NEW YORK PARTNERSHIP RETURN
    2014 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION FOR IT-204
    2014 NEW YORK CITY UBT RETURN FOR PARTNERSHIPS
    2014 SIGNATURE AUTHORIZATION FOR E-FILED UBT RETURN
    2014 SIGNATURE AUTHORIZATION FOR E-FILED UBT RETURN

THE ORIGINAL OF EACH OF THE ABOVE MENTIONED RETURNS SHOULD BE DATED AND SIGNED IN
ACCORDANCE WITH THE FILING INSTRUCTIONS INCLUDED WITH THE COPY OF THE RETURN.  THIS
COPY IS FOR YOUR USE AND SHOULD BE RETAINED FOR YOUR FILES.

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR
REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT
VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S)
BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE
ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING
THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY
QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

VOYNOW_032021

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

AUGUST 11, 2015

STAR AUTO SALES OF QUEENS COUNTY LLC
D/B/A STAR FIAT
211-44 JAMAICA AVENUE
QUEENS VILLAGE, NY  11428

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING PARTNERSHIP RETURNS PREPARED ON BEHALF OF STAR AUTO
SALES OF QUEENS COUNTY LLC FOR THE YEAR ENDED DECEMBER 31, 2014.

    2014 U.S. RETURN OF PARTNERSHIP INCOME
    2014 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1065
    2014 STATE OF NEW YORK PARTNERSHIP RETURN
    2014 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION FOR IT-204
    2014 NEW YORK CITY UBT RETURN FOR PARTNERSHIPS
    2014 SIGNATURE AUTHORIZATION FOR E-FILED UBT RETURN

THE ORIGINAL OF EACH OF THE ABOVE MENTIONED RETURNS SHOULD BE DATED AND SIGNED IN
ACCORDANCE WITH THE FILING INSTRUCTIONS INCLUDED WITH THE COPY OF THE RETURN.  THIS
COPY IS FOR YOUR USE AND SHOULD BE RETAINED FOR YOUR FILES.

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR
REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT
VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S)
BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE
ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING
THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY
QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

VOYNOW_032862

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

SEPTEMBER 10, 2015

STAR CHRYSLER JEEP DODGE
211-34 JAMAICA AVENUE
QUEENS VILLAGE, NY 11428

DEAR CLIENT,

ENCLOSED ARE THE FOLLOWING CORPORATE RETURNS PREPARED ON BEHALF OF STAR CHRYSLER
JEEP DODGE FOR THE YEAR ENDED DECEMBER 31, 2014.

     2014 U.S. INCOME TAX RETURN FOR AN S CORPORATION
     2014 IRS E-FILE SIGNATURE AUTHORIZATION FOR FORM 1120S
     2014 NEW YORK S CORPORATION FRANCHISE TAX RETURN
     2014 NEW YORK STATE E-FILE SIGNATURE AUTHORIZATION
     2014 NEW YORK CITY GENERAL CORPORATION TAX RETURN
     2014 SIGNATURE AUTHORIZATION FOR E-FILED RETURN

THESE RETURN(S) WERE PREPARED FROM INFORMATION PROVIDED BY YOU OR YOUR
REPRESENTATIVE.  THE PREPARATION OF TAX RETURNS DOES NOT INCLUDE THE INDEPENDENT
VERIFICATION OF INFORMATION USED.  THEREFORE, WE RECOMMEND YOU REVIEW THE RETURN(S)
BEFORE SIGNING TO ENSURE THERE ARE NO OMISSIONS OR MISSTATEMENTS.  IF YOU NOTE
ANYTHING WHICH MAY REQUIRE A CHANGE TO THE RETURN(S), PLEASE CONTACT US BEFORE FILING
THEM.

WE APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT US IF YOU HAVE ANY
QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

SINCERELY,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


ENCLOSURES

VOYNOW_022242

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

August 4, 2014

STAR AUTO SALES OF BAYSIDE INC
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

Dear Client,

Enclosed are the following corporate returns prepared on behalf of STAR AUTO SALES OF BAYSIDE INC for the year ended December 31, 2013.

    2013 U.S. Income Tax Return for an S Corporation
    2013 IRS e-file Signature Authorization for Form 1120S
    2013 New York S Corporation Franchise Tax Return
    2013 New York State E-File Signature Authorization
    2013 New York City General Corporation Tax Return
    2013 Signature Authorization for E-Filed Return Prepared by ERO

These return(s) were prepared from information provided by you or your representative. The preparation of tax returns does not include the independent verification of information used. Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements. If you note anything which may require a change to the return(s), please contact us before filing them.

