# EXHIBIT 22

Revised Exhibit A from Plaintiffs' Amended Responses and Objections to Defendants' Second Set of Interrogatories dated March 17, 2023

| | EMPLOYEE(S) WHO STOLE | DATES | STAR TOYOTA | STAR NISSAN | STAR SUBARU | STAR CHRYSLER | STAR HYUNDAI | TOTAL |
|---|---|---|---|---|---|---|---|---|
| CUSTOMER CLAIM SCHEME | DOUGLAS FILARDO | 6/15/2014-7/10/2017 | $ - | $ - | $378,157.08 | $ - | $ - | $378,157.08 |
| MOTORSPORTS ADVERTISING SCHEME | DOUGLAS FILARDO | 11/25/2008-11/1/2016 | $ - | $ - | $1,419,874.83 | $ - | $ - | $1,419,874.83 |
| STAPLES SCHEME | CARMEN JONES | 8/2001-5/2017 | $ - | $68,852.67 | $ - | $ - | $ - | $68,852.67 |
| NMAC AMEX SCHEME | CARMEN JONES | 10/16/2010-9/25/2014 | $ - | $365,034.04 | $ - | $ - | $ - | $365,034.04 |
| REVERSE DEPOSITS SCHEME | CARMEN JONES | 1/21/2013-4/19/2016 | $ - | $127,476.88 | $ - | $ - | $ - | $127,476.88 |
| CARMEN JONES HIGHLANDER SCHEME | VIVIAN KAROUZAKIS, CARMEN JONES | 8/2016-9/2016 | $3,000.00 | $ - | $ - | $ - | $ - | $3,000.00 |
| LOAN PAYMENTS NOT REPAID SCHEME | DESPINA THEOCHARIS | 2010-2016 | $ - | $ - | $ - | $98,897.98 | $ - | $98,897.98 |
| VEHICLES SCHEME | DESPINA THEOCHARIS | 12/27/2011-3/24/2015 | $ - | $ - | $ - | $9,500.00 | $ - | $9,500.00 |
| TUNDRA AND AVALON SCHEME | VIVIAN KAROUZAKIS, MICHAEL KAROUZAKIS | 5/2013-3/2016 | $40,000.00 | $ - | $ - | $ - | $ - | $40,000.00 |
| ANGIE RAPTIS HIGHLANDER SCHEME | VIVIAN KAROUZAKIS, ANGE RAPTIS | 8/2016-9/2016 | $3,000.00 | $ - | $ - | $ - | $ - | $3,000.00 |
| EMPLOYEE ADVANCE SCHEME | VIVIAN KAROUZAKIS | 8/13/2013-11/28/2016 | $202,975.69 | $ - | $ - | $ - | $ - | $202,975.69 |
| PAYING PERSONAL CREDITORS AND HERSELF SCHEME | VIVIAN KAROUZAKIS | 5/14/2013-11/18/2016 | $9,147.70 | $517,033.86 | $7,800.00 | $ - | $56,500.00 | $590,481.56 |
| DRAWING FALSIFIED CHECKS (PTSN/TOY) AND CASH WITHDRAWAL SCHEME | VIVIAN KAROUZAKIS | 9/9/2003-11/18/2016 | $463,000.00 | $786,400.00 | $ - | $ - | $ - | $1,249,400.00 |
| VITALIANO/VIVIAN STOLEN AVALON SCHEME | VIVIAN KAROUZAKIS | 2/2013 | $20,000.00 | $ - | $ - | $ - | $ - | $20,000.00 |
| TOTAL STOLEN FROM SCHEMES | | | $741,123.39 | $1,864,797.45 | $1,805,831.91 | $108,397.98 | $56,500.00 | $4,576,650.73 |

