# EXHIBIT 24

# New York State Unified Court System

## WebCriminal

### Case Details - Charges

**CASE INFORMATION**

Court: Queens Supreme Criminal Court
Case #: IND-71553-23/001
Defendant: Theocharis, Despina

| Charge | Detail | | Disposition/Sentence |
|---|---|---|---|
| PL 155.30 01 | EF , 1 count, Arrest Charge | | Reduced To - Criminal, Arraigned, Pled Not Guilty |
| | Description: | Gr Lar 4:value Property &gt;$1000 | |
| | Count: | 1 | |
| PL 175.05 01 | AM , 3 counts, Arrest Charge | | Covered By, Arraigned, Pled Not Guilty |
| | Description: | Fals Bus Rec:make False Entry | |
| | Count: | 3 | |
| PL 155.30 01 | EF , 1 count, Arrest Charge | | Covered By, Arraigned, Pled Not Guilty |
| | Description: | Gr Lar 4:value Property &gt;$1000 | |
| | Count: | 2 | |
| PL 155.25 | AM , 1 count, Not an Arrest Charge | | Arraigned, Pled Guilty, Cd (1y); Surcharge (ms ($175.00), Cvaf ($25.00) - Due 03/22/2024); Fee (dna ($50.00) - Due 03/22/2024) |
| | Description: | Petit Larceny | |
| | Count: | 6 | |

# New York State Unified Court System

## WebCriminal

### Case Details - Appearances

**CASE INFORMATION**

Court: Queens Supreme Criminal Court
Case #: IND-71553-23/001
Defendant: Theocharis, Despina

| Date/Time | Judge/Part | Calendar Section | Arraignment/Hearing Type | Court Reporter | Outcome/Release Status |
|---|---|---|---|---|---|
| 05/19/2023 09:00 AM | Cimino, Toni M. TAP-A | Arraignment | 1st Appearance | Edmond, Charles | Adjourned, Arraigned, Pled Not Guilty |
| 06/26/2023 09:00 AM | Cimino, Toni M. TAP-A | Hearing | Adjournment | Nason, Elisabeth | Adjourned |
| 07/26/2023 09:00 AM | Cimino, Toni M. TAP-A | Hearing | Adjournment | Edmond, Charles | Adjourned |
| 09/11/2023 09:00 AM | Cimino, Toni M. TAP-A | Open | Adjournment | Edmond, Charles | Adjourned |
| 10/04/2023 09:00 AM | Cimino, Toni M. TAP-A | Motion | Adjournment | Edmond, Charles | Adjourned |
| 10/19/2023 09:00 AM | Cimino, Toni M. TAP-A | Hearing | Adjournment | Edmond, Charles | Adjourned |
| 11/30/2023 09:00 AM | Cimino, Toni M. TAP-A | Trial | Trial | Wright, Rochelle | Adjourned, Reduced To - Criminal, Covered by, Arraigned, Pled Guilty |
| 03/22/2024 09:00 AM | Cimino, Toni M. TAP-A | Compliance | Adjournment | | |