# EXHIBIT 25

# Voynow, Bayard & Company, CPAs
1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

February 15, 2011

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5260/
Invoice: 20642

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED
ON THE DECEMBER 31, 2010 CLOSING OF
THE BOOKS AND PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS

AMOUNT DUE          $ 3,500.00

CONFIDENTIAL          VOYNOW_024383

# Voynow, Bayard & Company, CPAs
1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

September 30, 2011

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5260/
Invoice: 21032

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PREPARATION OF FORM 3115, APPLICATION
FOR CHANGE IN ACCOUNTING METHOD, RELATED
TO CHANGE WITHIN INTERNAL REVENUE CODE
SECTION 263A, UNIFORM CAPITALIZATION
(UNICAP) INVENTORY COSTS BY ELECTION OF
SAFE HARBOR METHODS ALLOWED UNDER REVENUE
PROCEDURE 2010-44.

AMOUNT DUE     $ 1,500.00

CONFIDENTIAL                    VOYNOW_024380

**Voynow, Bayard & Company, CPAs**
1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

September 30, 2011

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD                        Client #: 5260/
BAYSIDE, NY 11361                           Invoice: 21058
ATTN: VIVIAN

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2010 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS,
PREPARATION OF FEDERAL, STATE AND CITY
PARTNERSHIP TAX RETURNS

                    AMOUNT DUE        $ 1,520.00



# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

February 22, 2012

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5260/
Invoice: 21360

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2011 CLOSING OF THE BOOKS
AND PREPARATION OF FEDERAL, STATE AND
LOCAL TAX RETURNS

                          AMOUNT DUE        $ 3,750.00

CONFIDENTIAL                                    VOYNOW_024370

# Voynow, Bayard, Whyte and Company, LLP
1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

September 30, 2012

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5260/
Invoice: 21731

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2011 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS, AND
PREPARATION OF FEDERAL, STATE AND CITY
PARTNERSHIP TAX RETURNS

AMOUNT DUE      $ 1,575.00


POSTED

# Voynow, Bayard, Whyte and Company, LLP
1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

October 1, 2013

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5260/
Invoice: 22430

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2012 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS,
PREPARATION OF FEDERAL, STATE AND CITY
PARTNERSHIP TAX RETURNS

             AMOUNT DUE      $ 1,825.00



# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

February 6, 2014

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5260/
Invoice: 22774

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED ON
THE DECEMBER 31, 2013 CLOSING OF THE
BOOKS AND PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS

      AMOUNT DUE   $ 4,100.00

CONFIDENTIAL  VOYNOW_024344

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

February 9, 2015

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5260/
Invoice: 23440

PROFESSIONAL SERVICES:

PROGRESS BILLING FOR WORK COMPLETED
ON THE DECEMBER 31, 2014 CLOSING OF
THE BOOKS, PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS
AND PROGRESS CHARGE FOR APPLICATION
OF NEW TANGIBLE PROPERTY RULES

PROGRESS AMOUNT DUE    $ 4,800.00

CONFIDENTIAL                    VOYNOW_024342

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

September 30, 2015

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5260/
Invoice: 23563

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
COMPLIANCE WITH THE FINAL TANGIBLE PROPERTY
REGULATIONS ISSUED BY THE INTERNAL REVENUE
SERVICE INCLUDING: REVIEW OF DEPRECIATION
SCHEDULES AND UNDERLYING ASSET DOCUMENTS.
PREPARATION OF IRS FORMS 3115 FOR CHANGE IN
ACCOUNTING METHOD NUMBERS 21, 184, 186, 187
AND 192 AND ANCILLARY CURRENT YEAR TAX
ELECTIONS REQUIRED TO COMPLY WITH THE FINAL
TANGIBLE PROPERTY REGULATIONS.

