# EXHIBIT 31

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

09/27/2017                                              Client: 5266

STAR NISSAN INC.                                        Invoice:   3314
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

                                                                           3,300.00

SPECIAL ACCOUNTING SERVICES AS
REQUESTED RELATED TO
CONTROLLERSHIP FUNCTIONS:

INTERIM VISITS TO THE DEALERSHIP AS
REQUESTED ON MAY 23, 2017 TO ASSIST
JACKIE WITH BANK RECONCILIATIONS, GET
READY FOR MONTH END FINANCIAL
STATEMENTS, FACTORY PARTS
RECONCILIATIONS, SALES TAX FILINGS
AND HELP ANSWER ANY QUESTIONS THE
OFFICE STAFF HAS.

ACCOUNTANTS
BOB SEIBEL    10 HOURS
TIM KRAVETS  10 HOURS


                                           Invoice Total         $3,300.00