# EXHIBIT 33

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
STAR AUTO SALES OF BAYSIDE, INC.
(d/b/a STAR TOYOTA OF BAYSIDE), STAR
AUTO SALES OF QUEENS, LLC (d/b/a
STAR SUBARU), STAR HYUNDAI LLC
(d/b/a STAR HYUNDAI), STAR NISSAN,
INC. (d/b/a STAR NISSAN), METRO
CHRYSLER PLYMOUTH INC. (d/b/a STAR
CHRYSLER JEEP DODGE), STAR AUTO SALES
OF QUEENS COUNTY LLC (d/b/a STAR
FIAT) and STAR AUTO SALES OF QUEENS
VILLAGE LLC (d/b/a STAR MITSUBISHI),

                            Plaintiffs,

         -against-                    Case No.
                                      18-cv-05775
VOYNOW, BAYARD, WHYTE and COMPANY,    (ERK)(TAM)
LLP, HUGH WHYTE, and RANDALL FRANZEN,

                            Defendants.
------------------------------------------x

                            March 22, 2022
                            10:24 a.m.


         Deposition of SHAWN McCORMACK, taken by

Plaintiffs, held at the offices of Milman Labuda

Law Group PLLC, 3000 Marcus Avenue, Suite 3W8,

Lake Success, New York, before Joseph Danyo V,

a Shorthand Reporter and Notary Public within

and for the State of New York.




Job No: 4430
```

```
 1
 2        A P P E A R A N C E S :
 3
 4           MILMAN LABUDA LAW GROUP PLLC
             Attorneys for Plaintiffs
 5              3000 Marcus Avenue, Suite 3W8
                Lake Success, New York 11042
 6
             By:    JAMIE S. FELSEN, ESQ.
 7                  jamiefelsen@mllaborlaw.com
        JEREMY M. KOUFAKIS, ESQ.
 8      jeremy@mllaborlaw.com

 9           MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN P.C.
             Attorneys for Defendants
10              620 Freedom Business Center, Suite 300
                King of Prussia, Pennsylvania 19406
11
             By:    MAUREEN P. FITZGERALD, ESQ.
12      mpfitzgerald@mdwcg.com

13

14        Also Present:

15           HUGH WHYTE

16           RANDALL FRANZEN

17           ROBERT SEIBEL

18           STEVEN RAMBAM

19           JACQUELINE CUTILLO

20                      ~oOo~

21

22

23

24

25
```

1
2          IT IS HEREBY STIPULATED AND AGREED, by and
3   between counsel for the respective parties hereto,
4   that the filing, sealing and certification of the
5   within deposition shall be and the same are hereby
6   waived;
7          IT IS FURTHER STIPULATED AND AGREED that
8   the within deposition may be signed before any Notary
9   Public with the same force and effect as if signed and
10  sworn to before the Court.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                         McCORMACK
 2          S H A W N   M c C O R M A C K, after having been
 3     first duly sworn by Joseph Danyo V, a Notary
 4     Public, was called as a witness and testified as
 5     follows:
 6     EXAMINATION BY MR. FELSEN:
 7              Q.    Good morning, Mr. McCormack.
 8              A.    Good morning.
 9              Q.    My name is Jamie Felsen.  I'm an
10     attorney for various Star corporate entities, who
11     I will refer to today simply as Star.  Do you
12     understand that?
13              A.    Yes.
14              Q.    We're here today to ask questions and
15     have you answer those questions related to a
16     lawsuit that was commenced against the defendants
17     in this action, who are Voynow, Bayard, Whyte and
18     Company LLP, who I will simply refer to as
19     Voynow, in addition to Hugh Whyte and Randall
20     Franzen.  Do you understand?
21              A.    Yes.
22              Q.    In the lawsuit that Star has
23     commenced against those defendants that I've
24     identified, you are not named as a defendant.  Do
25     you understand that?
```

1                        McCORMACK

2          A.   I'm not exactly sure, but it would be
3     at least three times a year.
4          Q.   What was the purpose of making about
5     three visits per year to Star?
6          A.   Okay, so the middle of the year you
7     would make an interim visit, which is a pretax
8     review look at the books, and you provide
9     information on stuff that needed to be researched
10    or cleaned up before the end of the year.
11    Receivables, payables, things like that.
12              In November it would be a tax
13    planning meeting where you project out the
14    year-end to plan out for where it was going to be
15    for the year-end and for all the owners for their
16    estimated and extension payments and a year-end
17    visit in January or February.
18         Q.   During the middle of the year visit,
19    which you referenced as a pretax visit to look at
20    the books --
21         A.   We would just call it an interim
22    visit, but it was just an interim pretax.
23         Q.   You had identified the fact that you
24    would look at the receivables and payables,
25    correct?

1                    McCORMACK
2          A.   It's not mine.  I don't know whose it
3    is.
4          Q.   Do you know under what circumstances
5    these time records would be marked up like this?
6          A.   Yes.  We would routinely go through
7    the time records to classify what all the time --
8    where it needed to be applied bill-wise, and
9    you're asking about people billing stuff to the
10   wrong places.  It was common, and you would have
11   to correct where their stuff was billed.  Like
12   you couldn't change it.  You just had to change
13   where it was supposed to go.  My guess is
14   somebody used this to put together a spreadsheet
15   to figure out how the time really got divided up.
16         Q.   When do tax returns need to be filed
17   for Star, what time of year?
18         A.   Generally tax returns were not filed.
19   They were generally extended and filed either
20   September 15th or October 15th, but it would be a
21   December 31st year-end.
22         Q.   On this document that we're looking
23   at, there is time here for, I'm looking right
24   above your name, for INT SER interim visit
25   planning, and it's for -- in May of 2011.

Page 126

1  McCORMACK
2  don't remember what we did at tax planning with
3  this particular account.
4  Q. So you would never follow up with
5  Carmen to see what her research uncovered?
6  A. No. There was no reason for us to do
7  anything. There was nothing that we could do to
8  make any adjustments to it from our office. If
9  it was still there at tax planning, then we would
10  probably revisit it, but I don't know.
11  Q. The last entry under Extended
12  Warranty Accounts Payable, does that raise a red
13  flag to you?
14  A. The $1200?
15  Q. Yes.
16  MS. FITZGERALD: Objection.
17  You can answer.
18  A. No, it doesn't. Warranty packs are
19  customary in all car dealerships. This just
20  shows me that there was, they were charging it to
21  their balance sheet. This probably needs to go
22  through their income statement at year-end.
23  Q. Does anything about the serial number
24  concern you?
25  A. No. It's just a number that they