UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR TOYOTA OF BAYSIDE), et al.<br><br>　　　　　Plaintiffs,<br><br>　-against-<br><br>VOYNOW, BAYARD, WHYTE AND COMPANY, LLP, HUGH WHYTE, RANDALL FRANZEN AND ROBERT SEIBEL,<br><br>　　　　　Defendants. | Civil Action No.:<br>1:18-cv-05775-ERK-TAM<br><br>**CERTIFICATE OF SERVICE** |

Maureen P. Fitzgerald, Esquire hereby certifies that on this 12th day of February, 2024, she caused a true and correct copy of the Notice of Motion, supporting Memorandum of Law, Statement of Material Facts, and Declaration of Maureen P. Fitzgerald, Esquire with accompany exhibits to be served on Plaintiff's counsel (listed below) via Titan File Secure Link.

Jamie Felsen, Esquire
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 110427

　　　　　　　　　　　　　　　　　**MARSHALL DENNEHEY, P.C.**

　　　　　　　　　　BY:　*/s/ Maureen Fitzgerald*
　　　　　　　　　　　　　　　　　JOHN L. SLIMM, ESQUIRE
　　　　　　　　　　　　　　　　　MAUREEN P. FITZGERALD, ESQUIRE
　　　　　　　　　　　　　　　　　620 Freedom Business Center, Suite 300
　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　(610) 354-8270 Fax (610) 354-8299
　　　　　　　　　　　　　　　　　Email:  mpfitzgerald@mdwcg.com
　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　Voynow, Bayard, Whyte and Company, LLC, Hugh Whyte, Randall Franzen, and Robert Siebel

Dated:  February 12, 2024