# EXHIBIT 5

Page 1

1
2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
3    1:18-CV-05775-ERK-CLP
     ----------------------------------------x
4
     STAR AUTO SALES OF BAYSIDE, INC.
5    (d/b/a STAR TOYOTA OF BAYSIDE), STAR
     AUTO SALES OF QUEENS, LLC (d/b/a STAR
6    SUBARU), STAR HYUNDAI LLC (d/b/a
     STAR HYUNDAI), STAR NISSAN, INC. (d/b/a
7    STAR NISSAN), METRO CHRYSLER
     PLYMOUTH INC. (d/b/a STAR CHRYSLER
8    JEEP DODGE), STAR AUTO SALES OF
     QUEENS COUNTY LLC (d/b/a STAR FIAT)
9    And STAR AUTO SALES OF QUEENS
     VILLAGE LLC (d/b/a STAR MITSUBISHI),
10
               Plaintiffs,
11
         v.
12
     VOYNOW, BAYARD, WHYTE AND COMPANY, LLP,
13   HUGH WHYTE, RANDALL FRANZEN AND ROBERT
     SEIBEL.
14
               Defendants.
15   ----------------------------------------x
16                        2000 Market Street
                          Philadelphia, Pennsylvania
17
                          September 13, 2022
18                        10:42 a.m.
19
20          DEPOSITION of STEVEN KOUFAKIS, a
21   Plaintiff, held at the above-entitled time and
22   place, taken before Carolyn Crescio, a
23   Professional Shorthand Reporter and Notary
24   Public of the State of Pennsylvania.
25               *     *     *

1                    S. KOUFAKIS

2     signer to review that documentation before

3     signing the check?

4            A.    Usually that's what happens.

5            Q.    And were there ever any occasions in

6     your capacity as an authorized check signer of

7     the business, where you did not do that?

8            A.    Yes, on occasion.

9            Q.    And how often on occasion was that

10    where you did not review backup documentation,

11    or make sure that a check was for legitimate

12    expenses?

13           A.    There were times we could literally

14    sign a hundred checks in a day.  And while

15    you're reviewing things with backup, assuming

16    the backup is accurate, they would come over and

17    say, Just here sign this, one more.  And it

18    would be without backup.  And I would say, What

19    is this for?  And they would give an answer.

20           And because the cell phone is ringing,

21    there's three people asking you to do something,

22    sometimes we would not, on occasion, would not

23    check, and trust the employee.

24           Q.    So you would not be paying attention

25    to what it was you were signing.  Fair?

1               S. KOUFAKIS

2               MR. FELSEN:  Objection.

3        A.    No, I didn't say that.

4        Q.    So you would sign checks without the

5   documentation backing it up?

6               MR. FELSEN:  Objection.

7        A.    I signed the check, asked, What is

8   it for?  They would tell me.  It sounded

9   feasible.  Yes.

10       Q.    And you would sign it without the

11   backup documentation, that you could --

12       A.    They said they would bring it later.

13       Q.    Did that, in fact, happen?  Did they

14   bring it later after you had signed a check?

15       A.    Sometimes I would forget.  They

16   would not offer.

17       Q.    Did you ever sign blank checks?

18       A.    No.

19       Q.    Did you ever --

20       A.    Yes.  In the motor vehicle account;

21   the only account that that would happen.

22       Q.    When you say the motor vehicle

23   accounts, you're talking about the DMV checks?

24       A.    Correct.

25       Q.    Would there ever be occasion that

Page 173

1                    S. KOUFAKIS
2    that's not Bates stamped.
3          If you can turn to -- this is the one we
4    previously marked as Michael Koufakis 8.  if you
5    can turn to the sixth page of the exhibit.
6          A.    Okay.  Right there.
7          Q.    So this is the check dated
8    November 23rd, 2015, payable to Capital One.  Is
9    that your signature?
10         A.    Looks like it.
11         Q.    I'm going to ask you about all of
12   these.  Is it fair to say you don't have a
13   recollection as to what, if anything, was
14   provided to you as far as backup, prior to
15   signing these checks?
16         A.    Seven years ago?  Really?
17         Q.    So you don't?
18         A.    No.
19         Q.    All right.  The next page of the
20   exhibit, the check for 15,200, is that your
21   signature?
22         A.    Looks like it, yes.
23         Q.    Then nine pages later, there's a
24   check 8664 -- right there.  You have it.  That's
25   a check for 15,500 again, dated May 26, 2015.

# EXHIBIT 5