# EXHIBIT 6

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 3   1:18-CV-05775-ERK-CLP
     ------------------------------------------x
 4
     STAR AUTO SALES OF BAYSIDE, INC.
 5   (d/b/a STAR TOYOTA OF BAYSIDE), STAR
     AUTO SALES OF QUEENS, LLC (d/b/a STAR
 6   SUBARU), STAR HYUNDAI LLC (d/b/a
     STAR HYUNDAI), STAR NISSAN, INC. (d/b/a
 7   STAR NISSAN), METRO CHRYSLER
     PLYMOUTH INC. (d/b/a STAR CHRYSLER
 8   JEEP DODGE), STAR AUTO SALES OF
     QUEENS COUNTY LLC (d/b/a STAR FIAT)
 9   And STAR AUTO SALES OF QUEENS
     VILLAGE LLC (d/b/a STAR MITSUBISHI),
10
                Plaintiffs,
11
          v.                       DAY 1
12
     VOYNOW, BAYARD, WHYTE AND COMPANY, LLP,
13   HUGH WHYTE, RANDALL FRANZEN AND ROBERT
     SEIBEL.
14
                Defendants.
15   ------------------------------------------x
16                    2000 Market Street
                      Philadelphia, Pennsylvania
17
                      February 1, 2023
18                    10:38 a.m.
19
20         DEPOSITION of JACQUELINE CUTILLO, a
21   30(b)(6) witness of Star Nissan, held at the
22   above-entitled time and place, taken before
23   Carolyn Crescio, a Professional Shorthand
24   Reporter and Notary Public of the State of
25   Pennsylvania.
     Job No. CS5681760
```

1        J. CUTILLO
2  statement always matched, if I'm using the right
3  terminology?
4        A.    Okay.  Dollar amount-wise, yes, it
5  matched.  Not the information based on that.
6        Q.    And on this AmEx scheme, on what
7  basis is the corporation contending that Voynow
8  is responsible for this 365,000 plus $2,600
9  that's alleged to be part of the scheme?
10            MR. LABUDA:  Objection, but you
11        can answer the question.
12        A.    I mean, I can defer that to the
13  expert, but if you would like my personal
14  opinion...
15        Q.    I would like your position as the
16  company representative, as far as the basis for
17  the corporation's claims against my client as
18  part of this scheme.
19        A.    So you want my opinion on behalf of
20  the corporation?
21        Q.    Whether it's your opinion, or
22  whether it's your facts, whatever the answer is.
23        A.    All right.  So it's my opinion that
24  Voynow would have been able to identify it based
25  off of the accounts receivable to the credit

1	J. CUTILLO
2	cards, as well as being responsible to look at
3	and review the parts statement every time they
4	came.
5	    Q.   Say the first part of that answer
6	again?
7	    A.   They would review the credit card
8	receivable schedules when they'd come, as well
9	as reviewing the parts statements.
10	    Q.   Anything else?
11	    A.   No.
12	    Q.   All right.  Moving on.
13	         The next scheme that's part of this chart
14	is what's labeled as the "reversed-deposit
15	scheme."  And the company alleges that took
16	place from February 20th of 2013 to April 19th
17	of 2016.  Correct?
18	    A.   Correct.
19	    Q.   And the company alleges that
20	Ms. Jones stole allegedly $319,150.98.
21	    A.   Correct.
22	    Q.   And according to the company,
23	Ms. Jones stole bonus money paid by NMAC to Star
24	Nissan, that was issued via a quarterly credit
25	on its monthly parts statement invoice, by first

Page 256

1             J. CUTILLO
2     A.    That is correct.
3     Q.    Who discovered this scheme?
4     A.    I did.
5     Q.    When did you discover it?
6     A.    I initially questioned the entries
7  on the commission schedules when I took over
8  doing commissions for Star Toyota.  Because I
9  wasn't the one that was applying that entry onto
10 my schedule.  And when Voynow came to the
11 office, after I had just started doing
12 commissions, I questioned Randy about that
13 entry, and Randy's response to me was, That's
14 Vivian's, don't worry about it.  So it always
15 stuck in my head.
16       And when Mike K asked me if there was
17 anything that strikes me as odd during my
18 working in the office, after Vivian was
19 terminated, I brought up to him that there was
20 these PTSN entries constantly being put on my
21 commission schedule, that I had no knowledge of
22 or why they were there.
23    Q.    Okay.  So you said that you
24 initially discovered it when you took over
25 working on Toyota's commission schedules?

Page 257

1    J. CUTILLO
2    A.   I took over the position of posting
3    deals and generating commissions.
4    Q.   And when did you take over that
5    responsibility?
6    A.   End of 2014, beginning of 2015.
7    Q.   What had you done before that?
8    A.   Building and DMV.
9    Q.   For which company?
10   A.   I did DMV for Star Nissan and Star
11   Subaru, and I did building for Star Nissan, Star
12   Subaru, Star Toyota, and Star Hyundai.
13   Q.   Okay.  So at some point at the end
14   of 2014, the beginning of 2015, you said that
15   you had a conversation with Randy, correct?
16   A.   Correct.
17   Q.   And what was it specifically on the
18   commission schedule that caused you to have a
19   conversation with Brandy?
20   A.   Because I generated commissions on
21   that schedule under individuals' names, which is
22   how that schedule is utilized, and an employee's
23   name and an employee's corresponding number.
24   And there was entries on my schedule monthly
25   with codes, control numbers, PTSN, and numbers

Veritext Legal Solutions
800-567-8658                                          973-410-4098