# EXHIBIT 13

David Kumor
October 18, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*    *    *

STAR AUTO SALES OF BAYSIDE, INC.,:
d/b/a STAR TOYOTA OF BAYSIDE),  :
STAR AUTO SALES OF QUEENS, LLC,  :
d/b/a STAR SUBARU, STAR HYUNDAI, : NO:  18-CV-05775
LLC, d/b/a STAR HYUNDAI, STAR    :       (ERK)(TAM)
NISSAN, INC., d/b/a STAR NISSAN, :
METRO CHRYSLER PLYMOUTH, INC.,   :
d/b/a STAR CHRYSLER JEEP DODGE,  :
STAR AUTO SALES OF QUEENS COUNTY,:
LLC, d/b/a STAR FIAT and STAR    :
AUTO SALES OF QUEENS VILLAGE,    :
d/b/a STAR MITSUBISHI,           :
              Plaintiffs,    :
          - vs -             :
VOYNOW, BAYARD, WHYTE AND         :
COMPANY, LLC, HUGH WHYTE and      :
RANDALL FRANZEN,                  :
              Defendants.    :

*    *    *

        Oral deposition of DAVID KUMOR, taken at

U.S. LEGAL SUPPORT, 1818 Market Street, Suite 1400,

Philadelphia, Pennsylvania, 19103, on Tuesday, October

 , 2022, beginning at approximately 11:00 a.m., before

Lisa M. Cooper, Court Reporter.

*    *    *

U.S. LEGAL SUPPORT
Northeast Processing Center
1818 Market Street, Suite 1400
Philadelphia, Pennsylvania  19103
(877)  479-2484

David Kumor
October 18, 2022

```
 1   A.          I don't know how to spell his last name.

 2   There's too many that I can -- don't know the names.

 3   Q.          Okay.  I want to understand a little bit

 4   about the process of how Voynow -- how it operated and

 5   how it worked.

 6   A.          Um-hum.

 7   Q.          Before you went to a particular client at

 8   Voynow, how did you get assignments?

 9   A.          So you mean which dealership we were going

10   to.

11   Q.          Which dealership, and what your job was.  And

12   I'm talking in your role as staff accountant.

13   A.          As a staff accountant, I think it was just

14   whoever was available to go up there would go up there.

15   If we're talking Star in particular, that's basically

16   how it was.  The people that -- because we brought, I

17   think, six to seven people up there.

18               And then the younger guys would get to go

19   around in what we called service, which would be

20   visiting all the dealership service centers.  Looking

21   at open repair orders, open parts tickets.  And that

22   usually took a day.  Just to do three of the stores.

23   And then Toyota and Nissan, I believe, were their own

24   service facilities.  That took a day itself.  Because

25   of how many open repair orders and parts invoices they
```

David Kumor
October 18, 2022

```
1   Whatever -- if Rob worked on a store?

2   A.          Yeah, if Rob worked upon a store, I typed it

3   up, I gave it to him.  He gave it back to me for

4   corrections.  I gave it back to him with his

5   corrections.  And whatever he did with it after that,

6   it probably went to Randy for review.

7   Q.          Okay.  When you were manager, did you see the

8   final product of interim reports?

9   A.          Yes.

10  Q.          But you weren't responsible for the final

11  product.  That would go to the partner, correct?

12  A.          No.  When I was manager, I'm thinking there

13  is one auto group that I did interim letters for.  I

14  re-read them, because I know the owner or CFO is

15  calling me, versus calling the partner.

16  Q.          Okay.  While -- while you worked at Voynow,

17  what industries were essentially the clients of Voynow?

18  A.          Predominantly dealerships and dealership

19  related stuff.  Like real estate.  But they were all

20  pretty much connected to the dealership.

21  Q.          That one client who you would review the

22  interim letter for --

23  A.          Um-hum.

24  Q.          -- because they would call you, what

25  dealership was that?
```

David Kumor
October 18, 2022

```
 1    Florida.  A bunch in Pennsylvania, Jersey, New York.

 2    Those were the ones I was -- I went to.

 3    Q.        Okay.  Was -- what was -- if you had a

 4    location that was the predominant number of dealerships

 5    that you went to, was that Pennsylvania?  Or New York?

 6    New Jersey?

 7    A.        Pennsylvania would probably be the place I

 8    went the most.

 9    Q.        Okay.  And then after that?

10    A.        Jersey.

11    Q.        And then New York after that?

12    A.        Then New York, yeah.

13    Q.        Did Voynow sort of hold it out as a firm that

14    specialized in dealerships?

15    A.        Yes.

16    Q.        And had a particular expertise and knowledge

17    of how dealerships operated?

18    A.        Yes.

19    Q.        Now, you went to, say, 30 dealerships as an

20    approximate number, in your time there.  Would you know

21    approximately how many dealerships Voynow had as

22    clients?

23    A.        It would just be a guess.  I would say

24    probably 60.  60 to 70.

25    Q.        When you started working at Voynow,
```

David Kumor
October 18, 2022

1    to look at the sales forecast.  So if Toyota says, you

2    know, they sold say a thousand more units, we would

3    expect our dealerships to have sold more units than

4    they did in the prior year.

5              And if they didn't, then we would have to

6    contact the CF -- or whoever is in charge of Toyota and

7    be like, so Toyota is saying that they sold, as a motor

8    vehicle company, a thousand more units.  You sold 20

9    less units.  Do you know why?  And they would say, our

10   allocation was messed up.  So we would have to look at

11   certain statistics like that.

