# EXHIBIT 16

# In the Matter of

Case No. 18-cv-05775 (ERK)(TAM)

STAR AUTO SALES OF BAYSIDE, INC., et al.

v.

VOYNOW, BAYARD, WHYTE AND COMPANY LLP, et al.

## Deposition of Robert Seibel

*Wednesday, February 8, 2023*

The Little Reporting Company
469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x
STAR AUTO SALES OF BAYSIDE, INC.
(d/b/a STAR TOYOTA OF BAYSIDE),
STAR AUTO SALES OF QUEENS, LLC
(d/b/a STAR SUBARU), STAR HYUNDAI
LLC (d/b/a STAR HYUNDAI), STAR
NISSAN, INC. (d/b/a STAR NISSAN),
METRO CHRYSLER PLYMOUTH INC. (d/b/a
STAR CHRYSLER JEEP DODGE) STAR AUTO
SALES OF QUEENS COUNTY LLC (d/b/a
STAR FIAT) and STAR AUTO SALES OF
QUEENS VILLAGE LLC (d/b/a STAR
MITSUBISHI),

                        Plaintiffs,

            -against-                  Case No.
                                       18-cv-05775
VOYNOW, BAYARD, WHYTE and COMPANY      (ERK)(TAM)
LLP, HUGH WHYTE, and RANDALL
FRANZEN,

                        Defendants.
-----------------------------------x

                             February 8, 2023
                             10:35 a.m.


