# EXHIBIT "17"

## POSTAL CONFIRMATION RECEIPT

| INVOICE #: | 01329 | C/S CONTACT: | Doug Filardo/Star Subaru |
|---|---|---|---|
| CLIENT NAME: | Motor Sports Advertising | SALES CONTACT: | Hani Iskandar |
| CLIENT ADDRESS: | 5 Brewster St. Unit 2<br>Glen Cove, NY 11542 | | |

PRODUCTS ORDERED:

| PRODUCT | TYPE | # OF PAGES | PAGE POSITION | FINISHED SIZE | EST PIECE WEIGHT | RATE | CPM OR EACH | Total pieces | BILLED COUNT | ESTIMATED Postage | Mailing Date | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Direct Mailer | Postcard | | | 11 x 6 | 7 point | $.33 | Each | 10,000 | | $3300 | 02/15/2015 | Scheduled |

Coverage: By Zip Code including 11358, 11354, 11355, 11361, 11362

CONFIDENTIAL            P00009

CONFIDENTIAL            STAR00151829

| DEADLINES: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRODUCT | FINISHED SIZE | INVOICE PROMOTION | Mailing Date | ARTWORK DUE Proof Required | ARTWORK DUE required | ARTWORK DUE Client supplied | Deposit Due | MONEY DUE DEADLINE |
| Direct Mailer | 11 x 6 | | 02/15/2015 | N/A | N/A | N/A | N/A | N/A |

TOTAL ESTIMATED Postage (NOT INCLUDING SALES TAX & SERVICE CHARGES): $3300

CONFIDENTIAL      P00010
CONFIDENTIAL      STAR00151830

**POSTAL CONFIRMATION RECEIPT**

| INVOICE #: | 01327 | C/S CONTACT: | Doug Filardo |
|---|---|---|---|
| CLIENT NAME: | Motor Sports Advertising | SALES CONTACT: | Hani Iskandar |
| CLIENT ADDRESS: | 5 Brewster St. Unit 2<br>Glen Cove, NY 11542 | | |

**PRODUCTS ORDERED:**

| PRODUCT | TYPE | # OF PAGES | PAGE POSITION | FINISHED SIZE | EST PIECE WEIGHT | RATE | CPM OR EACH | Total pieces | BILLED COUNT | ESTIMATED Postage | Mailing Date | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Direct Mailer | Postcard | | | 11x6 | 7 point | $.36 | Each | 10,000 | | $3600 | 01/15/2015 | Scheduled |

Coverage: By Zip Code including 11361, 11360, 11364, 11021, 11022, 11023

**DEADLINES:**

| PRODUCT | FINISHED SIZE | INVOICE PROMOTION | Mailing Date | ARTWORK DUE Proof Required | ARTWORK DUE required | ARTWORK DUE Client supplied | Deposit Due | MONEY DUE DEADLINE |
|---|---|---|---|---|---|---|---|---|
| Direct Mailer | 11x6 | | 01/15/2015 | N/A | N/A | N/A | N/A | N/A |

TOTAL ESTIMATED Postage (NOT INCLUDING SALES TAX & SERVICE CHARGES): $3600

CONFIDENTIAL          P00011

CONFIDENTIAL                                                                 STAR00151831

## POSTAL CONFIRMATION RECEIPT

| INVOICE #: | 01786 | | C/S CONTACT: | Doug Filardo |
| --- | --- | --- | --- | --- |
| CLIENT NAME: | Motor Sports Advertising | | SALES CONTACT: | Hani Iskandar |
| CLIENT ADDRESS: | 5 Brewster St. Unit 2<br>Glen Cove, NY 11542 | | | |

**PRODUCTS ORDERED:**

| PRODUCT | TYPE | # OF PAGES | PAGE POSITION | FINISHED SIZE | EST PIECE WEIGHT | RATE | CPM OR EACH | Total pieces | BILLED COUNT | ESTIMATED Postage | Mailing Date | STATUS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Direct Mailer | Postcard | | | 11x6 | 7 point | ¢31 | Each | 18,000 | | $5580 | 1/03/2015 | Scheduled |

Coverage: By Zip Code including 11361, 11360, 11364, 11375, 11615, 11030, 11021, 11369

**DEADLINES:**

| PRODUCT | FINISHED SIZE | INVOICE PROMOTION | Mailing Date | ARTWORK DUE Proof Required | ARTWORK DUE required | ARTWORK DUE Client supplied | Deposit Due | MONEY DUE DEADLINE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Direct Mailer | 11x6 | | 1/03/2015 | N/A | N/A | N/A | N/A | N/A |

TOTAL ESTIMATED Postage (NOT INCLUDING SALES TAX & SERVICE CHARGES): $5580

CONFIDENTIAL          P00012

CONFIDENTIAL                              STAR00151832

# Motorsports Advertising/NV PRO

## Invoice

**Bill to:**

STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE N.Y. 11361
Attn: Glades or Doug

101 329star (01936)

