# EXHIBIT 18

# In the Matter of

Case No. 18-cv-05775 (ERK)(TAM)

STAR AUTO SALES OF BAYSIDE, INC., et al.

v.

VOYNOW, BAYARD, WHYTE AND COMPANY LLP, et al.

## Deposition of Cody McCabe

*Wednesday, November 9, 2022*



The Little Reporting Company
469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x
STAR AUTO SALES OF BAYSIDE, INC.
(d/b/a STAR TOYOTA OF BAYSIDE),
STAR AUTO SALES OF QUEENS, LLC
(d/b/a STAR SUBARU), STAR HYUNDAI
LLC (d/b/a STAR HYUNDAI), STAR
NISSAN, INC. (d/b/a STAR NISSAN),
METRO CHRYSLER PLYMOUTH INC. (d/b/a
STAR CHRYSLER JEEP DODGE) STAR AUTO
SALES OF QUEENS COUNTY LLC (d/b/a
STAR FIAT) and STAR AUTO SALES OF
QUEENS VILLAGE LLC (d/b/a STAR
MITSUBISHI),

                    Plaintiffs,

        -against-                    Case No.
                                     18-cv-05775
VOYNOW, BAYARD, WHYTE and COMPANY    (ERK)(TAM)
LLP, HUGH WHYTE, and RANDALL
FRANZEN,

                    Defendants.
---------------------------------x

                         November 9, 2022
                         11:00 a.m.


    Remote Deposition of CODY McCABE, taken
by Plaintiffs, pursuant to Notice, held via Zoom
before Lisa Hiesiger, a Shorthand Reporter and
Notary Public within and for the State of New
York.
```

Case 1:18-cv-05775-ERK-TAM Document 126-57 Filed 06/05/24 Page 4 of 4 PageID #: 2755

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Cody McCabe --- November 9, 2022

28

1 McCabe
2 you, right?
3     A.   Absolutely.
4     Q.   To give you guidance in terms of what
5 you needed to do on that particular visit,
6 correct?
7     A.   Correct.
8     Q.   In the course of this case and
9 deposing other people, the term "interim visits"
10 has been used before, is that a term that you're
11 familiar with?
12     A.   I am in regards to this, yes.
13     Q.   And so would these trips that were
14 outside of this November to January time frame
15 interim visits that you and your co-workers would
16 make to clients?
17     A.   That's correct.
18     Q.   And my understanding too is that
19 after these interim visits, on many occasions
20 there would be an interim report that would be
21 generated by Voynow, is that accurate?
22     MS. FITZGERALD: Objection.
23     A.   To my best recollection, I remember
24 one case of me being present for that, yes.
25     Q.   Would you -- I guess can you describe