# EXHIBIT 20

# In the Matter of

Case No. 18-cv-05775 (ERK)(TAM)

STAR AUTO SALES OF BAYSIDE, INC., et al.

v.

VOYNOW, BAYARD, WHYTE AND COMPANY LLP, et al.

## Deposition of Benjamin Sidor

*Thursday, November 3, 2022*

The Little Reporting Company

469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
STAR AUTO SALES OF BAYSIDE, INC.
(d/b/a STAR TOYOTA OF BAYSIDE),
STAR AUTO SALES OF QUEENS, LLC
(d/b/a STAR SUBARU), STAR HYUNDAI
LLC (d/b/a STAR HYUNDAI), STAR
NISSAN, INC. (d/b/a STAR NISSAN),
METRO CHRYSLER PLYMOUTH INC. (d/b/a
STAR CHRYSLER JEEP DODGE) STAR AUTO
SALES OF QUEENS COUNTY LLC (d/b/a
STAR FIAT) and STAR AUTO SALES OF
QUEENS VILLAGE LLC (d/b/a STAR
MITSUBISHI),

                           Plaintiffs,

           -against-                       Case No.
                                           18-cv-05775
VOYNOW, BAYARD, WHYTE and COMPANY          (ERK)(TAM)
LLP, HUGH WHYTE, and RANDALL
FRANZEN,

                           Defendants.
---------------------------------------x
```

November 3, 2022
10:02 a.m.

     Remote Deposition of BENJAMIN SIDOR, taken by Plaintiffs, pursuant to Subpoena, held via Zoom before Lisa Hiesiger, a Shorthand Reporter and Notary Public within and for the State of New York.

Case 1:18-cv-05775-ERK-TAM   Document 126-59   Filed 06/05/24   Page 4 of 8 PageID #: 2782

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Benjamin Sidor  ---  November 3, 2022

22

1                     Sidor
2    tax work as any, as tax planning or year-end
3    visits.
4         Q.   So an interim visit is not a visit
5    for tax preparation work, correct?
6              MS. FITZGERALD:  Objection.
7         A.   Correct.
8         Q.   Did you actually personally ever make
9    any interim visits to any clients of Voynow?
10        A.   Yes.
11        Q.   How many interim visits did you make
12   when you worked at Voynow?
13        A.   I'm not sure of an exact number.
14   Yeah, I'm not sure of the number of that so...
15        Q.   On a monthly basis approximately how
16   many interim visits would you make to a client?
17        A.   I mean they weren't very often to be
18   considered even monthly, like maybe I would make
19   like two a year, maybe.
20        Q.   Did you make less interim visits than
21   other Voynow employees?
22             MS. FITZGERALD:  Object to form.
23        A.   I don't know.
24        Q.   How did Voynow go about assigning you
25   work when you worked at Voynow?

Case 1:18-cv-05775-ERK-TAM Document 126-59 Filed 06/05/24 Page 5 of 8 PageID #: 2783

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Benjamin Sidor --- November 3, 2022

78

1              Sidor
2     A.   No, it just was client name and then
3  day and that's it.
4     Q.   Were you privy to information about
5  how much clients paid Voynow for their services?
6     A.   For clients that I at the end of my
7  tenure that I worked heavily on, I helped with
8  billing.
9     Q.   And would that be with respect to
10 automotive clients as well?
11    A.   Yes.
12    Q.   So for a tax engagement for one
13 dealership, approximately what would be charged
14 to that dealership for just a preparation of
15 taxes?
16         MS. FITZGERALD:  Object to form.
17    A.   I can't recall exactly the amount.
18    Q.   Do you remember an approximate
19 amount?
20    A.   Not terribly, no.
21    Q.   Do you believe it would be more than
22 $10,000 for one dealership for a tax engagement?
23         MS. FITZGERALD:  Objection.
24    A.   I don't know.  I wouldn't think it
25 would be more than 10.

Case 1:18-cv-05775-ERK-TAM   Document 126-59   Filed 06/05/24   Page 6 of 8 PageID #: 2784

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Benjamin Sidor --- November 3, 2022

133

1                    Sidor
2     solely to do review, the review work?
3          A.   Largely financial statements are done
4     in the office.
5          Q.   In Voynow's office?
6          A.   Correct.
7          Q.   When you did interim visits, would
8     you participate in the preparation of an interim
9     letter to the client for which you had the
10    interim visit?
11         A.   If there was a section in which I was
12    responsible for, then I would do that section of
13    the interim letter.
14         Q.   What sections would you be
15    responsible for in an interim letter?
16         A.   It depends on the client.
17         Q.   Were you involved in any interim
18    visits for Star?
19         A.   I don't remember.
20         Q.   How would it work in terms of
21    providing your section, what was the process?
22         A.   So if there was specific work I did,
23    I would write what that work entailed or what
24    accounts were involved or just an explanation of
25    the findings.

Case 1:18-cv-05775-ERK-TAM   Document 126-59   Filed 06/05/24   Page 7 of 8 PageID #: 2785

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Benjamin Sidor --- November 3, 2022

134

Sidor

Q. Who would you give that to?

A. A senior to review it.

Q. Would you receive anything back after the manager reviewed it?

A. If he had some kind of like, oh, you should, you know, you worded this kind of awkwardly, like just a correction or something like that to what I had done.

Q. And when you gave your portion of the interim letter to a manager, would you provide the manager with any backup documents like schedules?

A. Yes, if there was any copies of schedules or anything like that, that would generally be included.

Q. And what would happen to the backup documentation that you would give to the manager?

A. I don't know, it's up to them.

Q. Would that be sent to the client, the backup documentation that you rely on in your portion of the letter?

A. I do not recall exactly.

Q. Would you see interim letters in their final form?

Case 1:18-cv-05775-ERK-TAM   Document 126-59   Filed 06/05/24   Page 8 of 8 PageID #: 2786

STAR AUTO SALES, et al. v. VOYNOW, BAYARD,  et al.
Benjamin Sidor  ---  November 3, 2022

```
                                                                  135
 1                           Sidor
 2             A.    Yes.
 3             Q.    How many interim letters do you
 4       recall seeing in the final form?
 5             A.    I don't have the slightest idea how
 6       many.
 7             Q.    Would you prepare an interim letter
 8       or at least a portion of the interim letter with
 9       respect to every interim visit you did for
10       Voynow?
11             A.    Presuming that I found or did work,
12       yes, I would prepare a portion of it.
13             Q.    For auto clients that had multiple
14       dealerships, when you would do an interim visit,
15       would you be assigned to just one of the
16       dealerships or multiple dealerships?
17             A.    That depends on the client.
18             Q.    So were there some clients where you
19       would go and look at schedules for all their
20       dealerships?
21             A.    Yes.
22             Q.    Would any of the managers tell you
23       what to focus on in preparing the interim letter?
24             A.    I would just write what work I had
25       done.  If there was anything particularly
```