# EXHIBIT 21

Michael Corrigan
October 04, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
*  *  *

STAR AUTO SALES OF BAYSIDE :
INC., (d/b/a STAR TOYOTA    :        CASE NO.
OF BAYSIDE), STAR AUTO SALES: 18-cv-05775(ERK)(TAM)
OF QUEENS, LLC, (d/b/a      :
STAR SUBARU) STAR HYUNDAI,  :
LLC, (d/b/a STAR HYUNDAI    :
LLC), STAR NISSAN, INC.,    :
(d/b/a STAR NISSAN)), METRO :
CHRYSLER PLYMOUTH, INC.     :
(d/b/a STAR CHRYSLER JEEP   :
DODGE), STAR AUTO SALES OF  :
QUEENS COUNTY, LLC, (d/b/a  :
STAR FIAT) and STAR AUTO    :
SALES OF QUEENS VILLAGE, LLC:
(d/b/a STAR MITSUBISHI),    :
                Plaintiffs  :
                            :
                            :
                            :
        vs.                 :
                            :
VOYNOW, BAYARD, WHYTE AND    :
COMPANY, LLP, HUGH WHYTE     :
and RANDALL FRANZEN,         :
                            :
                Defendants :
                *  *  *

        Videotape deposition of MICHAEL CORRIGAN, held

at the offices of U.S. LEGAL SUPPORT, 1818 Market

Street, 14th Floor, Philadelphia, Pennsylvania 19103,

beginning at 10:32 a.m., on Tuesday, October 4, 2022,

before Alice T. Mattes, Court Reporter and Notary

Public, there being present:

                *  *  *

                U.S. LEGAL SUPPORT
            Northeast Processing Center
             1818 Market Street, Suite 1400
             Philadelphia, Pennsylvania 19103
                  (877)  479-2484

Michael Corrigan
October 04, 2022

1    Q      Okay.

2           A      But the main client base I believe

3    was car dealerships.

4    Q      Okay.  And so when you said small clients

5    tax returns, would that be like individuals?

6           A      Correct.

7    Q      Okay.

8           A      Yeah.

9    Q      Okay.  If you could kind of peg a percentage

10   of the amount of work that you did at Voynow with

11   respect to car dealerships versus non-car

12   dealerships.  What would you peg that percentage as?

13          A      I mean, the majority of my time there

14   was the auditing aspect of going to the actual car

15   dealerships.  So I would think the majority of my,

16   you know, work and stuff was basically that, you

17   know, going doing the auditing, pulling some

18   reporting.  I was responsible for inventory.

19   Basically I was going out to the cars.  You know, we

20   had a collection of VIN numbers, making sure they're

21   on the lot.  If not, we were trying to figure out,

22   you know, what -- you know, what was the reason why

23   that car was not on the lot.  And then we would

24   bring our data back to the office when we came back

25   to the office.

Michael Corrigan
October 04, 2022

1    Q       Okay.  So you would collect different

2    reports at the various dealerships and then review

3    those reports back at the Trevose office.

4            A       Correct.

5    Q       Okay.

6            A       Yes.

7    Q       And that was the general modus operandi when

8    you were doing these audits at car dealerships?

9            A       Correct.

10   Q       Okay.  Generally how long would you -- would

11   you be at a car dealership when you were doing these

12   audits?  Was it like a day, two days, three days?

13           A       Some of the dealerships were smaller

14   than others.  You know, I do recall the Star, I

15   believe that was like a weekend trip.  We would go

16   on a Friday and then we would come back on a Sunday.

17   Q       Okay.  So you'd be there for --

18           A       A full weekend.

19   Q       -- three days, then?

20           A       Basically doing work Saturday and

21   Sunday.

22   Q       Okay.

23           A       Yeah.

24   Q       All right.  So like two workdays.

25           A       Yeah, that's correct.

Michael Corrigan
October 04, 2022

1    Q      Okay.

2           A      Some clients we would just, you know,

3    go there for the day and come back.  It all depended

4    like, you know, how far it was.

5    Q      Right.  Right.

6                  And you remember Star being in New

7    York, so it was a bit of a drive --

8           A      Yes.

9    Q      -- to go up there.  Right?

10          A      Correct.

11   Q      Okay.  And generally would you carpool with

12   the team that was going to be working on these

13   audits at Star?

