# EXHIBIT 22

# In the Matter of

Case No. 18-cv-05775 (ERK)(TAM)

STAR AUTO SALES OF BAYSIDE, INC., et al.

v.

VOYNOW, BAYARD, WHYTE AND COMPANY LLP, et al.

## Deposition of Stephen J. Scherf

*Thursday, December 14, 2023*

The Little Reporting Company

469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x
STAR AUTO SALES OF BAYSIDE, INC.
(d/b/a STAR TOYOTA OF BAYSIDE),
STAR Auto Sales OF QUEENS, LLC
(d/b/a STAR SUBARU), STAR HYUNDAI
LLC (d/b/a STAR HYUNDAI), STAR
NISSAN, INC. (d/b/a STAR NISSAN),
METRO CHRYSLER PLYMOUTH INC. (d/b/a
STAR CHRYSLER JEEP DODGE) STAR Auto
SALES OF QUEENS COUNTY LLC (d/b/a
STAR FIAT) and STAR AUTO SALES OF
QUEENS VILLAGE LLC (d/b/a STAR
MITSUBISHI),

                        Plaintiffs,

        -against-                        Case No.
                                         18-cv-05775
VOYNOW, BAYARD, WHYTE and COMPANY        (ERK)(TAM)
LLP, HUGH WHYTE, and RANDALL
FRANZEN,

                        Defendants.
--------------------------------------x
```

                                    December 14, 2023
                                    8:37 a.m.

    Remote Videotaped Deposition of STEPHEN J. SCHERF, taken by Plaintiffs, pursuant to Notice, held via Zoom before Lisa Hiesiger, a Shorthand Reporter and Notary Public within and for the State of New York.

Case 1:18-cv-05775-ERK-TAM   Document 126-61   Filed 06/05/24   Page 4 of 11 PageID #: 2816

STAR AUTO SALES, et al. v. YOYNOW, BAYARD, WHYTE AND CO., et al.
Stephen Scherf   ---   December 14, 2023

