# EXHIBIT 23

# In the Matter of

Case No. 18-cv-05775 (ERK)(TAM)

STAR AUTO SALES OF BAYSIDE, INC., et al.

v.

VOYNOW, BAYARD, WHYTE AND COMPANY LLP, et al.

## Deposition of Robert Seibel, 30(b)(6)

*Thursday, June 22, 2023*

The Little Reporting Company

469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
STAR AUTO SALES OF BAYSIDE, INC.
(d/b/a STAR TOYOTA OF BAYSIDE),
STAR AUTO SALES OF QUEENS, LLC
(d/b/a STAR SUBARU), STAR HYUNDAI
LLC (d/b/a STAR HYUNDAI), STAR
NISSAN, INC. (d/b/a STAR NISSAN),
METRO CHRYSLER PLYMOUTH INC. (d/b/a
STAR CHRYSLER JEEP DODGE) STAR AUTO
SALES OF QUEENS COUNTY LLC (d/b/a
STAR FIAT) and STAR AUTO SALES OF
QUEENS VILLAGE LLC (d/b/a STAR
MITSUBISHI),

                        Plaintiffs,

                                         Case No.:
          -against-                      18-cv-05775
                                         (ERK) (TAM)

VOYNOW, BAYARD, WHYTE AND
COMPANY LLP, HUGH WHYTE, and
RANDALL FRANZEN,

                        Defendants.
-------------------------------------X
```

30 (b)(6) VIDEOTAPED DEPOSITION OF
VOYNOW, BAYARD, WHYTE and COMPANY, LLP

BY: ROBERT SEIBEL

(Taken by Plaintiff)

3000 Marcus Avenue, Suite 3W8
Lake Success, New York

June 22, 2023
10:40 a.m.

Reported by Ruthayn Shalom, a Shorthand Reporter and Notary Public within and for the State of New York.

Case 1:18-cv-05775-ERK-TAM   Document 126-62   Filed 06/05/24   Page 4 of 7 PageID #: 2827

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, WHYTE AND CO., et al.
Robert Seibel, 30(b)(6)   ---   June 22, 2023

135

R. Seibel

1
2   the entries.
3       Q   The process is Vivian would post yearend?
4       A   Well, we would -- as part of our tax
5   yearend, if there was any adjustments that we were
6   going to propose, we would propose them to
7   management.  Management would review them and if
8   they agreed with the entries they would post the
9   entries to the general ledger and after they were
10  posted then Sean would have run that trial balance
11  to have a copy of the trial balance after the
12  entries are posted.
13      Q   There is some handwriting on the first
14  page in the middle.  It says -- it looks like it
15  says, Where is 481 ADJ, and it says something else.
16  Do you know what that says?
17      A   Yes.
18      Q   What does it say?
19      A   Where is 481 adjustment, question mark,
20  for lease hold, question mark.
21      Q   What is that in reference to?
22      A   Around this time, the Internal Revenue
23  Service -- excuse me, the United States Treasury had
24  issued new regulations with regard to tangible
25  property regulations that needed to be compiled with

Case 1:18-cv-05775-ERK-TAM   Document 126-62   Filed 06/05/24   Page 5 of 7 PageID #: 2828

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, WHYTE AND CO., et al.
Robert Seibel, 30(b)(6)  ---  June 22, 2023

                                                                151
1                       R. Seibel
2          subject to further objections but we are not
3          waiving these objections.
4     BY MR. MULE:
5          Q    Mr. Seibel, you have been shown
6     Exhibit 157 for identification.  Can you identify
7     what this is?
8               (Plaintiff's Exhibit 157, Marked for
9                        Identification.)
10         A    No.
11         Q    Does this -- has Voynow seen journal
12    entries on Reynolds that are in a different format
13    that relate to yearend adjustments?
14         A    This is not the format of a Reynolds &
15    Reynolds printout report.
16         Q    Does Voynow sit with the controller to
17    make yearend entries?
18              MS. FITZGERALD:  Objection to form.
19         A    We would -- any entries that we were
20    proposing as part of our yearend tax visit, we would
21    go over -- we would go over them with management and
22    with the controller to get management to review and
23    approve them, and then the controller would post
24    those to the general ledger.  In the case of Star,
25    Vivian, when she would go to post the entries, she

Case 1:18-cv-05775-ERK-TAM   Document 126-62   Filed 06/05/24   Page 6 of 7 PageID #: 2829

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, WHYTE AND CO., et al.
Robert Seibel, 30(b)(6)  ---  June 22, 2023

152

1          R. Seibel
2  would ask whoever did the entries to be nearby in
3  case she had questions.
4      Q    So Vivian would ask whoever proposed the
5  entries, and if it was Star Nissan, that would
6  likely be Sean McCormick; is that correct?
7          MS. FITZGERALD:  Objection to form.
8      A    For the years that he was --
9      Q    He was employed?
10     A    That he was employed, yes.
11     Q    Did you ever sit by when Vivian posted
12  yearend entries?
13     A    If -- when I had entries that I proposed
14  for Toyota, I would give them to her to review and
15  to approve the entries and when she would go to post
16  them onto the general ledger, yes, she would ask me
17  to sit or stay in close proximity there in case she
18  had any questions.
19     Q    Voynow would have some document, whether
20  it's a journal pad or a spreadsheet, identifying
21  adjusted entries to be made to tie into the tax
22  return, correct?
23     A    I'm sorry, repeat that again.
24     Q    Voynow would have some document, journal
25  pad or spreadsheet identifying proposed adjusted

Case 1:18-cv-05775-ERK-TAM   Document 126-62   Filed 06/05/24   Page 7 of 7 PageID #: 2830

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, WHYTE AND CO., et al.
Robert Seibel, 30(b)(6)  ---  June 22, 2023

224

1        R. Seibel
2  president but also a principal of Thompson
3  Automotive, correct?
4       A    You're saying is he the owner as well?
5       Q    Yes.
6       A    Yes.  He was the owner of Thompson Motor
7  Group.
8       Q    For Thompson, you got signatures approving
9  the posting of adjusting journal entries from the
10 owner and from the CFO, but for Star, you don't have
11 anything in writing approving adjusting journal
12 entries, correct?
13      A    In a review engagement, you're required to
14 get a management representation letter and that's
15 one of the things that needs to be in your
16 management representation letter is that they, as
17 management, because management is responsible for
18 the books and records of the company, they're
19 signing off that they have reviewed and approved the
20 posting of any adjustments that we proposed.  So we
21 are required in a review engagement to have that in
22 the management rep letter that they sign.
23           MS. FITZGERALD:  Let's take a one-minute
24      break.  We don't even have to move.
25           THE VIDEOGRAPHER:  The time is 7:56 p.m.