# EXHIBIT 24

# In the Matter of

Case No. 18-cv-05775 (ERK)(TAM)

STAR AUTO SALES OF BAYSIDE, INC., et al.

v.

VOYNOW, BAYARD, WHYTE AND COMPANY LLP, et al.

## Deposition of David A. Kaplan

*Tuesday, November 15, 2022*

The Little Reporting Company

469 Seventh Avenue
12th Floor
New York, NY 10018
tel: 646-650-5055
www.littlereporting.com

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
STAR AUTO SALES OF BAYSIDE, INC.
(d/b/a STAR TOYOTA OF BAYSIDE),
STAR AUTO SALES OF QUEENS, LLC
(d/b/a STAR SUBARU), STAR HYUNDAI
LLC (d/b/a STAR HYUNDAI), STAR
NISSAN, INC. (d/b/a STAR NISSAN),
METRO CHRYSLER PLYMOUTH INC. (d/b/a
STAR CHRYSLER JEEP DODGE) STAR AUTO
SALES OF QUEENS COUNTY LLC (d/b/a
STAR FIAT) and STAR AUTO SALES OF
QUEENS VILLAGE LLC (d/b/a STAR
MITSUBISHI),

                          Plaintiffs,

          -against-                        Case No.
                                           18-cv-05775
VOYNOW, BAYARD, WHYTE and COMPANY          (ERK)(TAM)
LLP, HUGH WHYTE, and RANDALL
FRANZEN,

                          Defendants.
-------------------------------------x

                                November 15, 2022
                                10:47 a.m.


     Deposition of DAVID A. KAPLAN, taken by

Plaintiffs, pursuant to Notice, held at the

offices of Milman Labuda PLLC, 3000 Marcus Avenue,

Suite 3W8, Lake Success, New York, before Lisa

Hiesiger, a Shorthand Reporter and Notary Public

within and for the State of New York.
```

Case 1:18-cv-05775-ERK-TAM   Document 126-63   Filed 06/05/24   Page 4 of 7 PageID #: 2834

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
David Kaplan --- November 15, 2022

55

1                    Kaplan
2        Q.   How long has Voynow been using that
3    testimony?
4        A.   I think we've been at it for six to
5    seven years.
6        Q.   Do you have any recollection of what
7    the billing system was before Practice CS?
8        A.   It's been a while ago.
9             MS. FITZGERALD:  Yes or no.
10       A.   Not at this point.
11       Q.   Do you keep track of all your time
12   currently within the Practice CS system?
13       A.   Yes, I post my time to Practice CS.
14       Q.   So for example, if you perform tax
15   preparation services for a client, you would
16   enter those into the system, correct, that time
17   into the system?
18       A.   I enter all of my time into the
19   system.
20       Q.   Are there certain codes for different
21   types of work within the Practice CS system?
22       A.   Yes.
23       Q.   Is it fair to say that there are
24   certain codes associated with tax preparation
25   services?

Case 1:18-cv-05775-ERK-TAM Document 126-63 Filed 06/05/24 Page 5 of 7 PageID #: 2835

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
David Kaplan --- November 15, 2022

56

1             Kaplan
2        A.   There are certain codes associated
3   with that, yes.
4        Q.   And then there are different codes
5   for review engagement services, correct?
6        A.   Yes.
7        Q.   And then different codes, billing
8   codes for audited financial statement services,
9   correct?
10       A.   There's different codes for audits,
11  yes.
12       Q.   And then different codes for
13  administrative work that you perform, correct?
14       A.   Absolutely.
15       Q.   Different codes for training
16  services?
17       A.   Yes.
18       Q.   Is there a section, let's say 80 or
19  90 or something like that, that is associated
20  with tax services?
21       A.   I don't know what you mean by 80 or
22  90.
23       Q.   Is there a number, like a code that's
24  associated with tax services versus, you know,
25  audits?

Case 1:18-cv-05775-ERK-TAM   Document 126-63   Filed 06/05/24   Page 6 of 7 PageID #: 2836

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
David Kaplan   ---   November 15, 2022

59

1              Kaplan
2       like to have marked as Exhibit 70.
3               (Exhibit 70, Pure time collection
4           report for Star Chrysler Plymouth Jeep and
5           Star Hyundai, was so marked for
6           identification, as of this date.)
7           Q.   I'm going to show you what's been
8       marked as Exhibit 70 and just ask you to look at
9       this for a minute and then let me know when
10      you've had a chance to review it.
11          A.   I've looked at it.
12          Q.   Have you ever seen this before?  Have
13      you ever seen this document before?
14          A.   I don't think I've seen this one
15      before, no, not this particular document.  But
16      again when you deal with a time and billing
17      system, they produce paper like there's no
18      tomorrow.
19          Q.   You've seen documents similar to
20      this, is that fair?
21          A.   Yes, somewhat similar, yes.
22          Q.   Did you see anything like this, or I
23      should say did you see anything like this in the
24      last few days in terms of your preparation for
25      the deposition today?

Case 1:18-cv-05775-ERK-TAM   Document 126-63   Filed 06/05/24   Page 7 of 7 PageID #: 2837

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
David Kaplan --- November 15, 2022

65

1         Kaplan
2    page it would list all the various codes for a
3    particular report?
4         A.   Yes, the service is what's listed
5    underneath.
6         Q.   So on this particular, the first page
7    of it, there's a reference to a review
8    engagement.
9         A.   Yes.
10        Q.   And it's indicating one hour, right?
11        A.   Yes.
12        Q.   And the review engagement, that is
13   when Voynow reviews the information and provides
14   a reviewed financial statement to the client, is
15   that right?
16             MS. FITZGERALD:  Object to form.
17             You can answer.
18        A.   More likely not.  My guess would be
19   for that one hour, since we were not doing any
20   financial statements, that's a mis-posting.
21        Q.   How do you know you weren't doing a
22   financial statement?  You didn't work on Star,
23   right?
24        A.   Right, I did not work on Star, but
25   it's only one hour, and review engagement, and