# EXHIBIT "27"

AT A TRIAL TERM OF THE SUPREME COURT, PART 8, HELD IN AND FOR NASSAU COUNTY, AT THE COURTHOUSE IN MINEOLA, NY ON THE 1st, 2nd, 3rd, 4th, 8th, 9th & 10th DAY OF APRIL 2024

INDEX #: 610541/2018

**PRESENT: HON. SHARON M.J. GIANELLI**    CALENDAR #: 2020HO729

_____X

STAR NISSAN, INC. D/B/A STAR NISSAN;
STAR AUTO SALES OF BAYSIDE, INC.
D/B/A STAR TOYOTA OF BAYSIDE

MILMAN LABUDA LAW GROUP PLLC
3000 MARCUS AVE STE 3W8
LAKE SUCCESS, NY 11042
BY: JOSEPH MARTIN LABUDA,
KYLE FRANCIS OAKES MONAGHAN
JEREMY KOUFAKIS

**PLAINTIFFS**

**FOR: PLAINTIFFS**

-AGAINST-

CARMEN JONES AND
DEMETRIUS JONES

MARKOTSIS & LEIBERMAN
115B BROADWAY STE 2
HICKSVILLE, NY 11801
BY: DOUGLAS M LIEBERMAN

**DEFENDANTS**

**FOR: DEFENDANTS**

_____

THIS CAUSE HAVING BEEN CALLED IN ITS REGULAR ORDER ON THE CALENDAR, ORDERED THAT A JURY BE CALLED AND THIS CAUSE TRIED. JURY DULY DRAWN, CALLED AND SWORN, AND CAUSE TRIED. THE JURY RETIRED IN CHARGE OF A SWORN OFFICER, AND SUBSEQUENTLY THEY CAME INTO COURT, AND BEING CALLED SAY THAT THEY FIND **AS FOLLOWS:**

I.     **FRAUD AND DECEIT**
       **IN FAVOR OF PLAINTIFF**       DAMAGES         $555,000.00
       **(As to Carmen Jones)**

Case 1:18-cv-05775-ERK-TAM   Document 126-66   Filed 06/05/24   Page 3 of 4 PageID #: 2859

| | | | |
|---|---|---|---|
| II. | CONVERSION<br>IN FAVOR OF PLAINTIFF<br>(As to Carmen Jones) | DAMAGES | $555,000.00 |
| III. | BREACH OF FIDUCIARY DUTY<br>In Favor of Plaintiff<br>(As to Carmen Jones) | DATE OF BREACH | 8/21/01 |
| IV. | BREACH OF DUTY OF LOYALTY<br>In favor of Plaintiff<br>(As to Carmen Jones) | DATE OF BREACH | 8/21/01 |
| V. | VIOLATION OF THE FAITHLESS<br>SERVANT DOCTRINE<br>In favor of Plaintiff<br>(As to Carmen Jones) | DATE OF BREACH | 8/21/01 |
| VI. | A - DAMAGES (III, IV, V)<br>(As to Carmen Jones) | DAMAGES | $555,000.00 |
| | B - DAMAGES (III, IV, V)<br>Earnings from earliest date of first<br>breach until end of her employment<br>(As to Carmen Jones) | DAMAGES | $555,000.00 |
| VII. | CONSTRUCTIVE TRUST<br>IN FAVOR OF DEFENDANT | | |
| VIII. | UNJUST ENRICHMENT<br>In favor of Plaintiff<br>(As to Carmen Jones) | DAMAGES | $555,000.00 |
| IX. | UNJUST ENRICHMENT<br>(As to Demetrius Jones) | DAMAGES | $555,000.00 |
| X. | PUNITIVE DAMAGES<br>(As to Carmen Jones) | DAMAGES | $297,000.00 |

# Extract from Clerk's Minutes

## Supreme Court
## Nassau County

STAR NISSAN, INC. D/B/A STAR NISSAN;
STAR AUTO SALES OF BAYSIDE, INC.
D/B/A STAR TOYOTA OF BAYSIDE

**PLAINTIFF**

AGAINST

CARMEN JONES AND
DEMETRIUS JONES

**DEFENDANTS**

Index No. 610541/2018  Cal No. 2020H0729