# EXHIBIT 28

July 25, 2013

Mr. John Kouakis
Star Nissan
206-26 Northern Blvd.
Bayside, NY 13361

Dear John:

The following is an overview of items noted during our most recent visit to your dealerships.

CASH IN BANK – MARATHON BANK
We looked at the bank reconciliation of the Cash in Bank – Marathon Bank account (main bank account) and noted that it was reconciled as of June 30, 2013. There were outstanding deposits in the amount of $930,003.13 which were able to trace into deposit tickets provided by Carmen. There is $4,200.97 in interest income for the year to date that Debbie has yet to post to the general ledger.

CASH IN BANK – MARATHON REFUND ACCOUNT
We looked at the bank reconciliation of the Cash in Bank – Marathon Refund Bank account and noted that it was reconciled as of June 30, 2013. There were no outstanding deposits, however, there were 15 outstanding checks totaling $7,000. Nine of the outstanding checks totaling $1,000 were from prior to 2013.

CASH IN BANK – DMV MARATHON
We looked at the bank reconciliation of the Cash in Bank – DMV Marathon account and noted that it was reconciled as of June 30, 2013. There were 8 checks outstanding for a total of $24,957.91, all of which are from 2013. Three of the outstanding checks were intercompany checks for $23,870 which Vivian cut because they had to pay balances and these were the only signed checks on hand.

CASH IN BANK – PAYROLL MARATHON
We looked at the bank reconciliation of the Cash in Bank – Marathon Payroll account and noted that it was reconciled as of June 30, 2013.



VOYNOW_011008
CONFIDENTIAL

There were no deposits in transit, however, there were outstanding checks totaling $117,857.78.
Star Nissan
May 29, 2013
Page 2

CONTRACTS IN TRANSIT

    We looked at an interim schedule of car deals and noted the following contracts in transit aged over 10 days which we discussed with Nicholas.

| CONTROL# | CUSTOMER NAME | DAYS AGED | AMOUNT | COMMENTS |
|---|---|---|---|---|
| 39549 | Vladimir Baskin | 36 | $22,687.73 | In process per NMAC |
| 42623 | Arthur T. Aumuller | 24 | 23,924.11 | Paid, to be posted |
| 54368 | Yvette Perez | 24 | 29,650.80 | In process per NMAC |
| 59387 | Pamela R Gillespie | 24 | 20,428.20 | Paid, to be posted |
| 85512 | Pasquale Nobile | 24 | 18,398.79 | Paid, to be posted |
| 97216 | Oscar F Ferrufino | 128 | 25,846.66 | NMAC has no record of this deal, so Nick has to re-send all the paperwork |
| 98365 | Benjamin P Dallemand | 30 | 18,866.85 | Paid, to be posted |
| 98446 | Jennifer Latorre | 18 | 27,143.80 | Nicholas to research |
| 98460 | Jonathan Castillo | 24 | 32,891.33 | Nicholas to research |
| 98470 | Linked Mechanical | 15 | 32,251.73 | Paid, to be posted |
| 98477 | Liliana Guerrero | 14 | 26,924.76 | Nicholas to research |
| 98517 | Sung Nam Yoo | 14 | 17,080.30 | Paid, to be posted |

VEHICLE ACCOUNTS RECEIVABLE

    We looked at an interim schedule of car deals and noted there were no open receivables balances aged over 30 days.

CUSTOMER DEPOSITS

    We looked at an interim schedule of car deals and noted that all balances are credits that are either owed back to customers or will be applied against future deals. There were no debit balances.

SERVICE AND PARTS ACCOUNTS RECEIVABLE

    We looked at an interim schedule of service and parts accounts receivable and dicussed the folowing aged open receivables with Carmen and Al Karim.

| CUST# | CUSTOMER NAME | TOTAL | 61-90 | 91-120 | 121+ |
|---|---|---|---|---|---|
| 149 | Koeppel Nissan | $1,048.32 | $ 181.58 | - | - |
|  | Will be collected |  |  |  |  |

VOYNOW_011009
CONFIDENTIAL

```
159        5 Star Auto Center    3,151.88    1,207.91    566.68    732.35
           Slow pay, will be collected
295        Arch Auto Parts       9,098.32      447.61       -         -
424        Bayside Collision     4,218.32    1,745.79       -         -
```

Star Nissan
May 29, 2013
Page 3

| CUST# | CUSTOMER NAME | TOTAL | 61-90 | 91-120 | 121+ |
|---|---|---|---|---|---|
| 585 | Kingspoint Auto | 945.78 | - | 94.32 | - |
| 775 | Petrone Automotive | 2,439.90 | 53.00 | 485.37 | 1,327.83 |
|  | Slow pay, will be collected | | | | |
| 4977 | Carriage House Collision | 10,871.41 | 1,525.33 | - | - |
|  | Slow pay, Al Korim workin on | | | | |
| 15734 | North Star Auto | 7,725.07 | 2,049.45 | 159.01 | - |
|  | Slow pay, will be collected | | | | |
| 20400 | Great Neck Collision | 4,152.89 | 700.92 | - | 2,915.20 |
|  | Collecting slowly | | | | |
| 22571 | Intercounty Auto | 2,312.55 | - | - | 2,312.55 |
|  | Possible write off | | | | |
| 31768 | Norman Collision | 4,937.28 | 1,278.04 | 508.00 | 65.43 |
|  | Collecting overtime | | | | |
| 65406 | Easy Care Warranty | 6,301.84 | - | - | 6,301.84 |
|  | Carmen trying to collect | | | | |
| 79689 | DMP Company Inc. | 8,343.71 | 1,059.54 | 1,560.53 | 3,888.73 |
|  | Carmen trying to collect | | | | |
| 91191 | One to One Rewards | 5,625.44 | 843.40 | 1,317.37 | 2,214.09 |
|  | A portion may have to be written off | | | | |

HOLDBACK RECEIVABLE
    We looked at an interim schedule of holdback receivables and noted that all items were current and should be collected in August.

