# EXHIBIT 29

### STAR HUNDAI, STAR NISSAN, STAR MITSU

#### CASH IN BANK

We reviewed the cash accounts and noted they were reconciled as of April 30, 2012. All deposits in transit were traced and cleared in subsequent period. Bank reconciliations are done monthly by Debbie except for the HRA account which is reconciled by Vivian.

#### CONTRACTS IN TRANSIT

#### VEHICLE RECEIVABLES

#### ACCOUNTS RECEIVABLE, PARTS AND SERVICE

We checked an interim schedule of accounts receivable for parts and service and noted the following balances aged over 60 days old.

| CTRL # | NAME | TOTAL | 60+ | 90+ |
|---|---|---|---|---|
| 99 | Retail Sale | $  10.62 | $ | $  10.62 |
| 5399 | Jim Moran & Associates | | | |
| 10176 | Champion Collision | 96.04 | | 96.04 |
| 10283 | North Star Auto Collision | 2566.65 | | 916.01 |
| 10291 | Star Auto Center Inc | 323.05 | 145.70 | |
| 10496 | Great Neck Collision | 2308.54 | | 2308.54 |
| 10605 | Better Body Auto | 7221.10 | 1032.01 | 1791.32 |
| 10618 | Inter County Automotive | 3641.15 | | 3641.15 |
| 10773 | Little Neck Automotive | 192.04 | | 192.04 |
| 11657 | Carriage House Collision | 14114.22 | | 8494.84 |
| | | | | |

#### FACTORY RECEIVABLE

Reviewed schedule with Vivian and Vivian stated that all balances will be collected.

#### WARRANTY RECEIVABLE



PLAINTIFF'S EXHIBIT 2 JRD 3/22/u

The warranty schedule contains 12 items that are over 30 days old that total $6314.80.

## NEW VEH INVENTORY

We have reviewed the New Veh Inv schedule and noted the following new inventory over 90 days and their value.

| Model | Value | Number of Models |
|---|---|---|
| Santa Fe | $ 166,309.87 | 6 |
| Genesis | 168310.33 | 4 |
| Sonta | 322537.60 | 13 |

## USED VEH INV

We checked an interim schedule of used vehicle inventory and noted the following used vehicles in inventory to be over the age of 60 days.

| Stock | Year/Make/Model | Days in Stock | Value |
|---|---|---|---|
| HU0786 | 08 Lexus IS 250 | 355 | $ 22001.30 |
| HU0788T | 07 Hyundai Santa Fe | 354 | 15456.83 |
| HU0824 | 09 Honda Accord SDN | 329 | 17168.80 |
| HU0845T | 09 Chevrolet Cobalt | 309 | 11126.74 |
| HU0855R | 10 Hyundai Sonata | 299 | 14600.32 |
| HU0856R | 10 Hyundai Sonata | 299 | 13554.05 |
| HU0917 | 09 Nissan Altima | 254 | 15497.12 |
| HU0952 | 09 Hyundai Genesis | 229 | 20880.50 |
| HU0976 | 08 Nissan Truck   Rogue | 211 | 18432.45 |
| HU0999T | 09 Mercury Mariner | 195 | 17025.57 |
| HU01006T | 09 Toyota Yaris | 191 | 8805.00 |
| HU01053 | 09 Acura RDX | 154 | 24038.63 |
| HU01082 | 06 Hyundai Santa Fe | 123 | 15909.55 |
| HU01085T | 07 Toyota Yaris | 121 | 7000.94 |
| HU01087T | 05 Honda Element | 121 | 8981.70 |
| HU01107T | 06 Volvo XC9 | 98 | 11773.63 |
| HU01139T | 06 KIA Sorento | 79 | 8182.95 |
| HU01142T | 06 Toyota 4 Runner | 74 | 19267.67 |
| HU01149 | 08 Suzuki Grand Vitara | 71 | 13205.00 |
| HU01154 | 09 Hyundai Genesis | 67 | 17477.99 |
| HU01158T | 04 Chevrolet Trailblazer | 64 | 6467.69 |
| HU01161R | 11 Hyundai Genesis | 63 | 24137.45 |
| HU01168T | 06 Subaru Outback | 60 | 9101.89 |

## EARNBACK

VOYNOW_010988
CONFIDENTIAL

Hyundai pays holdback quarterly. All opened items from second quarter.

**EMPLOYEE ADVANCES**

We checked the schedule with Debby who advised us that the employees on the schedule are currently employed by Star Hyundai.

**SUBLET REPAIRS**

**PREPAID EXPENSES**

We checked an interim schedule of prepaid expenses and noted the following opened balances

| CTRL # | DESCRIPTION | AMOUNT | COMMENT |
|---|---|---|---|
| 6917 | LIFO 2011 | $ 376.50 | Expensed at year end |
| 7518 | | 3050.00 | One year |
| 2012-56 | | 5239.61 | Roof repair |

**LICENSE AND REG**

We checked the interim schedule of License and Reg and noted the following

| Days | Control # | Total Amount |
|---|---|---|
| 37 | 5115 | $ 110.00 |
| 91 | 15341 | 104.25 |
| 42 | 15645 | 34.00 |

**SERVICE CONTRACTS**

There is an outstanding item of 110.98 which is over 90 days old

VOYNOW_010989
CONFIDENTIAL