# EXHIBIT 30

Subaru

Bank recs
    All banks were examined. We saw that they were reconciled through September. Except for the Refund Marathon Account (206) which was reconciled as of August

Subaru factory account
    We reviewed the factory parts reconciliation and noted it was reconciled as of September.

Car deals
    We discussed the car deal schedule with Gladys and noted the following for deals that are over a week old

| Cust Name | Age | Amount | Comment |
|---|---|---|---|
| C. Wong | >10 days | 34803.73 | Booked waiting on funding |
| K. Skamalos | >10 days | 27472.45 | Booked waiting on Funding |
| R. Lieman | >20 days | 30473.11 | Funded 10/17 |
| K. Chiang | >30 days | 23301.86 | Booked waiting on Funding |
| C. Pate | >10 days | 42590.75 | funded 10/07 |
| C. Sze | > 20 days | 18448.26 | Booked waiting Funding |
| K. Fukada | >10 days | 26346.74 | resubmitted |
| T. Pan | >10 days | 29361.40 | funded 10/17 |
| V. Lagos | >10 days | 27984.27 | funded 10/17 |

Service & Parts Receivable
    We discussed the service and parts schedule with Gladys and noted the following for deals that are over a week old

| Cust No | Customer name | Amount | Age | Comment |
|---|---|---|---|---|
| 8227 | Champion Collision | 1581.61 | 121+ | amount was paid according to customer being disputed |
| 8279 | Michael Kall | 400 | 121+ | being researched will be |



PLAINTIFF'S EXHIBIT 3

VOYNOW_011159 CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| | | | | collected per glayds |
| 8758 | Avis/Budget | 1371.89 | 121+ | claims |
| 8879 | Cross County | 3032.21 | | |
| 108503 | Paul Petrone | 4855.53 | 121+ | amount was paid according to customer being disputed |

**Extended Warranty Payable**

We discussed the extended warranty payable schedule with Gladys and noted the following. Warranties are re-classed into the Extras control after 180 days. After another 90 days it is picked up into income

**Accrued Payroll**

We discussed accrued payroll with Vivian and noted the following. There is accrued payroll from 2015 of 12,350.58 that should have been reversed during 2016. To be picked up into income.

**We owes on deliveries**

We discussed we owes on deliveries with Gladys and noted the following. Items current and will be paid out except for the balance in extras which is estimated to be 8,875 by year end. This amount will be picked up into income.

**Accounts Payable**

We discussed the accounts payable schedule with Ana and noted the following for deals that are over a week old

| Vendor No | Vendor name | Amount | Age | Comment |
|---|---|---|---|---|
| 12387 | KanZhongGuo | 6,446.66 | 701 | staff is aware of the amounts owed but will not be paid until instructed to |
| 1015 | Daily News LP | 2,176.47 | 539 | |
| 17014 | Danbi Christian TV | 4,000.00 | 176 | |

VOYNOW_011160
CONFIDENTIAL

Used Vehicle Inventory
   We discussed this schedule with Gladys and noted that were was 362.65 left on a 2014 Subaru Forester. This amount is a misposting and will be corrected before year end.

Fixed Assets
   We reviewed this schedule and saw that additional furniture was put into fixed. These assets will be fully depreciated using section 179 for 24,169.

VOYNOW_011161
CONFIDENTIAL