# EXHIBIT "32"

```
                    Voynow, Bayard & Company, CPAs                          v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                    SORT ON CLIENT ID * SELECTED CLIENTS

 5273   /      GRP: STAR    PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR HYUNDAI LLC/STAR HYUNDAI LLC                      VIVIAN
  CDATE     WDATE     WORK(CODE)  STAFF NAME     SID RATE    HRS    AMOUNT  SEQ#   ACTION
 ---------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/        * *

              12   PATRICK J. CATALINE                 8.50       680.00

 02/28/11 02/11/11  5 69 JOHN BRESLIN       129   80  0.20        16.00 876493 B H T:
                        ext

             129   JOHN BRESLIN                        0.20        16.00

 01/31/11 01/10/11  5 69 Bob Seibel          75  190  1.00       190.00 872454 B H T:
                        NY IT204LL
 02/28/11 02/15/11  5 69 Bob Seibel          75  190  0.50        95.00 879305 B H T:
 02/28/11 02/17/11  5 69 Bob Seibel          75  190  0.50        95.00 879313 B H T:
 02/28/11 02/19/11  5 69 Bob Seibel          75  190  0.50        95.00 879285 B H T:
 06/30/11 06/07/11  5 69 Bob Seibel          75  190  1.00       190.00 897625 B H T:
 08/31/11 08/02/11  5 69 Bob Seibel          75  190  1.00       190.00 903994 B H T:
                        Go over return.
 08/31/11 08/03/11  5 69 Bob Seibel          75  190  1.00       190.00 904016 B H T:
                        Tax return.
 08/31/11 08/16/11  5 69 Bob Seibel          75  190  0.50        95.00 907003 B H T:
                        Tax returns.
 08/31/11 08/22/11  5 69 Bob Seibel          75  190  0.50        95.00 907032 B H T:
                        3115 to KM
 08/31/11 08/25/11  5 69 Bob Seibel          75  190  0.50        95.00 907050 B H T:
                        Tax returns.
 08/31/11 08/26/11  5 69 Bob Seibel          75  190  1.00       190.00 907058 B H T:
                        Tax returns.
 09/30/11 08/31/11  5 69 Bob Seibel          75  190  0.50        95.00 907083 B H T:
                        E-file

              75   Bob Seibel                          8.50     1,615.00

           BUSTAX Year End Tax Work                   24.70     3,436.00

 08/31/11 08/25/11  5 97 JOHN BRESLIN       129   80  1.20        96.00 905898 B H T:

             129   JOHN BRESLIN                        1.20        96.00

           BUSTAX Math/Proof Report/Retur               1.20        96.00

 12/31/10 12/14/10  6 39 RAFAEL VARGAS      127  110  0.30        33.00 867838 ON HOLD
                        Working on New York form IT-204-LL.

             127   RAFAEL VARGAS                       0.30        33.00

           INTSER Other Services USE MEMO              0.30        33.00

 05/31/11 05/26/11  6 84 Shawn McCormack     40  190  3.50       665.00 897172 B H T:    I
 05/31/11 05/27/11  6 84 Shawn McCormack     40  190  3.50       665.00 897174 B H T:

              40   Shawn McCormack                     7.00     1,330.00

           INTSER Letters to Client, Prep              7.00     1,330.00

 03/31/11 03/05/11  8 32 Kenneth Mann        48  250  0.30        75.00 887374 B H T:
                        263A election

 ---------------------------------------------------------------------------------
 18 Oct 2011 12:22                    DWIP SORT ON CLIENT ID   5273 /      PAGE: 340
```

