# EXHIBIT 33

```
01/25/2012 VOYNOW                      STAR HYUNDAI, LLC                                    0350
11:25:25                    (31) ACCR PAYROLL/DRAWS - (12/31/2011)                     PAGE    1
                                       ACCTS 321 328 329
```

| ORIG DATE | DAYS | CONTROL NO | EMPLOYEE NAME | COL#1 AMT | COL#2 AMT | COL#3 AMT | TOTAL AMT |
|---|---|---|---|---|---|---|---|
| 08/31/2009 | 852 | 0653 | HARRY VALENTIN | -940.28 | | | -940.28 |
| 09/30/2011 | 92 | 1117 | PAUL YIPING LU | -219.23 | | | -219.23 |
| 01/31/2011 | 334 | 1857 | THOMAS K TONG | -629.65 | | | -629.65 |
| 10/11/2011 | 81 | 2113 | PHILIP M ROBINSON | -776.03 | | | -776.03 |
| 06/17/2011 | 197 | 2161 | MANISH SAHAY | -3628.74 | | | -3628.74 |
| 03/12/2010 | 659 | 3404 | VADIM MULLADZHANOV | -2223.90 | | | -2223.90 |
| 10/09/2009 | 813 | 4608 | ZACHARY LINTZ | -7894.00 | | | -7894.00 |
| 12/13/2011 | 18 | 05115 | LIVINGSTONE R SIMPSON | -341.22 | | | -341.22 |
| 11/30/2011 | 31 | 07804 | CHRISTINA M MORALES | -1334.13 | | | -1334.13 |
| 09/03/2010 | 484 | 8000 | VICTOR DONG | -360.34 | | | -360.34 |
| 08/05/2011 | 148 | 9341 | JUN PARK | -906.22 | | | -906.22 |
| 05/31/2011 | 214 | 09878 | MICHAEL KAROUZAKIS | -3433.66 | | | -3433.66 |
| *TOTALS* | | | | -22687.40 | | | -22687.40 |

12 records listed.



PLAINTIFF'S EXHIBIT 6
JRD 3/22/22

VOYNOW_010861
CONFIDENTIAL

```
ORIG DATE   DAYS   CONTROL NO   EMPLOYEE NAME         COL#1 AMT   COL#2 AMT   TOTAL AMT
----------  ----   ----------   -------------------   ---------   ---------   ---------
12/06/2012   390       0118     JING YAO                -363.47                 -363.47
02/01/2012   699       0288     EMDADUL HOQUE          -1729.62                -1729.62
09/10/2010  1208       0922     NICHOLAS G PETROPOULOS -3022.20                -3022.20
05/06/2004  3526       0976     YI YIN TAM             -1014.73                -1014.73
06/01/2013   213       01064    GILBERT P MARTIN       -1148.07                -1148.07
02/08/2013   326       01072    ANGEL M FERNANDEZ      -2731.01                -2731.01
03/31/2010  1371       001101   JOHN RICHARD ARTURA    -1486.89                -1486.89
06/30/2013   184       01254    DAVID B ANDERSON        -667.33                 -667.33
12/06/2013    25       01275    JOSEPH ANDRES RODRIGUEZ -150.00                 -150.00
09/30/2002  4110       01450    ZOUANNIS VAFIAS        -2649.13                -2649.13
11/07/2008  1880       01526    RICHARD DUMONT           -55.50                  -55.50
10/08/2012   449       1531     KEE WEI TUNG           -1717.66                -1717.66
02/28/2011  1037       01608    ERIC JOHN CLARAVALL     -700.00                 -700.00
12/13/2013    18       02238    GABRIEL ALFREDO ZAMBRANA -721.23                -721.23
09/20/2013   102       02369    STEFANO LUIGI DIMAIOLO  -533.01                 -533.01
07/15/2011   900       2799     ERICK A MANZANILLA      -415.07                 -415.07
07/06/2012   543       02890    MICHAEL ANDREWS        -2307.06                -2307.06
12/18/2009  1474       3145     REYNALDO BERRIOS       -9379.59                -9379.59
11/30/2013    31       03533    KEVIN K SUH            -1421.89                -1421.89
  /2013     298       03833    NELSON LIU             -2189.91                -2189.91
10/07/2011   816       3849     YANG LAO               -1028.62                -1028.62
10/08/2013    84       04128    JOSHUA A FENTON         -381.66                 -381.66
12/06/2013    25       04368    PETE ZACHARIA           -220.93                 -220.93
10/31/2013    61       04960    MICHAEL A COHEN         -722.06                 -722.06
08/11/2011   873       04969    JOHN TRINGALI          -2570.32                -2570.32
07/05/2013   179       5018     SOON HYUK YUH           -148.69                 -148.69
02/15/2001  4702       5043     RICHARD J PROVENZANO  -20149.56               -20149.56
03/16/2012   655       05665    PHILLIP MUSMACKER      -1269.60                -1269.60
06/30/2013   184       05724    DAVID ZHI WEN QIN      -1951.20                -1951.20
10/30/2013    62       6018     ELIZABETH CRUZ         -2159.64                -2159.64
12/31/2013     0       06476    ROBERT R JOHNSON       -2568.76                -2568.76
11/30/2012   396       06676    JAMES M OBRIEN         -4917.27                -4917.27
04/10/2009  1726       07358    MANOJ SHAMSUNDAR       -1660.18                -1660.18
11/01/2013    60       07550    DAVID C SUTTON         -1990.28                -1990.28
12/07/2012   389       07862    YADI LIU                -536.02                 -536.02
08/15/2013   138       07893    MIAH M HUSSAIN          -658.15                 -658.15
11/07/2013    54       08078    EFREN C RULLODA         -621.76                 -621.76
04/10/2013   265       08720    QIQING ZHANG            -542.92                 -542.92
10/07/2011   816       08736    SCOTT A MORANG          -411.51                 -411.51
02/11/2011  1054       9295     STEVEN A HAUSMAN      -14540.63               -14540.63
12/06/2013    25       09672    RONALD CORDERO          -440.64                 -440.64
10/10/2013    82       09738    JOSE A. CRUZ            -800.40                 -800.40
12/31/2013     0       12312013                       -31488.51               -31488.51 ⎫
10/31/2013    61       PTSH1013                        -4000.00                -4000.00 ⎪
  /2013      31       PTSH1113                       -17063.80               -17063.80 ⎬
  /2013       0       PTSH1213                       -12147.52               -12147.52 ⎭
```

