# EXHIBIT 39

```
01/25/2012 VOYNOW                          STAR HYUNDAI, LLC                                    0350
11:25:25                          (31) ACCR PAYROLL/DRAWS - (12/31/2011)              PAGE    1
                                           ACCTS 321 328 329


ORIG DATE  DAYS CONTROL NO ENPLOYEE NAME          COL#1 AMT   COL#2 AMT   COL#3 AMT   TOTAL AMT
---------- ---- ---------- ------------------------ ----------- ----------- ----------- ------------

08/31/2009  852    0653 HARRY VALENTIN            -940.28                              -940.28
09/30/2011   92    1117 PAUL YIPING LU            -219.23                              -219.23
01/31/2011  334    1857 THOMAS K TONG             -629.65                              -629.65
10/11/2011   81    2113 PHILIP M ROBINSON         -776.03                              -776.03
06/17/2011  197    2161 MANISH SAHAY             -3628.74                             -3628.74
03/12/2010  659    3404 VADIM MULLADZHANOV       -2223.90                             -2223.90
10/09/2009  813    4608 ZACHARY LINTZ            -7894.00                             -7894.00
12/13/2011   18   05115 LIVINGSTONE R SIMPSON     -341.22                              -341.22
11/30/2011   31   07804 CHRISTINA M MORALES      -1334.13                             -1334.13
09/03/2010  484    8000 VICTOR DONG               -360.34                              -360.34
08/05/2011  148    9341 JUN PARK                  -906.22                              -906.22
05/31/2011  214   09878 MICHAEL KAROUZAKIS       -3433.66                             -3433.66

     *TOTALS*                                   -22687.40                            -22687.40


12 records listed.
```

EXHIBIT
21
PENGAD 800-631-6989

VOYNOW_010861
CONFIDENTIAL

```
01/29/2013 VOYNOW                          STAR TOYOTA OF BAYSIDE                        0350
19:25:55                          (31) ACCRUED COMMISSIONS - (12/31/2012)           PAGE   1
                                            ACCTS 3120 3119

ORIG DATE  DAYS CONTROL NO EMPLOYEE NAME              COL#1 AMT  COL#2 AMT
---------- ---- ---------- ------------------------   ---------- ----------

12/06/2012   25      0118 JING YAO                     -1227.02
02/01/2012  334      0288 EMDADUL HOQUE                -1504.80
09/10/2010  843      0922 NICHOLAS G PETROPOULOS       -2258.10
05/06/2004 3161      0976 YI YIN TAM                   -1408.12
08/05/2011  514     01064 GILBERT F MARTIN             -1036.45
02/17/2006 2509     01070 LAWRENCE H LUI               -1332.59
03/31/2010 1006    001101 JOHN RICHARD ARTURA          -1710.69
09/30/2002 3745     01450 ZOUANNIS VAFIAS              -2103.47
11/07/2008 1515     01526 RICHARD DUMONT               -1096.92
