# EXHIBIT 40

```
01/25/2012 VOYNOW                         STAR NISSAN INC.                                    0350
10:33:11                         (31) ACCRED COMMISSIONS - (12/31/2011)                  PAGE    1
                                         ACCTS 3212 3213


ORIG DATE  DAYS  CONTROL NO  EMPLOYEE NAME            COL#1 AMT    COL#2 AMT
---------- ----  ----------  -------------------      ----------   ----------

12/22/2008 1104              100 HOUSE                  -1342.82
10/12/2011   80              0296 BUN LEUNG YUEN         -431.60
10/10/2008 1177              0297 DAWN S SIMON            375.70     -341.71
10/01/2011   91              01299 ANDREW LARUSSO        -700.00
11/10/2010  416              1528 LUCAS F CEDENO         -524.75
12/31/2010  365              02366 LAKERAM MOHAN         -447.81
06/30/2011  184              02900 WAN-TIEN HOU         -1054.78
01/21/2011  344              03166 KENNETH LIVINGSTON    -587.03
09/07/2007 1576              3420 CONSTANTINOS TSOLKAS  -9347.02
11/01/2011   60              03711 GENNARO DECANDITIS    -100.00
05/24/2010  586              3962 ANTHONY J SIGNORELLI  -2816.42
11/18/2009  773              4455 JEFFREY R MELTSER      -274.48
12/10/2010  386              04858 HUMPHREY FERREIRA      -69.50
10/16/1995 5920              4957 IRA W GOLDBERG           97.20
09/30/2009  822              05440 DAMIAN VELOZ         -1574.10
12/31/2005 2191              005464 ROBERT A KALMAN     -2735.68
01/07/2011  358              6052 JOSEPH KOLB            -670.26
05/07/2010  603              6092 FRED B BRASWELL        -452.38
05/31/2010  579              06202 ELLIOTT ROTHMAN      -6050.27
01/07/2011  358              06589 LIONEL BENJAMIN       -590.45
  `1/2005  2191              6721 ALKARIM G. PARDHAN   -17314.87
  `1/2009  1053              06804 FERNANDO CEDENO       -192.66     -341.71
02/29/2008 1401              006856 MARC J SIEGEL      -3792.98
09/24/2010  463              6886 JAMES R ARISMENDY     -946.56
10/31/2011   61              08371 ANTHONY CRUPI       -1236.28
10/31/2007 1522              8550 SIN Y CHONG          -3127.00
10/07/2011   85              08819 CHARLES G CHUNG      -381.81
11/30/2011   31              08975 LU YI                -499.88
09/30/2011   92              09007 IMRAN PARDHAN       -1555.73
11/17/2011   44              09185 THEODOROS MARIO THEODOROU -4.33
10/13/2011   79              9674 BAHRAM RANJBAR       -1011.87
12/31/2011    0  TOY1211                               -3197.13


  *TOTALS*                                            -62557.55     -683.42

32 records listed.
