# EXHIBIT 41

```
01/28/2014 VIVIAN                          STAR SUBARU                              0324
16:59:32                              GENERAL JOURNAL · 11                        PAGE 13
```

| DATE | REFERENCE | NAME, SERIAL, OR DESCRIPTION | CONTROL# | ACCOUNT NUMBER | DEBIT | CREDIT | GROSS |
|------|-----------|------------------------------|----------|----------------|-------|--------|-------|
| 12/31 | SD123113 | | | 2378 | 0.08 | | |
| 12/31 | | | | 172A | 0.39 | | |
| 12/31 | | | | 170A | 0.31 | | |
| 12/31 | | | | 163D | 0.10 | | |
| 12/31 | | | | 127B | 0.17 | | |
| 12/31 | | | | 121B | 0.59 | | |
| 12/31 | | | | 155 | 0.22 | | |
| 12/31 | | | | 111 | 32,955.51 | | |
| | | REFERENCE TOTALS | | | | | |
| 12/31 | STAT1213 | | | 15A | 2,954.42 | | |
| 12/31 | | | | 68A | 651.42 | | |
| 12/31 | | | | 242A | 10.61 | | |
| 12/31 | | EXTRA | | 301 | 2,527.42 | | |
| 12/31 | | | | 314 | | 3,104.26 | |
| 12/31 | | | | 301 | | 501.50 | |
| 12/31 | | | | 675B | | | -10.61 |
| 12/31 | | | | 247 | | 2,527.42 | |
| | | REFERENCE TOTALS | | | 6,143.87 | 6,133.26 | -10.61 |
| | | JOURNAL TOTALS | | | 151,139.06 | 132,900.45 | -18,238.61 |

VOYNOW_008844

CONFIDENTIAL

```
01/23/2014 VIVIAN                      STAR SUBARU                                  0324
. 16:59:32                         GENERAL JOURNAL -- 11                         PAGE 14

  ACCOUNT NUMBER    DESCRIPTION..................    GL AMOUNT........   NO-OF-TRs
  ==============    =============================    ================    =========
  121B              S1212-NEW SUBARU-DEC                         0.59            1
  127D              S1272-USED WHL-DEC                           0.17            1
  163D              S1634-TECHNICIANS-SERV                       0.10            1
  170A              # OF FINANCE CONTRACTS - NEW                 0.31            1
  172A              # OF SAS SERVICE CONTRACTS - N               0.39            1
  203A              SUBARU PAYROLL HRA ACCT                 -3,649.57            1
  220A              CREDIT CARD RECEIVABLES                      0.00            2
  220B              AMEX CREDIT CARDS                            0.00            2
  227A              DEALER CASH                              8,750.00           15
  239@              12420-# OF INV-USED OTHER                    0.08            1
  242A              PARTS + ACCESS-SUBARU                       10.61            1
  269A              PREPAID EXPENSES - TAXES                -8,833.31            2
  269B              PREPAID EXPENSES - INSURANCE            -1,600.00            1
  269D              PREPAID EXPENSES - OTHER                  -318.75            1
  675B              C/S - P+A INV ADJUST-OTHER                 -10.61            1
  12A               PDI + VEH MAINT EXP-NEW                     -5.00            1
  15A               FLOOR PLAN INTEREST-NEW                  2,954.42            1
  18A               ADVERTISING SUBARU NEW                 -14,073.00            1
  21A               SALARIES-SUPERV-NEW                     11,970.77            3
  21C               SALARIES-SUPERV-SERV                    10,168.31            2
  21D               SALARIES-SUPERV-P+A                      5,532.44            2
  23C               OTH SALARIES+WAGES-SERV                    791.67            1
  25A               EMPLOYEE BENEFITS-NEW                    3,550.57            1
  27A               TAXES-PAYROLL-NEW                        1,067.13            1
  27C               TAXES-PAYROLL-SERV                         533.56            1
  27D               TAXES-PAYROLL-P+A                          533.56            1
  67A               INVALID CLAIM EXP-NEW                      119.64            1
  67C               CUST RELATIONS ADJ-SERV                      0.48            3
  68A               OUTSIDE SERVICES-NEW                        99.00            1
  68D               OUTSIDE SERVICES-P+A                       318.75            1
  84A               TAXES-REAL ESTATE-NEW                    5,043.14            1
  84C               TAXES-REAL ESTATE-SERV                   1,895.08            1
  84D               TAXES-REAL ESTATE-P+A                    1,895.09            1
  85A               INSUR-BLDGS+IMPROVE-NEW                  1,600.00            1
  88A               INSURANCE-OTHER-NEW                        651.42            1
  111               S1110-NOV PROFIT/LOSS                   32,955.51            1
  155               USED SUBARU VEH - UNITS OVER 3               0.22            1
  203               MARATHON PAYROLL ACCT                   -2,134.25            1
  220               SERV,PARTS,B/S ACCTS REC                -1,844.85           10
  222               VEHICLE ACCTS REC                       -9,584.43            6
  226               WARRANTY RECEIVABLES - SUBARU               34.39           42
  227               FACTORY RECEIVABLES - SUBARU             6,061.00            1
  246               SUBLET REPAIRS                               0.00            2
  247               WORK IN PROCESS-LABOR                   -2,527.42            1
  300               ACCOUNTS PAYABLE-VENDORS                13,913.69           23
  301               WE OWE                                  20,017.42           21
  303               LICENSE & TITLE FEES                         5.00            1
  304               CUSTOMER DEPOSITS                        9,584.43            4
  300               SERV CONTS PAYABLE                       6,055.31          204
  314               ACCOUNTS PAYABLE-OTHER                  -3,104.26            1
  321               ACCRUED PAYROLL                        -16,100.27            6
  606               WRX/STI - RETAIL                          -100.00            1
  602               C/S - LEGACY                               100.00            1
  616               C/S - FORESTER                         -18,228.00            2
```

