# EXHIBIT 42

```
01/28/2011 VOYNOW                    STAR NISSAN INC.                                         0350
14:44:23                  (21) NISSAN REBATE & INCENTIV - (12/31/2010)                   PAGE    2
                                      ACCTS 2211 2212

ORIG DATE  DAYS SERIAL SERIAL NUMBER    COL#1 AMT   COL#2 AMT    TOTAL AMT
---------- ---- ------ --------------- ----------- ----------- -------------

12/31/2010    0 607114 5N1AR1NB3BC607114    2750.00                  2750.00
12/06/2010   25 607461 3N1AB6AP4BL607461   -1500.00                 -1500.00
12/31/2010    0 608151 5N1AR1NB3BC608151    2750.00                  2750.00
10/31/2010   61 608322 3N1AB6AP6BL608322     500.00                   500.00
12/31/2010    0 608727 5N1AR1NB8BC608727    2750.00                  2750.00
12/06/2010   25 609764 3N1AB6APXBL609764   -1500.00                 -1500.00
12/06/2010   25 619741 3N1AB6AP4BL619741   -1500.00                 -1500.00
12/06/2010   25 623686 5N1AACNC0AN623686   -5000.00                 -5000.00
10/31/2010   61 623806 3N1AB6AP4BL623806     500.00                   500.00
12/31/2010    0 638045 3N1AB6AP2BL638045    2500.00                  2500.00
12/31/2010    0 638659 3N1AB6AP4BL638659    2500.00                  2500.00
12/31/2010    0 639395 3N1AB6AP1BL639395    1000.00                  1000.00
12/06/2010   25 642108 3N1AB6AP9BL642108     500.00                   500.00
12/31/2010    0 651267 3N1AB6AP8BL651267    2000.00                  2000.00
12/31/2010    0 656346 3N1AB6AP7BL656346    2500.00                  2500.00
11/01/2010   60 661274 JN8AS5MV0BW661274     500.00                   500.00
11/08/2010   53 662402 JN8AS5MVXBW662402   -1000.00                 -1000.00
12/31/2010    0 662613 JN8AS5MV1BW662613    1000.00                  1000.00
12/31/2010    0 662887 JN8AS5MV5BW662887     500.00                   500.00
12/31/2010    0 663740 JN8AS5MV2BW663740    1000.00                  1000.00
12/??/2010    0 665460 JN8AS5MV6BW665460     500.00                   500.00
1?   2010    4 666285 JN8AS5MV8BW666285     500.00                   500.00
12/27/2010    4 666409 JN8AS5MV0BW666409     500.00                   500.00
11/30/2010   31 802933 1N4AA5AP3BC802933    1000.00                  1000.00
12/20/2010   11 804913 1N4AA5AP7BC804913    1000.00                  1000.00
12/27/2010    4 806224 1N4AA5AP5BC806224     500.00                   500.00
11/08/2010   53 806289 1N4AA5AP0BC806289     500.00                   500.00
12/20/2010   11 808777 1N4AA5AP1BC808777     500.00                   500.00
12/31/2010    0 808950 1N4AA5AP0BC808950    1500.00                  1500.00
11/30/2010   31 809070 1N4AA5AP8BC809070    1000.00                  1000.00
11/30/2010   31 815695 1N4AA5AP1BC815695    1000.00                  1000.00
06/01/2010  213 EXTRA  EXTRA              -24250.00                -24250.00
11/30/2010   31 FP1110 FP1110             50057.00                  50057.00
12/31/2010    0 O1210A RETRO1210A         11500.00                  11500.00
12/31/2010    0 RO1210 RETRO1210          16750.00                  16750.00

   *TOTALS*                              115307.00                 115307.00


84 records listed.
```



