# EXHIBIT 43

```
01/25/2012  VOYNOW                    STAR NISSAN INC.                          0350
10:33:11                       (18) ACCTS PAY - (12/31/2011)                    PAGE    2
                                       ACCTS 3000


ORIG DATE  DAYS  CONTROL NO  VENDOR NAME               COL#1 AMT
---------- ----  ----------  ------------------------  -----------

10/16/2000 4093   25324  PJK SALES INC                 -2285.13 ✓
10/31/2011   61   27221  C&H DISTRIBUTORS, INC.         -588.75
10/13/2009  809   29529  R. MANNARINO                 (-1215.00)
01/17/2011  348   34554  MIDLAND CARTING, INC.         -3832.38 ✓
05/12/2011  233   35198  A.S.A.P LOCKSMITHING           -450.00
07/01/2011  183   44515  NYSCSPC                        -100.48
10/14/2011   78   44555  CALLSOURCE                     -655.83
10/24/2011   68   47380  ALLDATA                        -179.03
07/19/2011  165   47456  YRC                            -437.17
11/30/2011   31   47748  NEW YORK POST                (-1312.50)
07/06/2011  178   49288  STAR MITSUBISHI                -851.55
02/09/2011  325   51483  GE CAPITAL                    -7405.00 ✓
01/01/2011  364   54582  NEW YORK RACING ASSOCIATI    -18350.00
                         ON
11/08/2011   53   54636  CARSDIRECT.COM                -4619.03 ✓
12/31/2011    0   56856  NISSAN MOTOR                (297269.12)  Offsets w/150 parts statement 1/1/12
11/18/2004 2599   58494  L I LIBERTY GLASS OF SUFF    -1830.00
                         OLK
07/01/2011  183   58506  NOITU INDIVIDUAL ACCOUNT      -950.00
                         PLAN
0?/??/2011  121   58599  DEALERTRACK                   -731.64
0?/??/2010  469   60425  STRAUSS DISCOUNT STORES        895.43
01/01/2010  729   60855  STATE OF FLORIDA DISBURSE     -140.08
                         MENT UNIT
01/12/2011  353   61676  OFFICE EMPORIUM                453.74
11/16/2011   45   63825  AMERICAN SECURITY SHREDDI     -127.38
                         NG CORP
12/31/2011    0   64107  CDM DATA INC.                -1629.87 ✓
01/04/2011  361   64822  GUNDERMANN & GUNDERMANN    (-10000.00)
03/05/2010  666   65114  STAR SUBARU                    437.91 ✓
06/11/2010  568   65179  AUTOTRADER.COM               -2500.00 ✓
07/14/2006 1996   66984  THE DENT SPECIALIST          -4475.00 ✓
01/31/2011  334   67989  EARTHLINK BUSINESS            4783.94 ✓  prepaying bill monthly
08/01/2011  152   72101  AUTONET MEDIA               -10500.00 ✓
10/31/2011   61   72140  INTERSTATE BATTERY OF MAN     -153.36
                         HATTAN
01/01/2010  729   72388  INTERNAL REVENUE SERVICE       -36.24
10/31/2011   61   72996  HLC CAPITAL                   -543.29
08/23/2011  130   73192  PITNEY BOWES                  -150.77
11/14/2011   47   73510  AUTO TRADER PUBLISHING       -2500.00 ✓
12/19/2011   12   74062  PALADINO PRINTING INC         -190.53
09/07/2011  115   74258  ONECOMMAND, INC              -3990.00 ✓
11/01/2011   60   74866  BELLAVIA & GENTILE & ASSO     -300.00
                         C
09/07/2011  115   76295  POWERHOUSE INDUSTRIES INC      -50.00   TAKE
09/10/2009  842   76343  AUTOMOBILE PROTECTION COR   (-8493.00)
                         PORATION
11/17/2011   44   77619  GO WEST ELECTRIC              -841.84
12/02/2009  759   78216  TINT MAX INC                  -425.00
```



VOYNOW_010014
CONFIDENTIAL

```
01/25/2012  VOYNOW                    STAR NISSAN INC.                              0350
10:33:11                          (18) ACCTS PAY - (12/31/2011)                   PAGE  1
                                         ACCTS 3000


ORIG DATE  DAYS  CONTROL NO  VENDOR NAME              COL#1 AMT
---------- ----  ----------  ------------------------ -----------

03/15/1994  6500     101 STAR AUTO BODY               -21855.13  P2 1/4
05/30/1991  7520     111 GLM                          -12139.12  Active         Inc. Emp. Benefits.
