# EXHIBIT 44

| S | SCHEDULE NAME | TYPE | ACCOUNT NUMBER | BDOC | ZERO | CTL TYPE | PRT PRINT | PRT NAME | DAYS | GROUP | ACCOUNT# | AGE OPT | COMB GRP | CR AGING | LS CREDIT | I/O RECAP | OPT | W.O. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CASH IN BANK-BONY C/P | 1 | 103 | C | N | 6 | | | | | | | | | | | | |
| 2 | LICENSE AND REGISTRATIO | 4 | 215C F215C | D | Y | 1 | | Y | Y | | | | | | | | | |
| 3 | GAP INSURANCE | 4 | 309 | D | Y | 7 | | | Y | | | | | | | I | | N |
| 4 | EXCHANGE | 4 | 209 | D | Y | 1 | | Y | Y | | | | | | | | | N |
| 5 | ACCTS REC SERV-PARTS | 2 | 110 | O | Y | 1 | Y | Y | | | | | 2 | | | | | N |
| 6 | EMPLOYEE ADVANCES | 4 | 151 | D | Y | 3 | | Y | Y | | | | | | | | | |
| 7 | CAR DEALS | 4 | 106 111 202 206 | D | Y | 1 | | Y | Y | | | | | | | | | N |
| 8 | WARRANTY CLAIMS | 3 | 116F | D | Y | 5 | | | | | | | | | | | | N |
| 9 | NEW CAR INVENTORY | 4 | 120X 123X 220 | D | Y | 4 | | | Y | | | | | | | | | N |
| 11 | USED CAR INV | 4 | 127 227 238 | D | Y | 4 | | | Y | | | | | | | | | |
| 12 | SUBLET INVENTORY | 4 | 136C | D | Y | 5 | | | Y | | | | | | | | | |
| 13 | FINANCE RESERVES | 4 | 119X 271A 271B 119C 119D | D | Y | 1 | | Y | Y | | | | | | | | | |
| 14 | SWAPS DEAL TRANSFERS | 4 | 203 | D | Y | 4 | | | Y | | | | | | | | | |
| 15 | PREPAID EXPENSES | 4 | 145E 145B 145A 277 278 | D | Y | 6 | | | Y | | | | | | | | | |
| 16 | FIXED ASSETS | 4 | 161A 162A 165A 287 283 | D | Y | 6 | | | Y | | | | | | | | | |
| 17 | EXTENDED WARRANTY A/P | 4 | 207X | D | Y | 7 | | | Y | | | | | | | | | |
| 18 | ACCTS PAYABLE | 4 | 201A | B | Y | 2 | | Y | Y | | | | | | | | | |


EXHIBIT 28

VOYNOW_009647
CONFIDENTIAL

| S / | SCHEDULE NAME | TYPE | ACCOUNT NUMBER | BDOC | ZERO | CTL TYPE | PRT PRINT | PRT NAME | DAYS | GROUP | ACCOUNT# | AGE OPT | COMB GRP | CR AGING | LS I/O CREDIT | RECAP | OPT | W.O. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MARATHON OPERATION ACCT | 1 | 202 | C | N | 6 | | | | | | | | | | | | N |
| 2 | DMV ACCOUNT | 1 | 201 | C | N | 6 | | | | | | | | | | | | N |
| 3 | REFUND ACCT | 1 | 206 | C | N | 6 | | | | | | | | | | | | N |
| 4 | CAR DEAL | 4 | 205 222 304 302 | D | Y | 1 | Y | Y | | | | | | | | I | | N |
| 5 | SERVICE & PARTS RECEIVA | 2 | 220 | O | Y | 1 | Y | Y | | | 2 | | | | | | | N |
| 6 | EMPLOYEE ADVANCES | 4 | 298 | D | Y | 3 | Y | Y | | | | | | | | I | | N |
| 7 | WHOLESALE & DEALER TRAN | 4 | 309 | D | Y | 4 | | Y | | | | | | | | I | | N |
| 8 | SUBARU WARRANTY CLAIMS | 3 | 226 | D | Y | 5 | | | | | | | | | | | | N |
| 10 | NEW SUBARU INVENTORY | 4 | 230A 231A 310 | D | Y | 4 | | Y | | | | | | | | T | | N |
| | USED VEHICLE INVENTORY | 4 | 239 | D | Y | 4 | | Y | | | | | | | | T | | N |
| 12 | PROGRAM VEHICLES | 4 | 240 | D | Y | 4 | | Y | | | | | | | | T | | N |
| 13 | SUBLET INVENTORY | 6 | 246 | D | Y | 5 | | | | | | | | | | | | N |
| 14 | FINANCE RESERVES | 4 | 228 | D | Y | 1 | Y | Y | | | | | | | | I | | N |
| 15 | PREPAID EXPENSES | 4 | 269A 269B 269C 269D | D | Y | 6 | | Y | | | | | | | | I | | N |
| 16 | FIXED ASSETS | 4 | 282 284 286 287 283 | D | Y | 6 | | Y | | | | | | | | I | | N |
| 17 | EXTENDED WARRANTY PAYAB | 4 | 308 | D | Y | 7 | | Y | | | | | | | | I | | N |
| 18 | ACCOUNTS PAYABLE | 4 | 300 | B | Y | 2 | Y | Y | | | | | | | | I | | N |
| 20 | DEPOSITS ON CONTRACTS | 4 | 290 | D | Y | 1 | Y | N | | | | | | | | I | | N |
| | FACTORY RECEIVABLES & I | 4 | 227 227A 227B 227C 226C | D | Y | 7 | | Y | | | | | | | | T | | N |

