# EXHIBIT 45

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                        SORT ON CLIENT ID * SELECTED CLIENTS

5266 /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                      VIVIAN
  CDATE    WDATE      WORK(CODE)   STAFF NAME    SID  RATE    HRS       AMOUNT     SEQ#    ACTION
-----------------------------------------------------------------------------------------------
                      * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

07/31/13 07/25/13   6 13 Shawn McCormack         40   190    7.00     1,330.00    2110 B H T:

              40  Shawn McCormack                            22.00    4,180.00

07/31/13 07/25/13   6 13 Randall Franzen         83   250    8.00     2,000.00    1992 B H T:
                        go to NY and do an interim visit meet with Mike
                        John Steve and SR

              83  Randall Franzen                            8.00     2,000.00

          INTSER Rev. Ledger & Schedules                     30.00    6,180.00

06/30/13 05/29/13   6 20 VINCENT BUCOLO         135   100   11.00     1,100.00  992869 B H T:

             135  VINCENT BUCOLO                            11.00     1,100.00

07/31/13 07/24/13   6 20 DAVID KUMOR            136   100    8.20       820.00    1084 B H T:
                        SERVICE
07/31/13 07/25/13   6 20 DAVID KUMOR            136   100   10.50     1,050.00    1085 B H T:
                        SERVICE!!

             136  DAVID KUMOR                               18.70     1,870.00

07/31/13 07/24/13   6 20 MIKE CORRIGAN          138    75    7.00       525.00     429 B H T:
                        Business Trip to Queens, NY vsiting clients of
                        Hyundai, Toyota, Nissan, Subaru checking
                        Inventory Services and open
                        RO's, and closing out the Register then reporting
                        our services.
08/31/13 08/05/13   6 20 MIKE CORRIGAN          138    75    1.00        75.00    4238 B H T:
                        STAR Toyota and Nissan Service/Parts Report
                        leeter editing the mistakes Dave wrote down and
                        evaluating the letter.

             138  MIKE CORRIGAN                             8.00       600.00

          INTSER Service Dept Analysis                     37.70     3,570.00

07/31/13 07/26/13   6 39 MIKE CORRIGAN          138    75    2.00       150.00     433 B H T:
                        Made a excel document for STAR Autodealerships
                        with the Inventory total and open/close date.

             138  MIKE CORRIGAN                             2.00       150.00

          INTSER Other Services USE MEMO                    2.00       150.00

05/31/13 05/20/13   6 60 VINCENT BUCOLO         135   100   10.00     1,000.00  992066 B H T:

             135  VINCENT BUCOLO                           10.00      1,000.00

          INTSER Income Tax Project & Ex                   10.00      1,000.00

11/30/12 11/13/12   6 68 Shawn McCormack         40   190    7.00     1,330.00  966771 B H T:
11/30/12 11/14/12   6 68 Shawn McCormack         40   190    7.00     1,330.00  966772 B H T:
11/30/12 11/15/12   6 68 Shawn McCormack         40   190    7.00     1,330.00  966773 B H T:
-----------------------------------------------------------------------------------------------
 14 Oct 2013 19:48                  DWIP SORT ON CLIENT ID        5266 /            PAGE: 71
```



EXHIBIT 31 10-4-22 Am

CONFIDENTIAL

VOYNOW_024607

```
                    Voynow, Bayard, Whyte and Company, LLP                v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                         SORT ON CLIENT ID * SELECTED CLIENTS

5266 /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC. /                                    VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE   HRS      AMOUNT  SEQ#  ACTION
-------------------------------------------------------------------------------------
               * * CHARGEABLE FEES  BY CODES/STAFF/       * *

11/30/12 11/16/12   6 68 Shawn McCormack     40  190    7.00    1,330.00 966774 B H T:
                    40   Shawn McCormack                28.00    5,320.00
               INTSER Tax Planning                      28.00    5,320.00

11/30/12 11/13/12   6 84 DOROTHEA BURCH     132   50    0.20       10.00 967160 B H T:
                         fax bills to Star/per Randy
                   132 DOROTHEA BURCH                    0.20       10.00

06/30/13 05/30/13   6 84 Shawn McCormack     40  190    2.00      380.00 993719 B H T:
                    40   Shawn McCormack                 2.00      380.00

01/31/13 01/08/13   6 84 Betteann Norris     63   75    0.20       15.00 971419 B H T:
                         eng letter 2012
                    63   Betteann Norris                 0.20       15.00
               INTSER Letters to Client, Prep            2.40      405.00

07/31/13 07/23/13   6 91 VINCENT BUCOLO     135  100    0.50       50.00    399 B H T:
                         going over what to do at service and explaining
                         interims to mike
                   135 VINCENT BUCOLO                    0.50       50.00
               INTSER Staff Training                    0.50       50.00

