# EXHIBIT 46

```
                         Voynow, Bayard & Company, CPAs                      v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                       SORT ON CLIENT ID * SELECTED CLIENTS

 5267 /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83   56
 STAR TOYOTA/                                      VIVIAN                  718-279-1800
 CDATE    WDATE    WORK(CODE)  STAFF NAME    SID  RATE    HRS       AMOUNT   SEQ#  ACTION
 -----------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

 10/31/10 10/27/10   6 13 Randall Franzen     83   250    4.00    1,000.00 864698 ON HOLD      I
                          Go to NY for a visit
 12/31/10 12/01/10   6 13 Randall Franzen     83   250    3.00      750.00 869049 ON HOLD      I
                          letter
 05/31/11 05/24/11   6 13 Randall Franzen     83   250    4.00    1,000.00 893302 B H T:
                          go to ny and do imterim visit
 05/31/11 05/25/11   6 13 Randall Franzen     83   250    1.00      250.00 893305 B H T:
                          calls to Vivian to go over interim visit info and
                          what to do with the rec
 06/30/11 06/03/11   6 13 Randall Franzen     83   250    1.00      250.00 898574 B H T:      I
                          look at letter
 06/30/11 06/06/11   6 13 Randall Franzen     83   250    1.00      250.00 898601 B H T:
                          work on the letter
 06/30/11 06/07/11   6 13 Randall Franzen     83   250    2.00      500.00 898614 B H T:
                          go over letters
 09/30/11 08/30/11   6 13 Randall Franzen     83   250    4.00    1,000.00 907584 B H T:
                          go to NY and do an interim visit

                    83  Randall Franzen                  20.00    5,000.00

              INTSER Rev. Ledger & Schedules            50.00    9,710.00

 05/31/11 05/26/11   6 20 PATRICK J. CATALINE  12    80   3.00      240.00 893298 B H T:      I
                          letter

                    12  PATRICK J. CATALINE                3.00      240.00

 05/31/11 05/24/11   6 20 JOHN BRESLIN        129    80   4.00      320.00 892809 B H T:      I

                   129  JOHN BRESLIN                      4.00      320.00

              INTSER Service Dept Analysis              7.00      560.00

 05/31/11 05/27/11   6 22 JOHN BRESLIN        129    80   1.80      144.00 892816 B H T:      I
                          letter

                   129  JOHN BRESLIN                      1.80      144.00

              INTSER Parts Dept Analysis               1.80      144.00

 11/30/10 11/08/10   6 84 DAVE LOMBARDO       130    90   0.60       54.00 865155 ON HOLD     I
                          INTERIM LTTR
 12/31/10 12/03/10   6 84 DAVE LOMBARDO       130    90   1.00       90.00 866733 ON HOLD
                          INTERIM LTTR

                   130  DAVE LOMBARDO                    1.60      144.00

 12/31/10 12/02/10   6 84 Bob Seibel           75   190   3.00      570.00 867245 ON HOLD
                          Interim letter.
 12/31/10 12/03/10   6 84 Bob Seibel           75   190   1.00      190.00 867251 ON HOLD     I
                          Interim letter.
 06/30/11 06/03/11   6 84 Bob Seibel           75   190   2.00      380.00 893165 B H T:
 06/30/11 06/06/11   6 84 Bob Seibel           75   190   0.50       95.00 897621 B H T:
 06/30/11 06/07/11   6 84 Bob Seibel           75   190   1.00      190.00 897620 B H T:

 -----------------------------------------------------------------------------------------
 18 Oct 2011 12:22                DWIP SORT ON CLIENT ID     5267 /           PAGE: 319
```



EXHIBIT 32
2/8/23  LR