# EXHIBIT 47

```
                         Voynow, Bayard & Company, CPAs                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
                         SORT ON CLIENT NAME * SELECTED CLIENTS

5270 /        GRP: STAR    PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR MITSUBISHI/STAR MITSUBISHI                    VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID  RATE   HRS      AMOUNT  SEQ#   ACTION
------------------------------------------------------------------------------------
                 * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

07/31/10 07/20/10  5 69  PATRICK J. CATALINE  12   80   1.00      80.00 850791 B H T:
07/31/10 07/21/10  5 69  PATRICK J. CATALINE  12   80   5.00     400.00 850792 B H T:
08/31/10 07/26/10  5 69  PATRICK J. CATALINE  12   80   1.00      80.00 852304 B H T:
08/31/10 07/27/10  5 69  PATRICK J. CATALINE  12   80   1.70     136.00 852307 B H T:
            12  PATRICK J. CATALINE                    8.70      696.00

01/31/10 01/20/10  5 69  JOHN BRESLIN        129   80   9.50     760.00 824548 B H T:   Y/E
01/31/10 01/21/10  5 69  JOHN BRESLIN        129   80   6.00     480.00 824549 B H T:   Y/E
           129  JOHN BRESLIN                          15.50    1,240.00

01/31/10 01/23/10  5 69  Bob Seibel           75  190   0.50      95.00 825020 B H T:
                         Follow up from year end visit.
06/30/10 06/11/10  5 69  Bob Seibel           75  190   0.50      95.00 846569 B H T:
                         6/15 estimate
07/31/10 07/23/10  5 69  Bob Seibel           75  190   1.00     190.00 851557 B H T:
                         Work on return.
08/31/10 07/28/10  5 69  Bob Seibel           75  190   1.00     190.00 851816 B H T:
                         Work on return.
08/31/10 08/13/10  5 69  Bob Seibel           75  190   1.00     190.00 854570 B H T:
                         Work on returns.
08/31/10 08/17/10  5 69  Bob Seibel           75  190   1.00     190.00 854584 B H T:
                         Work on returns.
            75  Bob Seibel                             5.00      950.00

12/31/09 12/01/09  5 69  Randall Franzen      83  250   2.00     500.00 821890 B H T:   T/P
                         go to NY and do tax planning
01/31/10 01/22/10  5 69  Randall Franzen      83  250   2.00     500.00 825945 B H T:   Y/E
                         go to dealership and do the year end
            83  Randall Franzen                        4.00    1,000.00

           BUSTAX Year End Tax Work                   33.20    3,986.00

08/31/10 08/06/10  5 97  JOHN BRESLIN        129   80   1.50     120.00 854545 B H T:
08/31/10 08/16/10  5 97  JOHN BRESLIN        129   80   1.80     144.00 853376 B H T:
           129  JOHN BRESLIN                           3.30      264.00

           BUSTAX Math/Proof Report/Retur              3.30      264.00

03/31/10 03/01/10  6 39  RAFAEL VARGAS       127  110   0.30      33.00 829612 B H T:
                         Roll over and prepare the Federal, NYS and NYC
                         extension for 2009.
           127  RAFAEL VARGAS                          0.30       33.00

           INTSER Other Services USE MEMO              0.30       33.00

        * *  TOTAL FEES                               36.80    4,183.00

                    * *   DEBITS & CREDITS   * *
------------------------------------------------------------------------------------
13 Oct 2010 11:58              DWIP SORT ON CLIENT NAME  5270 /         PAGE: 242
```



```
                    Voynow, Bayard & Company, CPAs                          v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                    SORT ON CLIENT ID * SELECTED CLIENTS

5270 /      GRP: STAR    PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR MITSUBISHI/STAR MITSUBISHI                         VIVIAN
 CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE   HRS     AMOUNT   SEQ#   ACTION
------------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

09/30/11 08/31/11  5 69 Bob Seibel         75   190    0.50     95.00  907084 B H T:
                        E-file

              75   Bob Seibel                            5.00   950.00

         BUSTAX Year End Tax Work                       22.00  2,947.00

02/28/11 02/04/11  5 90 PATRICK J. CATALINE 12   80    1.00     80.00  875044 B H T:

              12   PATRICK J. CATALINE                   1.00    80.00

         BUSTAX Trial Balance Data Inpu                  1.00    80.00

09/30/11 08/29/11  5 97 JOHN BRESLIN       129   80    1.30    104.00  905981 B H T:

             129   JOHN BRESLIN                          1.30   104.00

         BUSTAX Math/Proof Report/Retur                  1.30   104.00

06/30/11 06/06/11  6 13 Randall Franzen     83  250    1.00    250.00  898602 B H T:     I
                        work on the letter

              83   Randall Franzen                       1.00   250.00

         INTSER Rev. Ledger & Schedules                  1.00   250.00

12/31/10 12/14/10  6 39 RAFAEL VARGAS      127  110    0.30     33.00  867836 ON HOLD
                        Working on New York form IT-204-LL.

