# EXHIBIT 48

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                         SORT ON CLIENT ID * SELECTED CLIENTS

  5267 /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
  STAR TOYOTA/                                                VIVIAN             718-279-1800
  CDATE    WDATE      WORK(CODE)  STAFF NAME       SID  RATE   HRS       AMOUNT  SEQ#  ACTION
  ------------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES   BY CODES/STAFF/     * *

  08/31/14 07/29/14   5 61 DAVID KUMOR           136  125    3.10        387.50  51204 B H T:
                          POSTING ADJUSTING ENTRIES    STARTING RETURN
                          YEAHHHHHH MIKE DID THIS RETURN  WITH POSTING
                          THINGS IN THE YELLOW!!!
  08/31/14 07/31/14   5 61 DAVID KUMOR           136  125    0.50         62.50  51215 B H T:
                          UPDATING RETURN
  08/31/14 08/04/14   5 61 DAVID KUMOR           136  125    0.80        100.00  52079 B H T:
                          UPDATING RETURN

                 136 DAVID KUMOR                             6.20        748.00

  03/31/14 02/25/14   5 61 MIKE CORRIGAN         138   80    2.00        160.00  27777 B H T:
                          Prepared Return, still working on it and making
                          corrections
  03/31/14 02/26/14   5 61 MIKE CORRIGAN         138   80    3.00        240.00  27779 B H T:
                          Finishing preparing Federal Return
  03/31/14 02/26/14   5 61 MIKE CORRIGAN         138   80    2.00        160.00  27782 B H T:
                          Making the corrections on the Federal Return

                 138 MIKE CORRIGAN                           7.00        560.00

  03/31/14 02/26/14   5 61 MARIALUISA VENEZIALE  140  150    1.20        180.00  27819 B H T:
                          Helping Mike with Star

                 140 MARIALUISA VENEZIALE-CIOCCA             1.20        180.00

             BUSTAX Federal Tax Return Prep                 14.70      1,503.00

  12/31/13 11/27/13   5 65 Randall Franzen        83  250    1.50        375.00  17677 B H T:
                          go over billing and checks for star

                  83 Randall Franzen                         1.50        375.00

             BUSTAX Tax Audit/Examination                    1.50        375.00

  12/31/13 11/27/13   5 68 VINCENT BUCOLO        135  100    0.20         20.00  16531 B H T:

                 135 VINCENT BUCOLO                          0.20         20.00

  12/31/13 11/25/13   5 68 Bob Seibel             75  190    8.00      1,520.00  17384 B H T:
                          Tax Planning Visit.
  12/31/13 11/26/13   5 68 Bob Seibel             75  190    8.00      1,520.00  17385 B H T:
                          Tax Planning Visit.

                  75 Bob Seibel                             16.00      3,040.00

  12/31/13 11/25/13   5 68 Randall Franzen        83  250    4.00      1,000.00  17671 B H T:
                          go to NY and do tax planning
  12/31/13 12/26/13   5 68 Randall Franzen        83  250    2.00        500.00  21661 B H T:
                          calls and go over final year end info with vivian
                          and debbie

                  83 Randall Franzen                         6.00      1,500.00

             BUSTAX Tax Planning                            22.20      4,560.00

  ------------------------------------------------------------------------------------------
  26 Sep 2014 09:28                  DWIP SORT ON CLIENT ID     5267 /       PAGE: 69
```



CONFIDENTIAL                                                              VOYNOW_024874

```
                        Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                       DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                              SORT ON CLIENT ID * SELECTED CLIENTS

5267  /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83   56
STAR TOYOTA/                                              VIVIAN                  718-279-1800
CDATE    WDATE      WORK(CODE)  STAFF NAME      SID RATE    HRS         AMOUNT   SEQ#   ACTION
------------------------------------------------------------------------------------------------
                  * *   CHARGEABLE FEES   BY CODES/STAFF/     * *
                     go dealership in NY and do the year end work
02/28/14 01/29/14  5 69 Randall Franzen     83    275    2.00        550.00   29335  B H T:
                     go dealership in NY and do the year end work
02/28/14 02/12/14  5 69 Randall Franzen     83    275    1.00        275.00   30918  B H T:
                     calls and email from Source corp about which
                     entity is on Lifo like Fiat
03/31/14 03/20/14  5 69 Randall Franzen     83    275    0.60        165.00   33210  B H T:
                     get dmeo info for Mike
03/31/14 03/21/14  5 69 Randall Franzen     83    275    1.50        412.50   33219  B H T:
                     go over persoanl returns and check estimated
                     persoanl payments
03/31/14 03/22/14  5 69 Randall Franzen     83    275    1.00        275.00   33222  B H T:
                     vivian kids return
03/31/14 03/24/14  5 69 Randall Franzen     83    275    2.50        687.50   33282  B H T:
                     go over the Star boys extension and numbers
03/31/14 03/26/14  5 69 Randall Franzen     83    275    0.60        165.00   33259  B H T:
                     get extesnion ready to go out
04/30/14 03/31/14  5 69 Randall Franzen     83    275    1.00        275.00   33727  B H T:
                     calls from vivina to go over owners tax numbers
                     and Sr tax info we need
04/30/14 04/02/14  5 69 Randall Franzen     83    275    1.10        302.50   33748  B H T:
                     get them all the extension together and get them
                     sent out
04/30/14 04/11/14  5 69 Randall Franzen     83    275    0.60        165.00   36667  B H T:
                     get bank account info for NY tacx payments
04/30/14 04/14/14  5 69 Randall Franzen     83    275    2.00        550.00   42521  B H T:
                     go over extension and find we need bank account
                     for Sr return and info on the kids returns calls
                     to Vivian to get
                     info and figure out what we can file and extend
08/31/14 08/12/14  5 69 Randall Franzen     83    275    1.00        275.00   53132  B H T:
                     go over wrokpapers and tax return
08/31/14 08/13/14  5 69 Randall Franzen     83    275    2.00        550.00   53137  B H T:
                     go over tax return and workpapers and get returns
                     sent out

