# EXHIBIT 49

```
                         Voynow, Bayard, Whyte and Company, LLP                v.6.00
                         DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                            SORT ON CLIENT ID * SELECTED CLIENTS

 5261 /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83   56
 STAR CHRYSLER PLYMOUTH JEEP/                                    DEBBIE
 CDATE     WDATE     WORK(CODE)   STAFF NAME      SID RATE    HRS        AMOUNT   SEQ#   ACTION
 -----------------------------------------------------------------------------------------------
                     * *   CHARGEABLE FEES   BY CODES/STAFF/        * *

 06/30/12 05/31/12   2 93 Hugh Whyte            56   275    1.00         275.00 942737 B H T:
                          t/r review
              56  Hugh Whyte                                1.00         275.00
         REVIEW Partner Review                              1.00         275.00

 01/31/12 01/11/12   3 21 BRETT HASKIN         133   100    1.00         100.00 923796 B H T:
             133  BRETT HASKIN                              1.00         100.00
         COMPIL LIFO Computations                           1.00         100.00

 01/31/12 01/11/12   5 21 DOROTHEA BURCH       132    50    0.10           5.00 923767 B H T:
                          fax LIFO entry
             132  DOROTHEA BURCH                            0.10           5.00

 01/31/12 01/11/12   5 21 Kenneth Mann          48   250    0.30          75.00 936988 B H T:
                          LIFO
 01/31/12 01/11/12   5 21 Kenneth Mann          48   250    0.20          50.00 936993 B H T:
                          LIFO
 02/29/12 02/17/12   5 21 Kenneth Mann          48   250    0.20          50.00 937141 B H T:
              48  Kenneth Mann                              0.70         175.00
         BUSTAX LIFO Computations                           0.80         180.00

 06/30/12 06/06/12   5 60 Brett Bausinger      124   100    0.80          80.00 943686 B H T:
 06/30/12 06/07/12   5 60 Brett Bausinger      124   100    0.50          50.00 943697 B H T:
             124  Brett Bausinger                           1.30         130.00

 06/30/12 06/12/12   5 60 VINCENT BUCOLO       135   100    0.40          40.00 944635 B H T:
                          looking for debby if we set up nyc for efile and
                          if not how much to pa and when to pay estimate
                          for her
             135  VINCENT BUCOLO                            0.40          40.00
         BUSTAX Income Tax Project & Ex                     1.70         170.00

 05/31/12 05/16/12   5 61 DAVID KUMOR          136   100    2.90         290.00 940961 B H T:
                          TAX RETURN
 05/31/12 05/18/12   5 61 DAVID KUMOR          136   100    0.40          40.00 940974 B H T:
                          UPDATING RETURN
 05/31/12 05/25/12   5 61 DAVID KUMOR          136   100    1.10         110.00 942171 B H T:
                          UPDATING RETURN
             136  DAVID KUMOR                               4.40         440.00

 07/31/12 06/25/12   5 61 Betteann Norris       63    75    0.30          22.50 946826 B H T:
                          process tax return
              63  Betteann Norris                           0.30          22.50
 -----------------------------------------------------------------------------------------------
 12 Oct 2012 10:39                     DWIP SORT ON CLIENT ID      5261 /        PAGE: 55
```



```
                    Voynow, Bayard, Whyte and Company, LLP                v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                       SORT ON CLIENT ID * SELECTED CLIENTS

5273  /      GRP: STAR    PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR HYUNDAI LLC/STAR HYUNDAI LLC                  VIVIAN
 CDATE    WDATE    WORK(CODE)   STAFF NAME    SID RATE   HRS      AMOUNT   SEQ#  ACTION
---------------------------------------------------------------------------------------
                       * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

           BUSTAX Math/Proof Report/Retur               0.80        80.00

06/30/13 06/10/13  5 99 DAVID KUMOR        136  100    0.90        90.00  994171 B H T:
                       ESTIMATES
                       CANNOT GET LETTER TO PRITN OUT CORRECTLY
                       SCANNING JOBS TO BOBBY
07/31/13 07/26/13  5 99 DAVID KUMOR        136  100    0.10        10.00    1073 B H T:
                       SETTING UP FOR E FILE
                       CHANGING ADDRESS
09/30/13 09/04/13  5 99 DAVID KUMOR        136  100    0.20        20.00    6200 B H T:
                       ESTIMATED PAYMENTS

           136 DAVID KUMOR                              1.20       120.00

           BUSTAX Report Typing                         1.20       120.00

06/30/13 05/29/13  6 13 Randall Franzen     83  250    3.00       750.00  995691 B H T:
                       go to NY and do interim visit

            83  Randall Franzen                         3.00       750.00

           INTSER Rev. Ledger & Schedules               3.00       750.00

08/31/13 07/30/13  6 99 VINCENT BUCOLO     135  100    0.60        60.00    1781 B H T:
                       letter

           135 VINCENT BUCOLO                           0.60        60.00

           INTSER Report Typing                         0.60        60.00


         * * TOTAL FEES                                44.00     6,164.00


                        * *    DEBITS & CREDITS     * *

10/31/12 10/31/12 99  3                                          -500.00  953770 B H T:
11/30/12 11/30/12 99  3                                          -500.00  957208 B H T:
12/31/12 12/31/12 99  3                                          -500.00  962633 B H T:
01/31/13 01/31/13 99  3                                          -500.00  971705 B H T:
02/28/13 02/28/13 99  3                                          -500.00  971836 B H T:
03/31/13 03/31/13 99  3                                        -6,200.00  978586 B H T:
03/31/13 03/31/13 99  3                                          -500.00  975211 B H T:
04/30/13 04/30/13 99  3                                          -500.00  975348 B H T:
05/31/13 05/31/13 99  3                                          -500.00  975480 B H T:
06/30/13 06/30/13 99  3                                          -500.00  987672 B H T:
07/31/13 07/31/13 99  3                                          -500.00  987805 B H T:
08/31/13 08/31/13 99  3                                          -500.00  992334 B H T:
09/30/13 09/30/13 99  3                                          -500.00  996273 B H T:
10/31/13 10/31/13 99  3                                          -500.00  996410 B H T:


         * * TOTAL PROGRESS BILLS AND OTHER CREDITS            -12,700.00

---------------------------------------------------------------------------------------
14 Oct 2013 19:48                  DWIP SORT ON CLIENT ID    5273  /        PAGE: 105
```

