# EXHIBIT 50

```
              Voynow, Bayard, Whyte and Company, LLP              v.7.00
          DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                 SORT ON CLIENT ID * SELECTED CLIENTS

5261 /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                         DEBBIE
--------------------------------------------------------------------------------
                    * *  FEE & EXPENSE SUMMARIES  * *

 * CHARGEABLE FEES SUMMARY BY WORK CODE    HOURS         AMOUNT         TOTAL
   REVIEW ENGAGEMENT                        0.50         137.50         137.50
   BUSINESS TAX ENGAGEMENTS                88.90      15,652.00      15,789.50
   INTERIM SERVICES                        20.00       3,600.00      19,389.50
   SPECIAL PROJECTS-MUST USE MEMO           7.70       1,172.50      20,562.00
   SYSTEM GENERATED FEES                    0.00     -19,850.00         712.00
                                          -------    -----------
        ** TOTAL                          117.10         712.00


 * CHARGEABLE FEES SUMMARY BY STAFF        HOURS         AMOUNT         TOTAL
                                           0.00      -19,850.00     -19,850.00
 118 ROBERT KIRKHOPE                      62.20       11,496.00      -8,354.00
 136 DAVID KUMOR                           6.40          825.50      -7,528.50
 142 TIMOFEY S. KRAVETS                    5.00          600.00      -6,928.50
 144 PHILLIP L. SALEMNO JR                17.70        2,478.00      -4,450.50
 146 BENJAMIN SIDOR                        0.30           27.00      -4,423.50
 147 DEANNA DOLE                           1.20           90.00      -4,333.50
 220 Temp User1                            3.20          160.00      -4,173.50
  48 Kenneth Mann                          1.00          275.00      -3,898.50
  56 Hugh Whyte                            0.50          137.50      -3,761.00
  63 Betteann Norris                       0.30           30.00      -3,731.00
  75 Bob Seibel                           13.30        2,793.00        -938.00
  83 Randall Franzen                       6.00        1,650.00         712.00
                                          -------    -----------
        ** TOTAL                          117.10         712.00


 * CHARGEABLE FEES SUMMARY BY CTRL DATE   HOURS         AMOUNT         TOTAL
        10/31/14                           0.00       -1,000.00      -1,000.00
        11/30/14                          29.20        4,636.00       3,636.00
        12/31/14                           0.00       -1,000.00       2,636.00
        01/31/15                          24.60        3,630.00       6,266.00
        02/28/15                           5.10       -8,452.50      -2,186.50
        03/31/15                           8.30          215.50      -1,971.00
        04/30/15                           0.00       -1,000.00      -2,971.00
        05/31/15                           0.00       -1,000.00      -3,971.00
        06/30/15                          20.30        2,627.00      -1,344.00
        07/31/15                           0.00       -1,000.00      -2,344.00
        08/31/15                          23.40        2,871.00         527.00
        09/30/15                           6.20          185.00         712.00
                                          -------    -----------
        ** TOTAL                          117.10         712.00
```

EXHIBIT 49

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                      SORT ON CLIENT ID * SELECTED CLIENTS

5261  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83   56
STAR CHRYSLER PLYMOUTH JEEP/                               DEBBIE
CDATE     WDATE      WORK(CODE)    STAFF NAME       SID RATE     HRS     AMOUNT   SEQ#   ACTION
-----------------------------------------------------------------------------------------------
                     * *   CHARGEABLE FEES   BY CODES/STAFF/       * *

09/30/15 08/31/15   2 93 Hugh Whyte              56   275    0.50    137.50 100096 B H T:

            56   Hugh Whyte                                  0.50    137.50

        REVIEW Partner Review                                0.50    137.50

01/31/15 01/06/15   5 21 Kenneth Mann            48   275    0.30     82.50  77013 B H T:

            48   Kenneth Mann                                0.30     82.50

        BUSTAX LIFO Computations                             0.30     82.50

03/31/15 03/02/15   5 61 DAVID KUMOR            136   140    1.40    196.00  77965 B H T:
                         EXTENSION
                         GOING OVER RETURN
03/31/15 03/11/15   5 61 DAVID KUMOR            136   140    0.30     42.00  79225 B H T:
                         E FILE EXT

