# EXHIBIT 52

Case 1:18-cv-05775-ERK-TAM   Document 126-91   Filed 06/05/24   Page 2 of 7 PageID #: 3077

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                          SORT ON CLIENT ID * SELECTED CLIENTS

 5261  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR CHRYSLER PLYMOUTH JEEP/                            DEBBIE
 ---------------------------------------------------------------------------------
                      * *   FEE & EXPENSE SUMMARIES   * *

    * CHARGEABLE FEES SUMMARY BY WORK CODE     HOURS        AMOUNT         TOTAL
      AUDIT ENGAGEMENTS                        14.00      1,050.00      1,050.00
      REVIEW ENGAGEMENT                         0.10          5.00      1,055.00
      BUSINESS TAX ENGAGEMENTS                 72.60     13,841.50     14,896.50
      PERSONAL TAX RETURN SERVICES              0.10          5.00     14,901.50
      SPECIAL PROJECTS-MUST USE MEMO           54.30      6,515.50     21,417.00
      SYSTEM GENERATED FEES                     0.00    -13,250.00      8,167.00
                                             --------   ------------
           ** TOTAL                           141.10      8,167.00


    * CHARGEABLE FEES SUMMARY BY STAFF         HOURS        AMOUNT         TOTAL
                                                0.00    -13,250.00    -13,250.00
      118 ROBERT KIRKHOPE                      71.00     14,200.00        950.00
      132 DOROTHEA BURCH                        0.20         10.00        960.00
      136 DAVID KUMOR                           1.00        140.00      1,100.00
      142 TIMOFEY S. KRAVETS                    8.40      1,008.00      2,108.00
      144 PHILLIP L. SALEMNO JR                 4.50        630.00      2,738.00
      146 BENJAMIN SIDOR                        6.10        549.00      3,287.00
      147 DEANNA DOLE                          14.00      1,050.00      4,337.00
      148 CODY MCCABE                          29.40      2,205.00      6,542.00
      75  Bob Seibel                            2.50        525.00      7,067.00
      83  Randall Franzen                       4.00      1,100.00      8,167.00
                                             --------   ------------
           ** TOTAL                           141.10      8,167.00


    * CHARGEABLE FEES SUMMARY BY CTRL DATE     HOURS        AMOUNT         TOTAL
              09/30/15                          0.10          5.00          5.00
              10/31/15                          1.00       -790.00       -785.00
              11/30/15                         28.50      4,855.00      4,070.00
              12/31/15                          0.50       -962.50      3,107.50
              01/31/16                        111.00     14,309.50     17,417.00
              02/29/16                          0.00     -1,000.00     16,417.00
              03/31/16                          0.00     -8,250.00      8,167.00
                                             --------   ------------
           ** TOTAL                           141.10      8,167.00




 ---------------------------------------------------------------------------------
 26 Apr 2016 14:10                    DWIP SORT ON CLIENT ID    5261  /      PAGE: 2
```

CONFIDENTIAL                                                          VOYNOW_024411

```
                   Voynow, Bayard, Whyte and Company, LLP            v.7.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                       SORT ON CLIENT ID * SELECTED CLIENTS

5261  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                          DEBBIE
CDATE    WDATE   WORK(CODE)   STAFF NAME       SID RATE   HRS    AMOUNT   SEQ#  ACTION
---------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

01/31/16 12/30/15  1  7 DEANNA DOLE         147   75    4.00     300.00 118595 B H T:
                      LABOR AUDIT TIME CARD SPREADSHEET

            147 DEANNA DOLE                          4.00     300.00

        AUDIT Other General Procedures             4.00     300.00

01/31/16 01/04/16  1 99 DEANNA DOLE         147   75    7.00     525.00 119645 B H T:
                      time card spreadsheet
01/31/16 01/05/16  1 99 DEANNA DOLE         147   75    3.00     225.00 119646 B H T:
                      time card spreadsheet

            147 DEANNA DOLE                         10.00     750.00

        AUDIT Report Typing                       10.00     750.00

01/31/16 01/04/16  2 21 DOROTHEA BURCH     132   50    0.10       5.00 120408 B H T:
                      FAX LIFO ENTRY

            132 DOROTHEA BURCH                     0.10       5.00

        REVIEW LIFO Computations                   0.10       5.00

11/30/15 11/23/15  5 68 ROBERT KIRKHOPE     118  200   10.00   2,000.00 114771 B H T:
11/30/15 11/24/15  5 68 ROBERT KIRKHOPE     118  200    8.00   1,600.00 114772 B H T:
11/30/15 11/25/15  5 68 ROBERT KIRKHOPE     118  200    8.00   1,600.00 114773 B H T:

