# EXHIBIT 53

```
                    Voynow, Bayard, Whyte and Company, LLP            v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                      SORT ON CLIENT ID * SELECTED CLIENTS

5261  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                        DEBBIE
--------------------------------------------------------------------------------
                      * *  FEE & EXPENSE SUMMARIES  * *

   * CHARGEABLE FEES SUMMARY BY WORK CODE    HOURS        AMOUNT        TOTAL
   REVIEW ENGAGEMENT                          1.00        275.00       275.00
   EMPLOYEE BENEFIT PLANS                      0.50         50.00       325.00
   BUSINESS TAX ENGAGEMENTS                   59.30      9,854.00    10,179.00
   INTERIM SERVICES                           18.90      1,890.00    12,069.00
   SYSTEM GENERATED FEES                       0.00    -19,525.00    -7,456.00
                                          --------   ------------
        ** TOTAL                             79.70     -7,456.00


   * CHARGEABLE FEES SUMMARY BY STAFF       HOURS        AMOUNT        TOTAL
                                             0.00    -19,525.00    -19,525.00
   118 ROBERT KIRKHOPE                       18.10      3,077.00    -16,448.00
   124 Brett Bausinger                       14.00      1,654.00    -14,794.00
   132 DOROTHEA BURCH                         0.90         45.00    -14,749.00
   134 MEGAN WAGNER                           0.80         80.00    -14,669.00
   135 VINCENT BUCOLO                         2.70        270.00    -14,399.00
   136 DAVID KUMOR                           22.70      2,270.00    -12,129.00
   48  Kenneth Mann                           0.30         75.00    -12,054.00
   56  Hugh Whyte                             1.00        275.00    -11,779.00
   75  Bob Seibel                             7.50      1,425.00    -10,354.00
   83  Randall Franzen                        9.00      2,250.00     -8,104.00
   92  David Kaplan                           2.70        648.00     -7,456.00
                                          --------   ------------
        ** TOTAL                             79.70     -7,456.00


   * CHARGEABLE FEES SUMMARY BY CTRL DATE   HOURS        AMOUNT        TOTAL
              10/31/12                        0.50       -905.00       -905.00
              11/30/12                        0.00     -1,000.00     -1,905.00
              12/31/12                        0.00     -1,000.00     -2,905.00
              01/31/13                        0.50       -915.00     -3,820.00
              02/28/13                       31.60      4,672.00        852.00
              03/31/13                        1.90     -7,245.00     -6,393.00
              04/30/13                        0.00     -1,000.00     -7,393.00
              05/31/13                        4.30       -284.00     -7,677.00
              06/30/13                       36.50      3,641.00     -4,036.00
              07/31/13                        3.00       -560.00     -4,596.00
              08/31/13                        0.50       -950.00     -5,546.00
              09/30/13                        0.90       -910.00     -6,456.00
              10/31/13                        0.00     -1,000.00     -7,456.00
                                          --------   ------------
        ** TOTAL                             79.70     -7,456.00
```



EXHIBIT
70
11/15/22  L.M.

```
--------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID    5261  /        PAGE: 59
```

CONFIDENTIAL                                        VOYNOW_024470

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                       SORT ON CLIENT ID * SELECTED CLIENTS

5261  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                              DEBBIE
CDATE     WDATE      WORK(CODE)  STAFF NAME      SID RATE   HRS      AMOUNT  SEQ# ACTION
-------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


          136 DAVID KUMOR                             0.90       90.00

       BUSTAX Trial Balance Data Inpu                 4.10      410.00

06/30/13 06/14/13  5 92 David Kaplan      92   240   1.70      408.00 994326 B H T:
06/30/13 06/18/13  5 92 David Kaplan      92   240   1.00      240.00 995211 B H T:

          92  David Kaplan                           2.70      648.00

       BUSTAX Staff Supervision                       2.70      648.00

06/30/13 06/14/13  5 95 Brett Bausinger  124   120   1.20      144.00 994958 B H T:
06/30/13 06/25/13  5 95 Brett Bausinger  124   120   1.70      204.00 997483 B H T:

