# EXHIBIT 54

```
                          Voynow, Bayard & Company, CPAs                      v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
                       SORT ON CLIENT NAME * SELECTED CLIENTS

  5261  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
  METRO CHRYSLER PLYMOUTH JEEP/                        DEBBIE
  ------------------------------------------------------------------------------------
                       * *   FEE & EXPENSE SUMMARIES   * *

    * CHARGEABLE FEES SUMMARY BY WORK CODE       HOURS        AMOUNT          TOTAL
    REVIEW ENGAGEMENT                             1.50        412.50         412.50
    EMPLOYEE BENEFIT PLANS                        0.50         95.00         507.50
    BUSINESS TAX ENGAGEMENTS                     35.90      5,617.00       6,124.50
    INTERIM SERVICES                              0.20         22.00       6,146.50
    SPECIAL PROJECTS-MUST USE MEMO                0.50        125.00       6,271.50
    SYSTEM GENERATED FEES                         0.00    -19,500.00     -13,228.50
                                               --------   ------------
          ** TOTAL                               38.60    -13,228.50


    * CHARGEABLE FEES SUMMARY BY STAFF           HOURS        AMOUNT          TOTAL
                                                  0.00    -19,500.00     -19,500.00
    118 ROBERT KIRKHOPE                          14.50      2,175.00     -17,325.00
    12  PATRICK J. CATALINE                       6.80        544.00     -16,781.00
    127 RAFAEL VARGAS                             0.20         22.00     -16,759.00
    129 JOHN BRESLIN                              1.60        128.00     -16,631.00
    56  Hugh Whyte                                1.50        412.50     -16,218.50
    75  Bob Seibel                                8.50      1,615.00     -14,603.50
    83  Randall Franzen                           5.50      1,375.00     -13,228.50
                                               --------   ------------
          ** TOTAL                               38.60    -13,228.50


    ' CHARGEABLE FEES SUMMARY BY CTRL DATE       HOURS        AMOUNT          TOTAL
          01/31/09                                0.00       -500.00        -500.00
          02/28/09                                0.00       -500.00      -1,000.00
          03/31/09                                0.00       -500.00      -1,500.00
          04/30/09                                0.00       -500.00      -2,000.00
          05/31/09                                0.00       -500.00      -2,500.00
          06/30/09                                0.00       -500.00      -3,000.00
          07/31/09                                0.00       -500.00      -3,500.00
          08/31/09                                0.00       -500.00      -4,000.00
          09/30/09                                0.00       -500.00      -4,500.00
          10/31/09                                0.00       -500.00      -5,000.00
          11/30/09                                0.00       -500.00      -5,500.00
          12/31/09                                0.00       -500.00      -6,000.00
          01/31/10                               19.00      2,770.00      -3,230.00
          02/28/10                                1.70       -193.00      -3,423.00
          03/31/10                                0.00     -7,500.00     -10,923.00
          04/30/10                                0.00       -500.00     -11,423.00
          05/31/10                                0.00       -500.00     -11,923.00
          06/30/10                                0.50       -905.00     -12,828.00
          07/31/10                                8.00        -85.00     -12,913.00
          08/31/10                                8.20        418.50     -12,494.50
          09/30/10                                1.20       -734.00     -13,228.50
                                               --------   ------------
          ** TOTAL                               38.60    -13,228.50
```



