# EXHIBIT 55

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                        VIVIAN              718-279-1800
-----------------------------------------------------------------------------------
                    * *  FEE & EXPENSE SUMMARIES   * *
```

| * CHARGEABLE FEES SUMMARY BY WORK CODE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| BUSINESS TAX ENGAGEMENTS | 111.60 | 22,022.50 | 22,022.50 |
| INTERIM SERVICES | 65.10 | 11,460.00 | 33,482.50 |
| PERSONAL TAX RETURN SERVICES | 2.00 | 500.00 | 33,982.50 |
| SPECIAL PROJECTS-MUST USE MEMO | 31.20 | 7,725.00 | 41,707.50 |
| SYSTEM GENERATED FEES | 0.00 | -38,015.00 | 3,692.50 |
| **TOTAL | 209.90 | 3,692.50 | |

| * CHARGEABLE FEES SUMMARY BY STAFF | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| | 0.00 | -38,015.00 | -38,015.00 |
| 124 Brett Bausinger | 23.20 | 2,320.00 | -35,695.00 |
| 127 RAFAEL VARGAS | 0.50 | 55.00 | -35,640.00 |
| 132 DOROTHEA BURCH | 0.20 | 10.00 | -35,630.00 |
| 134 MEGAN WAGNER | 0.50 | 50.00 | -35,580.00 |
| 135 VINCENT BUCOLO | 1.00 | 100.00 | -35,480.00 |
| 136 DAVID KUMOR | 10.60 | 1,060.00 | -34,420.00 |
| 48  Kenneth Mann | 0.50 | 125.00 | -34,295.00 |
| 63  Betteann Norris | 0.30 | 22.50 | -34,272.50 |
| 75  Bob Seibel | 88.50 | 16,815.00 | -17,457.50 |
| 83  Randall Franzen | 84.60 | 21,150.00 | 3,692.50 |
| **TOTAL | 209.90 | 3,692.50 | |

| * CHARGEABLE FEES SUMMARY BY CTRL DATE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| 01/31/11 | 0.00 | -1,000.00 | -1,000.00 |
| 02/28/11 | 0.00 | -1,000.00 | -2,000.00 |
| 03/31/11 | 0.00 | -1,000.00 | -3,000.00 |
| 04/30/11 | 0.00 | -1,000.00 | -4,000.00 |
| 05/31/11 | 0.00 | -1,000.00 | -5,000.00 |
| 06/30/11 | 0.00 | -1,000.00 | -6,000.00 |
| 07/31/11 | 0.00 | -1,000.00 | -7,000.00 |
| 08/31/11 | 0.00 | -1,000.00 | -8,000.00 |
| 09/30/11 | 0.00 | -1,000.00 | -9,000.00 |
| 10/31/11 | 8.70 | 1,105.00 | -7,895.00 |
| 11/30/11 | 17.50 | 2,505.00 | -5,390.00 |
| 12/31/11 | 1.00 | -810.00 | -6,200.00 |
| 01/31/12 | 34.70 | 6,165.00 · | -35.00 |
| 02/29/12 | 9.00 | -6,450.00 | -6,485.00 |
| 03/31/12 | 4.00 | -180.00 | -6,665.00 |
| 04/30/12 | 11.20 | 1,740.00 | -4,925.00 |
| 05/31/12 | 30.60 | 4,370.00 | -555.00 |
| 06/30/12 | 34.40 | -3,275.00 | -3,830.00 |
| 07/31/12 | 6.80 | 587.50 | -3,242.50 |
| 08/31/12 | 1.50 | -625.00 | -3,867.50 |
| 09/30/12 | 50.50 | 7,560.00 | 3,692.50 |
| **TOTAL | 209.90 | 3,692.50 | |

EXHIBIT
84
1/31/23  L.R

```
-----------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID      5267  /          PAGE: 71
```

VOYNOW_024898