# EXHIBIT 56

```
                                                                                    v.6.00
                           Voynow, Bayard, Whyte and Company, LLP
                       DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                                SORT ON CLIENT ID * SELECTED CLIENTS
                                                                                 718-279-1800
  5267 /         GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
  STAR TOYOTA/                                                   VIVIAN
  CDATE    WDATE    WORK(CODE)  STAFF NAME        SID  RATE   HRS      AMOUNT  SEQ#  ACTION
  ---------------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/       * *
                                                              0.20    10.00 923783  B H T:
  01/31/12 01/09/12  5 21 DOROTHEA BURCH          132   50
                          fax LIFO entry
                                                              0.20    10.00
               132 DOROTHEA BURCH
                                                 136   100    0.50    50.00 940186  B H T:
  05/31/12 05/09/12  5 21 DAVID KUMOR
                          LIFO CALCULATIONS
                                                              0.50    50.00
               136 DAVID KUMOR
                                                  48   250    0.30    75.00 936964  B H T:
  01/31/12 01/06/12  5 21 Kenneth Mann
                          LIFO                    48   250    0.20    50.00 936982  B H T:
  01/31/12 01/10/12  5 21 Kenneth Mann
                          LIFO
                                                              0.50   125.00
                48  Kenneth Mann
                                                              1.20   185.00
             BUSTAX LIFO Computations
                                                 124   100    0.60    60.00 943685  B H T:
  06/30/12 06/06/12  5 60 Brett Bausinger        124   100    0.50    50.00 943698  B H T:
  06/30/12 06/07/12  5 60 Brett Bausinger
                                                              1.10   110.00
               124 Brett Bausinger
                                                              1.10   110.00
         BUSTAX Income Tax Project & Ex
                                                 136   100    2.20   220.00 940953  B H T:
  05/31/12 05/14/12  5 61 DAVID KUMOR
                          TAX RETURN              136   100    1.70   170.00 940954  B H T:
  05/31/12 05/15/12  5 61 DAVID KUMOR
                          FINSISHING UP TAX RETURN
                                                 136   100    0.50    50.00 942161  B H T:
  05/31/12 05/23/12  5 61 DAVID KUMOR
                          UPDATING RETURN         136   100    1.60   160.00 942164  B H T:
  05/31/12 05/25/12  5 61 DAVID KUMOR
                          UPDATING RETURN
                                                              6.00   600.00
               136 DAVID KUMOR
                                                  63    75    0.30    22.50 946827  B H T:
  07/31/12 06/25/12  5 61 Betteann Norris
                          process tax return
                                                              0.30    22.50
                63  Betteann Norris
                                                              6.30   622.50
         BUSTAX Federal Tax Return Prep
                                                  83   250    1.00   250.00 936625  B H T:
  03/31/12 03/14/12  5 66 Randall Franzen
                          calls to NYS to go over and try to figure out
                          what 211 10/34 Jamaaica ave is and called the
                          dissoulation dept on
                          what to do
                                                              1.00   250.00
                83  Randall Franzen
                                                              1.00   250.00
         BUSTAX Tax Notice Response
                                                  75   190    0.50    95.00 916243  B H
  11/30/11 11/02/11  5 68 Bob Seibel
  -------------------------------------------------------------------------------------
  12 Oct 2012 10:39              DWIP SORT ON CLIENT ID      5267 /          F
```



EXHIBIT 86
2/8/23

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                     SORT ON CLIENT ID * SELECTED CLIENTS

5267  /         GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83   56
STAR TOYOTA/                                         VIVIAN              718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE  HRS     AMOUNT   SEQ# ACTION
----------------------------------------------------------------------------------
                 * *  CHARGEABLE FEES  BY CODES/STAFF/       * *
                     Set up visit.
11/30/11 11/17/11  5 68 Bob Seibel          75  190    7.00   1,330.00 918386 B H T:   T/P
                     Tax planning visit.
11/30/11 11/18/11  5 68 Bob Seibel          75  190    7.00   1,330.00 918387 B H T:   T/P
                     Tax planning visit.
12/31/11 12/09/11  5 68 Bob Seibel          75  190    1.00     190.00 919910 B H T:

           75   Bob Seibel                        15.50   2,945.00

11/30/11 11/17/11  5 68 Randall Franzen     83  250    2.00     500.00 919640 B H T:   T/P
                     then drive to NY to do tax planning
11/30/11 11/25/11  5 68 Randall Franzen     83  250    1.00     250.00 919656 B H T:   Estate
                     calls from Mike to go over Sr info apprasial info

           83   Randall Franzen                    3.00     750.00

       BUSTAX Tax Planning                        18.50   3,695.00

10/31/11 10/10/11  5 69 RAFAEL VARGAS      127  110    0.50      55.00 911906 B H T:
                     SCANNING 2010 FED TAX RETURNS.

          127   RAFAEL VARGAS                      0.50      55.00

01/31/12 01/06/12  5 69 Bob Seibel          75  190    0.50      95.00 921951 B H T:
                     engagement letter.
01/31/12 01/25/12  5 69 Bob Seibel          75  190    8.50   1,615.00 926357 B H T:   Y/E
                     Year end visit.
01/31/12 01/26/12  5 69 Bob Seibel          75  190    8.50   1,615.00 926358 B H T:   Y/E
                     Year end visit.
01/31/12 01/27/12  5 69 Bob Seibel          75  190    7.00   1,330.00 926359 B H T:   Y/E
                     Year end visit.
02/29/12 02/04/12  5 69 Bob Seibel          75  190    0.50      95.00 926391 B H T:
                     Follow up from visit.
02/29/12 02/21/12  5 69 Bob Seibel          75  190    0.50      95.00 930345 B H T:
                     Extension
02/29/12 02/22/12  5 69 Bob Seibel          75  190    2.00     380.00 930357 B H T:
                     Go over info with Vivian.
02/29/12 02/23/12  5 69 Bob Seibel          75  190    1.00     190.00 930363 B H T:
                     Lifo issues.
02/29/12 02/24/12  5 69 Bob Seibel          75  190    1.00     190.00 930315 B H T:
                     Revised Lifo & post entries.
03/31/12 03/01/12  5 69 Bob Seibel          75  190    0.50      95.00 930102 B H T:
                     E-file extension
03/31/12 03/06/12  5 69 Bob Seibel          75  190    2.50     475.00 935625 B H T:
                     Bank questions.
04/30/12 03/30/12  5 69 Bob Seibel          75  190    1.00     190.00 934989 B H T:
                     Go through 1099's from Carmen.
05/31/12 05/07/12  5 69 Bob Seibel          75  190    0.50      95.00 942080 B H T:
                     Go through info with DK
05/31/12 05/10/12  5 69 Bob Seibel          75  190    2.00     380.00 942099 B H T:
                     Go through w/p
05/31/12 05/11/12  5 69 Bob Seibel          75  190    1.00     190.00 942109 B H T:
                     Go over Job & T/R
05/31/12 05/14/12  5 69 Bob Seibel          75  190    1.00     190.00 942119 B H T:
                     Go over Job & T/R
----------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID     5267 /         PAGE: 73
```

CONFIDENTIAL                                                    VOYNOW_024900