# EXHIBIT 57

| | |
|---|---|
| **Date:** | Fri, 3 Dec 2010 11:30:00 PM (UTC) |
| **Sent:** | Fri, 3 Dec 2010 11:30:50 PM (UTC) |
| **Subject:** | Star Nissan interim letter |
| **From:** | Randy Franzen |
| **To:** | 'mkoufakis@gmail.com' <mkoufakis@gmail.com>; |
| **CC:** | 'gomona05@aol.com' <gomona05@aol.com>; |
| **Attachments:** | STAR NISSAN INTERIM LETTER.pdf |

Mike

See attached interim letter for Nissan.  I will email Toyota letter Monday

If you have any question please do not hesitate to contact us.

Rand

PS Vivian please give a copy to John. Thanks



VOYNOW_003879

**Voynow, Bayard and Company**

Certified Public Accountants
Northbrook Corporate Center
1210 Northbrook Dr. Suite 140 • Trevose, PA 19053
Tel: 215-355-8000 • Fax: 215-396-2000
www.voynowbayard.com

PARTNERS:
ROBERT H. BAYARD, CPA
KENNETH MANN, CPA
HUGH WHYTE, CPA

RANDALL E. FRANZEN, CPA
DAVID A. KAPLAN, CPA
STEVEN W. WHITE, CPA

PAUL VOYNOW, CPA

November 22, 2010

Mr. John Koufakis
Star Nissan, Inc.
206-26 Northern Boulevard
Bayside, NY 13361

Dear Mr. Koufakis:

The following is a summary of our most recent visit to your
Star Nissan dealership.

OPEN PARTS TICKETS - STAR NISSAN
We reviewed the open parts invoices (2527) report noting,
there are many pages of open invoices. This open parts invoice
list is very similar to the open repair order list. What the
list is telling us is there are parts that have been given out,
or ordered for someone, or parts not yet picked up by the
customer but the invoice was never closed. This list must be
reviewed weekly and parts invoices closed out, updated to
accounting and the money collected. This report gives your parts
department the ability to give credit to employees, customers,
wholesalers, etc. who do not have a charge account with the
dealership without anyone knowing it. We recommend management
review the parts department current procedures to determine why
the parts department is extending credit without owner
permission. Why are they leaving so many open parts invoices in
this schedule. You should institute a policy that no parts leave
the dealership with out being paid for or charged to a valid
charge account. Most all of these employees, customers,
wholesalers, etc. have credit cards so no part should be given
out without payment in full. Based on so many open parts
invoices we just listed out the employees (see below) who have
taken the parts and have not paid for them. We recommend
management print out a new list (2527) and go through it with the
parts department and collect the money due and close out each
parts invoice.

| INV # | CUSTOMER | DATE | AMOUNT | COMMENT |
|---|---|---|---|---|
| 414918 | STEVEN HAUSMAN | 10/08/09 | 1,662.50 | Service manager, researching parts warranty. |

MEMBER • AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
MEMBER • PENNSYLVANIA INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

VOYNOW_003880
CONFIDENTIAL

Mr. John Koufakis
November 1, 2010
Page 2

OPEN PARTS TICKETS - STAR NISSAN (Continued)

| INV # | CUSTOMER | DATE | AMOUNT | COMMENT |
|---|---|---|---|---|
| 426147 | MANOJ SHAMSUNDAR | 02/23/10 | 105.59 | Employee picked-up parts, to be paid for. |
| 426706 | G JUJU MAHABIR | 03/02/10 | 38.32 | Parts returned to manufacturer. |
| 431846 | WENDY G. | 04/26/10 | 66.10 | Waiting for customer to pick-up. |
| 438438 | STEVEN WONG | 07/02/10 | 159.99 | Waiting for customer to pick-up. |
| 442423 | G JUJU MAHABIR | 08/16/10 | 25.65 | Waiting for customer to pick-up. |
| 445051 | DAVID DIOUME | 09/16/10 | 266.75 | Waiting for customer to pick-up. |
| 447132 | RETAIL CASH SALES | 10/09/10 | 193.15 | Adjustment account for parts discrepancies. |
| 447402 | STEVEN HAUSMAN | 10/13/10 | 113.26 | Service manager, parts picked-up, to be paid for. |
| 448183 | ROY RAMPERSAUD | 10/20/10 | 143.04 | Employee parts order, waiting for 3rd part to arrive (verified other 2 parts were still here). |
| 448768 | JIMMY ZENG | 10/26/10 | -0- | Employee parts order, waiting for parts to arrive. |

CASH IN BANK - MARATHON OPERATING ACCOUNT
    We checked the September 30, 2010 operating account bank reconciliation and noted it to be reconciled with no differences. We were able to trace all deposits in transit to the related source documents that tie to the deposit.

