# EXHIBIT 58

```
                     Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                        SORT ON CLIENT ID * SELECTED CLIENTS

 5261  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR CHRYSLER PLYMOUTH JEEP/                                     DEBBIE
 CDATE     WDATE     WORK(CODE)    STAFF NAME     SID  RATE    HRS        AMOUNT     SEQ#    ACTION
 -------------------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

                  go to NY and do the year end

              83  Randall Franzen                              5.50       1,375.00

          BUSTAX Year End Tax Work                            21.40       4,072.00

 05/31/12 05/11/12  5 90 DAVID KUMOR              136  100     2.50         250.00 940199 B H T:
                        UPDATING TRAIL BALANCE
 05/31/12 05/15/12  5 90 DAVID KUMOR              136  100     1.30         130.00 940956 B H T:
                        UPDATING TRAIL BALANCE
 05/31/12 05/16/12  5 90 DAVID KUMOR              136  100     1.80         180.00 940960 B H T:
                        UPDATING TAX CODE REPORT

             136 DAVID KUMOR                                   5.60         560.00

          BUSTAX Trial Balance Data Inpu                       5.60         560.00

 06/30/12 06/15/12  5 97 Brett Bausinger          124  100     1.90         190.00 945293 B H T:
 06/30/12 06/19/12  5 97 Brett Bausinger          124  100     1.00         100.00 945955 B H T:

             124 Brett Bausinger                               2.90         290.00

          BUSTAX Math/Proof Report/Retur                       2.90         290.00

 05/31/12 05/03/12  5 99 DAVID KUMOR              136  100     1.20         120.00 939510 B H T:
                        UNICAP CALCULATIONS

             136 DAVID KUMOR                                   1.20         120.00

          BUSTAX Report Typing                                 1.20         120.00

 06/30/12 06/01/12  6 20 Brett Bausinger          124  100     5.00         500.00 943279 B H T:
                        write up of report on service

             124 Brett Bausinger                               5.00         500.00

          INTSER Service Dept Analysis                         5.00         500.00

 05/31/12 05/22/12  6 84 Betteann Norris           63   75     0.50          37.50 941826 B H T:
                        typed letter 1st draft and emailed to RF and RK,
                        made changes

              63  Betteann Norris                              0.50          37.50

          INTSER Letters to Client, Prep                       0.50          37.50

 06/30/12 06/04/12  8 32 MEGAN WAGNER             134  100     0.80          80.00 943816 B H T:
                        census

             134 MEGAN WAGNER                                  0.80          80.00

          Other Special Projects(detail)                       0.80          80.00

 06/30/12 05/31/12  8 34 ROBERT KIRKHOPE          118  150     7.00       1,050.00 942711 B H T:
                        INTERIM VISIT

 -------------------------------------------------------------------------------------------------
 12 Oct 2012 10:39              DWIP SORT ON CLIENT ID    5261  /           PAGE: 57
```



VOYNOW 024491
CONFIDENTIAL

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                         SORT ON CLIENT ID * SELECTED CLIENTS

 5261  /        GRP: STAR     PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR CHRYSLER PLYMOUTH JEEP/                              DEBBIE
 CDATE    WDATE     WORK(CODE)   STAFF NAME    SID RATE    HRS       AMOUNT    SEQ#  ACTION
 ---------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

               118  ROBERT KIRKHOPE                          7.00     1,050.00

          Internal Control Review                            7.00     1,050.00


           * *  TOTAL FEES                                  71.60    10,997.00


                         * *    DEBITS & CREDITS    * *

 01/31/11 01/31/11 99  3                                           -1,000.00 873880 ON HOLD
 02/28/11 02/28/11 99  3                                           -1,000.00 874099 ON HOLD
 03/31/11 03/31/11 99  3                                           -1,000.00 878439 ON HOLD
 04/30/11 04/30/11 99  3                                           -1,000.00 883712 ON HOLD
 05/31/11 05/31/11 99  3                                           -1,000.00 889342 ON HOLD
 06/30/11 06/30/11 99  3                                           -1,000.00 892672 ON HOLD
 07/31/11 07/31/11 99  3                                           -1,000.00 898294 ON HOLD
 08/31/11 08/31/11 99  3                                           -1,000.00 903590 ON HOLD
 09/30/11 09/30/11 99  3                                           -1,000.00 905803 ON HOLD
 10/31/11 10/31/11 99  3                                           -1,000.00 910637 B H T:
 11/30/11 11/30/11 99  3                                           -1,000.00 914708 B H T:
 12/31/11 12/31/11 99  3                                           -1,000.00 917947 B H T:
 01/31/12 01/31/12 99  3                                           -1,000.00 922566 B H T:
 02/29/12 02/29/12 99  3                                           -1,000.00 925043 B H T:
 02/29/12 02/29/12 99  3                                           -5,750.00 928033 B H T:
 03/31/12 03/31/12 99  3                                           -1,000.00 929011 B H T:
 04/30/12 04/30/12 99  3                                           -1,000.00 934168 B H T:
 05/31/12 05/31/12 99  3                                           -1,000.00 938948 B H T:
 06/30/12 06/30/12 99  3                                           -1,000.00 942399 B H T:
 07/31/12 07/31/12 99  3                                           -1,000.00 951121 B H T:
 08/31/12 08/31/12 99  3                                           -1,000.00 951671 B H T:
 09/30/12 09/30/12 99  3                                           -1,000.00 953629 B H T:

                                                                             ON HOLD
           * * TOTAL PROGRESS BILLS AND OTHER CREDITS        -26,750.00  (       0.00)


              FEES      EXPENSES    SUB-TOTAL    DB/CR     SUB-TOTAL    OFFSETS      NET WIP
           ----------  ----------  ----------  ----------  ----------  ----------  ----------
           10,997.00        0.00   10,997.00        0.00   10,997.00  -26,750.00  -15,753.00
                                                                                  ==========
```