# EXHIBIT 59

To: Randy Franzen[RFranzen@voynowbayard.com]
Cc: Michael Koufakis[mkoufakis@gmail.com]
From: Michael Koufakis[mkoufakis@gmail.com]
Sent: Fri 12/16/2016 7:55:06 AM Eastern Standard Time
Subject: Karouzakis Car Purchases

Please look into these deals to see where the cash came from.

3/26/16 Toyota Deal# 149700   VIN# GX537931

7/3/13 Toyota Deal# 130106   VIN# DU053129

11/10/11 Toyota Deal# 116944 VIN# 78201849

8/4/09 Nissan Deal# 78096 VIN# 9W181061



EXHIBIT
119
2/15/23   L.H.

Message

**From:** Randy Franzen [RFranzen@voynowbayard.com]
**Sent:** 12/16/2016 9:44:04 AM
**To:** Michael Koufakis [mkoufakis@gmail.com]
**Subject:** Re: Karouzakis Car Purchases

We will look into them and see what we can find

Sent from my iPhone

On Dec 16, 2016, at 7:55 AM, Michael Koufakis <mkoufakis@gmail.com> wrote:

Please look into these deals to see where the cash came from.

3/26/16 Toyota Deal# 149700    VIN# GX537931

7/3/13 Toyota Deal# 130106    VIN# DU053129

11/10/11 Toyota Deal# 116944 VIN# 78201849

8/4/09 Nissan Deal# 78096 VIN# 9W181061

CONFIDENTIAL
STAR00024244