# EXHIBIT 60

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                         SORT ON CLIENT ID * SELECTED CLIENTS

5267 /         GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83   56
STAR TOYOTA/                                        VIVIAN                   718-279-1800
 CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE   HRS      AMOUNT  SEQ#  ACTION
---------------------------------------------------------------------------------------
                    * *   CHARGEABLE FEES  BY CODES/STAFF/     * *
                    COST SEG
09/30/15 09/01/15  5 69 Bob Seibel          75  210   1.00     210.00 102938 B H T:   TPR
                    Tie out cost seg
09/30/15 09/02/15  5 69 Bob Seibel          75  210   1.50     315.00 102946 B H T:
                    tax return                                                        TPR
09/30/15 09/03/15  5 69 Bob Seibel          75  210   1.00     210.00 102958 B H T:
                    tax return                                                        TPR
09/30/15 09/08/15  5 69 Bob Seibel          75  210   1.00     210.00 103061 B H T:
                    Changes to 3115's.
09/30/15 09/09/15  5 69 Bob Seibel          75  210   0.50     105.00 103069 B H T:
                    tax return.                                                       TPR
09/30/15 09/10/15  5 69 Bob Seibel          75  210   2.00     420.00 103073 B H T:
                    3115's and in for processing.
09/30/15 09/11/15  5 69 Bob Seibel          75  210   0.50     105.00 103086 B H T:
                    out
09/30/15 09/14/15  5 69 Bob Seibel          75  210   0.50     105.00 104293 B H T:
                    Q

                    75   Bob Seibel                     49.80   10,173.00

11/30/14 11/26/14  5 69 Randall Franzen     83  275   2.00     550.00  66939 B H T:  PLAN
                    go to NY and do tax planning
01/31/15 01/20/15  5 69 Randall Franzen     83  275   8.50   2,337.50  73638 B H T:  Y/E
                    go to dealership in NY and do the year end
03/31/15 03/09/15  5 69 Randall Franzen     83  275   0.70     192.50  82167 B H T:
                    calls from Vivian to go over sitation at star
03/31/15 03/09/15  5 69 Randall Franzen     83  275   1.00     275.00  82183 B H T:
                    go over loans with the boys and if Mike get his
                    distributed or how was it handled and talk with
                    Mike on the phone
03/31/15 03/17/15  5 69 Randall Franzen     83  275   1.50     412.50  82213 B H T:  TPR
                    go over info for new cost seg company and what we
                    want to do and how to do it and Mike loan account
                    to distribution
03/31/15 03/24/15  5 69 Randall Franzen     83  275   0.50     137.50  82402 B H T:
                    call from Vivian to go over the hampton property
                    expenses
04/30/15 04/03/15  5 69 Randall Franzen     83  275   1.00     275.00  82572 B H T:
                    go over boys and business income and projsection
                    to see what they may need to pay
04/30/15 04/13/15  5 69 Randall Franzen     83  275   1.00     275.00  90111 B H T:
                    go over Mike kid info
05/31/15 05/07/15  5 69 Randall Franzen     83  275   1.00     275.00  90183 B H T:  TPR
                    go over cost seg info with source copr people in
                    the office
06/30/15 06/03/15  5 69 Randall Franzen     83  275   0.60     165.00  93818 B H T:  TPR
                    discuss the cost seg for the Star group
06/30/15 06/17/15  5 69 Randall Franzen     83  275   1.20     330.00  93847 B H T:  TPR
                    go over various items on the cost seg to get it
                    done
07/31/15 07/10/15  5 69 Randall Franzen     83  275   0.50     137.50  96182 B H T:  TPR
                    calls from Julio people about cost seg work
08/31/15 08/10/15  5 69 Randall Franzen     83  275   2.50     687.50  99673 B H T:
                    look over some of the misc Star returna dn
                    workpapers
---------------------------------------------------------------------------------------
06 Oct 2015 15:59                    DWIP SORT ON CLIENT ID   5267 /       PAGE: 78
```

CONFIDENTIAL



EXHIBIT 125
2/15/23 LH

VOYNOW_024857

