# EXHIBIT 61

**To:** gomena05@aol.com[gomena05@aol.com]; Michael Koufakis[mkoufakis@gmail.com]
**From:** Randy Franzen[RFranzen@voynowbayard.com]
**Sent:** Tue 7/15/2014 5:15:22 PM Eastern Daylight Time
**Subject:** FW: car dealership

Interesting

**From:** rfranzen@comcast.net [mailto:rfranzen@comcast.net]
**Sent:** Tuesday, July 15, 2014 5:14 PM
**To:** Randy Franzen
**Subject:** car dealership

http://carbuying.jalopnik.com/dealership-group-to-pay-1-8-million-for-deceptive-busi-1605054625/+matthardigree



CONFIDENTIAL                                                                                              STAR00013552

THE A.V. CLUB   DEADSPIN   GIZMODO   JALOPNIK   JEZEBEL   KOTAKU   LIFEHACKER   QUARTZ   THE ROOT   THE TAKEOUT   THE ONION   THE INVENTORY

JALOPNIK                Send us a tip!   Shop   Subscribe

HOME   LATEST   REVIEWS   UNPAVED   BUYING   TECH   CULTURE   TRUCKS   WRENCHING   RACING

We may earn a commission from links on this page.

**WRENCHING**

# Dealership Group To Pay $1.8 Million For Deceptive Business Practices

By Tom McParland  |  Published July 14, 2014  |  Comments (62)

After receiving numerous complaints, the Division of Consumer Affairs found Carmelo and Ignazio Giuffre, the owners several NJ/NY dealerships, guilty of deceptive business practices. They must now pay $1.8 million in addition to a consumer restitution settlement.

According to this report, 45 people filed complaints citing allegations including: bait-and-switch tactics, add-on sales without consent, failing to refund deposits in a timely manner after consumers either canceled the sales or were denied financing, advertising cars without including required information such as vehicle identification numbers, and failing to provide consumers with motor vehicle titles and registrations in a timely manner.

**Related Content**

The 2024 Chevy Trailblazer Gets Some Light Updates



> NASA Adopts AI To Help Design Mission Parts

> Russia's Invasion of Ukraine Has Convinced Audi to Rethink 'Aggressive' Design

> The Average Monthly New Car Payment Is Now $777: Report

**Find A Car**

Fun | Utility | Off Road

EVs and Hybrids | Sports Cars | Pickup Trucks

See More

Make | Model |

See Full Specs

**You may also like**





**Car Dealership Group Settles Investigation with NJ Div. of Consumer Affairs**

The owners of 8 dealerships, one of them in Freehold, will pay a civil penalty of $1.8 million,...

Read more



**Lifehacker**

**You Should Update Your Apple Devices Right Away**

6 hours ago

This is not the first time the Giuffres were the target of a Consumer Affairs investigation. In 1999, Carmelo and Ignazio, in addition to other dealerships, were found guilty of similar business practices as those described above and reached a settlement totaling $450,000 with an agreement to no longer engage in such activity. Now the Giuffres must provide restitution to the victims in addition to hiring a state appointed "compliance monitor" that will oversee business operations.

The dealerships named in the settlement are as follows: Route 22 Toyota, Route 22 Automobiles Inc, Route 22 Honda, Route 22 Nissan, Hillside Automotive Inc. Route 22 Kia, Hackettstown Auto Sales, Hackettstown Honda, Hudson Auto Sales Inc., Hudson Honda, Freehold Automotive, Freehold Hyundai, and Freehold Chrysler Jeep.

As a buyer's consultant, I have had personal interactions with a few of the above named dealerships and found them to be dismissive or even downright hostile towards me when I asked about the details of certain offers and advertisements.

*If you have a question, a tip, or something you would like to share about car-buying, drop me a line at AutomatchConsulting@gmail.com and be sure to include your Kinja handle.*

**If it drives, we're tracking it. News, reviews and all the latest on planes, trains and automobiles.**

Enter your email address.   **Sign me up**

By subscribing you agree to our Terms of Use and Privacy Policy.

— Recommended from G/O Media —

**Kotaku**

**The 23 Best PlayStation 2 Games**

2/13/2023, 2:40 pm



**AV Club**

**SWAK: The 40 most unforgettable couples in movie history**

2/14/2023, 8:00 am



**Quartz**

**The ongoing big tech antitrust cases to watch in 2023**

1/24/2023, 4:16 pm



WRENCHING

