# EXHIBIT 62

```
01/19/2015  VOYNOW                          STAR NISSAN INC.                                              0424
17:22:40                    TREND ANALYSIS REPORT BY ACCOUNT THROUGH 12/2014      80000   35000         PAGE 1

ACCOUNT NUMBER   DESCRIPTION........  12 M AVERAGE   JAN/JUL.....  FEB/AUG.....  MAR/SEP.....  APR/OCT.....  MAY/NOV.....  JUN/DEC.....
===============  ===================  ============   ===========   ===========   ===========   ===========   ===========   ===========
2420             PARTS                   695184         579962        629868        623366        640586        674479        703767
                                                        734823        730037        742576        677573        789097        816069


01/19/2015  VOYNOW                          STAR NISSAN INC.                                              0424
17:23:36                    TREND ANALYSIS REPORT BY ACCOUNT THROUGH 12/2013                            PAGE 1

ACCOUNT NUMBER   DESCRIPTION........  12 M AVERAGE   JAN/JUL.....  FEB/AUG.....  MAR/SEP.....  APR/OCT.....  MAY/NOV.....  JUN/DEC.....
===============  ===================  ============   ===========   ===========   ===========   ===========   ===========   ===========
2420             PARTS                   441216         392188        401254        344369        339291        372408        449577
                                                        486250        487980        479146        425381        549481        567265
                                                                                                              119,000


01/19/2015  VOYNOW                          STAR NISSAN INC.                                              0424
17:    04                   TREND ANALYSIS REPORT BY ACCOUNT THROUGH 12/2012                            PAGE 1

ACCOUNT NUMBER   DESCRIPTION........  12 M AVERAGE   JAN/JUL.....  FEB/AUG.....  MAR/SEP.....  APR/OCT.....  MAY/NOV.....  JUN/DEC.....
===============  ===================  ============   ===========   ===========   ===========   ===========   ===========   ===========
2420             PARTS                   435194         381984        380548        484889        456817        451242        505002
                                                        470851        439704        454779        428809        374550        393149
```

3000  81365



EXHIBIT 134  2/15/23 LH

CONFIDENTIAL                                                                                             VOYNOW_022473