# EXHIBIT 63

(1) Today's date                                                      (1)    8.1.17

(2) Name of individual requesting this billing                        (2)    RPS

(3) Client Name                                                       (3)    STAR TOYOTA

(4) Client # / File #                                                 (4)         5267

(5) This billing is for work done from Month Ending                   (5a)                    , 200

through the Month Ending                                              (5b)    8.1.17        , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

    Accounting Services as Requested:

    Final billing for work completed on December 31, 2016

    closing of the books, preparation of tax work papers,

    preparation of federal, state, and city Corp. tax returns.

                            Amount Due          4,285.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS)  **(FINAL)**                    W.I.P.

                              TOTAL W.I.P.: _____

DATE BILLED: _____    W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #              W.I.P. TO HOLD: _____
:    _____           W.I.P. TO CLEAR: _____

CLIENT NAME: _____    WRITE UP /( DOWN): _____

BILL # : _____

DATE KEYPUNCHED: _____                          BILL

                    TOTAL AMOUNT BILLABLE: _____

        LESS RETAINERS AND OR PROGRESS BILLING: _____

                        AMOUNT OF BILL: _____

*Hold highlighted Items*

PLAINTIFF'S
EXHIBIT NO. 136
FOR IDENTIFICATION
DATE 6/07/23 RPTR: DS

CONFIDENTIAL                          VOYNOW_024815

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

07/31/2017                                          Client: 5267

STAR TOYOTA                                          Invoice:    3207
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

                                                                              4,285.00

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 1, 2016 CLOSING OF THE
BOOKS, PREPARATION OF TAX
WORKPAPERS AND PREPARATION OF
FEDERAL, STATE AND CITY CORPORATE
TAX RETURNS.

Invoice Total                    $4,285.00

CONFIDENTIAL                                          VOYNOW_024816

VOYNOW_024817

CONFIDENTIAL

Printed by 75 on 7/27/2017 at 11:06 AM

*Voynow, Bayard, Whyte and Company, LLP*

**Billing Worksheet**
Thursday, July 27, 2017
January 1, 1900 - July 27, 2017

**5267  STAR TOYOTA**

STAR TOYOTA
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

| Office: MAIN | Partner: 83 | Manager: 75 | Associate: |
|---|---|---|---|

Phone (Business):
E-mail:

**Aging WIP & A/R**

| | 07/27/2017 | 06/30/2017 | 05/31/2017 | 04/30/2017 | 03/31/2017+ | Total |
|---|---|---|---|---|---|---|
| WIP | 274.50 | 8,173.00 | 1,687.50 | 3,940.00 | 12,536.00 | 26,611.00 |
| A/R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Last Invoice & Receipt**

| | Date | Amount |
|---|---|---|
| Last Invoice | 07/01/17 | 1,000.00 |
| Last Receipt | 07/20/17 | (1,000.00) |

* Billing Instructions:

**5267  STAR TOYOTA**

**Time & Expenses Available to be billed**

| Engagement | Project | Staff | Activity | Date | | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (=Biller:) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INTERIM SERVICES | | | | | | | | | | | |
| INTERIM | INTERIM | 152 | FIELDWORK | Time: | 10/18/16 | 110.00 | 2.20 | 0.00 | 242.00 | | Comments: service |
| INTERIM | INTERIM | 144 | FIELDWORK | Time: | 10/18/16 | 155.00 | 5.50 | 0.00 | 852.50 | | |
| INTERIM | INTERIM | 149 | FIELDWORK | Time: | 10/18/16 | 110.00 | 4.00 | 0.00 | 440.00 | | |
| INTERIM | INTERIM | 75 | FIELDWORK | Time: | 10/18/16 | 250.00 | 8.00 | 0.00 | 2,000.00 | | Comments: Visit to client |
| INTERIM | INTERIM | 118 | ENGPLANNING | Time: | 10/18/16 | 210.00 | 7.00 | 0.00 | 1,470.00 | | Comments: Interim/tax planning |
| INTERIM | INTERIM | 83 | FIELDWORK | Time: | 10/18/16 | 275.00 | 8.00 | 0.00 | 2,200.00 | | Comments: go to Star and do tax planning |
| INTERIM | INTERIM | 152 | FIELDWORK | Time: | 10/19/16 | 110.00 | 2.00 | 0.00 | 220.00 | | Comments: service |
| INTERIM | INTERIM | 149 | FIELDWORK | Time: | 10/19/16 | 110.00 | 1.50 | 0.00 | 165.00 | | |
| INTERIM | INTERIM | 75 | FIELDWORK | Time: | 10/19/16 | 250.00 | 8.00 | 0.00 | 2,000.00 | | Comments: Visit to client |
| INTERIM | INTERIM | 144 | COMMUNICATE | Time: | 10/26/16 | 155.00 | 4.30 | 0.00 | 666.50 | | |
| INTERIM | INTERIM | 49 | TYPEPROC | Time: | 10/31/16 | 110.00 | 2.50 | 0.00 | 275.00 | | Comments: WRITING UP INTERIM LETTER |
| INTERIM | INTERIM | 152 | FIELDWORK | Time: | 10/31/16 | 110.00 | 1.50 | 0.00 | 165.00 | | Comments: preparing tax planning binder |
| INTERIM | INTERIM | 49 | TYPEPROC | Time: | 11/01/16 | 110.00 | 0.50 | 0.00 | 55.00 | | Comments: WRITING UP INTERIM MEMO |
| INTERIM | INTERIM | 144 | COMMUNICATE | Time: | 11/01/16 | 155.00 | 1.00 | 0.00 | 155.00 | | |
| INTERIM | INTERIM | 144 | COMMUNICATE | Time: | 11/02/16 | 155.00 | 3.00 | 0.00 | 465.00 | | |
| INTERIM | INTERIM | 144 | COMMUNICATE | Time: | 11/03/16 | 155.00 | 1.80 | 0.00 | 279.00 | | |

*Voynow, Bayard, Whyte and Company, LLP*

### Billing Worksheet
#### Thursday, July 27, 2017
#### January 1, 1900  -  July 27, 2017

| 5267 | STAR TOYOTA | | | | | | | | | |
|------|-------------|-------|----------|------|----------------|-----------|------|--------|-------------|---------------------------|
| | | | | | **Time & Expenses Available to be billed** | | | | | |
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/07/16 | Time: 155.00 | 0.50 | 0.00 | 77.50 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/11/16 | Time: 155.00 | 0.80 | 0.00 | 124.00 | _____ | |
| INTERIM SERVICES Totals | | | | | | 62.10 | 0.00 | 11,851.50 | | |
| | | | | | | | | | | |
| RETAINER | | | | | | | | | | |
| | | | | | | | | | | |
| RETAINER | | 63 | ACCOUNTIN | 08/01/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 09/01/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 10/03/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 11/01/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 12/01/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 01/02/17 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 02/01/17 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 03/01/17 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 04/03/17 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 05/01/17 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 06/01/17 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 07/01/17 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER Totals | | | | | | 0.00 | 0.00 | -12,000.00 | | |
| | | | | | | | | | | |
| SPECIAL PROJECTS | | | | | | | | | | |
| | | | | | | | | | | |
| SPECIAL | SPECIAL | 83 | REVIEW | 09/13/16 | Time: 275.00 | 1.00 | 0.00 | 275.00 | _____ | Comments: emails and try to figure out what we still need to finish up the boys returns |
| SPECIAL | SPECIAL | 83 | REVIEW | 09/19/16 | Time: 275.00 | 1.00 | 0.00 | 275.00 | _____ | Comments: call with Mike to get info for personal taxes and discuss the valuation and wife new income |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 12/27/16 | Time: 275.00 | 2.00 | 0.00 | 550.00 | _____ | Comments: go over tax planning memo and make calls to Mike to change the Mgmt fee and discuss SR deal and money |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 01/06/17 | Time: 275.00 | 2.00 | 0.00 | 550.00 | _____ | Comments: calls with Mike K to go over the status with Vivian and how to handle the work to get it to the attorneys |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 03/08/17 | Time: 275.00 | 1.30 | 0.00 | 357.50 | _____ | Comments: calls from Mike K to discuss the Vivian deal and year end work and the gas issues etc |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 04/06/17 | Time: 275.00 | 2.00 | 0.00 | 550.00 | _____ | Comments: talk with Mike about |

CONFIDENTIAL

VOYNOW_024818

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Thursday, July 27, 2017
### January 1, 1900 - July 27, 2017

| 5267 Engagement | STAR TOYOTA Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Time & Expenses Available to be billed** | | | | |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 04/10/17 | Time: 275.00 | 1.50 | 0.00 | 412.50 | | Comments: calls from Mike to discuss the issue with Vivian |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 04/11/17 | Time: 275.00 | 1.00 | 0.00 | 275.00 | | Comments: call from Mike to discuss the issue and now Debbie and how the money moved around |
| SPECIAL | SPECIAL | 75 | RESEARCH | 04/13/17 | Time: 250.00 | 1.00 | 0.00 | 250.00 | | Comments: Go over with KM, HW, RF |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 04/17/17 | Time: 275.00 | 2.00 | 0.00 | 550.00 | | Comments: various calls from Mike to discuss the theft issues |
| SPECIAL | SPECIAL | 75 | RESEARCH | 04/18/17 | Time: 250.00 | 1.00 | 0.00 | 250.00 | | Comments: Get ready for visit. |
| SPECIAL | SPECIAL | 75 | RESEARCH | 04/20/17 | Time: 250.00 | 1.00 | 0.00 | 250.00 | | Comments: Prepair for visit. |
| SPECIAL | SPECIAL | 48 | REVIEW | 04/20/17 | Time: 275.00 | 0.30 | 0.00 | 82.50 | | Comments: form 8886 |
| SPECIAL | SPECIAL | 118 | FIELDWORK | 04/21/17 | Time: 210.00 | 4.00 | 0.00 | 840.00 | | Comments: 8886 |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 05/01/17 | Time: 275.00 | 1.00 | 0.00 | 275.00 | | Comments: go over info requested by Mike year end entries |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 05/02/17 | Time: 275.00 | 0.50 | 0.00 | 137.50 | | Comments: calls from Mike |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 05/04/17 | Time: 275.00 | 3.00 | 0.00 | 825.00 | | Comments: discuss the issue in NY and call from Mike about Eddie and what to do with possible loss |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 05/05/17 | Time: 275.00 | 2.00 | 0.00 | 550.00 | | Comments: go over the issues at the dealership |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 05/24/17 | Time: 275.00 | 1.00 | 0.00 | 275.00 | | Comments: calls from Mike about the issues and Eddie |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 06/02/17 | Time: 275.00 | 1.20 | 0.00 | 330.00 | | Comments: calls from Mike and email to go over the Eddie deal and talk with Nick about the books condition at the dealership |
| SPECIAL | SPECIAL | 136 | FIELDWORK | 06/07/17 | Time: 160.00 | 13.00 | 0.00 | 2,080.00 | | |
| SPECIAL | SPECIAL | 136 | FIELDWORK | 06/08/17 | Time: 160.00 | 15.00 | 0.00 | 2,400.00 | | |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 06/08/17 | Time: 275.00 | 1.00 | 0.00 | 275.00 | | Comments: calls from Nick C and Bobby to discuss the status at Star dealership |
| SPECIAL | SPECIAL | 136 | FIELDWORK | 06/19/17 | Time: 160.00 | 12.00 | 0.00 | 1,920.00 | | Comments: CONTROLLER HELP |
| SPECIAL | SPECIAL | 136 | FIELDWORK | 06/20/17 | Time: 160.00 | 12.00 | 0.00 | 1,920.00 | | Comments: CONTROLLER HELP |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 07/07/17 | Time: 275.00 | 0.50 | 0.00 | 137.50 | | Comments: LOOK UP AN ENTITY FOR mIKE |
| SPECIAL | SPECIAL | 136 | FIELDWORK | 07/24/17 | Time: 160.00 | 0.70 | 0.00 | 112.00 | | Comments: PONT PHONE WITH JACKIE FOR BANK REC |
| **SPECIAL PROJECTS Totals** | | | | | | 84.00 | 0.00 | 16,704.50 | | |
| **TAX SERVICES** | | | | | | | | | | |
| TAX | 1120S | 132 | VBWDELIVERY | 05/13/16 | Time: 50.00 | 0.20 | 0.00 | 10.00 | Non-billable | Comments: mail 3115 cetified mail |

CONFIDENTIAL

VOYNOW_024819

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Thursday, July 27, 2017
### January 1, 1900 - July 27, 2017

| 5267 | STAR TOYOTA | | | | Time & Expenses Available to be billed | | | | | |
|------|------|-------|----------|------|-------------------|-------------|------|--------|-------------|------------------------|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| TAX | 1120S | 75 | ACCOUNTIN | 09/06/16 | Time: 0.00 | 0.00 | 0.00 | -3,580.00 | _____ | |
| TAX | 1120S | 136 | FIELDWORK | 09/12/16 | Time: 160.00 | 0.20 | 0.00 | 32.00 | _____ | Comments: EST TAX PAYMENT |
| TAX | 1120S | 75 | PREPARATION | 09/21/16 | Time: 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: Send Info to Chris Verous from Chase bank. |
| TAX | 1120S | 142 | FIELDWORK | 10/19/16 | Time: 160.00 | 10.00 | 0.00 | 1,600.00 | _____ | |
| TAX | 1120S | 75 | PREPARATION | 12/27/16 | Time: 250.00 | 1.00 | 0.00 | 250.00 | _____ | Comments: Tax planning memo and calls with Debble. |
| TAX | 1120S | 150 | ACCOUNTIN | 12/29/16 | Time: 110.00 | 0.10 | 0.00 | 11.00 | _____ | |
| TAX | 1120S | 48 | INVENTORY | 01/06/17 | Time: 275.00 | 0.30 | 0.00 | 82.50 | _____ | |
| TAX | 1120S | 48 | INVENTORY | 01/10/17 | Time: 275.00 | 0.10 | 0.00 | 27.50 | _____ | |
| TAX | 1120S | 75 | FIELDWORK | 01/25/17 | Time: 250.00 | 10.00 | 0.00 | 2,500.00 | _____ | Comments: Year end visit. |
| TAX | 1120S | 118 | FIELDWORK | 01/25/17 | Time: 210.00 | 9.00 | 0.00 | 1,890.00 | _____ | |
| TAX | 1120S | 83 | REVIEW | 01/25/17 | Time: 275.00 | 8.00 | 0.00 | 2,200.00 | _____ | Comments: go to dealership and do the year end work |
| TAX | 1120S | 75 | FIELDWORK | 01/26/17 | Time: 250.00 | 10.00 | 0.00 | 2,500.00 | _____ | Comments: year end visit |
| TAX | 1120S | 118 | FIELDWORK | 01/26/17 | Time: 210.00 | 8.00 | 0.00 | 1,680.00 | _____ | |
| TAX | 1120S | 75 | FIELDWORK | 01/27/17 | Time: 250.00 | 7.00 | 0.00 | 1,750.00 | _____ | Comments: Year end visit. |
| TAX | 1120S | 118 | FIELDWORK | 01/27/17 | Time: 210.00 | 8.00 | 0.00 | 1,680.00 | _____ | |
| TAX | 1120S | 144 | TRIALBAL | 02/04/17 | Time: 155.00 | 2.00 | 0.00 | 310.00 | _____ | *Biller: 10.48 |
| TAX | 1120S | 83 | ACCOUNTIN | 02/06/17 | Time: 0.00 | 0.00 | 0.00 | -8,875.00 | _____ | |
| TAX | 1120S | 150 | ACCOUNTIN | 02/13/17 | Time: 110.00 | 1.50 | 0.00 | 165.00 | _____ | Comments: Binding workpapers. |
| TAX | 1120S | 144 | PREPARATION | 02/13/17 | Time: 155.00 | 5.90 | 0.00 | 914.50 | _____ | *Biller: 11.15 |
| TAX | 1120S | 144 | TRIALBAL | 02/13/17 | Time: 155.00 | 1.30 | 0.00 | 201.50 | _____ | |
| TAX | 1120S | 144 | PREPARATION | 02/14/17 | Time: 155.00 | 4.00 | 0.00 | 620.00 | _____ | |
| TAX | 1120S | 75 | PREPARATION | 02/23/17 | Time: 250.00 | 1.00 | 0.00 | 250.00 | _____ | Comments: extension |
| TAX | EXTENSION | 144 | ELFAUTHORIZ | 02/25/17 | Time: 155.00 | 0.40 | 0.00 | 62.00 | _____ | *Biller: 10.00 |
| TAX | EXTENSION | 144 | EFILETRANS | 03/10/17 | Time: 155.00 | 0.20 | 0.00 | 31.00 | _____ | |
| TAX | 1120S | 75 | PREPARATION | 03/10/17 | Time: 250.00 | 1.00 | 0.00 | 250.00 | _____ | Comments: Extensions |
| TAX | 1120S | 75 | PREPARATION | 04/17/17 | Time: 250.00 | 1.00 | 0.00 | 250.00 | _____ | Comments: Go over 8886 info. |
| TAX | 1120S | 48 | REVIEW | 04/17/17 | Time: 275.00 | 0.30 | 0.00 | 82.50 | _____ | Comments: form 8886 |
| TAX | 1120S | 75 | PREPARATION | 04/18/17 | Time: 250.00 | 1.00 | 0.00 | 250.00 | _____ | Comments: 8886 Info |
| TAX | 1120S | 152 | PREPARATION | 04/20/17 | Time: 110.00 | 0.70 | 0.00 | 77.00 | _____ | |

CONFIDENTIAL

VOYNOW_024820

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Thursday, July 27, 2017
### January 1, 1900 - July 27, 2017

| S267 | STAR TOYOTA | | | | | Time & Expenses Available to be billed | | | | |
|------|-------------|-------|----------|---------|------------------|-------------|------|--------|-------------|------------------------------------|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| TAX | 1120S | 152 | PREPARATION | 04/24/17 | Time: 110.00 | 0.40 | 0.00 | 44.00 | _____ | Comments: form 8886 |
| TAX | 1120S | 151 | MATH | 04/26/17 | Time: 110.00 | 0.20 | 0.00 | 22.00 | _____ | Comments: Checked 8886 forms |
| TAX | 1120S | 75 | PREPARATION | 04/27/17 | Time: 250.00 | 2.00 | 0.00 | 500.00 | _____ | Comments: 8886 |
| TAX | 1120S | 152 | PREPARATION | 04/28/17 | Time: 110.00 | 0.20 | 0.00 | 22.00 | _____ | Comments: print out YE entries 2013-2015 |
| TAX | 1120S | 144 | CLEARREVIEW | 04/28/17 | Time: 155.00 | 1.50 | 0.00 | 232.50 | _____ | |
| TAX | 1120S | 75 | PREPARATION | 05/19/17 | Time: 250.00 | 2.50 | 0.00 | 625.00 | _____ | Comments: Review job and return. |
| TAX | 1120S | 144 | CLEARREVIEW | 06/12/17 | Time: 155.00 | 1.60 | 0.00 | 248.00 | _____ | *Biller: 1.30 |
| TAX | 1120S | 75 | PREPARATION | 07/12/17 | Time: 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: t/r |
| TAX | 1120S | 56 | PARTREV | 07/19/17 | Time: 275.00 | 1.00 | 0.00 | 275.00 | _____ | |
| TAX | 1120S | 75 | PREPARATION | 07/20/17 | Time: 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: T/R |
| TAX | 1120S | 75 | PREPARATION | 07/21/17 | Time: 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: T/R |
| TAX | 1120S | 75 | PREPARATION | 07/26/17 | Time: 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: T/R |
| TAX | 1120S | 151 | MATH | 07/26/17 | Time: 110.00 | 2.00 | 0.00 | 220.00 | _____ | |
| TAX | 1120S | 63 | TYPEPROC | 07/27/17 | Time: 100.00 | 0.30 | 0.00 | 30.00 | _____ | |
| TAX SERVICES Totals | | | | | | 106.40 | 0.00 | 10,065.00 | _____ | |
| | Client STAR TOYOTA Totals | | | | | 252.50 | 0.00 | 26,621.00 | _____ | |

CONFIDENTIAL

VOYNOW_024821

(1) Today's date                                      (1)  9.20.2017

(2) Name of individual requesting this billing        (2)  RPS

(3) Client Name                                       (3)  STAR TOYOTA

(4) Client # / File #                                 (4)     5267

(5) This billing is for work done from Month Ending   (5a)                    , 200