We appreciate this opportunity to serve you. Please contact us if you have any questions or if we may be of further assistance.

Sincerely,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


Enclosures

VOYNOW_028786

**VOYNOW, BAYARD, WHYTE AND COMPANY, LLP**
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

July 9, 2014

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

Dear Client,

Enclosed are the following partnership returns prepared on behalf of STAR AUTO SALES OF QUEENS, LLC for the year ended December 31, 2013.

> 2013 U.S. Return of Partnership Income
> 2013 IRS e-file Signature Authorization for Form 1065
> 2013 State of New York Partnership Return
> 2013 New York State E-File Signature Authorization for IT-204
> 2013 New York City UBT Return for Partnerships
> 2013 Signature Authorization for E-filed UBT Return
> 2014 New York City Estimated Unincorporated Business Tax

The original of each of the above mentioned returns should be dated and signed in accordance with the filing instructions included with the copy of the return. This copy is for your use and should be retained for your files.

These return(s) were prepared from information provided by you or your representative. The preparation of tax returns does not include the independent verification of information used. Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements. If you note anything which may require a change to the return(s), please contact us before filing them.

We appreciate this opportunity to serve you. Please contact us if you have any questions or if we may be of further assistance.

Sincerely,

HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER

Enclosures

VOYNOW_029365

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

August 4, 2014

STAR NISSAN, INC.
206-02 NORTHERN BLVD
BAYSIDE, NY 11361

Dear Client,

Enclosed are the following corporate returns prepared on behalf of STAR NISSAN, INC. for the year ended December 31, 2013.

    2013 U.S. Income Tax Return for an S Corporation
    2013 IRS e-file Signature Authorization for Form 1120S
    2013 New York S Corporation Franchise Tax Return
    2013 New York State E-File Signature Authorization
    2013 New York City General Corporation Tax Return
    2013 Signature Authorization for E-Filed Return Prepared by ERO

These return(s) were prepared from information provided by you or your representative. The preparation of tax returns does not include the independent verification of information used. Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements. If you note anything which may require a change to the return(s), please contact us before filing them.

We appreciate this opportunity to serve you. Please contact us if you have any questions or if we may be of further assistance.

Sincerely,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


Enclosures

VOYNOW_027601

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

July 29, 2014

STAR AUTO SALES OF QUEENS VILLAGE, LLC
D/B/A STAR MITSUBISHI
211-44 JAMAICA AVENUE
QUEENS VILLAGE, NY  11428

Dear Client,

Enclosed are the following partnership returns prepared on behalf of STAR AUTO SALES OF QUEENS VILLAGE, LLC for the year ended December 31, 2013.

> 2013 U.S. Return of Partnership Income
> 2013 IRS e-file Signature Authorization for Form 1065
> 2013 State of New York Partnership Return
> 2013 New York State E-File Signature Authorization for IT-204
> 2013 New York City UBT Return for Partnerships
> 2013 Signature Authorization for E-filed UBT Return

The original of each of the above mentioned returns should be dated and signed in accordance with the filing instructions included with the copy of the return.  This copy is for your use and should be retained for your files.

These return(s) were prepared from information provided by you or your representative.  The preparation of tax returns does not include the independent verification of information used.  Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements.  If you note anything which may require a change to the return(s), please contact us before filing them.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we may be of further assistance.

Sincerely,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


Enclosures

VOYNOW_032663

**VOYNOW, BAYARD, WHYTE AND COMPANY, LLP**
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

July 9, 2014

STAR HYUNDAI, LLC
206-26 NORTHERN BLVD
BAYSIDE, NY  11361-3146

Dear Client,

Enclosed are the following partnership returns prepared on behalf of STAR HYUNDAI, LLC for the year ended December 31, 2013.

> 2013 U.S. Return of Partnership Income
> 2013 IRS e-file Signature Authorization for Form 1065
> 2013 State of New York Partnership Return
> 2013 New York State E-File Signature Authorization for IT-204
> 2013 New York City UBT Return for Partnerships
> 2013 Signature Authorization for E-filed UBT Return

The original of each of the above mentioned returns should be dated and signed in accordance with the filing instructions included with the copy of the return.  This copy is for your use and should be retained for your files.

These return(s) were prepared from information provided by you or your representative.  The preparation of tax returns does not include the independent verification of information used.  Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements.  If you note anything which may require a change to the return(s), please contact us before filing them.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we may be of further assistance.