| | |
|---|---|
| CUSTOMER CLAIM SCHEME | Douglas Filardo kept cash COD'S ("Cash On Delivery") from Star Subaru customers purchasing vehicles and instructed Star Subaru's office employee to accrue for the missing customers' money by making corresponding accounting entries in Star Subaru's Dealership Management System ("DMS"). |
| MOTORSPORTS ADVERTISING SCHEME | Unbeknownst to Star Subaru, Douglas Filardo operated a sole proprietorship, Motorsports Advertising d/b/a Subaru Motorsports, under the alias name "FILATDO", solely for the purpose of receiving ill-obtained payments from Star Subaru for advertising work that was never done. |
| STAPLES SCHEME | Carmen Jones bought various items (mainly gift cards) from Staples, Inc. using a Star Nissan Staples credit card for her own personal use. |
| NMAC AMEX SCHEME | Carmen Jones stole bonus money paid by NMAC to Star Nissan (that was issued on a quarterly basis) by creating fraudulent journal entries in Star Nissan's DMS to allow replacement of cash stolen by her with diverted (stolen) checks from American Express and then replaced the amount represented by those stolen checks with the bonus money from NMAC. |
| REVERSE DEPOSITS SCHEME | Carmen Jones stole cash payments from bank deposits. She first stole an entire bank deposit (cash and checks) and then reversed that deposit generated in Star Nissan's DMS. Carmen Jones then created fraudulent journal entries in Star Nissan's DMS to apply a credit to Star Nissan's Parts & Service Cash Sales Account and is concealed with a counterbalance to the Nissan parts statement. |
| CARMEN JONES HIGHLANDER SCHEME | Carmen Jones purchased a new Toyota Highlander from Star Toyota that she did not pay in full and was aware that Vivian Karouzakis created a fraudulent journal entry in Star Toyota's DMS to make it seem like the Highlander was paid in full. |
| LOAN PAYMENTS NOT REPAID SCHEME | Despina Theocharis frequently took cash loans from Star Chrysler and created fradulant entries in Star Chrysler's DMS system to disguise the fact she did not pay them back. |
| VEHICLES SCHEME | Despina Theocharis purchased an extrodinary number of vehicles from Star Chrysler at low cost amounts and then traded them in towards future purchases. Those trades were given a higher dollar amount of credit towards the new purchase then the orginal amount paid for the vehicle. |
| TUNDRA AND AVALON SCHEME | Michael Karouzakis purchased a new Toyota Tundra from Star Toyota that he did not pay in full and was aware that his wife, Vivian Karouzakis, created a fraudulent accounting entry in Star Toyota's DMS to cover up the fact that a $10,000.00 cash COD ("Cash On Delivery") payment of the vehicle was never made. Michael Karouzakis purchased a new Toyota Avalon from Star Toyota that he did not pay in full and was aware that his wife, Vivian Karouzakis, created a fraudulent accounting entry in Star Toyota's DMS to cover up the fact that a $30,000.00 cash COD ("Cash On Delivery") payment of the vehicle was never made. |
| ANGIE RAPTIS HIGHLANDER SCHEME | Ange Raptis purchased a new Toyota Highlander from Star Toyota that she did not pay in full and was aware that Vivian Karouzakis created a fraudulent journal entry in Star Toyota's DMS to make it seem like the Highlander was paid in full. |
| EMPLOYEE ADVANCE SCHEME | Vivian Karouzakis stole cash by removing cash from Star Toyota deposits and created fraudulent journal entries in Star Toyota's DMS by disguising them as a "loan" on behalf of other employees. |
| PAYING PERSONAL CREDITORS AND HERSELF SCHEME | Vivian Karouzakis caused numerous checks to be drawn upon Star Nissan, Star Toyota, Star Hyundai, and Star Subaru's checking accounts, by primarily deceiving John Koufakis Sr., which were payable to credit card companies or other creditors to whom Vivian Karouzakis was indebted. Vivian Karouzakis also generated checks in Reynolds payble to herself. |
| DRAWING FALSIFIED CHECKS (PTSN/TOY) AND CASH WITHDRAWAL SCHEME | Vivian Karouzakis stole cash by substituting the cash with intercompany checks she fraudulently generated between Star Nissan and Star Toyota by creating fraudulent journal entries in Star Nissan and Star Toyota's DMS and disguising them as a bogus expense. Vivian Karouzakis also removed cash from Star Nissan deposits and allocated them as an expense through the deposit in Reynolds. |
| VITALIANO/VIVIAN STOLEN AVALON SCHEME | Toyota Avalon was sold to Vitaliano and had a $20,000 deposit that was never paid or accounted for. Vivian Karouzakis created a fraudulent journal entry to offset the missing monies. |

*Note: For schemes involving a vehicle, the damage calculations do not include theft of unrealized profits (i.e. purchasing cars at dealer cost for personal use and/or trading them back after a period of time for more than originally paid)