            AMOUNT DUE      $1,500.00

CONFIDENTIAL    VOYNOW_024338

# Voynow, Bayard, Whyte and Company, LLP
1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

September 30, 2015

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5260/
Invoice: 23562

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2014 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS AND
PREPARATION OF FEDERAL, STATE AND
CITY PARTNERSHIP TAX RETURNS

AMOUNT DUE     $ 1,970.00



POSTED

CONFIDENTIAL                        VOYNOW_024330

## Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

03/04/2016                                                        Client: 5260

STAR AUTO SALES OF QUEENS, LLC                    Invoice:    346
D/B/A STAR SUBARU, ATTN: VIVIAN K
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK                                                   4,580.00
COMPLETED ON THE DECEMBER 31, 2015
CLOSING OF THE BOOKS AND
PREPARATION OF PARTNERSHIP TAX
RETURNS.

                                                  Invoice Total             $4,580.00

| Date     | Type              | Reference | Debit    | Credit | Balance   |
|----------|-------------------|-----------|----------|--------|-----------|
| 03/01/16 | Beginning Balance |           |          |        | $0.00     |
| 03/01/16 | Invoice #114      |           | 500.00   |        | 500.00    |
| 03/04/16 | Invoice #346      |           | 4,580.00 |        | 5,080.00  |
| 03/04/16 | Amount Due        |           |          |        | $5,080.00 |

CONFIDENTIAL                                                          VOYNOW_024326

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

09/06/2016

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU, ATTN: VIVIAN K
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

Client: 5260

Invoice:   1191

PROFESSIONAL SERVICES:

FINAL BILLING FOR WORK COMPLETED ON DECEMBER 31, 2015 CLOSING OF THE BOOKS, PREPARATION OF TAX WORKPAPERS AND PREPARATION OF FEDERAL, STATE AND CITY PARTNERSHIP TAX RETURNS

2,120.00

Invoice Total          $2,120.00

CONFIDENTIAL                    VOYNOW_024317

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

02/06/2017

Client: 5260

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU, ATTN: DEBBIE
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

Invoice:    2373

PROFESSIONAL SERVICES:

PROGRESS BILLING FOR WORK
COMPLETED ON THE DECEMBER 31, 2016
CLOSING OF THE BOOKS AND
PREPARATION OF PARTNERSHIP TAX
RETURNS.

4,600.00

Invoice Total    $4,600.00

CONFIDENTIAL                    VOYNOW_024314

**Voynow, Bayard, Whyte and Company, LLP**

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

07/31/2017                                              Client: 5260

STAR AUTO SALES OF QUEENS, LLC                          Invoice:    3203
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

    FINAL BILLING FOR WORK COMPLETED ON                                      2,220.00
    DECEMBER 31, 2016 CLOSING OF THE
    BOOKS, PREPARATION OF TAX
    WORKPAPERS AND PREPARATION OF
    FEDERAL, STATE AND CITY PARTNERSHIP
    TAX RETURNS

                                        Invoice Total            $2,220.00

CONFIDENTIAL                                                      VOYNOW_024310

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

07/31/2017                                               Client: 5260

STAR AUTO SALES OF QUEENS, LLC                           Invoice:    3195
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

PROFESSIONAL SERVICES:

|  |  |
|---|---|
|  | 2,390.00 |

PREPARATION AND FILING OF INTERNAL REVENUE SERVICE FORMS 8886, FOR TAX YEARS 2013-2016 REQUIRED BY INTERNAL REVENUE NOTICE 2016-66 FOR THE COMPANIES PARTICIPATION IN REINSURANCE ACTIVITIES WITH, AND PREMIUM REMITTANCES INTO, STAR REINSURANCE COMPANY LTD FOR EXTENDED WARRANTY AND OTHER AFTERSALE PRODUCTS ALLOWED UNDER IRS TECHNICAL ADVICE MEMORANDUM 200453012. AS WELL AS THE GATHERING OF INFORMATION REQUIRED TO COMPLETE THE REQUIRED FORMS.

                                        Invoice Total        $2,390.00