12   A.        Okay.

13   Q.        So it involves some -- some analysis?

14   A.        Yes.  And we had checklists we actually had

15   to go off of too.

16   Q.        Okay.  When it came to doing tax work, did

17   that involve any analysis?

18   A.        Not really.

19   Q.        Compilations, any analysis?

20   A.        I think compilations were what the customer

21   gave us.  And then we just put it into an accounting

22   form.  I don't think there was much there.

23   Q.        Okay.  The interim letters that were

24   prepared, were those prepared after looking at

25   schedules and books and records of the --

David Kumor
October 18, 2022

```
 1   A.          Um-hum.

 2   Q.          -- clients?

 3   A.          Yep.

 4   Q.          And, again, looking at the books and records,

 5   what would that be comprised of?

 6   A.          Just looking over the schedules that they had

 7   prepared.

 8   Q.          And what else?

 9   A.          Asking any questions of anything that looked

10   out of place, I guess.

11   Q.          Okay.  Now, Voynow is a CPA firm, right?

12   A.          Yes.

13   Q.          And you studied to be a CPA and you almost --

14   you almost made it?

15   A.          Just one part of the test.

16   Q.          One part of the test.  All right.  Have you

17   -- are you familiar with the term professional

18   skepticism?

19   A.          Yes.

20   Q.          And that's -- can you describe that for me?

21   What that means in your mind.

22                   MS. FITZGERALD:  Object to form.  Go

23           ahead.

24                   THE WITNESS:  If we see something out of

25           place we would inform the owners.
```

David Kumor
October 18, 2022

```
 1              rest of them.

 2    BY MR. MULE:

 3    Q.        Okay.  Let me take that back.  Okay.  I'll

 4    show you what has been marked as Exhibit-28 for

 5    identification.

 6    A.        Um-hum.

 7    Q.        If you can take a look at that.  And then

 8    after you've reviewed it, if you can tell me what that

 9    is.

10    A.        This is a --

11              MS. FITZGERALD:  Hold on.  What is 28?

12              MS. CUTILLO:  The list of schedules.

13              MS. FITZGERALD:  Okay.

14              THE WITNESS:  So that's what this is.

15              A schedule of the schedules.  And if you look

16              at the second page, for Star Subaru, the M's

17              next to it mean that we can print it out as a

18              mini schedule.  And there should be some F's

19              somewhere, for full.  Like number 5, that's

20              not marked, that has to be printed out as a

21              full schedule, because it won't be printed

22              out as a mini schedule.

23    BY MR. MULE:

24    Q.        Number 5, what are you referring to?

25    A.        I'm sorry.  Schedule number 5.  So it's the
```

David Kumor
October 18, 2022

1   out by current, 31 -- or it breaks it out by the age.

2   31 to 30 days, so it's easier to see.

3   Q.        So it would be current, then 31 to 60?

4   A.        Yes.  61 to 90.  And 121 plus.

5   Q.        Okay.  Down to number 8, Warranty Claims.  It

6   has Type 3.  Do you know what that is?

7   A.        Probably the same.  I just -- I just don't

8   know the difference between two and three.

9   Q.        Okay.  So if you go down a few pages to Star

10  Toyota Bayside.  That has 61 schedules that are listed.

11  So would that mean that, on a visit to Star, that

12  Voynow would receive approximately 60 schedules,

13  excluding the cash and bank one?

14                  MS. FITZGERALD:  Objection.

15                  THE WITNESS:  It would be 61 schedules.

16          But just looking at it, there were at least

17          ten cash and bank ones.

18  BY MR. MULE:

19  Q.        Okay.  Is there any reason why there would be

20  multiple cash and bank schedules?

21  A.        Yeah.  Most people separate their cash and

22  bank between what their bank account is.  So if you

23  have a checking account versus a main account, versus

24  payroll account, those were on their own cash and bank

25  accounts.  And I don't schedule our cash and bank.  I

David Kumor
October 18, 2022

```
 1   don't know if Reynolds forces you to schedule it,

 2   though, so.

 3   Q.        Going down to page 7874, Voynow.  There's a

 4   couple of entries that looks like there is a highlight.

 5   Service and Parts Receivable and Warranty Claims.  Do

 6   you see that?

 7   A.        Yes.

 8   Q.        Do you know why that would be highlighted?

 9                 MS. FITZGERALD:  Objection.

10                 THE WITNESS:  Probably just to tell the

11                 employee printing it out that those are full

12                 schedules you need to print out.  Because it

13                 looks like none of the other -- yeah, so if

14                 you look at the next page, only the 3's and

15                 -- 2's and 3's are highlighted.  So they're

16                 just telling the person printing it out, that

17                 this is what you have to print out, a full

18                 schedule.

19   BY MR. MULE:

20   Q.        Okay.  And there's handwriting on the right

21   side on that page.  Do you see that?

22   A.        Yep.

23   Q.        Do you know what that is?

24   A.        No idea.

25   Q.        All right.  We can put that aside.  Were you
```

David Kumor
October 18, 2022

1    charged at all, while you worked at Voynow, with

2    drafting engagement letters?

3    A.        Yes.

4    Q.        Okay.  Did you ever draft an engagement

5    letter pertaining to Star?

6    A.        No.

7    Q.        Okay.  When -- when you were a staff attorney

8    were you charged with drafting any engagement letters?

9    A.        A staff accountant.

10   Q.        Staff accountant, yes.

11   A.        Okay.  I -- I might have written it up, but

12   it always went through review.