         Deposition of ROBERT SEIBEL, taken by

Plaintiffs, held at the offices of Milman

Labuda Law Group PLLC, 3000 Marcus Avenue,

Suite 3W8, Lake Success, New York, before

Lisa Hiesiger, a Shorthand Reporter and Notary

Public within and for the State of New York.
```

Case 1:18-cv-05775-ERK-TAM Document 126-55 Filed 06/05/24 Page 4 of 14 PageID #: 2731

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Robert Seibel --- February 8, 2023

42

Seibel

Q. And was that brought up because you were alerted because of your review of the particular journals?

MS. FITZGERALD: Objection.

A. I can't recall at any point where I would have done a review of a journal. I'm not sure exactly what that means.

Q. Are you familiar with recap pages on Reynolds and Reynolds?

A. I'm familiar with that some types of reports on Reynolds and Reynolds have a recap page.

Q. What is on a recap page?

A. It gives, you know, various information about the schedule. Mainly the total of the balance of the schedule.

Q. It gives you the total of the balance?

A. Uh-huh.

Q. Does it also give you a breakdown of what journal entries comprise that balance?

A. I mean it's got various other information on there.

Q. Like what?

Case 1:18-cv-05775-ERK-TAM Document 126-55 Filed 06/05/24 Page 5 of 14 PageID #: 2732

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Robert Seibel --- February 8, 2023

140

1        Seibel
2  A. I'm getting there. Okay.
3  Q. What is that document?
4  A. It's what I would call an interim
5  letter.
6  Q. Does that look like a final of an
7  interim letter or a draft of an interim letter?
8  A. No, it looks like a draft because
9  there's no signature line at the bottom.
10 Q. Were interim letters -- well, you
11 tell me, were you involved with writing interim
12 letters?
13 A. Some.
14 Q. This particular one, do you know if
15 you were involved in writing it?
16 A. Most likely not.
17 Q. Why would you say most likely not?
18 A. Because this is Star Nissan, usually
19 I would be working on Toyota when we were out
20 there.
21 Q. Who would work on Star Nissan?
22 A. Shawn.
23 Q. Before I get to one that is Toyota,
24 for interim visits can you tell me what the
25 process was once you got to Star Toyota?

Case 1:18-cv-05775-ERK-TAM Document 126-55 Filed 06/05/24 Page 6 of 14 PageID #: 2733

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Robert Seibel --- February 8, 2023

141

1                            Seibel

2       A.   The process on an interim visit --

3       Q.   Yes.

4       A.   -- is what you're referring to.  So

5 we would go up there, we'd print out the trial

6 balance, print out the schedules, take a look to

7 see that some of the reconciliations and things

8 are being done, see if we had any, if there's

9 anything that would need to be adjusted in the

10 company's books in order to get a good tax

11 number, you know, to make sure that we were doing

12 the proper quarterly tax estimates for their

13 taxes.  Just go through the books to see if

14 there's any adjustments to the income that we

15 would need to change anything on their taxes for.

16       Q.   By an adjustment on the books, what

17 do you mean by that?

18       A.   So for instance, if you look at the

19 receivables and you ask the controller and they

20 tell you, oh, yeah, a lot of this money is, you

21 know, money that from Alkarim's receivables that

22 I don't think he's ever going to collect, so that

23 might be something that we could write off at the

24 end of the year, so we use that in there when

25 calculating their estimates that we know that

Case 1:18-cv-05775-ERK-TAM   Document 126-55   Filed 06/05/24   Page 7 of 14 PageID #: 2734

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Robert Seibel   ---   February 8, 2023

142

Seibel

there are some write-offs there.

Sometimes you'd find things that are actually income adjustments, credits on the books, you know, that aren't clearing that, you know, was really income that hadn't been picked up. So you'd factor that in. Things of that sort.

Q. The adjustments, wouldn't that usually happen at year-end?

A. To actually write stuff off of the books you would do at the end of the year, but you still want to have your arms wrapped around what adjustments are out there as the year's going on so that you don't have surprises and so you can give the client an accurate picture of what their tax liability is going to be.

You certainly don't want to wait until April 15th to give them an accurate picture of what their tax liability is going to be.

Q. You mentioned printing a trial balance.

A. Uh-huh.

Q. Where is that printed from?

A. Reynolds and Reynolds.

Case 1:18-cv-05775-ERK-TAM Document 126-55 Filed 06/05/24 Page 8 of 14 PageID #: 2735

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Robert Seibel --- February 8, 2023

143

Seibel

1
2  Q. And schedules, what schedules are
3  printed?
4  A. You'd want to print out all the
5  receivables, you'd want to print the inventory
6  schedules, your payable schedules, various
7  different accounting schedules that relate to the
8  different account balances on the trial balance.
9  Q. That would all be printed from the
10 Reynolds and Reynolds system?
11 A. Yeah, those items would be printed
12 from Reynolds and Reynolds.
13 Q. Is there any schedule that does not
14 relate to the trial balance?
15 A. I'm not sure what you mean by that.
16 Q. Well, you mentioned all receivables,
17 inventory, I think you said, did you say payroll?
18 A. No.
19 Q. Which one did you say after
20 inventory?
21 A. Payables, receivables, inventory.
22         MS. FITZGERALD: Then he said other
23      schedules that relate to the trial
24      balance.
25         THE WITNESS: Yeah.

Case 1:18-cv-05775-ERK-TAM Document 126-55 Filed 06/05/24 Page 9 of 14 PageID #: 2736

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Robert Seibel  ---  February 8, 2023

156

Seibel

1
2        MR. MULÈ:  Yes, it is.
3  _____
4      Q.  Mr. Seibel, I present to you what is
5  marked as Exhibit 17 for identification.  It's a
6  compilation of it is a June 8, 2011 e-mail cover
7  page along with various letters, the first one is
8  to Michael Koufakis regarding Star Toyota Bayside
9  May 30, 2011, the next one is June 1, 2011 to Mr.
10  Steven Koufakis regarding Star Mitsubishi, the
11  following is May 30 to Mr. John Koufakis
12  regarding Star Hyundai, and then May 30 to John
13  Koufakis regarding Star Nissan, and that's it.
14        Are those interim letters?
15      A.  I'll get there in a second.