**Invoice Date:** 02/15/2015
**Customer ID:** 7188190100

| Date | Your Order # | Our Order # | Sales Rep. | FOB | Ship Via | Terms | Tax ID |
|---|---|---|---|---|---|---|---|
| 02/15/15 | 101 329star | | Hani | | | CIA | |

| Quantity | Item | Units | Description | Discount % | Taxable | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| 10 k | Mailer | 10,000 | mailer | | | .48 | $4800.00 |
| | | | Mid Feb mailer | | | | |
| | | | Includes postage @ .33 | | | | |
| | | | Asain | | | | |
| | | | | | | | 4800.00 |
| | | | | | | Subtotal | 4800.00 |
| | | | | | | Tax | N/A |
| | | | | | | Shipping | |
| | | | | | | Miscellaneous | |
| | | | | | | Balance Due | 4800.00 |

**REMITTANCE**
Customer ID:
Date:
Amount Due:
Amount Enclosed:

Please make all checks payable to Motorsports Advertising

New Vision Pro
Motorsports Advertising
1751 Mound Street
Sarasota FL. 34236

Phone: 941-366-1467
Email: motorsportsads@yahoo.com

**Motorsports Advertising**

CONFIDENTIAL          P00013

CONFIDENTIAL                                                      STAR00151833



*innovative advertising*

To: **MOTOR SPORTS ADVERTISING**
5 Brewster St. Unit 2
Glen Cove NY 11542
1751 Mound St.
Sarasota Fl. 34236

Invoice #: 01329 (01936)
Date: 02/15/15
Customer ID: Star Subaru

1751 Mound Street
Sarasota, FL.34236
Phone: 941 366 3757
941 922 3520
Email: info@nvadvertising.net

# Invoice

| Date | Your Order # | Our Order # | Sales Rep. | FOB | Ship Via | Terms | Tax ID |
|---|---|---|---|---|---|---|---|
| 02/15/2015 | 101329star | | Hani | | | CIA | |

| Quantity | Item | Units | Description | Discount % | Taxable | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| 10,000 | Post-Card 7P. | 4/4 CARD | Design, printing and mailing to chosen zip codes for Star Subaru | | | $0.48 | $4800.00 |
| | | | Postage .33 included | | | | |
| | | | Mailing date Feb. 15th, 2015 Lists supplied By New Vision: Age group 30-65 Bayside, Flushing | | | | |
| | | | Taxes | | | | |
| | | | Balance | | | | $4800.00 |

**CONFIDENTIAL**  P00014

CONFIDENTIAL    STAR00151834



*innovative advertising*

1751 Mound Street
Sarasota, FL 34236
Phone: 941 366 3757
941 922 3520
Email: info@nvadvertising.net

To: MOTOR SPORTS ADVERTISING
5 Brewster St.    Unit 2
Glen Cove NY 11542

Invoice #: 01327
Date: 01/15/15
Customer ID:

## Invoice

| Date | Your Order # | Our Order # | Sales Rep. | FOB | Ship Via | Terms | Tax ID |
|---|---|---|---|---|---|---|---|
| 01/15/2015 | 101 327 | 01327 | | | | | |

| Quantity | Item | Units | Description | Discount % | Taxable | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| 10,000 | Post-Card 7P. | 4/4 CARD | Design, printing and mailing to chosen zip cods | | | $0.48 | $4800.00 |
| | | | New Mailing<br>Jan 15th, 2015<br>Lists supplied By New Vision:<br>Age group 30-65<br>Bayside Great Neck | | | | |
| | | | Taxes | | | | |
| | | | Balance | | | | $4800.00 |

*Please Make All Checks Payable TO: Motorsports Advertising*

CONFIDENTIAL                P00015

CONFIDENTIAL                STAR00151835

Case 1:18-cv-05775-ERK-TAM   Document 126-56   Filed 06/05/24   Page 9 of 10 PageID #: 2750

# Motorsports Advertising/NV PRO

## Invoice

**Bill to:**

STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE N.Y. 11361
Attn: Glades or Doug

101 327star

**Invoice Date:**
01/15/2015
**Customer ID:**
7188190100



V#46544

| Date | Your Order # | Our Order # | Sales Rep. | FOB | Ship Via | Terms | Tax ID |
|---|---|---|---|---|---|---|---|
| 01/15/15 | 101 327star | | Hani | | | CIA | |

| Quantity | Item | Units | Description | Discount % | Taxable | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| 10 k | Mailer | 10,000 | mailer | | | .48 | 4800.00 |
| | | | Mid Jan mailer | | | | |
| | | | Bayside Great Neck | | | | |
| | | | | | | | 4800.00 |
| | | | | | | Subtotal | 4800.00 |
| | | | | | | Tax | N/A |
| | | | | | | Shipping | |
| | | | | | | Miscellaneous | |
| | | | | | | Balance Due | 4800.00 |

**REMITTANCE**
**Customer ID:**
**Date:**
**Amount Due:**
**Amount Enclosed:**

Please make all checks payable to Motorsports Advertising

New Vision Pro
Motorsports Advertising
1751 Mound Street
Sarasota FL. 34236

Phone: 941-366-1467

Email: motorsportsads@yahoo.com

**Motorsports Advertising**

CONFIDENTIAL   P00016

CONFIDENTIAL   STAR00151836



CONFIDENTIAL   STAR00151869