14          A      Yes.  Correct.

15   Q      Okay.  And, generally speaking, how many

16   people would there be on let's say the Star audits?

17          A      I would say -- I mean, usually I

18   would think it was around six, I would say.

19   Q      And I'm assuming that the number of

20   employees ranged just depending on the size of the

21   dealership --

22          A      Yeah.  I mean --

23   Q      -- in terms of doing other audits at

24   dealerships?

25          A      Yeah.  I mean, there are some other

Michael Corrigan
October 04, 2022

```
 1    second page in the first paragraph it says, "Every

 2    dealership is at risk for theft and financial

 3    misstatement.  These threats are especially high if

 4    a store lacks formal, regularly reviewed internal

 5    controls."

 6                    Do you see that?

 7         A     Yes.

 8    Q     Okay.  Was it your understanding that in

 9    terms of doing these audits at these dealerships

10    that you were trying to provide regularly reviewed

11    internal controls --

12                    MS. FITZGERALD:  Objection.

13    BY MR. LABUDA:

14    Q     -- for the dealership?

15                    MS. FITZGERALD:  Objection.

16                    THE WITNESS:  Correct.

17    BY MR. LABUDA:

18    Q     Okay.  And then there's -- the next

19    paragraph talks about "Is your accounting accurate?"

20    And the first sentence says, "The first element of a

21    strong internal control system is detailed, current

22    and accurate financial information."

23                    Do you see that?

24         A     Yes.  Correct.

25    Q     Okay.  Was that also one of the services
```

Michael Corrigan
October 04, 2022

```
 1                    Do you see that?
 2          A      Yes.
 3    Q      Again, is that something that you -- the
 4    service that you were performing for Voynow in terms
 5    of these audits at dealerships?
 6                    MS. FITZGERALD:  Objection.
 7                    THE WITNESS:  Can you rephrase that
 8          again.
 9    BY MR. LABUDA:
10    Q      Was the fact -- was what you were trying to
11    do and the service you were trying to perform at
12    these dealerships to perform inventory counts?
13          A      Yeah.  I mean, we were -- I mean, for
14    these inventories and stuff, I mean, we were just
15    responsible for kind of pulling -- you know, we
16    would pull a group of data, we would go out to the
17    cars.  And if there is any issue, I mean, we would
18    go back and then we would try to figure out what
19    that issue -- you know, why that car wasn't there or
20    why a certain part, VIN number, you know, is not in
21    the shop.  And then we would have to talk to
22    managers to come up with a solution, so.
23    Q      Right.  And the reason why you were checking
24    the inventory is to make sure that what was listed
25    in the books and records was actually there.
```

Michael Corrigan
October 04, 2022

1   Correct?

2              MS. FITZGERALD:  Objection.

3              THE WITNESS:  That's correct.

4   BY MR. LABUDA:

5   Q      Okay.  And one of the reasons you would do

6   that is to make sure that the employees aren't

7   stealing.  Correct?

8         A      Correct.

9              MS. FITZGERALD:  Objection.

10             THE WITNESS:  Yeah.

11  BY MR. LABUDA:

12  Q      And then if you go to the next, I guess at

13  the bottom of this page, which is 28268.

14             It says, "How does an audit help?"

15             Do you see that?

16        A      Yes.

17  Q      And it says, "External audits provide no

18  guarantee against fraud, but it's often helpful to

19  have an objective, experienced outsider verify and

20  analyze your accounting records.  CPA's are trained

21  to spot anomalies and will recommend ways to improve

22  internal control weaknesses."

23             Do you see that?

24        A      Yes.

25  Q      Okay.  Was that also the type of service

Michael Corrigan
October 04, 2022

1    Q       One more for the time being.  I'm going to

2    show you what's been marked as Exhibit 28.

3                         *   *   *

4                         (Pause.)

5                         *   *   *

6    BY MR. LABUDA:

7    Q       I'm going to show you what's been marked

8    Exhibit 28.  And just take a minute to review that.

9            A       Okay.

10   Q       And let me know when you've had a chance to

11   review.

12           A       (Witness reading.)

13                    I reviewed.

14   Q       Okay.  Have you ever seen this document

15   before?

16           A       Yes, I have seen this document

17   before.  And I seen reports that are very similar to

18   this, so.

19   Q       Okay.

20           A       That we would pull.

21   Q       And this is a list of various schedules at

22   the Star dealerships.