```
                                                              100
1                          Scherf
2          Q.   I'm sorry, there's an engagement
3    letter for the tax services?
4          A.   Correct.
5          Q.   You're saying unsigned letter?
6          A.   Yes, there's an unsigned letter for
7    the tax engagement services.  There are e-mails
8    or billing records that describe the scope of
9    certain other services that were provided, those
10   would have been consulting services by
11   definition, and the standards essentially don't
12   require an engagement letter for that.  That
13   understanding can be an oral understanding as to
14   what you're doing if somebody says to you come up
15   and oversee this sales tax audit, then you do
16   that and then you bill them separately.
17              So there is in some cases e-mails or
18   are billing records or conversations that I saw
19   people testify about what other work was done
20   that was agreed to between the plaintiffs and
21   Voynow.  So I don't know how else to answer your
22   question.
23         Q.   Mr. Scherf, other than tax review and
24   audit engagements, is it fair to say that all
25   other engagements of an accounting firm fall
```

STAR AUTO SALES, et al. v. YOYNOW, BAYARD, WHYTE AND CO., et al.
Stephen Scherf --- December 14, 2023

245

1   Scherf
2   those were like tax audits or something like
3   that, and so there would be a specific time and
4   an end to that tax audit, for example, or DOL
5   audit or when Voynow provided consulting services
6   for training, the new controller.  So there would
7   be a start and an end to each of those
8   engagements that would be clear because they
9   would just start and end.
10        Q.   A consulting engagement could be
11  ongoing, correct?
12        A.   Look, theoretically it could, but you
13  would anticipate that it would be done in phases
14  and so that at the end of each phase either a
15  written or oral report would be provided to the
16  client to tell them the progress or what the
17  observations were during that consulting
18  engagement.
19        Q.   I want to refer you to Exhibit 204,
20  this is a new exhibit.
21             (Exhibit 204, Nissan Rebate and
22             Incentive Schedule 21 Bates stamped Voynow
23             006616, was so marked for identification,
24             as of this date.)
25        Q.   Mr. Scherf, I show you what has been

Case 1:18-cv-05775-ERK-TAM   Document 126-61   Filed 06/05/24   Page 6 of 11 PageID #: 2818

STAR AUTO SALES, et al. v. YOYNOW, BAYARD, WHYTE AND CO., et al.
Stephen Scherf   ---   December 14, 2023

246

1                       Scherf
2      marked as Exhibit 204 for identification, it is a
3      Nissan rebate and incentive schedule, Schedule
4      21, it's Voynow Bates stamped 006616, it is the
5      first page, it goes on for eight pages.  If you
6      go to the top.
7               MS. FITZGERALD:  Is it in sequential
8           as far as Bates stamp production?
9               MR. MULÈ:  I believe so, let's just
10          double-check.  All of them except for the
11          last page.
12          Q.   So on the top left it has a print
13     date of November 23rd, 2015, and if you look at
14     the first page, you see various columns, and
15     there's a column that's headed Serial Number, do
16     you see that?
17          A.   Correct.
18          Q.   Now, there's a notation for the first
19     three rows and it says "wrong control number"
20     with a question mark before it, do you see that?
21          A.   That's what it says, was that the
22     question?
23          Q.   Yes.  I'm asking do you see that?
24          A.   Yes, I can see that, that's what that
25     appears to be.

Case 1:18-cv-05775-ERK-TAM   Document 126-61   Filed 06/05/24   Page 7 of 11 PageID #: 2819

STAR AUTO SALES, et al. v. YOYNOW, BAYARD, WHYTE AND CO., et al.
Stephen Scherf  ---  December 14, 2023

247

Scherf

1
2  Q. On the fourth row, in serial number,
3  it has a bunch of numbers. Are you aware of what
4  a VIN number is?
5  A. That's the vehicle identification
6  number.
7  Q. It's an acronym, right, VIN for V for
8  vehicle, I for identification, and N for number,
9  right?
10  A. Correct.
11  Q. The last acronym stands for number,
12  right?
13  A. Correct.
14  Q. So if you look at the serial number
15  column, aside from those first three rows, in
16  that column under serial number, those are all
17  VIN numbers, are you aware of that?
18  A. If you're representing that they're
19  VIN numbers, they look like VIN numbers to me
20  based on looking at my owner's card, for example.
21  I'll take your word for the fact that they look
22  like VIN numbers.
23         MS. FITZGERALD: Can we enlarge it a
24      little bit?
25         MR. MULÈ: Sure.

Case 1:18-cv-05775-ERK-TAM Document 126-61 Filed 06/05/24 Page 8 of 11 PageID #: 2820

STAR AUTO SALES, et al. v. YOYNOW, BAYARD, WHYTE AND CO., et al.
Stephen Scherf --- December 14, 2023

248

1 Scherf

2 Q. I want to go to the last page of this
3 schedule, you see the last page of this schedule,
4 it has five entries that if you look at the
5 serial number again, it's different from all the
6 others. If you look at, aside from the first
7 three on page 1 and these last five on page 7
8 here, all of them have VIN numbers, but these do
9 not, and you see that there's a circle and it
10 says status, do you see that?
11 A. Right, which means that it looks like
12 Voynow inquired about that and came to the
13 conclusion that those entries were okay.
14 Q. You deduce that from it says OK on
15 the right side and it's circled, right?
16 A. Right.
17 Q. If you look at the last entry, it has
18 November 1, 2015 and it says bonus 1015, do you
19 see that?
20 A. I do see that.
21 Q. In your experience that is certainly
22 not a VIN number, right?
23 A. That's not a VIN number, correct.
24 Q. Reviewing this, you would agree that
25 it did trigger some inquiry by Voynow, correct?

Case 1:18-cv-05775-ERK-TAM   Document 126-61   Filed 06/05/24   Page 9 of 11 PageID #: 2821

STAR AUTO SALES, et al. v. YOYNOW, BAYARD, WHYTE AND CO., et al.
Stephen Scherf --- December 14, 2023

249

1        Scherf
2     A.   That's what it appears based on this
3   work paper, and the inquiry in preparing the tax
4   return appears to indicate that everything is
5   okay and that there's not an adjustment needed
6   for tax purposes.
7     Q.   Now, when there's an inquiry, there's
8   a duty to obtain sufficient relevant data to
9   afford a reasonable basis for the conclusion here
10  that the entry was okay, right?
11    A.   Look, if in an inquiry the answer can
12  be the sufficient relevant data, it doesn't
13  necessarily mean that you -- sufficient relevant
14  data doesn't indicate that it has to be a
15  document.
16    Q.   So that's what I want to get at.  So
17  if you're an accountant and this is under the
18  assumption of a tax engagement, you make an
19  inquiry and you make that inquiry of the person
20  who actually committed the fraud, and they say,
21  oh, that entry, it's okay, and based on your
22  testimony, that is sufficient and satisfies the
23  duty to obtain sufficient relevant data, correct?
24         MS. FITZGERALD:  Object to form.
25    A.   That's not what I said.  I said that

Case 1:18-cv-05775-ERK-TAM Document 126-61 Filed 06/05/24 Page 10 of 11 PageID #: 2822

STAR AUTO SALES, et al. v. YOYNOW, BAYARD, WHYTE AND CO., et al.
Stephen Scherf --- December 14, 2023

250

Scherf

1
2  you would ask the question and if the answer was
3  okay, you don't need a particular document.  So
4  they would have asked the question and I don't
5  know what was said, it's not necessarily the
6  document what that was said, but they came to the
7  conclusion based upon this work paper that it
8  indicates that the explanation was reasonable to
9  take the position that was being taken on the tax
10 return, that's why they said okay, that's the way
11 I interpret this document.  I don't see -- I
12 wouldn't interpret it any other way since it's an
13 accountant's work paper.
14         Q.   So we have to take Voynow's word for
15 it that it was okay and that the explanation was
16 reasonable, right?
17         A.   Right.
18         Q.   That's your testimony?
19         A.   Yes, I think that's what this work
20 paper documents.
21         Q.   You agree, do you not, that there is
22 nothing that details or tells us anything as to
23 what that explanation was?
24         A.   That's absolutely sure.  I don't see
25 an explanation here, but remember under the tax

Case 1:18-cv-05775-ERK-TAM  Document 126-61  Filed 06/05/24  Page 11 of 11 PageID #: 2823

STAR AUTO SALES, et al. v. YOYNOW, BAYARD, WHYTE AND CO., et al.
Stephen Scherf --- December 14, 2023

251

1       Scherf
2       standards you can accept the document on its
3       face, and only if you have a question, you ask a
4       question to make sure that the tax treatment is
5       right, and if the question gets answered in a
6       manner that indicates the tax treatment is right,
7       then it's a done deal in terms of meeting your
8       professional responsibilities under the tax
9       standards.  Because the tax standards at most
10      only require an inquiry.
11           Q.   So under your testimony, an
12      accountant who insulates themselves from any
13      responsibility really has to ask a question which
14      is raising the reasonable inquiry and then sign
15      off OK without giving any explanation, and
16      because it's in their work papers, that's
17      sufficient?
18           MS. FITZGERALD:  Objection.
19           A.   Look, that's the documentation that
20      they met their professional standard requirements
21      that's consistent with that documentation.
22      Absent any other evidence, yeah, that would be
23      the documentation that would indicate that they
24      were doing what they were supposed to do in
25      accordance with professional standards.