CREDIT CARD RECEIVABLE
    We looked at an interim schedule of credit card receivables and noted there were many open debits with a total of $158,758.78 outstanding. We discussed this with Carmen and noted that she had a stack of credit card deposit notices from July to post.

SUBLET INVENTORY
    We looked at a schedule of sublet inventory and discussed the following items with Carmen.

| CONTROL# | DAYS | AMOUNT | COMMENTS |
|---|---|---|---|
| 395787 | 617 | $ 1,600.00 | Pathfinder program, Steve Hausman researching |

VOYNOW_011010
CONFIDENTIAL

| CONTROL# | DAYS | AMOUNT | COMMENTS |
|---|---|---|---|
| 396117 | 631 | 2,440.00 | Pathfinder program, Steve Hausman researching |
| 404538 | 479 | 2,240.00 | Pathfinder program, Steve Hausman researching |
| 413670 | 246 | 3,080.00 | Pathfinder program, Steve Hausman researching |

Star Nissan
May 29, 2013
Page 4

| CONTROL# | DAYS | AMOUNT | COMMENTS |
|---|---|---|---|
| 418306 | 260 | 1,080.00 | Pathfinder program, Steve Hausman researching |
| 418416 | 120 | 840.00 | Pathfinder program, Steve Hausman researching |
| 425373 | 139 | 10,689.22 | JK Auto Body bill |

We also noted 17 debit balances older than 100 days aged totaling $5,196.94 that Carmen believes are rental related and may need to be expensed.

**WARANTY CLAIMS**

We looked at an interim schedule of warranty claims receivable and discussed the following balances aged over 30 days with Carmen.

| REF# | AGE | AMOUNT | COMMENTS |
|---|---|---|---|
| 432434 | 31-60 | $   500.00 | Overcharge, to be written off |
| 432464 | 31-60 | 1,708.41 | To be written off |
| 432493 | 31-60 | 190.00 | Carmen expects payment |
| 433523 | 31-60 | 2,500.00 | Supposed to be customer pay |

**PORTFOLIO WARRANTY CLAIMS**

We reviewed a schedule of extended warranty claims receivable and noted a summary of the schedule as follows:

| AGE | # OF BALS | AMOUNT |
|---|---|---|
| 0-30 | 9 | $ 6,365.92 |
| 31-60 | 8 | 3,511.54 |
| 61-90 | - | - |
| 91+ | - | - |
| TOTAL | 17 | $ 9,877.46 |

Per Carmen, these claims should be offset as a reduction of the payable for new portfolio warranty contracts sold. She will make the adjustment as necessary.

**EMPLOYEE RECEIVABLES**

VOYNOW_011011
CONFIDENTIAL

We looked at a schedule of employee advances receivable and noted there were 9 employees with outstanding balances receivable totaling $18,501.23. Per Vivian, all employees with balances are still employed and the monies should be deducted from their paychecks.

Star Nissan
May 29, 2013
Page 5

## PREPAID OTHER

We looked at an interim schedule of prepaid other and noted that th schedule consisted of the following balances.

| CONTROL# | AMOUNT | COMMENT |
|---|---|---|
| 2214CONED | $ 2,066.21 | Energy efficient light fixtures |
| 2230CONED | 3,963.31 | Energy efficient light fixtures |

## EXTENDED WARRANTY ACCOUNTS PAYABLE

We looked at an interim schedule of extended waranty A/P and discussed the following balances aged over 100 days with Carmen.

| SERIAL # | DAYS | AMOUNT | COMMENT |
|---|---|---|---|
| 103975 | 326 | $  733.00 | Cancellation of warranty |
| 109516 | 175 | 199.00 | Write off |
| 139294 | 204 | 1,836.00 | Cancellation of warranty |
| 225203 | 128 | (187.00) | Carmen needs to research |
| 228130 | 292 | 370.00 | W/O posting error |
| 238892 | 190 | (516.00) | W/O costing difference |
| 310907 | 128 | (190.00) | Carmen needs to research |
| 317619 | 162 | (923.00) | Need to process |
| 366700 | 117 | (1,000.00) | Carmen needs to research |
| 411007 | 321 | (291.00) | Need to process |
| 432133 | 118 | (712.00) | Need to process |
| 432636 | 164 | 387.00 | W/O costing difference |
| 470393 | 181 | 15.00 | W/O small balance |
| 607570 | 117 | 1,000.00 | Carmen needs to research |
| 629801 | 115 | (1,467.00) | Carmen needs to research |
| 635843 | 152 | (  788.00) | Carmen needs to research |
| 656518 | 218 | (1,203.00) | Need to process |
| 751015 | 188 | 394.00 | W/O costing difference |
| 807843 | 152 | 417.00 | Carmen needs to research |
| 815188 | 179 | (24.00) | W/O small balance |
| 863843 | 110 | 1,205.00 | Carmen needs to research |
| 862410 | 119 | 311.00 | W/O costing difference |
| RRANTY | 133 | (1,200.00) | Warranty pack |

VOYNOW_011012
CONFIDENTIAL

**LICENSE AND REGISTRATION PAYABLE**

    We looked at a schedule of license and registration payable and discussed the following with Jackie.

| CONTROL# | CUSTOMER | DAYS | AMOUNT | COMMENT |
|---|---|---|---|---|

VOYNOW_011013
CONFIDENTIAL