CONFIDENTIAL

VOYNOW_024798



PLAINTIFF'S EXHIBIT 5

```
                    Voynow, Bayard, Whyte and Company, LLP                v.7.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                       SORT ON CLIENT ID * SELECTED CLIENTS

 5266 /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR NISSAN INC./                                    VIVIAN
  CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS      AMOUNT   SEQ#   ACTION
 -----------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/   * *

                    set Naki Parki up on portal, scan and upload tax
                    douments and email

               132 DOROTHEA BURCH                      0.90         45.00

         PERSTX Photocopying Documents                 0.90         45.00

         * * TOTAL FEES                              242.20      35,873.00


                         * *   CHARGEABLE EXPENSES  * *

 07/31/14 07/23/14  1  1 Randall Franzen       83                    65.00  51648 B H T:
                        donuts

                     83 Randall Franzen                              65.00

         Miscellaneous Expense                                       65.00

 02/28/14 01/27/14 10  1 Shawn McCormack       40                     6.66  33076 B H T:

                     40 Shawn McCormack                               6.66

         MILEAGE 6160                                                 6.66

 07/31/14 07/24/14 10  3 DAVID KUMOR          136                     6.98  50313 B H T:
                        DINNER

                    136 DAVID KUMOR                                   6.98

         SUPPER MONEY 6167                                            6.98

 02/28/14 01/29/14 10  4 Randall Franzen       83                 1,256.00  29337 B H T:
                        hotel andrew

                     83 Randall Franzen                           1,256.00

         HOTELS AND TRAVEL 6160                                   1,256.00


         * * TOTAL EXPENSES                                       1,334.64


                         * *    DEBITS & CREDITS    * *

 10/31/13 10/31/13 99  3                                         -1,000.00 996404 B H T:
 11/30/13 11/30/13 99  3                                         -1,000.00   4791 B H T:
 12/31/13 12/31/13 99  3                                         -1,000.00   4928 B H T:
 01/31/14 01/31/14 99  3                                         -1,000.00  14752 B H T:
 02/28/14 02/28/14 99  3                                         -1,000.00  14890 B H T:
 02/28/14 02/28/14 99  3                                         -7,900.00  25492 B H T:
 03/31/14 03/31/14 99  3                                         -1,000.00  16263 B H T:
 04/30/14 04/30/14 99  3                                         -1,000.00  19317 B H T:
 05/31/14 05/31/14 99  3                                         -1,000.00  19459 B H T:
 -----------------------------------------------------------------------------------------
 26 Sep 2014 09:28            DWIP SORT ON CLIENT ID    5266 /         PAGE: 64
```

CONFIDENTIAL                                                          VOYNOW_024592

```
                    Voynow, Bayard, Whyte and Company, LLP                v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                       SORT ON CLIENT ID * SELECTED CLIENTS

5266 /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                  VIVIAN
 CDATE    WDATE    WORK(CODE)   STAFF NAME    SID  RATE   HRS     AMOUNT   SEQ#  ACTION
-------------------------------------------------------------------------------------
                  * *   CHARGEABLE FEES   BY CODES/STAFF/       * *

06/30/13 05/29/13   5 92 David Kaplan         92   240   1.50      360.00 992689 B H T:

                    92  David Kaplan                     1.50      360.00

              BUSTAX Staff Supervision                   1.50      360.00

01/31/13 01/15/13   5 93 Kenneth Mann         48   250   0.20       50.00 982472 B H T:
                         eng letter review

                    48  Kenneth Mann                     0.20       50.00

              BUSTAX Partner Review                      0.20       50.00

06/30/13 05/29/13   5 95 Brett Bausinger     124   120   0.70       84.00 993699 B H T:
06/30/13 05/29/13   5 95 Brett Bausinger     124   120   0.20       24.00 993702 B H T:
06/30/13 06/24/13   5 95 Brett Bausinger     124   120   1.50      180.00 997478 B H T:

                   124 Brett Bausinger                   2.40      288.00

              BUSTAX Clear Review Comments              2.40      288.00

07/31/13 07/09/13   5 97 VINCENT BUCOLO      135   100   1.00      100.00 998513 B H T:

                   135 VINCENT BUCOLO                    1.00      100.00

              BUSTAX Math/Proof Report/Retur             1.00      100.00

06/30/13 06/06/13   5 99 DAVID KUMOR         136   100   0.70       70.00 993813 B H T:
                         MAKING ESTIMATES FOR ALL STARS
07/31/13 07/26/13   5 99 DAVID KUMOR         136   100   0.20       20.00   1092 B H T:
                         SETTING UP FOR E FILE
08/31/13 08/02/13   5 99 DAVID KUMOR         136   100   0.70       70.00   1819 B H T:
                         HELPING MIKE WITH SCANNING TAX RETURN
09/30/13 09/04/13   5 99 DAVID KUMOR         136   100   0.30       30.00   6201 B H T:
                         ESTIMATED PAYMENTS

                   136 DAVID KUMOR                       1.90      190.00

              BUSTAX Report Typing                       1.90      190.00

07/31/13 07/24/13   6  1 ROBERT KIRKHOPE     118   170   8.00    1,360.00   2615 B H T:
                         interim visit

                   118 ROBERT KIRKHOPE                   8.00    1,360.00

11/30/12 11/07/12   6  1 Bob Seibel           75   190   2.00      380.00 967134 B H T:
                         Prepair for visit.

                    75  Bob Seibel                       2.00      380.00

              INTSER Interim Visit Planning            10.00    1,740.00

06/30/13 05/29/13   6 13 Shawn McCormack      40   190   8.00    1,520.00 993717 B H T:
07/31/13 07/24/13   6 13 Shawn McCormack      40   190   7.00    1,330.00   2109 B H T:
-------------------------------------------------------------------------------------
14 Oct 2013 19:48                     DWIP SORT ON CLIENT ID   5266 /         PAGE: 70
```