All OK
Per Viv

VOYNOW_008401
CONFIDENTIAL

```
0?  ??/2014 VOYNOW                          STAR NISSAN INC.                                    0350
1    :04                           (31) ACCRED COMMISSIONS - (12/31/2013)                     PAGE   1
                                              ACCTS 3212 3213

  ORIG DATE  DAYS  CONTROL NO  EMPLOYEE NAME         COL#1 AMT   COL#2 AMT   TOTAL AMT
  ---------- ----  ----------  -------------------   ---------   ---------   ---------

  09/06/2013  116    0328   LUIS M FELIX              -885.96                 -885.96
  01/13/2012  718    1082   RICHARD SCHULTZ           -373.98                 -373.98
  11/10/2010 1147    1528   LUCAS F CEDENO             -52.92                  -52.92
  07/31/2013  153   02323   JEFFERY BOO              -1251.59                -1251.59
  10/09/2013   83   02521   CHAOMEI HU                -400.00                 -400.00
  05/02/2013  243   03166   KENNETH LIVINGSTON        -587.01                 -587.01
  09/07/2007 2307    3420   GUS TSOLKAS             -12099.41              -12099.41
  05/24/2010 1317    3962   ANTHONY J SIGNORELLI      -197.61                 -197.61
  06/22/2012  557  004314   BERNODES DECENA          -1549.03                -1549.03
  08/31/2013  122   04346   THOMAS CARBELLANO         -800.00                 -800.00
  12/09/2013   22    4429   RAZVAN HOTARANU           -486.05                 -486.05
  11/18/2009 1504    4455   JEFFREY R MELTSER         -173.13                 -173.13
  02/15/2013  319   04858   HUMPHREY FERREIRA         -480.50                 -480.50
  10/16/1995 6651    4957   IRA W GOLDBERG           -4226.13                -4226.13
  11/22/2013   39   05304   BAKTASH RUSTA             -753.54                 -753.54
  12/31/2005 2922  005464   ROBERT A KALMAN          -1238.63                -1238.63
  10/05/2012  452    6052   JOSEPH KOLB               -237.54                 -237.54
  03/08/2012  663    6092   FRED B BRASWELL           -391.49                 -391.49
  01/07/2011 1089   06589   LIONEL BENJAMIN           -333.04                 -333.04
  ?  /2005 2922      6721   ALKARIM G. PARDHAN       -2361.68                -2361.68
  12/ ?/2013   25   06804   FERNANDO CEDENO          -1076.40                -1076.40
  02/29/2008 2132  006856   MARC J SIEGEL             -886.42                 -886.42
  01/06/2012  725   07177   OSIRIS CEDENO             -214.71                 -214.71
  06/30/2013  184   07235   RYAN ONBILL               -932.02                 -932.02
  12/31/2013    0    8524   MARK S BASSO              -925.95                 -925.95
  10/31/2007 2253    8550   SIN Y CHONG              -2657.66                -2657.66
  09/30/2011  823   09007   IMRAN PARDHAN            -2664.61                -2664.61
  07/13/2012  536   09185   THEODOROS MARIO THEODOROU -581.55                 -581.55
  12/31/2013    0    9548   PHILLIP GUBISH            -908.08                 -908.08
  10/13/2011  810    9674   BAHRAM RANJBAR            -995.56                 -995.56
  08/17/2012  501   09976   GABRIEL R RODRIGUEZ       -443.22                 -443.22
  12/31/2013    0   TOY1231                          -3755.00                -3755.00

  *TOTALS*                                         -44920.42              -44920.42

  32 records listed.
```