10/08/2012   84      1531 KEENEI TUNG                  -1865.11
02/28/2011  672     01603 ERIC JOHN CLARAVALL           -700.00
07/15/2011  535      2799 ERICK A MANZANILLA            -530.25
07/06/2012  178     02890 MICHAEL ANDREWS              -1727.76
12/18/2009 1109      3145 REYNALDO BERRIOS            -10068.24
11/01/2012   60     03225 ALONSO E FERNANDEZ            227.55
02/03/2012  332      3402 NICOLETTE GIACONELLI          -60.12
09/28/2007 1921     03833 NELSON LIU                   -3175.96
10/07/2011  451      3849 YANG LAO                      -526.58
12/07/2012   24     04128 JOSHUA A FENTON               -660.52
12/21/2012   10     04433 ALISHIA CAROL VAN-SALISBU       -0.06
                          RY
12/  /2012   17     04750 GRULLON MAGALI                -30.00
0./  ./2012  183     04960 MICHAEL A COHEN             -1018.38
08/11/2011  508     04969 JOHN TRINGALI                -1379.19
12/11/2012   20     04978 KONSTANTINOS MIKEDIS          -463.50
12/31/2012    0      4982 EDWIN C BEDOYA               -1000.00
12/07/2012   24      5018 SOON HYUK YUN                 -986.71
02/15/2001 4337      5043 RICHARD J PROVENZANO        -24339.81
11/05/2010  787     05315 SHIVARINE R. SADHOO          -1907.10
11/02/2012   59     05518 JAIME P RUIZ                  -434.33
03/16/2012  290     05665 PHILLIP MUSMACKER            -2194.33
12/06/2012   25      5727 FREEDOM DAVIS                 -584.31
07/16/2012  168     06181 THOMAS DUNN                   -222.54
11/30/2012   31     06676 JAMES M OBRIEN               -7219.39
12/01/2012   30     07187 JOHN N BOSCO                   -61.03
04/10/2009 1361     07358 MANOJ SHAMSUNDAR             -1281.33
12/13/2012   18     07641 JESSICA GIARDINA               -30.00
12/07/2012   24     07862 YADI LIU                      -132.96
08/24/2012  129     07893 MIAN M HUSSAIN                -715.95
02/24/2012  311     08078 EFREN C RULLODA              -1077.14
10/07/2011  451     08249 JOANYS M SANTIAGO            -1739.29
07/09/2012  175     08720 OIOING ZHANG                  -828.75
10/07/2011  451     08736 SCOTT A MORANG                -110.52
02/11/2011  689      9295 STEVEN A HAUSMAN            -14187.89
12/06/2012   25     09672 RONALD CORDERO                -588.30
12/01/2012   30      9717 CHRISTINA GARGANO              -30.00
08/15/2012  138     09738 JOSE A. CRUZ                   134.25
( /2012     143     09872 DAKOTA LEE SEGREE             -779.52
09/30/2012   92   PTSN0912                            -14183.40
10/31/2012   61   PTSN1012                            -11242.41
12/31/2012    0   PTSN1212                             -8914.12

 *TOTALS*                                            -130313.16

50 records listed.
```