```



VOYNOW_010612
CONFIDENTIAL

```
01/29/2013 VOYNOW                         STAR NISSAN INC.                                    0350
11:19:34                           (31) ACCRED COMMISSIONS - (12/31/2012)                   PAGE   1
                                            ACCTS 3212 3213

GRID DATE  DAYS CONTROL NO  EMPLOYEE NAME         COL#1 AMT   COL#2 AMT   TOTAL AMT
---------- ---- ----------- --------------------- ----------- ---------- ------------

02/15/2012  320        100  HOUSE                    -1097.16              -1097.16
10/25/2012   67       0296  BUN LEUNG YUEN            -179.96               -179.96
01/13/2012  353       1082  RICHARD SCHULTZ           -148.39               -148.39
10/01/2011  457      01299  ANDREW LARUSSO            -700.00               -700.00
11/10/2010  782       1528  LUCAS F CEDENO            -445.27               -445.27
12/31/2010  731      02366  LAKERAM MOHAN             -953.87               -953.87
02/10/2012  325      02900  WAN-TIEN HOU              -824.06               -824.06
01/21/2011  710      03166  KENNETH LIVINGSTON        -204.24               -204.24
09/07/2007 1942       3420  GUS TSOLKAS             -12177.74             -12177.74
11/01/2011  426      03711  GENNARO DECANDITIS         179.39                179.39
05/24/2010  952       3962  ANTHONY J SIGNORELLI      -810.09               -810.09
06/22/2012  192     004314  BERNODES DECENA          -2592.86              -2592.86
11/18/2009 1139       4455  JEFFREY R MELTSER         -372.79               -372.79
10/12/2012   80      04858  HUMPHREY FERREIRA         -175.71               -175.71
10/16/1995 6286       4957  IRA W GOLDBERG           -1468.20              -1468.20
11/28/2012   33      05304  BAKTASH RUSTA             -540.56               -540.56
09/30/2009 1188      05440  DAMIAN VELOZ             -1972.55              -1972.55
12/31/2005 2557     005464  ROBERT A KALMAN          -1209.86              -1209.86
10/05/2012   87       6052  JOSEPH KOLB               -287.59               -287.59
03/08/2012  298       6092  FRED B BRASWELL           -305.40               -305.40
05/31/2010  945      06202  ELLIOTT ROTHMAN          -6513.01              -6513.01
01/07/2011  724      06589  LIONEL BENJAMIN          -1320.87              -1320.87
1   /2005  2557       6721  ALKARIM G. PARDHAN       -9925.00              -9925.00
12/07/2012   24      06804  FERNANDO CEDENO           -271.19               -271.19
02/29/2008 1767     006856  MARC J SIEGEL            -4602.73              -4602.73
10/10/2012   82       6886  JAMES R ARISMENDY         -528.52               -528.52
01/06/2012  360      07177  OSIRIS CEDENO            -4239.15              -4239.15
10/31/2007 1888       8550  SIN Y CHONG              -3532.62              -3532.62
12/21/2012   10       8622  NATHAN ZHENG             -1408.21              -1408.21
09/30/2011  458      09007  IMRAN PARDHAN             -998.35               -998.35