VOYNOW_008845
CONFIDENTIAL

```
11/24/2014 VOYNOW                    STAR TOYOTA OF BAYSIDE                      0350
11:07:06                           (60) WE OWES - (11/24/2014)           PAGE    2
                                          ACCTS 3225
```

| STOCK NO | YR | MAKE | CARLINE | SERIAL NUMBER | INSTK | COL#1 AMT | TOTAL AMT |
|----------|----|------|---------|---------------|-------|-----------|-----------|
| 21741 | 12 | TOYOTA | PRIUS C | JTDKDTB3XC1002939 | 25 | -934.41 | -934.41 |
| 21742T | 14 | TOYOTA TRUCK | RAV4 | JTMBFREV5B5030590 | 25 | -500.00 | -500.00 |
| 21758T | 12 | TOYOTA TRUCK | RAV4 | 2T3BF4DV5CW253643 | 20 | -500.00 | -500.00 |
| 21772T | 11 | TOYOTA | COROLLA | 2T1BU4EE9BC744066 | 16 | -631.17 | -631.17 |
| 21781 | 13 | TOYOTA | SIENNA | 5TDXK3DC7DS325634 | 12 | -85.00 | -85.00 |
| BC0114 | | | | | | -6669.10 | -6669.10 |
| CORE-DEP | | | | | | -150.00 | -150.00 |
| EJ012689 | 14 | TOYOTA | PRIUS | JTDZN3EU4EJ012689 | 23 | 175.00 | 175.00 |
| EJ012818 | 14 | TOYOTA | PRIUS | JTDZN3EU0EJ012818 | 23 | 175.00 | 175.00 |
| EJ012895 | 14 | TOYOTA | PRIUS | JTDZN3EU7EJ012895 | 23 | 175.00 | 175.00 |
| EJ013054 | 14 | TOYOTA | PRIUS | JTDZN3EUXEJ013054 | 17 | 175.00 | 175.00 |
| EXTRA60 | | | | | | -22880.31 | -22880.31 |
| EXTRA | | | | | | -16497.58 | -16497.58 |
| INS | | | | | | -3328.84 | -3328.84 |
| N130701 | 13 | TOYOTA | CAMRY | 4T1BK1FK6DU525690 | 677 | -325.00 | -325.00 |
| N131819 | 13 | TOYOTA | AVALON | 4T1BK1EB5DU051765 | 525 | -450.00 | -450.00 |
| N131928 | 13 | TOYOTA | AVALON | 4T1BK1EBXDU055293 | 516 | -326.00 | -326.00 |
| N140193 | 14 | TOYOTA | SIENNA | 5TDYK3DC7BS420751 | 399 | -327.25 | -327.25 |
| N140270 | 14 | TOYOTA | COROLLA | 2T1BURHE8EC048747 | 383 | -85.00 | -85.00 |
| N140544A | 14 | TOYOTA | HIGHLANDER | 5TDDKRFHXES033198 | 220 | -861.25 | -861.25 |
| N140723 | 14 | TOYOTA | PRIUS | JTDKN3DU1B1769505 | 289 | 3.00 | 3.00 |
| N140744 | 14 | TOYOTA | CAMRY | 4T1BF1FK9EU366668 | 279 | -326.00 | -326.00 |
| N140780 | 14 | TOYOTA | CAMRY | 4T1BP1FK2EU371579 | 272 | -326.00 | -326.00 |
| N141202 | 14 | TOYOTA | CAMRY | 4T1BF1FK3EU400359 | 216 | -500.00 | -500.00 |
| N141214 | 14 | TOYOTA | SIENNA | 5TDKK3DC3ES476370 | 213 | -189.00 | -189.00 |
| N141436X | 14 | TOYOTA | CAMRY | 4T1BK1FK3EU546031 | 175 | -85.00 | -85.00 |
| N141437 | 14 | TOYOTA | RAV4 | JTMBFREV1EJ004821 | 175 | -215.00 | -215.00 |
| N141465 | 14 | TOYOTA | SIENNA | 5TDDK3DC3ES087222 | 164 | -215.00 | -215.00 |
| N141523 | 14 | TOYOTA | RAV4 | 2T3DFREV6EW190298 | 157 | -85.00 | -85.00 |
| N141589 | 14 | TOYOTA | RAV4 | JTMBFREVXEJ008852 | 119 | -200.00 | -200.00 |
| N141593 | 14 | TOYOTA | 4RUNNER | JTEBU5JR5E5185949 | 152 | -300.00 | -300.00 |
| N141597 | 14 | TOYOTA | PRIUS | JTDKN3DU6E0378307 | 152 | -275.00 | -275.00 |
| N141598 | 14 | TOYOTA | SIENNA | 5TDKK3DC1ES498674 | 152 | -199.00 | -199.00 |
| N141602A | 14 | TOYOTA | PRIUS | JTDZN3EU0E3308216 | 136 | -300.00 | -300.00 |
| N141628B | 14 | TOYOTA | COROLLA | 2T1BURHE7EC165817 | 140 | -300.00 | -300.00 |
| N141660 | 14 | TOYOTA | CAMRY | 4T1BF1FK6EU427491 | 150 | -300.00 | -300.00 |
| N141789A | 14 | TOYOTA | CAMRY | 4T1BK1FK0BU551669 | 86 | -376.00 | -376.00 |
| N141830 | 14 | TOYOTA | CAMRY | 4T1BF1FK2EU430761 | 136 | -326.00 | -326.00 |
| N141833 | 14 | TOYOTA | SIENNA | 5TDKK3DC7ES488375 | 136 | -85.00 | -85.00 |
| N141862A | 14 | TOYOTA | PRIUS | JTDZN3EU5E3331832 | 118 | -771.45 | -771.45 |
| N141899 | 14 | TOYOTA | RAV4 | 2T3RFREV8EW206426 | 129 | -150.00 | -150.00 |
| N141930 | 14 | TOYOTA | TUNDRA | 5TFBY5F1XEX402458 | 125 | -1300.00 | -1300.00 |
| N141988 | 14 | TOYOTA | CAMRY | 4T1BF1FK4EU428414 | 96 | -326.00 | -326.00 |
| N142005 | 14 | TOYOTA | HIGHLANDER | 5TDJKRFH6ES068775 | 107 | -560.25 | -560.25 |
| N142014 | 14 | TOYOTA | SIENNA | 5TDKK3DC5ES512169 | 73 | -200.00 | -200.00 |
| N142050 | 14 | TOYOTA | SIENNA | 5TDKK3DC3ES514213 | 101 | -85.00 | -85.00 |
| N142060 | 14 | TOYOTA | SIENNA | 5TDKK3DC0ES514282 | 100 | -110.00 | -110.00 |