VOYNOW_010729
CONFIDENTIAL

```
11/24/2014 VOYNOW                         STAR NISSAN INC.                                      0350
11:03:54                       (21) NISSAN REBATE & INCENTIV - (11/24/2014)              PAGE    4
                                           ACCTS 2211 2212
```

| ORIG DATE | DAYS | SERIAL | SERIAL NUMBER      | COL#1 AMT  | COL#2 AMT | TOTAL AMT  |
|-----------|------|--------|--------------------|------------|-----------|------------|
| 10/30/2014 | 25  | 752110 | 5N1AT2MV8EC752110 | 675.00     |           | 675.00     |
| 11/17/2014 | 7   | 756269 | 5N1AT2MV8FC756269 | 675.00     |           | 675.00     |
| 11/13/2014 | 11  | 760674 | 5N1AT2MV4FC760674 | 1175.00    |           | 1175.00    |
| 10/31/2014 | 24  | 762265 | 5N1AT2MV8FC762265 | 500.00     |           | 500.00     |
| 10/31/2014 | 24  | 767531 | 5N1AT2MV6FC767531 | 500.00     |           | 500.00     |
| 10/15/2014 | 40  | 767842 | 5N1AT2MV1FC767842 | 60.00      |           | 60.00      |
| 11/21/2014 | 3   | 770317 | 5N1AT2MV8FC770317 | 500.00     |           | 500.00     |
| 10/31/2014 | 24  | 770621 | 5N1AT2MV0FC770621 | 500.00     |           | 500.00     |
| 11/19/2014 | 5   | 779387 | 5N1AT2MV8FC779387 | 1175.00    |           | 1175.00    |
| 11/11/2014 | 13  | 782767 | 5N1AT2MV0FC782767 | 1175.00    |           | 1175.00    |
| 11/17/2014 | 7   | 783438 | 5N1AT2MV8FC783438 | 675.00     |           | 675.00     |
| 11/21/2014 | 3   | 783889 | 5N1AT2MV8FC783889 | 500.00     |           | 500.00     |
| 11/21/2014 | 3   | 784475 | 5N1AT2MV8FC784475 | 1175.00    |           | 1175.00    |
| 11/13/2014 | 11  | 786266 | 5N1AT2MV9FC786266 | 675.00     |           | 675.00     |
| 08/14/2014 | 102 | 841025 | 3N1CN7AP0EL841025 | -250.00    |           | -250.00    |
| 09/09/2014 | 76  | 849769 | 5N1AT2MV2EC849769 | -1175.00   |           | -1175.00   |
| 11/07/2014 | 17  | 864953 | 5N1AT2MV4EC864953 | 500.00     |           | 500.00     |
| 11/20/2014 | 4   | 866405 | 5N1AT2MV5EC866405 | 500.00     |           | 500.00     |
| 07/01/2014 | 146 | EXTRA  | EXTRA             | -40921.70  |           | -40921.70  |
| 09/30/2014 | 55  | FP0914 | FP0914            | 60512.00   |           | 60512.00   |
| 10/31/2014 | 24  | FP1014 | FP1014            | 47072.00   |           | 47072.00   |
| 08/31/2014 | 85  | RO0814 | RETRO0814         | -4290.00   |           | -4290.00   |
| 09/30/2014 | 55  | RO0914 | RETRO0914         | 1850.00    |           | -1850.00   |
| 10/31/2014 | 24  | RO1014 | RETRO1014         | 56310.00   |           | 56310.00   |
| *TOTALS*   |     |        |                   | 253247.30  |           | 253247.30  |

165 records listed.

VOYNOW_009297
CONFIDENTIAL

```
0?/??/2014 VOYNOW                      STAR NISSAN INC.                                    0350
1?  :04                   (21) NISSAN REBATE & INCENTIV - (12/31/2013)                   PAGE   3
                                        ACCTS 2211 2212

ORIG DATE   DAYS SERIAL  SERIAL NUMBER      COL#1 AMT   COL#2 AMT    TOTAL AMT
----------  ---- ------  -----------------  ----------  ----------   ----------

12/31/2013    0  843184  1N4AA5AP2DC843184     4500.00                  4500.00
12/31/2013    0  902870  1N4AB7AP1DN902870     1000.00                  1000.00
12/28/2013    3  904884  1N4AB7AP0DN904884     1000.00                  1000.00
12/31/2013    0  910519  1N4AB7AP7DN910519     1000.00                  1000.00
11/30/2013   31  FP1130  FP1130               24301.00                 24301.00
12/31/2013    0  FP1231  FP1231               59787.00                 59787.00
11/06/2013   55  VKFP    VKFP                -74693.00                -74693.00

  *TOTALS*                                   235195.00                235195.00

101 records listed.
```

(handwritten annotation: "-76 extra money write off Chersebeck")

VOYNOW_007864
CONFIDENTIAL