01/01/2011   364     115 STAR CHRYSLER JEEP DODGE      (1583.95)
05/31/1991  7519     120 REYNOLDS & REYNOLDS          -30617.31 11/9            TAKE
05/30/1991  7520     125 TONSA AUTOMOTIVE, INC.        -2531.85 ok
11/25/1992  6975     129 FLAME AUTO RECOVERY INC.       -950.00
12/31/2009   730     139 STATE INS FUND               (8637.44)
04/29/2010   611     149 KOEPPEL NISSAN, INC           -1845.93
09/01/2010   486     150 NISSAN MOTOR CORP          -314973.92  Parts Statement
09/17/1993  6679     157 ENTERPRISE RENTAL            -30882.56 ✓
04/03/2010   637     165 AMERICAN EXPRESS             -40968.91 ✓              Inc. Outside Ser.
01/01/2011   364     168 N.Y.C. DEPT. OF FINANCE      (11021.70)
05/12/2010   598     177 C.S. AUTO SUNROOFS&LEATHE     -1800.00
                         R INC.
11/30/2001  3683     180 FEDERAL EXPRESS               -2432.16 ✓
04/22/2011   253     191 VERIZON                        -698.94
03/06/1998  5048     193 CON EDISON                   -13096.63 ✓
07/01/1991  7488     195 ADP                           -3808.28 ✓
09/08/1994  6323     204 CLEARWAY AUTOMOTIVE, INC.      -693.89
02/16/2011   318     207 GINSBERG & KATSORHIS PC        -750.00
  /1997    5171     230 FIRST PRINTING COMPANY         -470.30
   /2011      1     231 ABC LOCKSMITH & AUTO GLAS       -40.00
                         S CO.
11/01/2009   790     232 THE KOREA TIMES               -2100.00 ✓
04/23/1996  5730     237 CROWN AUTO ACCESORIES         -3200.00 ✓
08/12/2011   141     295 ARCH AUTO PARTS                -100.49
11/08/2011    53     445 CAR LIFE AUTO CARE            -1979.99 ✓
07/31/2011   153     498 BARRY H BLICKSILVER           -1475.00 ✓
10/01/1998  4839     570 VOYNOW, BAYARD AND COMPAN    (29702.49)
                         Y
12/16/2010   380     580 UNIVERSAL ELECTRICAL DIST       -61.25
                         . CO.
11/17/2011    44     599 HELMS BROS.,INC.              -1127.08 ✓
01/01/2011   364     606 WURTH USA INC                 -2319.45 ✓
08/01/2003  3074     829 CARS MAGAZINE                 -1600.00 ✓
02/18/2008  1412     878 E&M DISTRIBUTING INC          -2351.00 ✓
12/14/2010   382     894 SPX SERVICE SOLUTIONS           -95.04
12/01/2011    30     902 ABLE FIRE PREVENTION CORP     -1819.52 ✓
09/16/2011   106     903 GNYADA                          -95.00
11/30/2011    31     916 AUBURNDALE TIRES INC.          -800.95
08/11/2011   142     929 REDICARE CO.                    -75.77
01/12/2011   353     939 STAPLES                         500.00
08/01/2011   152     944 FINISHING TOUCH               -8507.00 ✓
01/01/2011   364    1032 CARFAX                        -1350.05 ✓
04/21/2010   619    1038 DAILY NEWS                   -23238.67 ✓
12/27/2011     4    1137 UNITED STATES SPRINKLER C      -244.97
                         ORP.
11/20/2008  1136    2099 STEINWAY AUTO PARTS             -96.03
08/01/2009   882    5994 STAR TOYOTA OF BAYSIDE       -14875.62 ✓
```

VOYNOW_009410
CONFIDENTIAL