VOYNOW_009888
CONFIDENTIAL

```
01/26/2012 VOYNOW                          STAR SUBARU                                              0933
15:01:08                                SCHEDULE FILE REPORT                                   PAGE    2

                                           CTL     PRT  PRT                   AGE COMB CR    LS I/O
 S   SCHEDULE NAME       TYPE ACCOUNT NUMBER BDOC ZERO TYPE PRINT NAME DAYS GROUP ACCOUNT# OPT GRP  AGING CREDIT RECAP OPT W.O.
 ---- -------------      ---- -------------- ---- ---- ---- ----- ---- ---- ----- --------- --- ---- ----- ------ --------- ----
   24 PAYROLL - MARATHON   1   203            C    N    6                                                                     N

   26 CREDIT CARD RECEIVABLES 4 220A          D    Y    6           N                                         I               N
                                220B
                                220C

   27 INSURANCE PAYABLE    4   Z110           D    Y    7           Y                                         I               N
                                Z111

   31 ACCRUED PAYROLL      4   321            B    Y    3     Y     Y                                         I               N
                                321A

   60 WE OWES ON DELIVERIES 4  301            D    Y    4           Y                                         I               N

   61 LICENSE AND REGISTRATIO 4 303           D    Y    1     Y     Y                                         I               N
```

VOYNOW_009889
CONFIDENTIAL

```
01/25/2012  VOYNOW                          STAR TOYOTA OF BAYSIDE                                         0933
10:38:48                                    SCHEDULE FILE REPORT                                     PAGE    1

                                                    CTL    PRT PRT              AGE COMB CR    LS I/O
SCH# SCHEDULE NAME       TYPE ACCOUNT NUMBER BDOC ZERO TYPE PRINT NAME DAYS GROUP ACCOUNT# OPT GRP AGING CREDIT RECAP OPT W.O.
---- -------------       ---- -------------- ---- ---- ---- ----- ---- ---- ----- -------- --- ---- ----- ------ ------ --- ----
  1 CASH IN BANK-PAYROLL    1    2025          C    N    6                                                                    N

  2 ACCOUNTS RECEIVABLE     2    2100          O    Y    1    Y    Y                    2                                     N

  3 CASH IN BANK            1    2015          C    N    6                                                                    N

  4 DMV - MARATHON BANK     1    2016          C    N    6                                                                    N

  5 WHOLESALE & DEALER TRAN 4    2115          D    Y    4         Y    Y                                          I          N

  6 EMPLOYEE ADVANCES       4    2830          D    Y    3         Y    Y

  7 CAR DEALS               4    2031          D    Y    1         Y    Y                                                     N
                                 2110
                                 3020
                                 3010
                                 2030

  8 WARRANTY CLAIMS         3    2200          D    Y    5                                                                    N

  9 NEW CAR INVENTORY       4    2300          D    Y    4              Y
                                 2320
                                 2330
                                 3300
                                 3330

 10 PAYROLL - MARATHON BANK 1    2017          C    N    6

 11 USED CAR INVENTORY      4    2400          D    Y    4              Y                                                     N
                                 2407
                                 3310
                                 2405
                                 3315

 12 SUBLET INVENTORY        4    2460          D    Y    5              Y

 13 FINANCE RESERVES        4    2270          D    Y    1         Y    Y
                                 2271
                                 2272
                                 2273
                                 2274

 14 DEALER TRANSFER         4    3005          D    Y    7              Y
                                 3320

 15 PREPAID EXPENSES        4    2510          D    Y    6              Y
                                 2520
                                 2540
                                 2550
                                 2560

 16 FIXED ASSETS            4    2710          D    Y    6              Y
                                 2720
                                 2730
```