08/31/13 07/30/13   6 99 VINCENT BUCOLO     135  100    0.60       60.00   1780 B H T:
                         letter
                   135 VINCENT BUCOLO                    0.60       60.00

07/31/13 07/26/13   6 99 DAVID KUMOR        136  100    2.10      210.00   1086 B H T:
                         TPYING UP SERVICE LETTER
08/31/13 07/29/13   6 99 DAVID KUMOR        136  100    1.70      170.00   1796 B H T:
                         MORE LETTER STUFF!
08/31/13 08/01/13   6 99 DAVID KUMOR        136  100    0.30       30.00   1812 B H T:
                         GOING OVER SERVICE LETTER WITH MIKE
08/31/13 08/02/13   6 99 DAVID KUMOR        136  100    2.60      260.00   1814 B H T:
                         REVIEWING MIKES LETTER
                         ADDING IN PENDING AMOUNTS
08/31/13 08/06/13   6 99 DAVID KUMOR        136  100    0.30       30.00   3261 B H T:
                         GOING OVER MIKE CHANGES
                   136 DAVID KUMOR                       7.00      700.00

07/31/13 07/26/13   6 99 MIKE CORRIGAN      138   75    4.00      300.00    431 B H T:
                         Typed up a service report on the services David
                         and I did in Queens, NY for STAR. Included in the
                         document was Parts
                         and Services and Register for Chrysler, Hyundai,
                         Dodge, Toyota, Subaru.
-------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID   5266 /          PAGE: 72
```

CONFIDENTIAL                         VOYNOW_024608

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                           SORT ON CLIENT ID * SELECTED CLIENTS

5267 /           GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                          VIVIAN                 718-279-1800
CDATE    WDATE     WORK(CODE)  STAFF NAME    SID RATE    HRS       AMOUNT  SEQ# ACTION
-----------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


07/31/13 07/25/13  6 13 Bob Seibel           75  190    7.00     1,330.00    520 B H T:
                        Interim visit.

              75  Bob Seibel                         7.00     1,330.00

06/30/13 05/29/13  6 13 Randall Franzen       83  250    2.00       500.00 995690 B H T:
                        go to NY and do interim visit
07/31/13 07/24/13  6 13 Randall Franzen       83  250    8.00     2,000.00   1991 B H T:
                        go to NY and do an interim visit

              83  Randall Franzen                   10.00     2,500.00

       INTSER Rev. Ledger & Schedules               17.00     3,830.00

05/31/13 05/20/13  6 20 DAVID KUMOR          136  100   10.00     1,000.00 991763 B H T:
                        STAR SERVICE AND PARTS

             136  DAVID KUMOR                       10.00     1,000.00

07/31/13 07/25/13  6 20 MIKE CORRIGAN        138   75    7.00       525.00    430 B H T:
                        Business Trip to Queens, NY visiting clients of
                        Hyundai, Toyota, Nissan, Subaru checking
                        Inventory Services and open
                        RO's, and closing out the register then Reporting
                        our services
08/31/13 07/31/13  6 20 MIKE CORRIGAN        138   75    1.50       112.50   1827 B H T:
                        Finished the Service and Parts Report for STAR
                        Nissan, Toyota, Chrysler, Hyundai, ans Subaru.
08/31/13 08/01/13  6 20 MIKE CORRIGAN        138   75    1.00        75.00   1830 B H T:
                        Needed an Pending Inventory total from Nissan and
                        Toyota from each grouped customer to add to the
                        service and parts
                        report.
08/31/13 08/01/13  6 20 MIKE CORRIGAN        138   75    2.00       150.00   1828 B H T:
                        Made the last minute corrections to the STAR
                        service and parts report, and then dropped it off
                        to Dave Kumor.
08/31/13 08/02/13  6 20 MIKE CORRIGAN        138   75    1.50       112.50   1831 B H T:
                        STAR TOYOYA/NISSAN editing service/parts report
                        from the corrections Dave gave me.

             138  MIKE CORRIGAN                     13.00       975.00

       INTSER Service Dept Analysis                 23.00     1,975.00

08/31/13 08/02/13  6 39 MIKE CORRIGAN        138   75    2.00       150.00   1834 B H T:
                        Scanned STAR, Koufakis Realty, STAR Auto Body,
                        etc. from years 2010, 2011, and 2012 to DOT for
                        the client Michael
                        Koufakis.
08/31/13 08/05/13  6 39 MIKE CORRIGAN        138   75    1.00        75.00   4237 B H T:
                        Finished Scanning Tax Reports for Michael
                        Koufackis.
08/31/13 08/08/13  6 39 MIKE CORRIGAN        138   75    1.00        75.00   4234 B H T:
-----------------------------------------------------------------------------------------
14 Oct 2013 19:48                  DWIP SORT ON CLIENT ID    5267 /          PAGE: 82
```

CONFIDENTIAL                               VOYNOW_024620