             127   RAFAEL VARGAS                         0.30    33.00

         INTSER Other Services USE MEMO                  0.30    33.00

12/31/10 12/07/10  6 84 PATRICK J. CATALINE 12   80    6.00    480.00  867331 ON HOLD    I
                        writing star metro letter

              12   PATRICK J. CATALINE                   6.00   480.00

         INTSER Letters to Client, Prep                  6.00   480.00

02/28/11 02/25/11  8 32 Kenneth Mann        48  250    0.20     50.00  887026 B H T:
                        3115 research

              48   Kenneth Mann                          0.20    50.00

         Other Special Projects(detail)                  0.20    50.00

                                                                     ON HOLD
         * *  TOTAL FEES                                34.60  4,479.00 (     528.00)

                   * *    DEBITS & CREDITS    * *

10/31/10 10/31/10 99  3                                       -500.00  862734 ON HOLD
------------------------------------------------------------------------------------------
18 Oct 2011 12:22               DWIP SORT ON CLIENT ID   5270 /        PAGE: 329
```

CONFIDENTIAL                                       VOYNOW_024285

```
                    Voynow, Bayard & Company, CPAs                      v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                     SORT ON CLIENT ID * SELECTED CLIENTS

 5267 /         GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR TOYOTA/                                       VIVIAN                 718-279-1800
 ----------------------------------------------------------------------------------
                      * * FEE & EXPENSE SUMMARIES * *

  * CHARGEABLE FEES SUMMARY BY WORK CODE    HOURS        AMOUNT         TOTAL
  BUSINESS TAX ENGAGEMENTS                  140.00     26,511.50     26,511.50
  INTERIM SERVICES                           68.40     12,023.00     38,534.50
  SPECIAL PROJECTS-MUST USE MEMO              6.50      1,625.00     40,159.50
  VB-ADMINISTRATIVE CODES                     2.70         81.00     40,240.50
  SYSTEM GENERATED FEES                       0.00    -19,200.00     21,040.50
                                          --------   ------------
         ** TOTAL                          217.60     21,040.50


  * CHARGEABLE FEES SUMMARY BY STAFF        HOURS        AMOUNT         TOTAL
                                             0.00    -19,200.00    -19,200.00
  11   ELISA BRABAZON                        2.70         81.00    -19,119.00
  118  ROBERT KIRKHOPE                       7.00      1,050.00    -18,069.00
  12   PATRICK J. CATALINE                  29.70      2,376.00    -15,693.00
  124  Brett Bausinger                       0.50         25.00    -15,668.00
  127  RAFAEL VARGAS                         0.20         22.00    -15,646.00
  129  JOHN BRESLIN                         15.00      1,200.00    -14,446.00
  130  DAVE LOMBARDO                         1.60        144.00    -14,302.00
  48   Kenneth Mann                          2.90        725.00    -13,577.00
  63   Betteann Norris                       0.30         22.50    -13,554.50
  75   Bob Seibel                           80.50     15,295.00      1,740.50
  83   Randall Franzen                      77.20     19,300.00     21,040.50
                                          --------   ------------
         ** TOTAL                          217.60     21,040.50


  * CHARGEABLE FEES SUMMARY BY CTRL DATE    HOURS        AMOUNT         TOTAL
        10/31/10                            19.20      2,680.00      2,680.00
        11/30/10                             1.60       -696.00      1,984.00
        12/31/10                            33.90      5,657.00      7,641.00
        01/31/11                            37.40      6,882.00     14,523.00
        02/28/11                            10.10     -6,084.00      8,439.00
        03/31/11                            18.60      3,590.00     12,029.00
        04/30/11                             5.50        375.00     12,404.00
        05/31/11                            30.60      3,028.00     15,432.00