             83   Randall Franzen                        25.00       6,787.50

        BUSTAX Year End Tax Work                         70.00      14,037.50

02/28/14 02/01/14  5 90 DAVID KUMOR        136    110    0.50         55.00   24589  B H T:
                     LOOKING OVER TRAIL

            136 DAVID KUMOR                               0.50         55.00

02/28/14 01/30/14  5 90 ERIC WOJCIECHOWSKI 143     75    3.00        225.00   23764  B H T:
                     TRIAL BALANCE DATA INPUT

            143 ERIC WOJCIECHOWSKI                        3.00        225.00

        BUSTAX Trial Balance Data Inpu                    3.50        280.00

03/31/14 02/25/14  5 92 VINCENT BUCOLO     135    110    0.20         22.00   27670  B H T:
                     answering erics questions
03/31/14 02/25/14  5 92 VINCENT BUCOLO     135    110    0.30         33.00   27672  B H T:
------------------------------------------------------------------------------------------------
26 Sep 2014 09:28                  DWIP SORT ON CLIENT ID     5267 /          PAGE: 71
```

CONFIDENTIAL         VOYNOW_024876

```
                    Voynow, Bayard, Whyte and Company, LLP                     v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                         SORT ON CLIENT ID * SELECTED CLIENTS

  5267 /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83   56
  STAR TOYOTA/                                        VIVIAN                 718-279-1800
  CDATE    WDATE    WORK(CODE)   STAFF NAME      SID  RATE   HRS    AMOUNT   SEQ#  ACTION
  ----------------------------------------------------------------------------------------
                      * * CHARGEABLE FEES BY CODES/STAFF/        * *

                    SO MIKE IS BAILING ERIC OUT AND DECIDES TO DO
                    THAT BY ERASIN AND OVERRIDING, THEN ASKING
                    QUESTIONS

               135 VINCENT BUCOLO                            0.50         55.00

         BUSTAX Staff Supervision                            0.50         55.00

  03/31/14 02/26/14  5 97 VINCENT BUCOLO     135  110        0.70         77.00   27689 B H T:
  08/31/14 08/01/14  5 97 VINCENT BUCOLO     135  125        0.80        100.00   51184 B H T:

               135 VINCENT BUCOLO                            1.50        177.00

         BUSTAX Math/Proof Report/Retur                      1.50        177.00

  12/31/13 11/25/13  5 98 VINCENT BUCOLO     135  100        2.00        200.00   16522 B H T:
  12/31/13 11/26/13  5 98 VINCENT BUCOLO     135  100        3.00        300.00   16523 B H T:

               135 VINCENT BUCOLO                            5.00        500.00

         BUSTAX Travel Time                                  5.00        500.00

  12/31/13 11/27/13  5 99 DAVID KUMOR        136  100        0.90         90.00   16536 B H T:
                    TAX PLANNING UNPACKING AND STUFF
  06/30/14 06/04/14  5 99 DAVID KUMOR        136  110        0.30         33.00   43098 B H T:
                    PREPARING 2ND ESTIMATES
  08/31/14 08/21/14  5 99 DAVID KUMOR        136  125        0.30         37.50   53166 B H T:
                    SETTING UP FOR E FILE
  09/30/14 09/04/14  5 99 DAVID KUMOR        136  125        0.20         25.00   54342 B H T:
                    ESTIMATES

               136 DAVID KUMOR                               1.70        185.50

         BUSTAX Report Typing                                1.70        185.50

  07/31/14 07/22/14  6  1 TIMOFEY S. KRAVETS 142  100        0.30         30.00   51101 B H T:
                    got ready for interim trip

               142 TIMOFEY S. KRAVETS                        0.30         30.00

         INTSER Interim Visit Planning                       0.30         30.00

  07/31/14 07/23/14  6 13 Bob Seibel          75  200        8.00      1,600.00   51853 B H T:
                    Interim Visit.
  07/31/14 07/24/14  6 13 Bob Seibel          75  200        7.00      1,400.00   51852 B H T:
                    Interim visit.

                75  Bob Seibel                              15.00      3,000.00

  07/31/14 07/24/14  6 13 Randall Franzen     83  275        8.00      2,200.00   51644 B H T:
                    go to NY and do interim visit

                83  Randall Franzen                          8.00      2,200.00

         INTSER Rev. Ledger & Schedules                     23.00      5,200.00
  ----------------------------------------------------------------------------------------
  26 Sep 2014 09:28               DWIP SORT ON CLIENT ID   5267 /            PAGE: 72
```

CONFIDENTIAL                                                              VOYNOW_024877