CONFIDENTIAL

VOYNOW_024779

```
                        Voynow, Bayard, Whyte and Company, LLP              v.7.00
                        DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                              SORT ON CLIENT ID * SELECTED CLIENTS

5267  /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                              VIVIAN              718-279-1800
CDATE    WDATE    WORK(CODE) STAFF NAME      SID RATE    HRS      AMOUNT   SEQ#  ACTION
-----------------------------------------------------------------------------------------
                * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

08/31/14 07/31/14  6 60 VINCENT BUCOLO       135  125    0.40      50.00  51175 B H T:
                        going over letter with rsk

              135  VINCENT BUCOLO                         0.40      50.00

           INTSER Income Tax Project & Ex                 0.40      50.00

08/31/14 07/28/14  6 99 VINCENT BUCOLO       135  125    2.70     337.50  51138 B H T:
                        INTERIM
08/31/14 07/28/14  6 99 VINCENT BUCOLO       135  125    2.90     362.50  51141 B H T:
08/31/14 07/29/14  6 99 VINCENT BUCOLO       135  125    0.40      50.00  51146 B H T:
                        FINISHING TOUCHES TO LETTER
08/31/14 07/31/14  6 99 VINCENT BUCOLO       135  125    0.30      37.50  51172 B H T:
08/31/14 07/31/14  6 99 VINCENT BUCOLO       135  125    0.20      25.00  51176 B H T:
                        update letter for rsk comments

              135  VINCENT BUCOLO                         6.50     812.50

           INTSER Report Typing                           6.50     812.50

03/31/14 03/18/14  7 60 DAVID KUMOR          136  110    0.80      88.00  30517 B H T:
                        LOOKING OVER PERSONAL EXTENSIONS FOR KOUFAKI

              136  DAVID KUMOR                            0.80      88.00

           PERSTX Income Tax Project & Ex                 0.80      88.00

11/30/13 11/08/13  8 32 Randall Franzen       83  250    0.20      50.00  17607 B H T:
                        calls to Arangio for Mike to do deal when needed
04/30/14 04/01/14  8 32 Randall Franzen       83  275    1.30     357.50  33736 B H T:
                        calls from Mike
05/31/14 05/13/14  8 32 Randall Franzen       83  275    0.50     137.50  42666 B H T:
                        call form Vivian then need people

               83  Randall Franzen                        2.00     545.00

           Other Special Projects(detail)                 2.00     545.00

         * * TOTAL FEES                                 157.30  29,012.50

                * * CHARGEABLE EXPENSES  * *

02/28/14 01/27/14 10  1 Bob Seibel            75                  111.34  25580 B H T:

               75  Bob Seibel                                     111.34

           MILEAGE 6160                                           111.34

02/28/14 01/27/14 10  2 Bob Seibel            75                   51.60  25581 B H T:
02/28/14 01/28/14 10  2 Bob Seibel            75                    2.25  25582 B H T:

               75  Bob Seibel                                      53.85

-----------------------------------------------------------------------------------------
26 Sep 2014 09:28                    DWIP SORT ON CLIENT ID    5267 /        PAGE: 73
```