           136   DAVID KUMOR                                 1.70    238.00

03/31/15 03/02/15   5 61 PHILLIP L. SALEMNO J   144   140    2.80    392.00  78701 B H T:
08/31/15 08/26/15   5 61 PHILLIP L. SALEMNO J   144   140    0.50     70.00  99828 B H T:
08/31/15 08/27/15   5 61 PHILLIP L. SALEMNO J   144   140    4.10    574.00  99832 B H T:
08/31/15 08/28/15   5 61 PHILLIP L. SALEMNO J   144   140    3.30    462.00  99835 B H T:

           144   PHILLIP L. SALEMNO JR                      10.70  1,498.00

06/30/15 06/23/15   5 61 BENJAMIN SIDOR         146    90    0.20     18.00  92728 B H T:  ) TPR
                         3115
06/30/15 06/25/15   5 61 BENJAMIN SIDOR         146    90    0.10      9.00  92733 B H T:  )
                         3115 corrections

           146   BENJAMIN SIDOR                              0.30     27.00

09/30/15 09/11/15   5 61 Betteann Norris         63   100    0.30     30.00 100548 B H T:
                         process tax return

            63   Betteann Norris                             0.30     30.00

        BUSTAX Federal Tax Return Prep                      13.00  1,793.00

11/30/14 11/24/14   5 68 ROBERT KIRKHOPE        118   180    9.00  1,620.00  68667 B H T:  ) PLAN
11/30/14 11/25/14   5 68 ROBERT KIRKHOPE        118   180    9.00  1,620.00  68668 B H T:  )
11/30/14 11/26/14   5 68 ROBERT KIRKHOPE        118   180    7.20  1,296.00  68669 B H T:  )

           118   ROBERT KIRKHOPE                            25.20  4,536.00

        BUSTAX Tax Planning                                 25.20  4,536.00

01/31/15 01/19/15   5 69 ROBERT KIRKHOPE        118   180   11.00  1,980.00  72632 B H T:  ) Y/E
                         year end
01/31/15 01/20/15   5 69 ROBERT KIRKHOPE        118   180   11.00  1,980.00  72633 B H T:  )
                         year end

           118   ROBERT KIRKHOPE                            22.00  3,960.00
-----------------------------------------------------------------------------------------------
06 Oct 2015 15:59                 DWIP SORT ON CLIENT ID    5261  /        PAGE: 63
```

CONFIDENTIAL                                          VOYNOW_024437

```
                    Voynow, Bayard, Whyte and Company, LLP                      v.7.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                    SORT ON CLIENT ID * SELECTED CLIENTS

5273  /     GRP: STAR    PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR HYUNDAI LLC/STAR HYUNDAI LLC                      VIVIAN
--------------------------------------------------------------------------------
                   * *  FEE & EXPENSE SUMMARIES  * *

    * CHARGEABLE FEES SUMMARY BY WORK CODE     HOURS       AMOUNT         TOTAL
    REVIEW ENGAGEMENT                           1.00       275.00        275.00
    BUSINESS TAX ENGAGEMENTS                   93.70    10,990.00     11,265.00
    INTERIM SERVICES                            5.00       600.00     11,865.00
    SPECIAL PROJECTS-MUST USE MEMO              0.70       192.50     12,057.50
    SYSTEM GENERATED FEES                       0.00   -12,800.00       -742.50
                                             --------   ------------
          ** TOTAL                            100.40      -742.50


    * CHARGEABLE FEES SUMMARY BY STAFF         HOURS       AMOUNT         TOTAL
                                                0.00   -12,800.00    -12,800.00
    124 Brett Bausinger                         0.20        28.00    -12,772.00
    136 DAVID KUMOR                             4.70       617.50    -12,154.50
    140 MARIALUISA VENEZIALE-CIOCCA             3.10       465.00    -11,689.50
    142 TIMOFEY S. KRAVETS                     59.00     6,000.00     -5,689.50
    144 PHILLIP L. SALEMNO JR                   0.70        90.00     -5,599.50
    146 BENJAMIN SIDOR                         12.60     1,079.00     -4,520.50
    147 DEANNA DOLE                             2.30       172.50     -4,348.00
    220 Temp User1                              2.80       140.00     -4,208.00
    48  Kenneth Mann                            0.70       192.50     -4,015.50
    56  Hugh Whyte                              1.00       275.00     -3,740.50
    63  Betteann Norris                         0.50        50.00     -3,690.50
    75  Bob Seibel                              8.80     1,848.00     -1,842.50
    83  Randall Franzen                         4.00     1,100.00       -742.50
                                             --------   ------------
          ** TOTAL                            100.40      -742.50