            118 ROBERT KIRKHOPE                    26.00   5,200.00

12/31/15 12/01/15  5 68 CODY MCCABE         148   75    0.50      37.50 115581 B H T:
                      ORGANIZING AND PUTTING TOGETHER TAX PLANNING
                      PACKETS

            148 CODY MCCABE                         0.50      37.50

11/30/15 11/25/15  5 68 Randall Franzen      83  275    2.00     550.00 116945 B H T:
                      go to dealerahip to the year end planning

             83 Randall Franzen                     2.00     550.00

        BUSTAX Tax Planning                       28.50   5,787.50

01/31/16 01/18/16  5 69 ROBERT KIRKHOPE     118  200   10.00   2,000.00 121310 B H T:
01/31/16 01/19/16  5 69 ROBERT KIRKHOPE     118  200    9.00   1,800.00 121311 B H T:
01/31/16 01/20/16  5 69 ROBERT KIRKHOPE     118  200   10.00   2,000.00 121312 B H T:

            118 ROBERT KIRKHOPE                    29.00   5,800.00

10/31/15 10/07/15  5 69 Bob Seibel           75  210    1.00     210.00 109605 B H T:
11/30/15 11/05/15  5 69 Bob Seibel           75  210    0.50     105.00 112952 B H T:
                      Profit tie in for bank.
01/31/16 01/22/16  5 69 Bob Seibel           75  210    1.00     210.00 122531 B H T:
                      follow up from visit.

             75 Bob Seibel                          2.50     525.00

---------------------------------------------------------------------------------------
26 Apr 2016 14:10                    DWIP SORT ON CLIENT ID   5261  /      PAGE: 3
```

CONFIDENTIAL                                          VOYNOW_024412

```
                    Voynow, Bayard, Whyte and Company, LLP              v.7.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                    SORT ON CLIENT ID * SELECTED CLIENTS

5261  /       GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                            DEBBIE
CDATE    WDATE    WORK(CODE)   STAFF NAME      SID RATE    HRS      AMOUNT    SEQ#    ACTION
-----------------------------------------------------------------------------------------------
                  * * CHARGEABLE FEES  BY CODES/STAFF/     * *


01/31/16 01/20/16  5 69 Randall Franzen       83  275    2.00       550.00 120951 B H T:
                       go to NY and do year end work meet with Mike

             83  Randall Franzen                         2.00       550.00

       BUSTAX Year End Tax Work                         33.50     6,875.00

01/31/16 12/30/15  5 82 BENJAMIN SIDOR       146   90    6.10       549.00 118585 B H T:
                       time sheet for robbie

             146 BENJAMIN SIDOR                          6.10       549.00

       BUSTAX Client Assist UNBUDGETE                   6.10        549.00

01/31/16 01/22/16  5 90 PHILLIP L. SALEMNO J 144  140    1.00       140.00 120650 B H T:
01/31/16 01/25/16  5 90 PHILLIP L. SALEMNO J 144  140    2.50       350.00 121352 B H T:
01/31/16 01/26/16  5 90 PHILLIP L. SALEMNO J 144  140    1.00       140.00 121359 B H T:

             144 PHILLIP L. SALEMNO JR                   4.50       630.00

       BUSTAX Trial Balance Data Inpu                   4.50        630.00

09/30/15 09/18/15  7 85 DOROTHEA BURCH       132   50    0.10         5.00 109148 B H T:
                       scan, password protect and email

             132 DOROTHEA BURCH                          0.10         5.00

       PERSTX Photocopying Documents                    0.10          5.00

01/31/16 01/05/16  8 22 DAVID KUMOR          136  140    1.00       140.00 119618 B H T:
                       TIME CARD THING

             136 DAVID KUMOR                             1.00       140.00

       Dealership Special Project                       1.00        140.00

01/31/16 01/06/16  8 32 ROBERT KIRKHOPE      118  200    7.00     1,400.00 121284 B H T:
                       labor audit star
01/31/16 12/29/15  8 32 ROBERT KIRKHOPE      118  200    9.00     1,800.00 118522 B H T:
                       audit - salesman