          124 Brett Bausinger                        2.90      348.00

       BUSTAX Clear Review Comments                   2.90      348.00

07/31/13 07/08/13  5 97 MEGAN WAGNER     134   100   0.80       80.00 998936 B H T:

          134 MEGAN WAGNER                            0.80       80.00

       BUSTAX Math/Proof Report/Retur                 0.80       80.00

07/31/13 07/26/13  5 99 DAVID KUMOR      136   100   0.50       50.00   1093 B H T:
                   SETTING UP FOR E FILE
09/30/13 09/05/13  5 99 DAVID KUMOR      136   100   0.60       60.00   6202 B H T:
                   ESTIMATED PAYMENTS
                   FIAT TOO

          136 DAVID KUMOR                             1.10      110.00

       BUSTAX Report Typing                           1.10      110.00

06/30/13 05/29/13  6 20 DAVID KUMOR      136   100  11.00    1,100.00 992610 B H T:
                   SERVICE DEPARTMENT FOR ALL STORES

          136 DAVID KUMOR                            11.00    1,100.00

       INTSER Service Dept Analysis                  11.00    1,100.00

06/30/13 05/31/13  6 99 DAVID KUMOR      136   100   2.00      200.00 992613 B H T:
                   TYPING UP PARTS AND CASHIERS
06/30/13 06/06/13  6 99 DAVID KUMOR      136   100   0.70       70.00 993816 B H T:
                   GOING OVER WHAT TO WRITE IN INTERM LETTER WITH ROB
06/30/13 06/07/13  6 99 DAVID KUMOR      136   100   3.40      340.00 993819 B H T:
                   STARTING LETTER
06/30/13 06/10/13  6 99 DAVID KUMOR      136   100   1.80      180.00 994172 B H T:
                   WRITING LETTER

          136 DAVID KUMOR                             7.90      790.00

       INTSER Report Typing                           7.90      790.00

-------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID   5261  /        PAGE: 62
```

CONFIDENTIAL

VOYNOW_024473

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                      SORT ON CLIENT ID * SELECTED CLIENTS

5273  /      GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR HYUNDAI LLC/STAR HYUNDAI LLC                      VIVIAN
-------------------------------------------------------------------------------
                      * *   FEE & EXPENSE SUMMARIES   * *

  * CHARGEABLE FEES SUMMARY BY WORK CODE     HOURS        AMOUNT         TOTAL
  REVIEW ENGAGEMENT                           1.00        275.00        275.00
  BUSINESS TAX ENGAGEMENTS                   39.40      5,079.00      5,354.00
  INTERIM SERVICES                            3.60        810.00      6,164.00
  SYSTEM GENERATED FEES                       0.00    -12,700.00     -6,536.00
                                           --------  ------------
           ** TOTAL                          44.00     -6,536.00


  * CHARGEABLE FEES SUMMARY BY STAFF         HOURS        AMOUNT         TOTAL
                                             0.00    -12,700.00    -12,700.00
  124 Brett Bausinger                       25.20      2,674.00    -10,026.00
  134 MEGAN WAGNER                           1.80        180.00     -9,846.00
  135 VINCENT BUCOLO                         0.60         60.00     -9,786.00
  136 DAVID KUMOR                            3.00        300.00     -9,486.00
  56  Hugh Whyte                             1.00        275.00     -9,211.00
  63  Betteann Norris                        0.40         30.00     -9,181.00
  75  Bob Seibel                             5.50      1,045.00     -8,136.00
  83  Randall Franzen                        4.00      1,000.00     -7,136.00
  92  David Kaplan                           2.50        600.00     -6,536.00
                                           --------  ------------
           ** TOTAL                          44.00     -6,536.00


  * CHARGEABLE FEES SUMMARY BY CTRL DATE     HOURS        AMOUNT         TOTAL
            10/31/12                          0.50       -405.00       -405.00
            11/30/12                         17.50      1,250.00        845.00
            12/31/12                          0.00       -500.00        345.00
            01/31/13                          1.00       -357.50        -12.50
            02/28/13                          3.60         55.00         42.50
            03/31/13                          1.30     -6,480.00     -6,437.50
            04/30/13                          0.00       -500.00     -6,937.50
            05/31/13                          4.90        158.00     -6,779.50
            06/30/13                         12.00      1,666.00     -5,113.50
            07/31/13                          2.40         -2.50     -5,116.00
            08/31/13                          0.60       -440.00     -5,556.00
            09/30/13                          0.20       -480.00     -6,036.00
            10/31/13                          0.00       -500.00     -6,536.00
                                           --------  ------------
           ** TOTAL                          44.00     -6,536.00




-------------------------------------------------------------------------------
14 Oct 2013 19:48                 DWIP SORT ON CLIENT ID    5273  /       PAGE: 102
```