EXHIBIT
81
1/31/23  LR

```
  ------------------------------------------------------------------------------------
  13 Oct 2010 11:58              DWIP SORT ON CLIENT NAME  5261  /        PAGE: 160
```

```
                       Voynow, Bayard & Company, CPAs                       v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
                      SORT ON CLIENT NAME * SELECTED CLIENTS

5261  /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
METRO CHRYSLER PLYMOUTH JEEP/                         DEBBIE
CDATE    WDATE      WORK(CODE)  STAFF NAME      SID RATE   HRS      AMOUNT    SEQ#  ACTION
-------------------------------------------------------------------------------------
                      ' *  CHARGEABLE FEES  BY CODES/STAFF/        * *

08/31/10 08/05/10   2 93 Hugh Whyte         56   275   1.50       412.50 852385 B H T:
                         review t/r

           56  Hugh Whyte                          1.50       412.50

        REVIEW Partner Review                      1.50       412.50

08/31/10 07/30/10   4 61 Bob Seibel         75   190   0.50        95.00 851832 B H T:    401K
                         Extension for 401k

           75  Bob Seibel                          0.50        95.00

        EBPLAN Federal Tax Return Prep             0.50        95.00

01/31/10 01/20/10   5 69 ROBERT KIRKHOPE    118  150   5.00       750.00 824204 B H T:    Y/E
01/31/10 01/21/10   5 69 ROBERT KIRKHOPE    118  150   9.50     1,425.00 824203 B H T:    Y/E

          118  ROBERT KIRKHOPE                     14.50     2,175.00

07/31/10 07/19/10   5 69 PATRICK J. CATALINE  12   80   2.50       200.00 850788 B H T:
07/31/10 07/20/10   5 69 PATRICK J. CATALINE  12   80   3.00       240.00 850789 B H T:
08/31/10 07/26/10   5 69 PATRICK J. CATALINE  12   80   1.10        88.00 852303 B H T:
09/30/10 09/14/10   5 69 PATRICK J. CATALINE  12   80   0.20        16.00 857064 B H T:
                         estimates

           12  PATRICK J. CATALINE                 6.80       544.00

01/31/10 01/23/10   5 69 Bob Seibel         75   190   0.50        95.00 825021 B H T:
                         Follow up from year end visit.
02/28/10 02/23/10   5 69 Bob Seibel         75   190   0.50        95.00 831231 B H T:
02/28/10 02/27/10   5 69 Bob Seibel         75   190   1.00       190.00 831251 B H T:
                         Extension.
06/30/10 06/11/10   5 69 Bob Seibel         75   190   0.50        95.00 846570 B H T:
                         6/15 estimate
07/31/10 07/09/10   5 69 Bob Seibel         75   190   0.50        95.00 851370 B H T:
                         Work on return.
07/31/10 07/19/10   5 69 Bob Seibel         75   190   1.00       190.00 851543 B H T:
                         Work on return.
07/31/10 07/23/10   5 69 Bob Seibel         75   190   1.00       190.00 851560 B H T:
                         Work on return.
08/31/10 07/26/10   5 69 Bob Seibel         75   190   1.50       285.00 851811 B H T:
                         Work on return.
08/31/10 08/13/10   5 69 Bob Seibel         75   190   1.00       190.00 854571 B H T:
                         Work on returns.
08/31/10 08/20/10   5 69 Bob Seibel         75   190   0.50        95.00 854611 B H T:
                         Work on returns.

           75  Bob Seibel                          8.00     1,520.00

01/31/10 01/22/10   5 69 Randall Franzen    83   250   4.00     1,000.00 825943 B H T:    Y/E
                         go to dealership and do the year end
09/30/10 09/20/10   5 69 Randall Franzen    83   250   1.00       250.00 858937 B H T:
                         go over what we need for Steve

           83  Randall Franzen                     5.00     1,250.00

-------------------------------------------------------------------------------------
13 Oct 2010 11:58                  DWIP SORT ON CLIENT NAME  5261  /           PAGE: 161
```

```
                           Voynow, Bayard & Company, CPAs                    v.6.00
                       DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                           SORT ON CLIENT ID * SELECTED CLIENTS

5261  /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                          DEBBIE
-----------------------------------------------------------------------------------
                        * *   FEE & EXPENSE SUMMARIES  * *

    * CHARGEABLE FEES SUMMARY BY WORK CODE    HOURS        AMOUNT          TOTAL
    REVIEW ENGAGEMENT                          1.00        275.00         275.00
    BUSINESS TAX ENGAGEMENTS                  38.80      6,206.50       6,481.50
    INTERIM SERVICES                           1.00        250.00       6,731.50
    SPECIAL PROJECTS-MUST USE MEMO             5.80      1,330.00       8,061.50
    VB-ADMINISTRATIVE CODES                    1.60         48.00       8,109.50
    SYSTEM GENERATED FEES                      0.00    -17,500.00      -9,390.50
                                            --------   ------------
          ** TOTAL                            48.20     -9,390.50


    * CHARGEABLE FEES SUMMARY BY STAFF        HOURS        AMOUNT          TOTAL
                                               0.00    -17,500.00     -17,500.00
    11   ELISA BRABAZON                        1.60         48.00     -17,452.00
    118  ROBERT KIRKHOPE                       3.20        480.00     -16,972.00
    12   PATRICK J. CATALINE                  12.20        976.00     -15,996.00
    124  Brett Bausinger                       0.40         40.00     -15,956.00
    129  JOHN BRESLIN                          0.60         48.00     -15,908.00
    130  DAVE LOMBARDO                         1.10        110.00     -15,798.00
    48   Kenneth Mann                          2.50        625.00     -15,173.00
    56   Hugh Whyte                            1.00        275.00     -14,898.00
    63   Betteann Norris                       0.30         22.50     -14,875.50
    75   Bob Seibel                           14.00      2,660.00     -12,215.50
    83   Randall Franzen                      11.30      2,825.00      -9,390.50
                                            --------   ------------
          ** TOTAL                            48.20     -9,390.50


    * CHARGEABLE FEES SUMMARY BY CTRL DATE    HOURS        AMOUNT          TOTAL
                10/31/10                       4.00          0.00           0.00
                11/30/10                       0.00     -1,000.00      -1,000.00
                12/31/10                       3.60       -572.00      -1,572.00
                01/31/11                       3.20       -200.00      -1,772.00
                02/28/11                       5.50     -5,702.00      -7,474.00
                03/31/11                       2.50       -435.00      -7,909.00
                04/30/11                       3.50       -345.00      -8,254.00
                05/31/11                       0.00     -1,000.00      -9,254.00
                06/30/11                       4.90       -320.00      -9,574.00
                07/31/11                       8.50         70.00      -9,504.00
                08/31/11                       8.60        506.00      -8,998.00
                09/30/11                       3.90       -392.50      -9,390.50
                                            --------   ------------
          ** TOTAL                            48.20     -9,390.50
```