Voynow, Bayard & Company • Certified Public Accountants • Northbrook Corporate Center • 1210 Northbrook Dr. Suite 140 • Trevose, PA 19053

VOYNOW_003881
CONFIDENTIAL

Mr. John Koufakis
November 1, 2010
Page 3

CASH IN BANK - DMV ACCOUNT
     We checked the account and noted it was reconciled as of
September 30, 2010 with no outstanding deposits in transit.

CASH IN BANK - MARATHON PAYROLL ACCOUNT
     We checked the account and noted it was reconciled as of
September 30, 2010 with no outstanding deposits in transit.

CASH IN BANK - MARATHON REFUND ACCOUNT
     We checked the account and noted it was reconciled as of
September 30, 2010 with one outstanding deposit in transit in the
amount of $10,000 which clears the bank in October.

CONTRACTS IN TRANSIT
     We reviewed an interim schedule of contracts in transit and
noted the following aged items:

| CTRL # | CUSTOMER | DAYS AGED | AMOUNT | COMMENT |
|--------|----------|-----------|--------|---------|
| 72465 | So Y Lim | 47 | $26,860.90 | F&I departments is working on this contract. |
| 87266 | Haren Jani | 35 | 14,008.69 | Deal was re-contracted. |
| 47240 | Highland Liquor, Inc. | 30 | 20,207.79 | Deal will be funded. |
| 26051 | Jessica M Merkl | 27 | 16,192.08 | Deal will be funded. |
| 87381 | Cindy G Panico | 27 | 27,839.44 | Deal will be funded. |
| 87404 | Rong An | 27 | 33,519.00 | Deal will be funded. |
| 87446 | John K Park | 16 | 38,470.91 | Deal will be funded. |
| 87453 | Stephen P Dimaio | 16 | 18,810.64 | Deal will be funded. |
| 87478 | Annmarie Persaud | 16 | 20,703.36 | Deal will be funded. |
| 87481 | Kamal Chowdhury | 16 | 16,823.48 | Deal will be funded. |
| 987488 | Yong Ho Lee | 15 | 21,656.40 | Deal will be funded. |
| 87500 | Maria A Hyland | 15 | 30,565.13 | Deal will be funded. |

VOYNOW_003882
CONFIDENTIAL

Mr. John Koufakis
November 1, 2010
Page 4

CONTRACTS IN TRANSIT (Continued)

| CTRL # | CUSTOMER | DAYS AGED | AMOUNT | COMMENT |
|---|---|---|---|---|
| 87467 | Kathleen F Raphael-Labranche | 14 | 12,414.25 | Deal will be funded. |
| 8066 | Godofredo S Manicad | 13 | 20,304.93 | Deal will be funded. |
| 87507 | Rowshanara Biswas | 13 | 22,210.67 | Deal will be funded. |

ACCOUNTS RECEIVABLE - PARTS AND SERVICE
We reviewed an interim schedule of accounts receivable parts and service and noted the following aged outstanding receivables:

| REF # | CUSTOMER NAME | TOTAL BALANCE | 90-120+ | COMMENT |
|---|---|---|---|---|
| 149 | Koeppel Nissan, Inc. | $1,005.03 | $ 530.13 | Amount will be collected per Carmen. |
| 150 | Nissan Motor Corp | 31.00 | 31.00 | Carmen to research balance. |
| 159 | 5 Star Auto Center | 1,552.56 | 147.04 | Amount will be collected per Carmen. |
| 204 | Clearway Automotive, Inc. | 2,917.29 | 931.91 | Amount will be collected per Carmen. |
| 249 | Ducks Auto Body, Inc. | 160.00 | 160.00 | Carmen to research balance. |
| 315 | Auburndale Tire, Inc. | 3,806.16 | 3,854.89 | Carmen will offset against A/P balance to this vendor. |
| 814 | Firestone Tire & Service Center | 179.92 | 179.92 | Carmen to research balance. |