```
                        Voynow, Bayard, Whyte and Company, LLP              v.7.00
                        DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                             SORT ON CLIENT ID * SELECTED CLIENTS

 5267 /         GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR TOYOTA/                                              VIVIAN             718-279-1800
  CDATE   WDATE    WORK(CODE) STAFF NAME      SID RATE   HRS       AMOUNT  SEQ#  ACTION
 --------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/    * *

                     go dealership in NY and do the year end work
 02/28/14 01/29/14  5 69 Randall Franzen     83   275    2.00      550.00  29335 B H T:
                     go dealership in NY and do the year end work
 02/28/14 02/12/14  5 69 Randall Franzen     83   275    1.00      275.00  30918 B H T:
                     calls and email from Source corp about which
                     entity is on Lifo like Fiat
 03/31/14 03/20/14  5 69 Randall Franzen     83   275    0.60      165.00  33210 B H T:
                     get dmeo info for Mike
 03/31/14 03/21/14  5 69 Randall Franzen     83   275    1.50      412.50  33219 B H T:
                     go over persoanl returns and check estimated
                     persoanl payments
 03/31/14 03/22/14  5 69 Randall Franzen     83   275    1.00      275.00  33222 B H T:
                     vivian kids return
 03/31/14 03/24/14  5 69 Randall Franzen     83   275    2.50      687.50  33282 B H T:
                     go over the Star boys extension and numbers
 03/31/14 03/26/14  5 69 Randall Franzen     83   275    0.60      165.00  33259 B H T:
                     get extesnion ready to go out
 04/30/14 03/31/14  5 69 Randall Franzen     83   275    1.00      275.00  33727 B H T:
                     calls from vivina to go over owners tax numbers
                     and Sr tax info we need
 04/30/14 04/02/14  5 69 Randall Franzen     83   275    1.10      302.50  33748 B H T:
                     get them all the extension together and get them
                     sent out
 04/30/14 04/11/14  5 69 Randall Franzen     83   275    0.60      165.00  36667 B H T:
                     get bank account info for NY tacx payments
 04/30/14 04/14/14  5 69 Randall Franzen     83   275    2.00      550.00  42521 B H T:
                     go over extension and find we need bank account
                     for Sr return and info on the kids returns calls
                     to Vivian to get
                     info and figure out what we can file and extend
 08/31/14 08/12/14  5 69 Randall Franzen     83   275    1.00      275.00  53132 B H T:
                     go over wrokpapers and tax return
 08/31/14 08/13/14  5 69 Randall Franzen     83   275    2.00      550.00  53137 B H T:
                     go over tax return and workpapers and get returns
                     sent out

              83  Randall Franzen                 25.00    6,787.50

         BUSTAX Year End Tax Work                 70.00   14,037.50

 02/28/14 02/01/14  5 90 DAVID KUMOR         136  110    0.50       55.00  24589 B H T:
                     LOOKING OVER TRAIL

             136 DAVID KUMOR                       0.50       55.00

 02/28/14 01/30/14  5 90 ERIC WOJCIECHOWSKI  143   75    3.00      225.00  23764 B H T:
                     TRIAL BALANCE DATA INPUT