   through the Month Ending                           (5b) 9.20.2017          , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Special Accounting Services as Requested:

~~~~~~~~~~~~~~~~~~~ as requested

   Interim visit to the dealership on July 10, 2017 to assist Jackie

   with bank reconciliations, get ready for month end financial

   statements, factory parts reconciliations, sales tax filings and

   help answer any questions the office staff has.

   Accountants:

   Bob Seibel   10hrs

   David Kumor  10hrs

                                   Amount Due      3,300.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                    W.I.P.

                              TOTAL W.I.P.:                      -

DATE BILLED:                  W.I.P. TO TRANSFER:

BILLED THROUGH
CLIENT # / FILE #             W.I.P. TO HOLD:

                              W.I.P. TO CLEAR:

CLIENT NAME:                  WRITE UP / DOWN:

BILL #

DATE KEYPUNCHED:                                           BILL

                    TOTAL AMOUNT BILLABLE:                      -

         LESS RETAINERS AND OR PROGRESS BILLING:

                    AMOUNT OF BILL:                             -

CONFIDENTIAL

VOYNOW_024822

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

09/27/2017                                         Client: 5267

STAR TOYOTA                                        Invoice:    3311
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

                                                                              3,300.00

    SPECIAL ACCOUNTING SERVICES AS
    REQUESTED RELATED TO
    CONTROLLERSHIP FUNCTIONS:

    INTERIM VISIT TO THE DEALERSHIP AS
    REQUESTED ON JULY 10, 2017 TO ASSIST
    JACKIE WITH BANK RECONCILIATIONS, GET
    READY FOR MONTH END FINANCIAL
    STATEMENTS AND HELP ANSWER ANY
    QUESTIONS THE OFFICE STAFF HAS.

    ACCOUNTANTS
    BOB SEIBEL    10 HOURS
    DAVID KUMOR   10 HOURS

                                    Invoice Total            $3,300.00

CONFIDENTIAL

VOYNOW_024823

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com
215-355-8000

09/27/2017

Client: 5267

STAR TOYOTA
205-11 NORTHERN BLVD
BAYSIDE, NY  11361

Invoice:     3311

---

PROFESSIONAL SERVICES:

3,300.00

SPECIAL ACCOUNTING SERVICES AS
REQUESTED: *Related to controllership functions:*

INTERIM VISIT TO THE DEALERSHIP AS
REQUESTED ON JULY 10, 2017 TO ASSIST
JACKIE WITH BANK RECONCILIATIONS, GET
READY FOR MONTH END FINANCIAL
STATEMENTS AND HELP ANSWER ANY
QUESTIONS THE OFFICE STAFF HAS.

ACCOUNTANTS
BOB SEIBEL      10 HOURS
DAVID KUMOR   10 HOURS

Invoice Total            $3,300.00

CONFIDENTIAL

VOYNOW_024824

(1) Today's date       (1) 9.20.2017

(2) Name of individual requesting this billing    (2) RPS

(3) Client Name       (3) STAR TOYOTA

(4) Client # / File #       (4) 5267

(5) This billing is for work done from Month Ending    (5a) _____ , 200 __

     through the Month Ending      (5b) 9.20.2017 , 200 __

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

*Special* Accounting Services as Requested:

— As requested

Interim visit to the dealership on June 7 & 8, 2017 to assist Jackie

with bank reconciliations, get ready for month end financial

statements, factory parts reconciliations, sales tax filings and

help answer any questions the office staff has.    6,600.00

*Brought to Michael Koufakis attension and Steve*

*Go over issues with money missing from Star Subaru daily deposit and*

| Accountants: | Lodging | 294.00 |
|---|---|---|
| Bob Seibel 20hrs | | |
| David Kumor 20hrs | | |
| | Amount Due | 6,894.00 |

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)      W.I.P.

        TOTAL W.I.P.: _____

DATE BILLED: _____    W.I.P. TO TRANSFER: _____

BILLED THROUGH      W.I.P. TO HOLD: _____
CLIENT # / FILE #

_____      W.I.P. TO CLEAR: _____

CLIENT NAME: _____    WRITE UP / DOWN: _____

BILL # : _____

DATE KEYPUNCHED: _____      BILL

     TOTAL AMOUNT BILLABLE: _____

   LESS RETAINERS AND OR PROGRESS BILLING: _____

      AMOUNT OF BILL: _____

CONFIDENTIAL

VOYNOW_024825

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

09/27/2017                                    Client: 5267

STAR TOYOTA                                   Invoice:    3313
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

_____

PROFESSIONAL SERVICES:
                                                              6,600.00

    SPECIAL ACCOUNTING SERVICES AS
    REQUESTED RELATED TO
    CONTROLLERSHIP FUNCTIONS:

    INTERIM VISIT TO THE DEALERSHIP AS
    REQUESTED ON JUNE 7 AND 8, 2017 TO
    ASSIST JACKIE WITH BANK
    RECONCILATIONS, GET READY FOR
    MONTH END FINANCIAL STATEMENTS,
    FACTORY PARTS RECONCILATIONS, SALES
    TAX FILINGS AND HELP ANSWER ANY
    QUESTIONS THE OFFICE STAFF HAS.
                                                                294.00

    LODGING

    <u>ACCOUNTANTS</u>
    BOB SEIBEL      20 HOURS
    DAVID KUMOR    20 HOURS

                                   Invoice Total        $6,894.00

CONFIDENTIAL                        VOYNOW_024826

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

09/27/2017                                         Client: 5267

STAR TOYOTA                                        Invoice:    3313
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

                                                                              6,600.00

SPECIAL ACCOUNTING SERVICES AS
REQUESTED: *Related to controllership Functions*

INTERIM VISIT TO THE DEALERSHIP AS
REQUESTED ON JUNE 7 AND 8, 2017 TO
ASSIST JACKIE WITH BANK
RECONCILATIONS, GET READY FOR
MONTH END FINANCIAL STATEMENTS,
FACTORY PARTS RECONCILATIONS, SALES
TAX FILINGS AND HELP ANSWER ANY
QUESTIONS THE OFFICE STAFF HAS. ~~GO
OVER ISSUES WITH MONEY MISSING FROM
STAR SUBARU DAILY DEPOSIT AND
BROUGHT TO MICHAEL AND STEVE
KOUPARIS ATTENTION.~~

                                                                                294.00

LODGING

ACCOUNTANTS
BOB SEIBEL      20 HOURS
DAVID KUMOR     20 HOURS

                                       Invoice Total            $6,894.00

CONFIDENTIAL                                       VOYNOW_024827

(1) Today's date                                        (1) 9.20.2017

(2) Name of individual requesting this billing          (2) RPS

(3) Client Name                                         (3) STAR TOYOTA

(4) Client # / File #                                   (4) 5267

(5) This billing is for work done from Month Ending     (5a) _____ , 200 ___

through the Month Ending                                (5b) 9.20.2017 _____ , 200 ___

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Special Accounting Services as Requested:
                                    As requested

Interim visit to the dealership on April 24 & 25, 2017 to assist Jackie

with bank reconciliations, get ready for month end financial

statements, factory parts reconciliations, sales tax filings and

help answer any questions the office staff has.            6,600.00

Accountants:          Lodging                              235.00

Bob Seibel     20hrs

Tim Kravets    20hrs

                            Amount Due                     6,835.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                W.I.P.

                            TOTAL W.I.P.:        _____ -

DATE BILLED: _____            W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                W.I.P. TO HOLD: _____
: _____                       W.I.P. TO CLEAR: _____

CLIENT NAME: _____            WRITE UP / DOWN: _____

BILL # : _____

DATE KEYPUNCHED: _____                                BILL

                TOTAL AMOUNT BILLABLE: _____ -

        LESS RETAINERS AND OR PROGRESS BILLING: _____

                AMOUNT OF BILL: _____ -

CONFIDENTIAL

CONFIDENTIAL

VOYNOW_024829

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com

215-355-8000

09/27/2017                                              Client: 5267

STAR TOYOTA                                         Invoice:     3308
205-11 NORTHERN BLVD
BAYSIDE, NY  11361

PROFESSIONAL SERVICES:

                                                                                6.600.00

    SPECIAL ACCOUNTING SERVICES AS
    REQUESTED RELATED TO
    CONTROLLERSHIP FUNCTIONS:

    INTERIM VISIT TO THE DEALERSHIP AS
    REQUESTED ON APRIL 24 AND 25, 2017 TO
    ASSIST JACKIE WITH BANK
    RECONCILIATIONS, GET READY FOR
    MONTH END FINANCIAL STATEMENTS,
    FACTORY PARTS RECONCILIATIONS,
    SALES TAX FILINGS AND HELP ANSWER
    ANY QUESTIONS THE OFFICE STAFF HAS

                                                                                235.00

    LODGING


    ACCOUNTANTS
    BOB SEIBEL    20 HOURS
    TIM KRAVETS   20 HOURS


                                      Invoice Total               $6,835.00


CONFIDENTIAL                                      VOYNOW_024830

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

09/27/2017                                          Client: 5267

STAR TOYOTA                                         Invoice:     3308
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

6.600.00

SPECIAL ACCOUNTING SERVICES AS
REQUESTED: *Related to controllership functions:*

INTERIM VISIT TO THE DEALERSHIP AS
REQUESTED ON APRIL 24 AND 25, 2017 TO
ASSIST JACKIE WITH BANK
RECONCILIATIONS, GET READY FOR
MONTH END FINANCIAL STATEMENTS,
FACTORY PARTS RECONCILIATIONS,
SALES TAX FILINGS AND HELP ANSWER
ANY QUESTIONS THE OFFICE STAFF HAS

235.00

LODGING

ACCOUNTANTS
BOB SEIBEL    20 HOURS
TIM KRAVETS   20 HOURS

Invoice Total              $6,835.00

CONFIDENTIAL                                        VOYNOW_024831

| | | |
|---|---|---|
| (1) Today's date | (1) | 8.1.2017 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR TOYOTA |
| (4) Client # / File # | (4) | 5267 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 8.1.2017 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Preparation and filing of Internal Revenue Service forms 8886, for tax years

2013 - 2016 required by Internal Revenue notice 2016-66 for the companies

participation in Reinsurance activities with, and premium remittances into,

Star Reinsurance Company LTD for extended warranty and other aftersale products

allowed under IRS Technical Advice Memorandum 200453012. As well as the

gathering of information required to complete the required forms.

Amount Due        2,425.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) **(FINAL)**        W.I.P.

TOTAL W.I.P.:

DATE BILLED:                        W.I.P. TO TRANSFER:

BILLED THROUGH
CLIENT # / FILE #                   W.I.P. TO HOLD:

                                    W.I.P. TO CLEAR:

CLIENT NAME:                        WRITE UP /( DOWN):

BILL # :

DATE KEYPUNCHED:                                    BILL

TOTAL AMOUNT BILLABLE:

LESS RETAINERS AND OR PROGRESS BILLING:

AMOUNT OF BILL:

CONFIDENTIAL

VOYNOW_024832

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com

215-355-8000

07/31/2017                                                    Client: 5267

STAR TOYOTA                                       Invoice:    3198
205-11 NORTHERN BLVD
BAYSIDE, NY  11361

---

PROFESSIONAL SERVICES:

                                                                              2,425.00

    PREPARATION AND FILING OF INTERNAL
REVENUE SERVICE FORMS 8886, FOR TAX
YEARS 2013-2016 REQUIRED BY INTERNAL
REVENUE NOTICE 2016-66 FOR THE
COMPANIES PARTICIPATION IN
REINSURANCE ACTIVITIES WITH, AND
PREMIUM REMITTANCES INTO, STAR
REINSURANCE COMPANY LTD FOR
EXTENDED WARRANTY AND OTHER
AFTERSALE PRODUCTS ALLOWED UNDER
IRS TECHNICAL ADVICE MEMORANDUM
200453012.  AS WELL AS THE GATHERING
OF INFORMATION REQUIRED TO
COMPLETE THE REQUIRED FORMS.

Invoice Total                      $2,425.00

CONFIDENTIAL                                      VOYNOW_024833

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

02/06/2017                                          Client: 5267

STAR TOYOTA                                          Invoice:    2372
ATTN: DEBBIE T
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

                                                                        8,875.00

    PROGRESS BILLING FOR WORK
    COMPLETED ON THE DECEMBER 31, 2016
    CLOSING OF THE BOOKS AND
    PREPARATION OF CORPORATE TAX
    RETURNS.

                                    Invoice Total                $8,875.00

CONFIDENTIAL                                         VOYNOW_024834

(1) Today's date     (1)   9.2.16

(2) Name of individual requesting this billing     (2)   RPS

(3) Client Name     (3)   STAR TOYOTA

(4) Client # / File #     (4)   5267

(5) This billing is for work done from Month Ending     (5a)       , 200

through the Month Ending     (5b)   9.2.16   , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due     3,580.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)       W.I.P.

TOTAL W.I.P. :

DATE BILLED:       W.I.P. TO TRANSFER:

BILLED THROUGH
CLIENT # / FILE #       W.I.P. TO HOLD:

      W.I.P. TO CLEAR:

CLIENT NAME:       WRITE UP /( DOWN):

BILL # :

DATE KEYPUNCHED:       BILL

TOTAL AMOUNT BILLABLE:

LESS RETAINERS AND OR PROGRESS BILLING:

AMOUNT OF BILL:

Mike K. 1040



# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

**215-355-8000**

09/06/2016                                          Client: 5267

STAR TOYOTA                                        Invoice:      1187
ATTN:  VIVIAN K
205-11 NORTHERN BLVD
BAYSIDE, NY  11361

---

PROFESSIONAL SERVICES:

|  | 3,580.00 |
|---|---|
| SPECIAL ACCOUNTING SERVICES AS REQUESTED | |

|  | Invoice Total | $3,580.00 |
|---|---|---|

CONFIDENTIAL                                    VOYNOW_024836

(1) Today's date                                             (1)   9.2.16

(2) Name of individual requesting this billing              (2)   RPS

(3) Client Name                                             (3)   STAR TOYOTA

(4) Client # / File #                                       (4)      5267

(5) This billing is for work done from Month Ending        (5a)                    , 200

    through the Month Ending                               (5b)   9.2.16         , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2015

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

                           Amount Due          4,185.00

If this is a zero bill (to clear out W.I.P.)  Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  (FINAL)                          W.I.P.

                                        TOTAL W.I.P. :

DATE BILLED:                            W.I.P. TO TRANSFER:

BILLED THROUGH
CLIENT # / FILE #                       W.I.P. TO HOLD:

                                        W.I.P. TO CLEAR:

CLIENT NAME:                            WRITE UP /( DOWN):

BILL # :

DATE KEYPUNCHED:                                               BILL

                        TOTAL AMOUNT BILLABLE:

         LESS RETAINERS AND OR PROGRESS BILLING:

                        AMOUNT OF BILL:

CONFIDENTIAL

VOYNOW_024837

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

09/06/2016                                            Client: 5267

STAR TOYOTA                                           Invoice:    1196
ATTN:  VIVIAN K
205-11 NORTHERN BLVD
BAYSIDE, NY  11361

PROFESSIONAL SERVICES:

                                                                        4,185.00

   FINAL BILLING FOR WORK COMPLETED ON
   DECEMBER 31, 2015 CLOSING OF THE
   BOOKS, PREPARATION OF TAX
   WORKPAPERS AND PREPARATION OF
   FEDERAL, STATE AND CITY CORPORATE
   TAX RETURNS.

                                      Invoice Total          $4,185.00

CONFIDENTIAL                              VOYNOW_024838

*Voynow, Bayard, Whyte and Company, LLP*

# Billing Worksheet
## Tuesday, August 30, 2016
### January 1, 1900 - August 30, 2016

**5267**        **STAR TOYOTA**

STAR TOYOTA                                      Office: MAIN          Partner: 83          Manager: 75          Associate:

                                                Phone (Business):

ATTN: VIVIAN K                                  E-mail:
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

### Aging WIP & A/R

|        | 08/30/2016 | 07/31/2016 | 06/30/2016 | 05/31/2016 | 04/30/2016+ | Total | Last Invoice & Receipt | Date | Amount |
|--------|-----------|-----------|-----------|-----------|------------|-------|------|------|--------|
| WIP    | (1,000.00) | (1,000.00) | 4,307.50 | 971.00 | (8,067.50) | (4,789.00) | Last Invoice | 08/01/16 | 1,000.00 |
| A/R    | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Last Receipt | 08/11/16 | (1,000.00) |

**\* Billing Instructions:**

**5267**     STAR TOYOTA                                **Time & Expenses Available to be billed**

| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
|-----------|---------|-------|----------|------|--------------------|-------------|------|--------|-------------|-----------------------------------|
| **INTERIM SERVICES** | | | | | | | | | | |
| INTERIM | INTERIM | 75 | ENGPLANNING | 06/27/16 | Time: 225.00 | 1.00 | 0.00 | 225.00 | _____ | Comments: Prepair for visit. |
| INTERIM | INTERIM | 144 | FIELDWORK | 06/28/16 | Time: 150.00 | 5.50 | 0.00 | 825.00 | _____ | |
| INTERIM | INTERIM | 75 | FIELDWORK | 06/28/16 | Time: 225.00 | 7.00 | 0.00 | 1,575.00 | _____ | Comments: interim visit |
| INTERIM | INTERIM | 75 | FIELDWORK | 06/29/16 | Time: 225.00 | 7.00 | 0.00 | 1,575.00 | _____ | Comments: interim visit |
| INTERIM | INTERIM | 83 | CLIENTMEET | 06/29/16 | Time: 275.00 | 2.50 | 0.00 | 687.50 | _____ | Comments: go to oNY and do an interim visit |
| INTERIM | INTERIM | 144 | FIELDWORK | 06/30/16 | Time: 150.00 | 0.30 | 0.00 | 45.00 | _____ | |
| **INTERIM SERVICES Totals** | | | | | | 23.30 | 0.00 | 4,932.50 | _____ | |
| **RETAINER** | | | | | | | | | | |
| RETAINER | | 63 | ACCOUNTIN | 02/01/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 03/01/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 04/01/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 05/02/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 06/01/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 07/01/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |

CONFIDENTIAL

VOYNOW_024839

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet

### Tuesday, August 30, 2016

### January 1, 1900  -  August 30, 2016

CONFIDENTIAL

VOYNOW_024840

| 5267 | STAR TOYOTA | | | | | Time & Expenses Available to be billed | | | | |
|------|-------------|-------|----------|------|-------------------|-------------|------|--------|-------------|----------------------------|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| RETAINER | | 63 | ACCOUNTIN | 08/01/16 Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER Totals | | | | | | 0.00 | 0.00 | -7,000.00 | _____ | |
| | | | | | | | | | | |
| SPECIAL PROJECTS | | | | | | | | | | |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 03/15/16 Time: | 275.00 | 0.80 | 0.00 | 220.00 | _____ | Comments: call from Debbie and Vivian to go over the money that is to be paid to Steve per Mike at year end tax work |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 03/16/16 Time: | 275.00 | 1.50 | 0.00 | 412.50 | _____ | Comments: calls from Mike to go over the father in law estate and then discuss the Hyundai write doe for used cars and how to handle it on the R&R system |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 05/27/16 Time: | 275.00 | 1.00 | 0.00 | 275.00 | _____ | Comments: calls from Mike to go over info Todd and appraisal |
| SPECIAL PROJECTS Totals | | | | | | 3.30 | 0.00 | 907.50 | _____ | |
| | | | | | | | | | | |
| TAX SERVICES | | | | | | | | | | |
| TAX | 1120S | 83 | REVIEW | 02/03/16 Time: | 275.00 | 1.00 | 0.00 | 275.00 | _____ | Comments: go over the Lifo issue with the Star dealerships |
| TAX | 1120S | 144 | FIELDWORK | 02/26/16 Time: | 150.00 | 2.20 | 0.00 | 330.00 | _____ | |
| TAX | 1120S | 144 | PREPARATION | 02/29/16 Time: | 150.00 | 3.50 | 0.00 | 525.00 | _____ | *Biller: 9.30 |
| TAX | 1120S | 75 | PREPARATION | 02/29/16 Time: | 225.00 | 1.00 | 0.00 | 225.00 | _____ | Comments: Review tax return and extension #'s |
| TAX | 1120S | 144 | PREPARATION | 03/01/16 Time: | 150.00 | 0.50 | 0.00 | 75.00 | _____ | |
| TAX | 1120S | 144 | PREPARATION | 03/02/16 Time: | 150.00 | 0.80 | 0.00 | 120.00 | _____ | |
| TAX | 1120S | 144 | PREPARATION | 03/03/16 Time: | 150.00 | 0.10 | 0.00 | 15.00 | _____ | |
| TAX | 1120S | 75 | PREPARATION | 03/03/16 Time: | 225.00 | 0.50 | 0.00 | 112.50 | _____ | Comments: Extension |
| TAX | 1120S | 63 | PROGRESS | 03/04/16 Time: | 0.00 | 0.00 | 0.00 | -8,850.00 | _____ | |
| TAX | EXTENSION | 75 | PREPARATION | 03/07/16 Time: | 225.00 | 0.50 | 0.00 | 112.50 | _____ | Comments: extension |
| TAX | 1120S | 83 | CLIENTMEET | 03/10/16 Time: | 275.00 | 1.00 | 0.00 | 275.00 | _____ | Comments: go over the info needed for the car fax issue and look for info to send to them |
| TAX | EXTENSION | 144 | ELFAUTHORIZ | 03/11/16 Time: | 150.00 | 0.30 | 0.00 | 45.00 | _____ | *Biller: 1.24 |
| TAX | EXTENSION | 75 | PREPARATION | 03/11/16 Time: | 225.00 | 0.50 | 0.00 | 112.50 | _____ | Comments: extensions |
| TAX | 1120S | 83 | CLIENTMEET | 03/28/16 Time: | 275.00 | 0.50 | 0.00 | 137.50 | _____ | Comments: call from Mike to go over the realty of the property and see what to do with the estate property and the father in laws situation |

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Tuesday, August 30, 2016
### January 1, 1900 - August 30, 2016

| 5267 | STAR TOYOTA | | | | | Time & Expenses Available to be billed | | | | |
|------|-------------|-------|----------|------|----------------|-------------|------|--------|-------------|-----------------------------|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| TAX | 1120S | 83 | CLIENTMEET | 04/05/16 | Time: 275.00 | 1.10 | 0.00 | 302.50 | _____ | Comments: calls from Mike and Vivian to go over their rent at Koufakis realty and income tiems with Mike |
| TAX | 1120S | 75 | PREPARATION | 04/25/16 | Time: 225.00 | 1.00 | 0.00 | 225.00 | _____ | Comments: Call Anna to get info for Metro tax. |
| TAX | 1120S | 144 | PREPARATION | 04/26/16 | Time: 0.00 | 0.00 | 0.00 | 0.00 | _____ | *Biller: 9.18 |
| TAX | 1120S | 75 | PREPARATION | 04/28/16 | Time: 225.00 | 0.50 | 0.00 | 112.50 | _____ | Comments: info |
| TAX | 1120S | 144 | PREPARATION | 04/29/16 | Time: 150.00 | 1.00 | 0.00 | 150.00 | _____ | *Biller: 11.06 |
| TAX | 1120S | 75 | PREPARATION | 05/02/16 | Time: 225.00 | 1.50 | 0.00 | 337.50 | _____ | Comments: tax returns |
| TAX | 1120S | 83 | TRIALBAL | 05/06/16 | Time: 275.00 | 2.00 | 0.00 | 550.00 | _____ | Comments: go over work papers and the return |
| TAX | 1120S | 146 | MATH | 05/12/16 | Time: 110.00 | 2.10 | 0.00 | 231.00 | _____ | |
| TAX | 1120S | 132 | TYPEPROC | 05/13/16 | Time: 50.00 | 0.30 | 0.00 | 15.00 | _____ | |
| TAX | 1120S | 132 | VBWDELIVERY | 05/13/16 | Time: 50.00 | 0.20 | 0.00 | 10.00 | Non-billable | Comments: mail 3115 cetified mail |
| TAX | 1120S | 75 | PREPARATION | 05/13/16 | Time: 225.00 | 1.50 | 0.00 | 337.50 | _____ | Comments: tax returns |
| TAX | 1120S | 75 | PREPARATION | 05/23/16 | Time: 225.00 | 1.00 | 0.00 | 225.00 | _____ | Comments: Send out |
| TAX | 1120S | 144 | ELFAUTHORIZ | 06/02/16 | Time: 150.00 | 0.20 | 0.00 | 30.00 | _____ | *Biller: 11.06 |
| TAX | 1120S | 75 | PREPARATION | 06/06/16 | Time: 225.00 | 1.00 | 0.00 | 225.00 | _____ | Comments: 2Q est call Vivian and check numbers. |
| TAX | 1120S | 144 | PREPARATION | 06/07/16 | Time: 150.00 | 0.80 | 0.00 | 120.00 | _____ | |
| TAX SERVICES Totals | | | | | | 26.60 | 0.00 | -3,619.00 | _____ | |
| | Client STAR TOYOTA Totals | | | | | 53.20 | 0.00 | -4,779.00 | | |

CONFIDENTIAL

VOYNOW_024841

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                            VIVIAN                718-279-1800
<-----------MOST RECENT 12 MONTHS----------->   <---------------PRIOR 12 MONTHS------------->
MON-YR   BILLS   WRT U/D   WRTOFFS     CASH     MON-YR   BILLS   WRT U/D   WRTOFFS     CASH
-------  ------  -------  --------  ---------   -------  ------  -------  --------  ---------
SEP-15  15,980   -2,218        0          0     SEP-14   8,480   -3,565        0          0
OCT-15   1,000        0        0      1,000     OCT-14   1,000        0        0      5,540
NOV-15   1,000        0        0     12,510     NOV-14   1,000        0        0      4,940
DEC-15   1,000        0        0      1,000     DEC-14   1,000        0        0      1,000
JAN-16   1,000        0        0      5,470     JAN-15   1,000        0        0      1,000
FEB-16   1,000        0        0      1,000     FEB-15  10,250        0        0      1,000
MAR-16   9,850        0        0      1,000     MAR-15   1,000        0        0     10,250
APR-16   1,000        0        0      9,850     APR-15   1,000        0        0      1,000
MAY-16   1,000        0        0      1,000     MAY-15   1,000        0        0      1,000
JUN-16   1,000        0        0      1,000     JUN-15   1,000        0        0      1,000
JUL-16   1,000        0        0      1,000     JUL-15   1,000        0        0      1,000
AUG-16   1,000        0        0      1,000     AUG-15   1,000        0        0      1,000
-------  ------  -------  --------  ---------   -------  ------  -------  --------  ---------
TOTAL   35,830   -2,218        0     35,830     TOTAL   28,730   -3,565        0     28,730

YTD     16,850        0        0     21,320     PYTD    17,250        0        0     17,250


AGED       CURRENT     1 MONTH    2 MONTHS    3 MONTHS    4 MONTHS    5+ MONTHS      TOTAL  AGED
--------  ---------  ---------  ----------  ----------  ----------  ----------  ----------
A/R            0.00       0.00        0.00        0.00        0.00        0.00        0.00  A/R
WIP       -1,000.00  -1,000.00   -1,000.00   -1,000.00   -1,000.00    4,353.00     -647.00  WIP

YTD WORK      BUDGET      ACTUAL     VARIANCE    %BUDGET      LAST      DATE       AMOUNT TYPE
--------     -------    --------    ---------   --------    -------  --------   --------- ----
HOURS          0.00       41.60      -41.60       0.00%    BILLED   11/01/16    1,000.00  PRG
DOLLARS        0.00    9,125.50   -9,125.50       0.00%    PAYMENT  08/11/16    1,000.00  SN

<------------WORK-IN-PROCESS---------------->   NET WIP   ACCOUNTS   UNAPPLIED       TOTAL
  FEES/HOURS   EXPENSES    DB/CR    OFFSETS     SUBTOTAL  RECEIVABLE  RETAINER     EXPOSURE
-----------  ---------  -------  ----------   ---------  ----------  ---------   ----------
  19,203.00       0.00     0.00  -19,850.00     -647.00        0.00       0.00     -647.00
      95.90
                                                                               NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)    -647.00

                                                        WIP TO XFER: _____

                                                        WIP TO HOLD: _____

                                                       WIP TO CLEAR: _____

                                                     WRITE UP/DOWN: _____

                                                    AMOUNT TO BILL: _____

                                    APPROVED BY: _____ DATE: _____
```

CONFIDENTIAL                                                    VOYNOW_024842

```
                    Voynow, Bayard, Whyte and Company, LLP                      v.7.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                    VIVIAN              718-279-1800
-------------------------------------------------------------------------------
                    * *   FEE & EXPENSE SUMMARIES  * *
```

| * CHARGEABLE FEES SUMMARY BY WORK CODE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| BUSINESS TAX ENGAGEMENTS | 95.80 | 19,198.00 | 19,198.00 |
| PERSONAL TAX RETURN SERVICES | 0.10 | 5.00 | 19,203.00 |
| SYSTEM GENERATED FEES | 0.00 | -19,850.00 | -647.00 |
| ** TOTAL | 95.90 | -647.00 | |

| * CHARGEABLE FEES SUMMARY BY STAFF | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| | 0.00 | -19,850.00 | -19,850.00 |
| 132 DOROTHEA BURCH | 0.40 | 20.00 | -19,830.00 |
| 144 PHILLIP L. SALEMNO JR | 2.20 | 308.00 | -19,522.00 |
| 148 CODY MCCABE | 14.90 | 1,117.50 | -18,404.50 |
| 48  Kenneth Mann | 0.10 | 27.50 | -18,377.00 |
| 75  Bob Seibel | 58.50 | 12,285.00 | -6,092.00 |
| 83  Randall Franzen | 19.80 | 5,445.00 | -647.00 |
| ** TOTAL | 95.90 | -647.00 | |

| * CHARGEABLE FEES SUMMARY BY CTRL DATE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| 09/30/15 | 0.10 | 5.00 | 5.00 |
| 10/31/15 | 5.80 | 400.00 | 405.00 |
| 11/30/15 | 47.00 | 7,567.50 | 7,972.50 |
| 12/31/15 | 1.40 | -895.00 | 7,077.50 |
| 01/31/16 | 41.60 | 8,125.50 | 15,203.00 |
| 02/29/16 | 0.00 | -1,000.00 | 14,203.00 |
| 03/31/16 | 0.00 | -9,850.00 | 4,353.00 |
| 04/30/16 | 0.00 | -1,000.00 | 3,353.00 |
| 05/31/16 | 0.00 | -1,000.00 | 2,353.00 |
| 06/30/16 | 0.00 | -1,000.00 | 1,353.00 |
| 07/31/16 | 0.00 | -1,000.00 | 353.00 |
| 08/31/16 | 0.00 | -1,000.00 | -647.00 |
| ** TOTAL | 95.90 | -647.00 | |

CONFIDENTIAL

VOYNOW_024843

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                      SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                      VIVIAN                 718-279-1800
CDATE    WDATE    WORK(CODE)   STAFF NAME      SID RATE    HRS       AMOUNT  SEQ# ACTION
--------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

01/31/16 12/29/15  5 21 DOROTHEA BURCH       132  50    0.30       15.00 118548 B H T:
                   fax info

           132 DOROTHEA BURCH                           0.30       15.00

01/31/16 01/04/16  5 21 Kenneth Mann          48  275   0.10       27.50 122371 B H T:
                   LIFO F/S

            48  Kenneth Mann                             0.10       27.50

         BUSTAX LIFO Computations                        0.40       42.50

11/30/15 11/24/15  5 68 CODY MCCABE          148  75    6.50      487.50 114430 B H T:
                   TAX PLANNING
11/30/15 11/25/15  5 68 CODY MCCABE          148  75    7.00      525.00 114431 B H T:
                   TAX PLANNING
12/31/15 12/01/15  5 68 CODY MCCABE          148  75    0.50       37.50 115579 B H T:
                   ORGANIZING AND PUTTING TOGETHER TAX PLANNING
                   PACKETS
12/31/15 12/07/15  5 68 CODY MCCABE          148  75    0.90       67.50 117688 B H T:
                   Organzing the report generator reports from tax
                   planning

           148 CODY MCCABE                              14.90    1,117.50

11/30/15 11/23/15  5 68 Bob Seibel            75  210   9.00    1,890.00 116309 B H T:
                   tax planning visit
11/30/15 11/24/15  5 68 Bob Seibel            75  210   9.00    1,890.00 116310 B H T:
                   tax planning visit.
11/30/15 11/25/15  5 68 Bob Seibel            75  210   7.00    1,470.00 116311 B H T:
                   tax planning visit.

            75 Bob Seibel                               25.00    5,250.00

10/31/15 10/23/15  5 68 Randall Franzen       83  275   0.80      220.00 109747 B H T:
                   calls to get get tax planning set up
11/30/15 11/24/15  5 68 Randall Franzen       83  275   8.00    2,200.00 116942 B H T:
                   go to dealerahip to the year end planning

            83  Randall Franzen                         8.80    2,420.00

         BUSTAX Tax Planning                           48.70    8,787.50

10/31/15 10/06/15  5 69 Bob Seibel            75  210   1.00      210.00 109601 B H T:
10/31/15 10/08/15  5 69 Bob Seibel            75  210   1.00      210.00 109608 B H T:
10/31/15 10/21/15  5 69 Bob Seibel            75  210   1.00      210.00 109721 B H T:
11/30/15 11/05/15  5 69 Bob Seibel            75  210   0.50      105.00 112948 B H T:
                   Profit tie in for bank.
01/31/16 01/18/16  5 69 Bob Seibel            75  210  10.00    2,100.00 122525 B H T:
                   year end visit
01/31/16 01/19/16  5 69 Bob Seibel            75  210  10.00    2,100.00 122526 B H T:
                   year end visit
01/31/16 01/20/16  5 69 Bob Seibel            75  210   9.00    1,890.00 122527 B H T:
                   year end visit
01/31/16 01/22/16  5 69 Bob Seibel            75  210   1.00      210.00 122529 B H T:
--------------------------------------------------------------------------------------
30 Aug 2016 14:24              DWIP SORT ON CLIENT ID   5267  /        PAGE: 41
```

CONFIDENTIAL

VOYNOW_024844

```
                        Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                   VIVIAN                 718-279-1800
CDATE    WDATE    WORK(CODE)   STAFF NAME    SID RATE   HRS      AMOUNT  SEQ# ACTION
--------------------------------------------------------------------------------
                    * * CHARGEABLE FEES  BY CODES/STAFF/    * *

                        follow up from visit.

            75  Bob Seibel                          33.50     7,035.00

10/31/15 09/28/15  5 69 Randall Franzen      83  275   1.00      275.00 104767 B H T:
                   calls from Mike to go over new contruction of
                   Toyota Nissan and then cost seg resutts and talk
                   about refunds and the
                   scoar between the boys receivables and payables
10/31/15 09/29/15  5 69 Randall Franzen      83  275   1.00      275.00 104799 B H T:
                   calls and email from Mike to go over tax info and
                   personal activty
01/31/16 01/08/16  5 69 Randall Franzen      83  275   1.00      275.00 120924 B H T:
                   calls from Mike to go over the income and the
                   owners receivables between the boys
01/31/16 01/18/16  5 69 Randall Franzen      83  275   8.00    2,200.00 120949 B H T:
                   go to NY and do year end work meet with Mike

            83  Randall Franzen                     11.00     3,025.00

         BUSTAX Year End Tax Work                   44.50    10,060.00

01/31/16 01/25/16  5 90 PHILLIP L. SALEMNO J 144  140   1.50      210.00 121354 B H T:
01/31/16 01/26/16  5 90 PHILLIP L. SALEMNO J 144  140   0.70       98.00 121360 B H T:

           144 PHILLIP L. SALEMNO JR           2.20       308.00

         BUSTAX Trial Balance Data Inpu         2.20       308.00

09/30/15 09/18/15  7 85 DOROTHEA BURCH       132   50   0.10        5.00 109147 B H T:
                   scan, password protect and email

           132 DOROTHEA BURCH                   0.10         5.00

         PERSTX Photocopying Documents          0.10         5.00

            * * TOTAL FEES                     95.90    19,203.00

                    * *   DEBITS & CREDITS   * *

10/31/15 10/31/15 99   3                             -1,000.00  92418 B H T:
11/30/15 11/30/15 99   3                             -1,000.00  94784 B H T:
12/31/15 12/31/15 99   3                             -1,000.00  97335 B H T:
01/31/16 01/31/16 99   3                             -1,000.00 112223 B H T:
02/29/16 02/29/16 99   3                             -1,000.00 121097 B H T:
03/31/16 03/31/16 99   3                             -1,000.00 121760 B H T:
03/31/16 03/31/16 99   3                             -8,850.00 123022 B H T:
04/30/16 04/30/16 99   3                             -1,000.00 121924 B H T:
05/31/16 05/31/16 99   3                             -1,000.00 122180 B H T:
06/30/16 06/30/16 99   3                             -1,000.00 123560 B H T:
07/31/16 07/31/16 99   3                             -1,000.00 123710 B H T:
08/31/16 08/31/16 99   3                             -1,000.00 123860 B H T:

--------------------------------------------------------------------------------
30 Aug 2016 14:24            DWIP SORT ON CLIENT ID    5267  /      PAGE: 42
```

CONFIDENTIAL

VOYNOW_024845

```
                    Voynow, Bayard, Whyte and Company, LLP              v.7.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                    SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                   VIVIAN              718-279-1800
CDATE   WDATE    WORK(CODE)  STAFF NAME     SID RATE   HRS        AMOUNT  SEQ# ACTION
--------------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/        * *


        * * TOTAL PROGRESS BILLS AND OTHER CREDITS         -19,850.00


          FEES      EXPENSES    SUB-TOTAL      DB/CR    SUB-TOTAL     OFFSETS     NET WIP
        ----------  ----------  ----------  ----------  ----------  ----------  ----------
        19,203.00        0.00   19,203.00        0.00   19,203.00  -19,850.00     -647.00
                                                                               ==========
```

CONFIDENTIAL                                        VOYNOW_024846

# VOYNOW BAYARD CO
## WIP

(1) Today's date                                    (1) 3.3.16

(2) Name of individual requesting this billing      (2) RANDY

(3) Client Name                                     (3) STAR TOYOTA

(4) Client # / File #                               (4)    5267

(5) This billing is for work done from Month Ending  (5a)                        , 200

   through the Month Ending                          (5b   3.3.16              , 200

**DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:**
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2015 closing of the books

preparation of Federal , State and city

corporate tax returns.

**Accountant**

Amount Due          8,850.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                    W.I.P.

**LAST YEAR BILL:**    9,250          TOTAL W.I.P.:

DATE BILLED:                          W.I.P. TO TRANSFER:

BILLED THROUGH                        W.I.P. TO HOLD:
CLIENT # / FILE #
                                      W.I.P. TO CLEAR:

CLIENT NAME:                          WRITE UP / DOWN:

BILL # :

DATE KEYPUNCHED:                                        BILL

                    TOTAL AMOUNT BILLABLE:          8,850.00

        LESS RETAINERS AND OR PROGRESS BILLING:

                          AMOUNT OF BILL:          8,850.00

CONFIDENTIAL

VOYNOW_024847

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

03/04/2016                                         Client: 5267

STAR TOYOTA                                         Invoice:    351
205-11 NORTHERN BLVD

BAYSIDE, NY 11361                     *Attn Vivian* ✗

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK                                    8,850.00
COMPLETED ON THE DECEMBER 31, 2015
CLOSING OF THE BOOKS AND
PREPARATION OF CORPORATE TAX
RETURNS.

                              Invoice Total              $8,850.00

| Date | Type | Reference | Debit | Credit | Balance |
|------|------|-----------|-------|--------|---------|
| 03/01/16 | Beginning Balance | | | | $0.00 |
| 03/01/16 | Invoice #117 | | 1,000.00 | | 1,000.00 |
| 03/04/16 | Invoice #351 | | 8,850.00 | | 9,850.00 |
| 03/04/16 | Amount Due | | | | $9,850.00 |

CONFIDENTIAL                                    VOYNOW_024848

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

03/04/2016                                      Client: 5267

STAR TOYOTA                                      Invoice:    351
ATTN: VIVIAN K
205-11 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

| PROGRESS BILLING FOR WORK COMPLETED ON THE DECEMBER 31, 2015 CLOSING OF THE BOOKS AND PREPARATION OF CORPORATE TAX RETURNS. | 8,850.00 |

|  | Invoice Total | $8,850.00 |

| Date | Type | Reference | Debit | Credit | Balance |
|------|------|-----------|-------|--------|---------|
| 03/01/16 | Beginning Balance | | | | $0.00 |
| 03/01/16 | Invoice #117 | | 1,000.00 | | 1,000.00 |
| 03/04/16 | Invoice #351 | | 8,850.00 | | 9,850.00 |
| 03/04/16 | Amount Due | | | | $9,850.00 |

CONFIDENTIAL                                      VOYNOW_024849

| | | | |
|---|---|---|---|
| (1) Today's date | (1) | 9.30.15 | |
| (2) Name of individual requesting this billing | (2) | RPS | |
| (3) Client Name | (3) | STAR TOYOTA | |
| (4) Client # / File # | (4) | 5267 | |
| (5) This billing is for work done from Month Ending | (5a) | | , 200 |
| through the Month Ending | (5b) | 9.30.15 | , 200 |

**DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:**
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2014

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

Amount Due          4,075.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) **(FINAL)**          W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH          W.I.P. TO HOLD: _____
CLIENT # / FILE #
_____          W.I.P. TO CLEAR: _____

CLIENT NAME: _____          WRITE UP /( DOWN): _____

BILL # : 23339

DATE KEYPUNCHED: _____          BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL          VOYNOW_024850

CONFIDENTIAL

VOYNOW_024851

# Voynow, Bayard, Whyte and Company, LLP
### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

September 30, 2015


STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                          Client #: 5267/
ATTN: VIVIAN                               Invoice: 23554


PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2014 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS AND
PREPARATION OF FEDERAL, STATE AND CITY
CORPORATE TAX RETURNS

                        AMOUNT DUE      $ 4,075.00


CONFIDENTIAL                          VOYNOW_024852

```
                    Voynow, Bayard, Whyte and Company, LLP                v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                       SORT ON CLIENT ID * SELECTED CLIENTS

 5267  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR TOYOTA/                                VIVIAN            718-279-1800
 <----------MOST RECENT 12 MONTHS---------->    <----------PRIOR 12 MONTHS------------->
 MON-YR    BILLS    WRT U/D   WRTOFFS    CASH    MON-YR    BILLS   WRT U/D   WRTOFFS    CASH
 ------   -------   -------   -------   ------   ------   -------  -------   -------  -------
 OCT-14    1,000       0         0       5,540   OCT-13    1,000      0         0       4,465
 NOV-14    1,000       0         0       4,940   NOV-13    1,000      0         0      14,650
 DEC-14    1,000       0         0       1,000   DEC-13    1,000      0         0       1,000
 JAN-15    1,000       0         0       1,000   JAN-14    1,000      0         0       1,000
 FEB-15   10,250       0         0       1,000   FEB-14    8,900      0         0       1,000
 MAR-15    1,000       0         0      10,250   MAR-14    1,000      0         0       8,900
 APR-15    1,000       0         0       1,000   APR-14    1,000      0         0       1,000
 MAY-15    1,000       0         0       1,000   MAY-14    1,000      0         0       1,000
 JUN-15    1,000       0         0       1,000   JUN-14    1,000      0         0       1,000
 JUL-15    1,000       0         0       1,000   JUL-14    1,000      0         0         700
 AUG-15    1,000       0         0       1,000   AUG-14    1,000      0         0       1,300
 SEP-15    1,000       0         0           0   SEP-14    8,480   -3,565       0           0
 ------   -------   -------   -------   ------   ------   -------  -------   -------  -------
 TOTAL    21,250       0         0      28,730   TOTAL    27,380   -3,565       0      36,015