Sincerely,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


Enclosures

VOYNOW_029585

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
*215-355-8000*

July 9, 2014

STAR AUTO SALES OF QUEENS COUNTY LLC
D/B/A STAR FIAT
211-44 JAMAICA AVENUE
QUEENS VILLAGE, NY  11428

Dear Client,

Enclosed are the following partnership returns prepared on behalf of STAR AUTO SALES OF QUEENS COUNTY LLC for the year ended December 31, 2013.

    2013 U.S. Return of Partnership Income
    2013 IRS e-file Signature Authorization for Form 1065
    2013 State of New York Partnership Return
    2013 New York State E-File Signature Authorization for IT-204
    2013 New York City UBT Return for Partnerships
    2013 Signature Authorization for E-filed UBT Return

The original of each of the above mentioned returns should be dated and signed in accordance with the filing instructions included with the copy of the return.  This copy is for your use and should be retained for your files.

These return(s) were prepared from information provided by you or your representative.  The preparation of tax returns does not include the independent verification of information used.  Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements.  If you note anything which may require a change to the return(s), please contact us before filing them.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we may be of further assistance.

Sincerely,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


Enclosures

VOYNOW_030245

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

July 31, 2014

STAR CHRYSLER JEEP DODGE
211-34 JAMAICA AVENUE
QUEENS VILLAGE, NY 11428

Dear Client,

Enclosed are the following corporate returns prepared on behalf of STAR CHRYSLER JEEP DODGE for the year ended December 31, 2013.

    2013 U.S. Income Tax Return for an S Corporation
    2013 IRS e-file Signature Authorization for Form 1120S
    2013 New York S Corporation Franchise Tax Return
    2013 New York State E-File Signature Authorization
    2013 New York City General Corporation Tax Return
    2013 Signature Authorization for E-Filed Return Prepared by ERO

These return(s) were prepared from information provided by you or your representative. The preparation of tax returns does not include the independent verification of information used. Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements. If you note anything which may require a change to the return(s), please contact us before filing them.

We appreciate this opportunity to serve you. Please contact us if you have any questions or if we may be of further assistance.

Sincerely,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


Enclosures

CONFIDENTIAL

VOYNOW_019212

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

June 24, 2013

STAR AUTO SALES OF BAYSIDE INC
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

Dear Client,

Enclosed are the following corporate returns prepared on behalf of STAR AUTO SALES OF BAYSIDE INC for the year ended December 31, 2012.

    2012 U.S. Income Tax Return for an S Corporation
    2012 IRS e-file Signature Authorization for Form 1120S
    2012 New York S Corporation Franchise Tax Return
    2012 New York State E-File Signature Authorization
    2012 New York City General Corporation Tax Return
    2012 Signature Authorization for E-Filed Return Prepared by ERO

These return(s) were prepared from information provided by you or your representative. The preparation of tax returns does not include the independent verification of information used. Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements. If you note anything which may require a change to the return(s), please contact us before filing them.

We appreciate this opportunity to serve you. Please contact us if you have any questions or if we may be of further assistance.

Sincerely,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


Enclosures

VOYNOW_034376

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

July 8, 2013

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

Dear Client,

Enclosed are the following partnership returns prepared on behalf of STAR AUTO SALES OF QUEENS, LLC for the year ended December 31, 2012.

    2012 U.S. Return of Partnership Income
    2012 IRS e-file Signature Authorization for Form 1065
    2012 State of New York Partnership Return
    2012 New York State E-File Signature Form Authorization
    2012 New York City UBT Return for Partnerships
    2012 Signature Authorization for E-filed UBT Return

The original of each of the above mentioned returns should be dated and signed in accordance with the filing instructions included with the copy of the return.  This copy is for your use and should be retained for your files.

These return(s) were prepared from information provided by you or your representative.  The preparation of tax returns does not include the independent verification of information used.  Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements.  If you note anything which may require a change to the return(s), please contact us before filing them.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we may be of further assistance.

Sincerely,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


Enclosures

VOYNOW_034061

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

June 25, 2013

STAR NISSAN, INC.
206-02 NORTHERN BLVD
BAYSIDE, NY 11361

Dear Client,

Enclosed are the following corporate returns prepared on behalf of STAR NISSAN, INC. for the year ended December 31, 2012.

    2012 U.S. Income Tax Return for an S Corporation
    2012 IRS e-file Signature Authorization for Form 1120S
    2012 New York S Corporation Franchise Tax Return
    2012 New York State E-File Signature Authorization
    2012 New York City General Corporation Tax Return
    2012 Signature Authorization for E-Filed Return Prepared by ERO

These return(s) were prepared from information provided by you or your representative.  The preparation of tax returns does not include the independent verification of information used.  Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements.  If you note anything which may require a change to the return(s), please contact us before filing them.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we may be of further assistance.