13   Q.        Okay.  Do you recall any particular clients

14   that you worked on for which you drafted an engagement

15   letter?

16   A.        Paruzzi, Thompson.  Those are the ones that I

17   definitely did.

18   Q.        Okay.

19   A.        Because the reviewed financial statements

20   were different than the tax return ones.  The tax --

21   different than the tax return ones.

22   Q.        The reviewed are different than the tax

23   return ones?

24   A.        Different than -- they are two different

25   engagement letters.

David Kumor
October 18, 2022

1   your tenure at Voynow, approximately 30 dealerships?

2   A.        Um-hum.

3   Q.        And for those 30 dealerships, did you -- how

4   many times a year would you typically go to those

5   dealerships?

6   A.        At least twice.

7   Q.        At least twice.  Okay.  And would that depend

8   on a scope of work that you were doing for that

9   particular dealership?

10  A.        So for the two times that we had to go, it

11  would have been for tax planning, because we're trying

12  to estimate the fourth quarter follow up payment, to

13  see if they needed to pay more or pay less.  And then

14  the second time would be to go out and see if there's

15  postings like the trade discounts, check LIFO.  And

16  then any other tax rolls we could think of.

17  Q.        So two times would be for tax work.  You have

18  the preplanning, and then you have too, the --

19  basically to put everything together.

20  A.        Correct.

21  Q.        Okay.  And then if you went more than two

22  times a year, why would you go more than two times a

23  year?

24  A.        We were either requested -- it was mainly

25  requested.

David Kumor
October 18, 2022

```
 1   Q.        Okay.  Were -- if Dave Lombardo testified in

 2   this -- in this matter, and you spoke to him about it,

 3   right?

 4   A.        Um-hum.

 5   Q.        And he said he was exhausted, right?

 6   A.        Yep.

 7   Q.        He didn't say anything else about his

 8   testimony, right?

 9   A.        No.

10   Q.        Okay.  So he indicated, in his testimony,

11   that they would do these interim visits usually in the

12   summer.  Does that --

13   A.        Um-hum.

14   Q.        -- coincide with your recollection of what

15   you would do?

16   A.        Yes.

17   Q.        And that what they would do is they would

18   review books and records.  The clients internal

19   controls, and issue a letter detailing what was found.

20   Does that coincide with your recollection of what you

21   would do?

22                   MS. FITZGERALD:  Objection.

23                   THE WITNESS:  Yes.

24   BY MR. MULE:

25   Q.        Okay.  There are some clients of Voynow who
```

David Kumor
October 18, 2022

1    A.        And then he -- he would go by -- review every

2    -- or look over everyone's papers, or their schedules

3    and stuff, make sure we didn't miss anything that we

4    should ask questions about.

5    Q.        Okay.  So when you'd go to a particular --

6    I'm talking more generally.  Go to a particular

7    dealership, and the partner in charge, or the manager,

8    or managers, with respect to the different dealerships,

9    would go, and also staff accountants, right?

10   A.        Yep.

11   Q.        And would everyone congregate at the

12   accounting office first?

13   A.        Yes.

14   Q.        So you'd get to the dealership, you'd go to

15   the accounting office.  And what would happen next?

16   A.        So we would start printing out all the

17   schedules.  First we would start with the scheduled

18   schedules.  And then from there we would print them all

19   out.  And then someone would get the job of stapling

20   then all together, and then separating them by store so

21   that the person working on it had all the papers to

22   work on a particular store.  And then if we were going

23   out to do service, then someone had to print out the

24   open repair order list, plus the open parts list.  Open

25   parts invoice list.

David Kumor
October 18, 2022

1   Q.        Okay.  And those would essentially then get

2   divvied out among the different staff accountants?

3   A.        Yes.

4   Q.        And then what would happen after -- you --

5   you would get a -- you would get a bunch of different

6   schedules for a particular store, and then you're

7   responsible for that entire store?  Or would it work

8   out differently, where you would get a particular

9   schedule with respect to a particular store and you got

10  to deal with that particular schedule?

11  A.        Are we talking about generalized?  Or

12  particularly at Star?  Because they worked differently

13  at each dealership.

14  Q.        Let's go general first and then how it worked

15  at Star.

16  A.        So general first, it worked differently

17  between the managers.  Some managers wanted some people

18  to look at fixed assets, and then the rest of the

19  assets would be assigned to someone else.  Bank recs

20  would be assigned to someone else.  And payables would

21  be assigned to someone else.  So it all depended on

22  what the team was there.

23  Q.        Okay.

24  A.        The way I liked to run my job is that

25  everyone was in charge of their own store, so that way

David Kumor
October 18, 2022

1   they could learn.

2   Q.        So they would be responsible for all the

3   schedules at a particular store?

4   A.        All the schedules.  The only thing that would

5   be broken up would have been the bank recs for me, and

6   the fixed assets.  Because I like to go to the person

7   if I have a question.

8   Q.        Okay.

9   A.        Versus trying to figure out who did it.

10  Q.        Okay.  And how did it work at Star?

11  A.        Star was broken out by, someone was in charge

12  of Chrysler.  Someone was in charge of Toyota.  Someone

13  was in charge of Nissan.  So it was each individually.

14  And same thing with the other two stores.  Plus

15  whenever Mitsubishi was around, and Fiat.

16  Q.        Right.

17  A.        So they would be in charge of those stores by

18  themselves.