16        MS. FITZGERALD:  Did you include
17    Chrysler in your question?  Because
18    Chrysler is part of the exhibit as well.
19    June 1, 2011.
20        MR. MULÈ:  I did not.
21      Q.  So Star Metro Chrysler Jeep to Mr.
22  Steven Koufakis June 1, 2011.
23      A.  Okay, I'm sorry, what was the
24  question?
25      Q.  These are interim letters?

Case 1:18-cv-05775-ERK-TAM Document 126-55 Filed 06/05/24 Page 10 of 14 PageID #: 2737

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Robert Seibel --- February 8, 2023

157

1                     Seibel

2       A.   They appear to be.

3       Q.   Did you have a hand in drafting the

4 interim letter that is addressed to Mr. Michael

5 Koufakis regarding Star Toyota of Bayside?

6       A.   It's likely I did.

7       Q.   Looking at the first page, the e-mail

8 of this exhibit. It is to Michael Koufakis from

9 Randy and it has the attachments listed, it says

10 "Hi Mike, Attached are the interim letters. We

11 have some concerns with the parts departments.

12 There is a lot of activity and the follow-up is

13 not up to par. When you have some time I would

14 like to go over our concerns in the parts

15 department. Any questions, please don't hesitate

16 to contact us with Randy." Do you see that?

17       A.   I see it.

18       Q.   Did you ever see this e-mail at

19 sometime contemporaneous with the letters, do you

20 think?

21       A.   It's possible.

22       Q.   Would you have been forwarded a copy

23 of this at some point somewhat contemporaneous?

24       A.   It's possible.

25       Q.   Did you look at interim letters when

Case 1:18-cv-05775-ERK-TAM   Document 126-55   Filed 06/05/24   Page 11 of 14 PageID #: 2738

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Robert Seibel  ---  February 8, 2023

163

1                      Seibel

2 this point in time or not.  But we would have

3 looked at to see all the bank accounts were

4 reconciled.

5        Q.   Did you do -- was there check

6 reconciliation that was done?

7        MS. FITZGERALD:  Object to form.

8        A.   I'm not sure what you're referring

9 to.

10        Q.   This letter makes a number of

11 recommendations, right?  If you look at the

12 second page, "Accounts receivable, We recommend

13 that Al review the receivable list."

14        A.   Uh-huh.

15        Q.   I think it means at least weekly, "to

16 determine if any customers have not paid.  He

17 should then follow up with customers immediately

18 to get the unpaid balances collected," right?

19        A.   Uh-huh, I see it.

20        Q.   And then --

21        A.   And that's what we were talking about

22 earlier that, you know, we had brought up to

23 management about the issues in the parts

24 department.  Here, and I think there were other

25 examples where we brought it up and, you know,

Case 1:18-cv-05775-ERK-TAM Document 126-55 Filed 06/05/24 Page 12 of 14 PageID #: 2739

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Robert Seibel --- February 8, 2023

164

1         Seibel
2  nothing was being done.
3         Finally leading to that meeting that,
4  you know, with Alkarim and Vivian and Mike
5  Koufakis and John Koufakis III and all that to go
6  over it, and still the stuff wasn't being
7  addressed, other than maybe closing tickets.  But
8  the underlying business practices that were
9  leading to this weren't being changed or weren't
10 being addressed.
11        Q.   So looking at the next page under new
12 and used vehicle physicals, the very first
13 sentence says "In order to maintain proper
14 internal control over your vehicle inventory, we
15 recommend that you have someone independent of
16 the sales department write up a blind count
17 listing of all new and used vehicles located on
18 the dealership's property."  That's an internal
19 control recommendation as well, right?
20        A.   Well, it's an observation that we
21 made at the time that Vivian had said that they
22 weren't doing physicals of the vehicle
23 inventories, and we recommended to them that you
24 should be doing physicals of your inventories to
25 make sure your inventories are there.

Case 1:18-cv-05775-ERK-TAM   Document 126-55   Filed 06/05/24   Page 13 of 14 PageID #: 2740
STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Robert Seibel  ---  February 8, 2023

165

1              Seibel
2        Q.   So this was something that you're
3   saying that Vivian brought to your attention?
4        A.   Yeah, somehow it came up, and yeah,
5   we found out from Vivian that they weren't doing
6   physicals.
7        Q.   Looking at the next page, again back
8   to the parts department, it says "We looked at
9   the open parts invoices, nothing there are many
10  open," I think it means "noting there are many
11  opens part tickets dating back to as early as
12  August 2006."
13            Then going down to the second to last
14  sentence, it says "We recommend management review
15  the open parts invoices with the parts manager
16  and institute a procedure for future parts
17  orders."  Do you see that?
18       A.   No.
19            MS. FITZGERALD:  Where did you jump
20       to?
21            MR. MULÈ:  Page 4 at the top, the
22       second to last sentence at the top.
23       A.   Oh, I'm sorry.  Okay.
24       Q.   That's another recommendation
25  regarding the parts department, right?

Case 1:18-cv-05775-ERK-TAM   Document 126-55   Filed 06/05/24   Page 14 of 14 PageID #: 2741

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Robert Seibel --- February 8, 2023

166

Seibel

A. It is.

Q. Going to the last page, the first paragraph says "It may be advantageous for the parts department to assign someone or, if necessary, hire a new person to act as a liaison person to work with the parts department and the accounting department to help control these open parts tickets, assist with collection, determine what the customers are paying for, help send out the monthly accounts receivable statements, which parts have been ordered, and if a deposit is received, track and account for bounced checks." Do you see that?

A. Uh-huh.

Q. So that's a recommendation to either assign someone to do work or to perhaps hire someone else to act as a liaison?

A. It's a recommendation to management to address the situation.

Q. So in this situation Vivian alerted you or someone else at Voynow to something and you looked at the records because you listed actually specific customers with respect to the parts department, right?