23           A       Um-hmm.

24   Q       Is that correct?

25           A       Correct.

Michael Corrigan
October 04, 2022

1    Q       Okay.  And this type of document would be

2    used by Voynow to understand the different types of

3    schedules at Star.  Correct?

4              MS. FITZGERALD:  Objection.

5              THE WITNESS:  Yeah.  I mean, we would

6         pull -- I mean, this would be printed once

7         we go to the dealership.  I mean, we would

8         print, you know, these reports before, you

9         know, we'd kind of go out and do our

10        services, so.

11   BY MR. LABUDA:

12   Q       Right.  Okay.  Just to know which schedules

13   to look at --

14        A       Correct.

15   Q       -- correct?

16        A       What we're working on, yes.

17   Q       Right.  Okay.

18              And then from here there would be

19   different assignments by Randy, or whoever, who was

20   going to be working on what schedules.  Correct?

21        A       Correct.

22              MS. FITZGERALD:  Objection.

23   BY MR. LABUDA:

24   Q       Okay.  And do you have any recollection of

25   working on any particular schedules when you were at

Michael Corrigan
October 04, 2022

1   Star, like service and parts, or anything like that?

2          A      No.  I mean, I don't recall service

3   and parts.  I recall the inventory piece.  But

4   not -- you know, a report, I mean, if I -- to what I

5   kind of remember and stuff, a report could be kind

6   of similar to this and have the VIN numbers and

7   stuff listed on the actual report.  And then we

8   would go to the actual lot and you would match up

9   the, you know, cars and the VIN numbers.

10  Q      Okay.  So, for example, number nine on the

11  first page is new car inventory.  Right?

12         A      Um-hmm.  Correct.

13  Q      So if you were assigned to do new car

14  inventory from here you would print out the new car

15  schedule.  Correct?

16         A      Correct.

17                MS. FITZGERALD:  Objection.

18                THE WITNESS:  Yeah.

19  BY MR. LABUDA:

20  Q      Okay.  And then that would list all of the

21  cars that were listed in the books and records of

22  Star as cars that Star was supposed to have.

23  Correct?

24                MS. FITZGERALD:  Objection.

25                THE WITNESS:  Correct.

Michael Corrigan
October 04, 2022

```
1   BY MR. LABUDA:

2   Q        Okay.  And then you would go out and

3   actually check to make sure that the list that's on

4   the new car inventory schedule was -- matched up

5   with reality.

6            A        Yes.

7                     MS. FITZGERALD:  Objection.

8   BY MR. LABUDA:

9   Q        Correct?

10           A        Yes.

11  Q        Okay.  And that would also be the same

12  process for used cars as well.  Correct?

13           A        Correct.

14                    MS. FITZGERALD:  Objection.

15  BY MR. LABUDA:

16  Q        Okay.  So there would be a used car

17  schedule, and you would go out and check to make

18  sure that the schedule matched up with reality.

19           A        Yeah.

20  Q        Right?

21           A        And, I mean, pretty similar as well

22  with the parts, you know, if -- you know, in the

23  parts department.  So it would be very similar as

24  well.

25  Q        Right.  Okay.
```

Michael Corrigan
October 04, 2022

```
 1            A      Yeah.

 2   Q      That's in the event of doing an inventory

 3   check.  Correct?

 4            A      Correct.

 5   Q      Okay.

 6            A      Yeah.

 7   Q      And then if -- let's say if a car wasn't on

 8   the lot but it was on the schedule, what would you

 9   do?

10            A      I mean, first, I mean, you would --

11   we would bring it back to Randy.  You know, bring it

12   to him.  And then, you know, either he or as a

13   group, or whatever, I mean, we would go speak to

14   somebody in the financial kind of department and

15   kind of figure out what's the issue.  And that will

16   also be reported and documented and stuff in, you

17   know, the reports that we bring back to the office.

18   And then we put together, and then Randy, you know,

19   kind of puts the final report together and sends it

20   to the client.

21   Q      Okay.  So my understanding is this, that

22   whatever assignments you had at Star, or whatever

23   dealership you would report those findings to Randy

24   in some type of written format.  Correct?

25            A      Correct.
```

Michael Corrigan
October 04, 2022

1                    Other question is, in terms of the

2       reports that you would draft up to give to Randy,

3       would those generally be drafted at Voynow's

4       offices?