CONFIDENTIAL

VOYNOW_024606

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                         SORT ON CLIENT ID * SELECTED CLIENTS

5266  /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                         VIVIAN
CDATE     WDATE     WORK(CODE)    STAFF NAME      SID  RATE    HRS       AMOUNT     SEQ#   ACTION
-----------------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

07/31/13 07/25/13  6 13 Shawn McCormack          40   190    7.00      1,330.00   2110 B H T:

                  40   Shawn McCormack                     22.00      4,180.00

07/31/13 07/25/13  6 13 Randall Franzen          83   250    8.00      2,000.00   1992 B H T:
                        go to NY and do an interim visit meet with Mike
                        John Steve and SR

                  83   Randall Franzen                      8.00      2,000.00

           INTSER Rev. Ledger & Schedules                   30.00      6,180.00

06/30/13 05/29/13  6 20 VINCENT BUCOLO           135  100   11.00      1,100.00 992869 B H T:

                 135   VINCENT BUCOLO                       11.00      1,100.00

07/31/13 07/24/13  6 20 DAVID KUMOR              136  100    8.20        820.00   1084 B H T:
                        SERVICE
07/31/13 07/25/13  6 20 DAVID KUMOR              136  100   10.50      1,050.00   1085 B H T:
                        SERVICE!!

                 136   DAVID KUMOR                          18.70      1,870.00

07/31/13 07/24/13  6 20 MIKE CORRIGAN            138   75    7.00        525.00    429 B H T:
                        Business Trip to Queens, NY vsiting clients of
                        Hyundai, Toyota, Nissan, Subaru checking
                        Inventory Services and open
                        RO's, and closing out the Register then reporting
                        our services.
08/31/13 08/05/13  6 20 MIKE CORRIGAN            138   75    1.00         75.00   4238 B H T:
                        STAR Toyota and Nissan Service/Parts Report
                        leeter editing the mistakes Dave wrote down and
                        evaluating the letter.

                 138   MIKE CORRIGAN                         8.00        600.00

           INTSER Service Dept Analysis                     37.70      3,570.00

07/31/13 07/26/13  6 39 MIKE CORRIGAN            138   75    2.00        150.00    433 B H T:
                        Made a excel document for STAR Autodealerships
                        with the Inventory total and open/close date.

                 138   MIKE CORRIGAN                         2.00        150.00

           INTSER Other Services USE MEMO                    2.00        150.00

05/31/13 05/20/13  6 60 VINCENT BUCOLO           135  100   10.00      1,000.00 992066 B H T:

                 135   VINCENT BUCOLO                       10.00      1,000.00

           INTSER Income Tax Project & Ex                   10.00      1,000.00

11/30/12 11/13/12  6 68 Shawn McCormack           40   190    7.00     1,330.00 966771 B H T:
11/30/12 11/14/12  6 68 Shawn McCormack           40   190    7.00     1,330.00 966772 B H T:
11/30/12 11/15/12  6 68 Shawn McCormack           40   190    7.00     1,330.00 966773 B H T:
-----------------------------------------------------------------------------------------------
14 Oct 2013 19:48                    DWIP SORT ON CLIENT ID    5266 /            PAGE: 71
```

CONFIDENTIAL                                                               VOYNOW_024607

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                        SORT ON CLIENT ID * SELECTED CLIENTS

 5266  /       GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR NISSAN INC./                                          VIVIAN
  CDATE     WDATE    WORK(CODE)   STAFF NAME     SID RATE    HRS      AMOUNT   SEQ#   ACTION
 -------------------------------------------------------------------------------------------
                      * *  CHARGEABLE FEES   BY CODES/STAFF/      * *

 01/31/12 01/25/12   5 69 VINCENT BUCOLO       135  100    9.50      950.00 925182 B H T:
 01/31/12 01/26/12   5 69 VINCENT BUCOLO       135  100   10.00    1,000.00 925183 B H T:
 01/31/12 01/27/12   5 69 VINCENT BUCOLO       135  100    6.10      610.00 925184 B H T:

             135 VINCENT BUCOLO                           25.60    2,560.00

 01/31/12 01/25/12   5 69 Shawn McCormack       40  190    9.00    1,710.00 926813 B H T:
 01/31/12 01/26/12   5 69 Shawn McCormack       40  190    7.00    1,330.00 926814 B H T:
 01/31/12 01/27/12   5 69 Shawn McCormack       40  190    9.00    1,710.00 926815 B H T:
 02/29/12 02/09/12   5 69 Shawn McCormack       40  190    2.00      380.00 930144 B H T:
                         Spoke with Vivian on the phone and followed up on
                         questions she had regarding year end

              40 Shawn McCormack                           27.00    5,130.00

 01/31/12 01/28/12   5 69 Bob Seibel            75  190    1.50      285.00 926360 B H T:
                         Follow up from visit.
 02/29/12 02/20/12   5 69 Bob Seibel            75  190    1.00      190.00 930332 B H T:
                         Extension
 02/29/12 02/21/12   5 69 Bob Seibel            75  190    0.50       95.00 930344 B H T:
                         Extension
 03/31/12 03/01/12   5 69 Bob Seibel            75  190    0.50       95.00 930101 B H T:
                         Question from Vivian about company vehicles.
 03/31/12 03/01/12   5 69 Bob Seibel            75  190    0.50       95.00 930103 B H T:
                         E-file extension
 03/31/12 03/06/12   5 69 Bob Seibel            75  190    2.50      475.00 935626 B H T:
                         Bank questions.
 05/31/12 05/07/12   5 69 Bob Seibel            75  190    0.50       95.00 942081 B H T:
                         Go through info with DK
 05/31/12 05/10/12   5 69 Bob Seibel            75  190    1.00      190.00 942100 B H T:
                         Go over Job & T/R
 05/31/12 05/11/12   5 69 Bob Seibel            75  190    2.00      380.00 942105 B H T:
                         Go through W/P
 05/31/12 05/21/12   5 69 Bob Seibel            75  190    2.00      380.00 942175 B H T:
                         Go over Job & T/R
 05/31/12 05/25/12   5 69 Bob Seibel            75  190    2.00      380.00 942191 B H T:
                         Go over Job & T/R
 06/30/12 06/13/12   5 69 Bob Seibel            75  190    0.50       95.00 945528 B H T:
                         Tax return
 06/30/12 06/14/12   5 69 Bob Seibel            75  190    0.50       95.00 945538 B H T:
                         Tax return
 06/30/12 06/21/12   5 69 Bob Seibel            75  190    1.00      190.00 945676 B H T:
                         Tax return

              75 Bob Seibel                               16.00    3,040.00

 01/31/12 01/25/12   5 69 Randall Franzen       83  250    8.00    2,000.00 927637 B H T:
                         go to NY and do the year end
 02/29/12 02/23/12   5 69 Randall Franzen       83  250    1.00      250.00 932714 B H T:
                         go over DIT with bank and Vivian
 03/31/12 03/23/12   5 69 Randall Franzen       83  250    0.50      125.00 936660 B H T:
                         call frim JOhn K to go over business and I need
                         to call Shelly about foundation
 05/31/12 05/25/12   5 69 Randall Franzen       83  250    1.00      250.00 944574 B H T:
                         calls from Vivian to go over info for the audit
 -------------------------------------------------------------------------------------------
 12 Oct 2012 10:39                     DWIP SORT ON CLIENT ID     5266 /        PAGE: 65
```