VOYNOW_007807
CONFIDENTIAL

```
11/23/2015  VOYNOW                          STAR NISSAN INC.                                    0350
10:49:07                           (31) ACCRED COMMISSIONS - (11/23/2015)                       PAGE    1
                                              ACCTS 3212 3213 .

ORIG DATE   DAYS  CONTROL NO  EMPLOYEE NAME        COL#1 AMT   COL#2 AMT    TOTAL AMT
----------  ----  ----------  -------------        ---------   ---------    ---------

02/28/2014   633     100      HOUSE                   -75.00                   -75.00
06/30/2015   146     0258     ROLAND ERLIKH        -14290.73                -14290.73
03/07/2014   626     0328     LUIS M FELIX           -373.24                  -373.24
02/24/2015   272     00605    EDDIE HUANG            -365.87                  -365.87
01/09/2015   318     1082     RICHARD SCHULTZ       -1033.89                 -1033.89
11/07/2014   381     1528     LUCAS F CEDENO         -375.81                  -375.81
08/12/2015   103     03166    KENNETH LIVINGSTON     -538.37                  -538.37
09/07/2007  2999     3420     GUS TSOLKAS            2500.00                  2500.00
08/08/2014   472     4455     JEFFREY R MELTSER      -973.48                  -973.48
06/24/2015   152     04955    ANDY WONG              -250.00                  -250.00
10/16/1995  7343     4957     IRA W GOLDBERG        -3485.25                 -3485.25
05/22/2015   185     6052     JOSEPH KOLB            -348.30                  -348.30
06/06/2014   535     6092     FRED B BRASWELL        -406.01                  -406.01
06/01/2015   175     6721     ALKARIM G. PARDHAN    7784.52                  7784.52
12/10/2014   348     06804    FERNANDO CEDENO        -200.00                  -200.00
07/22/2015   124     06978    NICHOLAS TSOLKAS       -296.96                  -296.96
04/13/2015   224     08307    JON PAUL KOYPMAN       938.37                   938.37
05/08/2015   199     008407   FIMA KIR               -337.28                  -337.28
05/08/2015   199     09531    LEOPOLDO HERNANDEZ     -429.00                  -429.00
10/23/2015    31     009612   GEORGE T ANASTASSIOU   -963.00                  -963.00
10/13/2011  1502     9674     BAHRAM RANJBAR         -627.35                  -627.35
01/01/2014   691     09908    CHRISTINE MANGIONE     -160.00                  -160.00
11/07/2014   381     09976    GABRIEL R RODRIGUEZ   -1058.39                 -1058.39
10/01/2015    53     TOY1015                       -15563.85                -15563.85

*TOTALS*                                           -30928.89                -30928.89

24 records listed.
```

Handwritten annotations:
- "① are accruals correct?"
- "②"
- "OK" (circled, next to -15563.85)
- "All Still Employed?"