VOYNOW_008783
CONFIDENTIAL

```
(  /2014 VOYNOW                          STAR TOYOTA OF BAYSIDE                           0350
1...2:03                          (31) ACCRUED COMMISSIONS - (12/31/2013)            PAGE   1
                                          ACCTS 3120 3119
```

| ORIG DATE | DAYS | CONTROL NO | EMPLOYEE NAME | COL#1 AMT | COL#2 AMT | TOTAL AMT |
|-----------|------|------------|---------------|-----------|-----------|-----------|
| 12/06/2012 | 390 | 0118 | JING YAO | -363.47 | | -363.47 |
| 02/01/2012 | 699 | 0288 | EMDADUL HOQUE | -1729.62 | | -1729.62 |
| 09/10/2010 | 1208 | 0922 | NICHOLAS G PETROPOULOS | -3022.20 | | -3022.20 |
| 05/06/2004 | 3526 | 0976 | YI YIN TAM | -1014.73 | | -1014.73 |
| 06/01/2013 | 213 | 01064 | GILBERT F MARTIN | -1140.07 | | -1140.07 |
| 02/08/2013 | 326 | 01072 | ANGEL M FERNANDEZ | -2731.01 | | -2731.01 |
| 03/31/2010 | 1371 | 001101 | JOHN RICHARD ARTURA | -1486.89 | | -1486.89 |
| 06/30/2013 | 184 | 01254 | DAVID B ANDERSON | -667.33 | | -667.33 |
| 12/06/2013 | 25 | 01275 | JOSEPH ANDRES RODRIGUEZ | -150.00 | | -150.00 |
| 09/30/2002 | 4110 | 01450 | ZOUANNIS VAFIAS | -2649.13 | | -2649.13 |
| 11/07/2008 | 1880 | 01526 | RICHARD DUMONT | -55.50 | | -55.50 |
| 10/08/2012 | 449 | 1531 | KEE WEI TUNG | -1717.66 | | -1717.66 |
| 02/28/2011 | 1037 | 01608 | ERIC JOHN CLARAVALL | -700.00 | | -700.00 |
| 12/13/2013 | 18 | 02238 | GABRIEL ALFREDO ZAMBRANA | -721.23 | | -721.23 |
| 09/20/2013 | 102 | 02369 | STEFANO LUIGI DIMAIOLO | -533.01 | | -533.01 |
| 07/15/2011 | 900 | 2799 | ERICK A MANZANILLA | -415.07 | | -415.07 |
| 07/06/2012 | 543 | 02890 | MICHAEL ANDREWS | -2307.06 | | -2307.06 |
| 12/18/2009 | 1474 | 3145 | REYNALDO BERRIOS | -9379.59 | | -9379.59 |
| 11/30/2013 | 31 | 03533 | KEVIN K SUH | -1421.89 | | -1421.89 |