07/13/2012  171      09185  THEODOROS MARIO THEODOROU -10248.93           -10248.93
10/13/2011  445       9674  BAHRAM RANJBAR            -275.00               -275.00
08/17/2012  136      09976  GABRIEL R RODRIGUEZ       -226.10               -226.10
11/30/2012   31  PTSTOY11                            -3780.65              -3780.65
12/31/2012    0  PTSTOY12                           -14127.13             -14127.13

 *TOTALS*                                           -88284.37             -88284.37

35 records listed.
```

Handwritten annotations: "OK" (upper right); "3 inter co comission" (right side near bottom)

| ORIG DATE | DAYS | CONTROL NO | EMPLOYEE NAME | COL#1 AMT | COL#2 AMT | TOTAL AMT |
|---|---|---|---|---|---|---|
| 09/06/2013 | 116 | 0328 | LUIS M FELIX | -885.96 | | -885.96 |
| 01/13/2012 | 718 | 1082 | RICHARD SCHULTZ | -373.98 | | -373.98 |
| 11/10/2010 | 1147 | 1528 | LUCAS F CEDENO | -52.92 | | -52.92 |
| 07/31/2013 | 153 | 02323 | JEFFERY BOO | -1251.59 | | -1251.59 |
| 10/09/2013 | 83 | 02521 | CHAOMEI HU | -400.00 | | -400.00 |
| 05/02/2013 | 243 | 03166 | KENNETH LIVINGSTON | -587.01 | | -587.01 |
| 09/07/2007 | 2307 | 3420 | GUS TSOLKAS | -12099.41 | | -12099.41 |
| 05/24/2010 | 1317 | 3962 | ANTHONY J SIGNORELLI | -197.61 | | -197.61 |
| 06/22/2012 | 557 | 004314 | BERNODES DECENA | -1549.03 | | -1549.03 |
| 08/31/2013 | 122 | 04346 | THOMAS CARBELLANO | -800.00 | | -800.00 |
| 12/09/2013 | 22 | 4429 | RAZVAN HOTARANU | -486.05 | | -486.05 |
| 11/18/2009 | 1504 | 4455 | JEFFREY R MELTSER | -173.13 | | -173.13 |
| 02/15/2013 | 319 | 04858 | HUMPHREY FERREIRA | -480.50 | | -480.50 |
| 10/16/1995 | 6651 | 4957 | IRA W GOLDBERG | -4226.13 | | -4226.13 |
| 11/22/2013 | 39 | 05304 | BAKTASH RUSTA | -753.54 | | -753.54 |
| 12/31/2005 | 2922 | 005464 | ROBERT A KALMAN | -1238.63 | | -1238.63 |
| 10/05/2012 | 452 | 6052 | JOSEPH KOLB | -237.54 | | -237.54 |
| 03/08/2012 | 663 | 6092 | FRED B BRASWELL | -391.49 | | -391.49 |
| 01/07/2011 | 1089 | 06589 | LIONEL BENJAMIN | -333.04 | | -333.04 |
| 1?/??/2005 | 2922 | 6721 | ALKARIM G. PARDHAN | -2361.68 | | -2361.68 |
| 12/??/2013 | 25 | 06804 | FERNANDO CEDENO | -1076.40 | | -1076.40 |
| 02/29/2008 | 2132 | 006856 | MARC J SIEGEL | -886.42 | | -886.42 |
| 01/06/2012 | 725 | 07177 | OSIRIS CEDENO | -214.71 | | -214.71 |
| 06/30/2013 | 184 | 07235 | RYAN ONEILL | -932.02 | | -932.02 |
| 12/31/2013 | 0 | 8524 | MARK S BASSO | -925.95 | | -925.95 |
| 10/31/2007 | 2253 | 8550 | SIN Y CHONG | -2657.66 | | -2657.66 |
| 09/30/2011 | 823 | 09007 | IMRAN PARDHAN | -2664.61 | | -2664.61 |
| 07/13/2012 | 536 | 09185 | THEODOROS MARIO THEODOROU | -581.55 | | -581.55 |
| 12/31/2013 | 0 | 9548 | PHILLIP GUBISH | -908.08 | | -908.08 |
| 10/13/2011 | 810 | 9674 | BAHRAM RANJBAR | -995.56 | | -995.56 |
| 08/17/2012 | 501 | 09976 | GABRIEL R RODRIGUEZ | -443.22 | | -443.22 |
| 12/31/2013 | 0 | TOY1231 | | -3755.00 | | -3755.00 |
| *TOTALS* | | | | -44920.42 | | -44920.42 |

32 records listed.