*Handwritten annotations: "Bank Rec", ") Clean up schedules / Insurance claim"*

VOYNOW_008828
CONFIDENTIAL

Case 1:18-cv-05775-ERK-TAM   Document 126-80   Filed 06/05/24   Page 5 of 5 PageID #: 2992

| STOCK NO | YR | MAKE | CARLINE | SERIAL NUMBER | INSTK | COL#1 AMT | TOTAL AMT |
|----------|----|----|---------|---------------|-------|-----------|-----------|
| N150382 | 15 | TOYOTA | SIENNA | 5TDDK3DC7FS094952 | 12 | -107.25 | -107.25 |
| N150386 | 15 | TOYOTA | CAMRY | 4T1BD1FK9FU146521 | 10 | -85.00 | -85.00 |
| OIL11 | | | | | | -58211.95 | -58211.95 |
| PDIS | | | | | | -2251.70 | -2251.70 |
| REC0314 | | | | | | -26918.66 | -26918.66 |
| SN1441X | 14 | TOYOTA | SCION FRS | JF1ZNAA19E8704119 | 25 | -326.00 | -326.00 |
| SUBLET7 | | | | | | -710.00 | -710.00 |
| SUBLET | | | | | | -1958.15 | -1958.15 |
| TW4322 | | | | | | -160.60 | -160.60 |
| VK | | | | | | -6153.75 | -6153.75 |
| *TOTALS* | | | | | | -263335.00 | -263335.00 |

151 records listed.

First oil change
clean up PDI
Bank Rec
will clean

— VIV deposit
on car

VOYNOW_008830
CONFIDENTIAL