VOYNOW_010642
CONFIDENTIAL

```
01/25/2012 VOYNOW                          STAR TOYOTA OF BAYSIDE                                    0933
10:38:48                                    SCHEDULE FILE REPORT                                 PAGE    2

                                                      CTL      PRT PRT                AGE COMB CR   LS I/O
SCH# SCHEDULE NAME        TYPE ACCOUNT NUMBER BDOC ZERO TYPE PRINT NAME DAYS GROUP ACCOUNT# OPT GRP AGING CREDIT RECAP OPT W.O.
---- --------------------- ---- -------------- ---- ---- ---- ----- ---- ---- ---- -------------- --- ---- ----- ------ --------- ----
                               2740
                               2760

 17  EXTENED WARRANTY A/P   4   3001           D    Y    7              Y

 18  ACCOUNTS PAYABLES      4   3000           B    Y    2         Y    Y                                                     N
                               3040

 19  TOYOTA HOLDBACK        4   2251           D    Y    7              Y
                               2245
                               2246

 20  DEPOSIT ON CONTRACTS   4   2800           D    Y    1         Y    Y                                                     N

 21  TOYOTA REBATES & INCENT 4  2240           D    Y    7              Y                                                     N

 22  INCENTIVES/REBATES     4   2241           D    Y    7              Y                                     I               N

 23  FINANCE RESERVES-2     4   2275           D    Y    1         Y    Y
                               2276
                               2277
                               2278
                               2279

 26  CREDIT CARDS           4   2101           D    Y    6              Y
                               2102
                               2103

 31  ACCRUED COMMISSIONS    4   3120           B    Y    3         Y    Y                                                     N
                               3119

 32  CFC DEPOSIT ACCT 04    1   2027           C    N    6

 33  CFC DEPOSIT ACCT 05    1   2028           C    N    6

 34  CFC DEPOSIT ACCT 06    1   2029           C    N    6

 35  CFC DEPOSIT ACC-TOYOTA 1   2026           C    N    6

 36  CFC DEPOSIT ACCT 07    1   2024           C    N    6

 37  MBRA MARATHON NATIONAL 1   2021           C    N    6

 38  DEPOSIT ACCT. MS. K.   1   2023           C    N    6

 39  GE DEP ACCT JENNA KOUFA 1  2022           C    N    6

     CASH IN BANK MARATHON  1   2018           C    N    6

 54  FLOOR PLAN ASSISTANCE  4   2250           D    Y    7              Y

 55  PDI RECEIVALBES        4   2210           D    Y    7              Y

 56  TRADE RECEIVABLES      4   2290           D    Y    1         Y    Y
```

VOYNOW_010643
CONFIDENTIAL

```
01/25/2012  VOYNOW                          STAR TOYOTA OF BAYSIDE                                        0933
10:38:48                                    SCHEDULE FILE REPORT                                       PAGE    3

                                                       CTL      PRT  PRT              AGE COMB CR   LS I/O
SCH# SCHEDULE NAME        TYPE ACCOUNT NUMBER BDOC ZERO TYPE PRINT NAME DAYS GROUP ACCOUNT# OPT GRP AGING CREDIT RECAP OPT W.O.
---- ---------------------- ---- --------------- ---- ---- ---- ----- ---- ---- --------------- --- ---- ----- ------ --------- ----

 59  SALES TAX-OUT OF NYS    4   3147             D   Y    1         Y    Y

 60  WE OWES                 4   3225             D   Y    4              Y                                                       N

 61  LICENSE AND REGISTRATIO 4   3030             D   Y    1         Y    Y                                                       N
```