        06/30/11                            17.30      1,750.00     17,182.00
        07/31/11                             8.00        -80.00     17,102.00
        08/31/11                            11.10        986.00     18,088.00
        09/30/11                            24.30      2,952.50     21,040.50
                                          --------   ------------
         ** TOTAL                          217.60     21,040.50


 ----------------------------------------------------------------------------------
 18 Oct 2011 12:22              DWIP SORT ON CLIENT ID    5267  /      PAGE: 314
```

CONFIDENTIAL                                                       VOYNOW_024927

```
                    Voynow, Bayard & Company, CPAs                           v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                    SORT ON CLIENT ID * SELECTED CLIENTS

5267 /      GRP: STAR     PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                          VIVIAN           718-279-1800
CDATE    WDATE    WORK(CODE) STAFF NAME     SID RATE   HRS    AMOUNT  SEQ#  ACTION
-----------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

04/30/11 04/14/11  5 69 Randall Franzen     83   250   1.50    375.00 886254 B H T:     E
                   go voer Mikes tanx notice and then try to figure
                   what to do with estate and trust . Call to see
                   what the status is and
                   what to do next
04/30/11 04/14/11  5 69 Randall Franzen     83   250   0.50    125.00 890677 B H T:
                   call Vivian to go over the Mike K info and tax
                   notice                                                            401K
07/31/11 06/29/11  5 69 Randall Franzen     83   250   1.00    250.00 898719 B H T:
                   go over 5500 info
08/31/11 08/24/11  5 69 Randall Franzen     83   250   1.50    375.00 905591 B H T:
                   call with Mike to go over the real estate at the
                   newly purchased toyota local and now the land and
                   bldg would be
                   accounted for and go over the rents to see if we
                   shlud increase them
09/30/11 08/29/11  5 69 Randall Franzen     83   250   2.00    500.00 907574 B H T:
                   get ready fir interim visit figure out files and
                   what to do and take with us

            83  Randall Franzen                        52.80  13,200.00

        BUSTAX Year End Tax Work                      110.70  22,012.00

10/31/10 09/29/10  5 81 Kenneth Mann        48   250   0.20     50.00 863300 ON HOLD
                   consult with bs

            48  Kenneth Mann                            0.20     50.00

        BUSTAX Tel. w/ Client USE MEMO                  0.20     50.00

02/28/11 02/07/11  5 90 PATRICK J. CATALINE 12    80   1.50    120.00 877069 B H T:

            12  PATRICK J. CATALINE                     1.50    120.00

        BUSTAX Trial Balance Data Inpu                  1.50    120.00

05/31/11 05/25/11  6  1 PATRICK J. CATALINE 12    80   0.50     40.00 893293 B H T:     I
                   talking with randy about direction of letter

            12  PATRICK J. CATALINE                     0.50     40.00

        INTSER Interim Visit Planning                   0.50     40.00
                                                                                        I
09/30/11 08/30/11  6 13 JOHN BRESLIN       129    80   9.00    720.00 905983 B H T:

           129  JOHN BRESLIN                            9.00    720.00
                                                                                        I
10/31/10 10/27/10  6 13 Bob Seibel          75   190   7.00  1,330.00 862929 ON HOLD
                   Client visit.                                                       II
05/31/11 05/24/11  6 13 Bob Seibel          75   190   7.00  1,330.00 893082 B H T:
                   Client visit.                                                       II
09/30/11 08/30/11  6 13 Bob Seibel          75   190   7.00  1,330.00 907067 B H T:     I
                   Interim Visit.