CONFIDENTIAL                                                       VOYNOW_024878

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                       SORT ON CLIENT ID * SELECTED CLIENTS

 5273 /       GRP: STAR    PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR HYUNDAI LLC/STAR HYUNDAI LLC                          VIVIAN
  CDATE    WDATE     WORK(CODE) STAFF NAME      SID RATE   HRS      AMOUNT   SEQ#   ACTION
 ------------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/       * *
                        folder
 02/28/14 02/03/14   5 90 MIKE CORRIGAN       138   80   1.00      80.00   24783  B H T:
                        Entered Trial Balance, made the neccessary
                        adjustments

                    138 MIKE CORRIGAN                    3.00     230.00

                BUSTAX Trial Balance Data Inpu           3.70     307.00

 03/31/14 03/18/14   5 91 Brett Bausinger    124  140   0.30      42.00   31133  B H T:
                        Showing mike how to account for NY depreciation
                        differences in GoSystems

                    124 Brett Bausinger                  0.30      42.00

 03/31/14 03/17/14   5 91 DAVID KUMOR        136  110   1.10     121.00   30514  B H T:
                        GOING OVER RETURN WITH MIKE

                    136 DAVID KUMOR                      1.10     121.00

                BUSTAX Staff Training                    1.40     163.00

 07/31/14 07/02/14   5 97 TIMOFEY S. KRAVETS 142  100   0.90      90.00   46169  B H T:
                        Mathed tax return

                    142 TIMOFEY S. KRAVETS               0.90      90.00

                BUSTAX Math/Proof Report/Retur           0.90      90.00

 02/28/14 02/06/14   5 99 DAVID KUMOR        136  110   0.20      22.00   24743  B H T:
                        IT-204-LL
 02/28/14 02/21/14   5 99 DAVID KUMOR        136  110   0.30      33.00   27232  B H T:
                        IT-204-LL
 08/31/14 08/11/14   5 99 DAVID KUMOR        136  125   0.40      50.00   52370  B H T:
                        SETTING UP FOR E FILE

                    136 DAVID KUMOR                      0.90     105.00

                BUSTAX Report Typing                     0.90     105.00

 12/31/13 11/27/13   6 39 MARIALUISA VENEZIALE 140 100  0.30      30.00   16603  B H T:
                        Tangible Property Project

                    140 MARIALUISA VENEZIALE-CIOCCA      0.30      30.00

                INTSER Other Services USE MEMO           0.30      30.00

 08/31/14 07/28/14   6 99 VINCENT BUCOLO     135  125   2.40     300.00   51140  B H T:

                    135 VINCENT BUCOLO                   2.40     300.00

 08/31/14 07/28/14   6 99 DAVID KUMOR        136  125   1.30     162.50   51200  B H T:
                        TYPING LETTER
 08/31/14 07/29/14   6 99 DAVID KUMOR        136  125   1.40     175.00   51201  B H T:
                        UPDATING LETTER

 ------------------------------------------------------------------------------------------
 26 Sep 2014 09:28            DWIP SORT ON CLIENT ID     5273 /            PAGE: 98
```

CONFIDENTIAL

VOYNOW_024768

```
                    Voynow, Bayard, Whyte and Company, LLP                v.7.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                      SORT ON CLIENT ID * SELECTED CLIENTS