    * CHARGEABLE FEES SUMMARY BY CTRL DATE     HOURS       AMOUNT         TOTAL
          10/31/14                              0.00      -500.00       -500.00
          11/30/14                             27.00     2,550.00      2,050.00
          12/31/14                              0.00      -500.00      1,550.00
          01/31/15                             31.30     2,987.50      4,537.50
          02/28/15                              8.30    -6,402.00     -1,864.50
          03/31/15                              8.60       386.00     -1,478.50
          04/30/15                              0.00      -500.00     -1,978.50
          05/31/15                              0.00      -500.00     -2,478.50
          06/30/15                              5.00       100.00     -2,378.50
          07/31/15                              6.40       316.00     -2,062.50
          08/31/15                             12.80     1,610.00       -452.50
          09/30/15                              1.00      -290.00       -742.50
                                             --------   ------------
          ** TOTAL                            100.40      -742.50


------------------------------------------------------------------------------
06 Oct 2015 15:59              DWIP SORT ON CLIENT ID    5273 /      PAGE: 103
```

CONFIDENTIAL                                                        VOYNOW_024751

```
                  Voynow, Bayard, Whyte and Company, LLP            v.7.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                    SORT ON CLIENT ID * SELECTED CLIENTS

5273  /     GRP: STAR    PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR HYUNDAI LLC/STAR HYUNDAI LLC                    VIVIAN
CDATE    WDATE     WORK(CODE)   STAFF NAME      SID RATE   HRS      AMOUNT   SEQ#  ACTION
-------------------------------------------------------------------------------
                 * *  CHARGEABLE FEES  BY CODES/STAFF/        * *

08/31/15 08/13/15  2 93 Hugh Whyte         56   275    1.00     275.00  96903 B H T:

           56  Hugh Whyte                              1.00     275.00

      REVIEW Partner Review                            1.00     275.00

03/31/15 03/02/15  5 61 DAVID KUMOR        136  140    1.00     140.00  77962 B H T:
                        GOING OVER RETURN FOR EXTENSION
03/31/15 03/03/15  5 61 DAVID KUMOR        136  140    0.30      42.00  77966 B H T:
                        GOING OVER RETURN
                        EXTENSION
03/31/15 03/03/15  5 61 DAVID KUMOR        136  140    0.40      56.00  77969 B H T:
                        EXTENSION
03/31/15 03/11/15  5 61 DAVID KUMOR        136  140    0.30      42.00  79228 B H T:
                        E FILE EXT

          136  DAVID KUMOR                             2.00     280.00

08/31/15 08/25/15  5 61 PHILLIP L. SALEMNO J 144 140   0.30      42.00  99821 B H T:

          144  PHILLIP L. SALEMNO JR                   0.30      42.00

03/31/15 03/02/15  5 61 BENJAMIN SIDOR     146   80    4.00     320.00  78097 B H T:
03/31/15 03/03/15  5 61 BENJAMIN SIDOR     146   80    1.50     120.00  78101 B H T:
07/31/15 07/17/15  5 61 BENJAMIN SIDOR     146   90    3.40     306.00  95402 B H T:  )TPR
07/31/15 07/20/15  5 61 BENJAMIN SIDOR     146   90    1.00      90.00  95978 B H T:
08/31/15 07/27/15  5 61 BENJAMIN SIDOR     146   90    2.70     243.00  96374 B H T:

          146  BENJAMIN SIDOR                         12.60    1,079.00

02/28/15 02/04/15  5 61 Betteann Norris     63  100    0.20      20.00  73773 B H T:
                        it 204
08/31/15 08/21/15  5 61 Betteann Norris     63  100    0.30      30.00  97826 B H T:
                        process tax return

           63  Betteann Norris                         0.50      50.00

      BUSTAX Federal Tax Return Prep                  15.40    1,451.00

03/31/15 02/25/15  5 62 Brett Bausinger    124  140    0.20      28.00  76413 B H T:
                        IT-204LL Uploading e-files and input bank
                        information