             118 ROBERT KIRKHOPE                        16.00     3,200.00

01/31/16 01/04/16  8 32 TIMOFEY S. KRAVETS   142  120    1.40       168.00 119413 B H T:
                       labor audit
01/31/16 12/29/15  8 32 TIMOFEY S. KRAVETS   142  120    7.00       840.00 118578 B H T:
                       labor audit

             142 TIMOFEY S. KRAVETS                      8.40     1,008.00

01/31/16 01/04/16  8 32 CODY MCCABE          148   75    6.40       480.00 119446 B H T:
                       Working on Labor audit work papers, finishing
                       2013 and 2015 and compliling missing information
01/31/16 01/05/16  8 32 CODY MCCABE          148   75    3.00       225.00 119448 B H T:

-----------------------------------------------------------------------------------------------
26 Apr 2016 14:10                    DWIP SORT ON CLIENT ID   5261 /       PAGE: 4
```

CONFIDENTIAL                                              VOYNOW_024413

```
                    Voynow, Bayard, Whyte and Company, LLP                v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                         SORT ON CLIENT ID * SELECTED CLIENTS

5261 /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                         DEBBIE
CDATE    WDATE    WORK(CODE)   STAFF NAME      SID RATE    HRS       AMOUNT    SEQ#    ACTION
---------------------------------------------------------------------------------------
              * * CHARGEABLE FEES   BY CODES/STAFF/       * *

              Star Labor Audit, working on 2014 time and
              checking all years for missing information
01/31/16 01/06/16  8 32 CODY MCCABE        148  75    1.50       112.50 119439 B H T:
              Star labor audit finishing workpapers
01/31/16 12/29/15  8 32 CODY MCCABE        148  75   11.00       825.00 118597 B H T:
              Star Labor Audit work at Star
01/31/16 12/30/15  8 32 CODY MCCABE        148  75    7.00       525.00 118598 B H T:
              Working on Labor Audit workpapers

         148 CODY MCCABE                         28.90      2,167.50

         Other Special Projects(detail)          53.30      6,375.50


           * * TOTAL FEES                       141.10     21,417.00


                      * *   DEBITS & CREDITS    * *

10/31/15 10/31/15 99  3                                    -1,000.00  92414 B H T:
11/30/15 11/30/15 99  3                                    -1,000.00  94780 B H T:
12/31/15 12/31/15 99  3                                    -1,000.00  97331 B H T:
01/31/16 01/31/16 99  3                                    -1,000.00 112219 B H T:
02/29/16 02/29/16 99  3                                    -1,000.00 121093 B H T:
03/31/16 03/31/16 99  3                                    -1,000.00 121756 B H T:
03/31/16 03/31/16 99  3                                    -7,250.00 123030 B H T:


         * * TOTAL PROGRESS BILLS AND OTHER CREDITS       -13,250.00


         FEES       EXPENSES    SUB-TOTAL      DB/CR    SUB-TOTAL     OFFSETS     NET WIP
         ----------  ----------  ----------   ----------  ----------   ----------  ----------
         21,417.00       0.00    21,417.00        0.00    21,417.00   -13,250.00    8,167.00
                                                                                  ==========
```

*Labor Audit  $8114.50* (handwritten)

CONFIDENTIAL                        VOYNOW_024414

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                         SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83   56
STAR TOYOTA/                                   VIVIAN                 718-279-1800
-----------------------------------------------------------------------------------
                      * *  FEE & EXPENSE SUMMARIES  * *

   * CHARGEABLE FEES SUMMARY BY WORK CODE      HOURS         AMOUNT          TOTAL
   BUSINESS TAX ENGAGEMENTS                    95.80      19,198.00      19,198.00
   PERSONAL TAX RETURN SERVICES                 0.10           5.00      19,203.00
   SYSTEM GENERATED FEES                        0.00     -19,850.00        -647.00
                                            --------    -----------
        ** TOTAL                               95.90        -647.00


   * CHARGEABLE FEES SUMMARY BY STAFF         HOURS         AMOUNT          TOTAL
                                               0.00     -19,850.00     -19,850.00
   132 DOROTHEA BURCH                          0.40          20.00     -19,830.00
   144 PHILLIP L. SALEMNO JR                   2.20         308.00     -19,522.00
   148 CODY MCCABE                            14.90       1,117.50     -18,404.50
    48  Kenneth Mann                           0.10          27.50     -18,377.00
    75  Bob Seibel                            58.50      12,285.00      -6,092.00
    83  Randall Franzen                       19.80       5,445.00        -647.00
                                            --------    -----------
        ** TOTAL                               95.90        -647.00


   * CHARGEABLE FEES SUMMARY BY CTRL DATE     HOURS         AMOUNT          TOTAL
         09/30/15                              0.10           5.00           5.00
         10/31/15                              5.80         400.00         405.00
         11/30/15                             47.00       7,567.50       7,972.50
         12/31/15                              1.40        -895.00       7,077.50
         01/31/16                             41.60       8,125.50      15,203.00
         02/29/16                              0.00      -1,000.00      14,203.00
         03/31/16                              0.00      -9,850.00       4,353.00
         04/30/16                              0.00      -1,000.00       3,353.00
         05/31/16                              0.00      -1,000.00       2,353.00
         06/30/16                              0.00      -1,000.00       1,353.00
         07/31/16                              0.00      -1,000.00         353.00
         08/31/16                              0.00      -1,000.00        -647.00
                                            --------    -----------
        ** TOTAL                               95.90        -647.00
```