CONFIDENTIAL

VOYNOW_024776

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                        SORT ON CLIENT ID * SELECTED CLIENTS

5273  /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR HYUNDAI LLC/STAR HYUNDAI LLC                        VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE    HRS       AMOUNT   SEQ# ACTION
-------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/     * *


05/31/13 05/21/13  5 69 Brett Bausinger    124 120    2.60       312.00 991738 B H T:

             124 Brett Bausinger                      2.60       312.00

02/28/13 02/04/13  5 69 MEGAN WAGNER       134 100    1.00       100.00 976026 B H T:

             134 MEGAN WAGNER                          1.00       100.00

10/31/12 10/16/12  5 69 Bob Seibel          75 190    0.50        95.00 964175 B H T:
                        Bank Questions
01/31/13 01/15/13  5 69 Bob Seibel          75 190    0.50        95.00 974952 B H T:
                        NY LLC Fee
02/28/13 02/04/13  5 69 Bob Seibel          75 190    0.50        95.00 979954 B H T:
                        Year end items.
03/31/13 03/02/13  5 69 Bob Seibel          75 190    1.00       190.00 980059 B H T:
                        extension
05/31/13 05/21/13  5 69 Bob Seibel          75 190    1.00       190.00 994009 B H T:
                        Tax return
06/30/13 06/25/13  5 69 Bob Seibel          75 190    1.00       190.00 997502 B H T:
                        Tax return.
07/31/13 07/08/13  5 69 Bob Seibel          75 190    1.00       190.00    187 B H T:
                        Tax return.

              75  Bob Seibel                           5.50     1,045.00

02/28/13 02/01/13  5 69 Randall Franzen      83 250    1.00       250.00 975752 B H T:
                        go to NY and work on the year end

              83  Randall Franzen                      1.00       250.00

          BUSTAX Year End Tax Work                    10.10     1,707.00

02/28/13 02/20/13  5 90 DAVID KUMOR         136 100    0.30        30.00 978054 B H T:
                        RECORDING TRADE DISCOUNTS

             136 DAVID KUMOR                           0.30        30.00

          BUSTAX Trial Balance Data Inpu               0.30        30.00

06/30/13 05/28/13  5 92 David Kaplan         92 240    2.50       600.00 992679 B H T:

              92  David Kaplan                         2.50       600.00

          BUSTAX Staff Supervision                     2.50       600.00

06/30/13 05/29/13  5 95 Brett Bausinger    124 120    0.50        60.00 993700 B H T:
06/30/13 06/25/13  5 95 Brett Bausinger    124 120    1.10       132.00 997481 B H T:

             124 Brett Bausinger                      1.60       192.00

          BUSTAX Clear Review Comments                1.60       192.00

06/30/13 05/29/13  5 97 MEGAN WAGNER       134 100    0.80        80.00 992857 B H T:

             134 MEGAN WAGNER                          0.80        80.00
-------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID   5273  /        PAGE: 104
```

CONFIDENTIAL                                    VOYNOW_024778