CONFIDENTIAL                                          VOYNOW_024499

Voynow, Bayard & Company, CPAs                    v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
SORT ON CLIENT ID * SELECTED CLIENTS

```
5261  /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                            DEBBIE
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE   HRS        AMOUNT  SEQ#   ACTION
------------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

08/31/11 08/10/11  2 93 Hugh Whyte          56  275   1.00      275.00 904696 B H T:

            56  Hugh Whyte                         1.00      275.00

         REVIEW Partner Review                      1.00      275.00

01/31/11 01/10/11  5 21 Kenneth Mann        48  250   0.20       50.00 878124 B H T:
                   lifo
02/28/11 02/16/11  5 21 Kenneth Mann        48  250   0.20       50.00 886946 B H T:

            48  Kenneth Mann                        0.40      100.00

         BUSTAX LIFO Computations                   0.40      100.00

02/28/11 02/11/11  5 60 ROBERT KIRKHOPE    118  150   1.00      150.00 876388 B H T:
                   on the phone with debbie in regards to lifo

           118 ROBERT KIRKHOPE                      1.00      150.00

         BUSTAX Income Tax Project & Ex             1.00      150.00

09/30/11 08/29/11  5 61 Betteann Norris     63   75   0.30       22.50 906032 B H T:
                   process tax return

            63  Betteann Norris                     0.30       22.50

         BUSTAX Federal Tax Return Prep             0.30       22.50

06/30/11 06/08/11  5 63 Brett Bausinger    124  100   0.40       40.00 893840 B H T:
                   2nd Qtr. Estimate

           124 Brett Bausinger                      0.40       40.00

         BUSTAX City Tax Return Prep                0.40       40.00

04/30/11 03/29/11  5 69 ROBERT KIRKHOPE    118  150   1.00      150.00 883883 B H T:

           118 ROBERT KIRKHOPE                      1.00      150.00

06/30/11 06/14/11  5 69 PATRICK J. CATALINE 12   80   2.50      200.00 895507 B H T:
                   adjusting entries
07/31/11 06/30/11  5 69 PATRICK J. CATALINE 12   80   1.00       80.00 901668 B H T:
07/31/11 07/01/11  5 69 PATRICK J. CATALINE 12   80   2.50      200.00 901674 B H T:
                   tax return
07/31/11 07/01/11  5 69 PATRICK J. CATALINE 12   80   2.00      160.00 901672 B H T:
                   481A calculation and entries
08/31/11 08/01/11  5 69 PATRICK J. CATALINE 12   80   1.20       96.00 904615 B H T:
                   adjusting return
08/31/11 08/02/11  5 69 PATRICK J. CATALINE 12   80   1.50      120.00 904620 B H T:
                   2848, 3115 & attachment

            12  PATRICK J. CATALINE                10.70      856.00

02/28/11 02/09/11  5 69 JOHN BRESLIN       129   80   0.20       16.00 876450 B H T:
                   ext
------------------------------------------------------------------------------------------
18 Oct 2011 12:22            DWIP SORT ON CLIENT ID   5261  /         PAGE: 299
```