VOYNOW_003883
CONFIDENTIAL

Mr. John Koufakis
November 1, 2010
Page 5

ACCOUNTS RECEIVABLE - PARTS AND SERVICE (Continued)

| REF # | CUSTOMER NAME | TOTAL BALANCE | 90-120+ | COMMENT |
|-------|---------------|---------------|---------|---------|
| 1424 | Champion Collision | 3,220.85 | 1,531.63 | Carmen to research balance. |
| 2691 | Central Auto Repair | 371.60 | 371.60 | Carmen to research balance. |
| 5107 | S&P Return Checks | 5,018.03 | 4,767.85 | Carmen needs to research these bounced checks, but she believes she will be able to recover this money. |
| 10166 | Elrac | 3,853.96 | 3,853.96 | Carmen is leaving this balance on the books in the hope of future collection. |
| 13662 | Tony Bhatnagar | 486.40 | 486.40 | Carmen to research balance. |
| 19458 | Long Island City Hyundai | 641.05 | 186.51 | Amount will be collected per Carmen. |
| 21434 | Toyota Extra Care | 85.58 | 53.57 | Carmen to research balance. |
| 32838 | Jian "Janis" Guo | 1,457.01 | 1,457.01 | Carmen to research balance. |
| 35540 | Jack " Dave" Rofe | 184.81 | 184.81 | Carmen to research balance. |
| 35639 | Paul A Corley | 119.00 | 119.00 | Carmen to research balance. |
| 44033 | Great Neck Auto Tech | 136.54 | 136.54 | Amount will be collected per Carmen. |
| 47380 | Alldata | 168.76 | 168.76 | Posting error that Carmen will correct. |

Voynow, Bayard & Company • Certified Public Accountants • Northbrook Corporate Center • 1210 Northbrook Dr. Suite 140  •  Trevose, PA 19053

VOYNOW_003884
CONFIDENTIAL

Mr. John Koufakis
November 1, 2010
Page 6

ACCOUNTS RECEIVABLE - PARTS AND SERVICE (Continued)

| REF # | CUSTOMER NAME | TOTAL BALANCE | 90-120+ | COMMENT |
|-------|---------------|---------------|---------|---------|
| 47853 | Toyota Motors Inc Warranty | 1,130.91 | 1,130.91 | Carmen to research balance. |
| 49200 | Dealer Tire | 93.00 | 93.00 | Per Carmen this amount needs to be written off. |
| 55242 | Sharone Stern | 1,255.00 | 1,255.00 | This was to be a credit card payment that Carmen needs to research. |
| 57907 | Avery A Howard | 203.00 | 203.00 | Road Hazzard warranty that needs to be applied for. |
| 65406 | Easycare Warranty | 462.66 | 462.66 | Carmen to research balance. |
| 65787 | Nicolaos Dembris | 2,100.00 | 2,100.00 | Customer damaged car, Carmen unsure who is liable. |
| 69998 | Anna "Danny" Barcos | 183.80 | 183.80 | Road Hazzard warranty that needs to be applied for. |
| 71103 | Angel Machuca | 57.70 | 57.70 | Carmen to research balance. |
| 71147 | Ch-Wen Management | 1,750.00 | 1,750.00 | Carmen to charge against A/P account. |
| 75135 | Daniella T-Alexandre | 252.61 | 525.61 | Carmen to research balance. |
| 79341 | Kevin Hicks | 37.33 | 37.33 | Posting error Carmen will correct. |
| 79654 | Yimy Arenas-Canas | 3,929.63 | 3,929.63 | Employee, Carmen will move against employee advance and deduct from payroll. |

Voynow, Bayard & Company • Certified Public Accountants • Northbrook Corporate Center • 1210 Northbrook Dr. Suite 140 • Trevose, PA 19053

VOYNOW_003885
CONFIDENTIAL

re6

uip

Mr. John Koufakis
November 1, 2010
Page 7

ACCOUNTS RECEIVABLE - PARTS AND SERVICE (Continued)

| REF # | CUSTOMER NAME | TOTAL BALANCE | 90-120+ | COMMENT |
|---|---|---|---|---|
| 79724 | Jeffrey Kim | 100.00 | 100.00 | Carmen to research balance. |
| 80475 | Derrick Binns | 87.05 | 87.05 | Per Carmen this amount needs to be written off. |
| 81986 | Teddy Nissan LLC | 320.00 | 320.00 | Per Carmen this amount needs to be written off. |
| 83624 | Yorktown Auto Body | 9.76 | 9.76 | Payment difference, probably should be written off. |
| 85084 | Tahir Husain | 300.00 | 300.00 | Carmen to research balance. |
| 85175 | Austin J Scott | 429.13 | 429.13 | Carmen spoke with customer, supposed to send check. |
| 86083 | Sandra "Arthur" Ellner | 1,788.00 | 1,788.00 | Warranty, will be collected. |
| 350993 | APCO | 233.30 | 233.30 | Easycare warranty. |