             143 ERIC WOJCIECHOWSKI                3.00      225.00

         BUSTAX Trial Balance Data Inpu            3.50      280.00

 03/31/14 02/25/14  5 92 VINCENT BUCOLO      135  110    0.20       22.00  27670 B H T:
                     answering erics questions
 03/31/14 02/25/14  5 92 VINCENT BUCOLO      135  110    0.30       33.00  27672 B H T:
 --------------------------------------------------------------------------------------
 26 Sep 2014 09:28             DWIP SORT ON CLIENT ID    5267 /         PAGE: 71
```

CONFIDENTIAL                                    VOYNOW_024876

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                         SORT ON CLIENT ID * SELECTED CLIENTS

 5267  /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83   56
 STAR TOYOTA/                                       VIVIAN                    718-279-1800
 CDATE    WDATE    WORK(CODE) STAFF NAME     SID RATE    HRS      AMOUNT   SEQ#  ACTION
---------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

                  SO MIKE IS BAILING ERIC OUT AND DECIDES TO DO
                  THAT BY ERASIN AND OVERRIDING, THEN ASKING
                  QUESTIONS

                  135 VINCENT BUCOLO                        0.50        55.00

          BUSTAX Staff Supervision                          0.50        55.00

 03/31/14 02/26/14  5 97 VINCENT BUCOLO       135 110       0.70        77.00   27689 B H T:
 08/31/14 08/01/14  5 97 VINCENT BUCOLO       135 125       0.80       100.00   51184 B H T:

                  135 VINCENT BUCOLO                        1.50       177.00

          BUSTAX Math/Proof Report/Retur                    1.50       177.00

 12/31/13 11/25/13  5 98 VINCENT BUCOLO       135 100       2.00       200.00   16522 B H T:
 12/31/13 11/26/13  5 98 VINCENT BUCOLO       135 100       3.00       300.00   16523 B H T:

                  135 VINCENT BUCOLO                        5.00       500.00

          BUSTAX Travel Time                                5.00       500.00

 12/31/13 11/27/13  5 99 DAVID KUMOR          136 100       0.90        90.00   16536 B H T:
                  TAX PLANNING UNPACKING AND STUFF
 06/30/14 06/04/14  5 99 DAVID KUMOR          136 110       0.30        33.00   43098 B H T:
                  PREPARING 2ND ESTIMATES
 08/31/14 08/21/14  5 99 DAVID KUMOR          136 125       0.30        37.50   53166 B H T:
                  SETTING UP FOR E FILE
 09/30/14 09/04/14  5 99 DAVID KUMOR          136 125       0.20        25.00   54342 B H T:
                  ESTIMATES

                  136 DAVID KUMOR                           1.70       185.50

          BUSTAX Report Typing                              1.70       185.50

 07/31/14 07/22/14  6  1 TIMOFEY S. KRAVETS   142 100       0.30        30.00   51101 B H T:
                  got ready for interim trip

                  142 TIMOFEY S. KRAVETS                    0.30        30.00

          INTSER Interim Visit Planning                     0.30        30.00

 07/31/14 07/23/14  6 13 Bob Seibel            75 200       8.00     1,600.00   51853 B H T:
                  Interim Visit.
 07/31/14 07/24/14  6 13 Bob Seibel            75 200       7.00     1,400.00   51852 B H T:
                  Interim visit.

                   75 Bob Seibel                           15.00     3,000.00

 07/31/14 07/24/14  6 13 Randall Franzen       83 275       8.00     2,200.00   51644 B H T:
                  go to NY and do interim visit

                   83 Randall Franzen                       8.00     2,200.00

          INTSER Rev. Ledger & Schedules                   23.00     5,200.00

---------------------------------------------------------------------------------------
 26 Sep 2014 09:28               DWIP SORT ON CLIENT ID    5267  /        PAGE:  72
```

CONFIDENTIAL                                                       VOYNOW_024877

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                        SORT ON CLIENT ID * SELECTED CLIENTS

  5267 /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
  STAR TOYOTA/                                         VIVIAN          718-279-1800
  CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS      AMOUNT  SEQ#  ACTION
  ------------------------------------------------------------------------------------
                        * *  CHARGEABLE FEES  BY CODES/STAFF/        * *

  05/31/12 05/18/12  5 69  Bob Seibel         75  190   1.00      190.00 942131 B H T:
                     401k info for Maria.
  05/31/12 05/21/12  5 69  Bob Seibel         75  190   2.00      380.00 942174 B H T:
                     Go over Job & T/R
  05/31/12 05/23/12  5 69  Bob Seibel         75  190   2.00      380.00 942188 B H T:
                     Go over Job & T/R
  05/31/12 05/25/12  5 69  Bob Seibel         75  190   2.00      380.00 942190 B H T:
                     Go over Job & T/R
  06/30/12 06/06/12  5 69  Bob Seibel         75  190   1.00      190.00 945496 B H T:
                     Estimated tax payments.
  06/30/12 06/08/12  5 69  Bob Seibel         75  190   1.00      190.00 945515 B H T:
                     Send est. pmts to Vivian and Phone call with
                     Vivian to go over est pmts.
  07/31/12 06/25/12  5 69  Bob Seibel         75  190   1.00      190.00 948553 B H T:
                     tax return