 YTD      18,250       0         0      17,250   PYTD     24,380   -3,565       0      15,900


 AGED      CURRENT     1 MONTH    2 MONTHS    3 MONTHS    4 MONTHS    5+ MONTHS      TOTAL   AGED
 -----     -------    --------   ---------   ---------   ---------   ----------   --------   ----
 A/R      1,000.00       0.00        0.00        0.00        0.00        0.00     1,000.00   A/R
 WIP      2,976.00     857.50     -862.50    6,449.50     -410.00    8,187.50    17,198.00   WIP

 YTD WORK     BUDGET      ACTUAL     VARIANCE    %BUDGET    LAST      DATE        AMOUNT TYPE
 --------    -------     -------     --------    -------    ----      ----        ------ ----
 HOURS         0.00      129.00      -129.00      0.00%    BILLED  12/01/15     1,000.00  PRG
 DOLLARS       0.00    28,783.00  -28,783.00      0.00%    PAYMENT 08/10/15     1,000.00  SN

 <--------------WORK-IN-PROCESS---------------->    NET WIP    ACCOUNTS     UNAPPLIED      TOTAL
   FEES/HOURS    EXPENSES     DB/CR     OFFSETS    SUBTOTAL   RECEIVABLE     RETAINER    EXPOSURE
   ----------   --------    ------    --------   --------   ----------     --------    --------
    34,889.00   3,559.00      0.00  -21,250.00   17,198.00    1,000.00         0.00   18,198.00
       165.80
                                                                             NET WIP
 SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final)  17,198.00

                                                    WIP TO XFER:  _____

                                                     WIP TO HOLD:  _____

                                                    WIP TO CLEAR:  _____

                                                    WRITE UP/DOWN:  _____

                                                   AMOUNT TO BILL:  _____

                                              APPROVED BY:  _____  DATE:  _____



 ------------------------------------------------------------------------------------
 06 Oct 2015 15:59              DWIP SORT ON CLIENT ID    5267  /       PAGE: 74
```

CONFIDENTIAL

VOYNOW_024853

```
                    Voynow, Bayard, Whyte and Company, LLP              v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                         SORT ON CLIENT ID * SELECTED CLIENTS

5267  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                      VIVIAN              718-279-1800
-------------------------------------------------------------------------------
                  * *  FEE & EXPENSE SUMMARIES  * *

* CHARGEABLE FEES SUMMARY BY WORK CODE    HOURS        AMOUNT         TOTAL
REVIEW ENGAGEMENT                          1.00        275.00        275.00
BUSINESS TAX ENGAGEMENTS                 130.20     27,109.00     27,384.00
INTERIM SERVICES                          32.50      6,927.50     34,311.50
SPECIAL PROJECTS-MUST USE MEMO             2.10        577.50     34,889.00
SYSTEM GENERATED FEES                      0.00    -21,250.00     13,639.00
                                       --------   ------------
        ** TOTAL                         165.80     13,639.00


* CHARGEABLE FEES SUMMARY BY STAFF        HOURS        AMOUNT         TOTAL
                                           0.00    -21,250.00    -21,250.00
124  Brett Bausinger                       0.20         28.00    -21,222.00
136  DAVID KUMOR                           6.50        826.00    -20,396.00
142  TIMOFEY S. KRAVETS                    5.00        600.00    -19,796.00
144  PHILLIP L. SALEMNO JR                 8.00      1,120.00    -18,676.00
146  BENJAMIN SIDOR                        2.30        187.00    -18,489.00
147  DEANNA DOLE                           1.60        120.00    -18,369.00
48   Kenneth Mann                          0.80        220.00    -18,149.00
56   Hugh Whyte                            1.00        275.00    -17,874.00
63   Betteann Norris                       0.30         30.00    -17,844.00
75   Bob Seibel                           99.30     20,263.00      2,419.00
83   Randall Franzen                      40.80     11,220.00     13,639.00
                                       --------   ------------
        ** TOTAL                         165.80     13,639.00


* CHARGEABLE FEES SUMMARY BY CTRL DATE    HOURS        AMOUNT         TOTAL
            10/31/14                        0.00     -1,000.00     -1,000.00
            11/30/14                       34.00      6,250.00      5,250.00
            12/31/14                        2.80       -500.00      4,750.00
            01/31/15                       37.90      7,247.50     11,997.50
            02/28/15                        8.00     -9,010.00      2,987.50
            03/31/15                       16.20      2,091.00      5,078.50
            04/30/15                        2.00       -450.00      4,628.50
            05/31/15                        2.50       -410.00      4,218.50
            06/30/15                       34.60      6,449.50     10,668.00
            07/31/15                        0.50       -862.50      9,805.50
            08/31/15                        7.70        857.50     10,663.00
            09/30/15                       19.60      2,976.00     13,639.00
                                       --------   ------------
        ** TOTAL                         165.80     13,639.00



-------------------------------------------------------------------------------
06 Oct 2015 15:59              DWIP SORT ON CLIENT ID    5267  /    PAGE: 75
```

CONFIDENTIAL

VOYNOW_024854

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                      SORT ON CLIENT ID * SELECTED CLIENTS

5267 /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                          VIVIAN               718-279-1800
CDATE    WDATE    WORK(CODE)   STAFF NAME     SID RATE    HRS     AMOUNT  SEQ# ACTION
---------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

09/30/15 09/08/15  2 93 Hugh Whyte           56  275    1.00     275.00 100417 B H T:

           56  Hugh Whyte                           1.00     275.00

         REVIEW Partner Review                       1.00     275.00

01/31/15 01/17/15  5  1 Bob Seibel           75  200    1.00     200.00  73608 B H T:
                       Prepair for visit.

           75  Bob Seibel                           1.00     200.00

         BUSTAX Engagement Planning                  1.00     200.00

01/31/15 01/06/15  5 21 Kenneth Mann         48  275    0.30      82.50  77014 B H T:
                       LIFO
01/31/15 01/09/15  5 21 Kenneth Mann         48  275    0.10      27.50  77032 B H T:
                       LIFO F/S

           48  Kenneth Mann                         0.40     110.00

         BUSTAX LIFO Computations                    0.40     110.00

02/28/15 02/05/15  5 22 DAVID KUMOR         136  125    2.20     275.00  74087 B H T:
                       GETTING ALL STAR DEPRECIATION SCHEDULES AND GOING
                       OVER WITH RANDY
                       ON THE PHONE WITH DAVID KAPLAN WITH BEN ABOUT THE
                       DEPRECIATION SCHEDULES, CLEARING UP HIS COMMENTS

          136  DAVID KUMOR                          2.20     275.00

         BUSTAX Fixed Assets                         2.20     275.00

03/31/15 03/03/15  5 61 DAVID KUMOR         136  140    0.60      84.00  77971 B H T:
                       EXTENSION
03/31/15 03/11/15  5 61 DAVID KUMOR         136  140    0.30      42.00  79230 B H T:
                       E FILE EXT

          136  DAVID KUMOR                          0.90     126.00

03/31/15 03/02/15  5 61 PHILLIP L. SALEMNO J 144  140    2.60     364.00  78702 B H T:
03/31/15 03/03/15  5 61 PHILLIP L. SALEMNO J 144  140    2.50     350.00  78705 B H T:
09/30/15 09/03/15  5 61 PHILLIP L. SALEMNO J 144  140    2.90     406.00 100920 B H T:

          144  PHILLIP L. SALEMNO JR                8.00    1,120.00

06/30/15 06/23/15  5 61 BENJAMIN SIDOR      146   90    0.20      18.00  92730 B H T:
                       3115
06/30/15 06/25/15  5 61 BENJAMIN SIDOR      146   90    0.10       9.00  92731 B H T:
                       3115 corrections

          146  BENJAMIN SIDOR                       0.30      27.00

09/30/15 09/11/15  5 61 Betteann Norris      63  100    0.30      30.00 100547 B H T:
                       process tax return

           63  Betteann Norris                      0.30      30.00
---------------------------------------------------------------------------------------
06 Oct 2015 15:59              DWIP SORT ON CLIENT ID   5267 /         PAGE: 76
```

*TPR* (handwritten)

*) TPR* (handwritten)

CONFIDENTIAL

VOYNOW_024855

Voynow, Bayard, Whyte and Company, LLP
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
SORT ON CLIENT ID * SELECTED CLIENTS

v.7.00

5267 / GRP: STAR PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83 56
STAR TOYOTA/ VIVIAN 718-279-1800

| CDATE | WDATE | WORK (CODE) | STAFF NAME | SID | RATE | HRS | AMOUNT | SEQ# | ACTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | * * CHARGEABLE FEES BY CODES/STAFF/ * * | | | | | | |
| | BUSTAX | Federal Tax Return Prep | | | | 9.50 | 1,303.00 | | |
| 11/30/14 | 11/18/14 | 5 68 | Bob Seibel<br>Prepair for visit. | 75 | 200 | 1.00 | 200.00 | 66715 | B H T: |
| 11/30/14 | 11/24/14 | 5 68 | Bob Seibel<br>Tax planning visit. | 75 | 200 | 10.00 | 2,000.00 | 66722 | B H T: |
| 11/30/14 | 11/25/14 | 5 68 | Bob Seibel<br>Tax planning visit. | 75 | 200 | 10.00 | 2,000.00 | 66723 | B H T: |
| 11/30/14 | 11/26/14 | 5 68 | Bob Seibel<br>Tax planning visit. | 75 | 200 | 7.00 | 1,400.00 | 66724 | B H T: |
| 12/31/14 | 12/02/14 | 5 68 | Bob Seibel<br>Follow up from visit. | 75 | 200 | 1.00 | 200.00 | 67781 | B H T: |
| 12/31/14 | 12/23/14 | 5 68 | Bob Seibel<br>Go over with Vivian. | 75 | 200 | 0.50 | 100.00 | 70243 | B H T: |
| | | 75 | Bob Seibel | | | 29.50 | 5,900.00 | | |
| 11/30/14 | 11/24/14 | 5 68 | Randall Franzen<br>Go to NY and work on the tax planning | 83 | 275 | 4.00 | 1,100.00 | 66934 | B H T: PLAN |
| | | 83 | Randall Franzen | | | 4.00 | 1,100.00 | | |
| | BUSTAX | Tax Planning | | | | 33.50 | 7,000.00 | | |
| 12/31/14 | 12/03/14 | 5 69 | Bob Seibel<br>Send estimated tax payments to Vivian. | 75 | 200 | 0.50 | 100.00 | 67787 | B H T: |
| 01/31/15 | 01/19/15 | 5 69 | Bob Seibel<br>Year end visit. | 75 | 200 | 10.00 | 2,000.00 | 73627 | B H T: |
| 01/31/15 | 01/20/15 | 5 69 | Bob Seibel<br>Year end visit. | 75 | 200 | 10.00 | 2,000.00 | 73628 | B H T: |
| 01/31/15 | 01/21/15 | 5 69 | Bob Seibel<br>Year end visit. | 75 | 200 | 7.00 | 1,400.00 | 73629 | B H T: |
| 01/31/15 | 12/29/14 | 5 69 | Bob Seibel<br>Go over info for Depreciation changes. | 75 | 200 | 1.00 | 200.00 | 70547 | B H T: TPR |
| 02/28/15 | 02/06/15 | 5 69 | Bob Seibel<br>follow up | 75 | 210 | 1.00 | 210.00 | 78926 | B H T: |
| 02/28/15 | 02/13/15 | 5 69 | Bob Seibel<br>Go through package and find 2010 statements for Vivian. | 75 | 210 | 1.00 | 210.00 | 78942 | B H T: |
| 02/28/15 | 02/14/15 | 5 69 | Bob Seibel<br>find info for Vivian & Debbie. | 75 | 210 | 1.00 | 210.00 | 78949 | B H T: |
| 03/31/15 | 03/04/15 | 5 69 | Bob Seibel<br>Extension | 75 | 210 | 0.30 | 63.00 | 79047 | B H T: |
| 03/31/15 | 03/06/15 | 5 69 | Bob Seibel<br>Extensions | 75 | 210 | 1.00 | 210.00 | 79062 | B H T: |
| 03/31/15 | 03/11/15 | 5 69 | Bob Seibel<br>Check & approve extensions for e-file | 75 | 210 | 1.50 | 315.00 | 79353 | B H T: |
| 05/31/15 | 05/05/15 | 5 69 | Bob Seibel<br>Cost seg info. | 75 | 210 | 1.50 | 315.00 | 91217 | B H T: TPR |
| 08/31/15 | 08/27/15 | 5 69 | Bob Seibel<br>Go through trial and make adjustments. | 75 | 210 | 2.00 | 420.00 | 102693 | B H T: |
| 08/31/15 | 08/28/15 | 5 69 | Bob Seibel<br>3115 | 75 | 210 | 2.00 | 420.00 | 102700 | B H T: TPR |
| 09/30/15 | 08/31/15 | 5 69 | Bob Seibel | 75 | 210 | 2.00 | 420.00 | 102925 | B H T: TPR |

Handwritten annotations: "PLAN" (bracketing entries 66722–66724), "Y/E" (bracketing entries 73627–73629).

```
                         Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                            SORT ON CLIENT ID * SELECTED CLIENTS

5267 /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                          VIVIAN                718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE    HRS      AMOUNT  SEQ# ACTION
-----------------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

                 COST SEG
09/30/15 09/01/15  5 69 Bob Seibel        75   210   1.00      210.00 102938 B H T:
                 Tie out cost seg
09/30/15 09/02/15  5 69 Bob Seibel        75   210   1.50      315.00 102946 B H T:
                 tax return
09/30/15 09/03/15  5 69 Bob Seibel        75   210   1.00      210.00 102958 B H T:
                 tax return
09/30/15 09/08/15  5 69 Bob Seibel        75   210   1.00      210.00 103061 B H T:
                 Changes to 3115's.
09/30/15 09/09/15  5 69 Bob Seibel        75   210   0.50      105.00 103069 B H T:
                 tax return.
09/30/15 09/10/15  5 69 Bob Seibel        75   210   2.00      420.00 103073 B H T:
                 3115's and in for processing.
09/30/15 09/11/15  5 69 Bob Seibel        75   210   0.50      105.00 103086 B H T:
                 out
09/30/15 09/14/15  5 69 Bob Seibel        75   210   0.50      105.00 104293 B H T:
                 Q

          75  Bob Seibel                          49.80   10,173.00

11/30/14 11/26/14  5 69 Randall Franzen   83   275   2.00      550.00  66939 B H T:
                 go to NY and do tax planning
01/31/15 01/20/15  5 69 Randall Franzen   83   275   8.50    2,337.50  73638 B H T:
                 go to dealership in NY and do the year end
03/31/15 03/09/15  5 69 Randall Franzen   83   275   0.70      192.50  82167 B H T:
                 calls from Vivian to go over sitation at star
03/31/15 03/09/15  5 69 Randall Franzen   83   275   1.00      275.00  82183 B H T:
                 go over loans with the boys and if Mike get his
                 distributed or how was it handled and talk with
                 Mike on the phone
03/31/15 03/17/15  5 69 Randall Franzen   83   275   1.50      412.50  82213 B H T:
                 go over info for new cost seg company and what we
                 want to do and how to do it and Mike loan account
                 to distribution
03/31/15 03/24/15  5 69 Randall Franzen   83   275   0.50      137.50  82402 B H T:
                 call from Vivian to go over the hampton property
                 expenses
04/30/15 04/03/15  5 69 Randall Franzen   83   275   1.00      275.00  82572 B H T:
                 go over boys and business income and projsection
                 to see what they may need to pay
04/30/15 04/13/15  5 69 Randall Franzen   83   275   1.00      275.00  90111 B H T:
                 go over Mike kid info
05/31/15 05/07/15  5 69 Randall Franzen   83   275   1.00      275.00  90183 B H T:
                 go over cost seg info with source copr people in
                 the office
06/30/15 06/03/15  5 69 Randall Franzen   83   275   0.60      165.00  93818 B H T:
                 discuss the cost seg for the Star group
06/30/15 06/17/15  5 69 Randall Franzen   83   275   1.20      330.00  93847 B H T:
                 go over various items on the cost seg to get it
                 done
07/31/15 07/10/15  5 69 Randall Franzen   83   275   0.50      137.50  96182 B H T:
                 calls from Julio people about cost seg work
08/31/15 08/10/15  5 69 Randall Franzen   83   275   2.50      687.50  99673 B H T:
                 look over some of the misc Star returna dn
                 workpapers
-----------------------------------------------------------------------------------------
```

*(handwritten annotations: TPR, TPR, TPR, TPR, PlAN Y/E, TPR, TPR, TPR, TPR)*

CONFIDENTIAL                                          VOYNOW_024857

```
                    Voynow, Bayard, Whyte and Company, LLP          v.7.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                       SORT ON CLIENT ID * SELECTED CLIENTS

5267  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                    VIVIAN                718-279-1800
CDATE    WDATE    WORK(CODE)   STAFF NAME     SID RATE   HRS      AMOUNT  SEQ# ACTION
---------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

08/31/15 08/24/15  5 69 Randall Franzen    83   275   1.20      330.00 101457 B H T:
                        call from Mike to go over entities and Maas
                        purchase and father in lae situation etc.
09/30/15 09/08/15  5 69 Randall Franzen    83   275   2.40      660.00 104263 B H T:
                        go over workpapers and tax return
09/30/15 09/15/15  5 69 Randall Franzen    83   275   1.00      275.00 104362 B H T:
                        call from Mike about year end taxes and kids
                        taxes adn rents on the properties and increases
                        etc.

          83  Randall Franzen                     26.60     7,315.00

       BUSTAX Year End Tax Work                    76.40    17,488.00

03/31/15 02/23/15  5 82 Brett Bausinger   124  140   0.20       28.00  76377 B H T:
                        Emal Bobby listing of NY IT-204 LL's recevied
                        thus far from Star entities to get date of
                        withdrawl to use for efiling
                        purposes.

          124 Brett Bausinger                      0.20        28.00

       BUSTAX Client Assist UNBUDGETE              0.20        28.00

02/28/15 02/05/15  5 90 DAVID KUMOR       136  125   0.30       37.50  74084 B H T:
                        GOING OVER TAX CODE REPORT
                        ADJUSTING ENTRY'S
03/31/15 02/28/15  5 90 DAVID KUMOR       136  125   2.30      287.50  76474 B H T:
                        ADJUSTING ENTRIES
                        LIFO
                        UNICAP

          136 DAVID KUMOR                           2.60       325.00

02/28/15 02/03/15  5 90 BENJAMIN SIDOR    146   80   2.00      160.00  75241 B H T:

          146 BENJAMIN SIDOR                        2.00       160.00

       BUSTAX Trial Balance Data Inpu              4.60       485.00

09/30/15 09/09/15  5 97 DEANNA DOLE       147   75   1.60      120.00 101101 B H T:

          147 DEANNA DOLE                           1.60       120.00

       BUSTAX Math/Proof Report/Retur              1.60       120.00

12/31/14 12/23/14  5 99 DAVID KUMOR       136  125   0.80      100.00  70170 B H T:
                        LOOKING FOR $2000 BUCKS THAT VIVIAN HAD WRITTEN
                        ON HER TAX MEMO AND FINDING OUT WHAT IT WAS FOR

          136 DAVID KUMOR                           0.80       100.00

       BUSTAX Report Typing                        0.80       100.00

06/30/15 06/09/15  6  1 Bob Seibel         75   210   1.00      210.00  93282 B H T:
---------------------------------------------------------------------------------
06 Oct 2015 15:59            DWIP SORT ON CLIENT ID   5267  /         PAGE: 79
```

CONFIDENTIAL                                    VOYNOW_024858

```
                        Voynow, Bayard, Whyte and Company, LLP              v.7.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                      SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                     VIVIAN              718-279-1800
CDATE   WDATE    WORK(CODE)   STAFF NAME    SID RATE    HRS      AMOUNT  SEQ# ACTION
-------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

                 Prepair for visit.

         75  Bob Seibel                             1.00        210.00

    INTSER Interim Visit Planning                   1.00        210.00
06/30/15 06/10/15  6 13 Bob Seibel       75   210   9.00      1,890.00  93286 B H T:
                        Interim Visit.
06/30/15 06/11/15  6 13 Bob Seibel       75   210   9.00      1,890.00  93287 B H T:
                        Interim Visit.

         75  Bob Seibel                            18.00      3,780.00
06/30/15 06/10/15  6 13 Randall Franzen  83   275   3.00        825.00  93826 B H T:
                        drive to Star for an interim visit
06/30/15 06/11/15  6 13 Randall Franzen  83   275   4.00      1,100.00  93828 B H T:
                        go to star for an interim visit
06/30/15 06/12/15  6 13 Randall Franzen  83   275   1.50        412.50  93821 B H T:
                        go over all the cost seg info again with Julio
                        and what we can get for a write down

         83  Randall Franzen                        8.50      2,337.50

    INTSER Rev. Ledger & Schedules                 26.50      6,117.50
06/30/15 06/11/15  6 20 TIMOFEY S. KRAVETS 142 120  5.00        600.00  91723 B H T:
                        interim

        142 TIMOFEY S. KRAVETS                      5.00        600.00

    INTSER Service Dept Analysis                    5.00        600.00
09/30/15 09/10/15  8 32 Kenneth Mann     48   275   0.40        110.00 103039 B H T:
                        review 3115's

         48  Kenneth Mann                           0.40        110.00
02/28/15 02/18/15  8 32 Randall Franzen  83   275   0.50        137.50  77152 B H T:
                        go over the ADP compliance ifof for Mike
03/31/15 02/27/15  8 32 Randall Franzen  83   275   1.20        330.00  77197 B H T:
                        callls from Tony to go over the ACA act and write
                        emails to Mike to go over the situation and the
                        penalty

         83  Randall Franzen                        1.70        467.50

    Other Special Projects(detail)                  2.10        577.50


      * * TOTAL FEES                              165.80     34,889.00

              * *  CHARGEABLE EXPENSES  * *

11/30/14 11/26/14  1  1 Randall Franzen   83                    335.00  66943 B H T:
-------------------------------------------------------------------------------
06 Oct 2015 15:59              DWIP SORT ON CLIENT ID   5267  /       PAGE: 80
```

CONFIDENTIAL

VOYNOW_024859

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                     VIVIAN              718-279-1800
CDATE     WDATE      WORK(CODE)  STAFF NAME      SID RATE     HRS    AMOUNT   SEQ# ACTION
------------------------------------------------------------------------------------
                         * *  CHARGEABLE EXPENSES  * *

                    diner donuts

            83  Randall Franzen                             335.00

         Miscellaneous Expense                             335.00

11/30/14 11/26/14 10   2 Randall Franzen       83          393.00  66929 B H T:
                         tolls plus driveing  550 miles x .5 = 275
01/31/15 01/21/15 10   2 Randall Franzen       83           84.00  73645 B H T:
                         travel 280 x ,55 = 154 +154  tolls
                         14+14+15+15+13+13=84

            83  Randall Franzen                             477.00

         TOLLS AND PARKING 6166                            477.00

01/31/15 01/21/15 10   3 Randall Franzen       83          260.00  73644 B H T:

            83  Randall Franzen                             260.00

         SUPPER MONEY 6167                                 260.00

11/30/14 11/26/14 10   4 Randall Franzen       83        1,187.00  66942 B H T:
                         3 rooms and 2 cars and parking
01/31/15 01/21/15 10   4 Randall Franzen       83        1,300.00  73642 B H T:
                         3 room 2 nights at

            83  Randall Franzen                          2,487.00

         HOTELS AND TRAVEL 6160                         2,487.00


            * * TOTAL EXPENSES                          3,559.00


                    * *    DEBITS & CREDITS   * *

10/31/14 10/31/14 99   3                               -1,000.00  44638 B H T:
11/30/14 11/30/14 99   3                               -1,000.00  51524 B H T:
12/31/14 09/30/14 99   3                               -1,000.00  54094 B H T:
01/31/15 01/31/15 99   3                               -1,000.00  66037 B H T:
02/28/15 02/28/15 99   3                               -1,000.00  66620 B H T:
02/28/15 02/28/15 99   3                               -9,250.00  75389 B H T:
03/31/15 03/31/15 99   3                               -1,000.00  68147 B H T:
04/30/15 04/30/15 99   3                               -1,000.00  72474 B H T:
05/31/15 05/31/15 99   3                               -1,000.00  75467 B H T:
06/30/15 06/30/15 99   3                               -1,000.00  76013 B H T:
07/31/15 07/31/15 99   3                               -1,000.00  86201 B H T:
08/31/15 08/31/15 99   3                               -1,000.00  86947 B H T:
09/30/15 09/30/15 99   3                               -1,000.00  88906 B H T:


            * * TOTAL PROGRESS BILLS AND OTHER CREDITS   -21,250.00


------------------------------------------------------------------------------------
06 Oct 2015 15:59              DWIP SORT ON CLIENT ID    5267  /         PAGE: 81
```

CONFIDENTIAL                                   VOYNOW_024860

```
                    Voynow, Bayard, Whyte and Company, LLP              v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                    SORT ON CLIENT ID * SELECTED CLIENTS

5267  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                   VIVIAN              718-279-1800
CDATE   WDATE   WORK(CODE)  STAFF NAME    SID RATE   HRS    AMOUNT  SEQ# ACTION
--------------------------------------------------------------------------------
            * * CHARGEABLE FEES  BY CODES/STAFF/    * *


          FEES     EXPENSES   SUB-TOTAL     DB/CR   SUB-TOTAL    OFFSETS    NET WIP
       ----------  ---------- ----------  ---------- ----------  ---------- ----------
       34,889.00   3,559.00   38,448.00       0.00   38,448.00  -21,250.00  17,198.00
                                                                           ==========
```

(1) Today's date                                             (1)   9.30.15
(2) Name of individual requesting this billing              (2)   RPS
(3) Client Name                                             (3)   STAR TOYOTA
(4) Client # / File #                                       (4)        5267
(5) This billing is for work done from Month Ending        (5a)               , 200
    through the Month Ending                                (5b)  9.30.15      , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on compliance with the Final Tangible Property Regulations
issued by the Internal Revenue Service including: Review of depreciation schedules and
underlying construction and NYC real estate tax documents. Gather and send
information to Engineering Tax Services for cost segregation study and review of ETS
projection and price quote. Review of cost segregation study completed by ETS and
reconcile to Depreciation Schedule and General Ledger and record Section 481A adjustment.
Review depreciation schedule to determine retired assets and remove from depreciation
schedule and general ledger and determine associated Section 481A adjustment.
Review of IRS form 3115 prepared by ETS for changes in accounting method
number 7. Preparation of IRS forms 3115 for changes in accounting method
numbers 21, 184, 186, 187, 192, and 206 and ancillary current year tax elections required
to comply with the Final Tangible Property Regulations.


                        Amount Due        7,435.00


If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  (FINAL)              W.I.P.
                                        TOTAL W.I.P.:
DATE BILLED:                       W.I.P. TO TRANSFER:
BILLED THROUGH
CLIENT # / FILE #                      W.I.P. TO HOLD:
                                       W.I.P. TO CLEAR:
CLIENT NAME:                        WRITE UP /( DOWN):
BILL # :  3963
DATE KEYPUNCHED:                                        BILL
                             TOTAL AMOUNT BILLABLE:
               LESS RETAINERS AND OR PROGRESS BILLING:
                                   AMOUNT OF BILL:

CONFIDENTIAL



VOYNOW_024863



# Voynow, Bayard, Whyte and Company, LLP

### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

September 30, 2015

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5267/
Invoice: 23552

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON COMPLIANCE
WITH THE FINAL TANGIBLE PROPERTY REGULATIONS
ISSUED BY THE INTERNAL REVENUE SERVICE INCLUDING:
REVIEW OF DEPRECIATION SCHEDULES AND UNDERLYING
CONSTRUCTION, PURCHASE AND NYC REAL ESTATE
TAX DOCUMENTS.  GATHER AND SEND INFORMATION
TO ENGINEERING TAX SERVICES FOR COST SEGREGATION
STUDY AND REVIEW OF ETS PROJECTION AND PRICE
QUOTE.  REVIEW OF COST SEGREGATION STUDY COMPLETED
BY ETS AND RECONCILE TO DEPRECIATION SCHEDULE AND
GENERAL LEDGER AND RECORD SECTION 481A ADJUSTMENT.
REVIEW DEPRECIATION SCHEDULE TO DETERMINE RETIRED
ASSETS AND REMOVE FROM DEPRECIATION SCHEDULE AND
GENERAL LEDGER AND DETERMINE ASSOCIATED SECTION
481A ADJUSTMENT.  REVIEW OF IRS FORMS 3115
PREPARED BY ETS AND CHANGES IN ACCOUNTING METHOD
NUMBER 7. PREPARATION OF IRS FORMS 3115 FOR
CHANGE IN ACCOUNTING METHOD NUMBERS 21, 184,
186, 187, 192 AND 206 AND ANCILLARY
CURRENT YEAR TAX ELECTIONS REQUIRED TO COMPLY
WITH THE FINAL TANGIBLE PROPERTY REGULATIONS

AMOUNT DUE                    $ 7,435.00

CONFIDENTIAL                              VOYNOW_024864



# Voynow, Bayard, Whyte and Company, LLP
### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

September 30, 2015

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                        Client #: 5267/
ATTN: VIVIAN                             Invoice: 23552

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON COMPLIANCE
WITH THE FINAL TANGIBLE PROPERTY REGULATIONS
ISSUED BY THE INTERNAL REVENUE SERVICE INCLUDING:
REVIEW OF DEPRECIATION SCHEDULES AND UNDERLYING
CONSTRUCTION, PURCHASE AND NYC REAL ESTATE
TAX DOCUMENTS.  GATHER AND SEND INFORMATION
TO ENGINEERING TAX SERVICES FOR COST SEGREGATION
STUDY AND REVIEW OF ETS PROJECTION AND PRICE
QUOTE.  REVIEW OF COST SEGREGATION STUDY COMPLETED
BY ETS AND RECONCILE TO DEPRECIATION SCHEDULE AND
GENERAL LEDGER AND RECORD SECTION 481A ADJUSTMENT.
REVIEW OF IRS FORMS ~~ETS~~ PREPARED BY ETS AND CHANGES
IN ACCOUNTING METHOD NUMBER 7. PREPARATION
OF IRS FORMS 3115 FOR CHANGE IN ACCOUNTING METHOD
NUMBERS 21, 184, 186, 187, 192 AND 206 AND ANCILLARY
CURRENT YEAR TAX ELECTIONS REQUIRED TO COMPLY
WITH THE FINAL TANGIBLE PROPERTY REGULATIONS

                        AMOUNT DUE              $ 7,435.00

*3115*

*Review depreciation schedule to determine retired
assets and remove from depreciation schedule and
general ledger and determine associated section
481A Adjustment.*

CONFIDENTIAL                              VOYNOW_024865

# VOYNOW BAYARD CO
## WIP

(1) Today's date                                         (1) 2.6.15

(2) Name of individual requesting this billing            (2) RANDY

(3) Client Name                                          (3) STAR TOYOTA

(4) Client # / File #                                    (4)    5267

(5) This billing is for work done from Month Ending      (5a)                    ,  200

    through the Month Ending          (5b  1.31.15              ,  200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

    Accounting Services as Requested:

    Progress billing for work completed

    on the December 31 2014 closing of the books

    preparation of Federal , State and city

    corporate tax returns.

    PREPARATION OF  New Tangible property rules

    *Progress change for application*

Accountant

                Amount Due          9,250.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                     W.I.P.

LAST YEAR BILL:    7,900          TOTAL W.I.P.:

DATE BILLED:                      W.I.P. TO TRANSFER:

BILLED THROUGH                    W.I.P. TO HOLD:
CLIENT # / FILE #
:                                 W.I.P. TO CLEAR:

CLIENT NAME:                      WRITE UP / DOWN:

BILL # :  23137

DATE KEYPUNCHED:                                BILL

        TOTAL AMOUNT BILLABLE:            9,250.00

    LESS RETAINERS AND OR PROGRESS BILLING:

        AMOUNT OF BILL:            9,250.00

CONFIDENTIAL

VOYNOW_024866

CONFIDENTIAL

VOYNOW_024867

# Voynow, Bayard, Whyte and Company, LLP

### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

February 9, 2015

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                          Client #: 5267/
ATTN: VIVIAN                               Invoice: 23437

**PROFESSIONAL SERVICES:**

PROGRESS BILLING FOR WORK COMPLETED
ON THE DECEMBER 31, 2014 CLOSING OF
THE BOOKS, PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS
AND PROGRESS CHARGE FOR APPLICATION
OF NEW TANGIBLE PROPERTY RULES

                PROGRESS AMOUNT DUE    $ 9,250.00

CONFIDENTIAL

VOYNOW_024868

(1) Today's date                                          (1)   9.24.14

(2) Name of individual requesting this billing            (2)   RPS

(3) Client Name                                           (3)   STAR TOYOTA

(4) Client # / File #                                     (4)        5267

(5) This billing is for work done from Month Ending       (5a)                    , 200

    through the Month Ending                              (5b)   9.24.14          , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

    Accounting Services as Requested:

    Final billing for work completed on December 31, 2013

    closing of the books, preparation of tax work papers,

    preparation of federal, state, and city Corp. tax returns.

                           Amount Due          3,940.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  (FINAL)                        W.I.P.

                                    TOTAL W.I.P.: _____

DATE BILLED: _____        W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                   W.I.P. TO HOLD: _____
: _____                   W.I.P. TO CLEAR: _____

CLIENT NAME: _____        WRITE UP /( DOWN): _____

BILL # :  23083

DATE KEYPUNCHED: _____                            BILL

                           TOTAL AMOUNT BILLABLE: _____

        LESS RETAINERS AND OR PROGRESS BILLING: _____

                           AMOUNT OF BILL: _____

# Voynow, Bayard, Whyte and Company, LLP

### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

September 30, 2014

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                          Client #: 5267/
ATTN: VIVIAN                               Invoice: 23083

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2013 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS AND
PREPARATION OF FEDERAL, STATE AND CITY
CORPORATE TAX RETURNS

                    AMOUNT DUE        $ 3,940.00

CONFIDENTIAL

VOYNOW_024870

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                  VIVIAN          718-279-1800
<------------MOST RECENT 12 MONTHS------------>    <------------PRIOR 12 MONTHS------------>
MON-YR   BILLS   WRT U/D   WRTOFFS     CASH     MON-YR   BILLS   WRT U/D   WRTOFFS    CASH
-------  ------  -------   -------    -------   -------  ------  -------   -------   -------
OCT-13   1,000       0         0       4,465    OCT-12   1,000      0         0      1,000
NOV-13   1,000       0         0      14,650    NOV-12   1,000      0         0      6,810
DEC-13   1,000       0         0       1,000    DEC-12   1,000      0         0      1,000
JAN-14   1,000       0         0       1,000    JAN-13   1,000      0         0      1,000
FEB-14   8,900       0         0       1,000    FEB-13   1,000      0         0      1,000
MAR-14   1,000       0         0       8,900    MAR-13   8,750      0         0      8,750
APR-14   1,000       0         0       1,000    APR-13   1,000      0         0      1,000
MAY-14   1,000       0         0       1,000    MAY-13   1,000      0         0      1,000
JUN-14   1,000       0         0       1,000    JUN-13   1,000      0         0      1,000
JUL-14   1,000       0         0         700    JUL-13   1,000      0         0      1,000
AUG-14   1,000       0         0       1,300    AUG-13   1,000      0         0      1,000
SEP-14   1,000       0         0           0    SEP-13  14,650  -6,061        0      1,000
-------  ------  -------   -------    -------   -------  ------  -------   -------   -------
TOTAL   19,900       0         0      36,015    TOTAL   33,400  -6,061        0     25,560

YTD     16,900       0         0      15,900    PYTD    30,400  -6,061        0     16,750


AGED      CURRENT   1 MONTH   2 MONTHS   3 MONTHS   4 MONTHS   5+ MONTHS      TOTAL  AGED
-------   -------   -------   --------   --------   --------   ---------   --------  -----
A/R      1,000.00      0.00       0.00       0.00       0.00        0.00   1,000.00  A/R
WIP       -575.00  2,665.00   5,272.00    -667.00    -862.50    5,012.96  10,845.46  WIP

YTD WORK    BUDGET      ACTUAL     VARIANCE   %BUDGET     LAST      DATE     AMOUNT TYPE
--------   -------    --------    --------    -------   -------   --------   --------  ----
HOURS         0.00     123.00     -123.00      0.00%   BILLED   12/01/14   1,000.00  PRG
DOLLARS       0.00  24,105.46  -24,105.46      0.00%   PAYMENT  08/18/14   1,300.00  SN

<--------------WORK-IN-PROCESS---------------->    NET WIP   ACCOUNTS   UNAPPLIED    TOTAL
      FEES    EXPENSES    DB/CR     OFFSETS     SUBTOTAL  RECEIVABLE   RETAINER   EXPOSURE
   --------   --------   ------   ---------    ---------  ----------   --------   --------
  29,012.50   1,732.96     0.00  -19,900.00    10,845.46   1,000.00       0.00  11,845.46

                                                                             NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)  10,845.46

                                                    WIP TO XFER: _____

                                                    WIP TO HOLD: _____

                                                   WIP TO CLEAR: _____

                                                WRITE UP/DOWN: _____

                                                AMOUNT TO BILL: _____

                                          APPROVED BY: _____ DATE: _____
```