Sincerely,

HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER

Enclosures

VOYNOW_022026

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

July 8, 2013

STAR AUTO SALES OF QUEENS VILLAGE, LLC
D/B/A STAR MITSUBISHI
211-44 JAMAICA AVENUE
QUEENS VILLAGE, NY  11428

Dear Client,

Enclosed are the following partnership returns prepared on behalf of STAR AUTO SALES OF QUEENS VILLAGE, LLC for the year ended December 31, 2012.

   2012 U.S. Return of Partnership Income
   2012 IRS e-file Signature Authorization for Form 1065
   2012 State of New York Partnership Return
   2012 New York State E-File Signature Form Authorization
   2012 New York City UBT Return for Partnerships
   2012 Signature Authorization for E-filed UBT Return

The original of each of the above mentioned returns should be dated and signed in accordance with the filing instructions included with the copy of the return.  This copy is for your use and should be retained for your files.

These return(s) were prepared from information provided by you or your representative.  The preparation of tax returns does not include the independent verification of information used.  Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements.  If you note anything which may require a change to the return(s), please contact us before filing them.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we may be of further assistance.

Sincerely,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


Enclosures

VOYNOW_028139

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

June 25, 2013

STAR HYUNDAI, LLC
206-26 NORTHERN BLVD
BAYSIDE, NY  11361-3146

Dear Client,

Enclosed are the following partnership returns prepared on behalf of STAR HYUNDAI, LLC for the year ended December 31, 2012.

> 2012 U.S. Return of Partnership Income
> 2012 IRS e-file Signature Authorization for Form 1065
> 2012 State of New York Partnership Return
> 2012 New York State E-File Signature Form Authorization
> 2012 New York City UBT Return for Partnerships
> 2012 Signature Authorization for E-filed UBT Return

The original of each of the above mentioned returns should be dated and signed in accordance with the filing instructions included with the copy of the return.  This copy is for your use and should be retained for your files.

These return(s) were prepared from information provided by you or your representative.  The preparation of tax returns does not include the independent verification of information used.  Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements.  If you note anything which may require a change to the return(s), please contact us before filing them.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we may be of further assistance.

Sincerely,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


Enclosures

VOYNOW_033367

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA  19053
215-355-8000

July 8, 2013

STAR AUTO SALES OF QUEENS COUNTY LLC
D/B/A STAR FIAT
211-44 JAMAICA AVENUE
QUEENS VILLAGE, NY  11428

Dear Client,

Enclosed are the following partnership returns prepared on behalf of STAR AUTO SALES OF QUEENS COUNTY
LLC for the year ended December 31, 2012.

   2012 U.S. Return of Partnership Income
   2012 State of New York Partnership Return
   2012 New York State E-File Signature Form Authorization
   2012 New York City UBT Return for Partnerships
   2012 Signature Authorization for E-filed UBT Return

The original of each of the above mentioned returns should be dated and signed in accordance with the filing
instructions included with the copy of the return.  This copy is for your use and should be retained for your files.

These return(s) were prepared from information provided by you or your representative.  The preparation of tax
returns does not include the independent verification of information used.  Therefore, we recommend you review
the return(s) before signing to ensure there are no omissions or misstatements.  If you note anything which may
require a change to the return(s), please contact us before filing them.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we may be of
further assistance.

Sincerely,


HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER


Enclosures

VOYNOW_033257

VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000

June 25, 2013

STAR CHRYSLER JEEP DODGE
211-34 JAMAICA AVENUE
QUEENS VILLAGE, NY 11428

Dear Client,

Enclosed are the following corporate returns prepared on behalf of STAR CHRYSLER JEEP DODGE for the year ended December 31, 2012.

    2012 U.S. Income Tax Return for an S Corporation
    2012 IRS e-file Signature Authorization for Form 1120S
    2012 New York S Corporation Franchise Tax Return
    2012 New York State E-File Signature Authorization
    2012 New York City General Corporation Tax Return
    2012 Signature Authorization for E-Filed Return Prepared by ERO

These return(s) were prepared from information provided by you or your representative. The preparation of tax returns does not include the independent verification of information used. Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements. If you note anything which may require a change to the return(s), please contact us before filing them.

We appreciate this opportunity to serve you. Please contact us if you have any questions or if we may be of further assistance.

Sincerely,

HUGH WHYTE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY, LLP
THE NORTHBROOK CORPORATE CENTER

Enclosures

CONFIDENTIAL

VOYNOW_021919