19  Q.        When you say someone would be in charge, that

20  would be one of the managers?

21  A.        No.  A staff accountant would be in charge of

22  asking questions.  And then if they had any questions

23  about the questions they asked.  So if the person said

24  something they didn't understand, then they would go to

25  the manager that was working on a different store.

David Kumor
October 18, 2022

1   Q.        You said the manager that was working on a

2   different store?

3   A.        A different set of work papers.

4   Q.        Okay.  What work papers would the manager be

5   working on?

6   A.        The schedules.

7   Q.        Schedules.  All right.  So I'm a little

8   confused, because the staff accountant would get the

9   schedule for a particular store, correct?

10  A.        Yeah.  He would -- he would originally print

11  them all out.

12  Q.        Right.

13  A.        And then he would separate them by store.

14  And then give the store to the appropriate manager.  So

15  like I said, for Bobby, if he was working on Toyota, we

16  would have a stack of Toyota schedules that we would

17  give to Bobby.

18  Q.        Oh.  Okay.

19  A.        And then there would be -- if Rob was working

20  on Chrysler, we would give him Chrysler.  And then if

21  Shawn was working on Nissan, we would give him Nissan.

22  There should be two stores left.  And then whoever was

23  the more senior that wasn't going out to do the

24  service, would get the other two stores.

25  Q.        Okay.  So they would get the full packet of

David Kumor
October 18, 2022

1    all the schedules?

2    A.          Yes.  For that particular store.

3    Q.          Okay.  And then what would the staff

4    accountant do after handing over the schedule?

5    A.          When he was done with that store, there would

6    be the Hyundai -- or, I'm sorry.  Subaru and Hyundai

7    left.  So he would be working on that store.  Those two

8    stores.  Because they were smaller.  Usually didn't

9    have as many schedules.

10   Q.          Okay.  So you congregate at the accountant's

11   office?

12   A.          Yep.

13   Q.          You print out all of these schedules.

14   A.          Um-hum.

15   Q.          They're all compiled and separated by store.

16   A.          Yep.

17   Q.          They're given to the -- the manager

18   responsible for that particular store.

19   A.          Um-hum.

20   Q.          And then the staff accountant is doing what

21   the rest of the day?

22   A.          The staff accountant -- so two of the staff

23   accountants would have went out and did service.

24   Q.          Now, what does that mean, go out and do

25   service?

David Kumor
October 18, 2022

1    A.        The open repair order list and open parts

2    tickets we were talking about before, they would go and

3    ask why -- usually we did seven days or older.  Why

4    that repair order was still open.  And it could have

5    been as simple as "We're waiting for a part."  And if

6    determined that the car was waiting on a part, we would

7    have to go find that vehicle.

8    Q.        Okay.  So that would be two staff

9    accountants.

10   A.        Yes.  Normally two.

11   Q.        And then there would be other staff

12   accountants that are doing something else?

13   A.        Usually one or two other ones.  They would be

14   working on the Hyundai store and the Subaru store.  So

15   they would get their own stores.

16   Q.        Okay.  So they're doing essentially the same

17   work as the manager's doing?

18   A.        Yes.

19   Q.        Okay.  Are they more senior?

20   A.        Usually they're more senior, yes.

21   Q.        Okay.  When you were working at Star, I guess

22   in your, say 2016, 2017, were you responsible for doing

23   that work on, like, the Subaru store?

24   A.        Yes.

25   Q.        Okay.  And Subaru was the store that you

David Kumor
October 18, 2022

1    A.        We would follow checklists.  The checklist

2    changed from year to year.  But it was follow up on

3    certain things.  I haven't done one in so long.  There

4    was a lot to them, so.  I mean, we're talking pages and

5    pages here.  We're talking 40 to 60 pages of checklists

6    that we have to look at.  And read and review.  It's

7    broken down by sections.  Kind of like the -- one page,

8    say, it's like cash.  And then it has receivables and

9    it has fixed assets.  So it has different checklists

10   that we have to say that we performed this task.

11   Q.        Of the, like, 30 dealerships that,

12   approximately, that you did work on while at Voynow,

13   approximately how many of those, or what percentage,

14   had interim reports?

15                  MS. FITZGERALD:  Object to form.

16                  THE WITNESS:  Six, maybe.  Seven.

17             Probably about 10.

18   BY MR. MULE:

19   Q.        So about one-third of them?

20   A.        Yeah, a third of them.

21   Q.        And by interim reports, I'm using that sort

22   of simultaneously -- synonymously with interim visits.

23   A.        Yes.  Yes.

24   Q.        Okay.  The interim visits, did they always

25   result in a written interim report?

David Kumor
October 18, 2022

1   A.          The ones I worked on, yes.

2   Q.          Okay.  And when you say the ones you worked

3   on, are those the ones that you're responsible for?

4   Or, to your knowledge, the ones that you participated

5   in, even if you didn't see the end result?

6   A.          Yeah.  Even if I didn't see the end result, I

7   wrote up whatever I worked on.

8   Q.          Okay.  And whether that -- the partner in

9   charge actually issued an interim report, you don't

10  know?

11  A.          I do not know.

12  Q.          Okay.  But on the ones that you were

13  responsible for, Paruzzi --

14  A.          Just Paruzzi had the interim.  And then I

15  made sure, because the owner expected to see it, so.

16  Q.          Okay.  And of the ten -- say the ten out of

17  30 dealerships that included this type of interim

18  visit, should that have been included in the engagement

19  letter?