5              A      Correct.

6       Q      Okay.

7              A      Yes.

8       Q      So you would collect the data from the

9       dealership and then actual do your -- actually do

10      your reporting at the Voynow offices.

11             A      Yeah.  I mean, we had like black

12      binders and stuff that we would put the data and

13      reports that -- from that day into, and then we

14      would bring that back to the office.  And we had

15      like kind of file briefcases kind of thing that we

16      would bring.  So that would go back to the office as

17      well.

18      Q      Okay.  So and if there was some type of

19      question that you had and the client provided you

20      with backup documentation to show that this is a

21      valid or a good transaction, that would also be

22      collected by you and the Voynow team and brought

23      back to the Voynow offices?

24             A      Correct.

25                    MS. FITZGERALD:  Objection.

Michael Corrigan
October 04, 2022

```
1    BY MR. LABUDA:

2    Q       Okay.

3            A       Yeah.

4    Q       And do you have any recollection in terms of

5    how the documents were stored at Voynow?  Like were

6    they put in boxes?  Were they put in file cabinets?

7            A       I mean, I do recall a room in the

8    office that was just, I mean, filled with boxes and

9    stuff.  So I believe they were -- it was pretty much

10   like our file kind of cabinet.  There might have

11   been metal cabinets.  I can't recall a hundred

12   percent.  But there was like a file room that we

13   stored stuff.

14   Q       Okay.  And I'm assuming it would be

15   segregated in some way by dealerships so that the

16   Star stuff was in one place and Kerbeck was in

17   another place?

18           A       Correct.  Yes.

19   Q       Okay.  And would it also be segregated by

20   the particular visits?  So if you made a visit in

21   July of 2013, or whatever, all that data that you

22   would collect would be in one particular spot?

23           A       I don't recall.  I mean, I -- I kind

24   of remember.  I think it was kind of split by year

25   and stuff.  So that's -- that's just coming to my
```

Michael Corrigan
October 04, 2022

1   memory.  I'm pretty sure that's how it was kind of

2   split out.

3   Q      Okay.

4          A      So...

5   Q      Was the scope of the work discussed before

6   you actually went up to the client site in terms of

7   what you were going to be doing up there?

8          A      Correct.  I mean, Randy would talk to

9   us prior to, you know, going up, and, you know,

10  we're going to this client.  And, you know, we would

11  kind of talk -- I mean, he would kind to talk to us

12  what we kind of want to look at or what we would be

13  doing.  And then we kind of had the idea of going

14  into, you know, the weekend and stuff, what we'll be

15  working on.  I mean, it was usually kind of told to

16  us on Friday, and then we would go to their client

17  on the weekend, so.

18  Q      Okay.  And was that ever memorialized in

19  writing in any way, like a e-mail or memo or

20  anything like that?

21         A      I can't recall.

22  Q      Okay.

23                So I know you had mentioned tax

24  season.  Were there tax services that you worked on

25  when you were at Voynow?

Michael Corrigan
October 04, 2022

```
1            A        I recall working on some individual
2   tax returns.  I mean, not complete in the whole
3   actual tax return.  But, I mean, kind of assisting
4   in, you know, the process.  And then it would get
5   signed and, you know, reviewed and stuff from one of
6   the CPA's that would sign off.
7   Q        Okay.
8            A        And then, you know, put it to the
9   completed file, so.
10  Q        And when you say "individual tax returns"
11  you're talking about an individual person?
12           A        Yes.
13  Q        Okay.  So it wasn't like when you went to
14  Star you did any type of tax work for them.
15           A        I don't recall any of the tax -- like
16  actual like corporate tax services and stuff with
17  them.
18  Q        Okay.  All the work that you did at Star was
19  this audit work that you were talking about?
20           A        Yeah.
21                MS. FITZGERALD:  Objection.
22                THE WITNESS:  I mean, that I recall
23           personally, yes.
24  BY MR. LABUDA:
25  Q        Okay.
```

Michael Corrigan
October 04, 2022

1   similar.  Yeah.

2   Q       Okay.  So the same work that you did at

3   Kerbeck you also did at Star.

4          A       Correct.

5                  MS. FITZGERALD:  Objection.

6   BY MR. LABUDA:

7   Q       Okay.  And just so I understand it

8   correctly, the initial thing that you would do is

9   you would actually get the physical inventory

10  schedule.  Correct?