CONFIDENTIAL                                                        VOYNOW_024640

```
                    Voynow, Bayard, Whyte and Company, LLP                        v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                         SORT ON CLIENT ID * SELECTED CLIENTS

5266 /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                      VIVIAN
 CDATE    WDATE    WORK(CODE) STAFF NAME      SID RATE   HRS       AMOUNT   SEQ#   ACTION
---------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/       * *


06/30/12 06/07/12  6 10 MEGAN WAGNER         134  100   0.50        50.00 943834 B H T:
                        CASH INTERIM - ALL STORES

              134 MEGAN WAGNER                        0.50        50.00

          INTSER Bank Reconciliation Rev              0.50        50.00

06/30/12 05/31/12  6 13 Shawn McCormack       40  190   7.00     1,330.00 946592 B H T:

                40  Shawn McCormack                   7.00     1,330.00

09/30/12 08/29/12  6 13 Randall Franzen       83  250   3.00       750.00 955675 B H T:
                        go over interim adn meet with John Mike and SR

               83  Randall Franzen                    3.00       750.00

          INTSER Rev. Ledger & Schedules             10.00     2,080.00

06/30/12 05/31/12  6 20 Brett Bausinger      124  100   8.00       800.00 943278 B H T:

              124 Brett Bausinger                     8.00       800.00

09/30/12 08/28/12  6 20 DAVID KUMOR          136  100  11.00     1,100.00 955309 B H T:
                        SERVICE DEPARTMENT

              136 DAVID KUMOR                        11.00     1,100.00

          INTSER Service Dept Analysis              19.00     1,900.00

09/30/12 08/29/12  6 22 DAVID KUMOR          136  100   8.00       800.00 955310 B H T:
                        PARTS DEPARTMENT

              136 DAVID KUMOR                         8.00       800.00

          INTSER Parts Dept Analysis               8.00       800.00

06/30/12 05/31/12  6 60 DAVID KUMOR          136  100   9.00       900.00 943288 B H T:
                        SERVICE DEPARTMENT

              136 DAVID KUMOR                         9.00       900.00

          INTSER Income Tax Project & Ex            9.00       900.00

01/31/12 01/11/12  6 84 DOROTHEA BURCH       132   50   0.10         5.00 923758 B H T:
                        changes, eng ltr
01/31/12 01/17/12  6 84 DOROTHEA BURCH       132   50   0.40        20.00 924317 B H T:
                        print, copy, log in and mail eng ltr
02/29/12 02/06/12  6 84 DOROTHEA BURCH       132   50   1.00        50.00 926894 B H T:
                        changes, ltr, print, copy, cc, and certified to
                        IRS

              132 DOROTHEA BURCH                      1.50        75.00

          INTSER Letters to Client, Prep             1.50        75.00
---------------------------------------------------------------------------------------
12 Oct 2012 10:39                  DWIP SORT ON CLIENT ID     5266 /        PAGE: 67
```