VOYNOW_006670
CONFIDENTIAL

```
01/28/2014 VIVIAN                          STAR SUBARU                                    0324
16:50:32                               GENERAL JOURNAL - 11                             PAGE 13
```

| DATE | REFERENCE | NAME, SERIAL, OR DESCRIPTION | CONTROL# | ACCOUNT NUMBER | DEBIT | CREDIT | GROSS |
|---|---|---|---|---|---|---|---|
| 12/31 | SD123113 | | | 239B | 0.08 | | |
| 12/31 | | | | 172A | 0.39 | | |
| 12/31 | | | | 170A | 0.31 | | |
| 12/31 | | | | 163D | 0.10 | | |
| 12/31 | | | | 127B | 0.17 | | |
| 12/31 | | | | 121B | 0.59 | | |
| 12/31 | | | | 155 | 0.22 | | |
| 12/31 | | | | 111 | 32,955.51 | | |
| | | REFERENCE TOTALS | | | | | |
| 12/31 | STAT1213 | | | 15A | 2,954.42 | | |
| 12/31 | | | | 68A | 651.42 | | |
| 12/31 | | | | 242A | 10.61 | | |
| 12/31 | | | EXTRA | 301 | 2,527.42 | | |
| 12/31 | | | | 314 | | 3,104.26 | |
| 12/31 | | | | 801 | | 501.58 | |
| 12/31 | | | | 675B | | | -10.61 |
| 12/31 | | | | 247 | | 2,527.42 | |
| | | REFERENCE TOTALS | | | 6,143.87 | 6,133.26 | -10.61 |
| | | JOURNAL TOTALS | | | 151,139.06 | 132,900.45 | -18,238.61 |

VOYNOW_008844
CONFIDENTIAL

```
01/28/2014 VIVIAN                    STAR SUBARU                                   0324
 16:59:32                        GENERAL JOURNAL -- 11                           PAGE 14

   ACCOUNT NUMBER   DESCRIPTION..............    GL AMOUNT........   NO-OF-TRs
   ==============   =============================  ================   =========
   121B             S1212-NEW SUBARU-DEC                   0.59            1
   127B             S1272-USED W&L-DEC                     0.17            1
   163D             S1634-TECHNICIANS-SERV                 0.10            1
   170A             # OF FINANCE CONTRACTS - NEW           0.31            1
   172A             # OF SAS SERVICE CONTRACTS - N         0.39            1
   203A             SUBARU PAYROLL HRA ACCT           -3,649.57            1
   220A             CREDIT CARD RECEIVABLES                0.00            2
   220B             AMEX CREDIT CARDS                      0.00            2
   227A             DEALER CASH                        8,750.00           15
   239@             12420-# OF INV-USED OTHER              0.08            1
   242A             PARTS + ACCESS-SUBARU                 10.61            1
   269A             PREPAID EXPENSES - TAXES          -8,633.31            2
   269B             PREPAID EXPENSES - INSURANCE      -1,600.00            1
   269D             PREPAID EXPENSES - OTHER            -318.75            1
   675B             C/S - P+A INV ADJUST-OTHER           -10.61            1
   12A              PDI + VEH MAINT EXP-NEW               -5.00            1
   15A              FLOOR PLAN INTEREST-NEW            2,954.42            1
   18A              ADVERTISING SUBARU NEW           -14,073.00            1
   21A              SALARIES-SUPERV-NEW               11,970.77            3
   21C              SALARIES-SUPERV-SERV              10,168.31            2
   21D              SALARIES-SUPERV-P+A                5,532.44            2
   23C              OTH SALARIES+WAGES-SERV              791.67            1
   25A              EMPLOYEE BENEFITS-NEW              3,550.57            1
   27A              TAXES-PAYROLL-NEW                  1,067.13            1
   27C              TAXES-PAYROLL-SERV                   533.56            1
   27D              TAXES-PAYROLL-P+A                    533.56            1
   67A              INVALID CLAIM EXP-NEW                119.64            1
   67C              CUST RELATIONS ADJ-SERV                0.48            3
   68A              OUTSIDE SERVICES-NEW                  99.00            1
   68D              OUTSIDE SERVICES-P+A                 318.75            1
   84A              TAXES-REAL ESTATE-NEW              5,043.14            1
   84C              TAXES-REAL ESTATE-SERV             1,895.08            1
   84D              TAXES-REAL ESTATE-P+A              1,895.09            1
   85A              INSUR-BLDGS+IMPROVE-NEW            1,600.00            1
   88A              INSURANCE-OTHER-NEW                  651.42            1
   111              S1110-NOV PROFIT/LOSS             32,955.51            1
   155              USED SUBARU VEH - UNITS OVER 3         0.22            1
   203              MARATHON PAYROLL ACCT             -2,134.25            1
   220              SERV,PARTS,B/S ACCTS REC          -1,844.85           10
   222              VEHICLE ACCTS REC                 -9,584.43            6
   226              WARRANTY RECEIVABLES - SUBARU         34.39           42
   227              FACTORY RECEIVABLES - SUBARU       6,061.00            1
   246              SUBLET REPAIRS                         0.00            2
   247              WORK IN PROCESS-LABOR             -2,527.42            1
   300              ACCOUNTS PAYABLE-VENDORS          13,913.69           23
   301              WE OWE                            20,017.42           21
   303              LICENSE & TITLE FEES                   5.00            1
   304              CUSTOMER DEPOSITS                  9,584.43            4
   308              SERV CONTS PAYABLE                 6,055.31          204
   314              ACCOUNTS PAYABLE-OTHER            -3,104.26            1
   321              ACCRUED PAYROLL                  -16,100.27            6
   606              WRX/STI - RETAIL                    -100.00            1
   609              C/S - LEGACY                         100.00            1
   616              C/S - FORESTER                   -18,228.00            2
```