| ( /2013 | 298 | 03833 | NELSON LIU | -2189.91 | | -2189.91 |
| 10/07/2011 | 816 | 3849 | YANG LAO | -1028.62 | | -1028.62 |
| 10/08/2013 | 84 | 04128 | JOSHUA A FENTON | -381.66 | | -381.66 |
| 12/06/2013 | 25 | 04368 | PETE ZACHARIA | -220.93 | | -220.93 |
| 10/31/2013 | 61 | 04960 | MICHAEL A COHEN | -722.06 | | -722.06 |
| 08/11/2011 | 873 | 04969 | JOHN TRINSALI | -2570.32 | | -2570.32 |
| 07/05/2013 | 179 | 5018 | SOON HYUK YUN | -148.69 | | -148.69 |
| 02/15/2001 | 4702 | 5043 | RICHARD J PROVENZANO | -20149.56 | | -20149.56 |
| 03/16/2012 | 655 | 05665 | PHILLIP MUSMACKER | -1269.60 | | -1269.60 |
| 06/30/2013 | 184 | 05724 | DAVID ZHI WEN QIN | -1951.20 | | -1951.20 |
| 10/30/2013 | 62 | 6018 | ELIZABETH CRUZ | -2159.64 | | -2159.64 |
| 12/31/2013 | 0 | 06476 | ROBERT R JOHNSON | -2568.76 | | -2568.76 |
| 11/30/2012 | 396 | 06676 | JAMES M OBRIEN | -4917.27 | | -4917.27 |
| 04/10/2009 | 1726 | 07358 | MANOJ SHAMSUNDAR | -1660.18 | | -1660.18 |
| 11/01/2013 | 60 | 07550 | DAVID C SUTTON | -1990.28 | | -1990.28 |
| 12/07/2012 | 389 | 07862 | YADI LIU | -536.02 | | -536.02 |
| 08/15/2013 | 138 | 07893 | MIAN M HUSSAIN | -658.15 | | -658.15 |
| 11/07/2013 | 54 | 08078 | EFREN C BULLODA | -621.76 | | -621.76 |
| 04/10/2013 | 265 | 08720 | QIQING ZHANG | -542.92 | | -542.92 |
| 10/07/2011 | 816 | 08736 | SCOTT A MORANG | -411.51 | | -411.51 |
| 02/11/2011 | 1054 | 9295 | STEVEN A HAUSMAN | -14540.63 | | -14540.63 |
| 12/06/2013 | 25 | 09672 | RONALD CORDERO | -440.64 | | -440.64 |
| 10/10/2013 | 82 | 09738 | JOSE A. CRUZ | -800.40 | | -800.40 |
| 12/31/2013 | 0 | 12312013 | | -31400.51 | | -31400.51 |
| 10/31/2013 | 61 | PTSN1013 | | -4000.00 | | -4000.00 |
| 1 /2013 | 31 | PTSN1113 | | -17063.80 | | -17063.80 |
| 1.. .1/2013 | 0 | PTSN1213 | | -12147.52 | | -12147.52 |