VOYNOW_007807
CONFIDENTIAL

```
Q   /2015 DEBBIE                          STAR NISSAN INC.                                      0350
1   3:54                          (31) ACCRED COMMISSIONS - (12/31/2014)                    PAGE   1
                                         ACCTS 3212 3213


ORIG DATE  DAYS CONTROL NO EMPLOYEE NAME         COL#1 AMT    COL#2 AMT
---------- ---- ---------- ------------------------- ----------- -----------

12/31/2014    0            00 INTERNAL RO              -25.00
02/28/2014  306           100 HOUSE                   -750.00
03/07/2014  299          0328 LUIS M FELIX            -389.98
11/07/2014   54          1528 LUCAS F CEDENO         -2319.81
05/31/2014  214         02323 JEFFERY BOO            -1197.44
11/07/2014   54         02544 ROBERT TAM              -254.69
11/07/2014   54         02775 BRIAN SUE SIU YUE       -400.00
09/07/2007 2672          3420 GUS TSOLKAS           -15331.57
04/30/2014  245         03535 SHRENIK R DELHIWALA   -1832.18
10/17/2014   75          3962 ANTHONY J SIGNORELLI   -399.85
06/22/2012  922        004314 BERNODES DECENA       -3436.93
08/31/2013  487         04346 THOMAS CARBELLANO      -800.00
11/07/2014   54          4429 RAZVAN HOTARANU        -561.60
08/08/2014  145          4455 JEFFREY R MELTSER      -604.47
03/31/2014  275         04571 ERIC J AHN             -952.12
10/08/2014   64         04858 HUMPHREY FERREIRA      -268.20
10/16/1995 7016          4957 IRA W GOLDBERG        -3252.05
10/05/2012  817          5052 JOSEPH KOLB           -1327.78
0  3/2014  208          6092 FRED B BRASWELL        -1229.64
0   /2011 1454         06589 LIONEL BENJAMIN        -1442.26
12/31/2005 3287          6721 ALKARIM G. PARDHAN    -2973.20
12/06/2013  390         06804 FERNANDO CEDENO       -1243.20
02/29/2008 2497        006856 MARC J SIEGEL         -1475.88
01/06/2012 1090         07177 OSIRIS CEDENO         -8119.45
10/31/2014   61         07632 WESLEY HALL            -491.15
06/06/2014  208         09531 LEOPOLDO HERNANDEZ    -2258.72
04/01/2014  274          9548 PHILLIP GUBISH         -963.39
10/13/2011 1175          9674 BAHRAM RANJBAR        -1861.68
01/01/2014  364         09908 CHRISTINE MANGIONE    -1520.00
11/07/2014   54         09976 GABRIEL R RODRIGUEZ    -350.45
01/31/2014  334        605593 MOHAMED AKBAR KHAN     -800.00
11/30/2014   31            TOY                      -8007.08
11/07/2014   54        TOY1014                      -5000.00
12/31/2014    0        TOY1214                      -4000.00

   *TOTALS*                                        -75839.77


34 records listed.
```

VOYNOW_013271
CONFIDENTIAL

```
 0    /2015 DEBBIE                    STAR NISSAN INC.                              0350
1.   3:54                    (31) ACCRED COMMISSIONS - (12/31/2014)            PAGE    1
                                     ACCTS 3212 3213


ORIG DATE  DAYS  CONTROL NO  EMPLOYEE NAME        COL#1 AMT    COL#2 AMT
---------- ----  ----------  -------------------- ----------   ----------

12/31/2014    0         00   INTERNAL RO               -25.00
02/28/2014  306        100   HOUSE                    -750.00
03/07/2014  299       0328   LUIS M FELIX             -389.98
11/07/2014   54       1528   LUCAS F CEDENO          -2319.81
05/31/2014  214      02323   JEFFERY BOO             -1197.44
11/07/2014   54      02544   ROBERT TAM               -254.69
11/07/2014   54      02775   BRIAN SUE SIU YUE        -400.00
09/07/2007 2672       3420   GUS TSOLKAS            -15331.57
04/30/2014  245      03535   SHRENIK R DELHIWALA    -1832.18
10/17/2014   75       3962   ANTHONY J SIGNORELLI    -399.85
06/22/2012  922     004314   BERNODES DECENA        -3436.93
08/31/2013  487      04346   THOMAS CARBELLANO       -800.00
11/07/2014   54       4429   RAZVAN HOTARANU         -561.60
08/08/2014  145       4455   JEFFREY R MELTSER       -604.47
03/31/2014  275      04571   ERIC J AHN              -952.12
10/08/2014   84      04858   HUMPHREY FERREIRA       -268.20
10/16/1995 7016       4957   IRA W GOLDBERG         -3252.05
10/05/2012  817       6052   JOSEPH KOLB            -1327.78
0    /2014  208       6092   FRED B BRASWELL        -1229.64
0    /2011 1454      06589   LIONEL BENJAMIN        -1442.26
12/31/2005 3287       6721   ALKARIM G. PARDHAN     -2973.20
12/06/2013  390      06804   FERNANDO CEDENO        -1243.20
02/29/2008 2497     006856   MARC J SIEGEL          -1475.88
01/06/2012 1090      07177   OSIRIS CEDENO          -8119.45
10/31/2014   61      07632   WESLEY HALL             -491.15
06/06/2014  208      09531   LEOPOLDO HERNANDEZ     -2258.72
04/01/2014  274       9548   PHILLIP GUBISH          -963.39
10/13/2011 1175       9674   BAHRAM RANJBAR         -1861.68
01/01/2014  364      09908   CHRISTINE MANGIONE     -1520.00
11/07/2014   54      09976   GABRIEL R RODRIGUEZ     -350.45
01/31/2014  334     605593   MOHAMED AKBAR KHAN      -800.00
11/30/2014   31              TOY                    -8007.08
11/07/2014   54     TOY1014                         -5000.00
12/31/2014    0     TOY1214                         -4000.00

*TOTALS*                                          -75839.77

34 records listed.