VOYNOW_010644
CONFIDENTIAL

Case 1:18-cv-05775-ERK-TAM   Document 126-83   Filed 06/05/24   Page 8 of 11 PageID #: 3007

```
11/23/2015 VOYNOW                              STAR HYUNDAI, LLC                                                0933
10:47:46                                       SCHEDULE FILE REPORT                                       PAGE    1

                                            CTL     PRT PRT                     AGE COMB CR   LS  I/O
SCH# SCHEDULE NAME     TYPE ACCOUNT NUMBER BDOC ZERO TYPE PRINT NAME DAYS GROUP ACCOUNT# OPT GRP AGING CREDIT RECAP OPT W.O.
---- ----------------- ---- -------------- ---- ---- ---- ----- ---- ---- ----- -------- --- ---- ----- ------ ----- ----

  5  PARTS SERVICE RECV   2   220            O    Y    1    Y    Y                           1                            N

  6  EMPLOYEE ADVANCES    4   294            D    Y    3         Y    Y                                            I

  7  VEH DEAL ANALYSIS    4   222            D    Y    1         Y    Y                                            I      N
                             302
                             205
                             309

  8  WARR CLAIMS-HYUNDAI  3   226A           D    Y    5                                                                  N

  9  NEW VEH INV          4   230A           D    Y    4              Y                                            T
                             231A
                             310

 10  FINANCE RECEIVABLES  4   262            D    Y    1         Y    Y                                            T      N
                             262A
                             262B
                             262C
                             262D

 11  USED VEH INV         4   239            D    Y    4              Y                                            T      N
                             311
                             240
                             312

 12  SUBLET REPAIRS       6   246            D    Y    5                                                                  N

 13  FINANCE RECEIVABLES 2 4   262E          D    Y    1         Y    Y                                            T      N
                             262F
                             262G
                             262H
                             262I

 14  WHOLESALE DEARLER SWAPS 4 224           D    Y    4              Y                                            I      N

 15  PREPAID EXPENSES     4   270            D    Y    6              Y                                            T      N
                             271
                             274
                             269

 16  FIXED ASSETS         4   282            D    Y    6              Y                                            T
                             284
                             286

 17  VEH PROT/WARR PAY    4   303            D    Y    7         Y    Y                                            T      N

 18  ACCTS PAYABLE        4   300            B    Y    2         Y    Y                                            T

 19  FACT REC/HOLDBACK    4   227A           D    Y    7              Y                                            T      N
                             228A
                             229
                             227B
```

VOYNOW_006337
CONFIDENTIAL

```
11/23/2015 VOYNOW                        STAR HYUNDAI, LLC                                         0933
10:47:46                                 SCHEDULE FILE REPORT                                      PAGE   2

                                                        CTL      PRT  PRT                AGE COMB CR  LS I/O
SCH# SCHEDULE NAME         TYPE ACCOUNT NUMBER BDOC ZERO TYPE PRINT NAME DAYS GROUP ACCOUNT# OPT GRP AGING CREDIT RECAP OPT W.O.
---- ---------------------- ---- -------------- ---- ---- ---- ----- ---- ---- ----- -------- --- ---- ----- ------ -------- ----

  20 DEPOSITS ON CONTRACTS   4    290            D    Y    1         N    Y                                    T

  22 EARNBACK                4    232            D    Y    7              Y                                    I           N
                                  233

  24 PAROLL-CASH IN BANK     1    202A           C    N    6

  25 CASH IN BANK-MB         1    202            C    N    6

  26 CREDIT CARD RECV        4    220A           D    Y    6              Y                                    T           N
                                  220B
                                  220C

  28 WYNNS SRV CONTRACT      3    226B           D    Y    5                                                               N

  31 ACCR PAYROLL/DRAWS      4    321            B    Y    3         Y    Y                                    T           N
                                  328
                                  329

  60 WE OWES                 4    319            D    Y    4              Y                                    T           N

  61 LICENSE AND REG         4    301            D    Y    1         Y    Y                                    I           N
```