            75  Bob Seibel                             21.00  3,990.00
-----------------------------------------------------------------------------------
18 Oct 2011 12:22              DWIP SORT ON CLIENT ID   5267 /          PAGE: 318
```

CONFIDENTIAL                                                         VOYNOW_024931

```
                        Voynow, Bayard & Company, CPAs                        v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                       SORT ON CLIENT ID * SELECTED CLIENTS

  5267 /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
  STAR TOYOTA/                                       VIVIAN               718-279-1800
  CDATE    WDATE     WORK(CODE)   STAFF NAME      SID RATE    HRS        AMOUNT  SEQ#  ACTION
  --------------------------------------------------------------------------------------------
                     * *  CHARGEABLE FEES  BY CODES/STAFF/        * *

  10/31/10 10/27/10  6 13 Randall Franzen         83  250     4.00      1,000.00 864698 ON HOLD
                         Go to NY for a visit
  12/31/10 12/01/10  6 13 Randall Franzen         83  250     3.00        750.00 869049 ON HOLD
                         letter
  05/31/11 05/24/11  6 13 Randall Franzen         83  250     4.00      1,000.00 893302 B H T:
                         go to ny and do imterim visit
  05/31/11 05/25/11  6 13 Randall Franzen         83  250     1.00        250.00 893305 B H T:
                         calls to Vivian to go over interim visit info and
                         what to do with the rec
  06/30/11 06/03/11  6 13 Randall Franzen         83  250     1.00        250.00 898574 B H T:
                         look at letter
  06/30/11 06/06/11  6 13 Randall Franzen         83  250     1.00        250.00 898601 B H T:
                         work on the letter
  06/30/11 06/07/11  6 13 Randall Franzen         83  250     2.00        500.00 898614 B H T:
                         go over letters
  09/30/11 08/30/11  6 13 Randall Franzen         83  250     4.00      1,000.00 907584 B H T:
                         go to NY and do an interim visit

             83  Randall Franzen                              20.00      5,000.00

        INTSER Rev. Ledger & Schedules                        50.00      9,710.00

  05/31/11 05/26/11  6 20 PATRICK J. CATALINE     12   80     3.00        240.00 893298 B H T:
                         letter

             12  PATRICK J. CATALINE                            3.00        240.00

  05/31/11 05/24/11  6 20 JOHN BRESLIN           129   80     4.00        320.00 892809 B H T:

            129  JOHN BRESLIN                                  4.00        320.00

        INTSER Service Dept Analysis                           7.00        560.00

  05/31/11 05/27/11  6 22 JOHN BRESLIN           129   80     1.80        144.00 892816 B H T:
                         letter

            129  JOHN BRESLIN                                  1.80        144.00

        INTSER Parts Dept Analysis                             1.80        144.00

  11/30/10 11/08/10  6 84 DAVE LOMBARDO          130   90     0.60         54.00 865155 ON HOLD
                         INTERIM LTTR
  12/31/10 12/03/10  6 84 DAVE LOMBARDO          130   90     1.00         90.00 866733 ON HOLD
                         INTERIM LTTR

            130  DAVE LOMBARDO                                 1.60        144.00

  12/31/10 12/02/10  6 84 Bob Seibel              75  190     3.00        570.00 867245 ON HOLD
                         Interim letter.
  12/31/10 12/03/10  6 84 Bob Seibel              75  190     1.00        190.00 867251 ON HOLD
                         Interim letter.
  06/30/11 06/03/11  6 84 Bob Seibel              75  190     2.00        380.00 893165 B H T:
  06/30/11 06/06/11  6 84 Bob Seibel              75  190     0.50         95.00 897621 B H T:
  06/30/11 06/07/11  6 84 Bob Seibel              75  190     1.00        190.00 897620 B H T:
  --------------------------------------------------------------------------------------------
  18 Oct 2011 12:22                    DWIP SORT ON CLIENT ID    5267 /         PAGE: 319
```

CONFIDENTIAL          VOYNOW_024932

```
                        Voynow, Bayard & Company, CPAs                          v.6.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                         SORT ON CLIENT ID * SELECTED CLIENTS

 5267  /         GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83   56
 STAR TOYOTA/                                         VIVIAN              718-279-1800