 5267 /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR TOYOTA/                                 VIVIAN                   718-279-1800
 CDATE    WDATE    WORK(CODE)  STAFF NAME   SID  RATE   HRS    AMOUNT  SEQ#  ACTION
 ---------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *
                  go dealership in NY and do the year end work
 02/28/14 01/29/14  5 69 Randall Franzen      83   275   2.00    550.00 29335 B H T:
                  go dealership in NY and do the year end work
 02/28/14 02/12/14  5 69 Randall Franzen      83   275   1.00    275.00 30918 B H T:
                  calls and email from Source corp about which
                  entity is on Lifo like Fiat
 03/31/14 03/20/14  5 69 Randall Franzen      83   275   0.60    165.00 33210 B H T:
                  get dmeo info for Mike
 03/31/14 03/21/14  5 69 Randall Franzen      83   275   1.50    412.50 33219 B H T:
                  go over persoanl returns and check estimated
                  persoanl payments
 03/31/14 03/22/14  5 69 Randall Franzen      83   275   1.00    275.00 33222 B H T:
                  vivian kids return
 03/31/14 03/24/14  5 69 Randall Franzen      83   275   2.50    687.50 33282 B H T:
                  go over the Star boys extension and numbers
 03/31/14 03/26/14  5 69 Randall Franzen      83   275   0.60    165.00 33259 B H T:
                  get extesnion ready to go out
 04/30/14 03/31/14  5 69 Randall Franzen      83   275   1.00    275.00 33727 B H T:
                  calls from vivina to go over owners tax numbers
                  and Sr tax info we need
 04/30/14 04/02/14  5 69 Randall Franzen      83   275   1.10    302.50 33748 B H T:
                  get them all the extension together and get them
                  sent out
 04/30/14 04/11/14  5 69 Randall Franzen      83   275   0.60    165.00 36667 B H T:
                  get bank account info for NY tacx payments
 04/30/14 04/14/14  5 69 Randall Franzen      83   275   2.00    550.00 42521 B H T:
                  go over extension and find we need bank account
                  for Sr return and info on the kids returns calls
                  to Vivian to get
                  info and figure out what we can file and extend
 08/31/14 08/12/14  5 69 Randall Franzen      83   275   1.00    275.00 53132 B H T:
                  go over wrokpapers and tax return
 08/31/14 08/13/14  5 69 Randall Franzen      83   275   2.00    550.00 53137 B H T:
                  go over tax return and workpapers and get returns
                  sent out

             83  Randall Franzen                 25.00   6,787.50

         BUSTAX Year End Tax Work              70.00  14,037.50

 02/28/14 02/01/14  5 90 DAVID KUMOR          136   110   0.50    55.00 24589 B H T:
                  LOOKING OVER TRAIL

             136 DAVID KUMOR                         0.50    55.00

 02/28/14 01/30/14  5 90 ERIC WOJCIECHOWSKI   143    75   3.00   225.00 23764 B H T:
                  TRIAL BALANCE DATA INPUT

             143 ERIC WOJCIECHOWSKI                  3.00   225.00

         BUSTAX Trial Balance Data Inpu          3.50    280.00

 03/31/14 02/25/14  5 92 VINCENT BUCOLO       135   110   0.20    22.00 27670 B H T:
                  answering erics questions
 03/31/14 02/25/14  5 92 VINCENT BUCOLO       135   110   0.30    33.00 27672 B H T:
 ---------------------------------------------------------------------------------
 26 Sep 2014 09:28            DWIP SORT ON CLIENT ID    5267 /       PAGE: 71
```

CONFIDENTIAL                                                    VOYNOW_024876

```
                    Voynow, Bayard, Whyte and Company, LLP                v.7.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                        VIVIAN                718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID  RATE    HRS     AMOUNT   SEQ#  ACTION
-------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

                    SO MIKE IS BAILING ERIC OUT AND DECIDES TO DO
                    THAT BY ERASIN AND OVERRIDING, THEN ASKING
                    QUESTIONS

                135 VINCENT BUCOLO                          0.50      55.00

            BUSTAX Staff Supervision                        0.50      55.00

03/31/14 02/26/14   5  97 VINCENT BUCOLO    135  110        0.70      77.00  27689 B H T:
08/31/14 08/01/14   5  97 VINCENT BUCOLO    135  125        0.80     100.00  51184 B H T:

                135 VINCENT BUCOLO                          1.50     177.00

            BUSTAX Math/Proof Report/Retur                  1.50     177.00

12/31/13 11/25/13   5  98 VINCENT BUCOLO    135  100        2.00     200.00  16522 B H T:
12/31/13 11/26/13   5  98 VINCENT BUCOLO    135  100        3.00     300.00  16523 B H T:

                135 VINCENT BUCOLO                          5.00     500.00

            BUSTAX Travel Time                              5.00     500.00

12/31/13 11/27/13   5  99 DAVID KUMOR       136  100        0.90      90.00  16536 B H T:
                    TAX PLANNING UNPACKING AND STUFF
06/30/14 06/04/14   5  99 DAVID KUMOR       136  110        0.30      33.00  43098 B H T:
                    PREPARING 2ND ESTIMATES
08/31/14 08/21/14   5  99 DAVID KUMOR       136  125        0.30      37.50  53166 B H T:
                    SETTING UP FOR E FILE
09/30/14 09/04/14   5  99 DAVID KUMOR       136  125        0.20      25.00  54342 B H T:
                    ESTIMATES

                136 DAVID KUMOR                             1.70     185.50

            BUSTAX Report Typing                            1.70     185.50

07/31/14 07/22/14   6   1 TIMOFEY S. KRAVETS 142 100        0.30      30.00  51101 B H T:
                    got ready for interim trip

                142 TIMOFEY S. KRAVETS                      0.30      30.00

            INTSER Interim Visit Planning                   0.30      30.00

07/31/14 07/23/14   6  13 Bob Seibel         75  200        8.00   1,600.00  51853 B H T:
                    Interim Visit.
07/31/14 07/24/14   6  13 Bob Seibel         75  200        7.00   1,400.00  51852 B H T:
                    Interim visit.

                 75 Bob Seibel                             15.00   3,000.00

07/31/14 07/24/14   6  13 Randall Franzen    83  275        8.00   2,200.00  51644 B H T:
                    go to NY and do interim visit

                 83 Randall Franzen                         8.00   2,200.00

            INTSER Rev. Ledger & Schedules                 23.00   5,200.00
-------------------------------------------------------------------------------
26 Sep 2014 09:28                        DWIP SORT ON CLIENT ID   5267 /       PAGE: 72
```

CONFIDENTIAL

VOYNOW_024877

```
                    Voynow, Bayard, Whyte and Company, LLP                v.7.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                       SORT ON CLIENT ID * SELECTED CLIENTS

 5261 /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR CHRYSLER PLYMOUTH JEEP/                              DEBBIE
 CDATE    WDATE    WORK(CODE)   STAFF NAME       SID  RATE   HRS    AMOUNT   SEQ#  ACTION
 ---------------------------------------------------------------------------------------
                    * * CHARGEABLE FEES  BY CODES/STAFF/      * *

 08/31/14 07/28/14  6 84 TIMOFEY S. KRAVETS      142  100   5.40     540.00  51266 B H T:
 08/31/14 07/29/14  6 84 TIMOFEY S. KRAVETS      142  100   1.30     130.00  51270 B H T:
 08/31/14 07/30/14  6 84 TIMOFEY S. KRAVETS      142  100   0.50      50.00  51284 B H T:
 08/31/14 07/31/14  6 84 TIMOFEY S. KRAVETS      142  100   0.60      60.00  51290 B H T:

              142 TIMOFEY S. KRAVETS                        7.80     780.00

         INTSER Letters to Client, Prep                     7.80     780.00

 09/30/14 09/04/14  8 32 VINCENT BUCOLO          135  125   1.00     125.00  54301 B H T:
                        censuses

              135 VINCENT BUCOLO                            1.00     125.00

         Other Special Projects(detail)                     1.00     125.00


         * * TOTAL FEES                                    84.50  13,485.50


                     * *   DEBITS & CREDITS    * *

 10/31/13 10/31/13 99  3                                           -1,000.00 996402 B H T:
 11/30/13 11/30/13 99  3                                           -1,000.00   4789 B H T:
 12/31/13 12/31/13 99  3                                           -1,000.00   4926 B H T:
 01/31/14 01/31/14 99  3                                           -1,000.00  14750 B H T:
 02/28/14 02/28/14 99  3                                           -1,000.00  14888 B H T:
 02/28/14 02/28/14 99  3                                           -5,750.00  25510 B H T:
 03/31/14 03/31/14 99  3                                           -1,000.00  16261 B H T:
 04/30/14 04/30/14 99  3                                           -1,000.00  19315 B H T:
 05/31/14 05/31/14 99  3                                           -1,000.00  19457 B H T:
 06/30/14 06/30/14 99  3                                           -1,000.00  24202 B H T:
 07/31/14 07/31/14 99  3                                           -1,000.00  38354 B H T:
 08/31/14 08/31/14 99  3                                           -1,000.00  38498 B H T:
 09/30/14 09/30/14 99  3                                           -1,000.00  41273 B H T:

         * * TOTAL PROGRESS BILLS AND OTHER CREDITS        -18,750.00


         FEES        EXPENSES    SUB-TOTAL    DB/CR    SUB-TOTAL     OFFSETS     NET WIP
         ----------  ---------   ----------   -------  ----------    ----------  ----------
         13,485.50       0.00    13,485.50      0.00    13,485.50   -18,750.00   -5,264.50
                                                                                 ==========


 26 Sep 2014 09:28                DWIP SORT ON CLIENT ID    5261 /          PAGE: 56
```

CONFIDENTIAL                              VOYNOW_024463

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                         SORT ON CLIENT ID * SELECTED CLIENTS

  5267  /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
  STAR TOYOTA/                                    VIVIAN                   718-279-1800
  CDATE    WDATE     WORK(CODE)   STAFF NAME    SID RATE    HRS      AMOUNT   SEQ#  ACTION
  -----------------------------------------------------------------------------------------
                     * *  CHARGEABLE FEES  BY CODES/STAFF/    * *
                     go dealership in NY and do the year end work
  02/28/14 01/29/14  5 69 Randall Franzen        83   275    2.00     550.00  29335 B H T:
                     go dealership in NY and do the year end work
  02/28/14 02/12/14  5 69 Randall Franzen        83   275    1.00     275.00  30918 B H T:
                     calls and email from Source corp about which
                     entity is on Lifo like Fiat
  03/31/14 03/20/14  5 69 Randall Franzen        83   275    0.60     165.00  33210 B H T:
                     get dmeo info for Mike
  03/31/14 03/21/14  5 69 Randall Franzen        83   275    1.50     412.50  33219 B H T:
                     go over persoanl returns and check estimated
                     persoanl payments
  03/31/14 03/22/14  5 69 Randall Franzen        83   275    1.00     275.00  33222 B H T:
                     vivian kids return
  03/31/14 03/24/14  5 69 Randall Franzen        83   275    2.50     687.50  33282 B H T:
                     go over the Star boys extension and numbers
  03/31/14 03/26/14  5 69 Randall Franzen        83   275    0.60     165.00  33259 B H T:
                     get extesnion ready to go out
  04/30/14 03/31/14  5 69 Randall Franzen        83   275    1.00     275.00  33727 B H T:
                     calls from vivina to go over owners tax numbers
                     and Sr tax info we need
  04/30/14 04/02/14  5 69 Randall Franzen        83   275    1.10     302.50  33748 B H T:
                     get them all the extension together and get them
                     sent out
  04/30/14 04/11/14  5 69 Randall Franzen        83   275    0.60     165.00  36667 B H T:
                     get bank account info for NY tacx payments
  04/30/14 04/14/14  5 69 Randall Franzen        83   275    2.00     550.00  42521 B H T:
                     go over extension and find we need bank account
                     for Sr return and info on the kids returns calls
                     to Vivian to get
                     info and figure out what we can file and extend
  08/31/14 08/12/14  5 69 Randall Franzen        83   275    1.00     275.00  53132 B H T:
                     go over wrokpapers and tax return
  08/31/14 08/13/14  5 69 Randall Franzen        83   275    2.00     550.00  53137 B H T:
                     go over tax return and workpapers and get returns
                     sent out

            83  Randall Franzen                       25.00    6,787.50

         BUSTAX Year End Tax Work                     70.00   14,037.50

  02/28/14 02/01/14  5 90 DAVID KUMOR            136  110    0.50      55.00  24589 B H T:
                     LOOKING OVER TRAIL

           136 DAVID KUMOR                              0.50      55.00

  02/28/14 01/30/14  5 90 ERIC WOJCIECHOWSKI     143   75    3.00     225.00  23764 B H T:
                     TRIAL BALANCE DATA INPUT

           143 ERIC WOJCIECHOWSKI                       3.00     225.00

         BUSTAX Trial Balance Data Inpu             3.50     280.00

  03/31/14 02/25/14  5 92 VINCENT BUCOLO         135  110    0.20      22.00  27670 B H T:
                     answering erics questions
  03/31/14 02/25/14  5 92 VINCENT BUCOLO         135  110    0.30      33.00  27672 B H T:

  -----------------------------------------------------------------------------------------
  26 Sep 2014 09:28                      DWIP SORT ON CLIENT ID    5267  /        PAGE: 71
```

CONFIDENTIAL                                                      VOYNOW_024876