          124  Brett Bausinger                         0.20      28.00

02/28/15 02/02/15  5 62 DAVID KUMOR        136  125    0.30      37.50  74034 B H T:
                        IT-204-LL
02/28/15 02/03/15  5 62 DAVID KUMOR        136  125    0.30      37.50  74044 B H T:
                        GOING OVER IT-204-LL

          136  DAVID KUMOR                             0.60      75.00

02/28/15 02/02/15  5 62 PHILLIP L. SALEMNO J 144 120   0.30      36.00  74448 B H T:
02/28/15 02/03/15  5 62 PHILLIP L. SALEMNO J 144 120   0.10      12.00  74458 B H T:

          144  PHILLIP L. SALEMNO JR                   0.40      48.00
-------------------------------------------------------------------------------
06 Oct 2015 15:59                 DWIP SORT ON CLIENT ID    5273  /      PAGE: 104
```

CONFIDENTIAL                                      VOYNOW_024752

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                          SORT ON CLIENT ID * SELECTED CLIENTS

5261  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                          DEBBIE
----------------------------------------------------------------------------------
                       * *  FEE & EXPENSE SUMMARIES  * *

* CHARGEABLE FEES SUMMARY BY WORK CODE      HOURS         AMOUNT         TOTAL
  AUDIT ENGAGEMENTS                         14.00       1,050.00      1,050.00
  REVIEW ENGAGEMENT                          0.10           5.00      1,055.00
  BUSINESS TAX ENGAGEMENTS                  72.60      13,841.50     14,896.50
  PERSONAL TAX RETURN SERVICES               0.10           5.00     14,901.50
  SPECIAL PROJECTS-MUST USE MEMO            54.30       6,515.50     21,417.00
  SYSTEM GENERATED FEES                      0.00     -13,250.00      8,167.00
                                          --------    ------------
      ** TOTAL                             141.10       8,167.00


* CHARGEABLE FEES SUMMARY BY STAFF          HOURS         AMOUNT         TOTAL
                                             0.00     -13,250.00    -13,250.00
  118 ROBERT KIRKHOPE                       71.00      14,200.00        950.00
  132 DOROTHEA BURCH                         0.20          10.00        960.00
  136 DAVID KUMOR                            1.00         140.00      1,100.00
  142 TIMOFEY S. KRAVETS                     8.40       1,008.00      2,108.00
  144 PHILLIP L. SALEMNO JR                  4.50         630.00      2,738.00
  146 BENJAMIN SIDOR                         6.10         549.00      3,287.00
  147 DEANNA DOLE                           14.00       1,050.00      4,337.00
  148 CODY MCCABE                           29.40       2,205.00      6,542.00
  75  Bob Seibel                             2.50         525.00      7,067.00
  83  Randall Franzen                        4.00       1,100.00      8,167.00
                                          --------    ------------
      ** TOTAL                             141.10       8,167.00


* CHARGEABLE FEES SUMMARY BY CTRL DATE      HOURS         AMOUNT         TOTAL
         09/30/15                            0.10           5.00          5.00
         10/31/15                            1.00        -790.00       -785.00
         11/30/15                           28.50       4,855.00      4,070.00
         12/31/15                            0.50        -962.50      3,107.50
         01/31/16                          111.00      14,309.50     17,417.00
         02/29/16                            0.00      -1,000.00     16,417.00
         03/31/16                            0.00      -8,250.00      8,167.00
                                          --------    ------------
      ** TOTAL                             141.10       8,167.00
```