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267 /         GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                          VIVIAN               718-279-1800
 CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE   HRS     AMOUNT   SEQ#   ACTION
-----------------------------------------------------------------------------------------
                     * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

01/31/16 12/29/15  5 21 DOROTHEA BURCH     132   50    0.30      15.00 118548 B H T:
                        fax info

              132  DOROTHEA BURCH                      0.30      15.00

01/31/16 01/04/16  5 21 Kenneth Mann        48  275    0.10      27.50 122371 B H T:
                        LIFO F/S

               48  Kenneth Mann                        0.10      27.50

         BUSTAX LIFO Computations                      0.40      42.50

11/30/15 11/24/15  5 68 CODY MCCABE        148   75    6.50     487.50 114430 B H T:
                        TAX PLANNING
11/30/15 11/25/15  5 68 CODY MCCABE        148   75    7.00     525.00 114431 B H T:
                        TAX PLANNING
12/31/15 12/01/15  5 68 CODY MCCABE        148   75    0.50      37.50 115579 B H T:
                        ORGANIZING AND PUTTING TOGETHER TAX PLANNING
                        PACKETS
12/31/15 12/07/15  5 68 CODY MCCABE        148   75    0.90      67.50 117688 B H T:
                        Organzing the report generator reports from tax
                        planning

              148  CODY MCCABE                        14.90   1,117.50

11/30/15 11/23/15  5 68 Bob Seibel          75  210    9.00   1,890.00 116309 B H T:
                        tax planning visit
11/30/15 11/24/15  5 68 Bob Seibel          75  210    9.00   1,890.00 116310 B H T:
                        tax planning visit.
11/30/15 11/25/15  5 68 Bob Seibel          75  210    7.00   1,470.00 116311 B H T:
                        tax planning visit.

               75  Bob Seibel                        25.00   5,250.00

10/31/15 10/23/15  5 68 Randall Franzen     83  275    0.80     220.00 109747 B H T:
                        calls to get get tax planning set up
11/30/15 11/24/15  5 68 Randall Franzen     83  275    8.00   2,200.00 116942 B H T:
                        go to dealerahip to the year end planning

               83  Randall Franzen                    8.80   2,420.00

         BUSTAX Tax Planning                         48.70   8,787.50

10/31/15 10/06/15  5 69 Bob Seibel          75  210    1.00     210.00 109601 B H T:
10/31/15 10/08/15  5 69 Bob Seibel          75  210    1.00     210.00 109608 B H T:
10/31/15 10/21/15  5 69 Bob Seibel          75  210    1.00     210.00 109721 B H T:
11/30/15 11/05/15  5 69 Bob Seibel          75  210    0.50     105.00 112948 B H T:
                        Profit tie in for bank.
01/31/16 01/18/16  5 69 Bob Seibel          75  210   10.00   2,100.00 122525 B H T:
                        year end visit
01/31/16 01/19/16  5 69 Bob Seibel          75  210   10.00   2,100.00 122526 B H T:
                        year end visit
01/31/16 01/20/16  5 69 Bob Seibel          75  210    9.00   1,890.00 122527 B H T:
                        year end visit
01/31/16 01/22/16  5 69 Bob Seibel          75  210    1.00     210.00 122529 B H T:
-----------------------------------------------------------------------------------------
30 Aug 2016 14:24                     DWIP SORT ON CLIENT ID     5267 /        PAGE: 41
```

CONFIDENTIAL                                                           VOYNOW_024844