CONFIDENTIAL

VOYNOW_024500

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                       SORT ON CLIENT ID * SELECTED CLIENTS

 5261  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR CHRYSLER PLYMOUTH JEEP/                            DEBBIE
 --------------------------------------------------------------------------------
                   * *   FEE & EXPENSE SUMMARIES   * *

  * CHARGEABLE FEES SUMMARY BY WORK CODE    HOURS        AMOUNT         TOTAL
  REVIEW ENGAGEMENT                          1.00        275.00        275.00
  COMPILATION ENGAGEMENT                     1.00        100.00        375.00
  BUSINESS TAX ENGAGEMENTS                  56.30      8,954.50      9,329.50
  INTERIM SERVICES                           5.50        537.50      9,867.00
  SPECIAL PROJECTS-MUST USE MEMO             7.80      1,130.00     10,997.00
  SYSTEM GENERATED FEES                      0.00    -26,750.00    -15,753.00
                                          --------    ------------
        ** TOTAL                            71.60    -15,753.00


  * CHARGEABLE FEES SUMMARY BY STAFF        HOURS        AMOUNT         TOTAL
                                            0.00    -26,750.00    -26,750.00
  118 ROBERT KIRKHOPE                       28.00      4,200.00    -22,550.00
  12  PATRICK J. CATALINE                    0.40         32.00    -22,518.00
  124 Brett Bausinger                        9.20        920.00    -21,598.00
  132 DOROTHEA BURCH                         0.10          5.00    -21,593.00
  133 BRETT HASKIN                           1.00        100.00    -21,493.00
  134 MEGAN WAGNER                           0.80         80.00    -21,413.00
  135 VINCENT BUCOLO                         0.40         40.00    -21,373.00
  136 DAVID KUMOR                           11.20      1,120.00    -20,253.00
  48  Kenneth Mann                           0.70        175.00    -20,078.00
  56  Hugh Whyte                             1.00        275.00    -19,803.00
  63  Betteann Norris                        0.80         60.00    -19,743.00
  75  Bob Seibel                             8.50      1,615.00    -18,128.00
  83  Randall Franzen                        9.50      2,375.00    -15,753.00
                                          --------    ------------
        ** TOTAL                            71.60    -15,753.00