WARRANTY CLAIMS RECEIVABLE
    We reviewed an interim schedule of warranty claims receivable and noted the following warranty claims open longer than 30 days:

| REF # | AMOUNT | COMMENT |
|---|---|---|
| 353462 | $250.00 | R.O. problem on voucher, needs to be charged back to service department. |
| 357878 | 245.08 | R.O. problem on voucher, needs to be charged back to service department. |
| 360798 | 735.54 | R.O. problem on voucher, needs to be charged back to service department. |
| 362249 | 221.73 | R.O. problem on voucher, needs to be charged back to service department. |
| 371447 | 14.98 | Charge back to parts. |
| 341673 | 78.74 | Charge back to parts. |
| 371703 | 150.00 | Charge back to service. |

VOYNOW_003886
CONFIDENTIAL

Mr. John Koufakis
November 1, 2010
Page 8

WARRANTY CLAIMS RECEIVABLE (Continued)

| REF # | AMOUNT | COMMENT |
|---|---|---|
| 371774 | 78.74 | Charge back to parts. |
| 371780 | 6.98 | Charge back to parts. |
| 371788 | 78.74 | Charge back to parts. |
| 371818 | 78.74 | Charge back to parts. |
| 371902 | 78.74 | Charge back to parts. |
| 371959 | 8.95 | Charge back to parts. |
| 372054 | 94.98 | Charge back to parts. |
| 372098 | 19.97 | Charge back to parts. |
| 372187 | 7.16 | Charge back to parts. |
| 372200 | 13.99 | Charge back to parts. |
| 372296 | 82.50 | Charge back to parts. |

NISSAN SERVICE CONTRACTS RECEIVABLE

We reviewed an interim schedule of Nissan service contracts receivable and noticed several aged receivable balances listed as Nissan Customer Reimbursements.  Carmen needs to research these balances to determine who owes the money and how it is to be collected.  The balances are all over 91 days old and are as follows:

| REF # | AMOUNT |
|---|---|
| 359272 | $200.00 |
| 396407 | 25.00 |
| 364600 | 100.00 |
| 366186 | 29.95 |
| 367100 | 57.71 |
| 367380 | 40.00 |

EASYCARE SERVICE CONTRACTS RECEIVABLE

We reviewed an interim schedule of Easycare service contracts receivable and noted several aged receivable balances. Carmen needs to research these amounts to determine how and if these will be paid.  The balances are as follows:

| REF # | AMOUNT |
|---|---|
| 354500 | $453.54 |
| 355946 | 548.78 |
| 356765 | 631.31 |
| 357823 | 15.00 |
| 358814 | 282.74 |
| 363525 | 668.01 |
| 363526 | 324.44 |
| 365130 | 546.15 |
| 366102 | 441.25 |
| 369198 | 92.40 |

VOYNOW_003887
CONFIDENTIAL

Mr. John Koufakis
November 1, 2010
Page 9

**INTERSTATE NATIONAL DEALER SERVICES SERVICE CONTRACTS RECEIVABLE**
We reviewed an interim schedule of Interstate National Dealer Services service contracts receivable and noted that all of the open balances were aged over 91 days.  Carmen needs to research these items to determine how and if these will be paid. These balances are as follows:

| REF # | AMOUNT |
|-------|--------|
| 351681 | $904.35 |
| 354866 | 368.75 |
| 361560 | 73.10 |
| 362034 | 501.97 |

**WE OWE ON DELIVERY**
We reviewed an interim schedule of we owe on delivery and noted the following items:

| STOCK # | AMOUNT | COMMENT |
|---------|--------|---------|
| 2009CONT | $ (5,415.30) | |
| 15112 | (1,420.00) | |
| 78654 | (541.87) | Contract difference. |
| CKS0310 | (9,949.84) | Bank Rec item. |
| CKS0410 | (14,729.18) | Bank Rec item. |
| COLLINS | 94,853.18 | Lawsuit, potential expense. |
| MISSING | (200.00) | |
| NOVAIR | 10,699.75 | Insurance claim for A/C service. |
| PRVK10 | (10,912.12) | |
| STAPLES | (1,000.00) | |
| THEFT | 420.14 | Possible expense. |
| WARR2 | (1,900.00) | |
| WASHER4 | (184.11) | |
| WIIP1009 | 872.18 | WIP difference. |
| WIP 1009 | (4,859.38) | WIP difference. |
| WIP | (5,000.00) | WIP difference. |