                75  Bob Seibel                         48.00    9,120.00

  10/31/11 10/07/11  5 69  Randall Franzen    83  250   3.00      750.00 910403 B H T:   1040
                     Work on SR tax return
  10/31/11 10/13/11  5 69  Randall Franzen    83  250   1.20      300.00 915359 B H T:
                     call sto Mike and go over return to get out
  10/31/11 10/14/11  5 69  Randall Franzen    83  250   2.00      500.00 915365 B H T:   1040
                     calls to get forms sent back to us and email info
                     to Star and calls from Mike K to go over Lynns
                     info and trust and
                     Jermey taxes
  01/31/12 01/03/12  5 69  Randall Franzen    83  250   1.50      375.00 927603 B H T:
                     calls form Vuvia to go over Lifo and yeare end
                     entries
  01/31/12 01/26/12  5 69  Randall Franzen    83  250   8.00    2,000.00 927638 B H T:   Y/E
                     go to NY and do the year end
  04/30/12 03/26/12  5 69  Randall Franzen    83  250   1.00      250.00 936149 B H T:
                     look up info for Vivian on the Kids trust for
                     Mike K
  04/30/12 03/31/12  5 69  Randall Franzen    83  250   1.20      300.00 936177 B H T:
                     get Mike his question
  04/30/12 04/02/12  5 69  Randall Franzen    83  250   1.00      250.00 936345 B H T:
                     calls from Vivan to go over return and followup
                     iwth year end info
  04/30/12 04/03/12  5 69  Randall Franzen    83  250   2.00      500.00 936359 B H T:
                     go  over various return and check for extension
  04/30/12 04/04/12  5 69  Randall Franzen    83  250   1.00      250.00 936365 B H T:
                     look over Sr info
  04/30/12 04/04/12  5 69  Randall Franzen    83  250   1.00      250.00 936371 B H T:
                     go over extension that need to be made
  04/30/12 04/05/12  5 69  Randall Franzen    83  250   1.00      250.00 936375 B H T:
                     go over returns foe extensions
  04/30/12 04/16/12  5 69  Randall Franzen    83  250   1.00      250.00 940077 B H T:
                     go over tax info I received from Mike K about
                     Jermey
  04/30/12 04/26/12  5 69  Randall Franzen    83  250   1.00      250.00 940088 B H T:
                     look up tax notice for Mike K
  07/31/12 07/06/12  5 69  Randall Franzen    83  250   1.00      250.00 950211 B H T:
                     call with Vivian to go over year end returns
  ------------------------------------------------------------------------------------
  12 Oct 2012 10:39              DWIP SORT ON CLIENT ID    5267 /          PAGE: 74
```

CONFIDENTIAL                                     VOYNOW_024901

```
                      Voynow, Bayard, Whyte and Company, LLP              v.6.00
                      DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                              SORT ON CLIENT ID * SELECTED CLIENTS

 5267  /       GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR TOYOTA/                                      VIVIAN                 718-279-1800
  CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE   HRS        AMOUNT   SEQ#   ACTION
 ---------------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/       * *
                    coming to her and discuss the computer system and
                    situation with Star
                    nissan
 08/31/12 08/20/12   5 69 Randall Franzen      83  250    1.50       375.00 955656 B H T:
                    see what elsw we need for the boys returns
 09/30/12 09/07/12   5 69 Randall Franzen      83  250    1.50       375.00 956655 B H T:
                    look over Mike K tax info

            83  Randall Franzen                         29.90      7,475.00

       BUSTAX Year End Tax Work                         78.40     16,650.00

 02/29/12 02/04/12   5 90 VINCENT BUCOLO      135  100    1.00       100.00 925984 B H T:

           135 VINCENT BUCOLO                            1.00        100.00

 05/31/12 05/09/12   5 90 DAVID KUMOR         136  100    1.30       130.00 940187 B H T:
                    UPDATING TRAIL BALANCE
 05/31/12 05/10/12   5 90 DAVID KUMOR         136  100    0.40        40.00 940196 B H T:
                    UPDATING RETURN
 05/31/12 05/11/12   5 90 DAVID KUMOR         136  100    0.70        70.00 940201 B H T:
                    UPDATING TRAIL BALANCE
 05/31/12 05/14/12   5 90 DAVID KUMOR         136  100    0.40        40.00 940952 B H T:
                    UPDATING TRAIL BALANCE

           136 DAVID KUMOR                               2.80        280.00

       BUSTAX Trial Balance Data Inpu                   3.80        380.00

 05/31/12 05/03/12   5 99 DAVID KUMOR         136  100    1.00       100.00 939508 B H T:
                    UNICAP CALCULATIONS
 05/31/12 05/07/12   5 99 DAVID KUMOR         136  100    0.30        30.00 940192 B H T:
                    UPDATING UNICAP

           136 DAVID KUMOR                               1.30        130.00

       BUSTAX Report Typing                             1.30        130.00

 06/30/12 05/30/12   6  1 Bob Seibel           75  190    1.00       190.00 943675 B H T:
                    Prepair for visit.

            75 Bob Seibel                                1.00        190.00

       INTSER Interim Visit Planning                    1.00        190.00

 09/30/12 08/28/12   6 13 Brett Bausinger     124  100   11.50     1,150.00 955288 B H T:
 09/30/12 08/29/12   6 13 Brett Bausinger     124  100    8.00       800.00 955289 B H T:
 09/30/12 08/30/12   6 13 Brett Bausinger     124  100    0.80        80.00 955301 B H T:
                    editing interim letter for star

           124 Brett Bausinger                          20.30      2,030.00

 06/30/12 05/31/12   6 13 Bob Seibel           75  190    7.00     1,330.00 943678 B H T:
                    Interim Visit.
 09/30/12 08/28/12   6 13 Bob Seibel           75  190    9.00     1,710.00 955328 B H T:
 ---------------------------------------------------------------------------------------------
 12 Oct 2012 10:39                   DWIP SORT ON CLIENT ID    5267  /          PAGE: 75
```

CONFIDENTIAL

VOYNOW_024902

```
                    Voynow, Bayard, Whyte and Company, LLP                      v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                         SORT ON CLIENT ID * SELECTED CLIENTS

 5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR TOYOTA/                                        VIVIAN                 718-279-1800
 CDATE    WDATE    WORK(CODE)   STAFF NAME    SID  RATE   HRS      AMOUNT  SEQ#   ACTION
 ----------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/        * *
                          Interim Visit.
 09/30/12 08/29/12  6 13 Bob Seibel          75   190    8.00    1,520.00 955329 B H T:
                          Interim Visit.

              75  Bob Seibel                       24.00    4,560.00

 06/30/12 05/31/12  6 13 Randall Franzen     83   250    4.00    1,000.00 944583 B H T:
                          interim visiti
 06/30/12 06/01/12  6 13 Randall Franzen     83   250    2.00      500.00 944586 B H T:
                          go over the visit and what we need to do with
                          year end work and interim visita
 07/31/12 07/23/12  6 13 Randall Franzen     83   250    1.50      375.00 954780 B H T:
                          calls from Vivian to go over computers and
                          storage and status of what we billed and who and
                          what she needs to know
 09/30/12 08/28/12  6 13 Randall Franzen     83   250    8.00    2,000.00 955673 B H T:
                          go ot NY and do an interim visit
 09/30/12 08/30/12  6 13 Randall Franzen     83   250    2.50      625.00 955683 B H T:
                          go over what we did for interim and status of
                          current tax planning for the boys

              83  Randall Franzen                  18.00    4,500.00

    INTSER Rev. Ledger & Schedules               62.30   11,090.00

 06/30/12 06/04/12  6 20 Brett Bausinger    124   100    1.80      180.00 943684 B H T:
                          write up of interim visti reprot (service section)

             124  Brett Bausinger                   1.80      180.00

    INTSER Service Dept Analysis                   1.80      180.00

 10/31/11 10/11/11  7 61 Randall Franzen     83   250    2.00      500.00 915348 B H T:
                          calls with Vivian and