T/P  11/25  11/26

Y/E  1/27  1/28  1/29

Interim  7/23  7/24

CONFIDENTIAL                                          VOYNOW_024871

Voynow, Bayard, Whyte and Company, LLP                    v.7.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
SORT ON CLIENT ID * SELECTED CLIENTS

5267 /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                          VIVIAN                  718-279-1800
-------------------------------------------------------------------------------
                    * *  FEE & EXPENSE SUMMARIES  * *

| * CHARGEABLE FEES SUMMARY BY WORK CODE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| REVIEW ENGAGEMENT | 1.00 | 275.00 | 275.00 |
| BUSINESS TAX ENGAGEMENTS | 123.30 | 22,012.00 | 22,287.00 |
| INTERIM SERVICES | 30.20 | 6,092.50 | 28,379.50 |
| PERSONAL TAX RETURN SERVICES | 0.80 | 88.00 | 28,467.50 |
| SPECIAL PROJECTS-MUST USE MEMO | 2.00 | 545.00 | 29,012.50 |
| SYSTEM GENERATED FEES | 0.00 | -19,900.00 | 9,112.50 |
| **  TOTAL | 157.30 | 9,112.50 | |

| * CHARGEABLE FEES SUMMARY BY STAFF | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| | 0.00 | -19,900.00 | -19,900.00 |
| 132 DOROTHEA BURCH | 0.30 | 15.00 | -19,885.00 |
| 135 VINCENT BUCOLO | 14.40 | 1,647.50 | -18,237.50 |
| 136 DAVID KUMOR | 10.00 | 1,164.50 | -17,073.00 |
| 138 MIKE CORRIGAN | 7.00 | 560.00 | -16,513.00 |
| 139 KAITLYN M. METZ | 0.90 | 45.00 | -16,468.00 |
| 140 MARIALUISA VENEZIALE-CIOCCA | 1.20 | 180.00 | -16,288.00 |
| 142 TIMOFEY S. KRAVETS | 0.40 | 38.00 | -16,250.00 |
| 143 ERIC WOJCIECHOWSKI | 17.50 | 1,385.00 | -14,865.00 |
| 48  Kenneth Mann | 0.60 | 165.00 | -14,700.00 |
| 56  Hugh Whyte | 1.00 | 275.00 | -14,425.00 |
| 75  Bob Seibel | 61.50 | 12,130.00 | -2,295.00 |
| 83  Randall Franzen | 42.50 | 11,407.50 | 9,112.50 |
| **  TOTAL | 157.30 | 9,112.50 | |

| * CHARGEABLE FEES SUMMARY BY CTRL DATE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| 10/31/13 | 3.50 | -125.00 | -125.00 |
| 11/30/13 | 0.20 | -950.00 | -1,075.00 |
| 12/31/13 | 30.60 | 4,715.00 | 3,640.00 |
| 01/31/14 | 2.10 | -625.00 | 3,015.00 |
| 02/28/14 | 39.20 | -1,873.00 | 1,142.00 |
| 03/31/14 | 26.20 | 2,530.00 | 3,672.00 |
| 04/30/14 | 6.00 | 650.00 | 4,322.00 |
| 05/31/14 | 0.50 | -862.50 | 3,459.50 |
| 06/30/14 | 1.80 | -667.00 | 2,792.50 |
| 07/31/14 | 23.30 | 4,230.00 | 7,022.50 |
| 08/31/14 | 21.70 | 2,665.00 | 9,687.50 |
| 09/30/14 | 2.20 | -575.00 | 9,112.50 |
| **  TOTAL | 157.30 | 9,112.50 | |

CONFIDENTIAL                                          VOYNOW_024872

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                      VIVIAN                  718-279-1800
CDATE    WDATE    WORK(CODE)   STAFF NAME    SID RATE   HRS      AMOUNT   SEQ# ACTION
-----------------------------------------------------------------------------------
                   * * CHARGEABLE FEES  BY CODES/STAFF/     * *

08/31/14 08/06/14  2 93 Hugh Whyte          56  275   1.00     275.00  52602 B H T:

          56  Hugh Whyte                          1.00     275.00

          REVIEW Partner Review                   1.00     275.00

01/31/14 01/02/14  5 21 KAITLYN M. METZ    139   50   0.70      35.00  21046 B H T:
                   LIFO RESERVE ADJUSTMENT
01/31/14 01/03/14  5 21 KAITLYN M. METZ    139   50   0.20      10.00  21052 B H T:
                   LIFO RESERVE

         139 KAITLYN M. METZ                       0.90      45.00

01/31/14 01/02/14  5 21 Kenneth Mann        48  275   0.20      55.00  26302 B H T:
                   Lifo supervise Kaitylyn
01/31/14 01/06/14  5 21 Kenneth Mann        48  275   0.20      55.00  26333 B H T:
                   Lifo
01/31/14 01/08/14  5 21 Kenneth Mann        48  275   0.20      55.00  26349 B H T:
                   factory statements- LIFO

          48  Kenneth Mann                         0.60     165.00

         BUSTAX LIFO Computations                  1.50     210.00

02/28/14 02/20/14  5 60 VINCENT BUCOLO     135  110   0.20      22.00  27177 B H T:
                   helping, no advising Eric
03/31/14 02/25/14  5 60 VINCENT BUCOLO     135  110   0.10      11.00  27673 B H T:

         135 VINCENT BUCOLO                        0.30      33.00

03/31/14 03/03/14  5 60 DAVID KUMOR        136  110   0.60      66.00  29007 B H T:
                   EXTENSIONS
03/31/14 03/10/14  5 60 DAVID KUMOR        136  110   0.20      22.00  29547 B H T:
                   PUTTING IN FOR E-FILE

         136 DAVID KUMOR                           0.80      88.00

03/31/14 02/26/14  5 60 TIMOFEY S. KRAVETS 142   80   0.10       8.00  27911 B H T:
                   Prepared extensions in gosystems. Updated log and
                   filed out control page

         142 TIMOFEY S. KRAVETS                    0.10       8.00

         BUSTAX Income Tax Project & Ex            1.20     129.00

08/31/14 08/13/14  5 61 DOROTHEA BURCH     132   50   0.30      15.00  52339 B H T:
                   process

         132 DOROTHEA BURCH                         0.30      15.00

03/31/14 03/04/14  5 61 DAVID KUMOR        136  110   1.80     198.00  28995 B H T:
                   LOOKING OVER MIKES WORK
                   TIEING OUT LIFO
                   UNICAP
                   ADJUSTING ENTRIES
-----------------------------------------------------------------------------------
26 Sep 2014 09:28              DWIP SORT ON CLIENT ID    5267  /      PAGE: 68
```

CONFIDENTIAL

VOYNOW_024873

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                   VIVIAN                   718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE   HRS      AMOUNT  SEQ# ACTION
--------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

08/31/14 07/29/14  5 61 DAVID KUMOR      136  125   3.10    387.50 51204 B H T:
                   POSTING ADJUSTING ENTRIES   STARTING RETURN
                   YEAHHHHHH MIKE DID THIS RETURN  WITH POSTING
                   THINGS IN THE YELLOW!!!
08/31/14 07/31/14  5 61 DAVID KUMOR      136  125   0.50     62.50 51215 B H T:
                   UPDATING RETURN
08/31/14 08/04/14  5 61 DAVID KUMOR      136  125   0.80    100.00 52079 B H T:
                   UPDATING RETURN

             136 DAVID KUMOR                     6.20    748.00

03/31/14 02/25/14  5 61 MIKE CORRIGAN    138   80   2.00    160.00 27777 B H T:
                   Prepared Return, still working on it and making
                   corrections
03/31/14 02/26/14  5 61 MIKE CORRIGAN    138   80   3.00    240.00 27779 B H T:
                   Finishing preparing Federal Return
03/31/14 02/26/14  5 61 MIKE CORRIGAN    138   80   2.00    160.00 27782 B H T:
                   Making the corrections on the Federal Return

             138 MIKE CORRIGAN                   7.00    560.00

03/31/14 02/26/14  5 61 MARIALUISA VENEZIALE 140  150   1.20   180.00 27819 B H T:
                   Helping Mike with Star

             140 MARIALUISA VENEZIALE-CIOCCA     1.20    180.00

         BUSTAX Federal Tax Return Prep        14.70  1,503.00

12/31/13 11/27/13  5 65 Randall Franzen   83  250   1.50    375.00 17677 B H T:
                   go over billing and checks for star

             83  Randall Franzen               1.50    375.00

         BUSTAX Tax Audit/Examination          1.50    375.00

12/31/13 11/27/13  5 68 VINCENT BUCOLO   135  100   0.20     20.00 16531 B H T:

             135 VINCENT BUCOLO                 0.20     20.00

12/31/13 11/25/13  5 68 Bob Seibel        75  190   8.00  1,520.00 17384 B H T:
                   Tax Planning Visit.
12/31/13 11/26/13  5 68 Bob Seibel        75  190   8.00  1,520.00 17385 B H T:
                   Tax Planning Visit.

             75  Bob Seibel                    16.00  3,040.00

12/31/13 11/25/13  5 68 Randall Franzen   83  250   4.00  1,000.00 17671 B H T:
                   go to NY and dc tax planning
12/31/13 12/26/13  5 68 Randall Franzen   83  250   2.00    500.00 21661 B H T:
                   calls and go over final year end info with vivian
                   and debbie

             83  Randall Franzen               6.00  1,500.00

         BUSTAX Tax Planning                   22.20  1,560.00

--------------------------------------------------------------------------------
26 Sep 2014 09:28           DWIP SORT ON CLIENT ID   5267  /       PAGE: 69
```

CONFIDENTIAL

VOYNOW_024874

Voynow, Bayard, Whyte and Company, LLP                        v.7.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
SORT ON CLIENT ID * SELECTED CLIENTS

5267 /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                    VIVIAN              718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE    HRS     AMOUNT   SEQ# ACTION
----------------------------------------------------------------------------------------

               * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

| CDATE | WDATE | WORK(CODE) | STAFF NAME | SID | RATE | HRS | AMOUNT | SEQ# | ACTION |
|---|---|---|---|---|---|---|---|---|---|
| 02/28/14 | 02/04/14 | 5 69 | ERIC WOJCIECHOWSKI | 143 | 80 | 1.50 | 120.00 | 25157 | B H T: |
| | | | FIXED ERRORS AND PREPARED ADJUSTING JOURNAL ENTRIES | | | | | | |
| 02/28/14 | 02/20/14 | 5 69 | ERIC WOJCIECHOWSKI | 143 | 80 | 2.00 | 160.00 | 27319 | B H T: |
| | | | ENTERING FEDERAL RETURN INTO GOSYSTEM | | | | | | |
| 02/28/14 | 02/21/14 | 5 69 | ERIC WOJCIECHOWSKI | 143 | 80 | 4.00 | 320.00 | 27320 | B H T: |
| | | | ENTERED FEDERAL AND STATE RETURNS INTO GOSYSTEM | | | | | | |
| 03/31/14 | 02/24/14 | 5 69 | ERIC WOJCIECHOWSKI | 143 | 80 | 1.00 | 80.00 | 28241 | B H T: |
| | | | ENTERING FEDERAL AND STATE TAX RETURNS INTO GOSYSTEM | | | | | | |
| 03/31/14 | 02/25/14 | 5 69 | ERIC WOJCIECHOWSKI | 143 | 80 | 6.00 | 480.00 | 28244 | B H T: |
| | | | ENTERED FEDERAL AND STATE TAX RETURNS INTO GOSYSTEM | | | | | | |
| | | 143 | ERIC WOJCIECHOWSKI | | | 14.50 | 1,160.00 | | |
| 12/31/13 | 12/02/13 | 5 69 | Bob Seibel | 75 | 190 | 1.00 | 190.00 | 18747 | B H T: |
| 02/28/14 | 01/27/14 | 5 69 | Bob Seibel | 75 | 200 | 10.00 | 2,000.00 | 24617 | B H T: |
| | | | Year end visit. | | | | | | |
| 02/28/14 | 01/28/14 | 5 69 | Bob Seibel | 75 | 200 | 10.00 | 2,000.00 | 24618 | B H T: |
| | | | Year end visit. | | | | | | |
| 02/28/14 | 02/01/14 | 5 69 | Bob Seibel | 75 | 200 | 1.00 | 200.00 | 24623 | B H T: |
| | | | Follow up from visit. | | | | | | |
| 06/30/14 | 06/04/14 | 5 69 | Bob Seibel | 75 | 200 | 0.50 | 100.00 | 44373 | B H T: |
| | | | 6/15 est. | | | | | | |
| 06/30/14 | 06/06/14 | 5 69 | Bob Seibel | 75 | 200 | 1.00 | 200.00 | 44389 | B H T: |
| | | | Send out Estimates. | | | | | | |
| 08/31/14 | 07/28/14 | 5 69 | Bob Seibel | 75 | 200 | 1.00 | 200.00 | 51917 | B H T: |
| | | | TAX RETURN | | | | | | |
| 08/31/14 | 07/31/14 | 5 69 | Bob Seibel | 75 | 200 | 1.00 | 200.00 | 51931 | B H T: |
| | | | Tax return. | | | | | | |
| 08/31/14 | 08/04/14 | 5 69 | Bob Seibel | 75 | 200 | 1.00 | 200.00 | 52228 | B H T: |
| | | | Tax return. | | | | | | |
| 08/31/14 | 08/11/14 | 5 69 | Bob Seibel | 75 | 200 | 1.00 | 200.00 | 52449 | B H T: |
| | | | Tax return | | | | | | |
| 08/31/14 | 08/19/14 | 5 69 | Bob Seibel | 75 | 200 | 1.00 | 200.00 | 53461 | B H T: |
| | | | Info for bank. | | | | | | |
| 09/30/14 | 09/03/14 | 5 69 | Bob Seibel | 75 | 200 | 1.00 | 200.00 | 56911 | B H T: |
| | | | 3Q estimate | | | | | | |
| 09/30/14 | 09/04/14 | 5 69 | Bob Seibel | 75 | 200 | 1.00 | 200.00 | 56918 | B H T: |
| | | | 3Q estimates | | | | | | |
| | | 75 | Bob Seibel | | | 30.50 | 6,090.00 | | |
| 10/31/13 | 10/01/13 | 5 69 | Randall Franzen | 83 | 250 | 2.50 | 625.00 | 8780 | B H T: |
| | | | various calls to brokeage compnay to get info to finsih up tax retuns | | | | | | |
| 10/31/13 | 10/10/13 | 5 69 | Randall Franzen | 83 | 250 | 1.00 | 250.00 | 10311 | B H T: |
| | | | calls with Mike to go over tax info and returns and info needed to finish up | | | | | | |
| 01/31/14 | 01/21/14 | 5 69 | Randall Franzen | 83 | 275 | 0.60 | 165.00 | 29319 | B H T: |
| | | | calls from Chase bank to go over the various year end adjustments | | | | | | |
| 02/28/14 | 01/27/14 | 5 69 | Randall Franzen | 83 | 275 | 4.00 | 1,100.00 | 29330 | B H T: |

----------------------------------------------------------------------------------------

CONFIDENTIAL

VOYNOW_024875

```
                    Voynow, Bayard, Whyte and Company, LLP                        v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                          SORT ON CLIENT ID * SELECTED CLIENTS

5267  /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                    VIVIAN               718-279-1800
CDATE    WDATE    WORK(CODE) STAFF NAME    SID RATE   HRS      AMOUNT   SEQ# ACTION
--------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *
                  go dealership in NY and do the year end work
02/28/14 01/29/14  5 69 Randall Franzen   83  275    2.00     550.00  29335 B H T:
                  go dealership in NY and do the year end work
02/28/14 02/12/14  5 69 Randall Franzen   83  275    1.00     275.00  30918 B H T:
                  calls and email from Source corp about which
                  entity is on Lifo like Fiat
03/31/14 03/20/14  5 69 Randall Franzen   83  275    0.60     165.00  33210 B H T:
                  get dmeo info for Mike
03/31/14 03/21/14  5 69 Randall Franzen   83  275    1.50     412.50  33219 B H T:
                  go over personal returns and check estimated
                  persoanl payments
03/31/14 03/22/14  5 69 Randall Franzen   83  275    1.00     275.00  33222 B H T:
                  vivian kids return
03/31/14 03/24/14  5 69 Randall Franzen   83  275    2.50     687.50  33282 B H T:
                  go over the Star boys extension and numbers
03/31/14 03/26/14  5 69 Randall Franzen   83  275    0.60     165.00  33259 B H T:
                  get extesnion ready to go out
04/30/14 03/31/14  5 69 Randall Franzen   83  275    1.00     275.00  33727 B H T:
                  calls from vivina to go over owners tax numbers
                  and Sr tax info we need
04/30/14 04/02/14  5 69 Randall Franzen   83  275    1.10     302.50  33748 B H T:
                  get them all the extension together and get them
                  sent out
04/30/14 04/11/14  5 69 Randall Franzen   83  275    0.60     165.00  36667 B H T:
                  get bank account info for NY tacx payments
04/30/14 04/14/14  5 69 Randall Franzen   83  275    2.00     550.00  42521 B H T:
                  go over extension and find we need bank account
                  for Sr return and info on the kids returns calls
                  to Vivian to get
                  info and figure out what we can file and extend
08/31/14 08/12/14  5 69 Randall Franzen   83  275    1.00     275.00  53132 B H T:
                  go over wrokpapers and tax return
08/31/14 08/13/14  5 69 Randall Franzen   83  275    2.00     550.00  53137 B H T:
                  go over tax return and workpapers and get returns
                  sent out

          83  Randall Franzen                       25.00     6,787.50

     BUSTAX Year End Tax Work                        70.00    14,037.50

02/28/14 02/01/14  5 90 DAVID KUMOR   136  110       0.50      55.00  24589 B H T:
                  LOOKING OVER TRAIL

          136 DAVID KUMOR                             0.50      55.00

02/28/14 01/30/14  5 90 ERIC WOJCIECHOWSKI  143  75  3.00     225.00  23764 B H T:
                  TRIAL BALANCE DATA INPUT

          143 ERIC WOJCIECHOWSKI                      3.00     225.00

     BUSTAX Trial Balance Data Inpu                   3.50     280.00

03/31/14 02/25/14  5 92 VINCENT BUCOLO  135  110     0.20      22.00  27670 B H T:
                  answering erics questions
03/31/14 02/25/14  5 92 VINCENT BUCOLO  135  110     0.30      33.00  27672 B H T:
--------------------------------------------------------------------------------
26 Sep 2014 09:29              DWIP SORT ON CLIENT ID    5267  /      PAGE: 71
```

CONFIDENTIAL

VOYNOW_024876

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                         SORT ON CLIENT ID * SELECTED CLIENTS

5267  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                     VIVIAN              718-279-1800
CDATE      WDATE     WORK(CODE)   STAFF NAME    SID RATE     HRS     AMOUNT  SEQ# ACTION
-------------------------------------------------------------------------------------
            * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

            SO MIKE IS BAILING ERIC OUT AND DECIDES TO DO
            THAT BY ERASIN AND OVERRIDING, THEN ASKING
            QUESTIONS

       135 VINCENT BUCOLO                             0.50      55.00

     BUSTAX Staff Supervision                         0.50      55.00

03/31/14 02/26/14  5 97 VINCENT BUCOLO    135 110    0.70      77.00  27689 B H T:
08/31/14 08/01/14  5 97 VINCENT BUCOLO    135 125    0.80     100.00  51184 B H T:

       135 VINCENT BUCOLO                             1.50     177.00

     BUSTAX Math/Proof Report/Retur                   1.50     177.00

12/31/13 11/25/13  5 98 VINCENT BUCOLO    135 100    2.00     200.00  16522 B H T:
12/31/13 11/26/13  5 98 VINCENT BUCOLO    135 100    3.00     300.00  16523 B H T:

       135 VINCENT BUCOLO                             5.00     500.00

     BUSTAX Travel Time                               5.00     500.00

12/31/13 11/27/13  5 99 DAVID KUMOR       136 100    0.90      90.00  16536 B H T:
           TAX PLANNING UNPACKING AND STUFF
06/30/14 06/04/14  5 99 DAVID KUMOR       136 110    0.30      33.00  43098 B H T:
           PREPARING 2ND ESTIMATES
08/31/14 08/21/14  5 99 DAVID KUMOR       136 125    0.30      37.50  53166 B H T:
           SETTING UP FOR E FILE
09/30/14 09/04/14  5 99 DAVID KUMOR       136 125    0.20      25.00  54342 B H T:
           ESTIMATES

       136 DAVID KUMOR                                1.70     185.50

     BUSTAX Report Typing                             1.70     185.50

07/31/14 07/22/14  6  1 TIMOFEY S. KRAVETS  142 100  0.30      30.00  51101 B H T:
           got ready for interim trip

       142 TIMOFEY S. KRAVETS                         0.30      30.00

     INTSER Interim Visit Planning                    0.30      30.00

07/31/14 07/23/14  6 13 Bob Seibel         75 200    8.00   1,600.00  51853 B H T:
           Interim Visit.
07/31/14 07/24/14  6 13 Bob Seibel         75 200    7.00   1,400.00  51852 B H T:
           Interim visit.

        75  Bob Seibel                               15.00   3,000.00

07/31/14 07/24/14  6 13 Randall Franzen    83 275    8.00   2,200.00  51644 B H T:
           go to NY and do interim visit

        83  Randall Franzen                           8.00   2,200.00

     INTSER Rev. Ledger & Schedules                  23.00   5,200.00

-------------------------------------------------------------------------------------
26 Sep 2014 09:28              DWIP SORT ON CLIENT ID    5267  /       PAGE: 72
```

CONFIDENTIAL

VOYNOW_024877

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267 /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                      VIVIAN                    718-279-1800
CDATE    WDATE    WORK(CODE)   STAFF NAME     SID RATE    HRS      AMOUNT   SEQ# ACTION
------------------------------------------------------------------------------------
            * *  CHARGEABLE FEES  BY CODES/STAFF/       * *


08/31/14 07/31/14  6 60 VINCENT BUCOLO     135  125    0.40      50.00  51175 B H T:
                        going over letter with rsk

           135 VINCENT BUCOLO                          0.40      50.00

        INTSER Income Tax Project & Ex                 0.40      50.00

08/31/14 07/28/14  6 99 VINCENT BUCOLO     135  125    2.70     337.50  51138 B H T:
                        INTERIM
08/31/14 07/28/14  6 99 VINCENT BUCOLO     135  125    2.90     362.50  51141 B H T:
08/31/14 07/29/14  6 99 VINCENT BUCOLO     135  125    0.40      50.00  51146 B H T:
                        FINISHING TOUCHES TO LETTER
08/31/14 07/31/14  6 99 VINCENT BUCOLO     135  125    0.30      37.50  51172 B H T:
08/31/14 07/31/14  6 99 VINCENT BUCOLO     135  125    0.20      25.00  51176 B H T:
                        update letter for rsk comments

           135 VINCENT BUCOLO                          6.50     812.50

        INTSER Report Typing                           6.50     812.50

03/31/14 03/18/14  7 60 DAVID KUMOR        136  110    0.80      88.00  30517 B H T:
                        LOOKING OVER PERSONAL EXTENSIONS FOR KOUFAKI

           136 DAVID KUMOR                             0.80      88.00

        PERSTX Income Tax Project & Ex                 0.80      88.00

11/30/13 11/08/13  8 32 Randall Franzen     83  250    0.20      50.00  17607 B H T:
                        calls to Arangio for Mike to do deal when needed
04/30/14 04/01/14  8 32 Randall Franzen     83  275    1.30     357.50  33736 B H T:
                        calls from Mike
05/31/14 05/13/14  8 32 Randall Franzen     83  275    0.50     137.50  42666 B H T:
                        call form Vivian then need people

            83 Randall Franzen                         2.00     545.00

        Other Special Projects(detail)                 2.00     545.00


        * * TOTAL FEES                              157.30   29,012.50


                * *  CHARGEABLE EXPENSES  * *

02/28/14 01/27/14 10  1 Bob Seibel           75                111.34  25580 B H T:

            75  Bob Seibel                                      111.34

        MILEAGE 6160                                            111.34

02/28/14 01/27/14 10  2 Bob Seibel           75                 51.60  25581 B H T:
02/28/14 01/28/14 10  2 Bob Seibel           75                  2.25  25582 B H T:

            75  Bob Seibel                                       53.85

------------------------------------------------------------------------------------
26 Sep 2014 09:28                 DWIP SORT ON CLIENT ID    5267  /        PAGE: 73
```

CONFIDENTIAL

VOYNOW_024878

```
                    Voynow, Bayard, Whyte and Company, LLP              v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                       SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGNT: 83  56
STAR TOYOTA/                                   VIVIAN                  718-279-1800
CDATE    WDATE     WORK(CODE)  STAFF NAME     SID RATE    HRS    AMOUNT  SEQ# ACTION
------------------------------------------------------------------------------------
                         * *  CHARGEABLE EXPENSES  * *


02/28/14 01/29/14 10   2 Randall Franzen      83                125.00 29327 B H T:
                         tolls etc
07/31/14 07/24/14 10   2 Randall Franzen      83                300.00 51650 B H T:
                         travel adn tolls


            83  Randall Franzen                                 425.00

         TOLLS AND PARKING 6166                                 478.85

02/28/14 01/29/14 10   3 Bob Seibel           75                 50.77 25583 B H T:

            75  Bob Seibel                                       50.77

         SUPPER MONEY 6167                                       50.77

07/31/14 07/24/14 10   4 Randall Franzen      83                742.00 51649 B H T:
                         hotels

            83  Randall Franzen                                 742.00

         HOTELS AND TRAVEL 6160                                 742.00

02/28/14 01/29/14 10   5 Randall Franzen      83                350.00 29326 B H T:
                         donuts snacks etc

            83  Randall Franzen                                 350.00

         T&E 6159                                               350.00


         * * TOTAL EXPENSES                                   1,732.96

                      * *   DEBITS & CREDITS   * *

10/31/13 10/31/13 99   3                                    -1,000.00 996406 B H T:
11/30/13 11/30/13 99   3                                    -1,000.00   4793 B H T:
12/31/13 12/31/13 99   3                                    -1,000.00   4930 B H T:
01/31/14 01/31/14 99   3                                    -1,000.00  14754 B H T:
02/28/14 02/28/14 99   3                                    -1,000.00  14892 B H T:
02/28/14 02/28/14 99   3                                    -7,900.00  25495 B H T:
03/31/14 03/31/14 99   3                                    -1,000.00  16265 B H T:
04/30/14 04/30/14 99   3                                    -1,000.00  19319 B H T:
05/31/14 05/31/14 99   3                                    -1,000.00  19461 B H T:
06/30/14 06/30/14 99   3                                    -1,000.00  24206 B H T:
07/31/14 07/31/14 99   3                                    -1,000.00  38358 B H T:
08/31/14 08/31/14 99   3                                    -1,000.00  38502 B H T:
09/30/14 09/30/14 99   3                                    -1,000.00  41277 B H T:


         * * TOTAL PROGRESS BILLS AND OTHER CREDITS         -19,900.00


-------------------------------------------------------------------------------------
26 Sep 2014 09:28              DWIP SORT ON CLIENT ID    5267  /       PAGE: 74
```