20  A.          It's beyond my knowledge.

21  Q.          You don't know?

22  A.          I don't know.

23  Q.          Okay.  Before starting an engagement with a

24  client, or going out to a client, would the partner in

25  charge have a team meeting?

David Kumor
October 18, 2022

1   Q.        Did you keep track of your time when you went

2   to clients?

3   A.        Yes.

4   Q.        Was it required?

5   A.        Yes.

6   Q.        Okay.  Regardless of the engagement?

7   A.        Yes.

8   Q.        Okay.  And was TrackTime the software?

9   A.        It was TrackTime.  And then there was

10  something else after TrackTime.

11  Q.        Did different work -- strike that.  Did you

12  have different billing codes?

13  A.        Yes.

14  Q.        Did different work have different billing

15  codes associated with it?

16  A.        We had billing codes for -- I know I used

17  review and audit, because we had to bill those

18  separate.  And then the tax work too.  We had different

19  billing codes for that.  And I think there was one for

20  interim too.

21  Q.        To your knowledge, there was a billing code

22  for review and audit.

23  A.        Um-hum.

24  Q.        Those were together, as one billing code?

25  A.        No.  There were separate billing codes.

David Kumor
October 18, 2022

```
 1   Q.        Okay.  So there was one billing code for

 2   review.

 3   A.        Yes.

 4   Q.        One billing code for audit.

 5   A.        Yes.

 6   Q.        One billing code for tax.

 7   A.        Yes.

 8   Q.        And one billing code for interim?

 9   A.        Yeah.  And then there were a couple of other

10   ones.  Maybe it was called Special, but I don't

11   remember.

12   Q.        Okay.  Special.  Do you know what special

13   accounting services are?

14   A.        I do not.  My guess would be client requested

15   services.

16   Q.        Okay.  Could -- strike that.  Have you ever

17   seen billing that said special accounting services?

18   A.        The way I did my time and tried to get anyone

19   else that was billing special, you would bill special

20   and then write out a nice long description of what this

21   special meant.

22   Q.        Okay.  Do you know if there was a billing

23   code for compilation work?

24   A.        I don't know.

25   Q.        Okay.
```

David Kumor
October 18, 2022

1    A.          I'm sure there was.

2    Q.          For 401K audits?

3    A.          Yeah, the audit we used for 401K.  The only

4    other audit was that Bordentown one.  But I didn't work

5    on that, so.

6    Q.          Okay.  Did you make your own descriptions as

7    far as billing?

8    A.          I would try to put -- special was the big one

9    that I made sure I wrote whatever I did.  I might have

10   learned that later in my career, though.  So when I was

11   a staff accountant I wrote comments in.  But I don't

12   even know what half those comments are.

13   Q.          Okay.  Was there any -- if you put in a code,

14   do you know if any of those codes would prompt a sell

15   population, where it would populate with a particular

16   entry?  Or do you have to put in a specific entry under

17   a code?

18   A.          It's been a while.  But if -- like we would

19   do reviewed and then -- the examples I'm thinking of

20   are reviewed.  And then it would say checklist.  So we

21   would do the checklist.  And then you can write a

22   description.  We tried to break that out to see what

23   took the most time.  Because I like to know if people

24   were just BS-ing sometimes.  For at least the reviewed.

25   Q.          Right.  Besides TrackTime software, you said

David Kumor
October 18, 2022

```
 1              MS. FITZGERALD:  Objection.

 2              THE WITNESS:  It would not be odd,

 3         depending on what account.  If Bobby was just

 4         looking at the payables and then he saw this

 5         and looked at the accrued account after he

 6         saw this e-mail and found another expense,

 7         then, yeah, that's happened.  Because I might

 8         not want to -- he may not have wanted to

 9         forget about this advertising expense and

10         then possibly found more later.

11  BY MR. MULE:

12  Q.        Okay.  Thank you.

13              MR. MULE:  We'll Mark this Exhibit-40.

14                        *   *   *

15              (Whereupon, the above-mentioned document

16         was marked for identification as Exhibit-40.)

17                        *   *   *

18  BY MR. MULE:

19  Q.        Okay.  I'll show you what has been marked as

20  Exhibit-40 for identification.  It's a compilation of

21  time records.  The first two pages are Bates stamped

22  Voynow 024425 and 024769.  The pages subsequent are --

23  are from documents in native format.  And I can get you

24  the Bates numbers as I go over them.

25  A.        Yep.
```

David Kumor
October 18, 2022

1   much their -- their engagement was annually?

2   A.        I don't remember off the top of my head.

3   Q.        Would you have some estimate in your head as

4   to how much?

5   A.        Probably between 60 and 80 grand.

6   Q.        So looking at this last page, going over the

7   letter.  On the top it says Star Hyundai?

8   A.        Um-hum.

9   Q.        So that would indicate that you did work on

10  the interim for Star Hyundai.

11  A.        Yep.

12  Q.        Okay.  Is it -- is it possible that you would

13  have done work on multiple entries and just billed them

14  to Star Hyundai?  Or if you billed it under Star

15  Hyundai you did the interim letter for Star Hyundai?

16  A.        It's possible for 4.4 hours I was probably

17  reading the Star Hyundai letter to check to see for any

18  obvious journal errors.

19  Q.        Okay.  Let's go to the next page, which comes

20  from the native document Voynow 017575.  It's May 2013

21  time entry.  And it indicates Star Service and Parts,

22  ten hours by you.