11         A       Correct.

12  Q       Okay.  And then from there -- from there you

13  would go out to the actual lot, let's say if you

14  were looking at the car inventory.  Correct?

15         A       Um-hmm.  Correct.

16  Q       And you'd actually count the cars and match

17  them up in terms of VIN number to VIN number --

18         A       Yes.

19  Q       -- off the schedule.  Correct?

20         A       Yes.  Correct.

21  Q       Okay.  And then if there -- if there were no

22  irregularities, you would -- there wouldn't really

23  be anything to do other than to report that there

24  were no irregularities.  Correct?

25         A       Correct.  Yes.

Michael Corrigan
October 04, 2022

1   Q       And...  And is it fair to say that whenever

2   there is some type of irregularity that your job was

3   to understand why there was some type of

4   irregularity.  Correct?

5           A       Correct.

6                   MS. FITZGERALD:  Objection.

7   BY MR. LABUDA:

8   Q       Okay.  And part of that was to ultimately

9   ask the client why things aren't matching up.

10  Correct?

11          A       Correct.  Yes.

12  Q       Okay.  And then also for them to provide

13  backup to actually confirm what they're actually

14  saying is accurate.  Correct?

15                  MS. FITZGERALD:  Objection.

16                  THE WITNESS:  That's correct.

17  BY MR. LABUDA:

18  Q       Okay.  And then you would collect that

19  backup and take that information back to Voynow's

20  offices so you could assemble your report.  Correct?

21          A       Correct.  Yes.

22  Q       Okay.  And that was the same at all the

23  dealerships.  Correct?

24          A       Yes, correct.

25  Q       Okay.  Do you have any recollection of

Michael Corrigan
October 04, 2022

```
 1   Q       Okay.  So that you would do that at Star,

 2   Kerbeck, or whatever dealership you were working

 3   for?

 4           A       Yeah.  I mean, I wasn't responsible

 5   in the recommendations.  But I was responsible for,

 6   you know, bringing whatever we were to find to bring

 7   it back to -- as a group, talk about it.  Randy, you

 8   know, as well, you know, with putting together a

 9   report, he might have spoke to -- or one of the

10   accountants, you know, might have spoke to, you

11   know, someone -- you know, the financial adviser, or

12   whatever, at the time, or the controller.

13   Q       Okay.  So just so I understand, in terms of

14   your report to Randy wouldn't necessarily include

15   recommendations.  That would be something that Randy

16   would then pass on to the client in terms of a

17   better recommendation?

18           A       Correct.

19   Q       Okay.

20           A       Yeah.

21   Q       Do you have any recollection of any of the

22   Star employees that were there, you know, like the

23   CFO or manager or anything like that?

24           A       I don't recall, no.

25   Q       If I mentioned the names, like Vivian, does
```

Michael Corrigan
October 04, 2022

1   Right?

2          A      Correct.

3   Q      So fair to say you didn't see -- you've

4   never seen this document before.  Correct?

5          A      I've seen a very similar report.

6   Q      Okay.

7                 And would this be --

8          A      I mean, the reports that -- that I've

9   seen may -- it might have not been the AP report.

10  But even the inventory or a parts report, I mean, a

11  very similar format, so.

12  Q      Okay.  You have a recollection of seeing

13  accounts payable reports at Star.  Correct?

14         A      No.

15  Q      Okay.

16         A      I don't recall.

17  Q      Okay.

18         A      Yeah.

19  Q      Is it fair to say that you've seen accounts

20  payable reports when you worked at Voynow?

21         A      I mean, I don't a hundred percent

22  recall.  I mean, I've seen very similar reports of

23  this, but not -- it may -- like a similar format,

24  so.

25  Q      Okay.

Michael Corrigan
October 04, 2022

1        A       Yeah.

2   Q        From --

3        A        From the actual client.  From Star.

4   Q        Okay.  Oh, from Star.  Okay.

5        A        Yeah.

6   Q        And this would be something -- these types

7   of schedules would be the ones that you and your

8   coworkers would review and check for accuracy and

9   irregularities.  Correct?