CONFIDENTIAL                                                            VOYNOW_024642

```
                    Voynow, Bayard & Company, CPAs                      v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                      SORT ON CLIENT ID * SELECTED CLIENTS

 5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                    VIVIAN
 CDATE     WDATE    WORK(CODE)  STAFF NAME    SID  RATE   HRS    AMOUNT  SEQ#  ACTION
-----------------------------------------------------------------------------------
               * * CHARGEABLE FEES  BY CODES/STAFF/        * *
                Subaru and status of extensions and the boys incmoe
 04/30/11 04/11/11  5 69 Randall Franzen     83   250   1.20    300.00 886271 B H T:    E
                calls to SR to go ver taxes and why there are
                estension and try to gert info on trust and estate
 06/30/11 06/13/11  5 69 Randall Franzen     83   250   1.00    250.00 898647 B H T:    E
                get info from SR to figure what to pay for taxes
                for him                                                                401K
 07/31/11 06/29/11  5 69 Randall Franzen     83   250   1.50    375.00 898718 B H T:
                go over 5500 info

            83  Randall Franzen                       30.70    7,675.00

       BUSTAX Year End Tax Work                       83.10   16,297.00

 06/30/11 06/10/11  5 82 David Kaplan        92   240   0.20     48.00 893690 B H T:   401K
                Look at form 5500 SF.

            92  David Kaplan                           0.20       48.00

       BUSTAX Client Assist UNBUDGETE                  0.20       48.00

 02/28/11 02/07/11  5 90 PATRICK J. CATALINE 12    80   1.50    120.00 877071 B H T:

            12  PATRICK J. CATALINE                    1.50      120.00

       BUSTAX Trial Balance Data Inpu                  1.50      120.00

 09/30/11 08/29/11  5 97 JOHN BRESLIN       129    80   1.20     96.00 905980 B H T:

           129  JOHN BRESLIN                           1.20       96.00

       BUSTAX Math/Proof Report/Retur                  1.20       96.00

 09/30/11 08/30/11  6  1 ROBERT KIRKHOPE    118   150   7.00  1,050.00 906700 B H T:    I
                STAR INTERIM VISIT

           118  ROBERT KIRKHOPE                        7.00    1,050.00

 05/31/11 05/23/11  6  1 Bob Seibel          75   190   2.00    380.00 893083 B H T:    I

            75  Bob Seibel                             2.00      380.00

       INTSER Interim Visit Planning                   9.00    1,430.00

 10/31/10 10/27/10  6 12 Shawn McCormack     40   190   7.00  1,330.00 864437 ON HOLD   I

            40  Shawn McCormack                        7.00    1,330.00

       INTSER Factory Fin. St. Review                  7.00    1,330.00

 09/30/11 08/30/11  6 13 PATRICK J. CATALINE 12    80   9.00    720.00 906713 B H T:    I

            12  PATRICK J. CATALINE                    9.00      720.00

 05/31/11 05/24/11  6 13 Shawn McCormack     40   190   7.00  1,330.00 897169 B H T:    I
-----------------------------------------------------------------------------------
 18 Oct 2011 12:22                 DWIP SORT ON CLIENT ID   5266  /      PAGE: 308
```

CONFIDENTIAL                                                         VOYNOW_024669

```
                          Voynow, Bayard & Company, CPAs                        v.6.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                        SORT ON CLIENT ID * SELECTED CLIENTS

5266   /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83   56
STAR NISSAN INC./                                           VIVIAN
CDATE    WDATE     WORK(CODE)  STAFF NAME      SID RATE    HRS        AMOUNT   SEQ#   ACTION
-----------------------------------------------------------------------------------------
                   * *   CHARGEABLE FEES   BY CODES/STAFF/        * *

                   40    Shawn McCormack                  7.00      1,330.00

10/31/10 10/27/10  6 13  Randall Franzen       83   250   4.00      1,000.00 864697 ON HOLD
                         Go to NY for a visit
12/31/10 12/01/10  6 13  Randall Franzen       83   250   3.00        750.00 869048 ON HOLD
                         letter
05/31/11 05/23/11  6 13  Randall Franzen       83   250   2.00        500.00 893306 B H T:
                         get readt for visit
05/31/11 05/24/11  6 13  Randall Franzen       83   250   4.00      1,000.00 893301 B H T:
                         go to ny and do imterim visit
05/31/11 05/27/11  6 13  Randall Franzen       83   250   1.50        375.00 893312 B H T:
                         calls with vivian and lawyer
06/30/11 06/06/11  6 13  Randall Franzen       83   250   1.00        250.00 898600 B H T:
                         work on the letter
06/30/11 06/07/11  6 13  Randall Franzen       83   250   2.00        500.00 898613 B H T:
                         go over letters
09/30/11 08/30/11  6 13  Randall Franzen       83   250   4.00      1,000.00 907583 B H T:
                         go to NY and do an interim visit

                   83    Randall Franzen                 21.50      5,375.00

         INTSER Rev. Ledger & Schedules                  37.50      7,425.00

10/31/10 10/27/10  6 20  PATRICK J. CATALINE   12    80   7.00        560.00 863545 ON HOLD

                   12    PATRICK J. CATALINE                7.00      560.00

05/31/11 05/24/11  6 20  JOHN BRESLIN         129    80   4.50        360.00 892808 B H T:

                   129   JOHN BRESLIN                     4.50        360.00

         INTSER Service Dept Analysis                    11.50        920.00

10/31/10 10/26/10  6 39  RAFAEL VARGAS        127   110   4.50        495.00 863559 ON HOLD
                         Federal and State Tax Research in how to start a
                         Private Foundation.

                   127   RAFAEL VARGAS                    4.50        495.00

         INTSER Other Services USE MEMO                   4.50        495.00

12/31/10 12/07/10  6 68  Shawn McCormack       40   190   7.00      1,330.00 869566 ON HOLD
12/31/10 12/08/10  6 68  Shawn McCormack       40   190   7.00      1,330.00 869567 ON HOLD
12/31/10 12/09/10  6 68  Shawn McCormack       40   190   2.50        475.00 869568 ON HOLD
12/31/10 12/13/10  6 68  Shawn McCormack       40   190   1.00        190.00 869574 ON HOLD

                   40    Shawn McCormack                 17.50      3,325.00

         INTSER Tax Planning                             17.50      3,325.00

11/30/10 11/08/10  6 84  PATRICK J. CATALINE   12    80   2.00        160.00 865544 ON HOLD
12/31/10 12/02/10  6 84  PATRICK J. CATALINE   12    80   1.00         80.00 867222 ON HOLD
                         getting star letters toegther, editing/service
                         write up
-----------------------------------------------------------------------------------------
18 Oct 2011 12:22                     DWIP SORT ON CLIENT ID     5266 /        PAGE: 309
```