VOYNOW_008845
CONFIDENTIAL

```
11/24/2014 VOYNOW                    STAR TOYOTA OF BAYSIDE                          0350
11:07:06                             (60) WE OWES - (11/24/2014)                   PAGE   2
                                              ACCTS 3225
```

| STOCK NO | YR | MAKE | CARLINE | SERIAL NUMBER | INSTK | COL#1 AMT | TOTAL AMT |
|---|---|---|---|---|---|---|---|
| 21741 | 12 | TOYOTA | PRIUS C | JTDKDTB3XC1002939 | 25 | -934.41 | -934.41 |
| 21742T | 14 | TOYOTA TRUCK | RAV4 | JTMBFREV5BS030590 | 25 | -500.00 | -500.00 |
| 21758T | 12 | TOYOTA TRUCK | RAV4 | 2T3BF4DV5CW253643 | 20 | -500.00 | -500.00 |
| 21772T | 11 | TOYOTA | COROLLA | 2T1BU4EE9BC744066 | 16 | -631.17 | -631.17 |
| 21781 | 13 | TOYOTA | SIENNA | 5TDKK3DC7DS325634 | 12 | -85.00 | -85.00 |
| BC0134 | | | | | | -6669.10 | -6669.10 |
| CORE-DEP | | | | | | -150.00 | -150.00 |
| BJ012689 | 14 | TOYOTA | PRIUS | JTDKN3DU4BJ012689 | 23 | 175.00 | 175.00 |
| BJ012818 | 14 | TOYOTA | PRIUS | JTDKN3DU0BJ012818 | 23 | 175.00 | 175.00 |
| BJ012895 | 14 | TOYOTA | PRIUS | JTDKN3DU7BJ012895 | 23 | 175.00 | 175.00 |
| BJ013054 | 14 | TOYOTA | PRIUS | JTDKN3DUXBJ013054 | 17 | 175.00 | 175.00 |
| EXTRA60 | | | | | | -22880.31 | -22880.31 |
| EXTRA | | | | | | -16497.58 | -16497.58 |
| INS | | | | | | -3328.84 | -3328.84 |
| N130701 | 13 | TOYOTA | CAMRY | 4T1BK1FK6DU525690 | 677 | -325.00 | -325.00 |
| N131819 | 13 | TOYOTA | AVALON | 4T1BK1EB5DU051765 | 525 | -450.00 | -450.00 |
| N131928 | 13 | TOYOTA | AVALON | 4T1BK1EBXDU055293 | 516 | -326.00 | -326.00 |
| N140193 | 14 | TOYOTA | SIENNA | 5TDYK3DC7BS420751 | 399 | -327.25 | -327.25 |
| N140270 | 14 | TOYOTA | COROLLA | 2T1BURHB8EC048747 | 383 | -85.00 | -85.00 |
| N140544A | 14 | TOYOTA | HIGHLANDER | 5TDDKRFHXES033198 | 220 | -861.25 | -861.25 |
| N140723 | 14 | TOYOTA | PRIUS | JTDKN3DU1E1769505 | 289 | 3.00 | 3.00 |
| N140744 | 14 | TOYOTA | CAMRY | 4T1BF1FK9EU366668 | 279 | -326.00 | -326.00 |
| N140780 | 14 | TOYOTA | CAMRY | 4T1BF1FK2EU371579 | 272 | -326.00 | -326.00 |