All OK
Per Viv

VOYNOW_008401
CONFIDENTIAL
VOYNOW_008401

```
11/24/2014 VOYNOW                            STAR TOYOTA OF BAYSIDE                           0350
11:07:04                              (31) ACCRUED COMMISSIONS - (11/24/2014)          PAGE    1
                                             ACCTS 3120 3119
```

| ORIG DATE | DAYS | CONTROL NO | EMPLOYEE NAME | COL#1 AMT | COL#2 AMT | TOTAL AMT |
|---|---|---|---|---|---|---|
| 10/14/2014 | 41 | 10 | HOUSE HOUSE | -475.26 | | -475.26 |
| 02/01/2012 | 1027 | 0288 | EMDADUL HOQUE | 705.20 | | 705.20 |
| 09/10/2010 | 1536 | 0922 | NICHOLAS G PETROPOULOS | -318.42 | | -318.42 |
| 05/06/2004 | 3854 | 0976 | YI YIN TAM | -621.54 | | -621.54 |
| 06/01/2013 | 541 | 01064 | GILBERT F MARTIN | -495.32 | | -495.32 |
| 02/08/2013 | 654 | 01072 | ANGEL M FERNANDEZ | 17.94 | | 17.94 |
| 12/06/2013 | 353 | 01275 | JOSEPH ANDRES RODRIGUEZ | 574.05 | | 574.05 |
| 02/06/2014 | 291 | 01526 | RICHARD DUMONT | -60.30 | | -60.30 |
| 02/04/2014 | 293 | 1531 | KEE WEI TUNG | -427.68 | | -427.68 |
| 03/17/2014 | 252 | 02238 | GABRIEL ALFREDO ZAMBRANA | -852.26 | | -852.26 |
| 10/01/2014 | 54 | 02366 | MOHAN LAKERAM | 1315.96 | | 1315.96 |
| 02/11/2014 | 286 | 02369 | STEFANO LUIGI DIMAIOLO | 16.49 | | 16.49 |
| 05/09/2014 | 199 | 02742 | JENNIFER MELENDEZ | -0.01 | | -0.01 |
| 09/30/2014 | 55 | 02775 | BRIAN SUESIUYUE | -1015.75 | | -1015.75 |
| 12/18/2009 | 1802 | 3145 | REYNALDO BERRIOS | 310.89 | | 310.89 |
| 11/19/2014 | 5 | 03225 | ALONSO E FERNANDEZ | -747.86 | | -747.86 |
| 10/07/2011 | 1144 | 3849 | YANG LAO | -141.77 | | -141.77 |
| 09/05/2014 | 80 | 04023 | ROY S PERSAUD | -647.97 | | -647.97 |
| 04/22/2014 | 216 | 04128 | JOSHUA A FENTON | -167.98 | | -167.98 |
| 08/11/2011 | 1201 | 04969 | JOHN TRINGALI | -2107.56 | | -2107.56 |
| 06/05/2014 | 172 | 5018 | SOON HYUK YUN | -100.00 | | -100.00 |
| 10/10/2014 | 45 | 05614 | THOMAS Y PYUN | -624.40 | | -624.40 |
| 03/16/2012 | 983 | 05665 | PHILLIP MUSNACKER | -1797.19 | | -1797.19 |
| 03/14/2014 | 255 | 05928 | EDWARD A MENCIA | 95.00 | | 95.00 |
| 10/30/2013 | 390 | 6018 | ELIZABETH CRUZ | 1009.07 | | 1009.07 |
| 11/30/2012 | 724 | 06676 | JAMES M OBRIEN | | 2000.00 | 2000.00 |
| 10/10/2014 | 45 | 07255 | MICHAEL LAMARSH | 7935.51 | | 7935.51 |
| 03/31/2014 | 238 | 07267 | SAMSON LAU | -1.10 | | -1.10 |
| 10/30/2014 | 25 | 07641 | JESSICA GIARDINA | 5.40 | | 5.40 |
| 07/09/2014 | 138 | 07862 | YADI LIU | -483.88 | | -483.88 |
| 07/08/2014 | 139 | 07893 | MIAN M HUSSAIN | -397.31 | | -397.31 |
| 06/06/2014 | 171 | 08078 | EFREN C RULLODA | 122.92 | | 122.92 |
| 06/30/2014 | 147 | 08647 | GIOVANNI CISNEROS | 0.80 | | 0.80 |
| 04/10/2013 | 593 | 08720 | QIQING ZHANG | 12.94 | | 12.94 |
| 07/04/2014 | 143 | 08736 | SCOTT A MORANG | -166.49 | | -166.49 |
| 10/21/2014 | 34 | 08825 | JOEL H COHEN | -262.94 | | -262.94 |
| 09/30/2014 | 55 | 09007 | IMRAN PARDHAN | -0.03 | | -0.03 |
| 02/11/2011 | 1382 | 9295 | STEVEN A HAUSMAN | -76.68 | | -76.68 |
| 10/01/2014 | 54 | PTSN1014 | | -17794.50 | | -17794.50 |
| *TOTALS* | | | | -17662.03 | 2000.00 | -15662.03 |