```

```
11/23/2015 VOYNOW                        STAR NISSAN INC.                           0350
10:49:07                        (31) ACCRED COMMISSIONS - (11/23/2015)              PAGE    1
                                          ACCTS 3212 3213

ORIG DATE  DAYS CONTROL NO EMPLOYEE NAME        COL#1 AMT   COL#2 AMT   TOTAL AMT
---------- ---- ---------- ------------------- ----------  ----------  -----------

02/28/2014  633        100 HOUSE                   -75.00                   -75.00
06/30/2015  146       0258 ROLAND ERLIKH        -14290.73               -14290.73
03/07/2014  626       0328 LUIS M FELIX           -373.24                  -373.24
02/24/2015  272      00605 EDDIE HUANG            -365.87                  -365.87
01/09/2015  318       1082 RICHARD SCHULTZ       -1033.89                 -1033.89
11/07/2014  381       1528 LUCAS F CEDENO         -375.81                  -375.81
08/12/2015  103      03166 KENNETH LIVINGSTON    -538.37                  -538.37
09/07/2007 2999       3420 GUS TSOLKAS            2500.00                  2500.00
08/08/2014  472       4455 JEFFREY R MELTSER     -973.48                  -973.48
06/24/2015  152      04955 ANDY WONG             -250.00                  -250.00
10/16/1995 7343       4957 IRA W GOLDBERG       -3485.25                 -3485.25
05/22/2015  185       6052 JOSEPH KOLB           -348.30                  -348.30
06/06/2014  535       6092 FRED B BRASWELL       -406.01                  -406.01
06/01/2015  175       6721 ALKARIM G. PARDHAN    7784.52                  7784.52
12/10/2014  348      06804 FERNANDO CEDENO       -200.00                  -200.00
07/22/2015  124      06978 NICHOLAS TSOLKAS      -296.96                  -296.96
04/13/2015  224      08307 JON PAUL KOYFMAN       938.37                   938.37
05/08/2015  199     008407 FIMA KIR              -337.28                  -337.28
05/08/2015  199      09531 LEOPOLDO HERNANDEZ    -429.00                  -429.00
10/23/2015   31     009612 GEORGE T ANASTASSIOU  -963.00                  -963.00
10/13/2011 1502       9674 BAHRAM RANJBAR        -627.35                  -627.35
01/01/2014  691      09908 CHRISTINE MANGIONE    -160.00                  -160.00
11/07/2014  381      09976 GABRIEL R RODRIGUEZ  -1058.39                 -1058.39
10/01/2015   53    TOY1015                     -15563.85                -15563.85

 *TOTALS*                                       -30928.89               -30928.89

24 records listed.
```

Handwritten annotations:
- ① Are accruals correct?
- ②
- All still employed?
- OK (signature)

VOYNOW_006670
CONFIDENTIAL
VOYNOW_006670