VOYNOW_006338
CONFIDENTIAL

```
01/27/2014 VOYNOW                            STAR NISSAN INC.                                          0933
10:47:21                                    SCHEDULE FILE REPORT                                 PAGE    1

                                                     CTL    PRT  PRT              AGE  COMB  CR    LS I/O
SC.  SCHEDULE NAME        TYPE ACCOUNT NUMBER  BDOC ZERO TYPE PRINT NAME DAYS GROUP ACCOUNT#  OPT GRP AGING CREDIT RECAP OPT W.O.
---- ---------------------- ---- --------------- ---- ---- ---- ----- ---- ---- --------------- --- ---- ----- ------ --------- ----
  3  CASH IN BANK-BONY        1    2029           C         6    N    Y    N

  5  SERVICE&PARTS RECEIVAB       2200           O    Y    1    Y    Y                            1                          N

  6  EMPLOYEE ADVANCES        4    2940           D    Y    3         Y    Y                                         I       N

  7  CAR DEAL                 4    2050           D    Y    1    N    Y    Y
                                    2100
                                    3040
                                    3030
                                    2051

  8  WARRANTY CLAIMS               2220           D    Y    5    N    Y    N                                                 N

  9  NEW CAR INV              4    2300           D    Y    4    N    N    Y
                                    2310
                                    2320
                                    3100

 10  NEW CAR-OTHER            4    2340           D    Y    4    N    N    Y                                         I       N

 11  USED CAR INV             4    2370           D    Y    4    N    N    Y                                                 N
                                    3120
                                    2380
                                    2375

 12  SUBLET INVENTORY         4    2460           D    Y    5    N    N    Y                                                 N

 13  FINANCE RESERVES         4    2615           D    Y    1    N    Y    Y                                                 N
                                    2610

 15  PREPAID EXPENSES         4    2620           D    Y    6    N    N    Y
                                    2621
                                    2622

 16  FIXED ASSETS             4    2820           D    Y    6    N    N    Y
                                    2840
                                    2860

 17  EXTENDED WARRANTY A/P    4    3001           D    Y    7    N    N    Y

 18  ACCTS PAY                4    3000           B    Y    2    N    Y    Y                                                 N

 19  NISSAN HOLDBACK          4    2216           C    Y    7    N    N    Y

 20  DEPOSITS ON CONTRACTS    4    2900           D    Y    1    N    N    Y                                                 N

 21  NISSAN REBATE & INCENTI  4    2211           D    Y    7    N    N    Y                                                 N
                                    2212

 22  DMV - MARATHON BANK      1    2022           C    N    6

 23  FINANCE RESERVES SCH 2   4    2614           D    Y    1         Y    Y
                                    2611
```

VOYNOW_007874
CONFIDENTIAL

```
01/27/2014 VOYNOW                         STAR NISSAN INC.                                            0933
10:47:21                                SCHEDULE FILE REPORT                                         PAGE  2

                                                   CTL       PRT  PRT              AGE COMB CR    LS I/O
SC.  SCHEDULE NAME       TYPE ACCOUNT NUMBER BDOC ZERO TYPE PRINT NAME DAYS GROUP ACCOUNT# OPT GRP AGING CREDIT RECAP OPT W.O.
---- ------------------- ---- -------------- ---- ---- ---- ----- ---- ---- ----- -------- --- --- ----- ------ ----- --- ----

 24  PAYROLL - MAROTHON     1  2023           C    N    6

 25  CASH IN BANK-MARATHON  1  2020           C    N    6

 26  CREDIT CARD RECEIVABLES 4 2201           D    Y    6                 Y
                              2203
                              2202

 27  GAP/AUTO CARE TOYOTA   4  3002           B    Y    7     N    N   Y                                            N
                              3170

 28  SERVICE CONTRACT REC-SE 3  2221          D    Y    5                                                           N

 29  INTERSTATE NATIONAL DEA 3  2222          D    Y    5                                                           N

 30  EASY CARE SERVICE CONTR 3  2223          D    Y    5                                                           N

 31  ACCRED COMMISSIONS     4  3212           B    Y    3          Y   Y                                            N
                              3213

 32  CHRYSLER DEPOSIT ACCT-O 1  2024          C    N    6

     CHRYSLER DEPOSIT ACCT-O 1  2025          C    N    6                                                           N

 34  TOYOTA EXTRA CARE - SER 3  2224          D    Y    5                                                           N

 35  CFC DEPOSIT ACCT-NISSAN 1  2021          C    N    6                                                           N

 43  FINANCE RESERVES SCH   4  2613           D    Y    1          Y   Y                                       I
                              2612

 60  WE OWES ON DELIVERIES  4  3190           D    Y    4               Y                                           N

 61  LINCENSE AND REGISTRATI 4  3050          D    Y    1          Y   Y                                            N

 62  NOTES A/R OFFICERS/OWNE 4  2930          D    Y    2          Y   Y                                       I    N
```

VOYNOW_007875
CONFIDENTIAL