 CDATE    WDATE    WORK(CODE)   STAFF NAME       SID RATE   HRS      AMOUNT    SEQ#  ACTION
 ---------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/        * *

 10/31/10 10/27/10  6 13 Randall Franzen          83  250   4.00    1,000.00 864698 ON HOLD
                         Go to NY for a visit
 12/31/10 12/01/10  6 13 Randall Franzen          83  250   3.00      750.00 869049 ON HOLD
                         letter
 05/31/11 05/24/11  6 13 Randall Franzen          83  250   4.00    1,000.00 893302 B H T:
                         go to ny and do imterim visit
 05/31/11 05/25/11  6 13 Randall Franzen          83  250   1.00      250.00 893305 B H T:
                         calls to Vivian to go over interim visit info and
                         what to do with the rec
 06/30/11 06/03/11  6 13 Randall Franzen          83  250   1.00      250.00 898574 B H T:
                         look at letter
 06/30/11 06/06/11  6 13 Randall Franzen          83  250   1.00      250.00 898601 B H T:
                         work on the letter
 06/30/11 06/07/11  6 13 Randall Franzen          83  250   2.00      500.00 898614 B H T:
                         go over letters
 09/30/11 08/30/11  6 13 Randall Franzen          83  250   4.00    1,000.00 907584 B H T:
                         go to NY and do an interim visit

              83  Randall Franzen                         20.00    5,000.00

          INTSER Rev. Ledger & Schedules                  50.00    9,710.00

 05/31/11 05/26/11  6 20 PATRICK J. CATALINE      12   80   3.00      240.00 893298 B H T:
                         letter

              12  PATRICK J. CATALINE                      3.00      240.00

 05/31/11 05/24/11  6 20 JOHN BRESLIN            129   80   4.00      320.00 892809 B H T:

             129  JOHN BRESLIN                             4.00      320.00

          INTSER Service Dept Analysis                     7.00      560.00

 05/31/11 05/27/11  6 22 JOHN BRESLIN            129   80   1.80      144.00 892816 B H T:
                         letter

             129  JOHN BRESLIN                             1.80      144.00

          INTSER Parts Dept Analysis                       1.80      144.00

 11/30/10 11/08/10  6 84 DAVE LOMBARDO           130   90   0.60       54.00 865155 ON HOLD
                         INTERIM LTTR
 12/31/10 12/03/10  6 84 DAVE LOMBARDO           130   90   1.00       90.00 866733 ON HOLD
                         INTERIM LTTR

             130  DAVE LOMBARDO                            1.60      144.00

 12/31/10 12/02/10  6 84 Bob Seibel               75  190   3.00      570.00 867245 ON HOLD
                         Interim letter.
 12/31/10 12/03/10  6 84 Bob Seibel               75  190   1.00      190.00 867251 ON HOLD
                         Interim letter.
 06/30/11 06/03/11  6 84 Bob Seibel               75  190   2.00      380.00 893165 B H T:
 06/30/11 06/06/11  6 84 Bob Seibel               75  190   0.50       95.00 897621 B H T:
 06/30/11 06/07/11  6 84 Bob Seibel               75  190   1.00      190.00 897620 B H T:

 ---------------------------------------------------------------------------------------
 18 Oct 2011 12:22              DWIP SORT ON CLIENT ID    5267 /           PAGE: 319
```

```
                        Voynow, Bayard & Company, CPAs                          v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                        SORT ON CLIENT ID * SELECTED CLIENTS

5261   /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83   56
STAR CHRYSLER PLYMOUTH JEEP/                                DEBBIE
 CDATE     WDATE      WORK(CODE)  STAFF NAME      SID RATE    HRS       AMOUNT    SEQ#  ACTION
-----------------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

 08/31/11 08/10/11   2 93 Hugh Whyte          56   275    1.00       275.00 904696 B H T:

             56     Hugh Whyte                           1.00       275.00

          REVIEW Partner Review                          1.00       275.00

 01/31/11 01/10/11   5 21 Kenneth Mann        48   250    0.20        50.00 878124 B H T:
                          lifo
 02/28/11 02/16/11   5 21 Kenneth Mann        48   250    0.20        50.00 886946 B H T:

             48     Kenneth Mann                         0.40       100.00

          BUSTAX LIFO Computations                       0.40       100.00

 02/28/11 02/11/11   5 60 ROBERT KIRKHOPE    118   150    1.00       150.00 876388 B H T:
                          on the phone with debbie in regards to lifo

            118     ROBERT KIRKHOPE                      1.00       150.00

          BUSTAX Income Tax Project & Ex                 1.00       150.00