CONFIDENTIAL                                                        VOYNOW_024411

```
                          Voynow, Bayard, Whyte and Company, LLP                v.7.00
                       DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                            SORT ON CLIENT ID * SELECTED CLIENTS

5261 /         GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                                 DEBBIE
CDATE    WDATE    WORK(CODE)    STAFF NAME      SID RATE    HRS      AMOUNT    SEQ#   ACTION
-------------------------------------------------------------------------------------------
                      * *  CHARGEABLE FEES  BY CODES/STAFF/       * *


01/31/16 01/20/16  5 69 Randall Franzen         83  275   2.00       550.00 120951 B H T:
                       go to NY and do year end work meet with Mike

              83  Randall Franzen                         2.00       550.00

         BUSTAX Year End Tax Work                        33.50     6,875.00

01/31/16 12/30/15  5 82 BENJAMIN SIDOR         146   90   6.10       549.00 118585 B H T:
                       time sheet for robbie

             146  BENJAMIN SIDOR                          6.10       549.00

         BUSTAX Client Assist UNBUDGETE                   6.10       549.00

01/31/16 01/22/16  5 90 PHILLIP L. SALEMNO J   144  140   1.00       140.00 120650 B H T:
01/31/16 01/25/16  5 90 PHILLIP L. SALEMNO J   144  140   2.50       350.00 121352 B H T:
01/31/16 01/26/16  5 90 PHILLIP L. SALEMNO J   144  140   1.00       140.00 121359 B H T:

             144  PHILLIP L. SALEMNO JR                   4.50       630.00

         BUSTAX Trial Balance Data Inpu                   4.50       630.00

09/30/15 09/18/15  7 85 DOROTHEA BURCH         132   50   0.10         5.00 109148 B H T:
                       scan, password protect and email

             132  DOROTHEA BURCH                          0.10         5.00

         PERSTX Photocopying Documents                    0.10         5.00

01/31/16 01/05/16  8 22 DAVID KUMOR            136  140   1.00       140.00 119618 B H T:
                       TIME CARD THING

             136  DAVID KUMOR                             1.00       140.00

         Dealership Special Project                       1.00       140.00

01/31/16 01/06/16  8 32 ROBERT KIRKHOPE        118  200   7.00     1,400.00 121284 B H T:
                       labor audit star
01/31/16 12/29/15  8 32 ROBERT KIRKHOPE        118  200   9.00     1,800.00 118522 B H T:
                       audit - salesman

             118  ROBERT KIRKHOPE                        16.00     3,200.00

01/31/16 01/04/16  8 32 TIMOFEY S. KRAVETS     142  120   1.40       168.00 119413 B H T:
                       labor audit
01/31/16 12/29/15  8 32 TIMOFEY S. KRAVETS     142  120   7.00       840.00 118578 B H T:
                       labor audit

             142  TIMOFEY S. KRAVETS                      8.40     1,008.00

01/31/16 01/04/16  8 32 CODY MCCABE            148   75   6.40       480.00 119446 B H T:
                       Working on Labor audit work papers, finishing
                       2013 and 2015 and compliling missing information
01/31/16 01/05/16  8 32 CODY MCCABE            148   75   3.00       225.00 119448 B H T:
-------------------------------------------------------------------------------------------
26 Apr 2016 14:10                       DWIP SORT ON CLIENT ID   5261 /         PAGE: 4
```

CONFIDENTIAL                                                              VOYNOW_024413

```
                    Voynow, Bayard, Whyte and Company, LLP                       v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                         SORT ON CLIENT ID * SELECTED CLIENTS

5261  /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                              DEBBIE
--------------------------------------------------------------------------------
                    * *   FEE & EXPENSE SUMMARIES   * *

   * CHARGEABLE FEES SUMMARY BY WORK CODE     HOURS         AMOUNT         TOTAL
     AUDIT ENGAGEMENTS                        14.00       1,050.00      1,050.00
     REVIEW ENGAGEMENT                         0.10           5.00      1,055.00
     BUSINESS TAX ENGAGEMENTS                 72.60      13,841.50     14,896.50
     PERSONAL TAX RETURN SERVICES              0.10           5.00     14,901.50
     SPECIAL PROJECTS-MUST USE MEMO           54.30       6,515.50     21,417.00
     SYSTEM GENERATED FEES                     0.00     -13,250.00      8,167.00
                                            --------    ------------
           ** TOTAL                          141.10       8,167.00


   * CHARGEABLE FEES SUMMARY BY STAFF         HOURS         AMOUNT         TOTAL
                                               0.00     -13,250.00    -13,250.00
     118  ROBERT KIRKHOPE                     71.00      14,200.00        950.00
     132  DOROTHEA BURCH                       0.20          10.00        960.00
     136  DAVID KUMOR                          1.00         140.00      1,100.00
     142  TIMOFEY S. KRAVETS                   8.40       1,008.00      2,108.00
     144  PHILLIP L. SALEMNO JR                4.50         630.00      2,738.00
     146  BENJAMIN SIDOR                       6.10         549.00      3,287.00
     147  DEANNA DOLE                         14.00       1,050.00      4,337.00
     148  CODY MCCABE                         29.40       2,205.00      6,542.00
     75   Bob Seibel                           2.50         525.00      7,067.00
     83   Randall Franzen                      4.00       1,100.00      8,167.00
                                            --------    ------------
           ** TOTAL                          141.10       8,167.00


   * CHARGEABLE FEES SUMMARY BY CTRL DATE     HOURS         AMOUNT         TOTAL
       09/30/15                                0.10           5.00          5.00
       10/31/15                                1.00        -790.00       -785.00
       11/30/15                               28.50       4,855.00      4,070.00
       12/31/15                                0.50        -962.50      3,107.50
       01/31/16                              111.00      14,309.50     17,417.00
       02/29/16                                0.00      -1,000.00     16,417.00
       03/31/16                                0.00      -8,250.00      8,167.00
                                            --------    ------------
           ** TOTAL                          141.10       8,167.00




26 Apr 2016 14:10                     DWIP SORT ON CLIENT ID    5261  /      PAGE: 2
```