  * CHARGEABLE FEES SUMMARY BY CTRL DATE    HOURS        AMOUNT         TOTAL
            01/31/11                         0.00     -1,000.00     -1,000.00
            02/28/11                         0.00     -1,000.00     -2,000.00
            03/31/11                         0.00     -1,000.00     -3,000.00
            04/30/11                         0.00     -1,000.00     -4,000.00
            05/31/11                         0.00     -1,000.00     -5,000.00
            06/30/11                         0.00     -1,000.00     -6,000.00
            07/31/11                         0.00     -1,000.00     -7,000.00
            08/31/11                         0.00     -1,000.00     -8,000.00
            09/30/11                         0.00     -1,000.00     -9,000.00
            10/31/11                         1.50       -625.00     -9,625.00
            11/30/11                        17.00      1,850.00     -7,775.00
            12/31/11                         0.40       -968.00     -8,743.00
            01/31/12                        13.60      1,530.00     -7,213.00
            02/29/12                         1.70     -6,415.00    -13,628.00
            03/31/12                         2.00       -620.00    -14,248.00
            04/30/12                         0.00     -1,000.00    -15,248.00
            05/31/12                        15.70        917.50    -14,330.50
            06/30/12                        18.40      1,365.00    -12,965.50
            07/31/12                         1.30       -787.50    -13,753.00
            08/31/12                         0.00     -1,000.00    -14,753.00
            09/30/12                         0.00     -1,000.00    -15,753.00
                                          --------    ------------
        ** TOTAL                            71.60    -15,753.00


 --------------------------------------------------------------------------------
 12 Oct 2012 10:39              DWIP SORT ON CLIENT ID     5261  /       PAGE: 54
```

CONFIDENTIAL

VOYNOW_024487

```
                  Voynow, Bayard, Whyte and Company, LLP                    v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                    SORT ON CLIENT ID * SELECTED CLIENTS

5261 /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                         DEBBIE
CDATE     WDATE    WORK(CODE)   STAFF NAME     SID RATE    HRS       AMOUNT   SEQ#   ACTION
-------------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

06/30/12 05/31/12  2 93 Hugh Whyte          56  275    1.00      275.00 942737 B H T:
                       t/r review

            56  Hugh Whyte                          1.00       275.00

       REVIEW Partner Review                        1.00       275.00

01/31/12 01/11/12  3 21 BRETT HASKIN       133  100    1.00     100.00 923796 B H T:

            133 BRETT HASKIN                        1.00       100.00

       COMPIL LIFO Computations                     1.00       100.00

01/31/12 01/11/12  5 21 DOROTHEA BURCH     132   50    0.10       5.00 923767 B H T:
                       fax LIFO entry

            132 DOROTHEA BURCH                      0.10         5.00

01/31/12 01/11/12  5 21 Kenneth Mann        48  250    0.30      75.00 936988 B H T:
                       LIFO
01/31/12 01/11/12  5 21 Kenneth Mann        48  250    0.20      50.00 936993 B H T:
                       LIFO
02/29/12 02/17/12  5 21 Kenneth Mann        48  250    0.20      50.00 937141 B H T:

            48  Kenneth Mann                        0.70       175.00

       BUSTAX LIFO Computations                     0.80       180.00

06/30/12 06/06/12  5 60 Brett Bausinger    124  100    0.80      80.00 943686 B H T:
06/30/12 06/07/12  5 60 Brett Bausinger    124  100    0.50      50.00 943697 B H T:

            124 Brett Bausinger                     1.30       130.00

06/30/12 06/12/12  5 60 VINCENT BUCOLO     135  100    0.40      40.00 944635 B H T:
                       looking for debby if we set up nyc for efile and
                       if not how much to pa and when to pay estimate
                       for her

            135 VINCENT BUCOLO                      0.40        40.00

       BUSTAX Income Tax Project & Ex               1.70       170.00

05/31/12 05/16/12  5 61 DAVID KUMOR        136  100    2.90     290.00 940961 B H T:
                       TAX RETURN
05/31/12 05/18/12  5 61 DAVID KUMOR        136  100    0.40      40.00 940974 B H T:
                       UPDATING RETURN
05/31/12 05/25/12  5 61 DAVID KUMOR        136  100    1.10     110.00 942171 B H T:
                       UPDATING RETURN

            136 DAVID KUMOR                         4.40       440.00

07/31/12 06/25/12  5 61 Betteann Norris     63   75    0.30      22.50 946826 B H T:
                       process tax return