Per Vivian, she will research all of these items in order to determine what, if anything, needs to be done by year end.

**NISSAN REBATES AND INCENTIVES RECEIVABLE**
We reviewed an interim schedule of rebates and incentives receivable and noted that there are many open items that need to be researched to determine if there is any income or expense that needs to be picked up by year end.  A summary of the schedule is as follows:

VOYNOW_003888
CONFIDENTIAL

Mr. John Koufakis
November 1, 2010
Page 10

NISSAN REBATES AND INCENTIVES RECEIVABLE (Continued)

| AGE | # OF ITEMS | AMOUNT | COMMENT |
|---|---|---|---|
| 0-30 | 65 | $94,520.00 | This amount includes $61,920 for floorplan and $15,000 for retro. |
| 31-36 | 33 | (4,400.00) | |
| 61-90 | 25 | 3,650.00 | This amount includes $6,400 for retro. |
| 91+ | 24 | (38,800.00) | This amount includes (34,050) in a control labeled EXTRA. |
| | | $54,970.00 | |

EXTENDED WARRANTY ACCOUNTS PAYABLE
    We reviewed an interim schedule of extended warranty accounts payable and noted that there are many open aged items. Carmen needs to research this schedule to determine if any items need to be expensed, taken to income, refunds need to be applied for or money needs to be refunded to customers.  A summary of the schedule is as follows:

| AGE | # OF ITEMS | AMOUNT |
|---|---|---|
| 0-30 | 35 | $(32,462.00) |
| 31-60 | 12 | (12,679.00) |
| 61-90 | 7 | (3,340.00) |
| 91-120 | 8 | (824.00) |
| 121+ | 45 | 7,304.93 |
| | | $(42,000.07) |

PREPAID OTHER
    We reviewed an interim schedule of prepaid other and noted the following open balances:

| REF# | AMOUNT | COMMENT |
|---|---|---|
| CHURCH | $ 15,000.00 | Donation to be expensed. |
| RESERVE101 | (42,500.00) | To be taken into income. |
| ROADLOANS | 4,166.66 | Will be spread over 6 months. |
| SC033110 | 75,050.00 | Service contract cost, expense. |
| WMP-DIVIDEND | (5,296.55) | Taking into income over time. |

Voynow, Bayard & Company • Certified Public Accountants • Northbrook Corporate Center • 1210 Northbrook Dr. Suite 140 • Trevose, PA 19053

VOYNOW_003889
CONFIDENTIAL

Mr. John Koufakis
November 1, 2010
Page 11

NEW VEHICLE INVENTORY
We reviewed an interim new vehicle inventory schedule and noted the following cars in inventory longer than 60 days:

| YEAR/MODEL | # OF CARS | AMOUNT |
|---|---|---|
| 09 Maxima | 1 | $    34,048.49 |
| 10 GT-R | 1 | 80,015.00 |
| 10 Altima | 23 | 494,708.98 |
| 10 Versa | 7 | 108,107.00 |
| 10 Murano | 12 | 396,971.49 |
| | | $1,113,850.96 |

The total new vehicle inventory in stock longer than 60 days represents approximately 16% of the total new vehicle inventory.