              83  Randall Franzen                   2.00      500.00

    PERSTX Federal Tax Return Prep                 2.00      500.00

 06/30/12 06/04/12  8 32 MEGAN WAGNER       134   100    0.50       50.00 943815 B H T:
                          census

             134  MEGAN WAGNER                      0.50       50.00

 02/29/12 02/02/12  8 32 Randall Franzen     83   250    3.00      750.00 927641 B H T:
                          work on the estate return
 05/31/12 05/11/12  8 32 Randall Franzen     83   250    2.00      500.00 940290 B H T:
                          go over estate
 05/31/12 05/21/12  8 32 Randall Franzen     83   250    3.50      875.00 944562 B H T:
                          work on the Estate return
 05/31/12 05/22/12  8 32 Randall Franzen     83   250    2.00      500.00 944564 B H T:
                          go over estate return to get readt to send to
                          Steve S
 05/31/12 05/25/12  8 32 Randall Franzen     83   250    1.00      250.00 944572 B H T:
                          go over the estate and calls to Steve to go over
 ----------------------------------------------------------------------------------------
 12 Oct 2012 10:39              DWIP SORT ON CLIENT ID      5267 /         PAGE: 76
```

*(handwritten annotation: "Estate" bracketing the last five entries)*

```
                              Voynow, Bayard & Company, CPAs                       v.6.00
                       DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                             SORT ON CLIENT ID * SELECTED CLIENTS

 5267 /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR TOYOTA/                                          VIVIAN                718-279-1800
 CDATE    WDATE    WORK(CODE)   STAFF NAME       SID RATE    HRS       AMOUNT  SEQ#  ACTION
 ---------------------------------------------------------------------------------------
                       * *   CHARGEABLE FEES   BY CODES/STAFF/      * *
                       calls from Mike to get him info emailed to him
                       for TMCC
 12/31/10 12/01/10  5 69  Randall Franzen       83  250    1.50       375.00 869047 ON HOLD
                       calls from Mike K and Vivivan to go over What
                       Steve is doing and how much money is due from
                       owners
 12/31/10 12/08/10  5 69  Randall Franzen       83  250    7.00     1,750.00 869066 ON HOLD   TP
                       go to dealership and do tax planning
 01/31/11 01/06/11  5 69  Randall Franzen       83  250    0.40       100.00 873442 B H T:
                       go over the preimer Qbooks with Brett
 01/31/11 01/27/11  5 69  Randall Franzen       83  250    9.00     2,250.00 874311 B H T:   FW
                       go to NY and do the year end work
 01/31/11 01/28/11  5 69  Randall Franzen       83  250    2.00       500.00 874314 B H T:   FW
                       go to NY and do the year end work
 01/31/11 12/28/10  5 69  Randall Franzen       83  250    0.80       200.00 870820 B H T:
                       call from  Mike to go over rec from owners and
                       rent on new prperty
 02/28/11 02/17/11  5 69  Randall Franzen       83  250    2.00       500.00 877647 B H T:
                       call from Vivian to go over a deal to see how the
                       salesman is paid and how R&R records the deal and
                       where the deal
                       pulls to the financial statemebt
 02/28/11 02/22/11  5 69  Randall Franzen       83  250    4.00     1,000.00 879895 B H T:
                       go over Vivian companies work and get the
                       information pulled tobether
 03/31/11 02/28/11  5 69  Randall Franzen       83  250    3.00       750.00 885890 B H T:
                       vivian work
 03/31/11 03/01/11  5 69  Randall Franzen       83  250    3.00       750.00 885892 B H T:
                       work on Vivian info for her
 03/31/11 03/02/11  5 69  Randall Franzen       83  250    1.00       250.00 885911 B H T:
                       go over info for year end with Vivian and get
                       info for Mike
 03/31/11 03/07/11  5 69  Randall Franzen       83  250    0.80       200.00 885931 B H T:
                       call from Vivian to go over deal for Mike K again
                       and get ready to call Rich
 03/31/11 03/09/11  5 69  Randall Franzen       83  250    1.40       350.00 885945 B H T:
                       calls with Vivian and go over info and calls with
                       Rich to go over gross profit info on the toyota
                       stmt
 03/31/11 03/14/11  5 69  Randall Franzen       83  250    2.00       500.00 885980 B H T:   401K
                       go over with Mike K HSA porgrams make call to Jim
                       B to go over these palns if they work
 03/31/11 03/15/11  5 69  Randall Franzen       83  250    1.00       250.00 885993 B H T:
                       go over yeare end information
 03/31/11 03/24/11  5 69  Randall Franzen       83  250    1.50       375.00 886066 B H T:
                       sent Vivina info via the portal
 03/31/11 03/25/11  5 69  Randall Franzen       83  250    1.40       350.00 886070 B H T:   401K
                       calls to David Boretz about the HSA deal and then
                       email Mike info
 04/30/11 04/04/11  5 69  Randall Franzen       83  250    1.50       375.00 886204 B H T:   E
                       go over the status of the trust and Sr and what
                       to do with his income
 04/30/11 04/06/11  5 69  Randall Franzen       83  250    2.00       500.00 886193 B H T:   E
                       varoius calls to Mike Steve S and emails to go
                       over estate and trust and what we need to do
 ---------------------------------------------------------------------------------------
 18 Oct 2011 12:22                  DWIP SORT ON CLIENT ID    5267 /              PAGE: 317
```

CONFIDENTIAL                    VOYNOW_024930