CONFIDENTIAL

VOYNOW_024879

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                      SORT ON CLIENT ID * SELECTED CLIENTS

   5267  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
   STAR TOYOTA/                                      VIVIAN             718-279-1800
   CDATE    WDATE     WORK(CODE)  STAFF NAME     SID RATE    HRS      AMOUNT  SEQ# ACTION
   -----------------------------------------------------------------------------------

              * *  CHARGEABLE FEES  BY CODES/STAFF/      * *
```

|  | FEES | EXPENSES | SUB-TOTAL | DB/CR | SUB-TOTAL | OFFSETS | NET WIP |
|---|---|---|---|---|---|---|---|
|  | 29,012.50 | 1,732.96 | 30,745.46 | 0.00 | 30,745.46 | -19,900.00 | 10,845.46 |

CONFIDENTIAL                                                      VOYNOW_024880

# Voynow, Bayard, Whyte and Company, LLP
### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

September 30, 2014

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                              Client #: 5267/
ATTN: VIVIAN                                   Invoice: 23082

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

AMOUNT DUE          $ 3,540.00

CONFIDENTIAL

VOYNOW_024881

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

February 6, 2014


STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                        Client #: 5267/
ATTN: VIVIAN                             Invoice: 22769

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED ON
THE DECEMBER 31, 2013 CLOSING OF THE BOOKS
AND PREPARATION OF FEDERAL, STATE AND CITY
CORPORATE TAX RETURNS

                   AMOUNT DUE         $ 7,900.00

CONFIDENTIAL                          VOYNOW_024882

(1) Today's date                                      (1)   9.30.13

(2) Name of individual requesting this billing        (2)   RPS

(3) Client Name                                       (3)   STAR TOYOTA

(4) Client # / File #                                 (4)      5267

(5) This billing is for work done from Month Ending   (5a)              , 200

through the Month Ending                              (5b)  9.30.13      , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due        3,310.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) **(FINAL)**                          W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                      W.I.P. TO HOLD: _____
: _____                      W.I.P. TO CLEAR: _____

CLIENT NAME: _____           WRITE UP /( DOWN): _____

BILL # : 22438

DATE KEYPUNCHED: _____                          BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

M.K. 1040

VOYNOW_024883

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2013

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                    Client #: 5267/
ATTN: VIVIAN                         Invoice: 22438

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

             AMOUNT DUE        $ 3,310.00

CONFIDENTIAL                              VOYNOW_024884

(1) Today's date      (1)   9.30.13

(2) Name of individual requesting this billing    (2)   RPS

(3) Client Name      (3)   STAR TOYOTA

(4) Client # / File #      (4)   5267

(5) This billing is for work done from Month Ending    (5a)      , 200

     through the Month Ending    (5b)   9.30.13   , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due     3,540.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)      W.I.P.

     TOTAL W.I.P.:

DATE BILLED:      W.I.P. TO TRANSFER:

BILLED THROUGH
CLIENT # / FILE #      W.I.P. TO HOLD:
:      W.I.P. TO CLEAR:

CLIENT NAME:      WRITE UP /( DOWN):

BILL # : 22439

DATE KEYPUNCHED:      BILL

     TOTAL AMOUNT BILLABLE:

     LESS RETAINERS AND OR PROGRESS BILLING:

     AMOUNT OF BILL:

Estate/Gift

CONFIDENTIAL      VOYNOW_024885

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2013


STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                          Client #: 5267/
ATTN: VIVIAN                               Invoice: 22439


PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

                    AMOUNT DUE      $ 4,540.00



CONFIDENTIAL                          VOYNOW_024886

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2013

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                       Client #: 5267/
ATTN: VIVIAN                            Invoice: 22439

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

              AMOUNT DUE        $ 3,540.00

CONFIDENTIAL                              VOYNOW_024887

(1) Today's date                                              (1)   9.30.13

(2) Name of individual requesting this billing               (2)   RPS

(3) Client Name                                              (3)   STAR TOYOTA

(4) Client # / File #                                        (4)      5267

(5) This billing is for work done from Month Ending          (5a)                    , 200

     through the Month Ending                                (5b)   9.30.13          , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Preparation of various analysis and account

reconciliations requested by chase bank in their

review & renewal process for the Floorplan Notes payable.

Amount Due              1,910.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                          W.I.P.

                                    TOTAL W.I.P.:

DATE BILLED:                        W.I.P. TO TRANSFER:

BILLED THROUGH                      W.I.P. TO HOLD:
CLIENT # / FILE #
:                                   W.I.P. TO CLEAR:

CLIENT NAME:                        WRITE UP /( DOWN):

BILL # :   22457

DATE KEYPUNCHED:                                                  BILL

                        TOTAL AMOUNT BILLABLE:

            LESS RETAINERS AND OR PROGRESS BILLING:

                        AMOUNT OF BILL:

CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

October 1, 2013

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5267/
Invoice: 22437

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PREPARATION OF VARIOUS ANALYSIS AND ACCOUNT
RECONCILIATIONS REQUESTED BY CHASE BANK IN
THEIR REVIEW AND RENEWAL PROCESS FOR THE
FLOORPLAN NOTES PAYABLE

AMOUNT DUE          $ 1,910.00



CONFIDENTIAL

VOYNOW_024889

# VOYNOW BAYARD CO
## WIP

(1) Today's date                                        (1) 3.7.13

(2) Name of individual requesting this billing          (2) RANDY

(3) Client Name                                         (3) STAR TOYOTA

(4) Client # / File #                                   (4)     5267

(5) This billing is for work done from Month Ending     (5a) _____ , 200 ___

through the Month Ending                                (5b  12.31.12 ___ , 200 ___

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

_____ Accounting Services as Requested:

_____ Progress billing for work completed

_____ on the December 31 2012 closing of the books

_____ preparation of Federal , State and city

_____ corporate tax returns.

Accountant

                        Amount Due          7,750.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                    W.I.P.

LAST YEAR BILL:  **7,250**         TOTAL W.I.P.: _____

DATE BILLED: _____       W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                W.I.P. TO HOLD: _____
_____

                                 W.I.P. TO CLEAR: _____

CLIENT NAME: _____       WRITE UP / DOWN: _____

BILL # :  23047

DATE KEYPUNCHED: _____                  BILL

                 TOTAL AMOUNT BILLABLE: _____  7,750.00

        LESS RETAINERS AND OR PROGRESS BILLING: _____

                        AMOUNT OF BILL: _____  7,750.00

CONFIDENTIAL

VOYNOW_024890

CONFIDENTIAL

VOYNOW_024891

# Voynow, Bayard, Whyte and Company, LLP
### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

March 9, 2013

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                        Client #: 5267/
ATTN: VIVIAN                             Invoice: 22067

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED
ON DECEMBER 31, 2012 CLOSING OF THE
BOOKS AND PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS

                    AMOUNT DUE        $ 7,750.00

CONFIDENTIAL                              VOYNOW_024892

(1) Today's date     (1)   9.30.12

(2) Name of individual requesting this billing     (2)   RPS

(3) Client Name     (3)   STAR TOYOTA

(4) Client # / File #     (4)   5267

(5) This billing is for work done from Month Ending     (5a)     , 200

    through the Month Ending     (5b)   9.30.12  , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due     3,130.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)     W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____     W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #     W.I.P. TO HOLD: _____
: _____     W.I.P. TO CLEAR: _____

CLIENT NAME: _____     WRITE UP /( DOWN): _____

BILL # : 21725

DATE KEYPUNCHED: _____     BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

M.K. 1040

CONFIDENTIAL        VOYNOW_024893

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2012


STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                         Client #: 5267/
ATTN: VIVIAN                              Invoice: 21725

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

              AMOUNT DUE          $ 3,130.00


CONFIDENTIAL                               VOYNOW_024894

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.30.12 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR TOYOTA |
| (4) Client # / File # | (4) | 5267 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.30.12 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2011

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

Amount Due       3,465.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____        W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                    W.I.P. TO HOLD: _____
:  _____                  W.I.P. TO CLEAR: _____

CLIENT NAME: _____        WRITE UP /( DOWN): _____

BILL # : 21727

DATE KEYPUNCHED: _____                       BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL

VOYNOW_024895

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2012

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                          Client #: 5267/
ATTN: VIVIAN                               Invoice: 21727

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2011 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS AND
PREPARATION OF FEDERAL, STATE AND
CITY CORPORATE TAX RETURNS

            AMOUNT DUE        $ 3,465.00



CONFIDENTIAL                               VOYNOW_024896

v.6.00

Voynow, Bayard, Whyte and Company, LLP
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
SORT ON CLIENT ID * SELECTED CLIENTS

GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56   718-279-1800

VIVIAN

5267 /
STAR TOYOTA/

| | <---MOST RECENT 12 MONTHS----> | | | | <----PRIOR 12 MONTHS----> | | |
|---|---|---|---|---|---|---|---|---|
| MON-YR | BILLS | WRT U/D | WRTOFFS | CASH | MON-YR | BILLS | WRT U/D | WRTOFFS | CASH |
| | | | | | | 0 | 0 | 0 | 1,000 |
| OCT-11 | 1,000 | 0 | 0 | 12,750 | OCT-10 | 1,000 | 0 | 0 | 12,085 |
| NOV-11 | 1,000 | 0 | 0 | 1,000 | NOV-10 | 1,000 | 9,000 | 0 | 1,000 |
| DEC-11 | 1,000 | 0 | 0 | 1,000 | DEC-10 | 1,000 | 0 | 0 | 1,000 |
| JAN-12 | 8,250 | 0 | 0 | 8,250 | JAN-11 | 8,200 | 0 | 0 | 8,200 |
| FEB-12 | 1,000 | 0 | 0 | 1,000 | FEB-11 | 1,000 | 0 | 0 | 1,000 |
| MAR-12 | 1,000 | 0 | 0 | 1,000 | MAR-11 | 1,000 | 0 | 0 | 1,000 |
| APR-12 | 1,000 | 0 | 0 | 1,000 | APR-11 | 1,000 | 0 | 0 | 1,000 |
| MAY-12 | 10,765 | 0 | 0 | 10,765 | MAY-11 | 1,000 | 0 | 0 | 1,000 |
| JUN-12 | 1,000 | 0 | 0 | 1,000 | JUN-11 | 1,000 | 0 | 0 | 1,000 |
| JUL-12 | 1,000 | 0 | 0 | 1,000 | JUL-11 | 1,000 | 0 | 0 | 1,000 |
| AUG-12 | 1,000 | 0 | 0 | | AUG-11 | 1,000 | -18,290 | 0 | |
| SEP-12 | 1,000 | 0 | 0 | 40,765 | SEP-11 | 12,750 | | | |
| TOTAL | 29,015 | 0 | 0 | 26,015 | TOTAL | 30,950 | -9,290 | 0 | 30,285 |
| YTD | 26,015 | 0 | | | PYTD | 27,950 | -18,290 | 0 | 16,200 |

| AGED | CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 MONTHS | 5+ MONTHS | TOTAL | AGED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 0.00 | 0.00 | 0.00 | A/R |
| A/R | 0.00 | 0.00 | 0.00 | 0.00 | 4,370.00 | -4,925.00 | 3,692.50 | WIP |
| WIP | 7,560.00 | -625.00 | 587.50 | -3,275.00 | | | | |

| YTD WORK | BUDGET | ACTUAL | VARIANCE | %BUDGET | LAST | DATE | AMOUNT | TYPE |
|---|---|---|---|---|---|---|---|---|
| | | | | | BILLED | 11/01/12 | 1,000.00 | PRG |
| HOURS | 0.00 | 182.70 | -182.70 | 0.00% | PAYMENT | 10/09/12 | 1,000.00 | SN |
| DOLLARS | 0.00 | 35,907.50 | -35,907.50 | 0.00% | | | | |

| <---------WORK-IN-PROCESS---------> | | | | NET WIP SUBTOTAL | ACCOUNTS RECEIVABLE | UNAPPLIED RETAINER | TOTAL EXPOSURE |
|---|---|---|---|---|---|---|---|
| FEES | EXPENSES | DB/CR | OFFSETS | | | | |
| 41,707.50 | 0.00 | 0.00 | -38,015.00 | 3,692.50 | 0.00 | 0.00 | 3,692.50 |

SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (P. (Final)

NET WIP
3,692.50

WIP T_FER: _____

WIP TO_D: _____

WIP TO C.: _____

WRITE UP/D_ _____

AMOUNT TO BIL _____

APPROVED BY: _____ DA _____

_____

DWIP SORT ON CLIENT ID   5267 /   PAGE:

12 Oct 2012 10:39

CONFIDENTIAL

VOYNOW_024897

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                       SORT ON CLIENT ID * SELECTED CLIENTS

5267  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                               VIVIAN              718-279-1800
--------------------------------------------------------------------------------
               * *  FEE & EXPENSE SUMMARIES  * *

  * CHARGEABLE FEES SUMMARY BY WORK CODE     HOURS      AMOUNT        TOTAL
  BUSINESS TAX ENGAGEMENTS                  111.60   22,022.50     22,022.50
  INTERIM SERVICES                           65.10   11,460.00     33,482.50
  PERSONAL TAX RETURN SERVICES                2.00      500.00     33,982.50
  SPECIAL PROJECTS-MUST USE MEMO             31.20    7,725.00     41,707.50
  SYSTEM GENERATED FEES                       0.00  -38,015.00      3,692.50
                                          --------  -----------
        ** TOTAL                           209.90    3,692.50


  * CHARGEABLE FEES SUMMARY BY STAFF        HOURS      AMOUNT        TOTAL
                                             0.00  -38,015.00    -38,015.00
  124 Brett Bausinger                       23.20    2,320.00    -35,695.00
  127 RAFAEL VARGAS                          0.50       55.00    -35,640.00
  132 DOROTHEA BURCH                         0.20       10.00    -35,630.00
  134 MEGAN WAGNER                           0.50       50.00    -35,580.00
  135 VINCENT BUCOLO                         1.00      100.00    -35,480.00
  136 DAVID KUMOR                           10.60    1,060.00    -34,420.00
  48  Kenneth Mann                           0.50      125.00    -34,295.00
  63  Betteann Norris                        0.30       22.50    -34,272.50
  75  Bob Seibel                            88.50   16,815.00    -17,457.50
  83  Randall Franzen                       84.60   21,150.00      3,692.50
                                          --------  -----------
        ** TOTAL                           209.90    3,692.50


  * CHARGEABLE FEES SUMMARY BY CTRL DATE    HOURS      AMOUNT        TOTAL
        01/31/11                             0.00   -1,000.00     -1,000.00
        02/28/11                             0.00   -1,000.00     -2,000.00
        03/31/11                             0.00   -1,000.00     -3,000.00
        04/30/11                             0.00   -1,000.00     -4,000.00
        05/31/11                             0.00   -1,000.00     -5,000.00
        06/30/11                             0.00   -1,000.00     -6,000.00
        07/31/11                             0.00   -1,000.00     -7,000.00
        08/31/11                             0.00   -1,000.00     -8,000.00
        09/30/11                             0.00   -1,000.00     -9,000.00
        10/31/11                             8.70    1,105.00     -7,895.00
        11/30/11                            17.50    2,505.00     -5,390.00
        12/31/11                             1.00     -810.00     -6,200.00
        01/31/12                            34.70    6,165.00        -35.00
        02/29/12                             9.00   -6,450.00     -6,485.00
        03/31/12                             4.00     -180.00     -6,665.00
        04/30/12                            11.20    1,740.00     -4,925.00
        05/31/12                            30.60    4,370.00       -555.00
        06/30/12                            34.40   -3,275.00     -3,830.00
        07/31/12                             6.80      587.50     -3,242.50
        08/31/12                             1.50     -625.00     -3,867.50
        09/30/12                            50.50    7,560.00      3,692.50
                                          --------  -----------
        ** TOTAL                           209.90    3,692.50
```

CONFIDENTIAL                                                    VOYNOW_024898

v.6.00

Voynow, Bayard, Whyte and Company, LLP
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
SORT ON CLIENT ID * SELECTED CLIENTS
MGMT: 83  56
718-279-1800
GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00

5267 /
STAR TOYOTA/                                        VIVIAN
CDATE    WDATE    WORK(CODE)   STAFF NAME    SID RATE    HRS    AMOUNT   SEQ# ACTION

```
                    * * CHARGEABLE FEES BY CODES/STAFF/         * *

01/31/12 01/09/12  5 21 DOROTHEA BURCH       132  50   0.20    10.00 923783 B H T:
                        fax LIFO entry
                                                       0.20    10.00

         132 DOROTHEA BURCH                                    50.00 940186 B H T:

05/31/12 05/09/12  5 21 DAVID KUMOR          136  100  0.50
                        LIFO CALCULATIONS
                                                       0.50    50.00

         136 DAVID KUMOR                                       75.00 936964 B H T:

01/31/12 01/06/12  5 21 Kenneth Mann          48  250  0.30
                        LIFO
01/31/12 01/10/12  5 21 Kenneth Mann          48  250  0.20    50.00 936982 B H T:
                        LIFO
                                                       0.50   125.00

         48  Kenneth Mann                             1.20    185.00

      BUSTAX LIFO Computations

06/30/12 06/06/12  5 60 Brett Bausinger      124  100  0.60    60.00 943685 B H T:
06/30/12 06/07/12  5 60 Brett Bausinger      124  100  0.50    50.00 943698 B H T:
                                                       1.10   110.00

         124 Brett Bausinger                          1.10    110.00

      BUSTAX Income Tax Project & Ex

05/31/12 05/14/12  5 61 DAVID KUMOR          136  100  2.20   220.00 940953 B H T:
                        TAX RETURN
05/31/12 05/15/12  5 61 DAVID KUMOR          136  100  1.70   170.00 940954 B H T:
                        FINSISHING UP TAX RETURN
05/31/12 05/23/12  5 61 DAVID KUMOR          136  100  0.50    50.00 942161 B H T:
                        UPDATING RETURN
05/31/12 05/25/12  5 61 DAVID KUMOR          136  100  1.60   160.00 942164 B H T:
                        UPDATING RETURN

         136 DAVID KUMOR                              6.00    600.00

07/31/12 06/25/12  5 61 Betteann Norris       63   75  0.30    22.50 946827 B H T:
                        process tax return
         63  Betteann Norris                          0.30     22.50

      BUSTAX Federal Tax Return Prep               6.30    622.50

03/31/12 03/14/12  5 66 Randall Franzen       83  250  1.00   250.00 936625 B H T:
                        calls to NYS to go over and try to figure out
                        what 211 10/34 Jamaaica ave is and called the
                        dissoulation dept on
                        what to do

         83  Randall Franzen                          1.00    250.00

      BUSTAX Tax Notice Response                   1.00    250.00

11/30/11 11/02/11  5 68 Bob Seibel            75  190  0.50    95.00 916243 B H
```

12 Oct 2012 10:39              DWIP SORT ON CLIENT ID    5267 /          F

CONFIDENTIAL

VOYNOW_024899

Voynow, Bayard, Whyte and Company, LLP
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
SORT ON CLIENT ID * SELECTED CLIENTS

v.6.00

```
5267  /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                         VIVIAN            718-279-1800
CDATE    WDATE     WORK(CODE)   STAFF NAME      SID RATE    HRS      AMOUNT    SEQ#  ACTION
-----------------------------------------------------------------------------------------
              * * CHARGEABLE FEES  BY CODES/STAFF/      * *
                    Set up visit.
11/30/11 11/17/11  5 68 Bob Seibel          75  190   7.00    1,330.00 918386 B H T:
                    Tax planning visit.
11/30/11 11/18/11  5 68 Bob Seibel          75  190   7.00    1,330.00 918387 B H T:
                    Tax planning visit.
12/31/11 12/09/11  5 68 Bob Seibel          75  190   1.00      190.00 919910 B H T:

              75  Bob Seibel                        15.50    2,945.00

11/30/11 11/17/11  5 68 Randall Franzen     83  250   2.00      500.00 919640 B H T:
                    then drive to NY to do tax planning
11/30/11 11/25/11  5 68 Randall Franzen     83  250   1.00      250.00 919656 B H T:
                    calls from Mike to go over Sr info apprasial info

              83  Randall Franzen                    3.00      750.00

        BUSTAX Tax Planning                         18.50    3,695.00

10/31/11 10/10/11  5 69 RAFAEL VARGAS      127  110   0.50       55.00 911906 B H T:
                    SCANNING 2010 FED TAX RETURNS.

             127  RAFAEL VARGAS                      0.50       55.00

01/31/12 01/06/12  5 69 Bob Seibel          75  190   0.50       95.00 921951 B H T:
                    engagement letter.
01/31/12 01/25/12  5 69 Bob Seibel          75  190   8.50    1,615.00 926357 B H T:
                    Year end visit.
01/31/12 01/26/12  5 69 Bob Seibel          75  190   8.50    1,615.00 926358 B H T:
                    Year end visit.
01/31/12 01/27/12  5 69 Bob Seibel          75  190   7.00    1,330.00 926359 B H T:
                    Year end visit.
02/29/12 02/04/12  5 69 Bob Seibel          75  190   0.50       95.00 926391 B H T:
                    Follow up from visit.
02/29/12 02/21/12  5 69 Bob Seibel          75  190   0.50       95.00 930345 B H T:
                    Extension
02/29/12 02/22/12  5 69 Bob Seibel          75  190   2.00      380.00 930357 B H T:
                    Go over info with Vivian.
02/29/12 02/23/12  5 69 Bob Seibel          75  190   1.00      190.00 930363 B H T:
                    Lifo issues.
02/29/12 02/24/12  5 69 Bob Seibel          75  190   1.00      190.00 930315 B H T:
                    Revised Lifo & post entries.
03/31/12 03/01/12  5 69 Bob Seibel          75  190   0.50       95.00 930102 B H T:
                    E-file extension
03/31/12 03/06/12  5 69 Bob Seibel          75  190   2.50      475.00 935625 B H T:
                    Bank questions.
04/30/12 03/30/12  5 69 Bob Seibel          75  190   1.00      190.00 934989 B H T:
                    Go through 1099's from Carmen.
05/31/12 05/07/12  5 69 Bob Seibel          75  190   0.50       95.00 942080 B H T:
                    Go through info with DK
05/31/12 05/10/12  5 69 Bob Seibel          75  190   2.00      380.00 942099 B H T:
                    Go through w/p
05/31/12 05/11/12  5 69 Bob Seibel          75  190   1.00      190.00 942109 B H T:
                    Go over Job & T/R
05/31/12 05/14/12  5 69 Bob Seibel          75  190   1.00      190.00 942119 B H T:
                    Go over Job & T/R
-----------------------------------------------------------------------------------------
```

CONFIDENTIAL

VOYNOW_024900

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                      SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                      VIVIAN              718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS    AMOUNT  SEQ# ACTION
-------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

05/31/12 05/18/12  5 69 Bob Seibel        75  190   1.00    190.00 942131 B H T:
                        401k info for Maria.
05/31/12 05/21/12  5 69 Bob Seibel        75  190   2.00    380.00 942174 B H T:
                        Go over Job & T/R
05/31/12 05/23/12  5 69 Bob Seibel        75  190   2.00    380.00 942188 B H T:
                        Go over Job & T/R
05/31/12 05/25/12  5 69 Bob Seibel        75  190   2.00    380.00 942190 B H T:
                        Go over Job & T/R
06/30/12 06/06/12  5 69 Bob Seibel        75  190   1.00    190.00 945496 B H T:
                        Estimated tax payments.
06/30/12 06/08/12  5 69 Bob Seibel        75  190   1.00    190.00 945515 B H T:
                        Send est. pmts to Vivian and Phone call with
                        Vivian to go over est pmts.
07/31/12 06/25/12  5 69 Bob Seibel        75  190   1.00    190.00 948553 B H T:
                        tax return

            75  Bob Seibel                       48.00   9,120.00

10/31/11 10/07/11  5 69 Randall Franzen   83  250   3.00    750.00 910403 B H T:    1040
                        Work on SR tax return
10/31/11 10/13/11  5 69 Randall Franzen   83  250   1.20    300.00 915359 B H T:
                        call sto Mike and go over return to get out
10/31/11 10/14/11  5 69 Randall Franzen   83  250   2.00    500.00 915365 B H T:    1040
                        calls to get forms sent back to us and email info
                        to Star and calls from Mike K to go over Lynns
                        info and trust and
                        Jermey taxes
01/31/12 01/03/12  5 69 Randall Franzen   83  250   1.50    375.00 927603 B H T:
                        calls form Vuvia to go over Lifo and yeare end
                        entries
01/31/12 01/26/12  5 69 Randall Franzen   83  250   8.00  2,000.00 927638 B H T:    Y/E
                        go to NY and do the year end
04/30/12 03/26/12  5 69 Randall Franzen   83  250   1.00    250.00 936149 B H T:
                        look up info for Vivian on the Kids trust for
                        Mike K
04/30/12 03/31/12  5 69 Randall Franzen   83  250   1.20    300.00 936177 B H T:
                        get Mike his question
04/30/12 04/02/12  5 69 Randall Franzen   83  250   1.00    250.00 936345 B H T:
                        calls from Vivan to go over return and followup
                        iwth year end info
04/30/12 04/03/12  5 69 Randall Franzen   83  250   2.00    500.00 936359 B H T:
                        go  over various return and check for extension
04/30/12 04/04/12  5 69 Randall Franzen   83  250   1.00    250.00 936365 B H T:
                        look over Sr info
04/30/12 04/04/12  5 69 Randall Franzen   83  250   1.00    250.00 936371 B H T:
                        go over extension that need to be made
04/30/12 04/05/12  5 69 Randall Franzen   83  250   1.00    250.00 936375 B H T:
                        go over returns foe extensions
04/30/12 04/16/12  5 69 Randall Franzen   83  250   1.00    250.00 940077 B H T:
                        go over tax info I received from Mike K about
                        Jermey
04/30/12 04/26/12  5 69 Randall Franzen   83  250   1.00    250.00 940088 B H T:
                        look up tax notice for Mike K
07/31/12 07/06/12  5 69 Randall Franzen   83  250   1.00    250.00 950211 B H T:
                        call with Vivian to go over year end returns
-------------------------------------------------------------------------------
12 Oct 2012 10:39            DWIP SORT ON CLIENT ID    5267  /        PAGE: 74
```

CONFIDENTIAL

VOYNOW_024901

```
                        Voynow, Bayard, Whyte and Company, LLP
                        DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012          v.6.00
                           SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                          VIVIAN              718-279-1800
 CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS      AMOUNT   SEQ# ACTION
--------------------------------------------------------------------------------------
             * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

                 coming to her and discuss the computer system and
                 situation with Star
                 nissan
08/31/12 08/20/12  5 69 Randall Franzen    83   250   1.50      375.00 955656 B H T:
                 see what elsw we need for the boys returns
09/30/12 09/07/12  5 69 Randall Franzen    83   250   1.50      375.00 956655 B H T:
                 look over Mike K tax info

        83  Randall Franzen                      29.90    7,475.00

     BUSTAX Year End Tax Work                     78.40   16,650.00

02/29/12 02/04/12  5 90 VINCENT BUCOLO     135  100   1.00      100.00 925984 B H T:

       135 VINCENT BUCOLO                          1.00      100.00

05/31/12 05/09/12  5 90 DAVID KUMOR        136  100   1.30      130.00 940187 B H T:
                 UPDATING TRAIL BALANCE
05/31/12 05/10/12  5 90 DAVID KUMOR        136  100   0.40       40.00 940196 B H T:
                 UPDATING RETURN
05/31/12 05/11/12  5 90 DAVID KUMOR        136  100   0.70       70.00 940201 B H T:
                 UPDATING TRAIL BALANCE
05/31/12 05/14/12  5 90 DAVID KUMOR        136  100   0.40       40.00 940952 B H T:
                 UPDATING TRAIL BALANCE

       136 DAVID KUMOR                             2.80      280.00

     BUSTAX Trial Balance Data Inpu                3.80      380.00

05/31/12 05/03/12  5 99 DAVID KUMOR        136  100   1.00      100.00 939508 B H T:
                 UNICAP CALCULATIONS
05/31/12 05/07/12  5 99 DAVID KUMOR        136  100   0.30       30.00 940192 B H T:
                 UPDATING UNICAP

       136 DAVID KUMOR                             1.30      130.00

     BUSTAX Report Typing                          1.30      130.00

06/30/12 05/30/12  6  1 Bob Seibel         75   190   1.00      190.00 943675 B H T:
                 Prepair for visit.

        75  Bob Seibel                             1.00      190.00

     INTSER Interim Visit Planning                 1.00      190.00

09/30/12 08/28/12  6 13 Brett Bausinger    124  100  11.50    1,150.00 955288 B H T:
09/30/12 08/29/12  6 13 Brett Bausinger    124  100   8.00      800.00 955289 B H T:
09/30/12 08/30/12  6 13 Brett Bausinger    124  100   0.80       80.00 955301 B H T:
                 editing interim letter for star

       124 Brett Bausinger                        20.30    2,030.00

06/30/12 05/31/12  6 13 Bob Seibel         75   190   7.00    1,330.00 943678 B H T:
                 Interim Visit.
09/30/12 08/28/12  6 13 Bob Seibel         75   190   9.00    1,710.00 955328 B H T:
--------------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID    5267  /        PAGE: 75
```

CONFIDENTIAL

VOYNOW_024902

```
                       Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                       SORT ON CLIENT ID * SELECTED CLIENTS

 5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR TOYOTA/                                        VIVIAN            718-279-1800
 CDATE    WDATE    WORK(CODE)   STAFF NAME      SID RATE    HRS      AMOUNT   SEQ# ACTION
-------------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/        * *

                   Interim Visit.
09/30/12 08/29/12  6 13 Bob Seibel        75   190   8.00   1,520.00 955329 B H T:
                   Interim Visit.