23  A.        Um-hum.

24  Q.        So would this have been -- this is -- it says

25  May of 2013.

David Kumor
October 18, 2022

1  indicated finding out what it was for, would there have

2  been some resolution of that?

3  A.        There should have been.  But I don't -- I

4  don't know what the outcome was.

5  Q.        Okay.  All right.  We can put that aside.

6  All right.  I'll show you what is marked as Exhibit-9

7  for identification.  If you can take a look at that.

8  Do you know what that document is?

9  A.        Looks like we went to the cashiers and asked

10 them to count their drawers for us.  Their cashier

11 drawers.

12 Q.        It says cashier audits.

13 A.        Um-hum.

14 Q.        That's -- do you ever do a cashier audit?

15 A.        I have.

16 Q.        Were you involved in cashier audits?  This

17 particular cashier audit?

18                 MS. FITZGERALD:  Objection to the form.

19                 THE WITNESS:  I don't know if we would

20         consider it an audit, but we asked them what

21         your cash should be at in your drawer at this

22         time.  And let's say they have $500.  We

23         ask them to count out 500, and if they only

24         have 450, we ask them why are they 50 short.

25         Or if they are over, why are they over.

David Kumor
October 18, 2022

```
1    BY MR. MULE:

2    Q.        Do you know why this was being done?

3    A.        I do not know.

4    Q.        Is there a particular tax reason for doing

5    this?

6    A.        The only tax reason I can think of is if they

7    were under you can get an additional expense, or you

8    have to set up a receivable.  I don't know in New York

9    if you can tell the cashier you have to pay me back.

10   Q.        Okay.  This is work that's not typically done

11   with respect to tax work --

12                  MS. FITZGERALD:  Objection.

13   BY MR. MULE:

14   Q.        -- would you agree with that?

15   A.        Yeah, this must have been something that we

16   were asked to do.

17   Q.        Okay.  And if it was something that you or

18   Voynow is asked to do, should that have been a separate

19   engagement detailing that?

20   A.        Technically, yes, there should have been.

21   But something this small, I don't know if there would

22   have been one.

23   Q.        Do you know who typed this report?

24   A.        No.

25   Q.        Is there anything on this report that would
```

David Kumor
October 18, 2022

```
 1              MS. FITZGERALD:  Objection.

 2              THE WITNESS:  They would have.  I'm just

 3         reading Nissan.  I mean, your parts inventory

 4         is going to be off too.  But they're saying

 5         they leave an IOU.  So your parts list is

 6         going to be off if they don't get the IOU

 7         back.

 8  BY MR. MULE:

 9  Q.        Is there any reason this would have been

10  done, then?

11  A.        It would be just to make sure the integrity

12  of the deposit was good.

13  Q.        And that's really a qualitative type

14  analysis, right?

15  A.        Um-hum.

16  Q.        Okay.  All right.  I'll take that.  Thanks.

17  All right.  I'll show you what has been marked

18  Exhibit-17 for identification.  Okay.  This is -- the

19  first page is an e-mail from Randy Franzen dated June

20  8th, 2011.

21  A.        Um-hum.

22  Q.        And it's to Michael Koufakis, copied to

23  gomena05@aol.com.  Do you recognize gomena as the

24  e-mail address for Vivian Karouzakis?

25  A.        I don't know her -- what her e-mail address
```

David Kumor
October 18, 2022

```
 1   was.

 2   Q.          Okay.  And this -- the body of the e-mail

 3   says, "Hi, Mike.  Attached are the interim letters."

 4   We had some concerns with the parts department.  There

 5   is a lot of activity and the followup is not up to par.

 6   When you have some time I would like to go over our

 7   concerns in the parts department.  Any questions,

 8   please do not hesitate to contact us.  Randy."  Do you

 9   see that?

10   A.          Um-hum.

11   Q.          Okay.  So this -- this e-mail, at least,

12   clearly concerns concerns, right?  It's concerns that

13   Voynow has about the parts department, right?

14   A.          Yep.

15                    MS. FITZGERALD:  Objection.

16   Q.          And concerns about the parts department is

17   certainly something that deals with internal controls.

18   Or how they operate, correct?

19                    MS. FITZGERALD:  Objection.

20                    THE WITNESS:  So you can have concerns

21               for multiple reasons in the parts department.

22               Because I know that's one of the places they

23               say is the easiest to steal from, is the

24               parts department.  So if people are taking

25               parts out of there, you are going to have an
```

David Kumor
October 18, 2022

```
 1              expense.  Just trying to catch up you will
 2              discover these when they do a parts physical,
 3              on how different your accounting is.  What
 4              your accounting says your parts inventory
 5              should be versus your physical parts.
 6    BY MR. MULE:
 7    Q.        Why is it that parts are easiest to steal?
 8    A.        Because they fit in people's pockets pretty
 9    easily.
10    Q.        Okay.
11    A.        You're not stealing like a transmission or
12    anything.  Like a $3,000 transmission.  But oil
13    filters, rings and stuff like that, those are pretty
14    easy to steal.
15    Q.        So looking at page four -- first of all, page
16    one of the attachment, May 30, 2011.  So Michael
17    Koufakis, Star Toyota Bayside.  And if you go to page
18    4, the parts department, it says we looked at the open
19    parts invoices.  Knowing there are many open parts
20    tickets dating back as early as August 2006.  Reasons
21    for these open parts vary from parts ordered for
22    customers, but never picked up, to parts ordered and
23    installed but never paid for, et cetera.
24              "We recommend management review the open
25    parts invoices with the parts manager and institute a
```

David Kumor
October 18, 2022

1   number and quality available, which is a different

2   number.  So that's when I was like, oh, can we go check

3   it out?  And we did.