10                   MS. FITZGERALD:  Objection.

11                   THE WITNESS:  Correct.

12   BY MR. LABUDA:

13   Q        Okay.

14                   And in terms of the handwriting

15   that's on it, would this be something that you and

16   your coworkers would typically do in terms of making

17   notations on the schedules when there was some type

18   of question that you had?

19                   MS. FITZGERALD:  Objection.

20                   THE WITNESS:  Correct.

21   BY MR. LABUDA:

22   Q        Okay.  And then along with the handwriting

23   that would reference some type of question that you

24   had, if there was backup required to establish that

25   this was an okay transaction, that would go along

Michael Corrigan
October 04, 2022

1   Q      Okay.  Would there be like a designated

2   folder for Star?

3          A      That I can't recall.

4   Q      Okay.

5          A      Yeah.

6   Q      Or, I mean, were they segregated in terms of

7   inside the computer system by dealership?

8          A      I mean, I can't -- I can't recall.  I

9   mean, I'm not -- I can't recall specifically what

10  the -- you know, the folders, if there were folders

11  created, how they were set up.  I can't recall

12  that --

13  Q      Okay.

14         A      -- from ten years ago.

15  Q      Yeah, got it.  Fair enough.

16         A      Yeah.

17  Q      So the scanning that you did, was that done

18  at the clients' offices or was that at Voynow's

19  offices?

20         A      I recall like at the actual office in

21  Voynow.

22  Q      At Voynow's offices.

23         A      Yeah.

24  Q      Okay.

25              And then do you have any

Michael Corrigan
October 04, 2022

```
1   BY MR. LABUDA:

2   Q       Okay.

3           A       But, yeah, I mean, some of this stuff

4   I did with them.

5   Q       Okay.  Including the audit, hyphen,

6   responsible for inventory?

7           A       Yeah.  I mean, I recall the

8   inventory.  I don't recall doing the -- like the tax

9   returns for them.

10  Q       Okay.  And then the bottom section, "Worked

11  as a team at client, then" -- what's that word?

12          A       Yeah, it's brought our findings back

13  to the office.

14  Q       Oh, "brought our findings back to office".

15  Randy review and provided financial report to

16  client.

17                  MS. FITZGERALD:  Final report.

18                  THE WITNESS:  Consolidated.

19  BY MR. LABUDA:

20  Q       Final report to client.  Parentheses,

21  consolidated.

22          A       Yeah.

23  Q       Okay.  And that was basically the process

24  for finishing up the audit for the client --

25          A       Correct.
```

Michael Corrigan
October 04, 2022

```
1              know, to Randy or whatever, and then he

2              would have to talk to the manager or

3              whatever at that time, so.

4    BY MR. LABUDA:

5    Q       Right.  But if it ultimately turned out that

6    that car was missing it was on the report or

7    schedule, that would affect the balance --

8              A       Yeah.

9    Q       -- sheet.  Correct?

10             A       Yeah.

11                  MS. FITZGERALD:  Objection.

12   BY MR. LABUDA:

13   Q       The other question I have is, did Randy or

14   any of your coworkers reference or refer to these

15   trips that you had been to dealerships as audit

16   reviews or anything like that?

17             A       No.  I mean, basically our offseason

18   was kind of called like an audit, you know, or --

19   and, I mean, that's the audit services that we

20   provided to our clients.  I mean, that was what it

21   was kind of called, so.

22   Q       Okay.  So when you would go to a client in

23   the offseason, like over the summer --

24             A       Yeah.

25   Q       -- generally it was referred to amongst the
```

Michael Corrigan
October 04, 2022

1   Voynow employees as audit services?

2           A       Correct.

3   Q       Okay.

4                   MR. LABUDA:  All right, thank you.

5                   THE WITNESS:  Yeah.

6                           *   *   *

7                       EXAMINATION

8                           *   *   *

9   BY MS. FITZGERALD:

10  Q       You don't recall any occasion where whenever

11  you were checking the schedules of vehicles and VIN

12  numbers of any occasion where a vehicle was ever

13  missing?

14          A       Correct.

15  Q       Okay.  So when you answered questions about

16  whether there could be an impact on a balance sheet,

17  that wasn't something that you ever observed.

18          A       No, I don't recall observing that,

19  no.

20  Q       Okay.  And you referenced that during

21  offseason --

22          A       Um-hmm.

23  Q       When you refer to offseason, are you

24  referring to the tax season?

25          A       Yeah, offseason.  Not tax season, so.