Handwritten annotations in right margin: "III", "I", "F", "I", "I", "F", "TP", "I"

CONFIDENTIAL        VOYNOW_024670

```
                        Voynow, Bayard & Company, CPAs                              v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
                     SORT ON CLIENT NAME * SELECTED CLIENTS

5266  /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                            VIVIAN
 CDATE    WDATE    WORK(CODE)   STAFF NAME       SID  RATE    HRS       AMOUNT   SEQ#  ACTION
-------------------------------------------------------------------------------------------
                    * *   CHARGEABLE FEES  BY CODES/STAFF/      * *

10/31/10 10/26/10  6  39  RAFAEL VARGAS        127   110    4.50        495.00  863559 B H  T:
                          Federal and State Tax Research in how to start a
                          Private Foundation.

          127  RAFAEL VARGAS                                 4.50        495.00

         INTSER Other Services USE MEMO                      4.50        495.00

12/31/10 12/07/10  6  68  Shawn McCormack       40   190    7.00      1,330.00  869566 B H  T:
12/31/10 12/08/10  6  68  Shawn McCormack       40   190    7.00      1,330.00  869567 B B  T:
12/31/10 12/09/10  6  68  Shawn McCormack       40   190    2.50        475.00  869568 B H  T:
12/31/10 12/13/10  6  68  Shawn McCormack       40   190    1.00        190.00  869574 B H  T:

           40  Shawn McCormack                              17.50      3,325.00

         INTSER Tax Planning                                17.50      3,325.00

11/30/10 11/08/10  6  84  PATRICK J. CATALINE   12    80    2.00        160.00  865544 B H  T:
12/31/10 12/02/10  6  84  PATRICK J. CATALINE   12    80    1.00         80.00  867222 B H  T:
                          getting star letters toegther, editing/service
                          write up

           12  PATRICK J. CATALINE                           3.00        240.00

10/31/10 10/26/10  6  84  DAVE LOMBARDO        130    90    0.50         45.00  862867 B H  T:
                          ENGMT PLANNING
10/31/10 10/27/10  6  84  DAVE LOMBARDO        130    90    7.00        630.00  862875 B H  T:
                          CLIENT VISIT
11/30/10 11/08/10  6  84  DAVE LOMBARDO        130    90    0.60         54.00  865154 B H  T:
                          INTERIM LTTR
12/31/10 12/03/10  6  84  DAVE LOMBARDO        130    90    1.00         90.00  866732 B H  T:
                          INTERIM LTTR

          130  DAVE LOMBARDO                                 9.10        819.00

10/31/10 10/29/10  6  84  Shawn McCormack       40   190    4.00        760.00  864440 B H  T:
11/30/10 11/01/10  6  84  Shawn McCormack       40   190    3.50        665.00  864444 B H  T:

           40  Shawn McCormack                               7.50      1,425.00

12/31/10 12/03/10  6  84  Bob Seibel            75   190    1.00        190.00  867255 B H  T:
                          Interim letter.

           75  Bob Seibel                                    1.00        190.00

         INTSER Letters to Client, Prep                     20.60      2,674.00

10/31/10 10/22/10 90  17  ELISA BRABAZON        11    30    0.20          6.00  863018 B H  T:
                          remailed a letter fedex to vivian

           11  ELISA BRABAZON                                0.20          6.00

         VB-F-Federal Express                                0.20          6.00

-------------------------------------------------------------------------------------------
17 Jan 2011 11:31              DWIP SORT ON CLIENT NAME  5266  /         PAGE: 170
```