| N141202 | 14 | TOYOTA | CAMRY | 4T1BF1FK3EU400359 | 216 | -500.00 | -500.00 |
| N141214 | 14 | TOYOTA | SIENNA | 5TDKK3DC3ES476370 | 213 | -189.00 | -189.00 |
| N141436X | 14 | TOYOTA | CAMRY | 4T1BK1FK3BU346031 | 175 | -85.00 | -85.00 |
| N141437 | 14 | TOYOTA | RAV4 | JTMBFREV1EJ004821 | 175 | -215.00 | -215.00 |
| N141465 | 14 | TOYOTA | SIENNA | 5TDDK3DC3ES087222 | 164 | -215.00 | -215.00 |
| N141523 | 14 | TOYOTA | RAV4 | 2T3DFREV6EW190298 | 157 | -85.00 | -85.00 |
| N141589 | 14 | TOYOTA | RAV4 | JTMBFREVXEJ008852 | 119 | -200.00 | -200.00 |
| N141593 | 14 | TOYOTA | 4RUNNER | JTEBU5JR5E5185949 | 152 | -300.00 | -300.00 |
| N141597 | 14 | TOYOTA | PRIUS | JTDKN3DU6E0378307 | 152 | -275.00 | -275.00 |
| N141598 | 14 | TOYOTA | SIENNA | 5TDKK3DC1ES498674 | 152 | -199.00 | -199.00 |
| N141602A | 14 | TOYOTA | PRIUS | JTDKN3DU0BJ308216 | 136 | -300.00 | -300.00 |
| N141628B | 14 | TOYOTA | COROLLA | 2T1BURHB7BC165817 | 140 | -300.00 | -300.00 |
| N141660 | 14 | TOYOTA | CAMRY | 4T1BF1FK6EU427491 | 150 | -300.00 | -300.00 |
| N141789A | 14 | TOYOTA | CAMRY | 4T1BK1FK0BU551669 | 86 | -376.00 | -376.00 |
| N141830 | 14 | TOYOTA | CAMRY | 4T1BF1FK2EU430761 | 136 | -326.00 | -326.00 |
| N141833 | 14 | TOYOTA | SIENNA | 5TDKK3DC7BS488375 | 136 | -85.00 | -85.00 |
| N141862A | 14 | TOYOTA | PRIUS | JTDKN3DU5B3331832 | 118 | -771.45 | -771.45 |
| N141899 | 14 | TOYOTA | RAV4 | 2T3RFREV8BW206426 | 129 | -150.00 | -150.00 |
| N141930 | 14 | TOYOTA | TUNDRA | 5TFBY5F1XEX402458 | 125 | -1300.00 | -1300.00 |
| N141988 | 14 | TOYOTA | CAMRY | 4T1BF1FK4EU428414 | 96 | -326.00 | -326.00 |
| N142005 | 14 | TOYOTA | HIGHLANDER | 5TDJKRFH6ES068775 | 107 | -560.25 | -560.25 |
| N142014 | 14 | TOYOTA | SIENNA | 5TDKK3DC5ES512169 | 73 | -200.00 | -200.00 |
| N142050 | 14 | TOYOTA | SIENNA | 5TDKK3DC3ES514213 | 101 | -85.00 | -85.00 |
| N142060 | 14 | TOYOTA | SIENNA | 5TDKK3DC0BS514282 | 100 | -110.00 | -110.00 |

*Handwritten annotations:* BC0134 and CORE-DEP circled — "Bank Rec"; EXTRA60, EXTRA, INS circled — "clean up schedules / Insurance claim"