39 records listed.

VOYNOW_008826
CONFIDENTIAL

Case 1:18-cv-05775-ERK-TAM   Document 126-78   Filed 06/05/24   Page 6 of 8 PageID #: 2978

| ORIG DATE | DAYS | CONTROL NO | EMPLOYEE NAME | COL#1 AMT | COL#2 AMT |
|-----------|------|------------|---------------|-----------|-----------|
| 06/04/2014 | 210 | 0118 | JING YAO | -730.13 | |
| 02/01/2012 | 1064 | 0288 | EMDADUL HOQUE | -3404.57 | |
| 09/10/2010 | 1573 | 0922 | NICHOLAS G PETROPOULOS | -2760.13 | |
| 05/06/2004 | 3891 | 0976 | YI YIN TAM | -1786.76 | |
| 06/01/2013 | 578 | 01064 | GILBERT F MARTIN | -305.27 | |
| 02/08/2013 | 691 | 01072 | ANGEL M FERNANDEZ | -2038.83 | |
| 11/14/2014 | 47 | 01275 | JOSEPH ANDRES RODRIGUEZ | -274.16 | |
| 02/06/2014 | 328 | 01526 | RICHARD DUMONT | -1058.45 | |
| 02/04/2014 | 330 | 1531 | KEE WEI TUNG | -1933.84 | |
| 03/17/2014 | 289 | 02238 | GABRIEL ALFREDO ZAMBRANA | -1310.46 | |
| 11/07/2014 | 54 | 02366 | MOHAN LAKERAM | 649.49 | |
| 02/11/2014 | 323 | 02369 | STEFANO LUIGI DIMAIOLO | -1063.71 | |
| 05/09/2014 | 236 | 02742 | JENNIFER MELENDEZ | -0.01 | |
| 12/18/2009 | 1839 | 3145 | REYNALDO BERRIOS | -9444.14 | |
| 11/19/2014 | 42 | 03225 | ALONSO E FERNANDEZ | -340.59 | |
| 11/30/2013 | 396 | 03533 | KEVIN K SUH | -1775.63 | |
| 10/07/2011 | 1181 | 3849 | YANG LAO | -928.73 | |
| C   /2014 | 117 | 04023 | ROY S PERSAUD | -831.23 | |
| 11/14/2014 | 47 | 04128 | JOSHUA A FENTON | -709.87 | |
| 10/22/2014 | 70 | 04960 | MICHAEL A COHEN | -1125.09 | |
| 08/11/2011 | 1238 | 04969 | JOHN TRINGALI | -3477.82 | |
| 12/31/2014 | 0 | 04978 | KONSTANTINOS MIKEDIS | -280.87 | |
| 06/05/2014 | 209 | 5018 | SOON HYUK YUN | -945.06 | |
| 02/15/2001 | 5067 | 5043 | RICHARD J PROVENZANO | -28672.42 | |
| 03/16/2012 | 1020 | 05665 | PHILLIP MUSMACKER | -4196.11 | |
| 06/30/2013 | 549 | 05724 | DAVID ZHI WEN QIN | -2349.05 | |
| 03/14/2014 | 292 | 05928 | EDWARD A MENCIA | -356.40 | |
| 10/30/2013 | 427 | 6018 | ELIZABETH CRUZ | -2506.56 | |
| 11/30/2012 | 761 | 06676 | JAMES M OBRIEN | -9669.08 | |
| 12/05/2014 | 26 | 07112 | ASHLI A THOMPSON | -50.00 | |
| 10/10/2014 | 82 | 07255 | MICHAEL LAMARSH | 3319.56 | |
| 11/01/2013 | 425 | 07550 | DAVID C SUTTON | -2629.13 | |
| 11/11/2014 | 50 | 07641 | JESSICA GIARDINA | 0.01 | |
| 07/09/2014 | 175 | 07862 | YADI LIU | -1109.84 | |
| 11/14/2014 | 47 | 07893 | MIAN M HUSSAIN | -2059.39 | |
| 11/14/2014 | 47 | 08078 | EFREN C RULLODA | -2100.73 | |
| 06/30/2014 | 184 | 08647 | GIOVANNI CISNEROS | -1106.04 | |
| 04/10/2014 | 630 | 08720 | QIQING ZHANG | 181.32 | |
| 07/04/2014 | 180 | 08736 | SCOTT A MORANG | -946.28 | |
| 10/21/2014 | 71 | 08825 | JOEL H COHEN | -1192.65 | |
| 09/30/2014 | 92 | 09007 | IMRAN PARDHAN | -3808.36 | |
| 02/11/2011 | 1419 | 9295 | STEVEN A HAUSMAN | -841.71 | |
| 0  /2014 | 184 | 093449 | HANIF SHUAYB | -1407.61 | |
| 1.   /2014 | 0 | 12312014 | | -43005.85 | |
| 10/01/2014 | 91 | PTSN1014 | | -22241.98 | |
| 12/31/2014 | 0 | PTSN1214 | | -14000.00 | |