 09/30/11 08/29/11   5 61 Betteann Norris     63    75    0.30        22.50 906032 B H T:
                          process tax return

             63     Betteann Norris                      0.30        22.50

          BUSTAX Federal Tax Return Prep                 0.30        22.50

 06/30/11 06/08/11   5 63 Brett Bausinger    124   100    0.40        40.00 893840 B H T:
                          2nd Qtr. Estimate

            124     Brett Bausinger                      0.40        40.00

          BUSTAX City Tax Return Prep                    0.40        40.00

 04/30/11 03/29/11   5 69 ROBERT KIRKHOPE    118   150    1.00       150.00 883883 B H T:

            118     ROBERT KIRKHOPE                      1.00       150.00

 06/30/11 06/14/11   5 69 PATRICK J. CATALINE 12    80    2.50       200.00 895507 B H T:
                          adjusting entries
 07/31/11 06/30/11   5 69 PATRICK J. CATALINE 12    80    1.00        80.00 901668 B H T:
 07/31/11 07/01/11   5 69 PATRICK J. CATALINE 12    80    2.50       200.00 901674 B H T:
                          tax return
 07/31/11 07/01/11   5 69 PATRICK J. CATALINE 12    80    2.00       160.00 901672 B H T:
                          481A calculation and entries
 08/31/11 08/01/11   5 69 PATRICK J. CATALINE 12    80    1.20        96.00 904615 B H T:
                          adjusting return
 08/31/11 08/02/11   5 69 PATRICK J. CATALINE 12    80    1.50       120.00 904620 B H T:
                          2848, 3115 & attachment

             12     PATRICK J. CATALINE                 10.70       856.00

 02/28/11 02/09/11   5 69 JOHN BRESLIN       129    80    0.20        16.00 876450 B H T:
                          ext

-----------------------------------------------------------------------------------------------
 18 Oct 2011 12:22                  DWIP SORT ON CLIENT ID    5261   /         PAGE: 299
```

CONFIDENTIAL                                                          VOYNOW_024500

```
                          Voynow, Bayard & Company, CPAs                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                         SORT ON CLIENT ID * SELECTED CLIENTS

5261 /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                                DEBBIE
  CDATE     WDATE     WORK(CODE)  STAFF NAME       SID RATE    HRS      AMOUNT    SEQ#    ACTION
-----------------------------------------------------------------------------------------------
                      * *  CHARGEABLE FEES  BY CODES/STAFF/         * *

02/28/11 02/10/11   5 69  JOHN BRESLIN          129   80     0.20        16.00 876501 B H T:
                          ext
02/28/11 02/21/11   5 69  JOHN BRESLIN          129   80     0.20        16.00 878275 B H T:

             129  JOHN BRESLIN                               0.60        48.00

09/30/11 08/29/11   5 69  DAVE LOMBARDO         130  100     1.10       110.00 906437 B H T:
                          MATHED RETURNS

             130  DAVE LOMBARDO                              1.10       110.00

12/31/10 12/22/10   5 69  Bob Seibel             75  190     2.00       380.00 870658 ON HOLD
                          Analysis of Steve loans.
02/28/11 02/15/11   5 69  Bob Seibel             75  190     0.50        95.00 879307 B H T:
02/28/11 02/17/11   5 69  Bob Seibel             75  190     1.00       190.00 879312 B H T:
02/28/11 02/19/11   5 69  Bob Seibel             75  190     0.50        95.00 879289 B H T:
03/31/11 03/01/11   5 69  Bob Seibel             75  190     1.00       190.00 879602 B H T:
                          extension issues.
06/30/11 06/07/11   5 69  Bob Seibel             75  190     1.00       190.00 897623 B H T:
07/31/11 06/30/11   5 69  Bob Seibel             75  190     1.00       190.00 897923 B H T:
07/31/11 07/29/11   5 69  Bob Seibel             75  190     1.00       190.00 903817 B H T:
                          Go over return.
08/31/11 08/02/11   5 69  Bob Seibel             75  190     0.50        95.00 904002 B H T:
                          Go over return.
08/31/11 08/04/11   5 69  Bob Seibel             75  190     1.00       190.00 904014 B H T:
                          Tax return.
08/31/11 08/16/11   5 69  Bob Seibel             75  190     0.50        95.00 907005 B H T:
                          Tax returns.
08/31/11 08/22/11   5 69  Bob Seibel             75  190     0.50        95.00 907034 B H T:
                          3115 to KM
08/31/11 08/26/11   5 69  Bob Seibel             75  190     1.00       190.00 907052 B H T:
                          Tax returns.