CONFIDENTIAL                                                    VOYNOW_024423

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                        SORT ON CLIENT ID * SELECTED CLIENTS

 5261 /       GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR CHRYSLER PLYMOUTH JEEP/                          DEBBIE
 CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE    HRS       AMOUNT   SEQ#   ACTION
 ---------------------------------------------------------------------------------------------
              * * CHARGEABLE FEES  BY CODES/STAFF/     * *


 01/31/16 01/20/16  5 69 Randall Franzen       83  275    2.00       550.00 120951 B H T:
                   go to NY and do year end work meet with Mike

            83 Randall Franzen                          2.00       550.00

       BUSTAX Year End Tax Work                        33.50     6,875.00

 01/31/16 12/30/15  5 82 BENJAMIN SIDOR       146   90    6.10       549.00 118585 B H T:
                    time sheet for robbie

           146 BENJAMIN SIDOR                           6.10       549.00

       BUSTAX Client Assist UNBUDGETE                   6.10       549.00

 01/31/16 01/22/16  5 90 PHILLIP L. SALEMNO J 144  140    1.00       140.00 120650 B H T:
 01/31/16 01/25/16  5 90 PHILLIP L. SALEMNO J 144  140    2.50       350.00 121352 B H T:
 01/31/16 01/26/16  5 90 PHILLIP L. SALEMNO J 144  140    1.00       140.00 121359 B H T:

           144 PHILLIP L. SALEMNO JR                    4.50       630.00

       BUSTAX Trial Balance Data Inpu                   4.50       630.00

 09/30/15 09/18/15  7 85 DOROTHEA BURCH       132   50    0.10         5.00 109148 B H T:
                    scan, password protect and email

           132 DOROTHEA BURCH                           0.10         5.00

       PERSTX Photocopying Documents                    0.10         5.00

 01/31/16 01/05/16  8 22 DAVID KUMOR          136  140    1.00       140.00 119618 B H T:
                    TIME CARD THING

           136 DAVID KUMOR                              1.00       140.00

       Dealership Special Project                       1.00       140.00

 01/31/16 01/06/16  8 32 ROBERT KIRKHOPE      118  200    7.00     1,400.00 121284 B H T:
                    labor audit star
 01/31/16 12/29/15  8 32 ROBERT KIRKHOPE      118  200    9.00     1,800.00 118522 B H T:
                    audit - salesman

           118 ROBERT KIRKHOPE                         16.00     3,200.00

 01/31/16 01/04/16  8 32 TIMOFEY S. KRAVETS   142  120    1.40       168.00 119413 B H T:
                    labor audit
 01/31/16 12/29/15  8 32 TIMOFEY S. KRAVETS   142  120    7.00       840.00 118578 B H T:
                    labor audit

           142 TIMOFEY S. KRAVETS                       8.40     1,008.00

 01/31/16 01/04/16  8 32 CODY MCCABE          148   75    6.40       480.00 119446 B H T:
                    Working on Labor audit work papers, finishing
                    2013 and 2015 and compliling missing information
 01/31/16 01/05/16  8 32 CODY MCCABE          148   75    3.00       225.00 119448 B H T:
 ---------------------------------------------------------------------------------------------
 26 Apr 2016 14:10                    DWIP SORT ON CLIENT ID    5261 /         PAGE: 4
```

CONFIDENTIAL                                         VOYNOW_024425