            63  Betteann Norris                     0.30        22.50

-------------------------------------------------------------------------------------
12 Oct 2012 10:39            DWIP SORT ON CLIENT ID    5261 /          PAGE: 55
```

CONFIDENTIAL

VOYNOW_024488

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                        SORT ON CLIENT ID * SELECTED CLIENTS

5261  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                             DEBBIE
------------------------------------------------------------------------------------
                  * *   FEE & EXPENSE SUMMARIES   * *
```

| * CHARGEABLE FEES SUMMARY BY WORK CODE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| REVIEW ENGAGEMENT | 1.00 | 275.00 | 275.00 |
| EMPLOYEE BENEFIT PLANS | 0.50 | 50.00 | 325.00 |
| BUSINESS TAX ENGAGEMENTS | 59.30 | 9,854.00 | 10,179.00 |
| INTERIM SERVICES | 18.90 | 1,890.00 | 12,069.00 |
| SYSTEM GENERATED FEES | 0.00 | -19,525.00 | -7,456.00 |
| ** TOTAL | 79.70 | -7,456.00 | |

| * CHARGEABLE FEES SUMMARY BY STAFF | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| | 0.00 | -19,525.00 | -19,525.00 |
| 118 ROBERT KIRKHOPE | 18.10 | 3,077.00 | -16,448.00 |
| 124 Brett Bausinger | 14.00 | 1,654.00 | -14,794.00 |
| 132 DOROTHEA BURCH | 0.90 | 45.00 | -14,749.00 |
| 134 MEGAN WAGNER | 0.80 | 80.00 | -14,669.00 |
| 135 VINCENT BUCOLO | 2.70 | 270.00 | -14,399.00 |
| 136 DAVID KUMOR | 22.70 | 2,270.00 | -12,129.00 |
| 48  Kenneth Mann | 0.30 | 75.00 | -12,054.00 |
| 56  Hugh Whyte | 1.00 | 275.00 | -11,779.00 |
| 75  Bob Seibel | 7.50 | 1,425.00 | -10,354.00 |
| 83  Randall Franzen | 9.00 | 2,250.00 | -8,104.00 |
| 92  David Kaplan | 2.70 | 648.00 | -7,456.00 |
| ** TOTAL | 79.70 | -7,456.00 | |

| * CHARGEABLE FEES SUMMARY BY CTRL DATE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| 10/31/12 | 0.50 | -905.00 | -905.00 |
| 11/30/12 | 0.00 | -1,000.00 | -1,905.00 |
| 12/31/12 | 0.00 | -1,000.00 | -2,905.00 |
| 01/31/13 | 0.50 | -915.00 | -3,820.00 |
| 02/28/13 | 31.60 | 4,672.00 | 852.00 |
| 03/31/13 | 1.90 | -7,245.00 | -6,393.00 |
| 04/30/13 | 0.00 | -1,000.00 | -7,393.00 |
| 05/31/13 | 4.30 | -284.00 | -7,677.00 |
| 06/30/13 | 36.50 | 3,641.00 | -4,036.00 |
| 07/31/13 | 3.00 | -560.00 | -4,596.00 |
| 08/31/13 | 0.50 | -950.00 | -5,546.00 |
| 09/30/13 | 0.90 | -910.00 | -6,456.00 |
| 10/31/13 | 0.00 | -1,000.00 | -7,456.00 |
| ** TOTAL | 79.70 | -7,456.00 | |

```
------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID    5261  /          PAGE: 59
```