USED VEHICLE INVENTORY
We reviewed an interim used vehicle inventory schedule and noted the following cars in inventory longer than 90 days:

| STOCK# | YEAR/MAKE/MODEL | AMOUNT |
|---|---|---|
| 104 | 88 Nissan Pick Up | $   4,478.77 |
| 675 | 82 Ferrari 308 GTSI 5SP | 48,951.42 |
| 3009 | 89 Dodge Ram Wagon | 5,585.82 |
| 4853 | 93 Dodge Dakota | 3,050.00 |
| 5671 | 91 Ford Explorer | 10,223.60 |
| 6420 | 95 Plymouth Voyager | 5,303.65 |
| 8771 | 97 Nissan Pathfinder | 11,838.17 |
| 10002T | 98 Dodge Caravan | 1,965.00 |
| 11366T | 98 Ford Windstar | 746.87 |
| 11399 | 05 Nissan Pathfinder | 47,940.80 |
| 11421 | 67 Chevrolet Corvette | 79,925.20 |
| 11874 | 65 Ford Cobra | 28,983.50 |
| 12072 | 05 Bentley Continental | 143,176.34 |
| 12254T | 98 Chrysler Sebring | 700.00 |
| 12964T | 05 Lexus GX 470 | 36,154.55 |
| U13223T | 99 Plymouth Voyager | 800.00 |
| U13300T | 97 Nissan Quest | 500.00 |
| U13315 | 00 Saturn SL | 2,078.00 |
| U13388T | 01 Ford Explorer | 1,200.00 |
| U1341 | 65 Pontiac GTO | 34,612.52 |
| U13739T | 99 Chevrolet Malibu | 875.00 |
| U13787T | 01 Nissan Maxima | 1,500.00 |
| U13813T | 02 Mazda Millenia | 4,676.97 |
| U14024T | 97 Subaru Legacy | 336.50 |
| U14277T | 99 Jeep Cherokee | 1,666.64 |
| U14291 | 02 Subaru Impreza | 11,292.74 |

VOYNOW_003890
CONFIDENTIAL

Mr. John Koufakis
November 1, 2010
Page 12

USED VEHICLE INVENTORY (Continued)

| STOCK# | YEAR/MAKE/MODEL | AMOUNT |
|--------|-----------------|--------|
| U14312T | 91 Nissan Sentra | 100.00 |
| U14326 | 09 Nissan Altima | 13,747.69 |
| U14328T | 97 Toyota Camry | 250.00 |
| U14377T | 03 Toyota Corolla | 4,682.41 |
| U14417T | 00 Chevrolet Astro | 400.00 |
| U14436T | 99 Toyota Camry | 1,430.00 |
| U14442 | 05 Nissan Maxima | 12,097.07 |
| U14480 | 05 Dodge Caravan | 11,061.11 |
| U14497T | 93 Nissan Sentra | 300.00 |
| U14525T | 97 Ford Taurus | 100.00 |
| U14532T | 01 Mercedes E320 | 7,440.18 |
| U14541T | 05 Toyota Highlander | 13,350.00 |
| U14638T | 07 Honda Pilot | 22,055.00 |
| U14649 | 05 Nissan Xterra | 13,332.44 |
| U14709 | 05 Nissan Arnada | 8,933.96 |
| U14710T | 90 Toyota Corolla | 100.00 |
| U14748T | 06 Nissan Murano | 11,150.00 |
| U14765T | 96 Nissan Altima | 175.00 |
| U14818T | 01 Ford Mustang | 7,869.13 |
| U14865 | 08 Nissan Versa | 10,270.68 |
| U14873 | 05 Nissan Altima | 8,749.39 |
| U14877T | 99 Buick Century | 1,405.60 |
| U14906 | 99 Plymouth Prowler | 28,260.20 |
| U14910 | 05 Nissan Pathfinder | 14,985.37 |
| U14912 | 07 Dodge Charger | 14,115.00 |
| U14926 | 08 Chrysler Sebring | 13,585.00 |
| U14928T | 03 Nissan Altima | 3,026.40 |
| U14932 | 08 Nissan Rouge | 18,134.18 |
| U14949T | 00 Chrysler Town & Country | 2,525.00 |
| U14951T | 97 Pontiac Grand Prix | 1,200.00 |
| U14957T | 98 Honda Civic | 1,127.88 |
| U14965 | 07 Dodge Charger | 12,610.00 |
| U14977T | 06 Nissan Maxima | 14,970.00 |
| U14979 | 08 Acura ATL | 14,815.00 |
| U14981 | 08 Dodge Avenger | 8,052.68 |
| U14983 | 09 Nissan Versa | 9,390.00 |
| U14989T | 07 Nissan Maxima | 13,380.11 |
| U14990T | 07 Ford Fusion | 11,545.00 |
| U14999T | 07 Dodge Charger | 12,075.00 |
| U15005 | 06 Mercedes C280 | 15,543.76 |
| U15057T | 07 Honda Accord | 12,010.00 |
| U15087T | 07 Hyundai Sonata | 8,515.00 |
| U15096T | 06 Toyota RAV4 | 10,885.00 |
| U15104T | 05 Chevrolet EQX | 6,042.17 |
| U15118 | 04 Audi A4 | 12,305.00 |