```
                    Voynow, Bayard & Company, CPAs                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                      SORT ON CLIENT ID * SELECTED CLIENTS

5267  /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                      VIVIAN                718-279-1800
CDATE     WDATE     WORK(CODE)   STAFF NAME     SID RATE    HRS       AMOUNT   SEQ#   ACTION
-------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

04/30/11 04/14/11  5 69 Randall Franzen       83   250    1.50      375.00 886254 B H T:       E
                   go voer Mikes tanx notice and then try to figure
                   what to do with estate and trust . Call to see
                   what the status is and
                   what to do next
04/30/11 04/14/11  5 69 Randall Franzen       83   250    0.50      125.00 890677 B H T:
                   call Vivian to go over the Mike K info and tax
                   notice                                                                       401K
07/31/11 06/29/11  5 69 Randall Franzen       83   250    1.00      250.00 898719 B H T:
                   go over 5500 info
08/31/11 08/24/11  5 69 Randall Franzen       83   250    1.50      375.00 905591 B H T:
                   call with Mike to go over the real estate at the
                   newly purchased toyota local and now the land and
                   bldg whould be
                   accounted for and go over the rents to see if we
                   shlud increase them
09/30/11 08/29/11  5 69 Randall Franzen       83   250    2.00      500.00 907574 B H T:
                   get ready fir interim visit figure out files and
                   what to do and take with us

          83   Randall Franzen                        52.80    13,200.00

       BUSTAX Year End Tax Work                      110.70    22,012.00

10/31/10 09/29/10  5 81 Kenneth Mann          48   250    0.20       50.00 863300 ON HOLD
                   consult with bs

          48   Kenneth Mann                            0.20        50.00

       BUSTAX Tel. w/ Client USE MEMO                  0.20        50.00

02/28/11 02/07/11  5 90 PATRICK J. CATALINE   12    80    1.50      120.00 877069 B H T:

          12   PATRICK J. CATALINE                     1.50       120.00

       BUSTAX Trial Balance Data Inpu                  1.50       120.00

05/31/11 05/25/11  6  1 PATRICK J. CATALINE   12    80    0.50       40.00 893293 B H T:     I
                   talking with randy about direction of letter

          12   PATRICK J. CATALINE                     0.50        40.00

       INTSER Interim Visit Planning                   0.50        40.00
                                                                                              I
09/30/11 08/30/11  6 13 JOHN BRESLIN         129    80    9.00      720.00 905983 B H T:

         129   JOHN BRESLIN                            9.00       720.00
                                                                                              I
10/31/10 10/27/10  6 13 Bob Seibel            75   190    7.00    1,330.00 862929 ON HOLD
                   Client visit.
05/31/11 05/24/11  6 13 Bob Seibel            75   190    7.00    1,330.00 893082 B H T:     II
                   Client visit.
09/30/11 08/30/11  6 13 Bob Seibel            75   190    7.00    1,330.00 907067 B H T:     II
                   Interim Visit.