         75  Bob Seibel                              24.00   4,560.00

06/30/12 05/31/12  6 13 Randall Franzen   83   250   4.00   1,000.00 944583 B H T:
                   interim visiti
06/30/12 06/01/12  6 13 Randall Franzen   83   250   2.00     500.00 944586 B H T:
                   go over the visit and what we need to do with
                   year end work and interim visita
07/31/12 07/23/12  6 13 Randall Franzen   83   250   1.50     375.00 954780 B H T:
                   calls from Vivian to go over computers and
                   storage and status of what we billed and who and
                   what she needs to know
09/30/12 08/28/12  6 13 Randall Franzen   83   250   8.00   2,000.00 955673 B H T:
                   go ot NY and do an interim visit
09/30/12 08/30/12  6 13 Randall Franzen   83   250   2.50     625.00 955683 B H T:
                   go over what we did for interim and status of
                   current tax planning for the boys

         83  Randall Franzen                         18.00   4,500.00

         INTSER Rev. Ledger & Schedules              62.30  11,090.00

06/30/12 06/04/12  6 20 Brett Bausinger  124   100   1.80     180.00 943684 B H T:
                   write up of interim visti reprot (service section)

        124  Brett Bausinger                          1.80     180.00

         INTSER Service Dept Analysis                 1.80     180.00

10/31/11 10/11/11  7 61 Randall Franzen   83   250   2.00     500.00 915348 B H T:
                   calls with Vivian and

         83  Randall Franzen                          2.00     500.00

         PERSTX Federal Tax Return Prep               2.00     500.00

06/30/12 06/04/12  8 32 MEGAN WAGNER     134   100   0.50      50.00 943815 B H T:
                   census

        134  MEGAN WAGNER                             0.50      50.00

02/29/12 02/02/12  8 32 Randall Franzen   83   250   3.00     750.00 927641 B H T:
                   work on the estate return
05/31/12 05/11/12  8 32 Randall Franzen   83   250   2.00     500.00 940290 B H T:
                   go over estate
05/31/12 05/21/12  8 32 Randall Franzen   83   250   3.50     875.00 944562 B H T:
                   work on the Estate return
05/31/12 05/22/12  8 32 Randall Franzen   83   250   2.00     500.00 944564 B H T:
                   go over estate return to get readt to send to
                   Steve S
05/31/12 05/25/12  8 32 Randall Franzen   83   250   1.00     250.00 944572 B H T:
                   go over the estate and calls to Steve to go over
-------------------------------------------------------------------------------------
12 Oct 2012 10:39             DWIP SORT ON CLIENT ID    5267  /         PAGE: 76
```

*Estate* (handwritten annotation)

CONFIDENTIAL

VOYNOW_024903

```
                        Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                       VIVIAN                718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE    HRS       AMOUNT  SEQ# ACTION
-----------------------------------------------------------------------------------
                   * * CHARGEABLE FEES  BY CODES/STAFF/    * *
                        the info which he did not receive
06/30/12 05/30/12  8 32 Randall Franzen     83   250   3.00       750.00 944579 B H T:
                        work on the estate return
06/30/12 06/05/12  8 32 Randall Franzen     83   250   3.00       750.00 946090 B H T:
                        calls with Steve to go over the estate and look
                        over retrnn to get ready to send out
06/30/12 06/08/12  8 32 Randall Franzen     83   250   1.50       375.00 946107 B H T:
                        calls from Vivian to go over the computer system
                        and interim visit time and getting estate discussed
06/30/12 06/15/12  8 32 Randall Franzen     83   250   1.50       375.00 946126 B H T:
                        eamils and get return ready to sign for the
                        estate and get Mike direction s
06/30/12 06/18/12  8 32 Randall Franzen     83   250   6.00     1,500.00 946130 B H T:
                        meet with Mike and Steve Seigel to go over estate
                        planning for the boys
07/31/12 06/26/12  8 32 Randall Franzen     83   250   1.00       250.00 947979 B H T:
                        go over the estate info
07/31/12 06/27/12  8 32 Randall Franzen     83   250   2.00       500.00 947980 B H T:
                        estate info
09/30/12 08/30/12  8 32 Randall Franzen     83   250   1.20       300.00 955684 B H T:
                        calls from Steve Siegel to go over estate
                        planning and status of Mike info and planning

            83  Randall Franzen                      30.70      7,675.00

        Other Special Projects(detail)               31.20      7,725.00


        * * TOTAL FEES                              209.90     41,707.50


                       * *   DEBITS & CREDITS   * *

01/31/11 01/31/11 99  3                                      -1,000.00 873884 ON HOLD
02/28/11 02/28/11 99  3                                      -1,000.00 874103 ON HOLD
03/31/11 03/31/11 99  3                                      -1,000.00 878443 ON HOLD
04/30/11 04/30/11 99  3                                      -1,000.00 883716 ON HOLD
05/31/11 05/31/11 99  3                                      -1,000.00 889346 ON HOLD
06/30/11 06/30/11 99  3                                      -1,000.00 892676 ON HOLD
07/31/11 07/31/11 99  3                                      -1,000.00 898298 ON HOLD
08/31/11 08/31/11 99  3                                      -1,000.00 903594 ON HOLD
09/30/11 09/30/11 99  3                                      -1,000.00 905807 ON HOLD
10/31/11 10/31/11 99  3                                      -1,000.00 910641 B H T:
11/30/11 11/30/11 99  3                                      -1,000.00 914712 B H T:
12/31/11 12/31/11 99  3                                      -1,000.00 917951 B H T:
01/31/12 01/31/12 99  3                                      -1,000.00 922570 B H T:
02/29/12 02/29/12 99  3                                      -1,000.00 925047 B H T:
02/29/12 02/29/12 99  3                                      -7,250.00 928039 B H T:
03/31/12 03/31/12 99  3                                      -1,000.00 929015 B H T:
04/30/12 04/30/12 99  3                                      -1,000.00 934172 B H T:
05/31/12 05/31/12 99  3                                      -1,000.00 938952 B H T:
06/30/12 06/30/12 99  3                                      -1,000.00 942403 B H T:
06/30/12 06/30/12 99  3                                      -9,765.00 950099 B H T:
07/31/12 07/31/12 99  3                                      -1,000.00 951125 B H T:
08/31/12 08/31/12 99  3                                      -1,000.00 951675 B H T:

-----------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID   5267  /        PAGE: 77
```

*Estate* (handwritten annotation)

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                       SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR     PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                    VIVIAN                718-279-1800
CDATE    WDATE    WORK(CODE)   STAFF NAME    SID RATE     HRS     AMOUNT   SEQ# ACTION
--------------------------------------------------------------------------------------
                          * * *   DEBITS/CREDITS  * * *

09/30/12 09/30/12 99  3                                 -1,000.00 953633 B H T:


                                                                  ON HOLD
         * * TOTAL PROGRESS BILLS AND OTHER CREDITS     -38,015.00  (     0.00)


         FEES      EXPENSES     SUB-TOTAL      DB/CR     SUB-TOTAL     OFFSETS     NET WIP
       ----------  ----------  ----------   ----------  ----------  ----------  ----------
       41,707.50        0.00   41,707.50         0.00   41,707.50  -38,015.00    3,692.50
                                                                               ==========
```

CONFIDENTIAL                                        VOYNOW_024905

(1) Today's date                                                      (1)   9.30.12
(2) Name of individual requesting this billing                       (2)   RPS
(3) Client Name                                                      (3)   STAR TOYODTA
(4) Client # / File #                                                (4)        5267
(5) This billing is for work done from Month Ending                 (5a) _____ , 200 ___
     through the Month Ending                                        (5b)  9.30.12          , 200 ___

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

_____ Accounting Services as Requested:

_____ Special accounting services as requested.

                                          Amount Due        2,680.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                    W.I.P.

                                  TOTAL W.I.P.:      _____
DATE BILLED: _____      W.I.P. TO TRANSFER: _____
BILLED THROUGH
CLIENT # / FILE #                    W.I.P. TO HOLD: _____
: _____                   W.I.P. TO CLEAR: _____
CLIENT NAME: _____      WRITE UP /( DOWN): _____
BILL # :  21720
DATE KEYPUNCHED: _____                           BILL

                              TOTAL AMOUNT BILLABLE: _____
             LESS RETAINERS AND OR PROGRESS BILLING: _____
                                  AMOUNT OF BILL: _____

Boys Estate Plan

CONFIDENTIAL

VOYNOW_024906

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2012

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                          Client #: 5267/
ATTN: VIVIAN                               Invoice: 21726

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

AMOUNT DUE        $ 2,680.00

CONFIDENTIAL                              VOYNOW_024907

(1) Today's date       (1)   6.30.12

(2) Name of individual requesting this billing    (2)   RPS

(3) Client Name       (3)   STAR TOYOTA

(4) Client # / File #       (4)   5267

(5) This billing is for work done from Month Ending   (5a)      , 200

    through the Month Ending      (5b)   6.30.12   , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

    Accounting Services as Requested:

    Special accounting services as requested.

                         Amount Due    9,765.00    POSTED

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROG...

DATE BILLED: _____

BILLED THROUGH
CLIENT # / FILE #

CLIENT NAME: _____

BILL # : 21519

DATE KEYPUNCHED: _____

LESS RETA...

*[handwritten note:]* should w/call it something else WHAT is This For 22 Estate.

*[handwritten, bottom left:]* Estate of George Koufakis

VOYNOW_024908

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

June 29, 2012

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                    Client #: 5267/
ATTN: VIVIAN                         Invoice: 21519

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED    POSTED

                        AMOUNT DUE        $ 9,765.00

CONFIDENTIAL

VOYNOW_024909

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /     GRP: STAR .  PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                              VIVIAN              718-279-1800
<------------MOST RECENT 12 MONTHS------------>   <---------------PRIOR 12 MONTHS-------------->
MON-YR    BILLS    WRT U/D   WRTOFFS      CASH    MON-YR    BILLS    WRT U/D   WRTOFFS      CASH
------    -----    -------   -------      ----    ------    -----    -------   -------      ----
JUL-11    1,000         0         0      1,000    JUL-10    1,000         0         0      1,000
AUG-11    1,000         0         0      1,000    AUG-10    1,000         0         0      1,000
SEP-11   12,750   -18,290         0      1,000    SEP-10   12,085     6,855         0      1,000
OCT-11    1,000         0         0      1,000    OCT-10    1,000         0         0      1,000
NOV-11    1,000         0         0     12,750    NOV-10    1,000         0         0     12,085
DEC-11    1,000         0         0      1,000    DEC-10    1,000     9,000         0      1,000
JAN-12    1,000         0         0      1,000    JAN-11    1,000         0         0      1,000
FEB-12    8,250         0         0      1,000    FEB-11    8,200         0         0      1,000
MAR-12    1,000         0         0      8,250    MAR-11    1,000         0         0      8,200
APR-12    1,000         0         0      1,000    APR-11    1,000         0         0      1,000
MAY-12    1,000         0         0      1,000    MAY-11    1,000         0         0      1,000
JUN-12    1,000         0         0      1,000    JUN-11    1,000         0         0      1,000
          ------   -------   -------    ------              ------   -------   -------    ------
TOTAL    31,000   -18,290         0     31,000    TOTAL    30,285    15,855         0     30,285

YTD      13,250         0         0     13,250    PYTD     13,200         0         0     13,200


AGED      CURRENT    1 MONTH   2 MONTHS   3 MONTHS   4 MONTHS   5+ MONTHS        TOTAL   AGED
------    -------    -------   --------   --------   --------   ---------        -----   ----
A/R          0.00       0.00       0.00       0.00       0.00        0.00        0.00   A/R
WIP       6,490.00   4,370.00   1,740.00    -180.00  -6,450.00      -35.00    5,935.00   WIP

YTD WORK    BUDGET      ACTUAL      VARIANCE    %BUDGET    LAST      DATE         AMOUNT TYPE
--------    ------      ------      --------    -------    ----      ----         ------ ----
HOURS         0.00      123.90      -123.90       0.00%    BILLED  06/01/12     1,000.00  PRG
DOLLARS       0.00    25,385.00   -25,385.00      0.00%    PAYMENT 06/11/12     1,000.00  SN

<--------------WORK-IN-PROCESS--------------->   NET WIP     ACCOUNTS   UNAPPLIED      TOTAL
         FEES    EXPENSES     DB/CR     OFFSETS   SUBTOTAL   RECEIVABLE   RETAINER    EXPOSURE
      --------   --------   --------   --------   --------   ----------   --------    --------
      31,185.00      0.00       0.00  -25,250.00  5,935.00        0.00       0.00    5,935.00

                                                                                      NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final)   5,935.00


                                                         WIP TO XFER:  _____

                                                         WIP TO HOLD:  _____
```

*Estate Time*
Toyota    6625
Estate    3014
Nissan     500
          _____
         10139

```
                                                         WIP TO CLEAR: _____

                                                         WRITE UP/DOWN: _____

                                                         AMOUNT TO BILL: _____

                               APPROVED BY: _____  DATE: _____
```

```
------------------------------------------------------------------------------------
11 Jul 2012 20:32              DWIP SORT ON CLIENT ID   5267  /       PAGE: 49
```

CONFIDENTIAL

VOYNOW_024910

Voynow, Bayard, Whyte and Company, LLP          v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
SORT ON CLIENT ID * SELECTED CLIENTS

5267 /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                VIVIAN          718-279-1800
------------------------------------------------------------------------------------
* *  FEE & EXPENSE SUMMARIES  * *

| * CHARGEABLE FEES SUMMARY BY WORK CODE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| BUSINESS TAX ENGAGEMENTS | 106.30 | 20,810.00 | 20,810.00 |
| INTERIM SERVICES | 15.80 | 3,200.00 | 24,010.00 |
| PERSONAL TAX RETURN SERVICES | 2.00 | 500.00 | 24,510.00 |
| SPECIAL PROJECTS-MUST USE MEMO | 27.00 | 6,675.00 | 31,185.00 |
| SYSTEM GENERATED FEES | 0.00 | -25,250.00 | 5,935.00 |
| | -------- | ------------ | |
| ** TOTAL | 151.10 | 5,935.00 | |

| * CHARGEABLE FEES SUMMARY BY STAFF | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| 124 Brett Bausinger | 0.00 | -25,250.00 | -25,250.00 |
| 127 RAFAEL VARGAS | 2.90 | 290.00 | -24,960.00 |
| 132 DOROTHEA BURCH | 0.50 | 55.00 | -24,905.00 |
| 134 MEGAN WAGNER | 0.20 | 10.00 | -24,895.00 |
| 135 VINCENT BUCOLO | 0.50 | 50.00 | -24,845.00 |
| 136 DAVID KUMOR | 1.00 | 100.00 | -24,745.00 |
| 48 Kenneth Mann | 10.60 | 1,060.00 | -23,685.00 |
| 75 Bob Seibel | 0.50 | 125.00 | -23,560.00 |
| 83 Randall Franzen | 70.50 | 13,395.00 | -10,165.00 |
| | 64.40 | 16,100.00 | 5,935.00 |
| | -------- | ------------ | |
| ** TOTAL | 151.10 | 5,935.00 | |

| * CHARGEABLE FEES SUMMARY BY CTRL DATE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| 01/31/11 | 0.00 | -1,000.00 | -1,000.00 |
| 02/28/11 | 0.00 | -1,000.00 | -2,000.00 |
| 03/31/11 | 0.00 | -1,000.00 | -3,000.00 |
| 04/30/11 | 0.00 | -1,000.00 | -4,000.00 |
| 05/31/11 | 0.00 | -1,000.00 | -5,000.00 |
| 06/30/11 | 0.00 | -1,000.00 | -6,000.00 |
| 07/31/11 | 0.00 | -1,000.00 | -7,000.00 |
| 08/31/11 | 0.00 | -1,000.00 | -8,000.00 |
| 09/30/11 | 0.00 | -1,000.00 | -9,000.00 |
| 10/31/11 | 8.70 | 1,105.00 | -7,895.00 |
| 11/30/11 | 17.50 | 2,505.00 | -5,390.00 |
| 12/31/11 | 1.00 | -810.00 | -6,200.00 |
| 01/31/12 | 34.70 | 6,165.00 | -35.00 |
| 02/29/12 | 9.00 | -6,450.00 | -6,485.00 |
| 03/31/12 | 4.00 | -180.00 | -6,665.00 |
| 04/30/12 | 11.20 | 1,740.00 | -4,925.00 |
| 05/31/12 | 30.60 | 4,370.00 | -555.00 |
| 06/30/12 | 34.40 | 6,490.00 | 5,935.00 |
| | -------- | ------------ | |
| ** TOTAL | 151.10 | 5,935.00 | |

CONFIDENTIAL                              VOYNOW_024911

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                          VIVIAN                718-279-1800
CDATE     WDATE     WORK(CODE)  STAFF NAME     SID RATE   HRS       AMOUNT   SEQ# ACTION
----------------------------------------------------------------------------------------
              * *   CHARGEABLE FEES  BY CODES/STAFF/    * *

01/31/12 01/09/12  5 21 DOROTHEA BURCH     132   50    0.20      10.00 923783 B H T:
                       fax LIFO entry

           132 DOROTHEA BURCH                          0.20      10.00

05/31/12 05/09/12  5 21 DAVID KUMOR        136  100    0.50      50.00 940186 B H T:
                       LIFO CALCULATIONS

           136 DAVID KUMOR                             0.50      50.00

01/31/12 01/06/12  5 21 Kenneth Mann        48  250    0.30      75.00 936964 B H T:
                       LIFO
01/31/12 01/10/12  5 21 Kenneth Mann        48  250    0.20      50.00 936982 B H T:
                       LIFO

            48  Kenneth Mann                           0.50     125.00

        BUSTAX LIFO Computations                       1.20     185.00

06/30/12 06/06/12  5 60 Brett Bausinger    124  100    0.60      60.00 943685 B H T:
06/30/12 06/07/12  5 60 Brett Bausinger    124  100    0.50      50.00 943698 B H T:

           124 Brett Bausinger                         1.10     110.00

        BUSTAX Income Tax Project & Ex                 1.10     110.00

05/31/12 05/14/12  5 61 DAVID KUMOR        136  100    2.20     220.00 940953 B H T:
                       TAX RETURN
05/31/12 05/15/12  5 61 DAVID KUMOR        136  100    1.70     170.00 940954 B H T:
                       FINSISHING UP TAX RETURN
05/31/12 05/23/12  5 61 DAVID KUMOR        136  100    0.50      50.00 942161 B H T:
                       UPDATING RETURN
05/31/12 05/25/12  5 61 DAVID KUMOR        136  100    1.60     160.00 942164 B H T:
                       UPDATING RETURN

           136 DAVID KUMOR                             6.00     600.00

        BUSTAX Federal Tax Return Prep                 6.00     600.00

03/31/12 03/14/12  5 66 Randall Franzen     83  250    1.00     250.00 936625 B H T:
                       calls to NYS to go over and try to figure out
                       what 211 10/34 Jamaaica ave is and called the
                       dissoluation dept on
                       what to do

            83  Randall Franzen                        1.00     250.00

        BUSTAX Tax Notice Response                     1.00     250.00

11/30/11 11/02/11  5 68 Bob Seibel          75  190    0.50      95.00 916243 B H T:
                       Set up visit.
11/30/11 11/17/11  5 68 Bob Seibel          75  190    7.00   1,330.00 918386 B H T:
                       Tax planning visit.
11/30/11 11/18/11  5 68 Bob Seibel          75  190    7.00   1,330.00 918387 B H T:
                       Tax planning visit.
----------------------------------------------------------------------------------------
11 Jul 2012 20:32              DWIP SORT ON CLIENT ID    5267  /       PAGE: 51
```

CONFIDENTIAL

VOYNOW_024912

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                    SORT ON CLIENT ID * SELECTED CLIENTS

5267 /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                          VIVIAN              718-279-1800
CDATE    WDATE     WORK(CODE)  STAFF NAME     SID RATE  HRS     AMOUNT  SEQ# ACTION
-------------------------------------------------------------------------------------
                * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

12/31/11 12/09/11  5 68 Bob Seibel      75  190   1.00      190.00 919910 B H T:

          75  Bob Seibel                       15.50     2,945.00

11/30/11 11/17/11  5 68 Randall Franzen  83  250   2.00      500.00 919640 B H T:
                  then drive to NY to do tax planning
11/30/11 11/25/11  5 68 Randall Franzen  83  250   1.00      250.00 919656 B H T:
                  calls from Mike to go over Sr info apprasial info

          83  Randall Franzen                    3.00      750.00

          BUSTAX Tax Planning                   18.50     3,695.00

10/31/11 10/10/11  5 69 RAFAEL VARGAS    127  110   0.50       55.00 911906 B H T:
                  SCANNING 2010 FED TAX RETURNS.

          127 RAFAEL VARGAS                      0.50       55.00

01/31/12 01/06/12  5 69 Bob Seibel      75  190   0.50       95.00 921951 B H T:
                  engagement letter.
01/31/12 01/25/12  5 69 Bob Seibel      75  190   8.50     1,615.00 926357 B H T:
                  Year end visit.
01/31/12 01/26/12  5 69 Bob Seibel      75  190   8.50     1,615.00 926358 B H T:
                  Year end visit.
01/31/12 01/27/12  5 69 Bob Seibel      75  190   7.00     1,330.00 926359 B H T:
                  Year end visit.
02/29/12 02/04/12  5 69 Bob Seibel      75  190   0.50       95.00 926391 B H T:
                  Follow up from visit.
02/29/12 02/21/12  5 69 Bob Seibel      75  190   0.50       95.00 930345 B H T:
                  Extension
02/29/12 02/22/12  5 69 Bob Seibel      75  190   2.00      380.00 930357 B H T:
                  Go over info with Vivian.
02/29/12 02/23/12  5 69 Bob Seibel      75  190   1.00      190.00 930363 B H T:
                  Lifo issues.
02/29/12 02/24/12  5 69 Bob Seibel      75  190   1.00      190.00 930315 B H T:
                  Revised Lifo & post entries.
03/31/12 03/01/12  5 69 Bob Seibel      75  190   0.50       95.00 930102 B H T:
                  E-file extension
03/31/12 03/06/12  5 69 Bob Seibel      75  190   2.50      475.00 935625 B H T:
                  Bank questions.
04/30/12 03/30/12  5 69 Bob Seibel      75  190   1.00      190.00 934989 B H T:
                  Go through 1099's from Carmen.
05/31/12 05/07/12  5 69 Bob Seibel      75  190   0.50       95.00 942080 B H T:
                  Go through info with DK
05/31/12 05/10/12  5 69 Bob Seibel      75  190   2.00      380.00 942099 B H T:
                  Go through w/p
05/31/12 05/11/12  5 69 Bob Seibel      75  190   1.00      190.00 942109 B H T:
                  Go over Job & T/R
05/31/12 05/14/12  5 69 Bob Seibel      75  190   1.00      190.00 942119 B H T:
                  Go over Job & T/R
05/31/12 05/18/12  5 69 Bob Seibel      75  190   1.00      190.00 942131 B H T:
                  401k info for Maria.
05/31/12 05/21/12  5 69 Bob Seibel      75  190   2.00      380.00 942174 B H T:
                  Go over Job & T/R
05/31/12 05/23/12  5 69 Bob Seibel      75  190   2.00      380.00 942188 B H T:
```

CONFIDENTIAL

VOYNOW_024913

```
                    Voynow, Bayard, Whyte and Company, LLP            v.6.00
             DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                    SORT ON CLIENT ID * SELECTED CLIENTS

5267  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                      VIVIAN          718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS     AMOUNT  SEQ# ACTION
---------------------------------------------------------------------------------
               * *   CHARGEABLE FEES  BY CODES/STAFF/      * *
               Go over Job & T/R
05/31/12 05/25/12  5 69 Bob Seibel       75   190   2.00      380.00 942190 B H T:
               Go over Job & T/R
06/30/12 06/06/12  5 69 Bob Seibel       75   190   1.00      190.00 945496 B H T:
               Estimated tax payments.
06/30/12 06/08/12  5 69 Bob Seibel       75   190   1.00      190.00 945515 B H T:
               Send est. pmts to Vivian and Phone call with
               Vivian to go over est pmts.

        75  Bob Seibel                          47.00    8,930.00

10/31/11 10/07/11  5 69 Randall Franzen    83   250   3.00      750.00 910403 B H T:
               Work on SR tax return
10/31/11 10/13/11  5 69 Randall Franzen    83   250   1.20      300.00 915359 B H T:
               call sto Mike and go over return to get out
10/31/11 10/14/11  5 69 Randall Franzen    83   250   2.00      500.00 915365 B H T:
               calls to get forms sent back to us and email info
               to Star and calls from Mike K to go over Lynns
               info and trust and
               Jermey taxes
01/31/12 01/03/12  5 69 Randall Franzen    83   250   1.50      375.00 927603 B H T:
               calls form Vuvia to go over Lifo and yeare end
               entries
01/31/12 01/26/12  5 69 Randall Franzen    83   250   8.00    2,000.00 927638 B H T:
               go to NY and do the year end
04/30/12 03/26/12  5 69 Randall Franzen    83   250   1.00      250.00 936149 B H T:
               look up info for Vivian on the Kids trust for
               Mike K
04/30/12 03/31/12  5 69 Randall Franzen    83   250   1.20      300.00 936177 B H T:
               get Mike his question
04/30/12 04/02/12  5 69 Randall Franzen    83   250   1.00      250.00 936345 B H T:
               calls from Vivan to go over return and followup
               iwth year end info
04/30/12 04/03/12  5 69 Randall Franzen    83   250   2.00      500.00 936359 B H T:
               go  over various return and check for extension
04/30/12 04/04/12  5 69 Randall Franzen    83   250   1.00      250.00 936371 B H T:
               go over extension that need to be made
04/30/12 04/04/12  5 69 Randall Franzen    83   250   1.00      250.00 936365 B H T:
               look over Sr info
04/30/12 04/05/12  5 69 Randall Franzen    83   250   1.00      250.00 936375 B H T:
               go over returns foe extensions
04/30/12 04/16/12  5 69 Randall Franzen    83   250   1.00      250.00 940077 B H T:
               go over tax info I received from Mike K about
               Jermey
04/30/12 04/26/12  5 69 Randall Franzen    83   250   1.00      250.00 940088 B H T:
               look up tax notice for Mike K

        83  Randall Franzen                     25.90    6,475.00

     BUSTAX Year End Tax Work                    73.40   15,460.00

02/29/12 02/04/12  5 90 VINCENT BUCOLO   135   100   1.00      100.00 925984 B H T:

       135 VINCENT BUCOLO                         1.00      100.00

---------------------------------------------------------------------------------
11 Jul 2012 20:32            DWIP SORT ON CLIENT ID    5267  /       PAGE: 53
```

CONFIDENTIAL

VOYNOW_024914

```
                    Voynow, Bayard, Whyte and Company, LLP            v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                       SORT ON CLIENT ID * SELECTED CLIENTS

5267  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                          VIVIAN           718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE   HRS      AMOUNT  SEQ# ACTION
-------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

05/31/12 05/09/12  5 90 DAVID KUMOR      136 100   1.30      130.00 940187 B H T:
              UPDATING TRAIL BALANCE
05/31/12 05/10/12  5 90 DAVID KUMOR      136 100   0.40       40.00 940196 B H T:
              UPDATING RETURN
05/31/12 05/11/12  5 90 DAVID KUMOR      136 100   0.70       70.00 940201 B H T:
              UPDATING TRAIL BALANCE
05/31/12 05/14/12  5 90 DAVID KUMOR      136 100   0.40       40.00 940952 B H T:
              UPDATING TRAIL BALANCE

          136 DAVID KUMOR                           2.80      280.00

          BUSTAX Trial Balance Data Inpu            3.80      380.00

05/31/12 05/03/12  5 99 DAVID KUMOR      136 100   1.00      100.00 939508 B H T:
              UNICAP CALCULATIONS
05/31/12 05/07/12  5 99 DAVID KUMOR      136 100   0.30       30.00 940192 B H T:
              UPDATING UNICAP

          136 DAVID KUMOR                           1.30      130.00

          BUSTAX Report Typing                      1.30      130.00

06/30/12 05/30/12  6  1 Bob Seibel        75 190   1.00      190.00 943675 B H T:
              Prepair for visit.

           75 Bob Seibel                            1.00      190.00

          INTSER Interim Visit Planning             1.00      190.00

06/30/12 05/31/12  6 13 Bob Seibel        75 190   7.00    1,330.00 943678 B H T:
              Interim Visit.