4   Q.        Okay.  Was that quantity on hand?

5   A.        Quantity on hand.

6   Q.        And then quantity available?

7   A.        Quantity available.  So if your parts ticket

8   was open for one particular part, you should have eight

9   in the bin, what the system is telling you.  If it's on

10  the parts ticket seven are available, so you have to

11  have one in there in order to sell to the person who

12  the ticket's being allocated to.

13  Q.        Okay.  I'll show you what is marked as

14  Exhibit-19 for identification.  And the first part of

15  it is just a -- it's a schedule of the service and

16  parts receivable, correct?

17  A.        Yes.

18  Q.        And that's the from Reynolds System?

19  A.        Yes.

20  Q.        And the left side top indicates that it was

21  printed out 11/24/14 for Star Subaru by Gladys, right?

22  A.        Yes.

23  Q.        If we go in several -- actually quite a bit

24  down, to document Bates stamped Voynow 011159.  And

25  this looks like a draft of an interim report, correct?

David Kumor
October 18, 2022

1    A.         Yes.

2    Q.         And you reviewed service and parts

3    receivables, right?

4    A.         What time was this?  Yeah, it looks like it.

5    Q.         Okay.  Are -- do you know if these are your

6    notes?

7    A.         On here?

8    Q.         Looking at Voynow 1, 001159, going into

9    01161.

10   A.         I don't know if these are my notes or not.

11   Q.         Okay.  Do you know if any portion of that

12   would have been your notes?

13   A.         I used to round off the cents, so to me those

14   don't look like mine.

15   Q.         Okay.  All right.  Let's look at the service

16   and parts receivable.  It says, under there, "We

17   discussed the service and parts schedule with Gladys

18   and noted the following deals are over a week old."

19   A.         Um-hum.

20   Q.         And this lists a bunch of vendors with

21   receivables that are over 120 days old, is that

22   correct?

23   A.         Correct.

24   Q.         Okay.  So -- and then there is comments.  The

25   comment for the first one, it's customer 8 227,

David Kumor
October 18, 2022

1  Champion Collision, 1158.61.  The comment amount was

2  paid, according to customer being disputed.

3  A.          Um-hum.

4  Q.          So that's a customer dispute, right?

5  A.          Customer is disputing saying they already

6  paid.

7  Q.          Okay.  Then the next one, the customer's name

8  is Michael Kall.  And it says, "Being researched.  Will

9  be collected per Gladys," is that right?

10 A.          Um-hum.

11 Q.          And the next one, Avis Rental Car.  Doesn't

12 say anything.  Next one, Cross County, 8879.  $3,032.21

13 That doesn't say anything either, right?

14 A.          No.

15 Q.          And then the last one says, "Paul Petrone,

16 $4,855.58.  Amount was paid per customer being

17 disputed", right?

18 A.          Um-hum.

19 Q.          For the most part, it indicates customer

20 disputes or collected or will be collected, and there

21 are two that don't have any comments.

22                  MS. FITZGERALD:  The one has comment

23          that says "Claim".

24                  THE WITNESS:  It says claims next to

25          Avis, slash, Budget.

David Kumor
October 18, 2022

1  BY MR. MULE:

2  Q.        Claims, whatever that might be.  You did

3  Subaru, right, for Star?

4  A.        I did, yes.

5  Q.        Okay.  Let's go a couple of pages down, there

6  is a report.  This is a -- go one more page.  Right

7  there.

8  A.        Um-hum.

9  Q.        Is -- there is a bunch of, it looks like

10 highlighted items, and there is some handwriting.  So

11 the first highlighted item, I don't know if you can

12 read it.  Subaru Distribution Corp.

13 A.        Yes.

14 Q.        It's circled, and then says "Still on".  Do

15 you know whose handwriting that is?

16 A.        It's not mine.

17 Q.        Okay.  First of all, what is this a schedule

18 of?

19 A.        Parts and service receivables.

20 Q.        And this is a small caps total report?

21 A.        I don't know what that means.

22 Q.        Okay.  Does this give a -- basically a

23 snapshot of the total of the receivables for each

24 particular customer?

25 A.        Yes.  Yes.

David Kumor
October 18, 2022

1    Q.         It's not a breakdown where it gives each

2    individual?

3    A.         No.  This is a summary of the parts and

4    services broken out by customer.  You can get into more

5    detail if you print out more details.

6    Q.         Okay.  So these -- looking at the column

7    before the number, it indicates a number of customers

8    with receivables that are over 120 days old?

9    A.         Correct.

10   Q.         The first one, Subaru Distributors Corp,

11   $7,338.04, right?

12   A.         Um-hum.

13   Q.         The next one Subaru of America, Inc.  And if

14   you look at the over 121 days, it says $94,631.56.  Do

15   you see that?

16   A.         Yes.

17   Q.         Below that's Champion Collision?

18   A.         Um-hum.

19   Q.         And customer 8227.  Open age receivable

20   $1,964.61, is that right?