CONFIDENTIAL                              VOYNOW_024690

```
                    Voynow, Bayard & Company, CPAs                    v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                    SORT ON CLIENT ID * SELECTED CLIENTS

5273 /         GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR HYUNDAI LLC/STAR HYUNDAI LLC                            VIVIAN
 CDATE    WDATE    WORK(CODE)   STAFF NAME     SID  RATE   HRS      AMOUNT   SEQ#    ACTION
-----------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

               12  PATRICK J. CATALINE                8.50      680.00

02/28/11 02/11/11  5 69 JOHN BRESLIN         129   80   0.20     16.00 876493 B H T:
                       ext
              129  JOHN BRESLIN                       0.20       16.00

01/31/11 01/10/11  5 69 Bob Seibel           75   190   1.00    190.00 872454 B H T:
                       NY IT204LL
02/28/11 02/15/11  5 69 Bob Seibel           75   190   0.50     95.00 879305 B H T:
02/28/11 02/17/11  5 69 Bob Seibel           75   190   0.50     95.00 879313 B H T:
02/28/11 02/19/11  5 69 Bob Seibel           75   190   0.50     95.00 879285 B H T:
06/30/11 06/07/11  5 69 Bob Seibel           75   190   1.00    190.00 897625 B H T:
08/31/11 08/02/11  5 69 Bob Seibel           75   190   1.00    190.00 903994 B H T:
                       Go over return.
08/31/11 08/03/11  5 69 Bob Seibel           75   190   1.00    190.00 904016 B H T:
                       Tax return.
08/31/11 08/16/11  5 69 Bob Seibel           75   190   0.50     95.00 907003 B H T:
                       Tax returns.
08/31/11 08/22/11  5 69 Bob Seibel           75   190   0.50     95.00 907032 B H T:
                       3115 to KM
08/31/11 08/25/11  5 69 Bob Seibel           75   190   0.50     95.00 907050 B H T:
                       Tax returns.
08/31/11 08/26/11  5 69 Bob Seibel           75   190   1.00    190.00 907058 B H T:
                       Tax returns.
09/30/11 08/31/11  5 69 Bob Seibel           75   190   0.50     95.00 907083 B H T:
                       E-file
               75  Bob Seibel                         8.50    1,615.00

           BUSTAX Year End Tax Work                  24.70    3,436.00

08/31/11 08/25/11  5 97 JOHN BRESLIN         129   80   1.20     96.00 905898 B H T:
              129  JOHN BRESLIN                       1.20       96.00

           BUSTAX Math/Proof Report/Retur             1.20       96.00

12/31/10 12/14/10  6 39 RAFAEL VARGAS        127  110   0.30     33.00 867838 ON HOLD
                       Working on New York form IT-204-LL.
              127  RAFAEL VARGAS                      0.30       33.00

           INTSER Other Services USE MEMO             0.30       33.00

05/31/11 05/26/11  6 84 Shawn McCormack       40  190   3.50    665.00 897172 B H T:
05/31/11 05/27/11  6 84 Shawn McCormack       40  190   3.50    665.00 897174 B H T:
               40  Shawn McCormack                    7.00    1,330.00

           INTSER Letters to Client, Prep             7.00    1,330.00

03/31/11 03/05/11  8 32 Kenneth Mann          48  250   0.30     75.00 887374 B H T:
                       263A election
-----------------------------------------------------------------------------------------
18 Oct 2011 12:22                  DWIP SORT ON CLIENT ID    5273 /        PAGE: 340
```

CONFIDENTIAL        VOYNOW_022986