VOYNOW_008828
CONFIDENTIAL

```
11/24/2014 VOYNOW                    STAR TOYOTA OF BAYSIDE                              0350
11:07:06                            (60) WE OWES - (11/24/2014)                     PAGE   4
                                         ACCTS 3225

STOCK NO  YR MAKE        CARLINE        SERIAL NUMBER      INSTK COL#1 AMT  TOTAL AMT
--------  -- ----        -------        -------------      ----- ---------  ---------

N150382   15 TOYOTA      SIENNA         5TDDK3DC7FS094952    12    -107.25    -107.25
N150386   15 TOYOTA      CAMRY          4T1BD1FK9FU146521    10     -85.00     -85.00
(OIL11)                                                          -58211.95  -58211.95
(PDIS)                                                            -2251.70   -2251.70
(REC0314)                                                        -26918.66  -26918.66
SN1441X   14 TOYOTA      SCION FRS      JF1ZNAA19E8704119    25    -326.00    -326.00
(SUBLET7)                                                          -710.00    -710.00
(SUBLET)                                                          -1958.15   -1958.15
TW4322                                                             -160.60    -160.60
(VK)                                                              -6153.75   -6153.75


*TOTALS*                                                        -263335.00 -263335.00

151 records listed.
```

Handwritten notes (right margin):
- First oil change
- Clean up PDI
- Bank Rec  } will clear
- VIV deposit on car

VOYNOW_008830
CONFIDENTIAL

```
01/28/2011 VOYNOW                          STAR NISSAN INC.                                    0350
14:44:23                        (21) NISSAN REBATE & INCENTIV - (12/31/2010)                PAGE    2
                                          ACCTS 2211 2212

ORIG DATE  DAYS SERIAL SERIAL NUMBER     COL#1 AMT    COL#2 AMT    TOTAL AMT
---------- ---- ------ ----------------- ----------- ----------- -------------

12/31/2010    0 607114 5N1AR1NB3BC607114    2750.00                  2750.00
12/06/2010   25 607461 3N1AB6AP4BL607461   -1500.00                 -1500.00
12/31/2010    0 608151 5N1AR1NB3BC608151    2750.00                  2750.00
10/31/2010   61 608322 3N1AB6AP6BL608322     500.00                   500.00
12/31/2010    0 608727 5N1AR1NB8BC608727    2750.00                  2750.00
12/06/2010   25 609764 3N1AB6APXBL609764   -1500.00                 -1500.00
12/06/2010   25 619741 3N1AB6AP4BL619741   -1500.00                 -1500.00
12/06/2010   25 623686 5N1AACNC0AN623686   -5000.00                 -5000.00
10/31/2010   61 623806 3N1AB6AP4BL623806     500.00                   500.00
12/31/2010    0 638045 3N1AB6AP2BL638045    2500.00                  2500.00
12/31/2010    0 638659 3N1AB6AP4BL638659    2500.00                  2500.00
12/31/2010    0 639395 3N1AB6AP1BL639395    1000.00                  1000.00
12/06/2010   25 642108 3N1AB6AP9BL642108     500.00                   500.00
12/31/2010    0 651267 3N1AB6AP8BL651267    2000.00                  2000.00
12/31/2010    0 656346 3N1AB6AP7BL656346    2500.00                  2500.00
11/01/2010   60 661274 JN8AS5MV0BW661274     500.00                   500.00
11/08/2010   53 662402 JN8AS5MVXBW662402   -1000.00                 -1000.00
12/31/2010    0 662613 JN8AS5MV1BW662613    1000.00                  1000.00
12/31/2010    0 662887 JN8AS5MV5BW662887     500.00                   500.00
12/31/2010    0 663740 JN8AS5MV2BW663740    1000.00                  1000.00
12/  /2010    0 665460 JN8AS5MV6BW665460     500.00                   500.00
1:    2010    4 666285 JN8AS5MV8BW666285     500.00                   500.00
12/27/2010    4 666409 JN8AS5MV0BW666409     500.00                   500.00
11/30/2010   31 802933 1N4AA5AP3BC802933    1000.00                  1000.00
12/20/2010   11 804913 1N4AA5AP7BC804913    1000.00                  1000.00
12/27/2010    4 806224 1N4AA5AP5BC806224     500.00                   500.00
11/08/2010   53 806289 1N4AA5AP0BC806289     500.00                   500.00
12/20/2010   11 808777 1N4AA5AP1BC808777     500.00                   500.00
12/31/2010    0 808950 1N4AA5AP0BC808950    1500.00                  1500.00
11/30/2010   31 809070 1N4AA5AP8BC809070    1000.00                  1000.00
11/30/2010   31 815695 1N4AA5AP1BC815695    1000.00                  1000.00
06/01/2010  213 EXTRA  EXTRA              -24250.00                -24250.00
11/30/2010   31 FP1110 FP1110              50057.00                 50057.00
12/31/2010    0 O1210A RETRO1210A          11500.00                 11500.00
12/31/2010    0 RO1210 RETRO1210           16750.00                 16750.00

 *TOTALS*                                 115307.00                115307.00

84 records listed.
```