All OK
per Vivian

Last week   Rev JAN

clears 1/19 paid

CONFIDENTIAL                                                           VOYNOW_021089

```
0? '~/2016 VOYNOW                              STAR TOYOTA OF BAYSIDE                                           0350
1\  :09                              (31) ACCRUED COMMISSIONS - (12/31/2015)                          PAGE    1
                                             ACCTS 3120 3119
```

| ORIG DATE | DAYS | CONTROL NO | EMPLOYEE NAME | COL#1 AMT | COL#2 AMT | TOTAL AMT |
|-----------|------|------------|---------------|-----------|-----------|-----------|
| 02/06/2015 | 328 | 0118 | JING YAO | -1424.90 | | -1424.90 |
| 02/01/2012 | 1429 | 0288 | EMDADUL HOQUE | -4003.62 | | -4003.62 |
| 09/10/2010 | 1938 | 0922 | NICHOLAS G PETROPOULOS | -3990.00 | | -3990.00 |
| 05/06/2004 | 4256 | 0976 | YI YIN TAM | -1168.33 | | -1168.33 |
| 08/06/2015 | 147 | 01047 | JAMES CLEMMONS | -728.68 | | -728.68 |
| 08/06/2015 | 147 | 01064 | GILBERT F MARTIN | -2726.67 | | -2726.67 |
| 07/31/2015 | 153 | 01450 | ZOUANNIS VAFIAS | -1038.58 | | -1038.58 |
| 11/06/2015 | 55 | 01526 | RICHARD DUMONT | -1897.18 | | -1897.18 |
| 02/04/2014 | 695 | 1531 | KEE WEI TUNG | -1606.64 | | -1606.64 |
| 10/31/2015 | 61 | 01602 | MATTHEW A BOCCHINO | -5800.00 | | -5800.00 |
| 11/11/2015 | 50 | 02238 | GABRIEL ALFREDO ZAMBRANA | -440.56 | | -440.56 |
| 10/31/2015 | 61 | 02366 | MOHAN LAKERAM | -1354.17 | | -1354.17 |
| 08/31/2015 | 122 | 02525 | SONLI DUARTE | -1032.40 | | -1032.40 |
| 12/18/2009 | 2204 | 3145 | REYNALDO BERRIOS | -11042.96 | | -11042.96 |
| 11/30/2013 | 761 | 03533 | KEVIN K SUH | -1806.71 | | -1806.71 |
| 11/30/2015 | 31 | 3676 | MARK ZHANG | -1150.02 | | -1150.02 |
| 01/09/2015 | 356 | 03833 | NELSON LIU | -3280.52 | | -3280.52 |
| 03/13/2015 | 293 | 3849 | YANG LAO | -986.74 | | -986.74 |
| 11/11/2015 | 50 | 04023 | ROY S PERSAUD | -348.82 | | -348.82 |
| 0    /2015 | 209 | 04128 | JOSHUA A FENTON | -522.17 | | -522.17 |
| 06, ..1/2011 | 1603 | 04969 | JOHN A TRINGALI | 378.65 | | 378.65 |
| 12/31/2014 | 365 | 04978 | KONSTANTINOS MIKEDIS | -1910.23 | | -1910.23 |
| 08/06/2015 | 147 | 5018 | SOON HYUK YUN | -639.31 | | -639.31 |
| 02/15/2001 | 5432 | 5043 | RICHARD J PROVENZANO | -24605.17 | | -24605.17 |
| 08/04/2015 | 149 | 05665 | PHILLIP MUSMACKER | -3175.28 | | -3175.28 |
| 06/30/2013 | 914 | 05724 | DAVID ZHI WEN QIN | -1774.67 | | -1774.67 |
| 10/30/2013 | 792 | 6018 | ELIZABETH CRUZ | -5207.63 | | -5207.63 |
| 11/30/2012 | 1126 | 06676 | JAMES M OBRIEN | -7599.73 | | -7599.73 |
| 12/05/2014 | 391 | 07255 | MICHAEL LAMARSH | -3176.00 | | -3176.00 |
| 03/31/2015 | 275 | 07520 | HIU BUN LO | -1623.95 | | -1623.95 |
| 11/01/2013 | 790 | 07550 | DAVID C SUTTON | -1235.64 | | -1235.64 |
| 09/16/2015 | 106 | 07862 | YADI LIU | -481.27 | | -481.27 |
| 09/09/2015 | 113 | 08078 | EFREN C RULLODA | -200.00 | | -200.00 |
| 04/10/2013 | 995 | 08720 | QIQING ZHANG | -1209.06 | | -1209.06 |
| 08/06/2015 | 147 | 08736 | SCOTT A MORANG | -709.40 | | -709.40 |
| 08/31/2015 | 122 | 08886 | GLORIA ALVARENGA | -1849.46 | | -1849.46 |
| 09/30/2014 | 457 | 09007 | IMRAN PARDHAN | -3030.00 | | -3030.00 |
| 02/11/2011 | 1784 | 9295 | STEVEN A HAUSMAN | -19586.06 | 5000.00 | -14586.06 |
| 08/12/2015 | 141 | 09738 | JOSE A. CRUZ | -459.00 | | -459.00 |
| 12/31/2015 | 0 | 12312015 | | -52678.24 | | -52678.24 |
| 12/31/2015 | 0 | 13312015 | | -2560.00 | | -2560.00 |
| 09/30/2015 | 92 | PTSN0915 | | -3031.31 | | -3031.31 |
| 10/31/2015 | 61 | PTSN1015 | | -10284.24 | | -10284.24 |
| 11/30/2015 | 31 | PTSN1115 | | -17223.48 | | -17223.48 |
| 12/^^/2015 | 0 | PTSN1215 | | -13589.84 | | -13589.84 |

```
    *TOTALS*                                -223809.99    5000.00   -218809.99
```