09/30/11 08/29/11   5 69  Bob Seibel             75  190     1.00       190.00 907066 B H T:
                          Tax returns.
09/30/11 08/31/11   5 69  Bob Seibel             75  190     0.50        95.00 907085 B H T:
                          E-file
09/30/11 09/13/11   5 69  Bob Seibel             75  190     1.00       190.00 907469 B H T:
                          9/15 est.

              75  Bob Seibel                                14.00     2,660.00

10/31/10 10/13/10   5 69  Randall Franzen        83  250     1.50       375.00 864664 ON HOLD
                          work with Steve to go over finl stmt
01/31/11 01/28/11   5 69  Randall Franzen        83  250     3.00       750.00 874312 B H T:   FW
                          go to NY and do the year end work
03/31/11 03/23/11   5 69  Randall Franzen        83  250     1.00       250.00 886048 B H T:   1040
                          go over steve return
04/30/11 04/03/11   5 69  Randall Franzen        83  250     0.80       200.00 886130 B H T:   1040
                          go over Steve info
04/30/11 04/07/11   5 69  Randall Franzen        83  250     0.50       125.00 886191 B H T:   1040
                          get returns out kids
07/31/11 06/29/11   5 69  Randall Franzen        83  250     1.00       250.00 898730 B H T:   401K
                          go over 5500 info

              83  Randall Franzen                            7.80     1,950.00

-----------------------------------------------------------------------------------------------
18 Oct 2011 12:22                         DWIP SORT ON CLIENT ID     5261 /           PAGE: 300
```

CONFIDENTIAL                    VOYNOW_024501

```
                    Voynow, Bayard & Company, CPAs                        v.6.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
                      SORT ON CLIENT NAME * SELECTED CLIENTS

5273 /      GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR HYUNDAI LLC/STAR HYUNDAI LLC                      VIVIAN
  CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE   HRS     AMOUNT   SEQ#  ACTION
----------------------------------------------------------------------------------------
                    * * CHARGEABLE FEES  BY CODES/STAFF/     * *
                         go to dealership and do the year end
02/28/10 02/11/10  5 69 Randall Franzen      83   250    1.00    250.00 836213 B H T:
                         calll about Lifo for Hyundai
02/28/10 02/19/10  5 69 Randall Franzen      83   250    1.50    375.00 836226 B H T:
                         calls from Debbie to go over year end entries
                         that she said was not correct and had ot look for
                         the papers to go over
                         her question

            83  Randall Franzen                         6.50    1,625.00

        BUSTAX Year End Tax Work                       39.10    5,903.00

01/31/10 01/27/10  5 90 PATRICK J. CATALINE  12    80    0.30     24.00 824751 B H T:
                         creating star hyundai on csa
01/31/10 01/28/10  5 90 PATRICK J. CATALINE  12    80    3.00    240.00 824748 B H T:
                         creating and entering trial balance

            12  PATRICK J. CATALINE                     3.30      264.00

        BUSTAX Trial Balance Data Inpu                  3.30      264.00

01/31/10 01/22/10  5 93 Kenneth Mann         48   250    0.20     50.00 826839 B H T:

            48  Kenneth Mann                            0.20       50.00

        BUSTAX Partner Review                           0.20       50.00

08/31/10 08/17/10  5 97 JOHN BRESLIN        129    80    1.60    128.00 853382 B H T:
08/31/10 08/18/10  5 97 JOHN BRESLIN        129    80    1.00     80.00 853384 B H T:

           129  JOHN BRESLIN                            2.60      208.00

        BUSTAX Math/Proof Report/Retur                  2.60      208.00

02/28/10 02/27/10  6 39 RAFAEL VARGAS       127   110    0.30     33.00 828339 B H T:
                         Roll over and prepare the Federal, NYS and NYC
                         extension for 2009.