CONFIDENTIAL

VOYNOW_024470

```
                    Voynow, Bayard, Whyte and Company, LLP                      v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                       SORT ON CLIENT ID * SELECTED CLIENTS

5261 /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                            DEBBIE
CDATE     WDATE    WORK(CODE)    STAFF NAME     SID RATE    HRS      AMOUNT  SEQ#  ACTION
-----------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

07/31/13 07/05/13  2 93 Hugh Whyte          56   275   1.00      275.00 997594 B H T:

            56  Hugh Whyte                              1.00      275.00

        REVIEW Partner Review                           1.00      275.00

08/31/13 07/29/13  4 99 VINCENT BUCOLO     135   100   0.50       50.00   1773 B H T:

           135 VINCENT BUCOLO                           0.50       50.00

        EBPLAN Report Typing                            0.50       50.00

01/31/13 01/08/13  5 21 DOROTHEA BURCH     132    50   0.20       10.00 973893 B H T:
                        FAX lifo entry

           132 DOROTHEA BURCH                           0.20       10.00

01/31/13 01/08/13  5 21 Kenneth Mann        48   250   0.30       75.00 982419 B H T:
                        LIFO

            48  Kenneth Mann                            0.30       75.00

        BUSTAX LIFO Computations                        0.50       85.00

07/31/13 07/09/13  5 60 DOROTHEA BURCH     132    50   0.40       20.00    109 B H T:
                        process

           132 DOROTHEA BURCH                           0.40       20.00

09/30/13 09/24/13  5 60 VINCENT BUCOLO     135   100   0.30       30.00   8104 B H T:
                        finding docs

           135 VINCENT BUCOLO                           0.30       30.00

        BUSTAX Income Tax Project & Ex                  0.70       50.00

06/30/13 06/12/13  5 61 Brett Bausinger    124   120   1.40      168.00 994968 B H T:
06/30/13 06/13/13  5 61 Brett Bausinger    124   120   2.10      252.00 994957 B H T:

           124 Brett Bausinger                          3.50      420.00

07/31/13 07/23/13  5 61 DOROTHEA BURCH     132    50   0.30       15.00   1714 B H T:
                        type 1099's and 1096

           132 DOROTHEA BURCH                           0.30       15.00

02/28/13 02/20/13  5 61 DAVID KUMOR        136   100   0.90       90.00 978052 B H T:
                        SETTING UP EXTENSION
03/31/13 03/02/13  5 61 DAVID KUMOR        136   100   0.60       60.00 977826 B H T:
                        SETTING UP EXTENSION FED NY NYC
03/31/13 03/11/13  5 61 DAVID KUMOR        136   100   0.30       30.00 979548 B H T:
                        SETTING UP EXTENSIONS

           136 DAVID KUMOR                              1.80      180.00

        BUSTAX Federal Tax Return Prep                  5.60      615.00
-----------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID     5261 /          PAGE: 60
```

CONFIDENTIAL

VOYNOW_024471

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                         SORT ON CLIENT ID * SELECTED CLIENTS

5261 /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                         DEBBIE
-------------------------------------------------------------------------------
                 * *  FEE & EXPENSE SUMMARIES  * *

  * CHARGEABLE FEES SUMMARY BY WORK CODE     HOURS         AMOUNT          TOTAL
  REVIEW ENGAGEMENT                           1.00         275.00         275.00
  BUSINESS TAX ENGAGEMENTS                   50.50       7,960.50       8,235.50
  INTERIM SERVICES                           32.00       5,125.00      13,360.50
  SPECIAL PROJECTS-MUST USE MEMO              1.00         125.00      13,485.50
  SYSTEM GENERATED FEES                       0.00     -18,750.00      -5,264.50
                                          --------    ------------
         ** TOTAL                            84.50      -5,264.50


  * CHARGEABLE FEES SUMMARY BY STAFF         HOURS         AMOUNT          TOTAL
                                             0.00     -18,750.00     -18,750.00
  118 ROBERT KIRKHOPE                        41.00       7,380.00     -11,370.00
  135 VINCENT BUCOLO                          1.70         203.00     -11,167.00
  136 DAVID KUMOR                            11.30       1,245.50      -9,921.50
  138 MIKE CORRIGAN                           5.30         404.00      -9,517.50
  139 KAITLYN M. METZ                         0.90          45.00      -9,472.50
  142 TIMOFEY S. KRAVETS                      9.40         938.00      -8,534.50
  48  Kenneth Mann                            0.60         165.00      -8,369.50
  56  Hugh Whyte                              1.00         275.00      -8,094.50
  63  Betteann Norris                         0.30          30.00      -8,064.50
  75  Bob Seibel                              9.00       1,800.00      -6,264.50
  83  Randall Franzen                         4.00       1,000.00      -5,264.50
                                          --------    ------------
         ** TOTAL                            84.50      -5,264.50