VOYNOW_003891
CONFIDENTIAL

Mr. John Koufakis
November 1, 2010
Page 13

USED VEHICLE INVENTORY (Continued)

| STOCK# | YEAR/MAKE/MODEL | AMOUNT |
|--------|-----------------|--------|
| U15121T | 08 Nissan Rouge | 13,600.00 |
| U15122T | 03 Saturn Ion | 3,436.46 |
| U15123T | 07 Buick Lucern | 14,650.00 |
| U15128 | 05 Nissan Maxima | 11,798.40 |

$940,144.33

  The total used vehicle inventory aged over 90 days represents approximately 56% of the total used vehicle inventory.

OPEN REPAIR ORDERS
  We checked a schedule of open repair orders noting the following aged items:

| DATE | R.O. # | CUSTOMER | TYPE | AMOUNT |
|------|--------|----------|------|--------|
| 01/27/09 | 332490 | Mildred Vargas Lee | C | $ 729.00 |

  - Longtime customer, slowly paying bill, car gone.

| 09/24/10 | 348255 | Stem Cab | W | 603.00 |

  - Should receive warranty money soon.

| 01/22/10 | 355818 | Ronald Laureano | C | 202.00 |

  - Longtime customer, waiting on payment, car gone.

| 07/16/10 | 367274 | Marilyn Ilan | C | 482.00 |

  - Longtime customer, waiting on payment, car gone.

| 08/17/10 | 369759 | Charles Lamberta | W | 155.00 |

  - Waiting on warranty payment.

| 09/10/10 | 371541 | Stacie Miller | C | 125.00 |

  - Friend of service manager, car gone.

| 09/20/10 | 372220 | Leontine Mcpho | W | 1,153.00 |

  - Waiting on warranty payment.

| 09/21/10 | 372253 | Luis Gomes | W | 538.00 |

  - Waiting on warranty payment.

| 04/08/10 | 360556 | Sandra Rios | C | 266.00 |

  - Waiting for customer to approve work.

| 08/31/10 | 370863 | Kenneth Michaels | W | 213.00 |

  - Waiting on warranty payment.

| 09/03/10 | 371131 | NYC Police Dept. | W | 96.00 |

  - Waiting on warranty payment.

VOYNOW_003892
CONFIDENTIAL

Mr. John Koufakis
November 1, 2010
Page 14

OPEN REPAIR ORDERS (Continued)

| DATE | R.O. # | CUSTOMER | TYPE | AMOUNT |
|------|--------|----------|------|--------|
| 09/29/10 | 3372845 | Santana Pilarte | W | 158.00 |

- Waiting on warranty payment.

| 04/13/10 | 360805 | Ronald Laureano | C | 60.00 |

- Friends of service manager, car gone.

| 05/07/10 | 362507 | Goreo Auto Repair | W | 310.00 |

- Waiting on warranty payment.

| 05/11/10 | 362722 | Gloria Levensteim | C | 75.00 |

- Relative of service manager, car gone.

| 07/27/10 | 368006 | Alison Corbisiero | C | 23.00 |

- Friend of service manager, car gone.

| 07/29/10 | 368289 | Felix Urena | W | 236.00 |

- Waiting on warranty payment.

| 07/29/10 | 368291 | Advance Autosport | W | 280.00 |

- Waiting on warranty payment.

| 03/30/10 | 359918 | Juan Borbon | C | 23.00 |

- Friend of service manager, car gone.

| 04/02/10 | 360155 | Jerett Parver | C | 16.00 |

- Friend of service manager, car gone.

| 05/17/10 | 363055 | Juan Borbon | C | 29.00 |

- Friend of service manager, car gone.

| 06/16/10 | 365184 | Alison Corbisiero | C | 44.00 |

- Friend of service manager, car gone.

Very truly yours,

Voynow, Bayard and Company

Randall E. Franzen, CPA

RF/eb

Voynow, Bayard & Company · Certified Public Accountants · Northbrook Corporate Center · 1210 Northbrook Dr. Suite 140 · Trevose, PA 19053

VOYNOW_003893
CONFIDENTIAL