          75   Bob Seibel                             21.00     3,990.00
-------------------------------------------------------------------------------------
18 Oct 2011 12:22            DWIP SORT ON CLIENT ID    5267 /            PAGE: 318
```

```
                    Voynow, Bayard & Company, CPAs                          v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                    SORT ON CLIENT ID * SELECTED CLIENTS

 5267 /      GRP: STAR     PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR TOYOTA/                                      VIVIAN              718-279-1800
 CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS       AMOUNT  SEQ#  ACTION
 ------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/        * *

 10/31/10 10/27/10  6 13 Randall Franzen     83  250    4.00    1,000.00 864698 ON HOLD
                         Go to NY for a visit
 12/31/10 12/01/10  6 13 Randall Franzen     83  250    3.00      750.00 869049 ON HOLD
                         letter
 05/31/11 05/24/11  6 13 Randall Franzen     83  250    4.00    1,000.00 893302 B H T:
                         go to ny and do imterim visit
 05/31/11 05/25/11  6 13 Randall Franzen     83  250    1.00      250.00 893305 B H T:
                         calls to Vivian to go over interim visit info and
                         what to do with the rec
 06/30/11 06/03/11  6 13 Randall Franzen     83  250    1.00      250.00 898574 B H T:
                         look at letter
 06/30/11 06/06/11  6 13 Randall Franzen     83  250    1.00      250.00 898601 B H T:
                         work on the letter
 06/30/11 06/07/11  6 13 Randall Franzen     83  250    2.00      500.00 898614 B H T:
                         go over letters
 09/30/11 08/30/11  6 13 Randall Franzen     83  250    4.00    1,000.00 907584 B H T:
                         go to NY and do an interim visit

             83  Randall Franzen                      20.00    5,000.00

       INTSER Rev. Ledger & Schedules                 50.00    9,710.00

 05/31/11 05/26/11  6 20 PATRICK J. CATALINE  12   80   3.00      240.00 893298 B H T:
                         letter

             12  PATRICK J. CATALINE                   3.00      240.00

 05/31/11 05/24/11  6 20 JOHN BRESLIN        129   80   4.00      320.00 892809 B H T:

            129  JOHN BRESLIN                          4.00      320.00

       INTSER Service Dept Analysis                    7.00      560.00

 05/31/11 05/27/11  6 22 JOHN BRESLIN        129   80   1.80      144.00 892816 B H T:
                         letter

            129  JOHN BRESLIN                          1.80      144.00

       INTSER Parts Dept Analysis                      1.80      144.00

 11/30/10 11/08/10  6 84 DAVE LOMBARDO       130   90   0.60       54.00 865155 ON HOLD
                         INTERIM LTTR
 12/31/10 12/03/10  6 84 DAVE LOMBARDO       130   90   1.00       90.00 866733 ON HOLD
                         INTERIM LTTR

            130  DAVE LOMBARDO                         1.60      144.00

 12/31/10 12/02/10  6 84 Bob Seibel           75  190   3.00      570.00 867245 ON HOLD
                         Interim letter.
 12/31/10 12/03/10  6 84 Bob Seibel           75  190   1.00      190.00 867251 ON HOLD
                         Interim letter.
 06/30/11 06/03/11  6 84 Bob Seibel           75  190   2.00      380.00 893165 B H T:
 06/30/11 06/06/11  6 84 Bob Seibel           75  190   0.50       95.00 897621 B H T:
 06/30/11 06/07/11  6 84 Bob Seibel           75  190   1.00      190.00 897620 B H T:

 ------------------------------------------------------------------------------------
 18 Oct 2011 12:22              DWIP SORT ON CLIENT ID    5267 /        PAGE: 319
```

CONFIDENTIAL                                      VOYNOW_024932