           75 Bob Seibel                            7.00    1,330.00

06/30/12 05/31/12  6 13 Randall Franzen   83 250   4.00    1,000.00 944583 B H T:
              interim visiti
06/30/12 06/01/12  6 13 Randall Franzen   83 250   2.00      500.00 944586 B H T:
              go over the visit and what we need to do with
              year end work and interim visita

           83 Randall Franzen                       6.00    1,500.00

          INTSER Rev. Ledger & Schedules           13.00    2,830.00

06/30/12 06/04/12  6 20 Brett Bausinger  124 100   1.80      180.00 943684 B H T:
              write up of interim visti reprot (service section)

          124 Brett Bausinger                       1.80      180.00

          INTSER Service Dept Analysis              1.80      180.00

10/31/11 10/11/11  7 61 Randall Franzen   83 250   2.00      500.00 915348 B H T:
              calls with Vivian and

           83 Randall Franzen                       2.00      500.00
-------------------------------------------------------------------------------
11 Jul 2012 20:32           DWIP SORT ON CLIENT ID   5267  /       PAGE: 54
```

CONFIDENTIAL

VOYNOW_024915

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                         SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83 56
STAR TOYOTA/                                      VIVIAN
CDATE     WDATE     WORK(CODE)  STAFF NAME    SID RATE   HRS       AMOUNT   SEQ# ACTION
--------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


            PERSTX Federal Tax Return Prep              2.00      500.00

06/30/12 06/04/12  8 32 MEGAN WAGNER     134 100   0.50       50.00 943815 B H T:
                        census

            134 MEGAN WAGNER                           0.50       50.00

02/29/12 02/02/12  8 32 Randall Franzen   83  250   3.00      750.00 827641 B H T:
                        work on the estate return
05/31/12 05/11/12  8 32 Randall Franzen   83  250   2.00      500.00 940290 B H T:
                        go over estate
05/31/12 05/21/12  8 32 Randall Franzen   83  250   3.50      875.00 944562 B H T:
                        work on the Estate return
05/31/12 05/22/12  8 32 Randall Franzen   83  250   2.00      500.00 944564 B H T:
                        go over estate return to get readt to send to
                        Steve S
05/31/12 05/25/12  8 32 Randall Franzen   83  250   1.00      250.00 944572 B H T:
                        go over the estate and calls to Steve to go over
                        the info which he did not receive
06/30/12 05/30/12  8 32 Randall Franzen   83  250   3.00      750.00 944579 B H T:
                        work on the estate return
06/30/12 06/05/12  8 32 Randall Franzen   83  250   3.00      750.00 946090 B H T:
                        calls with Steve to go over the estate and look
                        over retrnn to get ready to send out
06/30/12 06/08/12  8 32 Randall Franzen   83  250   1.50      375.00 946107 B H T:
                        calls from Vivian to go over the computer system
                        and interim visit time and getting estate discussed
06/30/12 06/15/12  8 32 Randall Franzen   83  250   1.50      375.00 946126 B H T:
                        eamils and get return ready to sign for the
                        estate and get Mike direction s
06/30/12 06/18/12  8 32 Randall Franzen   83  250   6.00    1,500.00 946130 B H T:
                        meet with Mike and Steve Seigel to go over estate
                        planning for the boys

        83  Randall Franzen                    26.50    6,625.00

     Other Special Projects(detail)            27.00    6,675.00


     * * TOTAL FEES                          151.10   31,185.00


                    * *   DEBITS & CREDITS   * *

01/31/11 01/31/11 99  3                          -1,000.00 873884 ON HOLD
02/28/11 02/28/11 99  3                          -1,000.00 874103 ON HOLD
03/31/11 03/31/11 99  3                          -1,000.00 878443 ON HOLD
04/30/11 04/30/11 99  3                          -1,000.00 883716 ON HOLD
05/31/11 05/31/11 99  3                          -1,000.00 889346 ON HOLD
06/30/11 06/30/11 99  3                          -1,000.00 892676 ON HOLD
07/31/11 07/31/11 99  3                          -1,000.00 898298 ON HOLD
08/31/11 08/31/11 99  3                          -1,000.00 903594 ON HOLD
09/30/11 09/30/11 99  3                          -1,000.00 905807 ON HOLD
10/31/11 10/31/11 99  3                          -1,000.00 910641 B H T:
--------------------------------------------------------------------------------------
11 Jul 2012 20:32            DWIP SORT ON CLIENT ID   5267  /        PAGE: 55
```

CONFIDENTIAL

VOYNOW_024916

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                    VIVIAN                718-279-1800
CDATE    WDATE    WORK(CODE)   STAFF NAME    SID RATE    HRS      AMOUNT    SEQ# ACTION
------------------------------------------------------------------------------------
                         * * *   DEBITS/CREDITS  * * *

11/30/11 11/30/11 99  3                                        -1,000.00 914712 B H T:
12/31/11 12/31/11 99  3                                        -1,000.00 917951 B H T:
01/31/12 01/31/12 99  3                                        -1,000.00 922570 B H T:
02/29/12 02/29/12 99  3                                        -1,000.00 925047 B H T:
02/29/12 02/29/12 99  3                                        -7,250.00 928039 B H T:
03/31/12 03/31/12 99  3                                        -1,000.00 929015 B H T:
04/30/12 04/30/12 99  3                                        -1,000.00 934172 B H T:
05/31/12 05/31/12 99  3                                        -1,000.00 938952 B H T:
06/30/12 06/30/12 99  3                                        -1,000.00 942403 B H T:


                                                                      ON HOLD
          * * TOTAL PROGRESS BILLS AND OTHER CREDITS     -25,250.00  (      0.00)


        FEES      EXPENSES    SUB-TOTAL     DB/CR    SUB-TOTAL     OFFSETS      NET WIP
      ----------  ----------  ----------  ---------- ----------  ----------   ----------
      31,185.00        0.00   31,185.00        0.00  31,185.00  -25,250.00     5,935.00
                                                                            ============
```

```
--------------------------------------------------------------------------------
11 Jul 2012 20:32              DWIP SORT ON CLIENT ID     5267  /       PAGE: 56
```

CONFIDENTIAL

VOYNOW_024917

Voynow, Bayard, Whyte and Company, LLP                    v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
SORT ON CLIENT ID * SELECTED CLIENTS

5257 /    GRP: STAR    STD BILL FRM: 0 CYC: 0  RATE FACTOR: 1.00 MGMT: 83
ESTATE OF GEORGE KOUFAKIS/ESTATE OF GEORGE KOUFAKIS          718-428-1700
<-----------MOST RECENT 12 MONTHS----------->    <--------------PRIOR 12 MONTHS------------->
MON-YR   BILLS   WRT U/D   WRTOFFS    CASH    MON-YR   BILLS   WRT U/D   WRTOFFS    CASH

| MON-YR | BILLS | WRT U/D | WRTOFFS | CASH | MON-YR | BILLS | WRT U/D | WRTOFFS | CASH |
|---|---|---|---|---|---|---|---|---|---|
| JUL-11 | 0 | 0 | 0 | 0 | JUL-10 | 0 | 0 | 0 | 0 |
| AUG-11 | 0 | 0 | 0 | 0 | AUG-10 | 0 | 0 | 0 | 0 |
| SEP-11 | 0 | -587 | 0 | 0 | SEP-10 | 0 | 0 | 0 | 0 |
| OCT-11 | 0 | 0 | 0 | 0 | OCT-10 | 0 | 0 | 0 | 0 |
| NOV-11 | 0 | 0 | 0 | 0 | NOV-10 | 0 | 0 | 0 | 0 |
| DEC-11 | 0 | 0 | 0 | 0 | DEC-10 | 0 | 0 | 0 | 0 |
| JAN-12 | 0 | 0 | 0 | 0 | JAN-11 | 0 | 0 | 0 | 0 |
| FEB-12 | 0 | 0 | 0 | 0 | FEB-11 | 0 | 0 | 0 | 0 |
| MAR-12 | 0 | 0 | 0 | 0 | MAR-11 | 0 | 0 | 0 | 0 |
| APR-12 | 0 | 0 | 0 | 0 | APR-11 | 0 | 0 | 0 | 0 |
| MAY-12 | 0 | 0 | 0 | 0 | MAY-11 | 0 | 0 | 0 | 0 |
| JUN-12 | 0 | 0 | 0 | 0 | JUN-11 | 0 | 0 | 0 | 0 |
| TOTAL | 0 | -587 | 0 | 0 | TOTAL | 0 | 0 | 0 | 0 |
| YTD | 0 | 0 | 0 | 0 | PYTD | 0 | 0 | 0 | 0 |

| AGED | CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 MONTHS | 5+ MONTHS | TOTAL | AGED |
|---|---|---|---|---|---|---|---|---|
| A/R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | A/R |
| WIP | 1,131.00 | 1,717.50 | 0.00 | 0.00 | 165.00 | 0.00 | 3,013.50 | WIP |

| YTD WORK | BUDGET | ACTUAL | VARIANCE | %BUDGET | LAST | DATE | AMOUNT | TYPE |
|---|---|---|---|---|---|---|---|---|
| HOURS | 0.00 | 22.40 | -22.40 | 0.00% | BILLED | 09/30/11 | 0.00 | STD |
| DOLLARS | 0.00 | 3,013.50 | -3,013.50 | 0.00% | PAYMENT | 00/00/00 | 0.00 | |

| <--------------WORK-IN-PROCESS----------------> | | | | NET WIP | ACCOUNTS | UNAPPLIED | TOTAL |
| FEES | EXPENSES | DB/CR | OFFSETS | SUBTOTAL | RECEIVABLE | RETAINER | EXPOSURE |
|---|---|---|---|---|---|---|---|
| 3,013.50 | 0.00 | 0.00 | 0.00 | 3,013.50 | 0.00 | 0.00 | 3,013.50 |

                                                                        NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final)   3,013.50

                                            WIP TO XFER:  _____

                                            WIP TO HOLD:  _____

                                            WIP TO CLEAR:  _____

                                            WRITE UP/DOWN:  _____

                                            AMOUNT TO BILL:  _____

                        APPROVED BY:  _____  DATE:  _____

--------------------------------------------------------------------------------
12 Jul 2012 09:42            DWIP SORT ON CLIENT ID    5257 /        PAGE: 1

CONFIDENTIAL

VOYNOW_024918

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                         SORT ON CLIENT ID * SELECTED CLIENTS

5257  /    GRP: STAR   STD BILL FRM: 0  CYC: 0  RATE FACTOR: 1.00 MGMT: 83
ESTATE OF GEORGE KOUFAKIS/ESTATE OF GEORGE KOUFAKIS                  718-428-1700
----------------------------------------------------------------------------------
                    * *   FEE & EXPENSE SUMMARIES   * *

   * CHARGEABLE FEES SUMMARY BY WORK CODE    HOURS      AMOUNT       TOTAL
   BUSINESS TAX ENGAGEMENTS                  21.70    2,961.00    2,961.00
   INTERIM SERVICES                           0.70       52.50    3,013.50
                                           --------  ------------
        ** TOTAL                             22.40    3,013.50


   * CHARGEABLE FEES SUMMARY BY STAFF        HOURS      AMOUNT       TOTAL
   127 RAFAEL VARGAS                         17.60    1,936.00    1,936.00
   48  Kenneth Mann                           4.10    1,025.00    2,961.00
   63  Betteann Norris                        0.70       52.50    3,013.50
                                           --------  ------------
        ** TOTAL                             22.40    3,013.50


   * CHARGEABLE FEES SUMMARY BY CTRL DATE    HOURS      AMOUNT       TOTAL
            02/29/12                          1.50      165.00      165.00
            05/31/12                         12.40    1,717.50    1,882.50
            06/30/12                          8.50    1,131.00    3,013.50
                                           --------  ------------
        ** TOTAL                             22.40    3,013.50
```

CONFIDENTIAL                                                    VOYNOW_024919

```
                    Voynow, Bayard, Whyte and Company, LLP               v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                      SORT ON CLIENT ID * SELECTED CLIENTS

5257  /      GRP: STAR    STD BILL FRM: 0  CYC: 0  RATE FACTOR: 1.00 MGMT: 83
ESTATE OF GEORGE KOUFAKIS/ESTATE OF GEORGE KOUFAKIS                718-428-1700
CDATE     WDATE    WORK(CODE)  STAFF NAME     SID RATE      HRS     AMOUNT  SEQ# ACTION
-----------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/    * *

02/29/12 02/20/12  5 61 RAFAEL VARGAS      127 110   1.50      165.00 928338 B H T:
                        Continuing working on the estate.
05/31/12 05/18/12  5 61 RAFAEL VARGAS      127 110   3.50      385.00 940899 B H T:
                        Continuing working on 2009 Estate of John
                        Koufakis.
05/31/12 05/21/12  5 61 RAFAEL VARGAS      127 110   1.50      165.00 941953 B H T:
                        continuing working on estate return.
05/31/12 05/22/12  5 61 RAFAEL VARGAS      127 110   4.00      440.00 941935 B H T:
                        continuing working on the Estate of George
                        Koufakis.
06/30/12 05/30/12  5 61 RAFAEL VARGAS      127 110   3.00      330.00 943658 B H T:
                        continuing working on the 2009 706 Estate tax
                        return.
06/30/12 06/04/12  5 61 RAFAEL VARGAS      127 110   0.70       77.00 943722 B H T:
                        continuing working on the estate return.
06/30/12 06/15/12  5 61 RAFAEL VARGAS      127 110   0.70       77.00 944617 B H T:
                        continuing working on the Estate.
06/30/12 06/21/12  5 61 RAFAEL VARGAS      127 110   1.90      209.00 945974 B H T:
                        continuing working on koufakis estate.

             127 RAFAEL VARGAS                      17.60    1,936.00

          BUSTAX Federal Tax Return Prep           17.60    1,936.00

06/30/12 06/05/12  5 92 Kenneth Mann        48 250   0.20       50.00 947626 B H T:
                        supervise RV

              48  Kenneth Mann                       0.20       50.00

          BUSTAX Staff Supervision                  0.20       50.00

05/31/12 05/18/12  5 93 Kenneth Mann        48 250   0.30       75.00 944534 B H T:
                        supervise T/R
05/31/12 05/21/12  5 93 Kenneth Mann        48 250   1.20      300.00 944542 B H T:
                        Review w/RF & RV
05/31/12 05/22/12  5 93 Kenneth Mann        48 250   0.70      175.00 944546 B H T:
                        Review T/R
05/31/12 05/23/12  5 93 Kenneth Mann        48 250   0.50      125.00 944553 B H T:
                        Review T/R
06/30/12 05/30/12  5 93 Kenneth Mann        48 250   1.20      300.00 947503 B H T:
                        review t/r

              48  Kenneth Mann                       3.90      975.00

          BUSTAX Partner Review                     3.90      975.00

05/31/12 05/24/12  6 84 Betteann Norris     63  75   0.70       52.50 941844 B H T:
                        printed out tax returns again and made up fed ex
                        package awaiting RAndy's ok to send out again,
                        Hugh changed plan,
                        scanned, put in portal and emailed siegel portal
                        information.

              63  Betteann Norris                    0.70       52.50

          INTSER Letters to Client, Prep            0.70       52.50
-----------------------------------------------------------------------------------
12 Jul 2012 09:42              DWIP SORT ON CLIENT ID   5257  /      PAGE: 3
```

CONFIDENTIAL

VOYNOW_024920

```
                    Voynow, Bayard, Whyte and Company, LLP            v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                    SORT ON CLIENT ID * SELECTED CLIENTS

5257  /      GRP: STAR    STD BILL FRM: 0  CYC: 0  RATE FACTOR: 1.00 MGMT: 83
ESTATE OF GEORGE KOUFAKIS/ESTATE OF GEORGE KOUFAKIS                 718-428-1700
CDATE   WDATE   WORK(CODE)  STAFF NAME      SID RATE    HRS      AMOUNT  SEQ# ACTION
-------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/       * *


        * * TOTAL FEES                      22.40    3,013.50


        FEES      EXPENSES    SUB-TOTAL      DB/CR    SUB-TOTAL    OFFSETS    NET WIP
      ----------  ----------  ----------  ----------  ----------  ----------  ----------
      3,013.50       0.00      3,013.50       0.00     3,013.50       0.00    3,013.50
                                                                            ==========
```

```
-------------------------------------------------------------------------------
12 Jul 2012 09:42              DWIP SORT ON CLIENT ID   5257  /      PAGE: 4
```

CONFIDENTIAL

VOYNOW_024921

# VOYNOW BAYARD CO
## WIP

| | |
|---|---|
| (1) Today's date | (1) 2.22.12 |
| (2) Name of individual requesting this billing | (2) RANDY |
| (3) Client Name | (3) STAR TOYOTA |
| (4) Client # / File # | (4) 5267 |
| (5) This billing is for work done from Month Ending | (5a) _____ , 200 ___ |
| through the Month Ending | (5b 1.31.12 , 200 ___ |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2011 closing of the books

preparation of Federal , State and city

corporate tax returns.

**Accountant**

Amount Due            7,250.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                     W.I.P.

**LAST YEAR BILL:      7,200**            TOTAL W.I.P.: _____

DATE BILLED: _____        W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                  W.I.P. TO HOLD: _____
:   _____                W.I.P. TO CLEAR: _____

CLIENT NAME: _____          WRITE UP / DOWN: _____

BILL # : 21?????

DATE KEYPUNCHED: _____                 BILL

TOTAL AMOUNT BILLABLE: _____     7,250.00

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____     7,250.00

CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

February 22, 2012

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5267/
Invoice: 21362

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2011 CLOSING OF THE BOOKS
AND PREPARATION OF FEDERAL, STATE AND
CITY TAX RETURNS

AMOUNT DUE              $ 7,250.00

CONFIDENTIAL

VOYNOW_024923

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.30.11 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR TOYOTA |
| (4) Client # / File # | (4) | 5267 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.30.11 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2010

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

Amount Due          3,410.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  (FINAL)                    W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                        W.I.P. TO HOLD: _____

_____                         W.I.P. TO CLEAR: _____

CLIENT NAME: _____          WRITE UP /( DOWN): _____

BILL # : 21060

DATE KEYPUNCHED: _____                          BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2011

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5267/
Invoice: 21060

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2010 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS,
PREPARATION OF FEDERAL, STATE AND CITY
CORP TAX RETURNS

AMOUNT DUE          $ 3,410.00



CONFIDENTIAL

VOYNOW_024925

Voynow, Bayard & Company, CPAs                          v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                              VIVIAN           718-279-1800

| <----------MOST RECENT 12 MONTHS----------> | | | | <----------PRIOR 12 MONTHS----------> | | | |
| MON-YR | BILLS | WRT U/D | WRTOFFS | CASH | MON-YR | BILLS | WRT U/D | WRTOFFS | CASH |
|--------|-------|---------|---------|------|--------|-------|---------|---------|------|
| OCT-10 | 1,000 | 0 | 0 | 1,000 | OCT-09 | 1,000 | 0 | 0 | 1,000 |
| NOV-10 | 1,000 | 0 | 0 | 12,085 | NOV-09 | 1,000 | 0 | 0 | 1,000 |
| DEC-10 | 1,000 | 9,000 | 0 | 1,000 | DEC-09 | 6,600 | -3,970 | 0 | 2,000 |
| JAN-11 | 1,000 | 0 | 0 | 1,000 | JAN-10 | 1,000 | 0 | 0 | 5,600 |
| FEB-11 | 8,200 | 0 | 0 | 1,000 | FEB-10 | 1,000 | 0 | 0 | 1,000 |
| MAR-11 | 1,000 | 0 | 0 | 8,200 | MAR-10 | 8,000 | 0 | 0 | 8,000 |
| APR-11 | 1,000 | 0 | 0 | 1,000 | APR-10 | 1,000 | 0 | 0 | 1,000 |
| MAY-11 | 1,000 | 0 | 0 | 1,000 | MAY-10 | 1,000 | 0 | 0 | 1,000 |
| JUN-11 | 1,000 | 0 | 0 | 1,000 | JUN-10 | 1,000 | 0 | 0 | 1,000 |
| JUL-11 | 1,000 | 0 | 0 | 1,000 | JUL-10 | 1,000 | 0 | 0 | 1,000 |
| AUG-11 | 1,000 | 0 | 0 | 1,000 | AUG-10 | 1,000 | 0 | 0 | 1,000 |
| SEP-11 | 1,000 | 0 | 0 | 1,000 | SEP-10 | 12,085 | 6,855 | 0 | 1,000 |
| TOTAL | 19,200 | 9,000 | 0 | 30,285 | TOTAL | 35,685 | 2,885 | 0 | 24,600 |
| YTD | 16,200 | 0 | 0 | 16,200 | PYTD | 27,085 | 6,855 | 0 | 20,600 |

| AGED | CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 MONTHS | 5+ MONTHS | TOTAL | AGED |
|------|---------|---------|----------|----------|----------|-----------|-------|------|
| A/R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | A/R |
| WIP | 2,952.50 | 986.00 | -80.00 | 1,750.00 | 3,028.00 | 12,404.00 | 21,040.50 | WIP |

| YTD WORK | BUDGET | ACTUAL | VARIANCE | %BUDGET | LAST | DATE | AMOUNT | TYPE |
|----------|--------|--------|----------|---------|------|------|--------|------|
| HOURS | 0.00 | 162.90 | -162.90 | 0.00% | BILLED | 10/01/11 | 1,000.00 | PRG |
| DOLLARS | 0.00 | 29,599.50 | -29,599.50 | 0.00% | PAYMENT | 10/07/11 | 1,000.00 | SN |

| <----------WORK-IN-PROCESS----------> | | | | NET WIP | ACCOUNTS | UNAPPLIED | TOTAL |
| FEES | EXPENSES | DB/CR | OFFSETS | SUBTOTAL | RECEIVABLE | RETAINER | EXPOSURE |
|------|----------|-------|---------|----------|------------|----------|----------|
| 40,240.50 | 0.00 | 0.00 | -19,200.00 | 21,040.50 | 0.00 | 0.00 | 21,040.50 |

NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)   21,040.50

WIP TO XFER:  _____

WIP TO HOLD:  _____

WIP TO CLEAR:  _____

WRITE UP/DOWN:  _____

AMOUNT TO BILL:  _____

APPROVED BY:  _____  DATE:  _____

--------------------------------------------------------------------------------

CONFIDENTIAL                                    VOYNOW_024926

```
                           Voynow, Bayard & Company, CPAs
                      DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011          v.6.00
                          SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                      VIVIAN              718-279-1800
--------------------------------------------------------------------------------
                    * *   FEE & EXPENSE SUMMARIES   * *
```

```
    * CHARGEABLE FEES SUMMARY BY WORK CODE     HOURS      AMOUNT       TOTAL
    BUSINESS TAX ENGAGEMENTS                   140.00    26,511.50    26,511.50
    INTERIM SERVICES                            68.40    12,023.00    38,534.50
    SPECIAL PROJECTS-MUST USE MEMO               6.50     1,625.00    40,159.50
    VB-ADMINISTRATIVE CODES                      2.70        81.00    40,240.50
    SYSTEM GENERATED FEES                        0.00   -19,200.00    21,040.50
                                             --------   -----------
          ** TOTAL                            217.60    21,040.50
```

```
    * CHARGEABLE FEES SUMMARY BY STAFF         HOURS      AMOUNT       TOTAL
                                                0.00   -19,200.00   -19,200.00
    11  ELISA BRABAZON                          2.70        81.00   -19,119.00
    118 ROBERT KIRKHOPE                         7.00     1,050.00   -18,069.00
    12  PATRICK J. CATALINE                    29.70     2,376.00   -15,693.00
    124 Brett Bausinger                         0.50        25.00   -15,668.00
    127 RAFAEL VARGAS                           0.20        22.00   -15,646.00
    129 JOHN BRESLIN                           15.00     1,200.00   -14,446.00
    130 DAVE LOMBARDO                           1.60       144.00   -14,302.00
    48  Kenneth Mann                            2.90       725.00   -13,577.00
    63  Betteann Norris                         0.30        22.50   -13,554.50
    75  Bob Seibel                             80.50    15,295.00     1,740.50
    83  Randall Franzen                        77.20    19,300.00    21,040.50
                                             --------   -----------
          ** TOTAL                            217.60    21,040.50
```

```
    * CHARGEABLE FEES SUMMARY BY CTRL DATE     HOURS      AMOUNT       TOTAL
                10/31/10                        19.20     2,680.00     2,680.00
                11/30/10                         1.60      -696.00     1,984.00
                12/31/10                        33.90     5,657.00     7,641.00
                01/31/11                        37.40     6,882.00    14,523.00
                02/28/11                        10.10    -6,084.00     8,439.00
                03/31/11                        18.60     3,590.00    12,029.00
                04/30/11                         5.50       375.00    12,404.00
                05/31/11                        30.60     3,028.00    15,432.00
                06/30/11                        17.30     1,750.00    17,182.00
                07/31/11                         8.00       -80.00    17,102.00
                08/31/11                        11.10       986.00    18,088.00
                09/30/11                        24.30     2,952.50    21,040.50
                                             --------   -----------
          ** TOTAL                            217.60    21,040.50
```

```
--------------------------------------------------------------------------------
18 Oct 2011 12:22                DWIP SORT ON CLIENT ID    5267  /      PAGE: 314
```

CONFIDENTIAL

VOYNOW_024927

```
                        Voynow, Bayard & Company, CPAs
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011        v.6.00
                      SORT ON CLIENT ID * SELECTED CLIENTS

5267  /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                        VIVIAN            718-279-1800
 CDATE     WDATE     WORK(CODE)  STAFF NAME      SID RATE    HRS      AMOUNT   SEQ# ACTION
----------------------------------------------------------------------------------------
                      * * CHARGEABLE FEES  BY CODES/STAFF/    * *

06/30/11 06/08/11  5 18 PATRICK J. CATALINE  12   80   5.00         400.00 894116 B H T:

         12  PATRICK J. CATALINE                     5.00          400.00

     BUSTAX Inventory                               5.00          400.00

01/31/11 01/10/11  5 21 RAFAEL VARGAS        127  110   0.10        11.00 872357 B H T:
                       Binding it to the folder.
01/31/11 01/11/11  5 21 RAFAEL VARGAS        127  110   0.10        11.00 872364 B H T:
                       Filing the lifo spreadsheet to the folder.

        127  RAFAEL VARGAS                           0.20         22.00

01/31/11 01/05/11  5 21 Kenneth Mann          48  250   0.20        50.00 878106 B H T:
                       lifo
01/31/11 01/10/11  5 21 Kenneth Mann          48  250   0.20        50.00 878123 B H T:
                       lifo
02/28/11 02/17/11  5 21 Kenneth Mann          48  250   0.20        50.00 886926 B H T:

         48  Kenneth Mann                            0.60        150.00

     BUSTAX LIFO Computations                        0.80        172.00

09/30/11 08/29/11  5 61 Betteann Norris       63   75   0.30        22.50 906031 B H T:
                       process tax return

         63  Betteann Norris                         0.30         22.50

     BUSTAX Federal Tax Return Prep                  0.30         22.50

10/31/10 10/27/10  5 68 ROBERT KIRKHOPE      118  150   7.00      1,050.00 863528 ON HOLD

        118 ROBERT KIRKHOPE                          7.00       1,050.00

12/31/10 12/13/10  5 68 Brett Bausinger      124   50   0.20        10.00 868657 ON HOLD
                       Set up of 2010 Tax Planning File
12/31/10 12/16/10  5 68 Brett Bausinger      124   50   0.30        15.00 868666 ON HOLD
                       Adding additional files to 2010 Tax Planning File

        124 Brett Bausinger                          0.50         25.00

12/31/10 12/07/10  5 68 Bob Seibel            75  190   7.00      1,330.00 867396 ON HOLD
                       Client visit tax planning.
12/31/10 12/08/10  5 68 Bob Seibel            75  190   7.00      1,330.00 867395 ON HOLD
                       Client visit tax planning.

         75  Bob Seibel                             14.00       2,660.00

     BUSTAX Tax Planning                            21.50       3,735.00

05/31/11 05/24/11  5 69 PATRICK J. CATALINE  12   80   8.50        680.00 893291 B H T:
06/30/11 06/09/11  5 69 PATRICK J. CATALINE  12   80   2.50        200.00 894117 B H T:
                       adjusting entries
07/31/11 06/28/11  5 69 PATRICK J. CATALINE  12   80   3.00        240.00 901663 B H T:
                       481A adjustment
----------------------------------------------------------------------------------------
18 Oct 2011 12:22               DWIP SORT ON CLIENT ID   5267  /       PAGE: 315
```

*TP* *TP* *TP* *TP*

CONFIDENTIAL

VOYNOW_024928

```
                        Voynow, Bayard & Company, CPAs                       v.6.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                      SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                          VIVIAN            718-279-1800
CDATE    WDATE     WORK(CODE)  STAFF NAME      SID RATE     HRS       AMOUNT   SEQ# ACTION
------------------------------------------------------------------------------------------

                    * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

07/31/11 06/29/11  5 69 PATRICK J. CATALINE  12   80   3.00       240.00 901665 B H T:
                   tax return
08/31/11 08/01/11  5 69 PATRICK J. CATALINE  12   80   1.20        96.00 904617 B H T:
                   adjusting return
08/31/11 08/02/11  5 69 PATRICK J. CATALINE  12   80   1.50       120.00 904622 B H T:
                   2848, 3115 & attachment

             12    PATRICK J. CATALINE               19.70     1,576.00

02/28/11 02/10/11  5 69 JOHN BRESLIN        129   80   0.20        16.00 876482 B H T:
                   ext

            129    JOHN BRESLIN                        0.20        16.00

12/31/10 12/22/10  5 69 Bob Seibel           75  190   1.00       190.00 870659 ON HOLD
                   Analysis of Mike K. Loans.
01/31/11 01/26/11  5 69 Bob Seibel           75  190   8.00     1,520.00 874624 B H T:
                   Year end visit.
01/31/11 01/27/11  5 69 Bob Seibel           75  190   8.00     1,520.00 874625 B H T:
                   Year end visit.
01/31/11 01/28/11  5 69 Bob Seibel           75  190   8.00     1,520.00 874626 B H T:
                   Year end visit.
02/28/11 02/15/11  5 69 Bob Seibel           75  190   0.50        95.00 879302 B H T:
02/28/11 02/17/11  5 69 Bob Seibel           75  190   0.50        95.00 879310 B H T:
02/28/11 02/19/11  5 69 Bob Seibel           75  190   1.00       190.00 879330 B H T:
03/31/11 03/03/11  5 69 Bob Seibel           75  190   1.00       190.00 879612 B H T:
06/30/11 06/06/11  5 69 Bob Seibel           75  190   0.50        95.00 897614 B H T:
                   Est . Pmts
06/30/11 06/09/11  5 69 Bob Seibel           75  190   1.00       190.00 897635 B H T:
07/31/11 07/29/11  5 69 Bob Seibel           75  190   1.00       190.00 903815 B H T:
                   Go over return.
08/31/11 08/02/11  5 69 Bob Seibel           75  190   0.50        95.00 904001 B H T:
                   Go over return.
08/31/11 08/04/11  5 69 Bob Seibel           75  190   1.00       190.00 904013 B H T:
                   Tax return.
08/31/11 08/05/11  5 69 Bob Seibel           75  190   1.00       190.00 904024 B H T:
                   Tax return.
08/31/11 08/16/11  5 69 Bob Seibel           75  190   0.50        95.00 907000 B H T:
                   Tax returns.
08/31/11 08/22/11  5 69 Bob Seibel           75  190   0.50        95.00 907030 B H T:
                   3115 to KM
08/31/11 08/25/11  5 69 Bob Seibel           75  190   1.00       190.00 907047 B H T:
                   Tax returns.
08/31/11 08/26/11  5 69 Bob Seibel           75  190   1.00       190.00 907056 B H T:
                   Tax returns.
09/30/11 08/29/11  5 69 Bob Seibel           75  190   1.00       190.00 907064 B H T:
                   Tax returns.
09/30/11 08/31/11  5 69 Bob Seibel           75  190   0.50        95.00 907080 B H T:
                   E-file
09/30/11 09/23/11  5 69 Bob Seibel           75  190   0.50        95.00 910292 B H T:
                   Clean up files.

             75    Bob Seibel                        38.00     7,220.00

11/30/10 11/05/10  5 69 Randall Franzen      83  250   1.00       250.00 868940 ON HOLD
------------------------------------------------------------------------------------------
18 Oct 2011 12:22              DWIP SORT ON CLIENT ID    5267  /        PAGE: 316
```

*handwritten:* FW FW FW

CONFIDENTIAL

VOYNOW_024929

```
                    Voynow, Bayard & Company, CPAs
             DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011            v.6.00
                   SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                          VIVIAN            718-279-1800
 CDATE    WDATE     WORK(CODE)   STAFF NAME     SID RATE      HRS      AMOUNT    SEQ# ACTION
 -----------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/     * *
                    calls from Mike to get him info emailed to him
                    for TMCC
12/31/10 12/01/10  5 69 Randall Franzen      83  250   1.50      375.00 869047 ON HOLD
                    calls from Mike K and Vivivan to go over What
                    Steve is doing and how much money is due from
                    owners
12/31/10 12/08/10  5 69 Randall Franzen      83  250   7.00    1,750.00 869066 ON HOLD
                    go to dealership and do tax planning
01/31/11 01/06/11  5 69 Randall Franzen      83  250   0.40      100.00 873442 B H T:
                    go over the preimer Qbooks with Brett
01/31/11 01/27/11  5 69 Randall Franzen      83  250   9.00    2,250.00 874311 B H T:
                    go to NY and do the year end work
01/31/11 01/28/11  5 69 Randall Franzen      83  250   2.00      500.00 874314 B H T:
                    go to NY and do the year end work
01/31/11 12/28/10  5 69 Randall Franzen      83  250   0.80      200.00 870820 B H T:
                    call from  Mike to go over rec from owners and
                    rent on new prperty
02/28/11 02/17/11  5 69 Randall Franzen      83  250   2.00      500.00 877647 B H T:
                    call from Vivian to go over a deal to see how the
                    salesman is paid and how R&R records the deal and
                    where the deal
                    pulls to the financial statemebt
02/28/11 02/22/11  5 69 Randall Franzen      83  250   4.00    1,000.00 879895 B H T:
                    go over Vivian companies work and get the
                    information pulled tobether
03/31/11 02/28/11  5 69 Randall Franzen      83  250   3.00      750.00 885890 B H T:
                    vivian work
03/31/11 03/01/11  5 69 Randall Franzen      83  250   3.00      750.00 885892 B H T:
                    work on Vivian info for her
03/31/11 03/02/11  5 69 Randall Franzen      83  250   1.00      250.00 885911 B H T:
                    go over info for year end with Vivian and get
                    info for Mike
03/31/11 03/07/11  5 69 Randall Franzen      83  250   0.80      200.00 885931 B H T:
                    call from Vivian to go over deal for Mike K again
                    and get ready to call Rich
03/31/11 03/09/11  5 69 Randall Franzen      83  250   1.40      350.00 885945 B H T:
                    calls with Vivian and go over info and calls with
                    Rich to go over gross profit info on the toyota
                    stmt
03/31/11 03/14/11  5 69 Randall Franzen      83  250   2.00      500.00 885980 B H T:
                    go over with Mike K HSA porgrams make call to Jim
                    B to go over these palns if they work
03/31/11 03/15/11  5 69 Randall Franzen      83  250   1.00      250.00 885993 B H T:
                    go over yeare end information
03/31/11 03/24/11  5 69 Randall Franzen      83  250   1.50      375.00 886066 B H T:
                    sent Vivina info via the portal
03/31/11 03/25/11  5 69 Randall Franzen      83  250   1.40      350.00 886070 B H T:
                    calls to David Boretz about the HSA deal and then
                    email Mike info
04/30/11 04/04/11  5 69 Randall Franzen      83  250   1.50      375.00 886204 B H T:
                    go over the status of the trust and Sr and what
                    to do with his income
04/30/11 04/06/11  5 69 Randall Franzen      83  250   2.00      500.00 886193 B H T:
                    varoius calls to Mike Steve S and emails to go
                    over estate and trust and what we need to do
 -----------------------------------------------------------------------------------
18 Oct 2011 12:22             DWIP SORT ON CLIENT ID    5267  /        PAGE: 317
```

Handwritten annotations (right margin, top to bottom): TP, FW, FW, 401K, 401K, E, E

CONFIDENTIAL

VOYNOW_024930

Voynow, Bayard & Company, CPAs
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011          v.6.00
SORT ON CLIENT ID * SELECTED CLIENTS

5267  /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                        VIVIAN              718-279-1800
CDATE    WDATE    WORK(CODE)   STAFF NAME      SID RATE     HRS       AMOUNT   SEQ# ACTION
------------------------------------------------------------------------------------------

                    * * CHARGEABLE FEES  BY CODES/STAFF/     * *

04/30/11 04/14/11  5 69 Randall Franzen     83  250   1.50      375.00 886254 B H T:      E
                        go voer Mikes tanx notice and then try to figure
                        what to do with estate and trust .  Call to see
                        what the status is and
                        what to do next
04/30/11 04/14/11  5 69 Randall Franzen     83  250   0.50      125.00 890677 B H T:
                        call Vivian to go over the Mike K info and tax
                        notice
07/31/11 06/29/11  5 69 Randall Franzen     83  250   1.00      250.00 898719 B H T:     401K
                        go over 5500 info
08/31/11 08/24/11  5 69 Randall Franzen     83  250   1.50      375.00 905591 B H T:
                        call with Mike to go over the real estate at the
                        newly purchased toyota local and now the land and
                        bldg whould be
                        accounted for and go over the rents to see if we
                        shlud increase them
09/30/11 08/29/11  5 69 Randall Franzen     83  250   2.00      500.00 907574 B H T:
                        get ready fir interim visit figure out files and
                        what to do and take with us

            83   Randall Franzen                    52.80    13,200.00

            BUSTAX Year End Tax Work               110.70    22,012.00

10/31/10 09/29/10  5 81 Kenneth Mann        48  250   0.20       50.00 863300 ON HOLD
                        consult with bs

            48   Kenneth Mann                        0.20       50.00

            BUSTAX Tel. w/ Client USE MEMO          0.20       50.00

02/28/11 02/07/11  5 90 PATRICK J. CATALINE 12   80   1.50      120.00 877069 B H T:

            12   PATRICK J. CATALINE                 1.50      120.00

            BUSTAX Trial Balance Data Inpu           1.50      120.00

05/31/11 05/25/11  6  1 PATRICK J. CATALINE 12   80   0.50       40.00 893293 B H T:     I
                        talking with randy about direction of letter

            12   PATRICK J. CATALINE                 0.50       40.00

            INTSER Interim Visit Planning            0.50       40.00

09/30/11 08/30/11  6 13 JOHN BRESLIN        129  80   9.00      720.00 905983 B H T:     I

            129  JOHN BRESLIN                        9.00      720.00

10/31/10 10/27/10  6 13 Bob Seibel          75  190   7.00    1,330.00 862929 ON HOLD    II
                        Client visit.
05/31/11 05/24/11  6 13 Bob Seibel          75  190   7.00    1,330.00 893082 B H T:     II
                        Client visit.
09/30/11 08/30/11  6 13 Bob Seibel          75  190   7.00    1,330.00 907067 B H T:     II
                        Interim Visit.