21   A.         Yes.

22   Q.         Avis Budget Rental Car, $1,371.89?

23   A.         Um-hum.

24   Q.         Cross Country Motor, $4,230.41.  And it goes

25   on for another -- you know, another customer, Paul

David Kumor
October 18, 2022

1    Petrone, $6,066.53, right?

2    A.        Yes.

3    Q.        Now, some of these names were on that page a

4    couple pages up.  So you started with Champion

5    Collision, $1,581.61.  It roughly corresponds with the

6    entry, although there's a little more on the -- on the

7    printout, which appears to be at a later date.

8    A.        Yes.

9    Q.        Okay.  And then you will see Avis Budget,

10   $1,371.85, and matches exactly, right?

11   A.        Yes.

12   Q.        And then Paul Petrone, the number on the

13   schedule is higher.

14   A.        Yes.

15   Q.        Okay.  Cross Country, the number is also

16   higher, but they are both there.

17   A.        Yep.

18   Q.        All right.  Is there any reason why these

19   other ones, Subaru Distributors and Subaru of America,

20   94,000, why these wouldn't be on here?

21   A.        So Subaru of America, Inc., to me, kind of

22   looks like they are a factory parts statement.  So that

23   would have been covered by a different note.  That

24   probably would have been a second note, Subaru Factory

25   receivables, and noted those receivables as of

David Kumor
October 18, 2022

1    September.

2    Q.        I'm sorry, by the second notes, which one?

3    A.        So this is 011159.  The Subaru Factory

4    account, that was the second note down.

5    Q.        Review the factory parts receivables as of

6    September?

7    A.        Correct.

8    Q.        So --

9    A.        That's what that looks like to me.  Subaru of

10   America, Inc.  So we -- to me, we did review it.

11   Q.        All right, now, Subaru of America, Inc., what

12   is Subaru Distributors Corp?

13   A.        I do not know what that is.

14   Q.        Do you know which one deals with the factory

15   parts reconciliation?  Is it Subaru Distribution Corp,

16   or is it Subaru of America?

17   A.        I do not know which one, looking at this.

18   Q.        Is there -- is there -- would that raise a

19   question that there's two of these on here?

20   A.        It would raise a question.  It looks like the

21   way the handwriting is that says "still on", would mean

22   to me that the -- when they looked -- when they looked

23   in the future, on 1/25/17, those were still

24   outstanding.  So they would have asked the questions.

25   So when was this -- this was September, right.  So this

David Kumor
October 18, 2022

1    Subaru Distributors might have only been 31 to 60 days

2    at that time.  At the time this letter was produced.

3    If this is from September.

4    Q.        Certainly having both of these would prompt a

5    question, right?

6                   MS. FITZGERALD:  Objection.

7                   THE WITNESS:  It looks like it did

8           prompt the question.

9    BY MR. MULE:

10   Q.        Okay.  And would -- would the answer that,

11   what would the answer be?

12   A.        For why there's two or --

13   Q.        Correct.

14   A.        Why there's two?  That would depend on

15   whatever they asked Gladys.  Because it looks like

16   that's who they asked, right?  Yeah.

17   Q.        Could Subaru of America at 120 days possibly

18   be a parts statement?  Does that --

19   A.        It all depends on -- I don't know how

20   Reynolds posts their receivables.  Like in our system,

21   CDK, we can choose which invoices it applies to.  So

22   then that will lower to 121 days.  They might just post

23   it as a lump payment.  That could be why there is

24   nothing between 61 and 90.  Although there's the $5,000

25   that go together.  So the 31 to 60 days, that might be

David Kumor
October 18, 2022

1   why that's so low.  Because they did a lump payment to

2   there and didn't apply it to whatever outstanding

3   invoice it was.

4   Q.        Are you aware that parts statements would be

5   reconciled monthly?

6   A.        Yes.

7   Q.        So if they're reconciled monthly, why -- why

8   the lag, I guess I'm not understanding.  Why the --

9   A.        It has to do with the way Star keeps their

10  books.  So if they keep -- I don't know the way their

11  receivable system works.  I can only speak to the way

12  CDK's works.  The way CDK's works is that we can pick

13  an individual invoice we want to apply payment to.  So

14  if we received, say, 50 grand from someone, and they

15  have stuff over 121 days, they specifically tell us

16  which invoices it applies to.

17            And it can be going back all the way through

18  January.  So we would apply the 50 grand to each

19  individual invoice they say it was, no matter how far

20  back it was, and that will lower the 121-plus days.

21  Q.        Okay.  Let me refer you to -- let's go to the

22  last page of that.  So what is this page?

23  A.        It's a summary.

24  Q.        So recap page?

25  A.        Yes.

David Kumor
October 18, 2022

1    Q.        And what, in short, does this tell you?

2    A.        So this tells us the total of the current and

3    the aged inventory that -- I believe the total debits

4    is just telling us, by control number, how many debits

5    there are.  And the total credits is showing us how

6    many credits there are.  But that doesn't look like the

7    case, actually.  So I'm not sure what the total debits

8    and total credits actually mean.

9    Q.        Okay.

10   A.        And then the second part just tells us which

11   journals go into this schedule.

12   Q.        All right.  So as far as the journals, the

13   different journal numbers, what is journal number one?

14   A.        I don't know.

15   Q.        If I told you that journal number one

16   pertained to new car deals, would that surprise you?

17                   MS. FITZGERALD:  Objection.

18                   THE WITNESS:  It would not.

19   BY MR. MULE:

20   Q.        Do you know if it deals with new car deals,

21   do you know why there would be a service and parts

22   receivable connected with a new car deal?

23   A.        I do not.

24   Q.        If this was a schedule that was printed up,

25   and you were aware of what the journal numbers related