VOYNOW_010729
CONFIDENTIAL

```
11/24/2014 VOYNOW                           STAR NISSAN INC.                                           0350
11:03:54                         (21) NISSAN REBATE & INCENTIV - (11/24/2014)                    PAGE   4
                                           ACCTS 2211 2212


ORIG DATE  DAYS SERIAL SERIAL NUMBER    COL#1 AMT   COL#2 AMT    TOTAL AMT
---------- ---- ------ -------------    ---------   ---------    ---------

10/30/2014   25 752110 5N1AT2MV8EC752110    675.00                  675.00
11/17/2014    7 756269 5N1AT2MV8FC756269    675.00                  675.00
11/13/2014   11 760674 5N1AT2MV4FC760674   1175.00                 1175.00
10/31/2014   24 762265 5N1AT2MV8FC762265    500.00                  500.00
10/31/2014   24 767531 5N1AT2MV6FC767531    500.00                  500.00
10/15/2014   40 767842 5N1AT2MV1FC767842     60.00                   60.00
11/21/2014    3 770317 5N1AT2MV8FC770317    500.00                  500.00
10/31/2014   24 770621 5N1AT2MV0FC770621    500.00                  500.00
11/19/2014    5 779387 5N1AT2MV8FC779387   1175.00                 1175.00
11/11/2014   13 782767 5N1AT2MV0FC782767   1175.00                 1175.00
11/17/2014    7 783438 5N1AT2MV8FC783438    675.00                  675.00
11/21/2014    3 783889 5N1AT2MV8FC783889    500.00                  500.00
11/21/2014    3 784475 5N1AT2MV8FC784475   1175.00                 1175.00
11/13/2014   11 786266 5N1AT2MV9FC786266    675.00                  675.00
08/14/2014  102 841025 3N1CN7AP0EL841025   -250.00                 -250.00
09/09/2014   76 849769 5N1AT2MV2EC849769  -1175.00                -1175.00
11/07/2014   17 864953 5N1AT2MV4EC864953    500.00                  500.00
11/20/2014    4 866405 5N1AT2MV5EC866405    500.00                  500.00
07/01/2014  146 EXTRA  EXTRA             -40921.70               -40921.70
09/30/2014   55 FP0914 FP0914             60512.00                60512.00
10/31/2014   24 FP1014 FP1014             47072.00                47072.00
08/31/2014   85 RO0814 RETRO0814          -4290.00                -4290.00
09/30/2014   55 RO0914 RETRO0914          -1850.00                -1850.00
10/31/2014   24 RO1014 RETRO1014          56310.00                56310.00


    *TOTALS*                             253247.30               253247.30


165 records listed.
```

VOYNOW_009297
CONFIDENTIAL

```
0?/??/2014 VOYNOW                    STAR NISSAN INC.                                    0350
1.    :04                 (21) NISSAN REBATE & INCENTIV - (12/31/2013)              PAGE    3
                                       ACCTS 2211 2212

ORIG DATE   DAYS SERIAL  SERIAL NUMBER      COL#1 AMT    COL#2 AMT   TOTAL AMT
---------   ---- ------  -------------      ---------    ---------   ---------

12/31/2013    0  843184  1N4AA5AP2DC843184    4500.00                  4500.00
12/31/2013    0  902870  1N4AB7AP1DN902870    1000.00                  1000.00
12/28/2013    3  904884  1N4AB7AP0DN904884    1000.00                  1000.00
12/31/2013    0  910519  1N4AB7AP7DN910519    1000.00                  1000.00
11/30/2013   31  FP1130  FP1130              24301.00                 24301.00
12/31/2013    0  FP1231  FP1231              59787.00                 59787.00
11/06/2013   55  VKFP    VKFP               -74693.00                -74693.00

   *TOTALS*                                 235195.00                235195.00

101 records listed.
```

→ Extra money with S for Chargeback

VOYNOW_007864
CONFIDENTIAL