CONFIDENTIAL                                    VOYNOW_019786

```
0'/27/2017 VOYNOW                        STAR TOYOTA OF BAYSIDE                                    0350
   :14                          (31) ACCRUED COMMISSIONS - (12/31/2016)                      PAGE   1
                                           ACCTS 3120 3119


ORIG DATE  DAYS CONTROL NO EMPLOYEE NAME              COL#1 AMT   COL#2 AMT
---------- ---- ---------- ------------------------   ----------- -----------


02/06/2015  694     0118 JING YAO                       -487.36
02/01/2012 1795     0288 EMDADUL HOQUE                 -2913.78
07/31/2016  153     0657 SUNNY R DALAVAI               -1996.24
09/10/2010 2304     0922 NICHOLAS G PETROPOULOS        -1683.50
05/06/2004 4622     0976 YI YIN TAM                    -1019.71
08/06/2015  513    01047 JAMES CLEMMONS                 -639.44
04/07/2016  268    01064 GILBERT F MARTIN               -934.94
07/31/2015  519    01450 ZOUANNIS VAFIAS                -139.35
10/10/2016   82    01526 RICHARD DUMONT                 -930.29
02/04/2014 1061     1531 KEE WEI TUNG                   -958.45
06/03/2016  211    01602 MATTHEW A BOCCHINO            -6000.00
11/04/2016   57    02082 JAMES ADAM KAMHAWY             -341.56
10/07/2016   85   02238 GABRIEL ALFREDO ZAMBRANA      -1374.63
12/18/2009 2570     3145 REYNALDO BERRIOS            -10934.92
11/30/2015  397     3676 MARK ZHANG                    -418.71
01/09/2015  722    03833 NELSON LIU                   -3685.92
03/13/2015  659     3849 YANG LAO                     -1248.05      155.13
11/11/2016   50    04023 ROY S PERSAUD                 -810.90      800.00
02/05/2016  330    04128 JOSHUA A FENTON               -110.74      200.00
F  1/2016  153     4864 YESICA L BAEZ                 -2005.56
   4/2015  393    04969 JOHN A TRINGALI               -2159.94
11/04/2016   57    04978 KONSTANTINOS MIKEDIS          -912.24
11/04/2016   57     5018 SOON HYUK YUN                 -518.47
02/15/2001 5798     5043 RICHARD J PROVENZANO        -23349.28
08/04/2015  515    05665 PHILLIP MUSMACKER            -1424.19
06/30/2013 1280    05724 DAVID ZHI WEN QIN            -2231.61
10/17/2016   75    05928 EDWARD A MENCIA                            369.50
10/30/2013 1158     6018 ELIZABETH CRUZ               -3324.49
04/30/2016  245    06270 SALVATORE GUARINO            -7000.00
09/02/2016  120    06369 YOUNG S KIM                               242.50
11/30/2016   31    06484 SHENG HUANG                  -1953.28
11/30/2012 1492    06676 JAMES M OBRIEN               -6912.13     1000.00
05/06/2016  239    07550 DAVID C SUTTON               -2639.32
10/03/2016   89    07862 YADI LIU                      -447.85     1016.60
12/16/2016   15    08049 JUSTIN GOON                   -203.76      188.00
11/30/2016   31    08389 DERRICK DAVE DASS             -279.74
04/10/2013 1361    08720 QIQING ZHANG                 -2834.12      300.00
05/06/2016  239    08736 SCOTT A MORANG                -374.62      300.00
10/07/2016   85    09007 IMRAN PARDHAN                -3471.63
02/11/2011 2150     9295 STEVEN A HAUSMAN            -10169.67
08/12/2015  507    09738 JOSE A. CRUZ                  -200.00


    *TOTALS*                                        -109040.39     4571.73


41 records listed.
```

CONFIDENTIAL

VOYNOW_021625