           127  RAFAEL VARGAS                           0.30       33.00

        INTSER Other Services USE MEMO                  0.30       33.00

01/31/10 01/22/10 90 16 ELISA BRABAZON       11    30    0.20      6.00 824541 B H T:
                         IT 204

            11  ELISA BRABAZON                          0.20        6.00

        VB-F-Extension Processing                       0.20        6.00

02/28/10 02/02/10 90 36 ANNEMARIE DISCHINGER 119   30    0.30      9.00 825408 B H T:
                         typed letter

           119  ANNEMARIE DISCHINGER                    0.30        9.00

        VB-F-Type/Copy Internal Doc.                    0.30        9.00
----------------------------------------------------------------------------------------
13 Oct 2010 11:58                   DWIP SORT ON CLIENT NAME  5273 /       PAGE: 238
```

CONFIDENTIAL                                                         VOYNOW_024811

```
                          Voynow, Bayard & Company, CPAs                    v.6.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
                          SORT ON CLIENT NAME * SELECTED CLIENTS

  5273 /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
  STAR HYUNDAI LLC/STAR HYUNDAI LLC                                 VIVIAN
   CDATE    WDATE      WORK(CODE)  STAFF NAME       SID RATE     HRS       AMOUNT   SEQ#   ACTION
  ------------------------------------------------------------------------------------------------
                      * *   CHARGEABLE FEES   BY CODES/STAFF/        * *

  08/31/10 08/02/10   2 93 Hugh Whyte            56    275    1.00       275.00 852377 B H T:
                          review t/r

              56  Hugh Whyte                                  1.00       275.00

          REVIEW Partner Review                               1.00       275.00

  08/31/10 08/18/10   5 61 ELISA BRABAZON        11     30    0.40        12.00 853857 B H T:
                          processed return

              11  ELISA BRABAZON                               0.40        12.00

          BUSTAX Federal Tax Return Prep                       0.40        12.00

  02/28/10 02/02/10   5 66 Bob Seibel            75    190    1.50       285.00 826120 B H T:

              75  Bob Seibel                                  1.50       285.00

          BUSTAX Tax Notice Response                           1.50       285.00

  01/31/10 01/11/10   5 69 ROBERT KIRKHOPE      118    150    2.00       300.00 823978 B H T:
  01/31/10 01/20/10   5 69 ROBERT KIRKHOPE      118    150    6.00       900.00 824205 B H T:   Y/E
  01/31/10 01/22/10   5 69 ROBERT KIRKHOPE      118    150    8.00     1,200.00 824206 B H T:   Y/E

             118  ROBERT KIRKHOPE                             16.00     2,400.00

  07/31/10 07/22/10   5 69 PATRICK J. CATALINE   12     80    2.90       232.00 850803 B H T:
  08/31/10 07/26/10   5 69 PATRICK J. CATALINE   12     80    1.40       112.00 852302 B H T:
  08/31/10 07/27/10   5 69 PATRICK J. CATALINE   12     80    1.00        80.00 852308 B H T:
  08/31/10 07/30/10   5 69 PATRICK J. CATALINE   12     80    1.30       104.00 852323 B H T:

              12  PATRICK J. CATALINE                         6.60       528.00

  01/31/10 01/21/10   5 69 JOHN BRESLIN         129     80    5.00       400.00 824550 B H T:

             129  JOHN BRESLIN                                5.00       400.00

  01/31/10 01/23/10   5 69 Bob Seibel            75    190    0.50        95.00 825019 B H T:
                          Follow up from year end visit.
  06/30/10 06/11/10   5 69 Bob Seibel            75    190    0.50        95.00 846568 B H T:
                          6/15 estimate
  07/31/10 07/23/10   5 69 Bob Seibel            75    190    1.00       190.00 851558 B H T:
                          Work on return.
  08/31/10 07/27/10   5 69 Bob Seibel            75    190    1.00       190.00 851821 B H T:
                          Work on return.
  08/31/10 07/28/10   5 69 Bob Seibel            75    190    1.00       190.00 851815 B H T:
                          Work on return.
  08/31/10 08/18/10   5 69 Bob Seibel            75    190    1.00       190.00 854594 B H T:
                          Work on returns.

              75  Bob Seibel                                  5.00       950.00

  12/31/09 12/01/09   5 69 Randall Franzen       83    250    2.00       500.00 821889 B H T:   T/P
                          go to NY and do tax planning
  01/31/10 01/22/10   5 69 Randall Franzen       83    250    2.00       500.00 825944 B H T:   Y/E

  ------------------------------------------------------------------------------------------------
  13 Oct 2010 11:58                  DWIP SORT ON CLIENT NAME  5273 /           PAGE: 237
```

CONFIDENTIAL                    VOYNOW_024810