  * CHARGEABLE FEES SUMMARY BY CTRL DATE     HOURS         AMOUNT          TOTAL
             10/31/13                         0.00      -1,000.00      -1,000.00
             11/30/13                         0.50        -950.00      -1,950.00
             12/31/13                         4.20          20.00      -1,930.00
             01/31/14                         1.50        -790.00      -2,720.00
             02/28/14                        24.90      -3,955.00      -6,675.00
             03/31/14                         3.60        -517.00      -7,192.00
             04/30/14                         0.00      -1,000.00      -8,192.00
             05/31/14                         6.10         -59.00      -8,251.00
             06/30/14                         5.40        -106.00      -8,357.00
             07/31/14                        24.20       3,345.00      -5,012.00
             08/31/14                        13.10         622.50      -4,389.50
             09/30/14                         1.00        -875.00      -5,264.50
                                          --------    ------------
         ** TOTAL                            84.50      -5,264.50


-------------------------------------------------------------------------------
26 Sep 2014 09:28              DWIP SORT ON CLIENT ID    5261 /        PAGE: 52
```

CONFIDENTIAL

VOYNOW_024459

```
                        Voynow, Bayard, Whyte and Company, LLP              v.7.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                         SORT ON CLIENT ID * SELECTED CLIENTS

5261  /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                                    DEBBIE
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE    HRS     AMOUNT  SEQ#   ACTION
----------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

06/30/14 06/12/14  2 93 Hugh Whyte           56  275    1.00    275.00  43440 B H T:

           56  Hugh Whyte                             1.00    275.00

        REVIEW Partner Review                          1.00    275.00

01/31/14 01/02/14  5 21 KAITLYN M. METZ     139   50   0.70     35.00  21047 B H T:
                   LIFO RESERVE ADJUSTMENT
01/31/14 01/03/14  5 21 KAITLYN M. METZ     139   50   0.20     10.00  21054 B H T:
                   LIFO RESERVE

          139  KAITLYN M. METZ                        0.90     45.00

01/31/14 01/02/14  5 21 Kenneth Mann         48  275   0.20     55.00  26303 B H T:
                   Lifo supervise Kaitlyn
01/31/14 01/06/14  5 21 Kenneth Mann         48  275   0.20     55.00  26334 B H T:
                   Lifo
01/31/14 01/09/14  5 21 Kenneth Mann         48  275   0.20     55.00  26350 B H T:
                   factory statements - LIFO

           48  Kenneth Mann                           0.60    165.00

        BUSTAX LIFO Computations                       1.50    210.00

03/31/14 03/03/14  5 60 DAVID KUMOR         136  110   0.60     66.00  29006 B H T:
                   EXTENSIONS
03/31/14 03/10/14  5 60 DAVID KUMOR         136  110   0.10     11.00  29538 B H T:
                   PUTTING IN FOR E FILE

          136  DAVID KUMOR                            0.70     77.00

03/31/14 02/25/14  5 60 TIMOFEY S. KRAVETS  142   80   0.10      8.00  27840 B H T:
                   Prepared federal extension form 7004 in gosystems

          142  TIMOFEY S. KRAVETS                     0.10      8.00

        BUSTAX Income Tax Project & Ex                 0.80     85.00

05/31/14 05/15/14  5 61 DAVID KUMOR         136  110   2.50    275.00  41369 B H T:
                   STARTING RETURN
06/30/14 06/02/14  5 61 DAVID KUMOR         136  110   2.60    286.00  43090 B H T:
                   UPDATING RETURN

          136  DAVID KUMOR                            5.10    561.00

08/31/14 07/31/14  5 61 Betteann Norris      63  100   0.30     30.00  51372 B H T:
                   process tax returns

           63  Betteann Norris                        0.30     30.00

        BUSTAX Federal Tax Return Prep                 5.40    591.00

12/31/13 11/27/13  5 68 VINCENT BUCOLO      135  100   0.20     20.00  16529 B H T:

          135  VINCENT BUCOLO                         0.20     20.00
----------------------------------------------------------------------------------------
26 Sep 2014 09:28          DWIP SORT ON CLIENT ID    5261  /           PAGE: 53
```

CONFIDENTIAL

VOYNOW_024460