            75   Bob Seibel                         21.00    3,990.00
------------------------------------------------------------------------------------------
18 Oct 2011 12:22              DWIP SORT ON CLIENT ID    5267  /         PAGE: 318

CONFIDENTIAL                                              VOYNOW_024931

```
                          Voynow, Bayard & Company, CPAs
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011        v.6.00
                       SORT ON CLIENT ID * SELECTED CLIENTS

 5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR TOYOTA/                                       VIVIAN              718-279-1800
 CDATE    WDATE    WORK(CODE)   STAFF NAME      SID RATE     HRS      AMOUNT   SEQ# ACTION
 ----------------------------------------------------------------------------------------
                    * * CHARGEABLE FEES  BY CODES/STAFF/     * *

 10/31/10 10/27/10  6 13 Randall Franzen      83  250    4.00    1,000.00 864698 ON HOLD
                        Go to NY for a visit
 12/31/10 12/01/10  6 13 Randall Franzen      83  250    3.00      750.00 869049 ON HOLD
                        letter
 05/31/11 05/24/11  6 13 Randall Franzen      83  250    4.00    1,000.00 893302 B H T:
                        go to ny and do imterim visit
 05/31/11 05/25/11  6 13 Randall Franzen      83  250    1.00      250.00 893305 B H T:
                        calls to Vivian to go over interim visit info and
                        what to do with the rec
 06/30/11 06/03/11  6 13 Randall Franzen      83  250    1.00      250.00 898574 B H T:
                        look at letter
 06/30/11 06/06/11  6 13 Randall Franzen      83  250    1.00      250.00 898601 B H T:
                        work on the letter
 06/30/11 06/07/11  6 13 Randall Franzen      83  250    2.00      500.00 898614 B H T:
                        go over letters
 09/30/11 08/30/11  6 13 Randall Franzen      83  250    4.00    1,000.00 907584 B H T:
                        go to NY and do an interim visit

             83  Randall Franzen                       20.00    5,000.00

          INTSER Rev. Ledger & Schedules              50.00    9,710.00

 05/31/11 05/26/11  6 20 PATRICK J. CATALINE  12   80    3.00      240.00 893298 B H T:
                        letter

             12  PATRICK J. CATALINE                    3.00      240.00

 05/31/11 05/24/11  6 20 JOHN BRESLIN        129   80    4.00      320.00 892809 B H T:

            129  JOHN BRESLIN                           4.00      320.00

          INTSER Service Dept Analysis               7.00      560.00

 05/31/11 05/27/11  6 22 JOHN BRESLIN        129   80    1.80      144.00 892816 B H T:
                        letter

            129  JOHN BRESLIN                           1.80      144.00

          INTSER Parts Dept Analysis                1.80      144.00

 11/30/10 11/08/10  6 84 DAVE LOMBARDO       130   90    0.60       54.00 865155 ON HOLD
                        INTERIM LTTR
 12/31/10 12/03/10  6 84 DAVE LOMBARDO       130   90    1.00       90.00 866733 ON HOLD
                        INTERIM LTTR

            130  DAVE LOMBARDO                          1.60      144.00

 12/31/10 12/02/10  6 84 Bob Seibel           75  190    3.00      570.00 867245 ON HOLD
                        Interim letter.
 12/31/10 12/03/10  6 84 Bob Seibel           75  190    1.00      190.00 867251 ON HOLD
                        Interim letter.
 06/30/11 06/03/11  6 84 Bob Seibel           75  190    2.00      380.00 893165 B H T:
 06/30/11 06/06/11  6 84 Bob Seibel           75  190    0.50       95.00 897621 B H T:
 06/30/11 06/07/11  6 84 Bob Seibel           75  190    1.00      190.00 897620 B H T:
 ----------------------------------------------------------------------------------------
 18 Oct 2011 12:22           DWIP SORT ON CLIENT ID     5267  /        PAGE: 319
```

CONFIDENTIAL

VOYNOW_024932

```
                          Voynow, Bayard & Company, CPAs
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011            v.6.00
                          SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                           VIVIAN          718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE   HRS      AMOUNT  SEQ# ACTION
--------------------------------------------------------------------------------------
                * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

          75  Bob Seibel                              7.50    1,425.00

          INTSER Letters to Client, Prep              9.10    1,569.00

02/28/11 02/25/11  8 32 Kenneth Mann       48  250   0.20       50.00 887025 B H T:
                       3115 research
03/31/11 03/03/11  8 32 Kenneth Mann       48  250   0.30       75.00 887414 B H T:
                       3115 Research
03/31/11 03/12/11  8 32 Kenneth Mann       48  250   0.20       50.00 887599 B H T:
                       3115 Template
08/31/11 08/23/11  8 32 Kenneth Mann       48  250   1.40      350.00 911734 B H T:
                       review 3115

          48  Kenneth Mann                            2.10      525.00

10/31/10 10/28/10  8 32 Randall Franzen    83  250   1.00      250.00 864705 ON HOLD
                       calls from Mike K to go over trust and estate for
                       Dad dealerships
01/31/11 01/04/11  8 32 Randall Franzen    83  250   0.60      150.00 873433 B H T:
                       calls from Mike to go over Sr and rent and real
                       estate
03/31/11 03/21/11  8 32 Randall Franzen    83  250   2.00      500.00 886033 B H T:
                       look up and go over the HSA progrms call broker
                       David Boretz to go over palns etc
06/30/11 06/01/11  8 32 Randall Franzen    83  250   0.80      200.00 898566 B H T:
                       emails to Steve S about status of Mrs K estate etc

          83  Randall Franzen                         4.40    1,100.00

          Other Special Projects(detail)              6.50    1,625.00

12/31/10 12/06/10 90 36 ELISA BRABAZON     11   30   1.90       57.00 867314 ON HOLD
                       typed interim letter
05/31/11 05/13/11 90 36 ELISA BRABAZON     11   30   0.80       24.00 897355 B H T:
                       interim letters

          11  ELISA BRABAZON                           2.70      81.00

          VB-F-Type/Copy Internal Doc.                 2.70      81.00

                                                                ON HOLD
          * * TOTAL FEES                  217.60  40,240.50  (   10,641.00)

                       * *   DEBITS & CREDITS   * *

10/31/10 10/31/10 99  3                              -1,000.00 862732 ON HOLD
11/30/10 11/30/10 99  3                              -1,000.00 863150 ON HOLD
12/31/10 12/31/10 99  3                              -1,000.00 866969 ON HOLD
01/31/11 01/31/11 99  3                              -1,000.00 873884 B H T:
02/28/11 02/28/11 99  3                              -1,000.00 874103 B H T:
02/28/11 02/28/11 99  3                              -7,200.00 876033 B H T:
03/31/11 03/31/11 99  3                              -1,000.00 878443 B H T:
--------------------------------------------------------------------------------------
18 Oct 2011 12:22            DWIP SORT ON CLIENT ID   5267  /        PAGE: 320
```

CONFIDENTIAL

VOYNOW_024933

```
                          Voynow, Bayard & Company, CPAs
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011            v.6.00
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /        GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                    VIVIAN                718-279-1800
CDATE     WDATE    WORK(CODE)  STAFF NAME      SID RATE   HRS      AMOUNT   SEQ# ACTION
-----------------------------------------------------------------------------------------
                        * * *   DEBITS/CREDITS   * * *

04/30/11 04/30/11 99   3                                 -1,000.00 883716 B H T:
05/31/11 05/31/11 99   3                                 -1,000.00 889346 B H T:
06/30/11 06/30/11 99   3                                 -1,000.00 892676 B H T:
07/31/11 07/31/11 99   3                                 -1,000.00 898298 B H T:
08/31/11 08/31/11 99   3                                 -1,000.00 903594 B H T:
09/30/11 09/30/11 99   3                                 -1,000.00 905807 B H T:


                                                                     ON HOLD
        * * TOTAL PROGRESS BILLS AND OTHER CREDITS       -19,200.00  (     0.00)


         FEES      EXPENSES    SUB-TOTAL     DB/CR    SUB-TOTAL     OFFSETS     NET WIP
       ---------  ---------   ---------    ---------  ---------   ---------   ---------
       40,240.50       0.00   40,240.50         0.00  40,240.50  -19,200.00   21,040.50
                                                                             ==========
```

```
-----------------------------------------------------------------------------------------
18 Oct 2011 12:22                DWIP SORT ON CLIENT ID    5267  /        PAGE: 321
```

CONFIDENTIAL

VOYNOW_024934

(1) Today's date                                    (1)   9.30.11

(2) Name of individual requesting this billing      (2)   RPS

(3) Client Name                                     (3)   STAR TOYOTA

(4) Client # / File #                               (4)       5267

(5) This billing is for work done from Month Ending (5a)                    , 200

    through the Month Ending                        (5b)  9.30.11          , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

    Accounting Services as Requested:

    Special accounting services as requested.

                                   Amount Due         3,025.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                    W.I.P.

                                    TOTAL W.I.P.: _____

DATE BILLED: _____         W.I.P. TO TRANSFER: _____

BILLED THROUGH                      W.I.P. TO HOLD: _____
CLIENT # / FILE #
_____                      W.I.P. TO CLEAR: _____

CLIENT NAME: _____         WRITE UP /( DOWN): _____

BILL # :  21059

DATE KEYPUNCHED: _____                            BILL

                                    TOTAL AMOUNT BILLABLE: _____

                  LESS RETAINERS AND OR PROGRESS BILLING: _____

                                    AMOUNT OF BILL: _____

M.K. 1040

CONFIDENTIAL

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2011

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5267/
Invoice: 21059

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

AMOUNT DUE          $ 3,025.00



CONFIDENTIAL

VOYNOW_024936

| (1) | Today's date | (1) | 9.30.11 |
| (2) | Name of individual requesting this billing | (2) | RPS |
| (3) | Client Name | (3) | STAR TOYOTA |
| (4) | Client # / File # | (4) | 5267 |
| (5) | This billing is for work done from Month Ending | (5a) | , 200 |
| | through the Month Ending | (5b) | 9.30.11 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

| | |
|---|---|
| Accounting Services as Requested: | |
| Preparation of form 3115, Application for change in accounting method, related | |
| to IRS changes to Internal Revenue Code Section 263A for capitalization of | |
| Unicap amounts, and election of safe harbor Methods allowed under | |
| Revenue Procedure 2010-44. | 1,500.00 |
| Analysis of current capitalization requirements as well as analysis of | |
| Previous Unicap capitalization amounts required to be capitalized into | |
| the Lifo increment layers. | 675.00 |
| | |
| Amount Due | 2,175.00 |

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                     W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____                W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                W.I.P. TO HOLD: _____

_____                W.I.P. TO CLEAR: _____

CLIENT NAME: _____                WRITE UP /( DOWN): _____

BILL # : 21029

DATE KEYPUNCHED: _____                          BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL

VOYNOW_024937

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2011

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5267/
Invoice: 21029

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PREPARATION OF FORM 3115, APPLICATION
FOR CHANGE IN ACCOUNTING METHOD, RELATED
TO CHANGE WITHIN INTERNAL REVENUE CODE
SECTION 263A, UNIFORM CAPITALIZATION
(UNICAP) INVENTORY COSTS BY ELECTION OF
SAFE HARBOR METHODS ALLOWED UNDER REVENUE
PROCEDURE 2010-44.                                    $  1,500.00

RECONSTRUCTION OF PREVIOUS YEARS' UNICAP
COSTS, AS APPLIED TO YEAR BEGINNING INVENTORIES
AND LIFO INVENTORY LAYERS FOR DEVELOPMENT OF
REQUIRED IRC 481(a) ADJUSTMENT UNDER REV.
PROC. 2010-44.                                             675.00


                    AMOUNT DUE            $  2,175.00

CONFIDENTIAL

VOYNOW_024938

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2011

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5267/
Invoice: 21029

*2010*

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PREPARATION OF FORM 3115, APPLICATION FOR
CHANGE IN ACCOUNTING METHOD, RELATED TO
IRS CHANGES TO INTERNAL REVENUE CODE
SECTION 263A FOR CAPITALIZATION OF
UNICAP AMOUNTS, AND ELECTION OF SAFE
HARBOR METHODS ALLOWED UNDER REVENUE
PROCEDURE 210-44.                                      $ 1,500.00

ANALYSIS OF CURRENT CAPITALIZATION
REQUIREMENTS AS WELL AS ANALYSIS OF
PREVIOUS UNICAP CAPITALIZATION AMOUNTS
REQUIRED TO BE CAPITALIZED INTO THE LIFO
INCREMENT LAYERS.                                          675.00

                          AMOUNT DUE              $ 2,175.00

CONFIDENTIAL

VOYNOW_024939

# VOYNOW BAYARD CO
# WIP

| | | |
|---|---|---|
| (1) Today's date | (1) 4.12.11 | |
| (2) Name of individual requesting this billing | (2) RANDY | |
| (3) Client Name | (3) STAR TOYOTA | |
| (4) Client # / File # | (4) 5267 | |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b 1.31.11 | , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2010 closing of the books

preparation of Federal , State and city

corporate tax returns.

**Accountant**

Amount Due          7,200.00

If this is a zero bill (to clear out W.I.P.)  Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)          W.I.P.

| | | |
|---|---|---|
| **LAST YEAR BILL:  7,000** | TOTAL W.I.P.: | |
| DATE BILLED: | W.I.P. TO TRANSFER: | |
| BILLED THROUGH CLIENT # / FILE # : | W.I.P. TO HOLD: | |
| | W.I.P. TO CLEAR: | |
| CLIENT NAME: | WRITE UP / DOWN: | |
| BILL # : 20638 | | |
| DATE KEYPUNCHED: | | BILL |

TOTAL AMOUNT BILLABLE:          7,200.00

LESS RETAINERS AND OR PROGRESS BILLING:

AMOUNT OF BILL:          7,200.00

CONFIDENTIAL                    VOYNOW_024940

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

February 15, 2011

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5267/
Invoice: 20638

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED
ON THE DECEMBER 31, 2010 CLOSING OF
THE BOOKS AND PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS

AMOUNT DUE          $ 7,200.00

CONFIDENTIAL

VOYNOW_024941

Voynow, Bayard & Company, CPAs
DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
SORT ON CLIENT NAME * SELECTED CLIENTS

v.6.00

5267 /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/
                                      VIVIAN              718-279-1800

| <----------MOST RECENT 12 MONTHS----------> | | | | <-----------PRIOR 12 MONTHS-----------> | | | |
| MON-YR | BILLS | WRT U/D | WRTOFFS | CASH | MON-YR | BILLS | WRT U/D | WRTOFFS | CASH |
|--------|-------|---------|---------|------|--------|-------|---------|---------|------|
| JAN-10 | 1,000 | 0 | 0 | 5,600 | JAN-09 | 1,000 | 0 | 0 | 1,000 |
| FEB-10 | 1,000 | 0 | 0 | 1,000 | FEB-09 | 8,000 | 0 | 0 | 1,000 |
| MAR-10 | 8,000 | 0 | 0 | 8,000 | MAR-09 | 1,000 | 0 | 0 | 8,000 |
| APR-10 | 1,000 | 0 | 0 | 1,000 | APR-09 | 1,000 | 0 | 0 | 1,000 |
| MAY-10 | 1,000 | 0 | 0 | 1,000 | MAY-09 | 1,000 | 0 | 0 | 1,000 |
| JUN-10 | 1,000 | 0 | 0 | 1,000 | JUN-09 | 1,000 | 0 | 0 | 1,000 |
| JUL-10 | 1,000 | 0 | 0 | 1,000 | JUL-09 | 1,000 | 0 | 0 | 1,000 |
| AUG-10 | 1,000 | 0 | 0 | 1,000 | AUG-09 | 1,000 | 0 | 0 | 1,000 |
| SEP-10 | 12,085 | 6,855 | 0 | 1,000 | SEP-09 | 1,000 | 0 | 0 | 1,000 |
| OCT-10 | 1,000 | 0 | 0 | 1,000 | OCT-09 | 1,000 | 0 | 0 | 1,000 |
| NOV-10 | 1,000 | 0 | 0 | 12,085 | NOV-09 | 1,000 | 0 | 0 | 1,000 |
| DEC-10 | 1,000 | 0 | 0 | 1,000 | DEC-09 | 6,600 | -3,970 | 0 | 2,000 |
| TOTAL | 30,085 | 6,855 | 0 | 34,685 | TOTAL | 24,600 | -3,970 | 0 | 20,000 |
| YTD | 30,085 | 6,855 | 0 | 34,685 | PYTD | 24,600 | -3,970 | 0 | 20,000 |

| AGED | CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 MONTHS | 5+ MONTHS | TOTAL | AGED |
|------|---------|---------|----------|----------|----------|-----------|-------|------|
| A/R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | A/R |
| WIP | 5,657.00 | -696.00 | 2,680.00 | -1,000.00 | -1,000.00 | -7,000.00 | -1,359.00 | WIP |

| YTD WORK | BUDGET | ACTUAL | VARIANCE | %BUDGET | LAST | DATE | AMOUNT | TYPE |
|----------|--------|--------|----------|---------|------|------|--------|------|
| HOURS | 0.00 | 182.50 | -182.50 | 0.00% | BILLED | 12/01/10 | 1,000.00 | PRG |
| DOLLARS | 0.00 | 33,871.00 | -33,871.00 | 0.00% | PAYMENT | 12/09/10 | 1,000.00 | SN |

| <----------WORK-IN-PROCESS----------> | | | | NET WIP | ACCOUNTS | UNAPPLIED | TOTAL |
| FEES | EXPENSES | DB/CR | OFFSETS | SUBTOTAL | RECEIVABLE | RETAINER | EXPOSURE |
|------|----------|-------|---------|----------|------------|----------|----------|
| 10,641.00 | 0.00 | 0.00 | -12,000.00 | -1,359.00 | 0.00 | 0.00 | -1,359.00 |

SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)

NET WIP
-1,359.00

WIP TO XFER: _____

WIP TO HOLD: _7641_

WIP TO CLEAR: _-9000_

WRITE UP/DOWN: _9000_

AMOUNT TO BILL: _0_

APPROVED BY: _Ku_ _HW_   DATE: _1/x/11_

---

17 Jan 2011 11:31          DWIP SORT ON CLIENT NAME 5267 /     PAGE: 172

CONFIDENTIAL

VOYNOW_024942

Voynow, Bayard & Company, CPAs
DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
SORT ON CLIENT NAME * SELECTED CLIENTS

v.6.00

5267 /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/
                                                            VIVIAN              718-279-1800
--------------------------------------------------------------------------------------------
                        * *  FEE & EXPENSE SUMMARIES  * *
--------------------------------------------------------------------------------------------

* CHARGEABLE FEES SUMMARY BY WORK CODE        HOURS          AMOUNT          TOTAL
BUSINESS TAX ENGAGEMENTS                      32.20        6,350.00        6,350.00
INTERIM SERVICES                             19.60        3,984.00       10,334.00
SPECIAL PROJECTS-MUST USE MEMO                1.00          250.00       10,584.00
VB-ADMINISTRATIVE CODES                       1.90           57.00       10,641.00
SYSTEM GENERATED FEES                         0.00      -12,000.00       -1,359.00
                                          --------    ------------
        ** TOTAL                             54.70       -1,359.00


* CHARGEABLE FEES SUMMARY BY STAFF            HOURS          AMOUNT          TOTAL
                                              0.00      -12,000.00      -12,000.00
11   ELISA BRABAZON                           1.90           57.00      -11,943.00
118  ROBERT KIRKHOPE                          7.00        1,050.00      -10,893.00
124  Brett Bausinger                          0.50           25.00      -10,868.00
130  DAVE LOMBARDO                            1.60          144.00      -10,724.00
48   Kenneth Mann                             0.20           50.00      -10,674.00
75   Bob Seibel                              26.00        4,940.00       -5,734.00
83   Randall Franzen                         17.50        4,375.00       -1,359.00
                                          --------    ------------
        ** TOTAL                             54.70       -1,359.00


* CHARGEABLE FEES SUMMARY BY CTRL DATE        HOURS          AMOUNT          TOTAL
        01/31/10                              0.00       -1,000.00       -1,000.00
        02/28/10                              0.00       -1,000.00       -2,000.00
        03/31/10                              0.00       -1,000.00       -3,000.00
        04/30/10                              0.00       -1,000.00       -4,000.00
        05/31/10                              0.00       -1,000.00       -5,000.00
        06/30/10                              0.00       -1,000.00       -6,000.00
        07/31/10                              0.00       -1,000.00       -7,000.00
        08/31/10                              0.00       -1,000.00       -8,000.00
        09/30/10                              0.00       -1,000.00       -9,000.00
        10/31/10                             19.20        2,680.00       -6,320.00
        11/30/10                              1.60         -696.00       -7,016.00
        12/31/10                             33.90        5,657.00       -1,359.00
                                          --------    ------------
        ** TOTAL                             54.70       -1,359.00


--------------------------------------------------------------------------------------------

CONFIDENTIAL

VOYNOW_024943

```
                        Voynow, Bayard & Company, CPAs                    v.6.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
                        SORT ON CLIENT NAME * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                        VIVIAN              718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE   HRS      AMOUNT  SEQ# ACTION
-------------------------------------------------------------------------------------
                 * *  CHARGEABLE FEES  BY CODES/STAFF/    * *

10/31/10 10/27/10  5 68 ROBERT KIRKHOPE     118  150   7.00    1,050.00 863528 B H T:

          118 ROBERT KIRKHOPE                      7.00     1,050.00

12/31/10 12/13/10  5 68 Brett Bausinger     124   50   0.20      10.00 868657 B H T:
                       Set up of 2010 Tax Planning File
12/31/10 12/16/10  5 68 Brett Bausinger     124   50   0.30      15.00 868666 B H T:
                       Adding additional files to 2010 Tax Planning File

          124 Brett Bausinger                      0.50       25.00

12/31/10 12/07/10  5 68 Bob Seibel           75  190   7.00    1,330.00 867396 B H T:
                       Client visit tax planning.
12/31/10 12/08/10  5 68 Bob Seibel           75  190   7.00    1,330.00 867395 B H T:
                       Client visit tax planning.

           75 Bob Seibel                           14.00     2,660.00

       BUSTAX Tax Planning                         21.50     3,735.00

12/31/10 12/22/10  5 69 Bob Seibel           75  190   1.00      190.00 870659 B H T:
                       Analysis of Mike K. Loans.

           75 Bob Seibel                            1.00      190.00

11/30/10 11/05/10  5 69 Randall Franzen      83  250   1.00      250.00 868940 B H T:
                       calls from Mike to get him info emailed to him
                       for TMCC
12/31/10 12/01/10  5 69 Randall Franzen      83  250   1.50      375.00 869047 B H T:
                       calls from Mike K and Vivivan to go over What
                       Steve is doing and how much money is due from
                       owners
12/31/10 12/08/10  5 69 Randall Franzen      83  250   7.00    1,750.00 869066 B H T:
                       go to dealership and do tax planning

           83 Randall Franzen                       9.50     2,375.00

       BUSTAX Year End Tax Work                    10.50     2,565.00

10/31/10 09/29/10  5 81 Kenneth Mann         48  250   0.20       50.00 863300 B H T:
                       consult with bs

           48 Kenneth Mann                           0.20       50.00

       BUSTAX Tel. w/ Client USE MEMO               0.20       50.00

10/31/10 10/27/10  6 13 Bob Seibel           75  190   7.00    1,330.00 862929 B H T:
                       Client visit.

           75 Bob Seibel                            7.00     1,330.00

10/31/10 10/27/10  6 13 Randall Franzen      83  250   4.00    1,000.00 864698 B H T:
                       Go to NY for a visit
12/31/10 12/01/10  6 13 Randall Franzen      83  250   3.00      750.00 869049 B H T:
                       letter
-------------------------------------------------------------------------------------
17 Jan 2011 11:31              DWIP SORT ON CLIENT NAME  5267  /        PAGE: 174
```

CONFIDENTIAL                                    VOYNOW_024944

```
                        Voynow, Bayard & Company, CPAs                          v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
                        SORT ON CLIENT NAME * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                      VIVIAN
                                                                         718-279-1800
  CDATE    WDATE    WORK(CODE)   STAFF NAME    SID RATE       HRS    AMOUNT  SEQ# ACTION
-------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

            83  Randall Franzen                        7.00    1,750.00

          INTSER Rev. Ledger & Schedules             14.00    3,080.00

11/30/10 11/08/10   6 84 DAVE LOMBARDO       130  90   0.60      54.00 865155 B H T:
                       INTERIM LTTR
12/31/10 12/03/10   6 84 DAVE LOMBARDO       130  90   1.00      90.00 866733 B H T:
                       INTERIM LTTR

           130  DAVE LOMBARDO                          1.60     144.00

12/31/10 12/02/10   6 84 Bob Seibel           75 190   3.00     570.00 867245 B H T:
                       Interim letter.
12/31/10 12/03/10   6 84 Bob Seibel           75 190   1.00     190.00 867251 B H T:
                       Interim letter.

            75  Bob Seibel                            4.00     760.00

          INTSER Letters to Client, Prep            5.60     904.00

10/31/10 10/28/10   8 32 Randall Franzen      83 250   1.00     250.00 864705 B H T:
                       calls from Mike K to go over trust and estate for
                       Dad dealerships

            83  Randall Franzen                       1.00     250.00

          Other Special Projects(detail)            1.00     250.00

12/31/10 12/06/10  90 36 ELISA BRABAZON       11  30   1.90      57.00 867314 B H T:
                       typed interim letter

            11  ELISA BRABAZON                        1.90      57.00

          VB-F-Type/Copy Internal Doc.              1.90      57.00

        * *  TOTAL FEES                              54.70   10,641.00
```

10641
(3000)
7641

```
                  * *  DEBITS & CREDITS  * *

01/31/10 01/31/10  99  3                            -1,000.00 823307 ON HOLD
02/28/10 02/28/10  99  3                            -1,000.00 826449 ON HOLD
03/31/10 03/31/10  99  3                            -1,000.00 828962 ON HOLD
04/30/10 04/30/10  99  3                            -1,000.00 840261 ON HOLD
05/31/10 05/31/10  99  3                            -1,000.00 840983 ON HOLD
06/30/10 06/30/10  99  3                            -1,000.00 844630 ON HOLD
07/31/10 07/31/10  99  3                            -1,000.00 851238 ON HOLD
08/31/10 08/31/10  99  3                            -1,000.00 851987 ON HOLD
09/30/10 09/30/10  99  3                            -1,000.00 854438 ON HOLD
10/31/10 10/31/10  99  3                            -1,000.00 862732 B H T:
11/30/10 11/30/10  99  3                            -1,000.00 863150 B H T:
12/31/10 12/31/10  99  3                            -1,000.00 866969 B H T:
```

3000

```
-------------------------------------------------------------------------------------
17 Jan 2011 11:31              DWIP SORT ON CLIENT NAME 5267  /         PAGE: 175
```

CONFIDENTIAL

VOYNOW_024945

```
                        Voynow, Bayard & Company, CPAs                     v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
                      SORT ON CLIENT NAME * SELECTED CLIENTS

   5267  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
   STAR TOYOTA/                                        VIVIAN           718-279-1800
   CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE       HRS     AMOUNT  SEQ# ACTION
   --------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/       * *


                                                                        ON HOLD
           * * TOTAL PROGRESS BILLS AND OTHER CREDITS        -12,000.00 (       0.00)


            FEES      EXPENSES     SUB-TOTAL     DB/CR     SUB-TOTAL     OFFSETS     NET WIP
         ----------  ----------   ----------   ----------  ----------   ----------  ----------
          10,641.00        0.00    10,641.00        0.00   10,641.00   -12,000.00   -1,359.00
                                                                                    ==========
```

```
   --------------------------------------------------------------------------------
   17 Jan 2011 11:31                DWIP SORT ON CLIENT NAME  5267  /        PAGE: 176
```

CONFIDENTIAL

VOYNOW_024946

(1) Today's date                    (1)    9.30.10

(2) Name of individual requesting this billing    (2)    RPS

(3) Client Name                    (3)    STAR TOYOTA

(4) Client # / File #                (4)       5267

(5) This billing is for work done from Month Ending    (5a) _____, 200\_\_

     through the Month Ending            (5b)   9.30.10 _____, 200\_\_

**DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:**
(Be precise, the bill will be typed exactly as you word it below.)

    Accounting Services as Requested:

    Special accounting services as requested.

                   Amount Due       2,980.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  (FINAL)         W.I.P.

                                 TOTAL W.I.P.: _____

DATE BILLED: _____        W.I.P. TO TRANSFER: _____

BILLED THROUGH                  W.I.P. TO HOLD: _____
CLIENT # / FILE #
: _____            W.I.P. TO CLEAR: _____

CLIENT NAME: _____     WRITE UP /( DOWN): _____

BILL # :   20291

DATE KEYPUNCHED: _____            **BILL**

                TOTAL AMOUNT BILLABLE: _____

    LESS RETAINERS AND OR PROGRESS BILLING: _____

                   AMOUNT OF BILL: _____

M.K. 1040

CONFIDENTIAL

VOYNOW_024947

# Voynow, Bayard & Company, CPAs
### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

September 30, 2010

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

                                        Client #: 5267/
                                        Invoice: 20291

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

               AMOUNT DUE          $ 2,980.00



CONFIDENTIAL                    VOYNOW_024948