# EXHIBIT 64

(1) Today's date — (1) 9.20.2017

(2) Name of individual requesting this billing — (2) RPS

(3) Client Name — (3) STAR NISSAN

(4) Client # / File # — (4) 5266

(5) This billing is for work done from Month Ending — (5a) _____ , 200 ___

through the Month Ending — (5b) 9.20.2017 , 200 ___

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Special Accounting Services as Requested:

As requested

Interim visit to the dealership on May 23, 2017 to assist Jackie

with bank reconciliations, get ready for month end financial

statements, factory parts reconciliations, sales tax filings and

help answer any questions the office staff has.

Accountants:

Bob Seibel    10hrs

Tim Kravets   10hrs

Amount Due    3,300.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)          W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____    W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #              W.I.P. TO HOLD: _____

_____            W.I.P. TO CLEAR: _____

CLIENT NAME: _____    WRITE UP / DOWN: _____

BILL #: _____

DATE KEYPUNCHED: _____                 BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

PLAINTIFF'S
EXHIBIT NO. 157
FOR IDENTIFICATION
DATE: _____ RPTR: ___

VOYNOW_024532

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

09/27/2017                                    Client: 5266

STAR NISSAN INC.                              Invoice:    3314
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

3,300.00

SPECIAL ACCOUNTING SERVICES AS
REQUESTED RELATED TO
CONTROLLERSHIP FUNCTIONS:

INTERIM VISITS TO THE DEALERSHIP AS
REQUESTED ON MAY 23, 2017 TO ASSIST
JACKIE WITH BANK RECONCILIATIONS, GET
READY FOR MONTH END FINANCIAL
STATEMENTS, FACTORY PARTS
RECONCILIATIONS, SALES TAX FILINGS
AND HELP ANSWER ANY QUESTIONS THE
OFFICE STAFF HAS.

<u>ACCOUNTANTS</u>
BOB SEIBEL   10 HOURS
TIM KRAVETS  10 HOURS

Invoice Total          $3,300.00

CONFIDENTIAL                          VOYNOW_024533

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

09/27/2017                                    Client: 5266

STAR NISSAN INC.                              Invoice:    3314
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

                                                                          3,300.00

SPECIAL ACCOUNTING SERVICES AS
REQUESTED *Related to controllership functions*

INTERIM VISITS TO THE DEALERSHIP AS
REQUESTED ON MAY 23, 2017 TO ASSIST
JACKIE WITH BANK RECONCILIATIONS, GET
READY FOR MONTH END FINANCIAL
STATEMENTS, FACTORY PARTS
RECONCILIATIONS, SALES TAX FILINGS
AND HELP ANSWER ANY QUESTIONS THE
OFFICE STAFF HAS.

ACCOUNTANTS
BOB SEIBEL   10 HOURS
TIM KRAVETS  10 HOURS

                              Invoice Total          $3,300.00

CONFIDENTIAL                                      VOYNOW_024534

(1) Today's date        (1) 9.20.2017

(2) Name of individual requesting this billing        (2) RPS

(3) Client Name        (3) STAR NISSAN

(4) Client # / File #        (4) 5266

(5) This billing is for work done from Month Ending        (5a) _____ , 200 ___

     through the Month Ending        (5b) 9.20.2017 _____ , 200 ___

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Special Accounting Services as Requested:

                - as requested

Interim visit to the dealership on May 3 & 4, 2017 to assist Jackie

with bank reconciliations, get ready for month end financial

statements, factory parts reconciliations, sales tax filings and

help answer any questions the office staff has.        7,920.00

| Accountants: | Lodging | 314.00 |
| --- | --- | --- |
| Bob Seibel   20hrs | | |
| David Kumor   20hrs | | |
| Randy Franzen 8 hrs | | |
| | Amount Due | 8,234.00 |

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)        W.I.P.

               TOTAL W.I.P.: _____ -

DATE BILLED: _____     W.I.P. TO TRANSFER: _____

BILLED THROUGH           W.I.P. TO HOLD: _____
CLIENT # / FILE #
: _____      W.I.P. TO CLEAR: _____

CLIENT NAME: _____     WRITE UP / DOWN: _____

BILL # : _____

DATE KEYPUNCHED: _____         BILL

       TOTAL AMOUNT BILLABLE: _____ -

       LESS RETAINERS AND OR PROGRESS BILLING: _____

          AMOUNT OF BILL: _____ -

CONFIDENTIAL

## Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

09/27/2017                                          Client: 5266

STAR NISSAN INC.                                    Invoice:    3310
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

|  |  |
|--|--|
|  | 7,920.00 |

SPECIAL ACCOUNTING SERVICES AS
REQUESTED RELATED TO
CONTROLLERSHIP FUNCTIONS:

INTERIM VISIT TO THE DEALERSHIP AS
REQUESTED ON MAY 3 AND 4, 2017 TO
ASSIST JACKIE WITH BANK
RECONCILIATIONS, GET READY FOR
MONTH END FINANCIAL STATEMENTS,
FACTORY PARTS RECONCILIATIONS,
SALES TAX FILINGS AND HELP ANSWER
ANY QUESTIONS THE OFFICE STAFF HAS

314.00

LODGING

ACCOUNTANTS
BOB SEIBEL      20 HOURS
DAVID KUMOR    20 HOURS
RANDY FRANZEN  8 HOURS

Invoice Total                        $8,234.00

CONFIDENTIAL                                        VOYNOW_024536

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

09/27/2017                                          Client: 5266

STAR NISSAN INC.                                    Invoice:    3310
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

|  |  |
|---|---:|
|  | 7,920.00 |

SPECIAL ACCOUNTING SERVICES AS
REQUESTED: *Related to controllership functions:*

INTERIM VISIT TO THE DEALERSHIP AS
REQUESTED ON MAY 3 AND 4, 2017 TO
ASSIST JACKIE WITH BANK
RECONCILIATIONS, GET READY FOR
MONTH END FINANCIAL STATEMENTS,
FACTORY PARTS RECONCILIATIONS,
SALES TAX FILINGS AND HELP ANSWER
ANY QUESTIONS THE OFFICE STAFF HAS

314.00

LODGING

<u>ACCOUNTANTS</u>
BOB SEIBEL      20 HOURS
DAVID KUMOR    20 HOURS
RANDY FRANZEN  8 HOURS

Invoice Total                              $8,234.00

CONFIDENTIAL                                        VOYNOW_024537

| (1) Today's date | (1) 9.20.2017 |
| (2) Name of individual requesting this billing | (2) RPS |
| (3) Client Name | (3) STAR NISSAN |
| (4) Client # / File # | (4) 5266 |
| (5) This billing is for work done from Month Ending | (5a) _____ 200 |
| through the Month Ending | (5b) 9.20.2017 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Special Accounting Services as Requested:

_- As requested by Michael Koufakis_

Interim visit to the dealership on April 19, 2017 to assist Jackie
with bank reconciliations, get ready for month end financial
statements, factory parts reconciliations, sales tax filings and
help answer any questions the office staff has.

**Accountants:**

Bob Seibel    10hrs

David Kumor   10hrs

Amount Due        3,300.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)        W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____        W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #        W.I.P. TO HOLD: _____
: _____        W.I.P. TO CLEAR: _____

CLIENT NAME: _____        WRITE UP / DOWN: _____

BILL #: _____

DATE KEYPUNCHED: _____        BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

09/27/2017                                        Client: 5266

STAR NISSAN INC.                                  Invoice:    3307
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

3,300.00

SPECIAL ACCOUNTING SERVICES AS
REQUESTED RELATED TO
CONTROLLERSHIP FUNCTIONS:

INTERIM VISIT TO THE DEALERSHIP ON
APRIL 19, 2017 AS REQUESTED BY
MICHAEL KOUFAKIS TO ASSIST JACKIE
WITH BANK RECONCILATIONS, GET READY
FOR MONTH END FINANCIAL STATEMENTS,
FACTORY PARTS RECONCILATIONS AND
HELP ANSWER ANY QUESTIONS THE
OFFICE STAFF HAS

ACCOUNTANTS
BOB SEIBEL    10 HOURS
DAVID KUMOR  10 HOURS

                                 Invoice Total            $3,300.00

CONFIDENTIAL

VOYNOW_024539

## Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

09/27/2017                                          Client: 5266

STAR NISSAN INC.                                    Invoice:    3307
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

3,300.00

SPECIAL ACCOUNTING SERVICES AS
REQUESTED: *Related to controllership functions:*

INTERIM VISIT TO THE DEALERSHIP ON
APRIL 19, 2017 AS REQUESTED BY
MICHAEL KOUFAKIS TO ASSIST JACKIE
WITH BANK RECONCILATIONS, GET READY
FOR MONTH END FINANCIAL STATEMENTS,
FACTORY PARTS RECONCILATIONS, ~~SALES~~
~~TAX FILINGS~~ AND HELP ANSWER ANY
QUESTIONS THE OFFICE STAFF HAS

ACCOUNTANTS
BOB SEIBEL    10 HOURS
DAVID KUMOR  10 HOURS

Invoice Total                          $3,300.00

CONFIDENTIAL                              VOYNOW_024540

| | | |
|---|---|---|
| (1) Today's date | (1) | 8.1.2017 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR NISSAN |
| (4) Client # / File # | (4) | 5266 |
| (5) This billing is for work done from Month Ending | (5a) | _____ , 200 __ |
| through the Month Ending | (5b) | 8.1.2017 , 200 __ |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Preparation and filing of Internal Revenue Service forms 8886, for tax years

2013 - 2016 required by Internal Revenue notice 2016-66 for the companies

participation in Reinsurance activities with, and premium remitances into,

Star Reinsurance Company LTD for extended warranty and other aftersale products

allowed under IRS Technical Advice Memorandum 200453012. As well as the

gathering of information required to complete the required forms.

Amount Due      2,410.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) **(FINAL)**                    W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____      W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                    W.I.P. TO HOLD: _____
: _____                    W.I.P. TO CLEAR: _____

CLIENT NAME: _____      WRITE UP /( DOWN): _____

BILL # : _____

DATE KEYPUNCHED: _____                    BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL                    VOYNOW_024541

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com

215-355-8000

07/31/2017                                          Client: 5266

STAR NISSAN INC.                                    Invoice:    3197
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

PROFESSIONAL SERVICES:

                                                   2,410.00

    PREPARATION AND FILING OF INTERNAL
    REVENUE SERVICE FORMS 8886, FOR TAX
    YEARS 2013-2016 REQUIRED BY INTERNAL
    REVENUE NOTICE 2016-66 FOR THE
    COMPANIES PARTICIPATION IN
    REINSURANCE ACTIVITIES WITH, AND
    PREMIUM REMITTANCES INTO, STAR
    REINSURANCE COMPANY LTD FOR
    EXTENDED WARRANTY AND OTHER
    AFTERSALE PRODUCTS ALLOWED UNDER
    IRS TECHNICAL ADVICE MEMORANDUM
    200453012.  AS WELL AS THE GATHERING
    OF INFORMATION REQUIRED TO
    COMPLETE THE REQUIRED FORMS.

Invoice Total                    $2,410.00

CONFIDENTIAL                          VOYNOW_024542

(1) Today's date                                          (1)  8.1.17

(2) Name of individual requesting this billing           (2)  RPS

(3) Client Name                                          (3)  STAR NISSAN

(4) Client # / File #                                    (4)      5266

(5) This billing is for work done from Month Ending      (5a)  _____ , 200 ____

   through the Month Ending                              (5b)  8.1.17_____ , 200 ____

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

_____ Accounting Services as Requested:

_____ Final billing for work completed on December 31, 2016

_____ closing of the books, preparation of tax work papers,

_____ preparation of federal, state, and city Corp. tax returns.

                              Amount Due        4,285.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                    W.I.P.

                              TOTAL W.I.P.:  _____

DATE BILLED: _____   W.I.P. TO TRANSFER:  _____

BILLED THROUGH                 W.I.P. TO HOLD:  _____
CLIENT # / FILE #
:  _____              W.I.P. TO CLEAR:  _____

CLIENT NAME: _____   WRITE UP /( DOWN):  _____

BILL # : _____

DATE KEYPUNCHED: _____                            BILL

                              TOTAL AMOUNT BILLABLE:  _____

                LESS RETAINERS AND OR PROGRESS BILLING:  _____

                              AMOUNT OF BILL:  _____

*Hold Highlighted items*

CONFIDENTIAL

VOYNOW_024543

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Thursday, July 27, 2017
### January 1, 1900 - July 27, 2017

**5266     STAR NISSAN**
STAR NISSAN INC.

|  |  |  |  |  |
|---|---|---|---|---|
| | Office: MAIN | Partner: 83 | Manager: 75 | Associate: |

206-26 NORTHERN BLVD          Phone (Business):
BAYSIDE, NY  11361            E-mail:

### Accounts Receivable Open Items

| Date | Type | Reference | Due Date | Amount | Open |
|---|---|---|---|---|---|
| 06/01/17 | Invoice #2419 | | 06/01/17 | 1,000.00 | 1,000.00 |
| 07/01/17 | Invoice #2516 | | 07/01/17 | 1,000.00 | 1,000.00 |
| 07/27/17 | Amount Due | | | | 2,000.00 |

### Aging WIP & A/R

| | 07/27/2017 | 06/30/2017 | 05/31/2017 | 04/30/2017 | 03/31/2017+ | Total | Last Invoice & Receipt | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| WIP | 5,275.00 | 8,394.50 | 21,045.00 | 8,177.00 | (839.50) | 42,052.00 | Last Invoice | 07/01/17 | 1,000.00 |
| A/R | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | Last Receipt | 06/08/17 | (1,000.00) |

\* Billing Instructions:

| 5266 | STAR NISSAN | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |

**INTERIM SERVICES**

| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note |
|---|---|---|---|---|---|---|---|---|---|---|
| INTERIM | INTERIM | 75 | ENGPLANNING | 10/17/16 | Time: 250.00 | 1.00 | 0.00 | 250.00 | _____ | Comments: Prepair for visit. |
| INTERIM | INTERIM | 152 | FIELDWORK | 10/18/16 | Time: 110.00 | 2.20 | 0.00 | 242.00 | _____ | Comments: service |
| INTERIM | INTERIM | 144 | FIELDWORK | 10/18/16 | Time: 155.00 | 5.50 | 0.00 | 852.50 | _____ | |
| INTERIM | INTERIM | 149 | FIELDWORK | 10/18/16 | Time: 110.00 | 3.00 | 0.00 | 330.00 | _____ | |
| INTERIM | INTERIM | 152 | FIELDWORK | 10/19/16 | Time: 110.00 | 2.00 | 0.00 | 220.00 | _____ | Comments: service |
| INTERIM | INTERIM | 149 | FIELDWORK | 10/19/16 | Time: 110.00 | 1.50 | 0.00 | 165.00 | _____ | |
| INTERIM | INTERIM | 83 | FIELDWORK | 10/19/16 | Time: 275.00 | 8.00 | 0.00 | 2,200.00 | _____ | Comments: go to Star and do tax planning visit |
| INTERIM | INTERIM | 152 | FIELDWORK | 10/25/16 | Time: 110.00 | 1.05 | 0.00 | 115.50 | _____ | Comments: Prepare year end tax planning binder |
| INTERIM | INTERIM | 144 | COMMUNICATE | 10/26/16 | Time: 155.00 | 2.70 | 0.00 | 418.50 | _____ | |

CONFIDENTIAL

VOYNOW_024544

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Thursday, July 27, 2017
### January 1, 1900  -  July 27, 2017

| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
|---|---|---|---|---|---|---|---|---|---|---|
| 5266 | STAR NISSAN | | | | **Time & Expenses Available to be billed** | | | | | |
| INTERIM | INTERIM | 149 | TYPEPROC | 10/31/16 | Time: 110.00 | 0.50 | 0.00 | 55.00 | _____ | Comments: WRITING UP INTERIM MEMO |
| INTERIM | INTERIM | 149 | TYPEPROC | 11/01/16 | Time: 110.00 | 0.50 | 0.00 | 55.00 | _____ | Comments: WRITING UP INTERIM MEMO |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/01/16 | Time: 155.00 | 2.50 | 0.00 | 387.50 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/03/16 | Time: 155.00 | 2.50 | 0.00 | 387.50 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/07/16 | Time: 155.00 | 1.30 | 0.00 | 201.50 | _____ | |
| INTERIM | INTERIM | 142 | FIELDWORK | 06/19/17 | Time: 160.00 | 12.00 | 0.00 | 1,920.00 | _____ | |
| INTERIM | INTERIM | 142 | FIELDWORK | 06/20/17 | Time: 160.00 | 12.00 | 0.00 | 1,920.00 | _____ | |
| INTERIM SERVICES Totals | | | | | | 58.25 | 0.00 | 9,720.00 | | |
| RETAINER | | | | | | | | | | |
| RETAINER | | 63 | ACCOUNTIN | 08/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 09/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 10/03/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 11/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 12/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 01/02/17 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 02/01/17 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 03/01/17 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 04/03/17 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 05/01/17 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 06/01/17 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 07/01/17 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ |
| RETAINER Totals | | | | | | 0.00 | 0.00 | -12,000.00 | | |
| SPECIAL PROJECTS | | | | | | | | | | |
| SPECIAL | SPECIAL | 132 | VBWDELIVERY | 05/12/16 | Time: 50.00 | 0.20 | 0.00 | 10.00 | Non-billable | Comments: mail out 3115 certified mail |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 12/06/16 | Time: 275.00 | 2.00 | 0.00 | 550.00 | | Comments: calls with Lynn and Mike K to discuss the issue with Vivian |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 12/12/16 | Time: 275.00 | 1.50 | 0.00 | 412.50 | | Comments: go over info with Mike K and Vivian issues |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 01/16/17 | Time: 275.00 | 2.00 | 0.00 | 550.00 | | Comments: various calls from Mike K about the situation with Vivian |

CONFIDENTIAL

VOYNOW_024545

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Thursday, July 27, 2017
### January 1, 1900 - July 27, 2017

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5266 | STAR NISSAN | | | | | | | | | |
| | | | | **Time & Expenses Available to be billed** | | | | | | |
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 01/23/17 | Time: 275.00 | 2.00 | 0.00 | 550.00 | | Comments: calls from Mike K about office staff and Jackie etc. |
| SPECIAL | SPECIAL | 136 | FIELDWORK | 01/26/17 | Time: 160.00 | 10.00 | 0.00 | 1,600.00 | | Comments: GOING OVER VIVIAN STUFF |
| SPECIAL | SPECIAL | 136 | FIELDWORK | 01/27/17 | Time: 160.00 | 10.00 | 0.00 | 1,600.00 | | Comments: LOCATING AND FINDING 2014 2013 BOOKS FOR NISSAN  MOVING TO MIKE K OFFICE MORE RESEARCH OF VIVIAN |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 02/04/17 | Time: 275.00 | 2.60 | 0.00 | 715.00 | | Comments: meet with Nick in the office and go over the Vivian issues and see what Nick has listed and call Mike to go over the issue and what we need to do next |
| SPECIAL | SPECIAL | 136 | FIELDWORK | 04/19/17 | Time: 160.00 | 13.00 | 0.00 | 2,080.00 | | |
| SPECIAL | SPECIAL | 75 | RESEARCH | 04/19/17 | Time: 250.00 | 7.00 | 0.00 | 1,750.00 | | Comments: Visit to dealership |
| SPECIAL | SPECIAL | 48 | REVIEW | 04/20/17 | Time: 275.00 | 0.30 | 0.00 | 82.50 | | Comments: form 8886 |
| SPECIAL | SPECIAL | 75 | RESEARCH | 04/24/17 | Time: 250.00 | 8.00 | 0.00 | 2,000.00 | | Comments: Visit to client. |
| SPECIAL | SPECIAL | 75 | RESEARCH | 04/25/17 | Time: 250.00 | 8.00 | 0.00 | 2,000.00 | | Comments: Visit to client |
| SPECIAL | SPECIAL | 142 | ACCOUNTIN | 04/26/17 | Time: 160.00 | 0.90 | 0.00 | 144.00 | | Comments: worked on 8886 items |
| SPECIAL | SPECIAL | 75 | RESEARCH | 04/27/17 | Time: 250.00 | 1.00 | 0.00 | 250.00 | | Comments: Follow up from visit. |
| SPECIAL | SPECIAL | 142 | ACCOUNTIN | 04/28/17 | Time: 160.00 | 0.90 | 0.00 | 144.00 | | Comments: 8886 |
| SPECIAL | SPECIAL | 75 | RESEARCH | 05/01/17 | Time: 250.00 | 1.00 | 0.00 | 250.00 | | Comments: Profit tie in summay sheet and e-mail to Mike. |
| SPECIAL | SPECIAL | 56 | PARTREV | 05/02/17 | Time: 275.00 | 1.00 | 0.00 | 275.00 | | Comments: Discuss Star Visit with RF |
| SPECIAL | SPECIAL | 75 | RESEARCH | 05/02/17 | Time: 250.00 | 0.50 | 0.00 | 125.00 | | Comments: Questions for Jackie and schedule visit. |
| SPECIAL | SPECIAL | 136 | FIELDWORK | 05/03/17 | Time: 160.00 | 13.50 | 0.00 | 2,160.00 | | |
| SPECIAL | SPECIAL | 75 | RESEARCH | 05/03/17 | Time: 250.00 | 8.00 | 0.00 | 2,000.00 | | Comments: Visit to client. |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 05/03/17 | Time: 275.00 | 7.00 | 0.00 | 1,925.00 | | Comments: go oto NY and meet with Mike and go over the work and what Jackie is doing and how to move her work around |
| SPECIAL | SPECIAL | 136 | FIELDWORK | 05/04/17 | Time: 160.00 | 13.50 | 0.00 | 2,160.00 | | |
| SPECIAL | SPECIAL | 75 | RESEARCH | 05/04/17 | Time: 250.00 | 7.00 | 0.00 | 1,750.00 | | Comments: Visit to client. |
| SPECIAL | SPECIAL | 56 | PARTREV | 05/04/17 | Time: 275.00 | 1.00 | 0.00 | 275.00 | | Comments: Steve Siegel |
| SPECIAL | SPECIAL | 75 | RESEARCH | 05/05/17 | Time: 250.00 | 0.50 | 0.00 | 125.00 | | Comments: Prepair for visit. |
| SPECIAL | SPECIAL | 136 | FIELDWORK | 05/09/17 | Time: 160.00 | 12.50 | 0.00 | 2,000.00 | | Comments: STAR PROJECTS |
| SPECIAL | SPECIAL | 75 | RESEARCH | 05/09/17 | Time: 250.00 | 8.00 | 0.00 | 2,000.00 | | Comments: Client visit |
| SPECIAL | SPECIAL | 136 | FIELDWORK | 05/10/17 | Time: 160.00 | 12.50 | 0.00 | 2,000.00 | | Comments: STAR PROJECT |

CONFIDENTIAL

VOYNOW_024546

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Thursday, July 27, 2017
### January 1, 1900 - July 27, 2017

**S266**   STAR NISSAN

Time & Expenses Available to be billed

| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
|---|---|---|---|---|---|---|---|---|---|---|
| SPECIAL | SPECIAL | 75 | RESEARCH | 05/10/17 | Time: 250.00 | 8.00 | 0.00 | 2,000.00 | | Comments: Visit to client |
| SPECIAL | SPECIAL | 75 | RESEARCH | 05/15/17 | Time: 250.00 | 1.00 | 0.00 | 250.00 | | Comments: Go over various questions with Jackie that she has. |
| SPECIAL | SPECIAL | 75 | RESEARCH | 05/23/17 | Time: 250.00 | 9.00 | 0.00 | 2,250.00 | | Comments: Visit to dealership. |
| SPECIAL | SPECIAL | 75 | RESEARCH | 06/01/17 | Time: 250.00 | 0.50 | 0.00 | 125.00 | | Comments: Go over with RF. |
| SPECIAL | SPECIAL | 75 | RESEARCH | 06/07/17 | Time: 250.00 | 8.00 | 0.00 | 2,000.00 | | Comments: Visit to Client. |
| SPECIAL | SPECIAL | 75 | RESEARCH | 06/08/17 | Time: 250.00 | 8.00 | 0.00 | 2,000.00 | | Comments: Visit to client. |
| SPECIAL | SPECIAL | 75 | RESEARCH | 06/09/17 | Time: 250.00 | 2.00 | 0.00 | 500.00 | | Comments: follow up from visit. |
| SPECIAL | SPECIAL | 136 | FIELDWORK | 06/12/17 | Time: 160.00 | 2.60 | 0.00 | 416.00 | | Comments: HELPING JACQUIE WITH BANK REC |
| SPECIAL | SPECIAL | 75 | RESEARCH | 06/30/17 | Time: 250.00 | 1.00 | 0.00 | 250.00 | | Comments: Phone calls with Jackie. |
| SPECIAL | SPECIAL | 136 | FIELDWORK | 07/10/17 | Time: 160.00 | 13.00 | 0.00 | 2,080.00 | | |
| SPECIAL | SPECIAL | 75 | RESEARCH | 07/10/17 | Time: 250.00 | 9.00 | 0.00 | 2,250.00 | | Comments: Visit to client. |
| **SPECIAL PROJECTS Totals** | | | | | | 217.50 | 0.00 | 45,604.00 | | |
| **TAX SERVICES** | | | | | | | | | | |
| TAX | 1120S | 75 | ACCOUNTIN | 09/06/16 | Time: 0.00 | 0.00 | 0.00 | -3,580.00 | | |
| TAX | 1120S | 142 | FIELDWORK | 10/18/16 | Time: 160.00 | 11.00 | 0.00 | 1,760.00 | | Comments: tax planning |
| TAX | 1120S | 75 | PREPARATION | 12/19/16 | Time: 250.00 | 2.00 | 0.00 | 500.00 | | Comments: Tax planning |
| TAX | 1120S | 75 | PREPARATION | 12/27/16 | Time: 250.00 | 1.00 | 0.00 | 250.00 | | Comments: Tax planning memo and calls with Debbie. |
| TAX | 1120S | 150 | ACCOUNTIN | 12/29/16 | Time: 110.00 | 0.10 | 0.00 | 11.00 | | |
| TAX | 1120S | 48 | INVENTORY | 01/06/17 | Time: 275.00 | 0.30 | 0.00 | 82.50 | | |
| TAX | 1120S | 75 | FIELDWORK | 01/21/17 | Time: 250.00 | 1.00 | 0.00 | 250.00 | | Comments: Prepair for visit. |
| TAX | 1120S | 83 | REVIEW | 01/26/17 | Time: 275.00 | 8.50 | 0.00 | 2,437.50 | | Comments: met with mike to go over the Vivian deal and situation with Nick C |
| TAX | 1120S | 150 | ACCOUNTIN | 01/28/17 | Time: 110.00 | 0.40 | 0.00 | 44.00 | | Comments: Entering trial balance. |
| TAX | 1120S | 75 | FIELDWORK | 01/28/17 | Time: 250.00 | 1.00 | 0.00 | 250.00 | | Comments: Follow up from visit. |
| TAX | 1120S | 150 | ACCOUNTIN | 01/30/17 | Time: 110.00 | 1.20 | 0.00 | 132.00 | | Comments: Entering trial balance. |
| TAX | 1120S | 144 | FIELDWORK | 02/01/17 | Time: 155.00 | 2.30 | 0.00 | 356.50 | | *Biller: 10.15 |
| TAX | 1120S | 144 | FIELDWORK | 02/04/17 | Time: 155.00 | 2.70 | 0.00 | 418.50 | | |
| TAX | 1120S | 83 | ACCOUNTIN | 02/06/17 | Time: 0.00 | 0.00 | 0.00 | -8,875.00 | | |
| TAX | 1120S | 144 | PREPARATION | 02/14/17 | Time: 155.00 | 1.20 | 0.00 | 186.00 | | |

CONFIDENTIAL

VOYNOW_024547

Voynow, Bayard, Whyte and Company, LLP

## Billing Worksheet
### Thursday, July 27, 2017
### January 1, 1900 - July 27, 2017

| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
|---|---|---|---|---|---|---|---|---|---|---|
| **5266** | **STAR NISSAN** | | | | **Time & Expenses Available to be billed** | | | | | |
| TAX | 1120S | 144 | PREPARATION | 02/15/17 | Time: 155.00 | 5.50 | 0.00 | 852.50 | _____ | |
| TAX | 1120S | 75 | PREPARATION | 02/23/17 | Time: 250.00 | 1.00 | 0.00 | 250.00 | _____ | Comments: extension |
| TAX | EXTENSION | 144 | ELFAUTHORIZ | 02/25/17 | Time: 155.00 | 0.40 | 0.00 | 62.00 | _____ | *Biller: 11.42 |
| TAX | EXTENSION | 144 | EFILETRANS | 03/10/17 | Time: 155.00 | 0.10 | 0.00 | 15.50 | _____ | |
| TAX | 1120S | 83 | REVIEW | 04/06/17 | Time: 275.00 | 1.00 | 0.00 | 275.00 | _____ | Comments: John kids return |
| TAX | 1120S | 136 | REVIEW | 04/11/17 | Time: 160.00 | 0.50 | 0.00 | 80.00 | _____ | |
| TAX | 1120S | 48 | REVIEW | 04/17/17 | Time: 275.00 | 0.30 | 0.00 | 82.50 | _____ | Comments: form 8886 |
| TAX | 1120S | 152 | PREPARATION | 04/20/17 | Time: 110.00 | 0.70 | 0.00 | 77.00 | _____ | |
| TAX | 1120S | 152 | PREPARATION | 04/24/17 | Time: 110.00 | 0.40 | 0.00 | 44.00 | _____ | Comments: form 8886 |
| TAX | 1120S | 151 | MATH | 04/26/17 | Time: 110.00 | 0.20 | 0.00 | 22.00 | _____ | Comments: Checked 8886 forms |
| TAX | 1120S | 144 | CLEARREVIEW | 04/27/17 | Time: 155.00 | 0.80 | 0.00 | 124.00 | _____ | *Biller: 4.12 |
| TAX | 1120S | 152 | PREPARATION | 04/28/17 | Time: 110.00 | 0.20 | 0.00 | 22.00 | _____ | Comments: print out YE entries 2013-2015 |
| TAX | 1120S | 75 | PREPARATION | 05/19/17 | Time: 250.00 | 2.00 | 0.00 | 500.00 | _____ | Comments: Review job and return. |
| TAX | 1120S | 144 | CLEARREVIEW | 06/12/17 | Time: 155.00 | 1.70 | 0.00 | 263.50 | _____ | *Biller: 10.54 |
| TAX | 1120S | 75 | PREPARATION | 07/12/17 | Time: 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: T/R |
| TAX | 1120S | 56 | PARTREV | 07/19/17 | Time: 275.00 | 1.00 | 0.00 | 275.00 | _____ | |
| TAX | 1120S | 75 | PREPARATION | 07/20/17 | Time: 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: T/R |
| TAX | 1120S | 83 | REVIEW | 07/24/17 | Time: 275.00 | 2.50 | 0.00 | 687.50 | _____ | Comments: review work papers and return |
| TAX | 1120S | 144 | CLEARREVIEW | 07/25/17 | Time: 155.00 | 1.20 | 0.00 | 186.00 | _____ | *Biller: 9.18 |
| TAX | 1120S | 75 | PREPARATION | 07/25/17 | Time: 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: T/R |
| TAX | 1120S | 144 | CLEARREVIEW | 07/26/17 | Time: 155.00 | 0.30 | 0.00 | 46.50 | _____ | *Biller: 1.30 |
| TAX | 1120S | 75 | PREPARATION | 07/26/17 | Time: 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: T/R |
| TAX | 1120S | 151 | MATH | 07/26/17 | Time: 110.00 | 2.00 | 0.00 | 220.00 | _____ | Comments: Mathed Return |
| TAX | 1120S | 63 | TYPEPROC | 07/27/17 | Time: 100.00 | 0.30 | 0.00 | 30.00 | _____ | Comments: process |
| **TAX SERVICES Totals** | | | | | | 56.80 | 0.00 | -1,262.00 | | |
| | Client STAR NISSAN Totals | | | | | 332.55 | 0.00 | 42,062.00 | | |

CONFIDENTIAL

VOYNOW_024548

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

07/31/2017                                          Client: 5266

STAR NISSAN INC.                                    Invoice:    3208
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

                                                                    4,285.00

    FINAL BILLING FOR WORK COMPLETED ON
    DECEMBER 31, 2016 CLOSING OF THE
    BOOKS, PREPARATION OF TAX
    WORKPAPERS AND PREPARATION OF
    FEDERAL,S TATE AND CITY CORPORATE
    TAX RETURNS.

                          Invoice Total                $4,285.00

CONFIDENTIAL

VOYNOW_024549

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

02/08/2017                                        Client: 5266

STAR NISSAN INC.                                  Invoice:    2371
ATTN:  DEBBIE T
208-26 NORTHERN BLVD
BAYSIDE, NY  11361

---

PROFESSIONAL SERVICES:                                              8,875.00

    PROGRESS BILLING FOR WORK
    COMPLETED ON THE DECEMBER 31, 2016
    CLOSING OF THE BOOKS AND
    PREPARATION OF CORPORATE TAX
    RETURNS.


                              Invoice Total            $8,875.00

| | | | |
|---|---|---|---|
| (1) Today's date | (1) | 9.2.16 | |
| (2) Name of individual requesting this billing | (2) | RP5 | |
| (3) Client Name | (3) | STAR NISSAN | |
| (4) Client # / File # | (4) | 5266 | |
| (5) This billing is for work done from Month Ending | (5a) | , 200 | |
| through the Month Ending | (5b) | 9.2.16 , 200 | |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2015

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

Amount Due          4,185.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)          W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #          W.I.P. TO HOLD: _____

_____          W.I.P. TO CLEAR: _____

CLIENT NAME: _____          WRITE UP /( DOWN): _____

BILL # : _____

DATE KEYPUNCHED: _____          BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

09/06/2016                                    Client: 5266

STAR NISSAN INC.                              Invoice:    1193
ATTN: VIVIAN K
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

                                                                    4,185.00

    FINAL BILLING FOR WORK COMPLETED ON
    DECEMBER 31, 2015 CLOSING OF THE
    BOOKS, PREPARATION OF TAX
    WORKPAPERS AND PREPARATION OF
    FEDERAL, STATE AND CITY CORPORATE
    TAX RETURNS.

                              Invoice Total              $4,185.00

## Billing Worksheet

### Tuesday, August 30, 2016

### January 1, 1900 - August 30, 2016

**5266**

**STAR NISSAN**

STAR NISSAN INC.

| | |
|---|---|
| | Office: MAIN    Partner: 83    Manager: 75    Associate: |
| ATTN: VIVIAN K | Phone (Business): |
| 206-26 NORTHERN BLVD | E-mail: |
| BAYSIDE, NY 11361 | |

### Accounts Receivable Open Items

| Date | Type | Reference | Due Date | Amount | Open |
|---|---|---|---|---|---|
| 06/13/16 | Check | 91428 | | (6,000.00) | (2,000.00) |
| 08/01/16 | Invoice #654 | | 08/01/16 | 1,000.00 | 1,000.00 |
| 08/30/16 | Amount Due | | | | (1,000.00) |

### Aging WIP & A/R

| | 08/30/2016 | 07/31/2016 | 06/30/2016 | 05/31/2016 | 04/30/2016+ | Total |
|---|---|---|---|---|---|---|
| WIP | (587.50) | (100.00) | 3,502.50 | 232.00 | (9,300.00) | (6,253.00) |
| A/R | 1,000.00 | 0.00 | (2,000.00) | 0.00 | 0.00 | (1,000.00) |

### Last Invoice & Receipt

| | Date | Amount |
|---|---|---|
| Last Invoice | 08/01/16 | 1,000.00 |
| Last Receipt | 06/13/16 | (6,000.00) |

**\* Billing Instructions:**

---

**5266**

**STAR NISSAN**

### Time & Expenses Available to be billed

| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
|---|---|---|---|---|---|---|---|---|---|---|
| INTERIM SERVICES | | | | | | | | | | |
| INTERIM | INTERIM | 75 | ENGPLANNING | 06/27/16 | Time: | 225.00 | 1.00 | 0.00 | 225.00 | _____ | Comments: prepair for visit. |
| INTERIM | INTERIM | 142 | FIELDWORK | 06/28/16 | Time: | 140.00 | 11.00 | 0.00 | 1,540.00 | _____ | |
| INTERIM | INTERIM | 144 | FIELDWORK | 06/28/16 | Time: | 150.00 | 5.50 | 0.00 | 825.00 | _____ | |
| INTERIM | INTERIM | 149 | FIELDWORK | 06/28/16 | Time: | 90.00 | 10.00 | 0.00 | 900.00 | _____ | Comments: Phil and I visited the service department for Nissan and Toyota |
| INTERIM | INTERIM | 83 | CLIENTMEET | 06/29/16 | Time: | 275.00 | 3.00 | 0.00 | 825.00 | _____ | Comments: go to NY and do an interim visit |
| INTERIM | INTERIM | 144 | FIELDWORK | 06/30/16 | Time: | 150.00 | 0.30 | 0.00 | 45.00 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 07/19/16 | Time: | 150.00 | 6.00 | 0.00 | 900.00 | _____ | *Biller: 9.00 |

CONFIDENTIAL

VOYNOW_024553

*Voynow, Bayard, Whyte and Company, LLP*

# Billing Worksheet
## Tuesday, August 30, 2016
### January 1, 1900  -  August 30, 2016

| 5266 | STAR NISSAN | | | | Time & Expenses Available to be billed | | | | |
|------|-------------|-------|----------|------|-------------------|-------------|------|--------|-------------|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount  Comments / Biller Note (*Biller:) |
| INTERIM SERVICES Totals | | | | | | 36.80 | 0.00 | 5,260.00 | _____ |
| | | | | | | | | | |
| **RETAINER** | | | | | | | | | |
| RETAINER | | 63 | ACCOUNTIN | 02/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00  _____ |
| RETAINER | | 63 | ACCOUNTIN | 03/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00  _____ |
| RETAINER | | 63 | ACCOUNTIN | 04/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00  _____ |
| RETAINER | | 63 | ACCOUNTIN | 05/02/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00  _____ |
| RETAINER | | 63 | ACCOUNTIN | 06/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00  _____ |
| RETAINER | | 63 | ACCOUNTIN | 07/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00  _____ |
| RETAINER | | 63 | ACCOUNTIN | 08/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00  _____ |
| RETAINER Totals | | | | | | 0.00 | 0.00 | -7,000.00 | _____ |
| | | | | | | | | | |
| **SPECIAL PROJECTS** | | | | | | | | | |
| SPECIAL | SPECIAL | 132 | VBWDELIVERY | 05/12/16 | Time: | 50.00 | 0.20 | 0.00 | 10.00  Non-billable  Comments: mail out 3115 certified mail |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 08/08/16 | Time: | 275.00 | 0.50 | 0.00 | 137.50  _____  Comments: get info for John daughter and his info to rent an apartment |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 08/10/16 | Time: | 275.00 | 1.00 | 0.00 | 275.00  _____  Comments: calls from John to go over Kristin info needed |
| SPECIAL PROJECTS Totals | | | | | | 1.70 | 0.00 | 422.50 | _____ |
| | | | | | | | | | |
| **TAX SERVICES** | | | | | | | | | |
| TAX | 1120S | 144 | FIELDWORK | 02/29/16 | Time: | 150.00 | 1.60 | 0.00 | 240.00  _____  *Biller: 2.15 |
| TAX | 1120S | 144 | PREPARATION | 02/29/16 | Time: | 150.00 | 1.60 | 0.00 | 240.00  _____  *Biller: 3.45 |
| TAX | 1120S | 75 | PREPARATION | 02/29/16 | Time: | 225.00 | 1.00 | 0.00 | 225.00  _____  Comments: Review tax return and extension #s |
| TAX | 1120S | 118 | ENGPLANNING | 03/01/16 | Time: | 210.00 | 1.50 | 0.00 | 315.00  _____  Comments: ltfo |
| TAX | 1120S | 144 | PREPARATION | 03/01/16 | Time: | 150.00 | 2.00 | 0.00 | 300.00  _____ |
| TAX | 1120S | 144 | PREPARATION | 03/03/16 | Time: | 150.00 | 0.10 | 0.00 | 15.00  _____ |
| TAX | 1120S | 75 | PREPARATION | 03/03/16 | Time: | 225.00 | 0.50 | 0.00 | 112.50  _____  Comments: Extension |
| TAX | 1120S | 83 | CLIENTMEET | 03/03/16 | Time: | 275.00 | 0.80 | 0.00 | 220.00  _____  Comments: go over extension |
| TAX | 1120S | 63 | PROGRESS | 03/04/16 | Time: | 0.00 | 0.00 | 0.00 | -8,850.00  _____ |
| TAX | EXTENSION | 75 | PREPARATION | 03/07/16 | Time: | 225.00 | 0.50 | 0.00 | 112.50  _____  Comments: extension |
| TAX | EXTENSION | 144 | ELFAUTHORIZ | 03/11/16 | Time: | 150.00 | 0.30 | 0.00 | 45.00  _____  *Biller: 1.36 |

CONFIDENTIAL

VOYNOW_024554

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Tuesday, August 30, 2016
### January 1, 1900  -  August 30, 2016

| 5266 | STAR NISSAN | | | | Time & Expenses Available to be billed | | | | | |
|------|-------------|-------|----------|--------|-------------------|-------------|------|--------|-------------|-----------------------------------------|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| TAX | 1120S | 83 | CLIENTMEET | 03/25/16 | Time: 275.00 | 0.40 | 0.00 | 110.00 | _____ | Comments: get Vivian info mailed to her |
| TAX | 1120S | 75 | PREPARATION | 04/28/16 | Time: 225.00 | 0.50 | 0.00 | 112.50 | _____ | Comments: info |
| TAX | 1120S | 144 | PREPARATION | 04/29/16 | Time: 150.00 | 1.10 | 0.00 | 165.00 | _____ | *Biller: 1.54 |
| TAX | 1120S | 75 | PREPARATION | 04/29/16 | Time: 225.00 | 1.50 | 0.00 | 337.50 | _____ | Comments: tax return |
| TAX | 1120S | 56 | PARTREV | 05/06/16 | Time: 275.00 | 0.50 | 0.00 | 137.50 | _____ | |
| TAX | 1120S | 83 | REVIEW | 05/11/16 | Time: 275.00 | 2.00 | 0.00 | 550.00 | _____ | Comments: go over work papers and tax return |
| TAX | 1120S | 146 | MATH | 05/12/16 | Time: 110.00 | 1.70 | 0.00 | 187.00 | _____ | |
| TAX | 1120S | 75 | PREPARATION | 05/12/16 | Time: 225.00 | 1.50 | 0.00 | 337.50 | _____ | Comments: tax return |
| TAX | 1120S | 132 | TYPEPROC | 05/13/16 | Time: 50.00 | 0.30 | 0.00 | 15.00 | _____ | |
| TAX | 1120S | 132 | TYPEPROC | 05/23/16 | Time: 50.00 | 0.10 | 0.00 | 5.00 | _____ | Comments: log and mail out returns |
| TAX | 1120S | 144 | ELFAUTHORIZ | 06/02/16 | Time: 150.00 | 0.20 | 0.00 | 30.00 | _____ | *Biller: 11.18 |
| TAX | 1120S | 75 | PREPARATION | 06/06/16 | Time: 225.00 | 0.50 | 0.00 | 112.50 | _____ | Comments: 2Q est call vivian and check numbers. |
| TAX SERVICES Totals | | | | | | 20.20 | 0.00 | -4,925.50 | _____ | |
| | Client STAR NISSAN Totals | | | | | 58.70 | 0.00 | -6,243.00 | | |

CONFIDENTIAL

VOYNOW_024555

Voynow, Bayard, Whyte and Company, LLP                    v.7.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                VIVIAN
<-----------MOST RECENT 12 MONTHS----------->   <-----------PRIOR 12 MONTHS------------->
MON-YR    BILLS   WRT U/D   WRTOFFS     CASH     MON-YR    BILLS   WRT U/D   WRTOFFS     CASH
-------  ------  --------  --------  --------    -------  ------  --------  --------  --------
SEP-15   15,695     8,778        0         0     SEP-14    8,330   -10,178        0     3,000
OCT-15    1,000         0        0    10,620     OCT-14    1,000         0        0     7,900
NOV-15    1,000         0        0     7,075     NOV-14    1,000         0        0     9,900
DEC-15    1,000         0        0         0     DEC-14    1,000         0        0     1,430
JAN-16    1,000         0        0     3,000     JAN-15    1,000         0        0         0
FEB-16    1,000         0        0         0     FEB-15   10,250         0        0         0
MAR-16    9,850         0        0    10,850     MAR-15    1,000         0        0         0
APR-16    1,000         0        0         0     APR-15    1,000         0        0     5,000
MAY-16    1,000         0        0         0     MAY-15    1,000         0        0         0
JUN-16    1,000         0        0     6,000     JUN-15    1,000         0        0         0
JUL-16    1,000         0        0         0     JUL-15    1,000         0        0         0
AUG-16    1,000         0        0         0     AUG-15    1,000         0        0    12,250
-------  ------  --------  --------  --------    -------  ------  --------  --------  --------
TOTAL    35,545     8,778        0    37,545     TOTAL    28,580   -10,178        0    39,480

YTD      16,850         0        0    19,850     PYTD     17,250         0        0    17,250


AGED     CURRENT    1 MONTH   2 MONTHS   3 MONTHS   4 MONTHS   5+ MONTHS      TOTAL  AGED
-------  --------  --------  --------  --------  --------  --------   --------
A/R      1,000.00      0.00      0.00      0.00      0.00      0.00   1,000.00  A/R
WIP     -1,000.00 -1,000.00 -1,000.00 -1,000.00 -1,000.00   -233.00  -5,233.00  WIP

YTD WORK    BUDGET     ACTUAL    VARIANCE   %BUDGET    LAST      DATE        AMOUNT TYPE
--------  --------  --------  --------  --------    ------------------------------------
HOURS        0.00     50.90     -50.90     0.00%   BILLED  11/01/16    1,000.00  PRG
DOLLARS      0.00  8,059.50  -8,059.50     0.00%   PAYMENT 06/13/16    6,000.00  SN

<-------------WORK-IN-PROCESS------------->   NET WIP    ACCOUNTS   UNAPPLIED     TOTAL
 FEES/HOURS   EXPENSES     DB/CR   OFFSETS   SUBTOTAL  RECEIVABLE   RETAINER   EXPOSURE
-------------------------------------------------------------------------------------------
  14,617.00       0.00      0.00 -19,850.00  -5,233.00   1,000.00       0.00  -4,233.00
      90.50

SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)   NET WIP
                                                                                      -5,233.00

                                              WIP TO XFER: _____

                                              WIP TO HOLD: _____

                                             WIP TO CLEAR: _____

                                           WRITE UP/DOWN: _____

                                          AMOUNT TO BILL: _____

                                   APPROVED BY: _____ DATE: _____

CONFIDENTIAL                              VOYNOW_024556

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                       SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                              VIVIAN
--------------------------------------------------------------------------------
                     *  *   FEE & EXPENSE SUMMARIES  *  *

  * CHARGEABLE FEES SUMMARY BY WORK CODE      HOURS       AMOUNT         TOTAL
  BUSINESS TAX ENGAGEMENTS                    84.70    13,492.00     13,492.00
  INTERIM SERVICES                             1.00       210.00     13,702.00
  PERSONAL TAX RETURN SERVICES                 0.10         5.00     13,707.00
  SPECIAL PROJECTS-MUST USE MEMO               4.70       910.00     14,617.00
  SYSTEM GENERATED FEES                        0.00   -19,850.00     -5,233.00
                                            --------   ------------
          ** TOTAL                           90.50    -5,233.00


  * CHARGEABLE FEES SUMMARY BY STAFF          HOURS       AMOUNT         TOTAL
                                              0.00    -19,850.00    -19,850.00
  118 ROBERT KIRKHOPE                          4.20       840.00    -19,010.00
  132 DOROTHEA BURCH                           0.40        20.00    -18,990.00
  136 DAVID KUMOR                              0.50        70.00    -18,920.00
  142 TIMOFEY S. KRAVETS                      57.00     6,840.00    -12,080.00
  144 PHILLIP L. SALEMNO JR                    2.30       322.00    -11,758.00
  148 CODY MCCABE                              0.50        37.50    -11,720.50
  48  Kenneth Mann                             0.10        27.50    -11,693.00
  75  Bob Seibel                               8.50     1,785.00     -9,908.00
  83  Randall Franzen                         17.00     4,675.00     -5,233.00
                                            --------   ------------
          ** TOTAL                           90.50    -5,233.00


  * CHARGEABLE FEES SUMMARY BY CTRL DATE      HOURS       AMOUNT         TOTAL
          09/30/15                            0.10         5.00          5.00
          10/31/15                            3.00      -370.00       -365.00
          11/30/15                           34.00     4,500.00      4,135.00
          12/31/15                            2.50      -577.50      3,557.50
          01/31/16                           50.90     7,059.50     10,617.00
          02/29/16                            0.00    -1,000.00      9,617.00
          03/31/16                            0.00    -9,850.00       -233.00
          04/30/16                            0.00    -1,000.00     -1,233.00
          05/31/16                            0.00    -1,000.00     -2,233.00
          06/30/16                            0.00    -1,000.00     -3,233.00
          07/31/16                            0.00    -1,000.00     -4,233.00
          08/31/16                            0.00    -1,000.00     -5,233.00
                                            --------   ------------
          ** TOTAL                           90.50    -5,233.00



30 Aug 2016 14:24               DWIP SORT ON CLIENT ID    5266  /        PAGE: 35
```

CONFIDENTIAL                                  VOYNOW_024557

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                      SORT ON CLIENT ID * SELECTED CLIENTS

5266  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                   VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE   HRS      AMOUNT  SEQ# ACTION
-----------------------------------------------------------------------------------
                 * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

11/30/15 11/24/15  5  1 TIMOFEY S. KRAVETS   142 120    9.50   1,140.00 115364 B H T:
                       TAX PLANNIGN

            142 TIMOFEY S. KRAVETS                      9.50   1,140.00

         BUSTAX Engagement Planning                     9.50   1,140.00

01/31/16 12/29/15  5 21 DOROTHEA BURCH       132  50    0.30      15.00 118547 B H T:
                       fax info

            132 DOROTHEA BURCH                          0.30      15.00

01/31/16 01/04/16  5 21 Kenneth Mann          48 275    0.10      27.50 122372 B H T:
                       LIFO F/s

             48  Kenneth Mann                           0.10      27.50

         BUSTAX LIFO Computations                       0.40      42.50

12/31/15 12/01/15  5 68 CODY MCCABE          148  75    0.50      37.50 115580 B H T:
                       ORGANIZING AND PUTTING TOGETHER TAX PLANNING
                       PACKETS

            148 CODY MCCABE                             0.50      37.50

12/31/15 12/01/15  5 68 Bob Seibel            75 210    1.50     315.00 116354 B H T:
                       Follow up from visit.

             75  Bob Seibel                             1.50     315.00

11/30/15 11/23/15  5 68 Randall Franzen       83 275    8.00   2,200.00 116941 B H T:
                       go to dealerahip to the year end planning

             83  Randall Franzen                       8.00   2,200.00

         BUSTAX Tax Planning                           10.00   2,552.50

11/30/15 11/23/15  5 69 TIMOFEY S. KRAVETS   142 120   11.00   1,320.00 115363 B H T:
                       TAX PLANNING
11/30/15 11/25/15  5 69 TIMOFEY S. KRAVETS   142 120    3.50     420.00 115365 B H T:
                       TAX PLANNING
01/31/16 01/18/16  5 69 TIMOFEY S. KRAVETS   142 120   12.00   1,440.00 120936 B H T:
                       year end trip
01/31/16 01/19/16  5 69 TIMOFEY S. KRAVETS   142 120   11.00   1,320.00 120937 B H T:
                       year end trip
01/31/16 01/20/16  5 69 TIMOFEY S. KRAVETS   142 120   10.00   1,200.00 120938 B H T:
                       year end trip

            142 TIMOFEY S. KRAVETS                     47.50   5,700.00

10/31/15 10/07/15  5 69 Bob Seibel            75 210    1.00     210.00 109604 B H T:
10/31/15 10/13/15  5 69 Bob Seibel            75 210    1.00     210.00 109694 B H T:
10/31/15 10/21/15  5 69 Bob Seibel            75 210    1.00     210.00 109720 B H T:
11/30/15 11/05/15  5 69 Bob Seibel            75 210    0.50     105.00 112949 B H T:
                       Profit tie in for bank.
-----------------------------------------------------------------------------------
30 Aug 2016 14:24                DWIP SORT ON CLIENT ID    5266 /          PAGE: 36
```

CONFIDENTIAL

VOYNOW_024558

```
                    Voynow, Bayard, Whyte and Company, LLP              v.7.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                      SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                              VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE    HRS        AMOUNT   SEQ# ACTION
--------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

11/30/15 11/06/15  5 69 Bob Seibel        75   210   0.50       105.00 112932 B H T:
                  Info for bank.
01/31/16 01/15/16  5 69 Bob Seibel        75   210   1.00       210.00 122462 B H T:
                  Prepair for visit.
01/31/16 01/22/16  5 69 Bob Seibel        75   210   1.00       210.00 122530 B H T:
                  follow up from visit.

            75  Bob Seibel                       6.00     1,260.00

01/31/16 01/19/16  5 69 Randall Franzen   83   275   8.00     2,200.00 120950 B H T:
                  go to NY and do year end work meet with Mike
01/31/16 01/26/16  5 69 Randall Franzen   83   275   1.00       275.00 122602 B H T:
                  go over Lifo and to see if we go for a single pool

            83  Randall Franzen                  9.00     2,475.00

        BUSTAX Year End Tax Work                62.50     9,435.00

01/31/16 01/25/16  5 90 PHILLIP L. SALEMNO J 144 140  1.50     210.00 121355 B H T:
01/31/16 01/26/16  5 90 PHILLIP L. SALEMNO J 144 140  0.80     112.00 121356 B H T:

           144  PHILLIP L. SALEMNO JR            2.30       322.00

        BUSTAX Trial Balance Data Inpu           2.30       322.00

11/30/15 11/20/15  6  1 Bob Seibel        75   210   1.00       210.00 116294 B H T:
                  prepair for visit.

            75  Bob Seibel                       1.00       210.00

        INTSER Interim Visit Planning            1.00       210.00

09/30/15 09/18/15  7 85 DOROTHEA BURCH    132    50   0.10         5.00 109190 B H T:
                  scan, password protect and email

           132  DOROTHEA BURCH                   0.10         5.00

        PERSTX Photocopying Documents            0.10         5.00

01/31/16 12/30/15  8 32 ROBERT KIRKHOPE   118  200   4.20       840.00 118527 B H T:
                  information on distributions for vivian

           118  ROBERT KIRKHOPE                  4.20       840.00

12/31/15 12/22/15  8 32 DAVID KUMOR       136  140   0.50        70.00 118415 B H T:
                  GETTING K-1S FOR STAR DEALERSHIPS

           136  DAVID KUMOR                      0.50        70.00

        Other Special Projects(detail)           4.70       910.00


        * * TOTAL FEES                          90.50    14,617.00

                  * *    DEBITS & CREDITS   * *
--------------------------------------------------------------------------------------
30 Aug 2016 14:24              DWIP SORT ON CLIENT ID   5266  /       PAGE: 37
```

CONFIDENTIAL

VOYNOW_024559

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                        SORT ON CLIENT ID * SELECTED CLIENTS

5266  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                      VIVIAN
CDATE    WDATE     WORK(CODE)   STAFF NAME    SID RATE  HRS      AMOUNT    SEQ# ACTION
------------------------------------------------------------------------------------

                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


10/31/15 10/31/15 99  3                                -1,000.00  92416 B H T:
11/30/15 11/30/15 99  3                                -1,000.00  94782 B H T:
12/31/15 12/31/15 99  3                                -1,000.00  97333 B H T:
01/31/16 01/31/16 99  3                                -1,000.00 112221 B H T:
02/29/16 02/29/16 99  3                                -1,000.00 121095 B H T:
03/31/16 03/31/16 99  3                                -1,000.00 121758 B H T:
03/31/16 03/31/16 99  3                                -8,850.00 123026 B H T:
04/30/16 04/30/16 99  3                                -1,000.00 121922 B H T:
05/31/16 05/31/16 99  3                                -1,000.00 122178 B H T:
06/30/16 06/30/16 99  3                                -1,000.00 123558 B H T:
07/31/16 07/31/16 99  3                                -1,000.00 123708 B H T:
08/31/16 08/31/16 99  3                                -1,000.00 123858 B H T:


       * * TOTAL PROGRESS BILLS AND OTHER CREDITS       -19,850.00
```

| FEES | EXPENSES | SUB-TOTAL | DB/CR | SUB-TOTAL | OFFSETS | NET WIP |
|------|----------|-----------|-------|-----------|---------|---------|
| 14,617.00 | 0.00 | 14,617.00 | 0.00 | 14,617.00 | -19,850.00 | -5,233.00 |

CONFIDENTIAL                                    VOYNOW_024560

(1) Today's date                                              (1)    9.2.16

(2) Name of individual requesting this billing               (2)    RPS

(3) Client Name                                              (3)    STAR NISSAN

(4) Client # / File #                                       (4)        5266

(5) This billing is for work done from Month Ending         (5a)                   , 200

    through the Month Ending                         (5b)    9.2.16        , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

   Accounting Services as Requested:

   Special accounting services as requested.

                                       Amount Due         3,580.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  (FINAL)                        W.I.P.

                               TOTAL W.I.P.:

DATE BILLED:                                     W.I.P. TO TRANSFER:

BILLED THROUGH
CLIENT # / FILE #                                W.I.P. TO HOLD:
:

CLIENT NAME:                                     W.I.P. TO CLEAR:

                            WRITE UP /( DOWN):

BILL # :

DATE KEYPUNCHED:                                                   BILL

                        TOTAL AMOUNT BILLABLE:

       LESS RETAINERS AND OR PROGRESS BILLING:

                     AMOUNT OF BILL:

John K. 1040

CONFIDENTIAL                                      VOYNOW_024561



VOYNOW_024562

**Voynow, Bayard, Whyte and Company, LLP**

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

09/06/2016                                          Client: 5266

STAR NISSAN INC.                          Invoice:    1188
ATTN:  VIVIAN K
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

    SPECIAL ACCOUNTING SERVICES AS                                    3,580.00
    REQUESTED

Invoice Total              $3,580.00

CONFIDENTIAL

VOYNOW_024563

# VOYNOW BAYARD CO
## WIP

(1) Today's date                                    (1) 3.3.16
(2) Name of individual requesting this billing      (2) RANDY
(3) Client Name                                     (3) STAR NISSAN
(4) Client # / File #                               (4)    5266
(5) This billing is for work done from Month Ending (5a)                         , 200
    through the Month Ending                        (5b   3.3.16                  , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise; the bill will be typed exactly as you word it below.)

Accounting Services as Requested;

Progress billing for work completed

on the December 31 2015 closing of the books

preparation of Federal , State and city

corporate tax returns.


Accountant

                        Amount Due        8,850.00


If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                    W.I.P.

LAST YEAR BILL:    9,250        TOTAL W.I.P.:

DATE BILLED:                    W.I.P. TO TRANSFER:

BILLED THROUGH                  W.I.P. TO HOLD:
CLIENT # / FILE #
                                W.I.P. TO CLEAR:

CLIENT NAME:                    WRITE UP / DOWN:

BILL # :

DATE KEYPUNCHED:                                    BILL

                    TOTAL AMOUNT BILLABLE:          8,850.00

        LESS RETAINERS AND OR PROGRESS BILLING:

                    AMOUNT OF BILL:                 8,850.00


CONFIDENTIAL                                        VOYNOW_024564



CONFIDENTIAL



# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

03/04/2016                                    Client: 5266

STAR NISSAN INC.                              Invoice:    344
206-26 NORTHERN BLVD

BAYSIDE, NY 11361            *After Vivia K*

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

    PROGRESS BILLING FOR WORK                              8,850.00
    COMPLETED ON THE DECEMBER 31, 2015
    CLOSING OF THE BOOKS AND
    PREPARATION OF CORPORATE TAX
    RETURNS.

                    Invoice Total                    $8,850.00

| Date | Type | Reference | Debit | Credit | Balance |
|------|------|-----------|-------|--------|---------|
| 03/01/16 | Beginning Balance | | | | $1,000.00 |
| 03/01/16 | Invoice #116 | | 1,000.00 | | 2,000.00 |
| 03/04/16 | Invoice #344 | | 8,850.00 | | 10,850.00 |
| 03/04/16 | Amount Due | | | | $10,850.00 |

CONFIDENTIAL                                    VOYNOW_024566

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

03/04/2016                                    Client: 5266

STAR NISSAN INC.                              Invoice:    344
ATTN: VIVIAN K
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK                                        8,850.00
COMPLETED ON THE DECEMBER 31, 2015
CLOSING OF THE BOOKS AND
PREPARATION OF CORPORATE TAX
RETURNS.

                                  Invoice Total              $8,850.00

| Date | Type | Reference | Debit | Credit | Balance |
|------|------|-----------|-------|--------|---------|
| 03/01/16 | Beginning Balance | | | | $1,000.00 |
| 03/01/16 | Invoice #116 | | 1,000.00 | | 2,000.00 |
| 03/04/16 | Invoice #344 | | 8,850.00 | | 10,850.00 |
| 03/04/16 | Amount Due | | | | $10,850.00 |

CONFIDENTIAL                                          VOYNOW_024567

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.30.15 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR NISSAN |
| (4) Client # / File # | (4) | 5266 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.30.15 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2014

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

Amount Due          4,075.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)          W.I.P.

                              TOTAL W.I.P.: _____
DATE BILLED: _____   W.I.P. TO TRANSFER: _____
BILLED THROUGH
CLIENT # / FILE #            W.I.P. TO HOLD: _____
: _____              W.I.P. TO CLEAR: _____
CLIENT NAME: _____   WRITE UP /( DOWN): _____
BILL # : 2360
DATE KEYPUNCHED: _____                    BILL

                TOTAL AMOUNT BILLABLE: _____
        LESS RETAINERS AND OR PROGRESS BILLING: _____
                    AMOUNT OF BILL: _____

VOYNOW_024568

# Voynow, Bayard, Whyte and Company, LLP

### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

September 30, 2015


STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                    Client #: 5266/
ATTN: VIVIAN                         Invoice: 23557


PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2014 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS AND
PREPARATION OF FEDERAL, STATE AND
CITY CORPORATE TAX RETURNS


AMOUNT DUE          $ 4,075.00


CONFIDENTIAL                    VOYNOW_024569

```
                        Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                      DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                            SORT ON CLIENT ID * SELECTED CLIENTS

5266   /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                    VIVIAN
<-----------MOST RECENT 12 MONTHS---------->    <--------------PRIOR 12 MONTHS------------->
MON-YR    BILLS    WRT U/D    WRTOFFS    CASH    MON-YR    BILLS    WRT U/D    WRTOFFS    CASH
------    -----    -------    -------    ----    ------    -----    -------    -------    ----
OCT-14    1,000       0          0      7,900    OCT-13    1,000       0          0     18,750
NOV-14    1,000       0          0      9,900    NOV-13    1,000       0          0          0
DEC-14    1,000       0          0      1,430    DEC-13    1,000       0          0     10,740
JAN-15    1,000       0          0          0    JAN-14    1,000       0          0          0
FEB-15   10,250       0          0          0    FEB-14    8,900       0          0          0
MAR-15    1,000       0          0          0    MAR-14    1,000       0          0      3,000
APR-15    1,000       0          0      5,000    APR-14    1,000       0          0      2,000
MAY-15    1,000       0          0          0    MAY-14    1,000       0          0          0
JUN-15    1,000       0          0          0    JUN-14    1,000       0          0          0
JUL-15    1,000       0          0          0    JUL-14    1,000       0          0          0
AUG-15    1,000       0          0     12,250    AUG-14    1,000       0          0          0
SEP-15    1,000       0          0          0    SEP-14    8,330   -10,178       0      3,000
         ------   ------     ------    ------             ------   ------     ------    ------
TOTAL    21,250       0          0     36,480    TOTAL    27,230   -10,178       0     37,490

YTD      18,250       0          0     17,250    PYTD     24,230   -10,178       0      8,000


AGED     CURRENT    1 MONTH    2 MONTHS   3 MONTHS   4 MONTHS   5+ MONTHS      TOTAL   AGED
-----    -------    -------    --------   --------   --------   ---------      -----   ----
A/R     1,000.00   1,000.00      0.00       0.00       0.00        0.00     2,000.00   A/R
WIP     2,336.50     370.00    -790.00   3,927.00    -230.00      303.50    5,917.00   WIP

YTD WORK    BUDGET      ACTUAL      VARIANCE    %BUDGET     LAST      DATE        AMOUNT TYPE
--------    ------      ------      --------    -------     ----      ----        ------ ----
HOURS         0.00      104.80      -104.80      0.00%     BILLED  12/01/15     1,000.00  PRG
DOLLARS       0.00   21,129.50   -21,129.50      0.00%    PAYMENT  08/31/15    12,250.00   SN

<-------------WORK-IN-PROCESS--------------->    NET WIP    ACCOUNTS    UNAPPLIED      TOTAL
 FEES/HOURS    EXPENSES    DB/CR    OFFSETS      SUBTOTAL   RECEIVABLE   RETAINER     EXPOSURE
 ----------    --------    -----    -------      --------   ----------   --------     --------
  26,967.00     200.00      0.00  -21,250.00     5,917.00    2,000.00       0.00      7,917.00
     133.30
                                                                                     NET WIP
SEE DETAIL? (Yes) (No)    APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final)  5,917.00

                                             WIP TO XFER:  _____

                                             WIP TO HOLD:  _____

                                            WIP TO CLEAR:  _____

                                           WRITE UP/DOWN:  _____

                                           AMOUNT TO BILL:  _____

                                    APPROVED BY:  _____  DATE:  _____
```

CONFIDENTIAL                          VOYNOW_024570

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                        SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                            VIVIAN
-------------------------------------------------------------------------------
                        * *  FEE & EXPENSE SUMMARIES  * *
```

| * CHARGEABLE FEES SUMMARY BY WORK CODE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| REVIEW ENGAGEMENT | 0.50 | 137.50 | 137.50 |
| BUSINESS TAX ENGAGEMENTS | 104.30 | 20,967.00 | 21,104.50 |
| INTERIM SERVICES | 25.00 | 4,900.00 | 26,004.50 |
| SPECIAL PROJECTS-MUST USE MEMO | 3.50 | 962.50 | 26,967.00 |
| SYSTEM GENERATED FEES | 0.00 | -21,250.00 | 5,717.00 |
| ** TOTAL | 133.30 | 5,717.00 | |

| * CHARGEABLE FEES SUMMARY BY STAFF | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| | 0.00 | -21,250.00 | -21,250.00 |
| 132 DOROTHEA BURCH | 0.10 | 5.00 | -21,245.00 |
| 136 DAVID KUMOR | 6.40 | 840.50 | -20,404.50 |
| 142 TIMOFEY S. KRAVETS | 5.00 | 600.00 | -19,804.50 |
| 144 PHILLIP L. SALEMNO JR | 2.10 | 294.00 | -19,510.50 |
| 146 BENJAMIN SIDOR | 2.30 | 187.00 | -19,323.50 |
| 147 DEANNA DOLE | 1.50 | 112.50 | -19,211.00 |
| 220 Temp User1 | 2.00 | 100.00 | -19,111.00 |
| 40  Shawn McCormack | 63.00 | 12,600.00 | -6,511.00 |
| 48  Kenneth Mann | 3.90 | 1,072.50 | -5,438.50 |
| 56  Hugh Whyte | 0.50 | 137.50 | -5,301.00 |
| 75  Bob Seibel | 26.30 | 5,463.00 | 162.00 |
| 83  Randall Franzen | 20.20 | 5,555.00 | 5,717.00 |
| ** TOTAL | 133.30 | 5,717.00 | |

| * CHARGEABLE FEES SUMMARY BY CTRL DATE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| 10/31/14 | 0.00 | -1,000.00 | -1,000.00 |
| 11/30/14 | 25.50 | 4,437.50 | 3,437.50 |
| 12/31/14 | 3.00 | -400.00 | 3,037.50 |
| 01/31/15 | 38.20 | 7,285.00 | 10,322.50 |
| 02/28/15 | 5.40 | -9,490.00 | 832.50 |
| 03/31/15 | 9.00 | 271.00 | 1,103.50 |
| 04/30/15 | 0.00 | -1,000.00 | 103.50 |
| 05/31/15 | 2.80 | -230.00 | -126.50 |
| 06/30/15 | 25.30 | 3,927.00 | 3,800.50 |
| 07/31/15 | 1.00 | -790.00 | 3,010.50 |
| 08/31/15 | 6.60 | 370.00 | 3,380.50 |
| 09/30/15 | 16.50 | 2,336.50 | 5,717.00 |
| ** TOTAL | 133.30 | 5,717.00 | |

CONFIDENTIAL                                              VOYNOW_024571

```
                    Voynow, Bayard, Whyte and Company, LLP              v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                       SORT ON CLIENT ID * SELECTED CLIENTS

5266  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                      VIVIAN
 CDATE    WDATE     WORK(CODE)   STAFF NAME     SID RATE     HRS      AMOUNT  SEQ# ACTION
---------------------------------------------------------------------------------------

                    * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

09/30/15 09/04/15  2 93 Hugh Whyte          56  275   0.50      137.50 100090 B H T:

           56  Hugh Whyte                          0.50      137.50

         REVIEW Partner Review                     0.50      137.50

01/31/15 01/17/15  5  1 Bob Seibel          75  200   1.00      200.00  73609 B H T:
                        Prepair for visit.

           75  Bob Seibel                          1.00      200.00

         BUSTAX Engagement Planning               1.00      200.00

01/31/15 01/06/15  5 21 Kenneth Mann        48  275   0.30       82.50  77012 B H T:
                        LIFO
01/31/15 01/09/15  5 21 Kenneth Mann        48  275   0.10       27.50  77034 B H T:
                        LIFO F/S

           48  Kenneth Mann                        0.40      110.00

         BUSTAX LIFO Computations                 0.40      110.00

08/31/15 08/21/15  5 61 DOROTHEA BURCH     132   50   0.10        5.00 102544 B H T:
                        log out and mail

          132  DOROTHEA BURCH                      0.10        5.00

03/31/15 03/03/15  5 61 DAVID KUMOR        136  140   0.90      126.00  77979 B H T:
                        EXTENSIONS
03/31/15 03/04/15  5 61 DAVID KUMOR        136  140   0.40       56.00  77985 B H T:
                        UPDATING EXTENSION
03/31/15 03/06/15  5 61 DAVID KUMOR        136  140   1.10      154.00  78027 B H T:
                        GOING OVER RETURN
03/31/15 03/11/15  5 61 DAVID KUMOR        136  140   0.30       42.00  79231 B H T:
                        E FILE EXT

          136  DAVID KUMOR                         2.70      378.00

09/30/15 09/02/15  5 61 PHILLIP L. SALEMNO J 144 140  1.90      266.00 100916 B H T:
09/30/15 09/03/15  5 61 PHILLIP L. SALEMNO J 144 140  0.20       28.00 100924 B H T:

          144  PHILLIP L. SALEMNO JR               2.10      294.00

06/30/15 06/23/15  5 61 BENJAMIN SIDOR     146   90   0.20       18.00  92729 B H T:
06/30/15 06/25/15  5 61 BENJAMIN SIDOR     146   90   0.10        9.00  92732 B H T:
                        3115 corrections

          146  BENJAMIN SIDOR                      0.30       27.00

         BUSTAX Federal Tax Return Prep           5.20      704.00

12/31/14 12/03/14  5 67 Bob Seibel          75  200   1.00      200.00  67789 B H T:  *TPR*
                        Research on Tangible property regs.

           75  Bob Seibel                          1.00      200.00
---------------------------------------------------------------------------------------
06 Oct 2015 15:59              DWIP SORT ON CLIENT ID    5266  /      PAGE: 69
```

CONFIDENTIAL

VOYNOW_024572

```
                        Voynow, Bayard, Whyte and Company, LLP                    v.7.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                        SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                               VIVIAN
 CDATE    WDATE    WORK(CODE)   STAFF NAME    SID RATE    HRS     AMOUNT   SEQ# ACTION
-----------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/        * *


        BUSTAX Tax Research/Investigat           1.00      200.00

11/30/14 11/24/14  5 68 Shawn McCormack     40  200   4.00     800.00  66427 B H T:
                        Rode with Randy to Queens and worked on tax
                        planning until 7
11/30/14 11/25/14  5 68 Shawn McCormack     40  200  10.00    2,000.00  66428 B H T:
11/30/14 11/26/14  5 68 Shawn McCormack     40  200   7.00    1,400.00  66429 B H T:

        40   Shawn McCormack                     21.00    4,200.00

12/31/14 12/02/14  5 68 Bob Seibel          75  200   1.00     200.00  67782 B H T:
                        Follow up from visit.

        75   Bob Seibel                           1.00     200.00

     BUSTAX Tax Planning                         22.00    4,400.00

03/31/15 03/03/15  5 69 BENJAMIN SIDOR     146   80   2.00     160.00  78104 B H T:

        146 BENJAMIN SIDOR                        2.00     160.00

01/31/15 01/19/15  5 69 Shawn McCormack     40  200  10.00    2,000.00  71936 B H T:
01/31/15 01/20/15  5 69 Shawn McCormack     40  200  10.00    2,000.00  71937 B H T:
01/31/15 01/21/15  5 69 Shawn McCormack     40  200   6.00    1,200.00  71938 B H T:

        40   Shawn McCormack                     26.00    5,200.00

12/31/14 12/23/14  5 69 Bob Seibel          75  200   1.00     200.00  70242 B H T:
                        Go over depreciation schedules.
01/31/15 01/05/15  5 69 Bob Seibel          75  200   1.00     200.00  73570 B H T:
                        Go over 3115 info.
01/31/15 01/24/15  5 69 Bob Seibel          75  200   1.00     200.00  73632 B H T:
                        Follow up from visit.
02/28/15 02/02/15  5 69 Bob Seibel          75  210   1.00     210.00  78910 B H T:
                        Follow up.
03/31/15 03/04/15  5 69 Bob Seibel          75  210   0.30      63.00  79045 B H T:
                        Extension
03/31/15 03/12/15  5 69 Bob Seibel          75  210   0.50     105.00  79371 B H T:
                        go over with RF
03/31/15 03/25/15  5 69 Bob Seibel          75  210   1.00     210.00  84893 B H T:
                        Find info for vivian and go through 2009, 2010,
                        2011, 2012 info.
03/31/15 03/27/15  5 69 Bob Seibel          75  210   0.50     105.00  84920 B H T:
                        Find & e-mail 2010 financial statement.
07/31/15 07/13/15  5 69 Bob Seibel          75  210   1.00     210.00  97453 B H T:
                        Cost seg - go over info for Vivian & ETS engineer
                        for Nissan
08/31/15 08/20/15  5 69 Bob Seibel          75  210   1.00     210.00 102593 B H T:
                        Trade discount - delivery assistance/holdback
                        issue.
08/31/15 08/24/15  5 69 Bob Seibel          75  210   1.00     210.00 102684 B H T:
                        Lifo & Trade discount issues.
08/31/15 08/25/15  5 69 Bob Seibel          75  210   0.50     105.00 102669 B H T:
                        Trade discount/Lifo Issue.

-----------------------------------------------------------------------------------------
06 Oct 2015 15:59              DWIP SORT ON CLIENT ID    5266  /        PAGE: 70
```

CONFIDENTIAL

VOYNOW_024573

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                          SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                       VIVIAN
CDATE     WDATE     WORK(CODE)   STAFF NAME      SID RATE   HRS      AMOUNT   SEQ# ACTION
--------------------------------------------------------------------------------------
                   * *   CHARGEABLE FEES  BY CODES/STAFF/      * *

08/31/15 08/27/15   5 69 Bob Seibel        75   210   2.00      420.00 102692 B H T:
                   Fix Lifo and go through trial & make adjustments.
08/31/15 08/28/15   5 69 Bob Seibel        75   210   2.00      420.00 102699 B H T:
                   3115
09/30/15 08/31/15   5 69 Bob Seibel        75   210   2.00      420.00 102926 B H T:
                   COST SEG
09/30/15 09/01/15   5 69 Bob Seibel        75   210   2.00      420.00 102939 B H T:
                   Tie out cost seg
09/30/15 09/02/15   5 69 Bob Seibel        75   210   1.50      315.00 102945 B H T:
                   tax return
09/30/15 09/03/15   5 69 Bob Seibel        75   210   1.00      210.00 102957 B H T:
                   tax return
09/30/15 09/10/15   5 69 Bob Seibel        75   210   2.00      420.00 103072 B H T:
                   3115's and in for processing.
09/30/15 09/11/15   5 69 Bob Seibel        75   210   0.50      105.00 103085 B H T:
                   out
09/30/15 09/14/15   5 69 Bob Seibel        75   210   0.50      105.00 104292 B H T:
                   Q

             75  Bob Seibel                       23.30    4,863.00

11/30/14 11/25/14   5 69 Randall Franzen   83   275   4.50    1,237.50  66935 B H T:
                   go to NY and do tax planning
01/31/15 01/19/15   5 69 Randall Franzen   83   275   8.50    2,337.50  73637 B H T:
                   go to dealership in NY and do the year end
02/28/15 02/05/15   5 69 Randall Franzen   83   275   1.00      275.00  75562 B H T:
                   get depn sch for Bill McKeon
09/30/15 09/03/15   5 69 Randall Franzen   83   275   2.20      605.00 101492 B H T:
                   go over workpapers and tax return

             83  Randall Franzen                  16.20    4,455.00

         BUSTAX Year End Tax Work                 67.50   14,678.00

03/31/15 02/27/15   5 90 DAVID KUMOR       136  125   2.00      250.00  76468 B H T:
                   ADJUSTING ENTRIES
                   UNICAP
                   LIFO

            136  DAVID KUMOR                        2.00      250.00

02/28/15 01/29/15   5 90 Temp User1        220   50   2.00      100.00  73227 B H T:

            220  Temp User1                         2.00      100.00

         BUSTAX Trial Balance Data Inpu             4.00      350.00

09/30/15 09/04/15   5 97 DEANNA DOLE       147   75   1.50      112.50 100018 B H T:

            147  DEANNA DOLE                         1.50      112.50

         BUSTAX Math/Proof Report/Retur             1.50      112.50

01/31/15 01/24/15   5 99 DAVID KUMOR       136  125   0.30       37.50  71934 B H T:
                   PUTTING TOGETHE TRIAL TO BE ENTERED
--------------------------------------------------------------------------------------
06 Oct 2015 15:59                DWIP SORT ON CLIENT ID    5266  /        PAGE: 71
```

CONFIDENTIAL                                    VOYNOW_024574

Voynow, Bayard, Whyte and Company, LLP                         v.7.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                 VIVIAN
CDATE    WDATE     WORK(CODE)  STAFF NAME      SID RATE    HRS      AMOUNT    SEQ# ACTION
-------------------------------------------------------------------------------------

                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

02/28/15 01/31/15   5 99 DAVID KUMOR        136 125    0.60        75.00  73199 B H T:
                    GOING OVER TRIAL
02/28/15 02/05/15   5 99 DAVID KUMOR        136 125    0.80       100.00  74089 B H T:
                    PUTTING WORKPAPERS TOGETHER

            136 DAVID KUMOR                          1.70       212.50

        BUSTAX Report Typing                         1.70       212.50

06/30/15 06/10/15   6 13 Shawn McCormack     40 200    8.00     1,600.00  93264 B H T:
06/30/15 06/11/15   6 13 Shawn McCormack     40 200    8.00     1,600.00  93265 B H T:

            40  Shawn McCormack                     16.00     3,200.00

06/30/15 06/11/15   6 13 Randall Franzen     83 275    4.00     1,100.00  93827 B H T:
                    go to star for an interim visit

            83  Randall Franzen                      4.00     1,100.00

        INTSER Rev. Ledger & Schedules              20.00     4,300.00

06/30/15 06/11/15   6 20 TIMOFEY S. KRAVETS  142 120    5.00       600.00  91722 B H T:
                    interim service

            142 TIMOFEY S. KRAVETS                    5.00       600.00

        INTSER Service Dept Analysis                  5.00       600.00

05/31/15 05/11/15   8 32 Kenneth Mann        48 275    2.80       770.00  93197 B H T:
                    letter for
09/30/15 09/03/15   8 32 Kenneth Mann        48 275    0.30        82.50 102808 B H T:
                    review 3115's
09/30/15 09/10/15   8 32 Kenneth Mann        48 275    0.40       110.00 103037 B H T:
                    review 3115's

            48  Kenneth Mann                          3.50       962.50

        Other Special Projects(detail)                3.50       962.50

        * * TOTAL FEES                      133.30    26,967.00

                    * *  CHARGEABLE EXPENSES  * *

01/31/15 01/21/15  10  3 Randall Franzen     83                   200.00  73643 B H T:
                    donuts 60 +60 +80

            83  Randall Franzen                                  200.00

        SUPPER MONEY 6167                                        200.00

        * * TOTAL EXPENSES                                       200.00

-------------------------------------------------------------------------------------
06 Oct 2015 15:59                 DWIP SORT ON CLIENT ID   5266  /        PAGE: 72

CONFIDENTIAL                                              VOYNOW_024575

```
                    Voynow, Bayard, Whyte and Company, LLP                v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                        SORT ON CLIENT ID * SELECTED CLIENTS

5266  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                        VIVIAN
CDATE     WDATE     WORK(CODE)   STAFF NAME     SID RATE     HRS       AMOUNT   SEQ# ACTION
----------------------------------------------------------------------------------------
                         * * *   DEBITS/CREDITS  * * *


                      * *   DEBITS & CREDITS   * *

10/31/14 10/31/14 99  3                                  -1,000.00  44636 B H T:
11/30/14 11/30/14 99  3                                  -1,000.00  51522 B H T:
12/31/14 09/30/14 99  3                                  -1,000.00  54092 B H T:
01/31/15 01/31/15 99  3                                  -1,000.00  66035 B H T:
02/28/15 02/28/15 99  3                                  -1,000.00  66618 B H T:
02/28/15 02/28/15 99  3                                  -9,250.00  75377 B H T:
03/31/15 03/31/15 99  3                                  -1,000.00  68145 B H T:
04/30/15 04/30/15 99  3                                  -1,000.00  72472 B H T:
05/31/15 05/31/15 99  3                                  -1,000.00  75465 B H T:
06/30/15 06/30/15 99  3                                  -1,000.00  76011 B H T:
07/31/15 07/31/15 99  3                                  -1,000.00  86199 B H T:
08/31/15 08/31/15 99  3                                  -1,000.00  86945 B H T:
09/30/15 09/30/15 99  3                                  -1,000.00  88904 B H T:


          * * TOTAL PROGRESS BILLS AND OTHER CREDITS        -21,250.00


         FEES     EXPENSES    SUB-TOTAL      DB/CR    SUB-TOTAL     OFFSETS      NET WIP
      ----------  ----------  ----------  ----------  ----------  ----------   ----------
      26,967.00      200.00   27,167.00        0.00   27,167.00  -21,250.00     5,917.00
                                                                              ==========
```

```
----------------------------------------------------------------------------------------
06 Oct 2015 15:59                      DWIP SORT ON CLIENT ID    5266  /       PAGE: 73
```

CONFIDENTIAL                                            VOYNOW_024576

(1) Today's date                                              (1)    9.30.15
(2) Name of individual requesting this billing               (2)    RPS
(3) Client Name                                              (3)    STAR NISSAN
(4) Client # / File #                                        (4)       5266
(5) This billing is for work done from Month Ending         (5a)                  , 200
         through the Month Ending                           (5b)   9.30.15        , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on compliance with the Final Tangible Property Regulations
issued by the Internal Revenue Service including:  Review of depreciation schedules and
underlying construction and NYC real estate tax documents.  Gather and send
information to Engineering Tax Services for cost segregation study and review of ETS
projection and price quote.  Review of cost segregation study completed by ETS and
reconcile to Depreciation Schedule and General Ledger and record Section 481A adjustment.
Review depreciation schedule to determine retired assets and remove from depreciation
schedule and general ledger and determine associated Section 481A adjustment.
Review of IRS form 3115 prepared by ETS for change in accounting method
number 7.  Preparation of IRS forms 3115 for changes in accounting method
numbers 21, 184, 186, 187, 192, 205, and 206 and ancillary current year tax elections
required to comply with the Final Tangible Property Regulations.

                                 Amount Due          7,150.00

If this is a zero bill (to clear out W.I.P.)  Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  (FINAL)              W.I.P.

                                TOTAL W.I.P. :
DATE BILLED:                    W.I.P. TO TRANSFER:
BILLED THROUGH
CLIENT # / FILE #               W.I.P. TO HOLD:
                                W.I.P. TO CLEAR:
CLIENT NAME:                    WRITE UP /( DOWN):
BILL # :
DATE KEYPUNCHED:                                         BILL
                         TOTAL AMOUNT BILLABLE:
         LESS RETAINERS AND OR PROGRESS BILLING:
                             AMOUNT OF BILL:

CONFIDENTIAL

VOYNOW_024577



CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2015

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                      Client #: 5266/
ATTN: VIVIAN                           Invoice: 23555

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON COMPLIANCE
WITH THE FINAL TANGIBLE PROPERTY REGULATIONS
ISSUED BY THE INTERNAL REVENUE SERVICE INCLUDING:
REVIEW OF DEPRECIATION SCHEDULES AND UNDERLYING
CONSTRUCTION, PURCHASE AND NYC REAL ESTATE
TAX DOCUMENTS.  GATHER AND SEND INFORMATION
TO ENGINEERING TAX SERVICES FOR COST SEGREGATION
STUDY AND REVIEW OF ETS PROJECTION AND PRICE
QUOTE.  REVIEW OF COST SEGREGATION STUDY COMPLETED
BY ETS AND RECONCILE TO DEPRECIATION SCHEDULE AND
GENERAL LEDGER AND RECORD SECTION 481A ADJUSTMENT.
REVIEW DEPRECIATION SCHEDULE TO DETERMINE RETIRED
ASSETS AND REMOVE FROM DEPRECIATION SCHEDULE AND
GENERAL LEDGER AND DETERMINE ASSOCIATED SECTION
481A ADJUSTMENT.  REVIEW OF IRS FORMS 3115
PREPARED BY ETS FOR CHANGES IN ACCOUNTING
METHOD NUMBER 7. PREPARATION OF IRS
FORMS 3115 FOR CHANGE IN ACCOUNTING METHOD NUMBERS
21, 184, 186, 187, 192, 205 AND 206 AND ANCILLARY
CURRENT YEAR TAX ELECTIONS REQUIRED TO COMPLY
WITH THE FINAL TANGIBLE PROPERTY REGULATIONS

                    AMOUNT DUE              $ 7,150.00

CONFIDENTIAL                                  VOYNOW_024579

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2015

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                         Client #: 5266/
ATTN: VIVIAN                              Invoice: 23555

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON COMPLIANCE
WITH THE FINAL TANGIBLE PROPERTY REGULATIONS
ISSUED BY THE INTERNAL REVENUE SERVICE INCLUDING:
REVIEW OF DEPRECIATION SCHEDULES AND UNDERLYING
CONSTRUCTION, PURCHASE AND NYC REAL ESTATE
TAX DOCUMENTS.  GATHER AND SEND INFORMATION
TO ENGINEERING TAX SERVICES FOR COST SEGREGATION
STUDY AND REVIEW OF ETS PROJECTION AND PRICE
QUOTE.  REVIEW OF COST SEGREGATION STUDY COMPLETED
BY ETS AND RECONCILE TO DEPRECIATION SCHEDULE AND
GENERAL LEDGER AND RECORD SECTION 481A ADJUSTMENT.
REVIEW OF IRS FORMS ~~315~~ PREPARED BY ETS AND CHANGES
IN ACCOUNTING METHOD NUMBER 7. PREPARATION OF IRS
FORMS 3115 FOR CHANGE IN ACCOUNTING METHOD NUMBERS
21, 184, 186, 187, 192, 205 AND 206 AND ANCILLARY
CURRENT YEAR TAX ELECTIONS REQUIRED TO COMPLY
WITH THE FINAL TANGIBLE PROPERTY REGULATIONS

*3115*            AMOUNT DUE            $ 7,150.00

*Review depreciation schedule to determine retired
assets and remove from depreciation schedule and
general ledger and determine associated section
481 A Adjustment.*

CONFIDENTIAL                              VOYNOW_024580

# VOYNOW BAYARD CO
# WIP

(1) Today's date      (1) 2.6.15

(2) Name of individual requesting this billing      (2) RANDY

(3) Client Name      (3) STAR NISSAN

(4) Client # / File #      (4)     5266

(5) This billing is for work done from Month Ending      (5a)        , 200

through the Month Ending      (5b 1.31.15     , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2014 closing of the books

preparation of Federal , State and city

corporate tax returns.

PREPARATION OF New Tangible property rules

*Progress charge for application*

**Accountant**

Amount Due     9,250.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)     W.I.P.

**LAST YEAR BILL:**   7,900     TOTAL W.I.P.:

DATE BILLED:     W.I.P. TO TRANSFER:

BILLED THROUGH
CLIENT # / FILE #     W.I.P. TO HOLD:

    W.I.P. TO CLEAR:

CLIENT NAME:     WRITE UP / DOWN:

BILL # : 2308

DATE KEYPUNCHED:     BILL

TOTAL AMOUNT BILLABLE:     9,250.00

LESS RETAINERS AND OR PROGRESS BILLING:

AMOUNT OF BILL:     9,250.00

# Voynow, Bayard, Whyte and Company, LLP

### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

February 9, 2015

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                    Client #: 5266/
ATTN: VIVIAN                         Invoice: 23438

PROFESSIONAL SERVICES:

PROGRESS BILLING FOR WORK COMPLETED ON
THE DECEMBER 31, 2014 CLOSING OF THE
BOOKS, PREPARATION OF FEDERAL, STATE
AND CITY CORPORATE TAX RETURNS AND
PROGRESS CHARGE FOR APPLICATION OF
NEW TANGIBLE PROPERTY RULES

PROGRESS AMOUNT DUE    $ 9,250.00

(1) Today's date     (1)    9.24.14

(2) Name of individual requesting this billing     (2)    RPS

(3) Client Name     (3)    STAR NISSAN

(4) Client # / File #     (4)    5266

(5) This billing is for work done from Month Ending     (5a)    _____ , 200 ___

     through the Month Ending     (5b)    9.24.14 , 200 ___

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

   Accounting Services as Requested:

   Final billing for work completed on December 31, 2013

   closing of the books, preparation of tax work papers,

   preparation of federal, state, and city Corp. tax returns.

                         **Amount Due**      3,940.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  **(FINAL)**      W.I.P.

                  TOTAL W.I.P.: _____

DATE BILLED: _____    W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #           W.I.P. TO HOLD: _____
:

CLIENT NAME: _____    W.I.P. TO CLEAR: _____

BILL # : 23079      WRITE UP /( DOWN): _____

DATE KEYPUNCHED: _____          BILL

          TOTAL AMOUNT BILLABLE: _____

     LESS RETAINERS AND OR PROGRESS BILLING: _____

              AMOUNT OF BILL: _____

CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP
### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

September 30, 2014


STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                          Client #: 5266/
ATTN: VIVIAN                               Invoice: 23079


PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2013 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS AND
PREPARATION OF FEDERAL, STATE AND CITY
CORPORATE TAX RETURNS

                    AMOUNT DUE          $ 3,940.00


CONFIDENTIAL                                    VOYNOW_024584

```
                    Voynow, Bayard, Whyte and Company, LLP              v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                         SORT ON CLIENT ID * SELECTED CLIENTS

  5266  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
  STAR NISSAN INC./                              VIVIAN
  <------------MOST RECENT 12 MONTHS----------->   <-------------PRIOR 12 MONTHS-------------->
  MON-YR    BILLS   WRT U/D   WRTOFFS     CASH    MON-YR    BILLS   WRT U/D   WRTOFFS      CASH
  -------   -----   -------   -------   -------   -------   -----   -------   -------   -------
  OCT-13    1,000        0         0    18,750    OCT-12    1,000        0         0          0
  NOV-13    1,000        0         0         0    NOV-12    1,000        0         0     18,825
  DEC-13    1,000        0         0    10,740    DEC-12    1,000        0         0          0
  JAN-14    1,000        0         0         0    JAN-13    1,000        0         0          0
  FEB-14    8,900        0         0         0    FEB-13    1,000        0         0          0
  MAR-14    1,000        0         0     3,000    MAR-13    8,750        0         0          0
  APR-14    1,000        0         0     2,000    APR-13    1,000        0         0          0
  MAY-14    1,000        0         0         0    MAY-13    1,000        0         0          0
  JUN-14    1,000        0         0         0    JUN-13    1,000        0         0          0
  JUL-14    1,000        0         0         0    JUL-13    1,000        0         0          0
  AUG-14    1,000        0         0         0    AUG-13    1,000        0         0          0
  SEP-14    1,000        0         0     3,000    SEP-13   12,740   -17,256         0          0
  -------   -----   -------   -------   -------   -------   -----   -------   -------   -------
  TOTAL    19,900        0         0    37,490    TOTAL    31,490   -17,256         0     18,825

  YTD      16,900        0         0     8,000    PYTD     28,490   -17,256         0          0


  AGED      CURRENT    1 MONTH   2 MONTHS   3 MONTHS   4 MONTHS   5+ MONTHS      TOTAL   AGED
  ----     --------   --------  ---------  ---------  ---------  ---------   --------   -----
  A/R      1,000.00   1,000.00       0.00       0.00       0.00   7,900.00   9,900.00   A/R
  WIP     -1,000.00   2,677.50   8,281.98    -900.00  -1,000.00   9,248.16  17,307.64   WIP

  YTD WORK    BUDGET      ACTUAL    VARIANCE   %BUDGET    LAST      DATE       AMOUNT  TYPE
  --------    ------      ------    --------   -------    ----      ----       ------  ----
  HOURS         0.00      167.10    -167.10     0.00%   BILLED  12/01/14     1,000.00  PRG
  DOLLARS       0.00   26,357.64 -26,357.64     0.00%   PAYMENT 09/18/14     3,000.00  SN

  <--------------WORK-IN-PROCESS--------------->   NET WIP   ACCOUNTS    UNAPPLIED     TOTAL
         FEES   EXPENSES    DB/CR    OFFSETS     SUBTOTAL  RECEIVABLE    RETAINER   EXPOSURE
      --------  --------  -------  ----------   --------  ----------   --------   --------
     35,873.00  1,334.64     0.00  -19,900.00   17,307.64   9,900.00        0.00  27,207.64

                                                                              NET WIP
  SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final)  17,307.64

                                                       WIP TO XFER:  _____

                                                       WIP TO HOLD:  _____

                                                      WIP TO CLEAR:  _____

                                                     WRITE UP/DOWN:  _____

                                                    AMOUNT TO BILL:  _____

                                              APPROVED BY:  _____  DATE:  _____


  ---------------------------------------------------------------------------------
  26 Sep 2014 09:28              DWIP SORT ON CLIENT ID    5266 /      PAGE: 57
```

CONFIDENTIAL

VOYNOW_024585

```
                      Voynow, Bayard, Whyte and Company, LLP               v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                          SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                VIVIAN
--------------------------------------------------------------------------------
                     * *  FEE & EXPENSE SUMMARIES  * *
* CHARGEABLE FEES SUMMARY BY WORK CODE    HOURS      AMOUNT        TOTAL
REVIEW ENGAGEMENT                          1.00      275.00       275.00
BUSINESS TAX ENGAGEMENTS                 166.00   25,557.00    25,832.00
INTERIM SERVICES                          74.30    9,996.00    35,828.00
PERSONAL TAX RETURN SERVICES               0.90       45.00    35,873.00
SYSTEM GENERATED FEES                      0.00  -19,900.00    15,973.00
                                       --------   -----------
            ** TOTAL                      242.20   15,973.00


* CHARGEABLE FEES SUMMARY BY STAFF        HOURS      AMOUNT        TOTAL
                                           0.00  -19,900.00   -19,900.00
118 ROBERT KIRKHOPE                       16.00    2,720.00   -17,180.00
132 DOROTHEA BURCH                         1.20       60.00   -17,120.00
135 VINCENT BUCOLO                        64.60    7,012.50   -10,107.50
136 DAVID KUMOR                           51.80    5,884.00    -4,223.50
138 MIKE CORRIGAN                          4.00      310.00    -3,913.50
139 KAITLYN M. METZ                        0.90       45.00    -3,868.50
142 TIMOFEY S. KRAVETS                    23.50    2,348.00    -1,520.50
40  Shawn McCormack                       44.50    8,760.00     7,239.50
48  Kenneth Mann                           0.60      165.00     7,404.50
56  Hugh Whyte                             1.00      275.00     7,679.50
63  Betteann Norris                        0.20       16.00     7,695.50
75  Bob Seibel                            12.00    2,370.00    10,065.50
83  Randall Franzen                       21.90    5,907.50    15,973.00
                                       --------   -----------
            ** TOTAL                      242.20   15,973.00


* CHARGEABLE FEES SUMMARY BY CTRL DATE    HOURS      AMOUNT        TOTAL
                    10/31/13              0.30     -970.00      -970.00
                    11/30/13              1.00     -810.00    -1,780.00
                    12/31/13             73.80    9,630.00     7,850.00
                    01/31/14             14.00      810.00     8,660.00
                    02/28/14             55.70      474.50     9,134.50
                    03/31/14              5.80     -149.00     8,985.50
                    04/30/14              0.00   -1,000.00     7,985.50
                    05/31/14              0.00   -1,000.00     6,985.50
                    06/30/14              0.50     -900.00     6,085.50
                    07/31/14             66.60    8,210.00    14,295.50
                    08/31/14             24.50    2,677.50    16,973.00
                    09/30/14              0.00   -1,000.00    15,973.00
                                       --------   -----------
            ** TOTAL                      242.20   15,973.00




--------------------------------------------------------------------------------
26 Sep 2014 09:28            DWIP SORT ON CLIENT ID    5266  /      PAGE: 58
```

CONFIDENTIAL

VOYNOW_024586

Voynow, Bayard, Whyte and Company, LLP                    v.7.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
SORT ON CLIENT ID * SELECTED CLIENTS

5266  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS       AMOUNT   SEQ#  ACTION
---------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/        * *

08/31/14 08/06/14   2 93 Hugh Whyte         56   275    1.00      275.00  52603 B H T:

         56  Hugh Whyte                             1.00      275.00

         REVIEW Partner Review                      1.00      275.00

01/31/14 01/02/14   5 21 KAITLYN M. METZ    139   50    0.70      35.00  21045 B H T:
                    LIFO RESERVE ADJUSTMENT
01/31/14 01/03/14   5 21 KAITLYN M. METZ    139   50    0.20      10.00  21053 B H T:
                    LIFO RESERVE

         139 KAITLYN M. METZ                         0.90      45.00

01/31/14 01/02/14   5 21 Kenneth Mann        48  275    0.20      55.00  26301 B H T:
                    Lifo supervise Kaitlyn
01/31/14 01/06/14   5 21 Kenneth Mann        48  275    0.20      55.00  26335 B H T:
                    Lifo
01/31/14 01/10/14   5 21 Kenneth Mann        48  275    0.20      55.00  26371 B H T:
                    lifo f/s

         48   Kenneth Mann                           0.60     165.00

         BUSTAX LIFO Computations                    1.50     210.00

10/31/13 10/23/13   5 60 VINCENT BUCOLO     135  100    0.30      30.00  12115 B H T:
                    debbie phone calle

         135 VINCENT BUCOLO                          0.30      30.00

03/31/14 03/03/14   5 60 DAVID KUMOR        136  110    0.60      66.00  29005 B H T:
                    EXTENSIONS
03/31/14 03/05/14   5 60 DAVID KUMOR        136  110    0.90      99.00  28998 B H T:
                    GOING OVER EXTENSIONS WITH BOBBY
03/31/14 03/10/14   5 60 DAVID KUMOR        136  110    0.10      11.00  29546 B H T:
                    PUTTING IN FOR E-FILE

         136 DAVID KUMOR                             1.60     176.00

03/31/14 02/26/14   5 60 TIMOFEY S. KRAVETS 142   80    0.10       8.00  27912 B H T:
                    Prepared extensions in gosystems. Updated log and
                    filed out control page

         142 TIMOFEY S. KRAVETS                      0.10       8.00

         BUSTAX Income Tax Project & Ex              2.00     214.00

08/31/14 08/13/14   5 61 DOROTHEA BURCH     132   50    0.30      15.00  52338 B H T:
                    process

         132 DOROTHEA BURCH                          0.30      15.00

08/31/14 07/29/14   5 61 VINCENT BUCOLO     135  125    0.80     100.00  51152 B H T:
                    FED RETURN
08/31/14 07/30/14   5 61 VINCENT BUCOLO     135  125    0.70      87.50  51160 B H T:
                    rerunning return for RPS changes

---------------------------------------------------------------------------------------
26 Sep 2014 09:28              DWIP SORT ON CLIENT ID    5266  /         PAGE: 59

CONFIDENTIAL                                        VOYNOW_024587

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                        SORT ON CLIENT ID * SELECTED CLIENTS

5266 /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                    VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE    HRS      AMOUNT   SEQ# ACTION
------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

           135 VINCENT BUCOLO                         1.50      187.50

03/31/14 03/04/14  5 61 DAVID KUMOR         136 110   1.20      132.00  28996 B H T:
                        LIFO CALCULATIONS
                        ADJUSTING ENTRIES
08/31/14 08/04/14  5 61 DAVID KUMOR         136 125   1.50      187.50  52080 B H T:
                        UPDATING RETURN

           136 DAVID KUMOR                            2.70      319.50

       BUSTAX  Federal Tax Return Prep              4.50      522.30

08/31/14 07/30/14  5 62 VINCENT BUCOLO      135 125   1.00      125.00  51153 B H T:
                        NYS, NYC & EFILE DIAGNOSTICS

           135 VINCENT BUCOLO                         1.00      125.00

       BUSTAX  State Tax Return Prep                1.00      125.00

12/31/13 11/25/13  5 68 ROBERT KIRKHOPE     118 170   8.00    1,360.00  17496 B H T:
                        tax planning
12/31/13 11/26/13  5 68 ROBERT KIRKHOPE     118 170   8.00    1,360.00  17497 B H T:
                        tax planning

           118 ROBERT KIRKHOPE                       16.00    2,720.00

12/31/13 11/25/13  5 68 VINCENT BUCOLO      135 100   8.00      800.00  16520 B H T:
12/31/13 11/26/13  5 68 VINCENT BUCOLO      135 100   8.00      800.00  16521 B H T:
12/31/13 11/27/13  5 68 VINCENT BUCOLO      135 100   0.20       20.00  16532 B H T:

           135 VINCENT BUCOLO                        16.20    1,620.00

12/31/13 11/25/13  5 68 DAVID KUMOR         136 100  10.00    1,000.00  16534 B H T:
                        TAX PLANNING!!
12/31/13 11/26/13  5 68 DAVID KUMOR         136 100  11.00    1,100.00  16535 B H T:
                        TAX PLANNING!!!

           136 DAVID KUMOR                           21.00    2,100.00

12/31/13 11/25/13  5 68 Shawn McCormack      40 190   7.00    1,330.00  17376 B H T:
12/31/13 11/26/13  5 68 Shawn McCormack      40 190   7.00    1,330.00  17377 B H T:

            40  Shawn McCormack                      14.00    2,660.00

11/30/13 11/22/13  5 68 Bob Seibel           75 190   1.00      190.00  17364 B H T:
                        Prepair for visit.
12/31/13 11/27/13  5 68 Bob Seibel           75 190   2.00      380.00  17387 B H T:
                        Follow up from visit.

            75  Bob Seibel                            3.00      570.00

12/31/13 11/25/13  5 68 Randall Franzen      83 250   4.00    1,000.00  17670 B H T:
                        go to NY and do tax planning
12/31/13 12/20/13  5 68 Randall Franzen      83 250   0.60      150.00  21645 B H T:
------------------------------------------------------------------------------------
26 Sep 2014 09:28              DWIP SORT ON CLIENT ID    5266 /        PAGE: 60
```

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                          SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                      VIVIAN
CDATE    WDATE    WORK(CODE)   STAFF NAME    SID RATE   HRS      AMOUNT   SEQ#  ACTION
------------------------------------------------------------------------------------
                      * *  CHARGEABLE FEES  BY CODES/STAFF/    * *

                          calls form Vivian about payments on bonuses and
                          to double check year end


         83   Randall Franzen                          4.60    1,150.00

         BUSTAX Tax Planning                          74.80   10,820.00

01/31/14 01/21/14  5 69 VINCENT BUCOLO      135  100   9.00      900.00  23947 B H T:
02/28/14 01/27/14  5 69 VINCENT BUCOLO      135  100  11.00    1,100.00  24035 B H T:
02/28/14 01/28/14  5 69 VINCENT BUCOLO      135  100   6.00      600.00  24036 B H T:
08/31/14 07/29/14  5 69 VINCENT BUCOLO      135  125   1.20      150.00  51151 B H T:
                        FIXING YEAR END ITEMS FOR BOBBY, FIXED:
                        INVENTORIES, FIXED ASSETS, COGS, FIN INCOME,
                        OWNERS NOTES
08/31/14 07/30/14  5 69 VINCENT BUCOLO      135  125   0.20       25.00  51159 B H T:
                        RPS sent email for adjusting advertising, making
                        adjustments in CSA


        135  VINCENT BUCOLO                           27.40    2,775.00

01/31/14 01/03/14  5 69 Shawn McCormack      40  200   3.50      700.00  33032 B H T:
02/28/14 01/27/14  5 69 Shawn McCormack      40  200   9.00    1,800.00  33069 B H T:
02/28/14 01/28/14  5 69 Shawn McCormack      40  200   9.00    1,800.00  33070 B H T:
02/28/14 01/29/14  5 69 Shawn McCormack      40  200   9.00    1,800.00  33071 B H T:


         40   Shawn McCormack                          30.50    6,100.00

02/28/14 02/07/14  5 69 Bob Seibel           75  200   0.50      100.00  24889 B H T:
03/31/14 03/04/14  5 69 Bob Seibel           75  200   1.00      200.00  35146 B H T:
                        Extensions.
06/30/14 06/04/14  5 69 Bob Seibel           75  200   0.50      100.00  44374 B H T:
                        6/15 est.
07/31/14 07/25/14  5 69 Bob Seibel           75  200   1.50      300.00  51851 B H T:
                        Go over Trial & Tax codes.
08/31/14 07/29/14  5 69 Bob Seibel           75  200   1.50      300.00  51925 B H T:
                        Tax return.
08/31/14 07/31/14  5 69 Bob Seibel           75  200   1.00      200.00  51932 B H T:
                        Tax return.
08/31/14 08/04/14  5 69 Bob Seibel           75  200   1.00      200.00  52229 B H T:
                        Tax return.
08/31/14 08/11/14  5 69 Bob Seibel           75  200   1.00      200.00  52450 B H T:
                        Tax return


         75   Bob Seibel                               8.00    1,600.00

02/28/14 01/27/14  5 69 Randall Franzen      83  275   4.00    1,100.00  29329 B H T:
                        go dealership in NY and do the year end work
02/28/14 01/29/14  5 69 Randall Franzen      83  275   2.00      550.00  29334 B H T:
                        go dealership in NY and do the year end work
02/28/14 02/15/14  5 69 Randall Franzen      83  275   0.50      137.50  30921 B H T:
                        go over qurstion for the year end and waht we
                        need to do for estimating numbers for the year
                        taxes
03/31/14 03/28/14  5 69 Randall Franzen      83  275   0.80      220.00  33273 B H T:
                        go over some of John tax returns

------------------------------------------------------------------------------------
26 Sep 2014 09:28              DWIP SORT ON CLIENT ID    5266  /          PAGE: 61
```

Voynow, Bayard, Whyte and Company, LLP                    v.7.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
SORT ON CLIENT ID * SELECTED CLIENTS

5266 /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                               VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS    AMOUNT   SEQ#  ACTION
-------------------------------------------------------------------------------------
                      * *  CHARGEABLE FEES  BY CODES/STAFF/    * *

08/31/14 08/12/14  5 69 Randall Franzen    83   275   2.00    550.00  53131 B H T:
                        go over wrokpapers and tax return

           83   Randall Franzen                     9.30   2,557.50

        BUSTAX Year End Tax Work                    75.20  13,032.50

02/28/14 02/01/14  5 90 DAVID KUMOR       136  110   0.30     33.00  24583 B H T:
                        LOOKING OVER TRAIL AND MAKING ADJUSTMENTS
02/28/14 02/04/14  5 90 DAVID KUMOR       136  110   0.40     44.00  24720 B H T:
                        GOING OVER TAX CODE REPORTS
03/31/14 03/05/14  5 90 DAVID KUMOR       136  110   0.90     99.00  29000 B H T:
                        UNICAP CALCULATIONS

          136 DAVID KUMOR                            1.60    176.00

02/28/14 01/31/14  5 90 MIKE CORRIGAN     138   75   2.00    150.00  23754 B H T:
                        Inputing Trial Balance and creating folder
02/28/14 02/03/14  5 90 MIKE CORRIGAN     138   80   1.00     80.00  24784 B H T:
                        Entered Trial Balance, made the neccessary
                        adjustments
02/28/14 02/04/14  5 90 MIKE CORRIGAN     138   80   1.00     80.00  24787 B H T:
                        Making corrections to trial balance

          138 MIKE CORRIGAN                          4.00    310.00

        BUSTAX Trial Balance Data Inpu               5.60    486.00

08/31/14 08/04/14  5 97 TIMOFEY S. KRAVETS 142  100  1.10    110.00  52140 B H T:

          142 TIMOFEY S. KRAVETS                     1.10    110.00

        BUSTAX Math/Proof Report/Retur               1.10    110.00

08/31/14 08/21/14  5 99 DAVID KUMOR       136  125   0.30     37.50  53165 B H T:
                        SETTING UP FOR E FILE

          136 DAVID KUMOR                            0.30     37.50

        BUSTAX Report Typing                         0.30     37.50

07/31/14 07/22/14  6  1 Bob Seibel         75  200   1.00    200.00  51854 B H T:
                        Prepair for visit.

           75  Bob Seibel                            1.00    200.00

        INTSER Interim Visit Planning                1.00    200.00

07/31/14 07/23/14  6 13 Randall Franzen    83   275   8.00  2,200.00  51643 B H T:
                        go to NY and do interim visit

           83  Randall Franzen                       8.00   2,200.00

        INTSER Rev. Ledger & Schedules               8.00   2,200.00

-------------------------------------------------------------------------------------
26 Sep 2014 09:28            DWIP SORT ON CLIENT ID   5266  /        PAGE: 62

CONFIDENTIAL                                    VOYNOW_024590

```
                        Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                          SORT ON CLIENT ID * SELECTED CLIENTS

    5266 /   GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
    STAR NISSAN INC./                                     VIVIAN
    CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS      AMOUNT   SEQ# ACTION
    -------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/    * *

    07/31/14 07/23/14  6 20 DAVID KUMOR        136 125   8.00    1,000.00  50308 B H T:
                           FUN TRIP!!
    07/31/14 07/24/14  6 20 DAVID KUMOR        136 125  10.00    1,250.00  50309 B H T:
                           FUN TRIP

               136 DAVID KUMOR                          18.00    2,250.00

    07/31/14 07/23/14  6 20 TIMOFEY S. KRAVETS 142 100   9.00      900.00  51109 B H T:
    07/31/14 07/24/14  6 20 TIMOFEY S. KRAVETS 142 100   9.00      900.00  51110 B H T:
    07/31/14 07/25/14  6 20 TIMOFEY S. KRAVETS 142 100   2.10      210.00  51107 B H T:

               142 TIMOFEY S. KRAVETS                   20.10    2,010.00

           INTSER Service Dept Analysis                 38.10    4,260.00

    07/31/14 07/23/14  6 60 VINCENT BUCOLO     135 125   9.00    1,125.00  51083 B H T:
    07/31/14 07/23/14  6 60 VINCENT BUCOLO     135 125   9.00    1,125.00  51084 B H T:

               135 VINCENT BUCOLO                       18.00    2,250.00

           INTSER Income Tax Project & Ex              18.00    2,250.00

    08/31/14 07/30/14  6 84 TIMOFEY S. KRAVETS 142 100   0.60       60.00  51276 B H T:
    08/31/14 07/31/14  6 84 TIMOFEY S. KRAVETS 142 100   1.60      160.00  51287 B H T:

               142 TIMOFEY S. KRAVETS                    2.20      220.00

    03/31/14 02/25/14  6 84 Betteann Norris     63  80   0.20       16.00  27986 B H T:
                           process eng letter and mailed out

               63  Betteann Norris                       0.20       16.00

           INTSER Letters to Client, Prep               2.40      236.00

    08/31/14 07/29/14  6 99 VINCENT BUCOLO     135 125   0.20       25.00  51147 B H T:

               135 VINCENT BUCOLO                        0.20       25.00

    08/31/14 07/28/14  6 99 DAVID KUMOR        136 125   4.00      500.00  51196 B H T:
                           TYPING LETTER
    08/31/14 07/31/14  6 99 DAVID KUMOR        136 125   1.60      200.00  51211 B H T:
                           GOING OVER LETTER
    08/31/14 08/07/14  6 99 DAVID KUMOR        136 125   1.00      125.00  52094 B H T:
                           GOING OVER LETTERS WITH RANDY

               136 DAVID KUMOR                           6.60      825.00

           INTSER Report Typing                          6.80      850.00

    08/31/14 08/14/14  7 85 DOROTHEA BURCH     132  50   0.50       25.00  52350 B H T:
                           scan to pdf, password protect Nissan, Toyota
                           Chrysler, Subaru, Fiat, Hyundai and Mitsubishi
                           2013 tax returns to
                           email to Chase Bank
    08/31/14 08/15/14  7 85 DOROTHEA BURCH     132  50   0.40       20.00  52318 B H T:
    -------------------------------------------------------------------------------------
    26 Sep 2014 09:28              DWIP SORT ON CLIENT ID   5266 /        PAGE: 63
```

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                          SORT ON CLIENT ID * SELECTED CLIENTS

  5266  /     GRP: STAR    PRG BILL FRM: IO CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
  STAR NISSAN INC./                                      VIVIAN
  CDATE     WDATE    WORK(CODE)   STAFF NAME    SID RATE    HRS     AMOUNT   SEQ#  ACTION
  -------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/    * *

                   set Naki Parki up on portal, scan and upload tax
                   douments and email

           132 DOROTHEA BURCH                         0.90      45.00

        PERSTX Photocopying Documents                 0.90      45.00

          * * TOTAL FEES                            242.20   35,873.00


                      * *  CHARGEABLE EXPENSES  * *

  07/31/14 07/23/14  1  1 Randall Franzen      83                65.00   51648 B H T:
                        donuts

              83  Randall Franzen                                65.00

         Miscellaneous Expense                                  65.00

  02/28/14 01/27/14 10  1 Shawn McCormack      40                 6.66   33076 B H T:

              40  Shawn McCormack                                 6.66

         MILEAGE 6160                                             6.66

  07/31/14 07/24/14 10  3 DAVID KUMOR         136                 6.98   50313 B H T:
                        DINNER

             136 DAVID KUMOR                                      6.98

         SUPPER MONEY 6167                                        6.98

  02/28/14 01/29/14 10  4 Randall Franzen      83             1,256.00   29337 B H T:
                        hotel andrew

              83  Randall Franzen                             1,256.00

         HOTELS AND TRAVEL 6160                              1,256.00


          * * TOTAL EXPENSES                                 1,334.64


                    * *   DEBITS & CREDITS   * *

  10/31/13 10/31/13 99  3                                    -1,000.00  996404 B H T:
  11/30/13 11/30/13 99  3                                    -1,000.00    4791 B H T:
  12/31/13 12/31/13 99  3                                    -1,000.00    4928 B H T:
  01/31/14 01/31/14 99  3                                    -1,000.00   14752 B H T:
  02/28/14 02/28/14 99  3                                    -1,000.00   14890 B H T:
  02/28/14 02/28/14 99  3                                    -7,900.00   25492 B H T:
  03/31/14 03/31/14 99  3                                    -1,000.00   16263 B H T:
  04/30/14 04/30/14 99  3                                    -1,000.00   19317 B H T:
  05/31/14 05/31/14 99  3                                    -1,000.00   19459 B H T:
  -------------------------------------------------------------------------------------
  26 Sep 2014 09:28               DWIP SORT ON CLIENT ID   5266  /        PAGE: 64
```

CONFIDENTIAL

VOYNOW_024592

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                         SORT ON CLIENT ID * SELECTED CLIENTS

    5266  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
    STAR NISSAN INC./                                   VIVIAN
    CDATE    WDATE     WORK(CODE)  STAFF NAME      SID RATE    HRS      AMOUNT   SEQ#  ACTION
    --------------------------------------------------------------------------------------
                             * * *   DEBITS/CREDITS  * * *

    06/30/14 06/30/14 99  3                                    -1,000.00  24204 B H T:
    07/31/14 07/31/14 99  3                                    -1,000.00  38356 B H T:
    08/31/14 08/31/14 99  3                                    -1,000.00  38500 B H T:
    09/30/14 09/30/14 99  3                                    -1,000.00  41275 B H T:


           * * TOTAL PROGRESS BILLS AND OTHER CREDITS       -19,900.00


             FEES      EXPENSES    SUB-TOTAL      DB/CR    SUB-TOTAL     OFFSETS     NET WIP
          ----------  ----------  ----------  ----------  ----------  ----------  ----------
          35,873.00    1,334.64   37,207.64        0.00   37,207.64  -19,900.00   17,307.64
                                                                                  ==========
```

CONFIDENTIAL

VOYNOW_024593

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.24.14 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR NISSAN |
| (4) Client # / File # | (4) | 5266 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.24.14 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due          3,390.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)          W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #          W.I.P. TO HOLD: _____
_____          W.I.P. TO CLEAR: _____

CLIENT NAME: _____          WRITE UP /( DOWN): _____

BILL # : 35516

DATE KEYPUNCHED: _____          BILL

TOTAL AMOUNT BILLABLE: _____
LESS RETAINERS AND OR PROGRESS BILLING: _____
AMOUNT OF BILL: _____

JK 1040

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2014

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                        Client #: 5266/
ATTN: VIVIAN                             Invoice: 23078

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

                    AMOUNT DUE          $ 3,390.00

CONFIDENTIAL                              VOYNOW_024595

# VOYNOW BAYARD CO
## WIP

(1) Today's date     (1) 2.6.14

(2) Name of individual requesting this billing     (2) RANDY

(3) Client Name     (3) STAR NISSAN

(4) Client # / File #     (4)    5266

(5) This billing is for work done from Month Ending     (5a) _____ , 200 ____

through the Month Ending     (5b) 1.31.14    , 200 ____

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2013 closing of the books

preparation of Federal , State and city

corporate tax returns.

**Accountant**

Amount Due     7,900.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)     W.I.P.

**LAST YEAR BILL:** 7,750     TOTAL W.I.P.: _____

DATE BILLED: _____     W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #
: _____     W.I.P. TO HOLD: _____

    W.I.P. TO CLEAR: _____

CLIENT NAME: _____     WRITE UP / DOWN: _____

BILL # : 22768

DATE KEYPUNCHED: _____     BILL

TOTAL AMOUNT BILLABLE: _____ 7,900.00

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____ 7,900.00

CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

February 6, 2014

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 22768

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED
ON THE DECEMBER 31, 2013 CLOSING OF
THE BOOKS AND PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS

AMOUNT DUE          $ 7,900.00

CONFIDENTIAL                    VOYNOW_024597

(1) Today's date      (1)   9.30.13

(2) Name of individual requesting this billing      (2)   RPS

(3) Client Name      (3)   STAR NISSAN

(4) Client # / File #      (4)   5266

(5) This billing is for work done from Month Ending      (5a)      , 200

through the Month Ending      (5b)   9.30.13   , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2012

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

Amount Due      3,890.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (**FINAL**)      W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____      W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #      W.I.P. TO HOLD: _____
: _____      W.I.P. TO CLEAR: _____

CLIENT NAME: _____      WRITE UP /( DOWN): _____

BILL #: 22443

DATE KEYPUNCHED: _____      BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2013

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                        Client #: 5266/
ATTN: VIVIAN                             Invoice: 22443

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2012 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS AND
PREPARATION OF FEDERAL, STATE AND CITY
CORPORATE TAX RETURNS

AMOUNT DUE          $ 3,890.00

CONFIDENTIAL                    VOYNOW_024599

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                         SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                  VIVIAN
<------------MOST RECENT 12 MONTHS----------->   <------------PRIOR 12 MONTHS------------->
MON-YR   BILLS   WRT U/D   WRTOFFS    CASH        MON-YR   BILLS   WRT U/D   WRTOFFS    CASH
------------------------------------------       -------------------------------------------
NOV-12   1,000      0         0    18,825         NOV-11   2,225      0         0     7,410
DEC-12   1,000      0         0         0         DEC-11   1,000      0         0         0
JAN-13   1,000      0         0         0         JAN-12   1,000      0         0    14,365
FEB-13   1,000      0         0         0         FEB-12   8,250      0         0         0
MAR-13   8,750      0         0         0         MAR-12   1,000      0         0     7,250
APR-13   1,000      0         0         0         APR-12   1,000      0         0         0
MAY-13   1,000      0         0         0         MAY-12   1,000      0         0         0
JUN-13   1,000      0         0         0         JUN-12   5,805      0         0     7,000
JUL-13   1,000      0         0         0         JUL-12   1,000      0         0         0
AUG-13   1,000      0         0         0         AUG-12   1,000      0         0     2,000
SEP-13   1,000      0         0         0         SEP-12  12,020  -1,686         0         0
OCT-13   1,000      0         0         0         OCT-12   1,000      0         0         0
------------------------------------------       -------------------------------------------
TOTAL   19,750      0         0    18,825         TOTAL   36,300  -1,686         0    38,025

YTD     17,750      0         0         0         PYTD    33,075  -1,686         0    30,615


AGED     CURRENT    1 MONTH   2 MONTHS   3 MONTHS   4 MONTHS   5+ MONTHS      TOTAL   AGED
-----------------------------------------------------------------------------------------
A/R     1,000.00   1,000.00   1,000.00   1,000.00   1,000.00  11,750.00  16,750.00   A/R
WIP    -1,000.00    -680.00    -150.00   9,545.00   4,506.00  15,775.00  27,996.00   WIP

YTD WORK    BUDGET     ACTUAL      VARIANCE     %BUDGET    LAST      DATE       AMOUNT TYPE
-----------------------------------------------------------------------------------------
HOURS        0.00     202.80      -202.80        0.00%   BILLED  12/01/13    1,000.00  PRG
DOLLARS      0.00  31,161.00   -31,161.00        0.00%  PAYMENT 11/19/12   18,825.00  SN

<---------------WORK-IN-PROCESS--------------->   NET WIP   ACCOUNTS   UNAPPLIED      TOTAL
       FEES    EXPENSES      DB/CR    OFFSETS    SUBTOTAL RECEIVABLE    RETAINER   EXPOSURE
-----------------------------------------------------------------------------------------
   48,746.00       0.00       0.00 -20,750.00   27,996.00  16,750.00       0.00  44,746.00

                                                                             NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final)  27,996.00


                                                    WIP TO XFER:  _____

                                                    WIP TO HOLD:  _____

                                                    WIP TO CLEAR: _____

                                                    WRITE UP/DOWN: _____

                                                    AMOUNT TO BILL: _____

                                           APPROVED BY: _____  DATE: _____


----------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID    5266  /       PAGE: 64
```

CONFIDENTIAL

VOYNOW_024600

Voynow, Bayard, Whyte and Company, LLP                    v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                            VIVIAN
--------------------------------------------------------------------------------
* *   FEE & EXPENSE SUMMARIES  * *

| * CHARGEABLE FEES SUMMARY BY WORK CODE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| REVIEW ENGAGEMENT | 1.00 | 275.00 | 275.00 |
| EMPLOYEE BENEFIT PLANS | 0.60 | 60.00 | 335.00 |
| BUSINESS TAX ENGAGEMENTS | 184.70 | 28,806.00 | 29,141.00 |
| INTERIM SERVICES | 132.20 | 19,475.00 | 48,616.00 |
| PERSONAL TAX RETURN SERVICES | 0.60 | 30.00 | 48,646.00 |
| SPECIAL PROJECTS-MUST USE MEMO | 1.00 | 100.00 | 48,746.00 |
| SYSTEM GENERATED FEES | 0.00 | -20,750.00 | 27,996.00 |
| ** TOTAL | 320.10 | 27,996.00 | |

| * CHARGEABLE FEES SUMMARY BY STAFF | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
|  | 0.00 | -20,750.00 | -20,750.00 |
| 118 ROBERT KIRKHOPE | 36.00 | 5,560.00 | -15,190.00 |
| 124 Brett Bausinger | 12.30 | 1,476.00 | -13,714.00 |
| 130 DAVE LOMBARDO | 0.20 | 20.00 | -13,694.00 |
| 132 DOROTHEA BURCH | 1.60 | 80.00 | -13,614.00 |
| 134 MEGAN WAGNER | 5.00 | 500.00 | -13,114.00 |
| 135 VINCENT BUCOLO | 43.50 | 4,350.00 | -8,764.00 |
| 136 DAVID KUMOR | 62.80 | 6,280.00 | -2,484.00 |
| 138 MIKE CORRIGAN | 14.00 | 1,050.00 | -1,434.00 |
| 40  Shawn McCormack | 94.50 | 17,955.00 | 16,521.00 |
| 48  Kenneth Mann | 0.80 | 200.00 | 16,721.00 |
| 56  Hugh Whyte | 1.00 | 275.00 | 16,996.00 |
| 63  Betteann Norris | 0.20 | 15.00 | 17,011.00 |
| 75  Bob Seibel | 17.50 | 3,325.00 | 20,336.00 |
| 83  Randall Franzen | 29.20 | 7,300.00 | 27,636.00 |
| 92  David Kaplan | 1.50 | 360.00 | 27,996.00 |
| ** TOTAL | 320.10 | 27,996.00 | |

| * CHARGEABLE FEES SUMMARY BY CTRL DATE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| 10/31/12 | 6.40 | -200.00 | -200.00 |
| 11/30/12 | 106.20 | 14,910.00 | 14,710.00 |
| 12/31/12 | 4.70 | -125.00 | 14,585.00 |
| 01/31/13 | 1.10 | -820.00 | 13,765.00 |
| 02/28/13 | 57.90 | 9,390.00 | 23,155.00 |
| 03/31/13 | 4.20 | -8,150.00 | 15,005.00 |
| 04/30/13 | 2.00 | -560.00 | 14,445.00 |
| 05/31/13 | 18.50 | 1,330.00 | 15,775.00 |
| 06/30/13 | 37.00 | 4,506.00 | 20,281.00 |
| 07/31/13 | 72.00 | 9,545.00 | 29,826.00 |
| 08/31/13 | 8.30 | -150.00 | 29,676.00 |
| 09/30/13 | 1.80 | -680.00 | 28,996.00 |
| 10/31/13 | 0.00 | -1,000.00 | 27,996.00 |
| ** TOTAL | 320.10 | 27,996.00 | |

--------------------------------------------------------------------------------

CONFIDENTIAL                              VOYNOW_024601

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                         SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                    VIVIAN
CDATE     WDATE     WORK(CODE)   STAFF NAME     SID RATE    HRS     AMOUNT   SEQ# ACTION
----------------------------------------------------------------------------------------
                       * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

07/31/13 07/05/13   2 93 Hugh Whyte         56   275    1.00      275.00 997593 B H T:

            56  Hugh Whyte                              1.00      275.00

         REVIEW Partner Review                          1.00      275.00

08/31/13 08/02/13   4 99 VINCENT BUCOLO    135   100    0.60       60.00   1791 B H T:
                    HELPING MIKE WITH SERVICE LETTER

            135 VINCENT BUCOLO                          0.60       60.00

         EBPLAN Report Typing                           0.60       60.00

01/31/13 01/07/13   5 21 DOROTHEA BURCH    132    50    0.20       10.00 973887 B H T:
                    fax lifo entry

            132 DOROTHEA BURCH                          0.20       10.00

03/31/13 02/28/13   5 21 DAVID KUMOR       136   100    0.50       50.00 977846 B H T:
                    LIFO ADJUSTMENTS
03/31/13 02/28/13   5 21 DAVID KUMOR       136   100    0.50       50.00 977840 B H T:
                    GOING OVER DIFFERENCE WITH BOBBY AND PEOPLE ARE
                    STAR

            136 DAVID KUMOR                             1.00      100.00

01/31/13 01/07/13   5 21 Kenneth Mann       48   250    0.30       75.00 982409 B H T:
                    LIFO
01/31/13 01/11/13   5 21 Kenneth Mann       48   250    0.10       25.00 982450 B H T:
                    LIFO, fin stmt
02/28/13 02/18/13   5 21 Kenneth Mann       48   250    0.20       50.00 986289 B H T:
                    LIFO

            48  Kenneth Mann                            0.60      150.00

         BUSTAX LIFO Computations                       1.80      260.00

10/31/12 10/09/12   5 33 MEGAN WAGNER      134   100    1.00      100.00 960145 B H T:
                    sent 2011 tax returns through the portal
10/31/12 10/16/12   5 33 MEGAN WAGNER      134   100    3.00      300.00 961946 B H T:
                    corrected 1099's and met with randy

            134 MEGAN WAGNER                            4.00      400.00

         BUSTAX Income Taxes                            4.00      400.00

02/28/13 01/30/13   5 60 VINCENT BUCOLO    135   100   10.50    1,050.00 974634 B H T:
03/31/13 03/07/13   5 60 VINCENT BUCOLO    135   100    0.30       30.00 978743 B H T:
                    PROGRSS BILLS ALL STORES
09/30/13 09/24/13   5 60 VINCENT BUCOLO    135   100    0.30       30.00   8103 B H T:
                    searching for docs

            135 VINCENT BUCOLO                         11.10    1,110.00

         BUSTAX Income Tax Project & Ex               11.10    1,110.00

----------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID    5266  /        PAGE: 66
```

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                      SORT ON CLIENT ID * SELECTED CLIENTS

5266  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                      VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE    HRS      AMOUNT   SEQ#  ACTION
----------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


06/30/13 05/28/13  5 61 Brett Bausinger      124 120   2.10       252.00 993693 B H T:

             124 Brett Bausinger                       2.10       252.00

01/31/13 01/17/13  5 61 DOROTHEA BURCH       132  50   0.10         5.00 973978 B H T:
                        mail out sig forms
02/28/13 02/20/13  5 61 DOROTHEA BURCH       132  50   0.10         5.00 984570 B H T:
                        mail 1099's and 1096's
07/31/13 07/09/13  5 61 DOROTHEA BURCH       132  50   0.40        20.00    115 B H T:
                        process

             132 DOROTHEA BURCH                         0.60        30.00

03/31/13 02/28/13  5 61 DAVID KUMOR          136 100   0.70        70.00 977849 B H T:
                        SETTING UP EXTENSIONS FEB NY NYC
03/31/13 03/11/13  5 61 DAVID KUMOR          136 100   0.20        20.00 979545 B H T:
                        PUTTING IN EXTENSIONS
07/31/13 07/09/13  5 61 DAVID KUMOR          136 100   0.40        40.00 998957 B H T:
                        UPDATING RETURN

             136 DAVID KUMOR                            1.30       130.00

          BUSTAX Federal Tax Return Prep               4.00       412.00


06/30/13 05/28/13  5 62 Brett Bausinger      124 120   1.60       192.00 993694 B H T:

             124 Brett Bausinger                       1.60       192.00

          BUSTAX State Tax Return Prep                 1.60       192.00

06/30/13 05/29/13  5 63 Brett Bausinger      124 120   0.90       108.00 993696 B H T:
06/30/13 05/29/13  5 63 Brett Bausinger      124 120   0.40        48.00 993695 B H T:

             124 Brett Bausinger                       1.30       156.00

          BUSTAX City Tax Return Prep                  1.30       156.00

11/30/12 11/13/12  5 68 ROBERT KIRKHOPE      118 150   7.00     1,050.00 968413 B H T:
                        TAX PLANNING STAR ENTITIES 2012
11/30/12 11/14/12  5 68 ROBERT KIRKHOPE      118 150   7.00     1,050.00 968414 B H T:
                        TAX PLANNING STAR ENTITIES 2012
11/30/12 11/15/12  5 68 ROBERT KIRKHOPE      118 150   7.00     1,050.00 968415 B H T:
                        TAX PLANNING STAR ENTITIES 2012
11/30/12 11/16/12  5 68 ROBERT KIRKHOPE      118 150   7.00     1,050.00 968416 B H T:
                        TAX PLANNING STAR ENTITES 2012

             118 ROBERT KIRKHOPE                       28.00    4,200.00

11/30/12 11/22/12  5 68 VINCENT BUCOLO       135 100   8.00       800.00 966798 B H T:

             135 VINCENT BUCOLO                        8.00       800.00

11/30/12 11/13/12  5 68 DAVID KUMOR          136 100   8.00       800.00 966766 B H T:
                        T/P
----------------------------------------------------------------------------------------
14 Oct 2013 19:48                 DWIP SORT ON CLIENT ID    5266  /        PAGE: 67
```

CONFIDENTIAL

VOYNOW_024603

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                        SORT ON CLIENT ID * SELECTED CLIENTS

5266  /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                     VIVIAN
 CDATE    WDATE    WORK(CODE)   STAFF NAME     SID RATE    HRS      AMOUNT   SEQ# ACTION
----------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

11/30/12 11/14/12  5 68 DAVID KUMOR         136  100   8.00     800.00 966767 B H T:
                        T/P
11/30/12 11/15/12  5 68 DAVID KUMOR         136  100   8.00     800.00 966768 B H T:
                        T/P
11/30/12 11/16/12  5 68 DAVID KUMOR         136  100   8.00     800.00 966769 B H T:
                        T/P

            136 DAVID KUMOR                             32.00   3,200.00

12/31/12 12/10/12  5 68 Shawn McCormack      40  190   3.50     665.00 970928 B H T:
12/31/12 12/26/12  5 68 Shawn McCormack      40  190   1.00     190.00 970971 B H T:
                        Spoke to Vivian on the phone regarding tax
                        planning memo then had a discussion with Bobby
                        regarding Georgia Koufakis
                        Trust

             40  Shawn McCormack                        4.50     855.00

11/30/12 11/13/12  5 68 Randall Franzen      83  250   8.00   2,000.00 969778 B H T:
                        go to NY and do tax planning

             83  Randall Franzen                        8.00   2,000.00

          BUSTAX Tax Planning                          80.50  11,055.00

05/31/13 05/22/13  5 69 Brett Bausinger     124  120   4.50     540.00 991739 B H T:
06/30/13 05/28/13  5 69 Brett Bausinger     124  120   0.40      48.00 993687 B H T:

            124 Brett Bausinger                         4.90     588.00

12/31/12 12/27/12  5 69 DAVE LOMBARDO       130  100   0.20      20.00 970381 B H T:
                        ENGMT LTTRS

            130 DAVE LOMBARDO                           0.20      20.00

02/28/13 01/29/13  5 69 Shawn McCormack      40  190  10.00   1,900.00 983619 B H T:
02/28/13 01/30/13  5 69 Shawn McCormack      40  190  10.00   1,900.00 983620 B H T:
02/28/13 01/31/13  5 69 Shawn McCormack      40  190  10.00   1,900.00 983621 B H T:
02/28/13 02/01/13  5 69 Shawn McCormack      40  190   7.00   1,330.00 983622 B H T:
04/30/13 04/26/13  5 69 Shawn McCormack      40  190   1.00     190.00 993648 B H T:
                        Gathered John K loan information for Randy/Vivian

             40  Shawn McCormack                       38.00   7,220.00

10/31/12 10/16/12  5 69 Bob Seibel           75  190   1.00     190.00 964170 B H T:
                        Bank Questions
10/31/12 10/16/12  5 69 Bob Seibel           75  190   1.00     190.00 964171 B H T:
                        Bank Questions
02/28/13 02/02/13  5 69 Bob Seibel           75  190   0.50      95.00 974995 B H T:
                        Follow from visit.
03/31/13 02/27/13  5 69 Bob Seibel           75  190   1.00     190.00 980027 B H T:
                        Lifo problems.
03/31/13 03/02/13  5 69 Bob Seibel           75  190   1.00     190.00 980051 B H T:
                        extension
05/31/13 05/22/13  5 69 Bob Seibel           75  190   1.00     190.00 994019 B H T:
----------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID   5266  /         PAGE: 68
```

CONFIDENTIAL

VOYNOW_024604

```
                        Voynow, Bayard, Whyte and Company, LLP              v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                           SORT ON CLIENT ID * SELECTED CLIENTS

5266 /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                      VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE    HRS     AMOUNT    SEQ#  ACTION
-----------------------------------------------------------------------------------------
                      * *   CHARGEABLE FEES  BY CODES/STAFF/     * *
                      Tax return.
06/30/13 06/07/13  5 69 Bob Seibel         75  190   0.50      95.00 994097 B H T:
                      6/15 est
06/30/13 06/24/13  5 69 Bob Seibel         75  190   1.50     285.00 997497 B H T:
                      Tax return.
06/30/13 06/25/13  5 69 Bob Seibel         75  190   1.00     190.00 997507 B H T:
                      Tax return.
06/30/13 06/26/13  5 69 Bob Seibel         75  190   1.00     190.00 997511 B H T:
                      Tax return.
06/30/13 06/27/13  5 69 Bob Seibel         75  190   1.00     190.00 997515 B H T:
                      Tax return.
06/30/13 06/28/13  5 69 Bob Seibel         75  190   1.00     190.00 997522 B H T:
                      Tax return.
07/31/13 07/02/13  5 69 Bob Seibel         75  190   1.00     190.00 998489 B H T:
                      Tax return.
07/31/13 07/03/13  5 69 Bob Seibel         75  190   1.00     190.00 998496 B H T:
                      Tax return.
07/31/13 07/09/13  5 69 Bob Seibel         75  190   1.00     190.00    197 B H T:
                      TAX RETURN
07/31/13 07/23/13  5 69 Bob Seibel         75  190   0.50      95.00    518 B H T:
                      Tax returns
08/31/13 08/22/13  5 69 Bob Seibel         75  190   0.50      95.00   4542 B H T:
                      Workpapers.

        75  Bob Seibel                              15.50    2,945.00

02/28/13 01/30/13  5 69 Randall Franzen    83  250   8.00   2,000.00 975748 B H T:
                      go to NY and work on the year end
04/30/13 04/09/13  5 69 Randall Franzen    83  250   1.00     250.00 986031 B H T:
                      calls from John Jr to go over tax info
05/31/13 04/29/13  5 69 Randall Franzen    83  250   1.00     250.00 991996 B H T:
                      get info for Vivian John JR loan
05/31/13 05/17/13  5 69 Randall Franzen    83  250   1.00     250.00 992048 B H T:
                      go over items with Vivian for year end and also
                      setup interim visit
07/31/13 07/18/13  5 69 Randall Franzen    83  250   1.20     300.00   1984 B H T:
                      go over items for the year return
09/30/13 09/13/13  5 69 Randall Franzen    83  250   1.00     250.00   7589 B H T:
                      look for info for the boiys returns and what else
                      needs to be done

        83  Randall Franzen                         13.20    3,300.00

      BUSTAX Year End Tax Work                      71.80   14,073.00

02/28/13 02/02/13  5 90 VINCENT BUCOLO    135  100   0.70      70.00 974645 B H T:

       135  VINCENT BUCOLO                           0.70      70.00

02/28/13 02/20/13  5 90 DAVID KUMOR       136  100   0.90      90.00 978053 B H T:
                      RECORDING TRADE AND LIFO NEW TRUCK INVENTORY
                      PROBLEM

       136  DAVID KUMOR                              0.90      90.00

      BUSTAX Trial Balance Data Inpu                 1.60     160.00
-----------------------------------------------------------------------------------------
14 Oct 2013 19:48                   DWIP SORT ON CLIENT ID    5266 /        PAGE: 69
```

CONFIDENTIAL

VOYNOW_024605

```
                          Voynow, Bayard, Whyte and Company, LLP                v.6.00
                       DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                             SORT ON CLIENT ID * SELECTED CLIENTS

5266  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                      VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE   HRS      AMOUNT   SEQ#  ACTION
---------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/     * *


06/30/13 05/29/13  5 92 David Kaplan         92   240   1.50      360.00 992689 B H T:

            92   David Kaplan                            1.50      360.00

         BUSTAX Staff Supervision                        1.50      360.00

01/31/13 01/15/13  5 93 Kenneth Mann         48   250   0.20       50.00 982472 B H T:
                        eng letter review

            48   Kenneth Mann                            0.20       50.00

         BUSTAX Partner Review                           0.20       50.00

06/30/13 05/29/13  5 95 Brett Bausinger     124   120   0.70       84.00 993699 B H T:
06/30/13 05/29/13  5 95 Brett Bausinger     124   120   0.20       24.00 993702 B H T:
06/30/13 06/24/13  5 95 Brett Bausinger     124   120   1.50      180.00 997478 B H T:

           124  Brett Bausinger                          2.40      288.00

         BUSTAX Clear Review Comments                    2.40      288.00

07/31/13 07/09/13  5 97 VINCENT BUCOLO      135   100   1.00      100.00 998513 B H T:

           135  VINCENT BUCOLO                           1.00      100.00

         BUSTAX Math/Proof Report/Retur                  1.00      100.00

06/30/13 06/06/13  5 99 DAVID KUMOR         136   100   0.70       70.00 993813 B H T:
                        MAKING ESTIMATES FOR ALL STARS
07/31/13 07/26/13  5 99 DAVID KUMOR         136   100   0.20       20.00   1092 B H T:
                        SETTING UP FOR E FILE
08/31/13 08/02/13  5 99 DAVID KUMOR         136   100   0.70       70.00   1819 B H T:
                        HELPING MIKE WITH SCANNING TAX RETURN
09/30/13 09/04/13  5 99 DAVID KUMOR         136   100   0.30       30.00   6201 B H T:
                        ESTIMATED PAYMENTS

           136  DAVID KUMOR                              1.90      190.00

         BUSTAX Report Typing                            1.90      190.00

07/31/13 07/24/13  6  1 ROBERT KIRKHOPE     118   170   8.00    1,360.00   2615 B H T:
                        interim visit

           118  ROBERT KIRKHOPE                          8.00    1,360.00

11/30/12 11/07/12  6  1 Bob Seibel           75   190   2.00      380.00 967134 B H T:
                        Prepair for visit.

            75   Bob Seibel                              2.00      380.00

         INTSER Interim Visit Planning                  10.00    1,740.00

06/30/13 05/29/13  6 13 Shawn McCormack      40   190   8.00    1,520.00 993717 B H T:
07/31/13 07/24/13  6 13 Shawn McCormack      40   190   7.00    1,330.00   2109 B H T:
---------------------------------------------------------------------------------------
14 Oct 2013 19:48                  DWIP SORT ON CLIENT ID    5266  /        PAGE: 70
```

CONFIDENTIAL

VOYNOW_024606

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                    SORT ON CLIENT ID * SELECTED CLIENTS

5266  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                       VIVIAN
CDATE    WDATE     WORK(CODE)  STAFF NAME     SID RATE    HRS      AMOUNT   SEQ# ACTION
---------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

07/31/13 07/25/13  6 13 Shawn McCormack    40   190   7.00    1,330.00  2110 B H T:

            40  Shawn McCormack                  22.00    4,180.00

07/31/13 07/25/13  6 13 Randall Franzen    83   250   8.00    2,000.00  1992 B H T:
                        go to NY and do an interim visit meet with Mike
                        John Steve and SR

            83  Randall Franzen                   8.00    2,000.00

         INTSER Rev. Ledger & Schedules          30.00    6,180.00

06/30/13 05/29/13  6 20 VINCENT BUCOLO    135   100  11.00    1,100.00 992869 B H T:

           135  VINCENT BUCOLO                   11.00    1,100.00

07/31/13 07/24/13  6 20 DAVID KUMOR       136   100   8.20      820.00  1084 B H T:
                        SERVICE
07/31/13 07/25/13  6 20 DAVID KUMOR       136   100  10.50    1,050.00  1085 B H T:
                        SERVICE!!

           136  DAVID KUMOR                       18.70    1,870.00

07/31/13 07/24/13  6 20 MIKE CORRIGAN     138    75   7.00      525.00   429 B H T:
                        Business Trip to Queens, NY vsiting clients of
                        Hyundai, Toyota, Nissan, Subaru checking
                        Inventory Services and open
                        RO's, and closing out the Register then reporting
                        our services.
08/31/13 08/05/13  6 20 MIKE CORRIGAN     138    75   1.00       75.00  4238 B H T:
                        STAR Toyota and Nissan Service/Parts Report
                        leeter editing the mistakes Dave wrote down and
                        evaluating the letter.

           138  MIKE CORRIGAN                      8.00      600.00

         INTSER Service Dept Analysis            37.70    3,570.00

07/31/13 07/26/13  6 39 MIKE CORRIGAN     138    75   2.00      150.00   433 B H T:
                        Made a excel document for STAR Autodealerships
                        with the Inventory total and open/close date.

           138  MIKE CORRIGAN                      2.00      150.00

         INTSER Other Services USE MEMO            2.00      150.00

05/31/13 05/20/13  6 60 VINCENT BUCOLO    135   100  10.00    1,000.00 992066 B H T:

           135  VINCENT BUCOLO                   10.00    1,000.00

         INTSER Income Tax Project & Ex          10.00    1,000.00

11/30/12 11/13/12  6 68 Shawn McCormack    40   190   7.00    1,330.00 966771 B H T:
11/30/12 11/14/12  6 68 Shawn McCormack    40   190   7.00    1,330.00 966772 B H T:
11/30/12 11/15/12  6 68 Shawn McCormack    40   190   7.00    1,330.00 966773 B H T:
---------------------------------------------------------------------------------
14 Oct 2013 19:48                DWIP SORT ON CLIENT ID    5266  /         PAGE: 71
```

CONFIDENTIAL

VOYNOW_024607

```
                   Voynow, Bayard, Whyte and Company, LLP                    v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                    SORT ON CLIENT ID * SELECTED CLIENTS

5266  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                               VIVIAN
CDATE     WDATE     WORK(CODE)   STAFF NAME      SID RATE    HRS      AMOUNT   SEQ#  ACTION
-----------------------------------------------------------------------------------------
                 * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

11/30/12 11/16/12  6 68 Shawn McCormack    40   190    7.00    1,330.00 966774 B H T:

            40  Shawn McCormack                    28.00    5,320.00

         INTSER Tax Planning                       28.00    5,320.00

11/30/12 11/13/12  6 84 DOROTHEA BURCH    132   50     0.20       10.00 967160 B H T:
                        fax bills to Star/per Randy

           132 DOROTHEA BURCH                       0.20       10.00

06/30/13 05/30/13  6 84 Shawn McCormack    40   190    2.00      380.00 993719 B H T:

            40  Shawn McCormack                     2.00      380.00

01/31/13 01/08/13  6 84 Betteann Norris    63   75     0.20       15.00 971419 B H T:
                        eng letter 2012

            63  Betteann Norris                     0.20       15.00

         INTSER Letters to Client, Prep            2.40      405.00

07/31/13 07/23/13  6 91 VINCENT BUCOLO    135   100    0.50       50.00   399 B H T:
                        going over what to do at service and explaning
                        interims to mike

           135 VINCENT BUCOLO                       0.50       50.00

         INTSER Staff Training                      0.50       50.00

08/31/13 07/30/13  6 99 VINCENT BUCOLO    135   100    0.60       60.00  1780 B H T:
                        letter

           135 VINCENT BUCOLO                       0.60       60.00

07/31/13 07/26/13  6 99 DAVID KUMOR       136   100    2.10      210.00  1086 B H T:
                        TPYING UP SERVICE LETTER
08/31/13 07/29/13  6 99 DAVID KUMOR       136   100    1.70      170.00  1796 B H T:
                        MORE LETTER STUFF!
08/31/13 08/01/13  6 99 DAVID KUMOR       136   100    0.30       30.00  1812 B H T:
                        GOING OVER SERVICE LETTER WITH MIKE
08/31/13 08/02/13  6 99 DAVID KUMOR       136   100    2.60      260.00  1814 B H T:
                        REVIEWING MIKES LETTER
                        ADDING IN PENDING AMOUNTS
08/31/13 08/06/13  6 99 DAVID KUMOR       136   100    0.30       30.00  3261 B H T:
                        GOING OVER MIKE CHANGES

           136 DAVID KUMOR                          7.00      700.00

07/31/13 07/26/13  6 99 MIKE CORRIGAN     138   75     4.00      300.00   431 B H T:
                        Typed up a service report on the services David
                        and I did in Queens, NY for STAR. Included in the
                        document was Parts
                        and Services and Register for Chrysler, Hyundai,
                        Dodge, Toyota, Subaru.
-----------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID    5266  /          PAGE: 72
```

CONFIDENTIAL

VOYNOW_024608

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                         SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                     VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS      AMOUNT   SEQ# ACTION
-----------------------------------------------------------------------------------
                 * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

            138 MIKE CORRIGAN                          4.00      300.00

        INTSER Report Typing                          11.60    1,060.00

10/31/12 10/09/12  7 61 DOROTHEA BURCH      132  50    0.40       20.00 964443 B H T:
                  upload (7) tax returns to Portal for Vivian and
                  email, call with directions for the portal and
                  login info

            132 DOROTHEA BURCH                          0.40       20.00

        PERSTX Federal Tax Return Prep                 0.40       20.00

09/30/13 09/05/13  7 85 DOROTHEA BURCH      132  50    0.20       10.00      7211 B H T:
                  scan, email and password nyc est tax

            132 DOROTHEA BURCH                          0.20       10.00

        PERSTX Photocopying Documents                  0.20       10.00

05/31/13 05/02/13  8 32 MEGAN WAGNER        134 100    1.00      100.00 990105 B H T:
                  census

            134 MEGAN WAGNER                            1.00      100.00

        Other Special Projects(detail)                 1.00      100.00


        * * TOTAL FEES                               320.10   48,746.00


                     * *   DEBITS & CREDITS   * *

10/31/12 10/31/12 99  3                                      -1,000.00 953764 B H T:
11/30/12 11/30/12 99  3                                      -1,000.00 957202 B H T:
12/31/12 12/31/12 99  3                                      -1,000.00 962624 B H T:
01/31/13 01/31/13 99  3                                      -1,000.00 971699 B H T:
02/28/13 02/28/13 99  3                                      -1,000.00 971830 B H T:
03/31/13 03/31/13 99  3                                      -7,750.00 978574 B H T:
03/31/13 03/31/13 99  3                                      -1,000.00 975205 B H T:
04/30/13 04/30/13 99  3                                      -1,000.00 975342 B H T:
05/31/13 05/31/13 99  3                                      -1,000.00 975474 B H T:
06/30/13 06/30/13 99  3                                      -1,000.00 987666 B H T:
07/31/13 07/31/13 99  3                                      -1,000.00 987799 B H T:
08/31/13 08/31/13 99  3                                      -1,000.00 992328 B H T:
09/30/13 09/30/13 99  3                                      -1,000.00 996267 B H T:
10/31/13 10/31/13 99  3                                      -1,000.00 996404 B H T:


        * * TOTAL PROGRESS BILLS AND OTHER CREDITS    -20,750.00


-----------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID    5266  /         PAGE: 73
```

CONFIDENTIAL

VOYNOW_024609

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                        SORT ON CLIENT ID * SELECTED CLIENTS

5266  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                           VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE     HRS        AMOUNT   SEQ# ACTION
---------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/       * *


            FEES     EXPENSES    SUB-TOTAL      DB/CR    SUB-TOTAL      OFFSETS    NET WIP
         ----------  ----------  ----------  ----------  ----------  ----------  ----------
         48,746.00        0.00   48,746.00        0.00   48,746.00  -20,750.00   27,996.00
                                                                                ==========
```

CONFIDENTIAL                                              VOYNOW_024610

(1) Today's date

(2) Name of individual requesting this billing

(3) Client Name

(4) Client # / File #

(5) This billing is for work done from Month Ending

    through the Month Ending

| | |
|---|---|
| (1) | 9.30.13 |
| (2) | RPS |
| (3) | STAR TOYOTA |
| (4) | 5267 |
| (5a) | , 200 |
| (5b) | 9.30.13 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2012

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

Amount Due      3,890.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) **(FINAL)**      W.I.P.

                    TOTAL W.I.P.: _____

DATE BILLED: _____      W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #      W.I.P. TO HOLD: _____
: _____      W.I.P. TO CLEAR: _____

CLIENT NAME: _____      WRITE UP /( DOWN): _____

BILL # : 22440

DATE KEYPUNCHED: _____      BILL

            TOTAL AMOUNT BILLABLE: _____

    LESS RETAINERS AND OR PROGRESS BILLING: _____

                    AMOUNT OF BILL: _____

CONFIDENTIAL

VOYNOW_024611

# Voynow, Bayard, Whyte and Company, LLP
## 1210 Northbrook Drive
## Suite 140
## Trevose, PA 19053
## 215-355-8000

September 30, 2013


STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                    Client #: 5267/
ATTN: VIVIAN                         Invoice: 22440


PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2012 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS AND
PREPARATION OF FEDERAL, STATE AND CITY
CORPORATE TAX RETURNS

               AMOUNT DUE          $ 3,890.00

CONFIDENTIAL                              VOYNOW_024612

Voynow, Bayard, Whyte and Company, LLP                    v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
SORT ON CLIENT ID * SELECTED CLIENTS

5267  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                              VIVIAN                 718-279-1800

<------------MOST RECENT 12 MONTHS---------->     <-------------PRIOR 12 MONTHS-------------->

| MON-YR | BILLS | WRT U/D | WRTOFFS | CASH | MON-YR | BILLS | WRT U/D | WRTOFFS | CASH |
|--------|-------|---------|---------|------|--------|-------|---------|---------|------|
| NOV-12 | 1,000 | 0 | 0 | 6,810 | NOV-11 | 1,000 | 0 | 0 | 12,750 |
| DEC-12 | 1,000 | 0 | 0 | 1,000 | DEC-11 | 1,000 | 0 | 0 | 1,000 |
| JAN-13 | 1,000 | 0 | 0 | 1,000 | JAN-12 | 1,000 | 0 | 0 | 1,000 |
| FEB-13 | 1,000 | 0 | 0 | 1,000 | FEB-12 | 8,250 | 0 | 0 | 1,000 |
| MAR-13 | 8,750 | 0 | 0 | 8,750 | MAR-12 | 1,000 | 0 | 0 | 8,250 |
| APR-13 | 1,000 | 0 | 0 | 1,000 | APR-12 | 1,000 | 0 | 0 | 1,000 |
| MAY-13 | 1,000 | 0 | 0 | 1,000 | MAY-12 | 1,000 | 0 | 0 | 1,000 |
| JUN-13 | 1,000 | 0 | 0 | 1,000 | JUN-12 | 10,765 | 0 | 0 | 1,000 |
| JUL-13 | 1,000 | 0 | 0 | 1,000 | JUL-12 | 1,000 | 0 | 0 | 1,000 |
| AUG-13 | 1,000 | 0 | 0 | 1,000 | AUG-12 | 1,000 | 0 | 0 | 10,765 |
| SEP-13 | 1,000 | 0 | 0 | 1,000 | SEP-12 | 10,275 | 3,668 | 0 | 1,000 |
| OCT-13 | 1,000 | 0 | 0 | 1,000 | OCT-12 | 1,000 | 0 | 0 | 1,000 |
| TOTAL | 19,750 | 0 | 0 | 25,560 | TOTAL | 38,290 | 3,668 | 0 | 40,765 |
| YTD | 17,750 | 0 | 0 | 17,750 | PYTD | 36,290 | 3,668 | 0 | 27,015 |

| AGED | CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 MONTHS | 5+ MONTHS | TOTAL | AGED |
|------|---------|---------|----------|----------|----------|-----------|-------|------|
| A/R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,465.00 | 3,465.00 | A/R |
| WIP | -375.00 | 790.00 | 470.00 | 5,075.00 | 3,863.00 | 9,513.00 | 19,336.00 | WIP |

| YTD WORK | BUDGET | ACTUAL | VARIANCE | %BUDGET | LAST | DATE | AMOUNT | TYPE |
|----------|--------|--------|----------|---------|------|------|--------|------|
| HOURS | 0.00 | 173.10 | -173.10 | 0.00% | BILLED | 12/01/13 | 1,000.00 | PRG |
| DOLLARS | 0.00 | 30,866.00 | -30,866.00 | 0.00% | PAYMENT | 10/10/13 | 1,000.00 | SN |

| <---------------WORK-IN-PROCESS---------------> | | | | NET WIP | ACCOUNTS | UNAPPLIED | TOTAL |
| FEES | EXPENSES | DB/CR | OFFSETS | SUBTOTAL | RECEIVABLE | RETAINER | EXPOSURE |
|------|----------|-------|---------|----------|------------|----------|----------|
| 40,086.00 | 0.00 | 0.00 | -20,750.00 | 19,336.00 | 3,465.00 | 0.00 | 22,801.00 |

                                                                        NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)   19,336.00

                                                WIP TO XFER:  _____

                                                WIP TO HOLD:  _____

                                                WIP TO CLEAR:  _____

                                                WRITE UP/DOWN:  _____

                                                AMOUNT TO BILL:  _____

                                        APPROVED BY:  _____  DATE:  _____

--------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID   5267 /        PAGE: 75

CONFIDENTIAL                                    VOYNOW_024613

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                     VIVIAN               718-279-1800
---------------------------------------------------------------------------------
                    * *  FEE & EXPENSE SUMMARIES  * *

   * CHARGEABLE FEES SUMMARY BY WORK CODE      HOURS        AMOUNT         TOTAL
   REVIEW ENGAGEMENT                            1.00        275.00        275.00
   BUSINESS TAX ENGAGEMENTS                   148.80     27,361.00     27,636.00
   INTERIM SERVICES                            53.40      7,675.00     35,311.00
   SPECIAL PROJECTS-MUST USE MEMO              19.10      4,775.00     40,086.00
   SYSTEM GENERATED FEES                        0.00    -20,750.00     19,336.00
                                             --------   ------------
          ** TOTAL                            222.30     19,336.00


   * CHARGEABLE FEES SUMMARY BY STAFF          HOURS        AMOUNT         TOTAL
                                                0.00    -20,750.00    -20,750.00
   118 ROBERT KIRKHOPE                          8.00      1,360.00    -19,390.00
   124 Brett Bausinger                         24.40      2,672.00    -16,718.00
   132 DOROTHEA BURCH                           1.20         60.00    -16,658.00
   134 MEGAN WAGNER                             0.80         80.00    -16,578.00
   135 VINCENT BUCOLO                          10.50      1,050.00    -15,528.00
   136 DAVID KUMOR                             14.30      1,430.00    -14,098.00
   138 MIKE CORRIGAN                           17.00      1,275.00    -12,823.00
   48  Kenneth Mann                             0.70        175.00    -12,648.00
   56  Hugh Whyte                               1.00        275.00    -12,373.00
   75  Bob Seibel                              73.00     13,870.00      1,497.00
   83  Randall Franzen                         70.30     17,575.00     19,072.00
   92  David Kaplan                             1.10        264.00     19,336.00
                                             --------   ------------
          ** TOTAL                            222.30     19,336.00


   * CHARGEABLE FEES SUMMARY BY CTRL DATE      HOURS        AMOUNT         TOTAL
           10/31/12                             4.90        145.00        145.00
           11/30/12                            38.00      5,680.00      5,825.00
           12/31/12                             6.30        395.00      6,220.00
           01/31/13                             4.50        -35.00      6,185.00
           02/28/13                            46.60      7,450.00     13,635.00
           03/31/13                            11.60     -6,555.00      7,080.00
           04/30/13                             8.90      1,225.00      8,305.00
           05/31/13                            17.90      1,208.00      9,513.00
           06/30/13                            26.10      3,863.00     13,376.00
           07/31/13                            33.70      5,075.00     18,451.00
           08/31/13                            13.00        470.00     18,921.00
           09/30/13                             8.30        790.00     19,711.00
           10/31/13                             2.50       -375.00     19,336.00
                                             --------   ------------
          ** TOTAL                            222.30     19,336.00
```

```
---------------------------------------------------------------------------------
14 Oct 2013 19:48                  DWIP SORT ON CLIENT ID    5267  /       PAGE: 76
```

CONFIDENTIAL                                          VOYNOW_024614

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                         SORT ON CLIENT ID * SELECTED CLIENTS

5267 /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                          VIVIAN               718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE    HRS      AMOUNT  SEQ# ACTION
------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

02/28/13 01/30/13  2 93 Hugh Whyte          56  275   0.50      137.50 974678 B H T:
                        Randy
02/28/13 02/14/13  2 93 Hugh Whyte          56  275   0.50      137.50 976438 B H T:

            56   Hugh Whyte                        1.00      275.00

         REVIEW Partner Review                     1.00      275.00

01/31/13 01/07/13  5 21 DOROTHEA BURCH     132   50   0.20       10.00 973886 B H T:
                        fax lifo entry

           132 DOROTHEA BURCH                      0.20       10.00

03/31/13 03/01/13  5 21 DAVID KUMOR        136  100   2.30      230.00 977853 B H T:
                   WRONG INVENTORY AMOUNT SENT IN FOR LIFO
                   RECALCULATING INVENTORY AMOUNTTO BE SENT IN

           136 DAVID KUMOR                         2.30      230.00

01/31/13 01/07/13  5 21 Kenneth Mann        48  250   0.30       75.00 982410 B H T:
                        LIFO
02/28/13 02/16/13  5 21 Kenneth Mann        48  250   0.20       50.00 986282 B H T:
                        LIFO
03/31/13 03/02/13  5 21 Kenneth Mann        48  250   0.20       50.00 986351 B H T:
                        LIFO

            48   Kenneth Mann                      0.70      175.00

         BUSTAX LIFO Computations                  3.20      415.00

02/28/13 02/01/13  5 60 VINCENT BUCOLO     135  100   9.00      900.00 974636 B H T:

           135 VINCENT BUCOLO                      9.00      900.00

         BUSTAX Income Tax Project & Ex            9.00      900.00

06/30/13 05/29/13  5 61 Brett Bausinger    124  120   2.10      252.00 993697 B H T:

           124 Brett Bausinger                     2.10      252.00

07/31/13 07/09/13  5 61 DOROTHEA BURCH     132   50   0.40       20.00    107 B H T:
                        process
07/31/13 07/23/13  5 61 DOROTHEA BURCH     132   50   0.20       10.00   1713 B H T:
                        type 1099's and 1096

           132 DOROTHEA BURCH                      0.60       30.00

03/31/13 03/02/13  5 61 DAVID KUMOR        136  100   0.90       90.00 977860 B H T:
                   SETTING UP EXTENSION FEB NY NYC
03/31/13 03/11/13  5 61 DAVID KUMOR        136  100   0.10       10.00 979542 B H T:
                   PUTTING IN EXTENSIONS

           136 DAVID KUMOR                         1.00      100.00

         BUSTAX Federal Tax Return Prep            3.70      382.00
------------------------------------------------------------------------------------
14 Oct 2013 19:48                DWIP SORT ON CLIENT ID    5267 /        PAGE: 77
```

CONFIDENTIAL

VOYNOW_024615

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                    SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                       VIVIAN                  718-279-1800
CDATE    WDATE     WORK(CODE)  STAFF NAME      SID RATE      HRS      AMOUNT  SEQ# ACTION
-------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


06/30/13 05/29/13  5 62 Brett Bausinger    124  120    0.70       84.00 993698 B H T:

         124 Brett Bausinger                       0.70      84.00

         BUSTAX State Tax Return Prep              0.70      84.00

06/30/13 05/29/13  5 63 Brett Bausinger    124  120    0.90      108.00 993703 B H T:

         124 Brett Bausinger                       0.90     108.00

         BUSTAX City Tax Return Prep               0.90     108.00

11/30/12 11/12/12  5 66 Randall Franzen     83  250    1.00      250.00 969784 B H T:
                   get ready for the year end

          83  Randall Franzen                      1.00     250.00

         BUSTAX Tax Notice Response                1.00     250.00

06/30/13 06/27/13  5 67 Randall Franzen     83  250    2.00      500.00 996697 B H T:
                   all NYS and look up the sales tax info on the
                   exempt organization

          83  Randall Franzen                      2.00     500.00

         BUSTAX Tax Research/Investigat            2.00     500.00

11/30/12 11/15/12  5 68 Brett Bausinger    124  100    4.50      450.00 966754 B H T:
11/30/12 11/16/12  5 68 Brett Bausinger    124  100    7.50      750.00 966752 B H T:
12/31/12 11/27/12  5 68 Brett Bausinger    124  100    0.80       80.00 968432 B H T:
                   putting together tax planning folder

         124 Brett Bausinger                      12.80   1,280.00

11/30/12 11/13/12  5 68 Bob Seibel          75  190    8.00    1,520.00 967201 B H T:
                   Tax planning visit.
11/30/12 11/16/12  5 68 Bob Seibel          75  190    8.00    1,520.00 967205 B H T:
                   Tax planning visit.
11/30/12 11/19/12  5 68 Bob Seibel          75  190    1.00      190.00 967244 B H T:
                   follow up from visit.
12/31/12 12/26/12  5 68 Bob Seibel          75  190    1.00      190.00 970058 B H T:
                   ? from vivian about trust.

          75  Bob Seibel                          18.00   3,420.00

11/30/12 11/16/12  5 68 Randall Franzen     83  250    8.00    2,000.00 969781 B H T:
                   do tax planning at dealership

          83  Randall Franzen                      8.00   2,000.00

         BUSTAX Tax Planning                      38.80   6,700.00

05/31/13 05/22/13  5 69 Brett Bausinger    124  120    2.50      300.00 991740 B H T:
05/31/13 05/23/13  5 69 Brett Bausinger    124  120    1.00      120.00 991745 B H T:
-------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID    5267  /        PAGE: 78
```

CONFIDENTIAL

VOYNOW_024616

Voynow, Bayard, Whyte and Company, LLP                    v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
SORT ON CLIENT ID * SELECTED CLIENTS

5267 /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                  VIVIAN                718-279-1800
CDATE     WDATE   WORK(CODE)  STAFF NAME     SID RATE    HRS      AMOUNT   SEQ# ACTION
------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

05/31/13 05/23/13   5 69 Brett Bausinger    124 120    2.40      288.00 991741 B H T:
06/30/13 05/28/13   5 69 Brett Bausinger    124 120    0.40       48.00 993688 B H T:

          124 Brett Bausinger                          6.30      756.00

01/31/13 01/08/13   5 69 Bob Seibel          75 190    1.00      190.00 972448 B H T:
                    Star entities NY LLC forms & engagement forms.
01/31/13 01/26/13   5 69 Bob Seibel          75 190    1.00      190.00 974982 B H T:
                    Prepair for visit.
02/28/13 01/30/13   5 69 Bob Seibel          75 190    9.50    1,805.00 974985 B H T:
                    Year end visit.
02/28/13 01/31/13   5 69 Bob Seibel          75 190    9.50    1,805.00 974986 B H T:
                    Year end visit.
02/28/13 02/01/13   5 69 Bob Seibel          75 190    7.00    1,330.00 974987 B H T:
                    Year end visit.
02/28/13 02/02/13   5 69 Bob Seibel          75 190    0.50       95.00 974996 B H T:
                    Follow from visit.
03/31/13 02/27/13   5 69 Bob Seibel          75 190    1.00      190.00 980028 B H T:
                    Lifo problems.
03/31/13 03/01/13   5 69 Bob Seibel          75 190    0.50       95.00 980049 B H T:
                    Lifo
03/31/13 03/02/13   5 69 Bob Seibel          75 190    1.00      190.00 980052 B H T:
                    extension
03/31/13 03/11/13   5 69 Bob Seibel          75 190    0.50       95.00 980263 B H T:
                    Call Debbie for signature form & Bank info.
03/31/13 03/25/13   5 69 Bob Seibel          75 190    0.50       95.00 984058 B H T:
06/30/13 06/06/13   5 69 Bob Seibel          75 190    0.50       95.00 994087 B H T:
                    6/15 est
06/30/13 06/24/13   5 69 Bob Seibel          75 190    1.50      285.00 997496 B H T:
                    Tax return.
06/30/13 06/25/13   5 69 Bob Seibel          75 190    1.00      190.00 997506 B H T:
                    Tax return.
06/30/13 06/27/13   5 69 Bob Seibel          75 190    1.00      190.00 997514 B H T:
                    Tax return.
06/30/13 06/28/13   5 69 Bob Seibel          75 190    0.50       95.00 997523 B H T:
                    Tax return.
07/31/13 07/02/13   5 69 Bob Seibel          75 190    1.00      190.00 998490 B H T:
                    Tax return.
07/31/13 07/03/13   5 69 Bob Seibel          75 190    1.00      190.00 998477 B H T:
                    Tax return.
07/31/13 07/08/13   5 69 Bob Seibel          75 190    2.00      380.00    184 B H T:
                    Tax return.
07/31/13 07/23/13   5 69 Bob Seibel          75 190    1.00      190.00    515 B H T:
                    Corrected 1099 for Sr. & Trust.
07/31/13 07/26/13   5 69 Bob Seibel          75 190    1.00      190.00    523 B H T:
08/31/13 08/22/13   5 69 Bob Seibel          75 190    0.50       95.00   4548 B H T:
                    Work papers.
09/30/13 09/05/13   5 69 Bob Seibel          75 190    1.00      190.00   9058 B H T:
                    estimates
09/30/13 09/18/13   5 69 Bob Seibel          75 190    1.00      190.00   9137 B H T:
                    Bank questions.
09/30/13 09/24/13   5 69 Bob Seibel          75 190    2.00      380.00   9192 B H T:
                    bank questions.

           75  Bob Seibel                             47.00    8,930.00

------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID    5267 /        PAGE: 79

CONFIDENTIAL                                             VOYNOW_024617

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                    SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                      VIVIAN              718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS      AMOUNT  SEQ# ACTION
----------------------------------------------------------------------------------

                 * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


01/31/13 01/03/13  5 69 Randall Franzen     83   250   1.00      250.00 975649 B H T:
                        calls to Vivian to go over year end and what we
                        nned to do
02/28/13 01/29/13  5 69 Randall Franzen     83   250   7.00    1,750.00 975747 B H T:
                        go to NY and work on the year end
02/28/13 02/01/13  5 69 Randall Franzen     83   250   1.00      250.00 975754 B H T:
                        go to NY and work on the year end
03/31/13 03/02/13  5 69 Randall Franzen     83   250   1.00      250.00 980608 B H T:
                        review real estate and UCB tax
03/31/13 03/07/13  5 69 Randall Franzen     83   250   0.80      200.00 980636 B H T:
                        Go over Vivian email about rents for the new
                        trust and with Sr
03/31/13 03/11/13  5 69 Randall Franzen     83   250   1.00      250.00 983769 B H T:
                        call to Vivian to go over rents and what we need
                        to check and what is going on at the dealership
                        and her situation
03/31/13 03/20/13  5 69 Randall Franzen     83   250   0.80      200.00 984002 B H T:
                        call Debbie to gather info and go over numbers
                        and see who is pulling together the info
03/31/13 03/26/13  5 69 Randall Franzen     83   250   1.00      250.00 984124 B H T:
                        go over info for tax planning
04/30/13 04/01/13  5 69 Randall Franzen     83   250   2.50      625.00 985863 B H T:
                        go over extension and get ready to send out
04/30/13 04/10/13  5 69 Randall Franzen     83   250   1.00      250.00 986038 B H T:
                        get info for extension and what needs to be filed
04/30/13 04/11/13  5 69 Randall Franzen     83   250   1.00      250.00 986043 B H T:
                        go over extension for Sr JR and buniess
04/30/13 04/12/13  5 69 Randall Franzen     83   250   0.80      200.00 986012 B H T:
                        go over extension numbers and calls from vivian
                        and Sr
04/30/13 04/15/13  5 69 Randall Franzen     83   250   1.00      250.00 990028 B H T:
                        go over extesnion numbers with Vivian and what to
                        do
04/30/13 04/16/13  5 69 Randall Franzen     83   250   1.20      300.00 990039 B H T:
                        put files up calls from Vivian and to ogo over
                        audit items and Mike situation with the bank deal
04/30/13 04/26/13  5 69 Randall Franzen     83   250   0.80      200.00 991966 B H T:
                        calls from Vivian to go over onwers receivables
05/31/13 05/03/13  5 69 Randall Franzen     83   250   2.00      500.00 992008 B H T:
                        go over year tax info  for the ebtities to see
                        what work is left and what we need to finish and
                        gather
06/30/13 06/14/13  5 69 Randall Franzen     83   250   1.00      250.00 995750 B H T:
                        go over estimated tax payemtns
06/30/13 06/24/13  5 69 Randall Franzen     83   250   0.80      200.00 996706 B H T:
                        calls form Mike to go over inter comapny accounts
                        and how to get things paid off
06/30/13 06/28/13  5 69 Randall Franzen     83   250   1.00      250.00 996704 B H T:
                        go over year end info to get return done
07/31/13 07/18/13  5 69 Randall Franzen     83   250   1.00      250.00   1985 B H T:
                        go over items for the year end return
10/31/13 10/01/13  5 69 Randall Franzen     83   250   2.50      625.00   8780 B H T:
                        various calls to brokeage compnay to get info to
                        finsih up tax retuns

----------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID   5267  /         PAGE: 80
```

CONFIDENTIAL

VOYNOW_024618

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
            DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                    SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                        VIVIAN              718-279-1800
CDATE    WDATE    WORK(CODE)   STAFF NAME    SID RATE      HRS      AMOUNT  SEQ# ACTION
--------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/     * *


           83  Randall Franzen                       30.20      7,550.00

        BUSTAX Year End Tax Work                     83.50     17,236.00

02/28/13 02/02/13  5 90 VINCENT BUCOLO     135  100   1.50        150.00 974644 B H T:

         135 VINCENT BUCOLO                            1.50        150.00

02/28/13 02/20/13  5 90 DAVID KUMOR        136  100   0.40         40.00 978055 B H T:
                   RECORDING TRADE DISCOUNTS AND LIFO

         136 DAVID KUMOR                              0.40         40.00

        BUSTAX Trial Balance Data Inpu                1.90        190.00

06/30/13 05/29/13  5 92 David Kaplan        92  240   1.10        264.00 992692 B H T:

          92  David Kaplan                            1.10        264.00

        BUSTAX Staff Supervision                      1.10        264.00

06/30/13 05/29/13  5 95 Brett Bausinger    124  120   0.30         36.00 993704 B H T:
06/30/13 06/24/13  5 95 Brett Bausinger    124  120   1.30        156.00 997473 B H T:

         124 Brett Bausinger                          1.60        192.00

        BUSTAX Clear Review Comments                  1.60        192.00

07/31/13 07/08/13  5 97 MEGAN WAGNER       134  100   0.80         80.00 998935 B H T:

         134 MEGAN WAGNER                             0.80         80.00

        BUSTAX Math/Proof Report/Retur                0.80         80.00

07/31/13 07/26/13  5 99 DAVID KUMOR        136  100   0.30         30.00   1091 B H T:
                   SETING UP FOR E FILE
                   CHANGING ADDRESS
09/30/13 09/04/13  5 99 DAVID KUMOR        136  100   0.30         30.00   6199 B H T:
                   ESTIMATED PAYMENTS

         136 DAVID KUMOR                              0.60         60.00

        BUSTAX Report Typing                          0.60         60.00

06/30/13 05/29/13  6  1 ROBERT KIRKHOPE    118  170   8.00      1,360.00 992599 B H T:
                   interim visit - metro, mitsu, fiat

         118 ROBERT KIRKHOPE                          8.00      1,360.00

07/31/13 07/23/13  6  1 Bob Seibel          75  190   1.00        190.00    516 B H T:
                   Prepair for visit.

          75  Bob Seibel                              1.00        190.00

        INTSER Interim Visit Planning                 9.00      1,550.00
--------------------------------------------------------------------------------------
14 Oct 2013 19:48                DWIP SORT ON CLIENT ID    5267  /        PAGE: 81
```

CONFIDENTIAL

VOYNOW_024619

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                       SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                      VIVIAN              718-279-1800
CDATE     WDATE     WORK(CODE)  STAFF NAME      SID RATE     HRS      AMOUNT  SEQ# ACTION
------------------------------------------------------------------------------------
               * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


07/31/13 07/25/13  6 13 Bob Seibel           75   190   7.00    1,330.00   520 B H T:
                       Interim visit.

         75  Bob Seibel                              7.00    1,330.00

06/30/13 05/29/13  6 13 Randall Franzen     83   250   2.00     500.00 995690 B H T:
                       go to NY and do interim visit
07/31/13 07/24/13  6 13 Randall Franzen     83   250   8.00   2,000.00   1991 B H T:
                       go to NY and do an interim visit

         83  Randall Franzen                        10.00    2,500.00

      INTSER Rev. Ledger & Schedules                17.00    3,830.00

05/31/13 05/20/13  6 20 DAVID KUMOR        136   100  10.00   1,000.00 991763 B H T:
                       STAR SERVICE AND PARTS

        136 DAVID KUMOR                             10.00    1,000.00

07/31/13 07/25/13  6 20 MIKE CORRIGAN      138   75   7.00     525.00    430 B H T:
                       Business Trip to Queens, NY visiting clients of
                       Hyundai, Toyota, Nissan, Subaru checking
                       Inventory Services and open
                       RO's, and closing out the register then Reporting
                       our services
08/31/13 07/31/13  6 20 MIKE CORRIGAN      138   75   1.50     112.50   1827 B H T:
                       Finished the Service and Parts Report for STAR
                       Nissan, Toyota, Chrysler, Hyundai, ans Subaru.
08/31/13 08/01/13  6 20 MIKE CORRIGAN      138   75   1.00      75.00   1830 B H T:
                       Needed an Pending Inventory total from Nissan and
                       Toyota from each grouped customer to add to the
                       service and parts
                       report.
08/31/13 08/01/13  6 20 MIKE CORRIGAN      138   75   2.00     150.00   1828 B H T:
                       Made the last minute corrections to the STAR
                       service and parts report, and then dropped it off
                       to Dave Kumor.
08/31/13 08/02/13  6 20 MIKE CORRIGAN      138   75   1.50     112.50   1831 B H T:
                       STAR TOYOYA/NISSAN editing service/parts report
                       from the corrections Dave gave me.

        138 MIKE CORRIGAN                           13.00     975.00

      INTSER Service Dept Analysis                  23.00    1,975.00

08/31/13 08/02/13  6 39 MIKE CORRIGAN      138   75   2.00     150.00   1834 B H T:
                       Scanned STAR, Koufakis Realty, STAR Auto Body,
                       etc. from years 2010, 2011, and 2012 to DOT for
                       the client Michael
                       Koufakis.
08/31/13 08/05/13  6 39 MIKE CORRIGAN      138   75   1.00      75.00   4237 B H T:
                       Finished Scanning Tax Reports for Michael
                       Koufackis.
08/31/13 08/08/13  6 39 MIKE CORRIGAN      138   75   1.00      75.00   4234 B H T:
------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID    5267  /        PAGE: 82
```

CONFIDENTIAL

VOYNOW_024620

```
                     Voynow, Bayard, Whyte and Company, LLP                    v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                       SORT ON CLIENT ID * SELECTED CLIENTS

5267  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                          VIVIAN              718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE    HRS     AMOUNT   SEQ#  ACTION
-----------------------------------------------------------------------------------------

             * *  CHARGEABLE FEES  BY CODES/STAFF/        * *

             Finished scanning the Tax Returns to Dot then
             sent them to the necessary individuals by PDF
             file.

         138 MIKE CORRIGAN                            4.00    300.00

      INTSER Other Services USE MEMO                  4.00    300.00

10/31/12 10/16/12  6 84 DOROTHEA BURCH        132   50  0.40     20.00 965585 B H T:
                   print out letters and mail

         132 DOROTHEA BURCH                           0.40     20.00

      INTSER Letters to Client, Prep                  0.40     20.00

10/31/12 10/10/12  8 32 Randall Franzen       83  250  1.00    250.00 961132 B H T:
                   go over the Chase bank companies
10/31/12 10/16/12  8 32 Randall Franzen       83  250  1.50    375.00 964632 B H T:
                   get letter out to Sigman flor the bank Chase for
                   Star
10/31/12 10/17/12  8 32 Randall Franzen       83  250  2.00    500.00 964618 B H T:
                   billing
12/31/12 12/11/12  8 32 Randall Franzen       83  250  2.00    500.00 969838 B H T:
                   talk with mike trust real estate
12/31/12 12/21/12  8 32 Randall Franzen       83  250  1.50    375.00 970606 B H T:
                   calls from Mike to go over the new trust and
                   which way to go with Sr estate and rent rpoerty
12/31/12 12/28/12  8 32 Randall Franzen       83  250  1.00    250.00 970623 B H T:
                   calls from Mike to go over year end tax items
                   banks new checking accounts
01/31/13 01/16/13  8 32 Randall Franzen       83  250  1.00    250.00 975684 B H T:
                   call from Slyvania at ML to go over SR stock
                   transaction
04/30/13 04/05/13  8 32 Randall Franzen       83  250  0.60    150.00 985885 B H T:
                   go over loans on business and rent to trust and
                   how to handle and HSA and HRA accounts
07/31/13 07/16/13  8 32 Randall Franzen       83  250  1.00    250.00   1972 B H T:
                   calls frm Mike to go over intercompany amounts
                   and sch
07/31/13 07/23/13  8 32 Randall Franzen       83  250  1.00    250.00   1990 B H T:
                   call aranigo for Mike to see about the deal and
                   look over 1099 for rent from busniesses
08/31/13 08/02/13  8 32 Randall Franzen       83  250  1.50    375.00   5004 B H T:
                   calls from Mike to go over returns needed and Jr
                   house and capital loss amounts
08/31/13 08/12/13  8 32 Randall Franzen       83  250  1.00    250.00   5043 B H T:
                   call from Vivian adn Mike to go over the
                   intercompany and the deal
09/30/13 09/24/13  8 32 Randall Franzen       83  250  4.00  1,000.00   9210 B H T:
                   answer the Bank questioons

          83  Randall Franzen                       19.10  4,775.00

      Other Special Projects(detail)                19.10  4,775.00

-----------------------------------------------------------------------------------------
14 Oct 2013 19:48                  DWIP SORT ON CLIENT ID   5267  /        PAGE: 83
```

CONFIDENTIAL

VOYNOW_024621

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                         SORT ON CLIENT ID * SELECTED CLIENTS

5267  /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                         VIVIAN              718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE   HRS      AMOUNT  SEQ# ACTION
-------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/     * *


        * * TOTAL FEES                          222.30    40,086.00


                    * *     DEBITS & CREDITS    * *

10/31/12 10/31/12 99  3                                   -1,000.00 953766 B H T:
11/30/12 11/30/12 99  3                                   -1,000.00 957204 B H T:
12/31/12 12/31/12 99  3                                   -1,000.00 962627 B H T:
01/31/13 01/31/13 99  3                                   -1,000.00 971701 B H T:
02/28/13 02/28/13 99  3                                   -1,000.00 971832 B H T:
03/31/13 03/31/13 99  3                                   -1,000.00 975207 B H T:
03/31/13 03/31/13 99  3                                   -7,750.00 978577 B H T:
04/30/13 04/30/13 99  3                                   -1,000.00 975344 B H T:
05/31/13 05/31/13 99  3                                   -1,000.00 975476 B H T:
06/30/13 06/30/13 99  3                                   -1,000.00 987668 B H T:
07/31/13 07/31/13 99  3                                   -1,000.00 987801 B H T:
08/31/13 08/31/13 99  3                                   -1,000.00 992330 B H T:
09/30/13 09/30/13 99  3                                   -1,000.00 996269 B H T:
10/31/13 10/31/13 99  3                                   -1,000.00 996406 B H T:


        * * TOTAL PROGRESS BILLS AND OTHER CREDITS         -20,750.00


          FEES      EXPENSES    SUB-TOTAL     DB/CR    SUB-TOTAL     OFFSETS    NET WIP
       ----------  ----------  ----------  ----------  ----------  ----------  ----------
       40,086.00        0.00   40,086.00        0.00   40,086.00  -20,750.00   19,336.00
                                                                              ==========
```

CONFIDENTIAL                                    VOYNOW_024622

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.30.13 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR NISSAN |
| (4) Client # / File # | (4) | 5266 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.30.13 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due          3,310.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                    W.I.P.

TOTAL W.I.P.:

DATE BILLED:                              W.I.P. TO TRANSFER:

BILLED THROUGH
CLIENT # / FILE #                         W.I.P. TO HOLD:
:                                         W.I.P. TO CLEAR:

CLIENT NAME:                              WRITE UP /( DOWN):

BILL # :  2442

DATE KEYPUNCHED:                                          BILL

TOTAL AMOUNT BILLABLE:

LESS RETAINERS AND OR PROGRESS BILLING:

AMOUNT OF BILL:

J.K. 1040



VOYNOW_024624

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2013

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                          Client #: 5266/
ATTN: VIVIAN                               Invoice: 22442

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

       AMOUNT DUE        $ 3,310.00

CONFIDENTIAL

VOYNOW_024625

(1) Today's date       (1)   9.30.13

(2) Name of individual requesting this billing       (2)   RPS

(3) Client Name       (3)   STAR NISSAN

(4) Client # / File #       (4)   5266

(5) This billing is for work done from Month Ending       (5a)   _____ , 200

     through the Month Ending       (5b)   9.30.13 , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due     3,540.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) **(FINAL)**       W.I.P.

         TOTAL W.I.P.: _____

DATE BILLED: _____       W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #       W.I.P. TO HOLD: _____
: _____       W.I.P. TO CLEAR: _____

CLIENT NAME: _____       WRITE UP /( DOWN): _____

BILL # : 22444

DATE KEYPUNCHED: _____       BILL

      TOTAL AMOUNT BILLABLE: _____

      LESS RETAINERS AND OR PROGRESS BILLING: _____

      AMOUNT OF BILL: _____

Estate /Gift

CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

October 1, 2013

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 22441

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

AMOUNT DUE          $ 4,540.00



CONFIDENTIAL

VOYNOW_024627

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

October 1, 2013

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 22441

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

AMOUNT DUE          $ 4,540.00

CONFIDENTIAL

VOYNOW_024628

# VOYNOW BAYARD CO
## WIP

(1) Today's date     (1) 3.7.13

(2) Name of individual requesting this billing     (2) RANDY

(3) Client Name     (3) STAR NISSAN

(4) Client # / File #     (4)    5266

(5) This billing is for work done from Month Ending     (5a) _____ , 200 ___

     through the Month Ending     (5b 12.31.12 , 200 ___

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

    Accounting Services as Requested:

    Progress billing for work completed

    on the December 31 2012 closing of the books

    preparation of Federal , State and city

    corporate tax returns.

**Accountant**

           Amount Due      7,750.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)      W.I.P.

LAST YEAR BILL:   7,250     TOTAL W.I.P.: _____

DATE BILLED: _____     W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #     W.I.P. TO HOLD: _____

_____     W.I.P. TO CLEAR: _____

CLIENT NAME: _____     WRITE UP / DOWN: _____

BILL # 22066

DATE KEYPUNCHED: _____      BILL

     TOTAL AMOUNT BILLABLE:    7,750.00

     LESS RETAINERS AND OR PROGRESS BILLING: _____

     AMOUNT OF BILL:    7,750.00

CONFIDENTIAL



VOYNOW_024630

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

March 9, 2013

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                          Client #: 5266/
ATTN: VIVIAN                               Invoice: 22066

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED
ON THE DECEMBER 31, 2012 CLOSING OF
THE BOOKS AND PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS

                    AMOUNT DUE        $ 7,750.00

CONFIDENTIAL                               VOYNOW_024631

(1) Today's date                                              (1)    9.30.12
(2) Name of individual requesting this billing               (2)    RPS
(3) Client Name                                              (3)    STAR NISSAN
(4) Client # / File #                                        (4)         5266
(5) This billing is for work done from Month Ending          (5a)                   , 200
    through the Month Ending                                 (5b)   9.30.12         , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2011

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

                          Amount Due          3,465.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                     W.I.P.

                              TOTAL W.I.P.:
DATE BILLED:                  W.I.P. TO TRANSFER:
BILLED THROUGH                W.I.P. TO HOLD:
CLIENT # / FILE #             W.I.P. TO CLEAR:
CLIENT NAME:                  WRITE UP /( DOWN):
BILL # : 2019
DATE KEYPUNCHED:                                    BILL

                          TOTAL AMOUNT BILLABLE:
            LESS RETAINERS AND OR PROGRESS BILLING:
                          AMOUNT OF BILL:

CONFIDENTIAL

VOYNOW_024632

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2012

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                    Client #: 5266/
ATTN: VIVIAN                         Invoice: 21719

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2011 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS AND
PREPARATION OF FEDERAL, STATE AND CITY
CORPORATE TAX RETURNS

                    AMOUNT DUE          $ 3,465.00



CONFIDENTIAL                    VOYNOW_024633

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                        SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                               VIVIAN
<-----------MOST RECENT 12 MONTHS---------->   <-------------PRIOR 12 MONTHS------------->
MON-YR    BILLS   WRT U/D   WRTOFFS     CASH    MON-YR    BILLS   WRT U/D   WRTOFFS     CASH
------    -----   -------   -------     ----    ------    -----   -------   -------     ----
OCT-11    1,000      0        0           0     OCT-10    1,000      0        0           0
NOV-11    2,225      0        0       7,410     NOV-10    1,000      0        0           0
DEC-11    1,000      0        0           0     DEC-10    1,000    9,000      0           0
JAN-12    1,000      0        0      14,365     JAN-11    1,000      0        0      23,025
FEB-12    8,250      0        0           0     FEB-11    8,200      0        0           0
MAR-12    1,000      0        0       7,250     MAR-11    1,000      0        0       3,000
APR-12    1,000      0        0           0     APR-11    1,000      0        0           0
MAY-12    1,000      0        0           0     MAY-11    1,000      0        0           0
JUN-12    5,805      0        0       7,000     JUN-11    1,000      0        0           0
JUL-12    1,000      0        0           0     JUL-11    1,000      0        0           0
AUG-12    1,000      0        0       2,000     AUG-11    1,000      0        0      10,200
SEP-12    1,000      0        0           0     SEP-11   14,550  -18,263      0           0
------   ------   -------   -------  -------    ------   ------   -------   -------  -------
TOTAL    25,280      0        0      38,025     TOTAL    32,750   -9,263      0      36,225

YTD      21,055      0        0      30,615     PYTD     29,750  -18,263      0      36,225


AGED      CURRENT    1 MONTH   2 MONTHS   3 MONTHS   4 MONTHS   5+ MONTHS       TOTAL  AGED
------    -------    -------   --------   --------   --------   ---------       -----  ----
A/R      1,000.00       0.00       0.00   4,805.00       0.00        0.00    5,805.00  A/R
WIP      8,025.00     300.00   1,485.00     872.50   3,305.00   -1,622.00   12,365.50  WIP

YTD WORK   BUDGET      ACTUAL      VARIANCE    %BUDGET     LAST      DATE       AMOUNT TYPE
--------   ------      ------      --------    -------     ----      ----       ------ ----
HOURS        0.00      246.80      -246.80       0.00%   BILLED   11/01/12    1,000.00  PRG
DOLLARS      0.00   38,333.50   -38,333.50       0.00%   PAYMENT  08/06/12    2,000.00  SN

<---------------WORK-IN-PROCESS--------------->   NET WIP   ACCOUNTS   UNAPPLIED      TOTAL
         FEES    EXPENSES    DB/CR    OFFSETS     SUBTOTAL  RECEIVABLE  RETAINER    EXPOSURE
       -------   --------    -----    -------     --------  ----------  --------    --------
     46,645.50       0.00     0.00  -34,280.00   12,365.50   5,805.00      0.00   18,170.50

                                                                                   NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)  12,365.50

                                             WIP TO XFER:  _____

                                             WIP TO HOLD:  _____

                                             WIP TO CLEAR:  _____

                                             WRITE UP/DOWN:  _____

                                             AMOUNT TO BILL:  _____

                                  APPROVED BY:  _____  DATE:  _____


----------------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID    5266  /         PAGE: 59
```

CONFIDENTIAL                                                    VOYNOW_024634

```
                    Voynow, Bayard, Whyte and Company, LLP               v.6.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                       SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                              VIVIAN
-------------------------------------------------------------------------------
                    * *  FEE & EXPENSE SUMMARIES  * *

   * CHARGEABLE FEES SUMMARY BY WORK CODE    HOURS      AMOUNT        TOTAL
   REVIEW ENGAGEMENT                          2.00      550.00       550.00
   COMPILATION ENGAGEMENT                     2.00      200.00       750.00
   BUSINESS TAX ENGAGEMENTS                 180.20   32,455.50    33,205.50
   INTERIM SERVICES                          96.20   11,500.00    44,705.50
   PERSONAL TAX RETURN SERVICES               0.30       30.00    44,735.50
   SPECIAL PROJECTS-MUST USE MEMO            10.50    1,410.00    46,145.50
   VB-ADMINISTRATIVE CODES                    2.00      500.00    46,645.50
   SYSTEM GENERATED FEES                      0.00  -34,280.00    12,365.50
                                          --------  ------------
         ** TOTAL                          293.20   12,365.50


   * CHARGEABLE FEES SUMMARY BY STAFF        HOURS      AMOUNT        TOTAL
                                             0.00  -34,280.00   -34,280.00
   118 ROBERT KIRKHOPE                       18.00    2,700.00   -31,580.00
   12  PATRICK J. CATALINE                   15.10    1,208.00   -30,372.00
   124 Brett Bausinger                       10.20    1,020.00   -29,352.00
   130 DAVE LOMBARDO                          0.30       30.00   -29,322.00
   132 DOROTHEA BURCH                         2.30      115.00   -29,207.00
   133 BRETT HASKIN                           2.00      200.00   -29,007.00
   134 MEGAN WAGNER                          17.10    1,710.00   -27,297.00
   135 VINCENT BUCOLO                        46.20    4,620.00   -22,677.00
   136 DAVID KUMOR                           43.70    4,370.00   -18,307.00
   40  Shawn McCormack                       48.00    9,120.00    -9,187.00
   48  Kenneth Mann                           0.90      225.00    -8,962.00
   56  Hugh Whyte                             2.00      550.00    -8,412.00
   63  Betteann Norris                        0.30       22.50    -8,389.50
   75  Bob Seibel                            17.00    3,230.00    -5,159.50
   83  Randall Franzen                       70.10   17,525.00    12,365.50
                                          --------  ------------
         ** TOTAL                          293.20   12,365.50


   * CHARGEABLE FEES SUMMARY BY CTRL DATE    HOURS      AMOUNT        TOTAL
                01/31/11                      0.00   -1,000.00    -1,000.00
                02/28/11                      0.00   -1,000.00    -2,000.00
                03/31/11                      0.00   -1,000.00    -3,000.00
                04/30/11                      0.00   -1,000.00    -4,000.00
                05/31/11                      0.00   -1,000.00    -5,000.00
                06/30/11                      0.00   -1,000.00    -6,000.00
                07/31/11                      0.00   -1,000.00    -7,000.00
                08/31/11                      0.00   -1,000.00    -8,000.00
                09/30/11                      0.00   -1,000.00    -9,000.00
                10/31/11                     12.00    2,000.00    -7,000.00
                11/30/11                     33.00    2,605.00    -4,195.00
                12/31/11                      1.40     -718.00    -4,913.00
                01/31/12                     65.40    9,236.00     4,323.00
                02/29/12                     15.10   -5,115.00      -792.00
                03/31/12                      5.40      140.00      -652.00
                04/30/12                      0.30     -970.00    -1,622.00
                05/31/12                     25.30    3,305.00     1,683.00
                06/30/12                     51.00      872.50     2,555.50
                07/31/12                     12.10    1,485.00     4,040.50
                08/31/12                      5.20      300.00     4,340.50
                09/30/12                     67.00    8,025.00    12,365.50

-------------------------------------------------------------------------------
12 Oct 2012 10:39               DWIP SORT ON CLIENT ID    5266  /        PAGE: 60
```

CONFIDENTIAL

VOYNOW_024635

Voynow, Bayard, Whyte and Company, LLP                                v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
SORT ON CLIENT ID * SELECTED CLIENTS

5266  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                          VIVIAN
-------------------------------------------------------------------------------
                    * *   FEE & EXPENSE SUMMARIES   * *
                                    --------    ------------
            ** TOTAL                 293.20      12,365.50

-------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID    5266  /       PAGE: 61

CONFIDENTIAL                                              VOYNOW_024636

```
                   Voynow, Bayard, Whyte and Company, LLP              v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                    SORT ON CLIENT ID * SELECTED CLIENTS

5266 /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                 VIVIAN
CDATE    WDATE    WORK(CODE)   STAFF NAME    SID RATE   HRS      AMOUNT  SEQ# ACTION
---------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

02/29/12 01/31/12  2 93 Hugh Whyte        56   275    1.00     275.00 925541 B H T:
                        Financing - RF
06/30/12 06/08/12  2 93 Hugh Whyte        56   275    1.00     275.00 943894 B H T:
                        t/r review

           56  Hugh Whyte                          2.00     550.00

       REVIEW Partner Review                       2.00     550.00

01/31/12 01/09/12  3 21 BRETT HASKIN      133  100   2.00     200.00 922083 B H T:

          133  BRETT HASKIN                         2.00     200.00

       COMPIL LIFO Computations                     2.00     200.00

01/31/12 01/21/12  5  1 Bob Seibel        75   190   1.00     190.00 926345 B H T:
                        Prepair for visit.

           75  Bob Seibel                           1.00     190.00

       BUSTAX Engagement Planning                   1.00     190.00

01/31/12 01/06/12  5 21 DOROTHEA BURCH    132   50   0.20      10.00 923697 B H T:
                        fax and confirm lifo entry
01/31/12 01/11/12  5 21 DOROTHEA BURCH    132   50   0.10       5.00 923766 B H T:
                        fax LIFO entry

          132  DOROTHEA BURCH                        0.30      15.00

01/31/12 01/09/12  5 21 Kenneth Mann      48   250   0.30      75.00 936966 B H T:
                        LIFO
01/31/12 01/10/12  5 21 Kenneth Mann      48   250   0.20      50.00 936981 B H T:
                        LIFO
02/29/12 02/21/12  5 21 Kenneth Mann      48   250   0.40     100.00 937152 B H T:

           48  Kenneth Mann                         0.90     225.00

       BUSTAX LIFO Computations                     1.20     240.00

05/31/12 05/16/12  5 60 VINCENT BUCOLO    135  100   0.60      60.00 940940 B H T:

          135  VINCENT BUCOLO                       0.60      60.00

       BUSTAX Income Tax Project & Ex               0.60      60.00

05/31/12 05/10/12  5 61 DAVID KUMOR       136  100   2.10     210.00 940194 B H T:
                        TAX RETURN
05/31/12 05/11/12  5 61 DAVID KUMOR       136  100   1.90     190.00 940200 B H T:
                        UPDATING RETURN
05/31/12 05/16/12  5 61 DAVID KUMOR       136  100   0.70      70.00 940962 B H T:
                        UPDATING RETURN
05/31/12 05/25/12  5 61 DAVID KUMOR       136  100   0.50      50.00 942170 B H T:
                        UPDATING RETURN
06/30/12 06/12/12  5 61 DAVID KUMOR       136  100   0.40      40.00 944653 B H T:
                        UPDATING RETURN
---------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID   5266 /        PAGE: 62
```

CONFIDENTIAL

VOYNOW_024637

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                    SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                      VIVIAN
CDATE     WDATE     WORK(CODE)  STAFF NAME      SID RATE   HRS      AMOUNT    SEQ# ACTION
-------------------------------------------------------------------------------------
                     * *  CHARGEABLE FEES  BY CODES/STAFF/        * *

06/30/12 06/13/12  5 61  DAVID KUMOR          136  100   0.10      10.00 944661 B H T:
                         UPDATING RETURN
06/30/12 06/14/12  5 61  DAVID KUMOR          136  100   2.00     200.00 944662 B H T:
                         UPDATING RETURN

           136  DAVID KUMOR                           7.70     770.00

06/30/12 06/21/12  5 61  Betteann Norris       63   75   0.30      22.50 945658 B H T:
                         process tax return

           63  Betteann Norris                        0.30      22.50

        BUSTAX Federal Tax Return Prep               8.00     792.50

02/29/12 02/21/12  5 62  VINCENT BUCOLO       135  100   0.10      10.00 928450 B H T:
02/29/12 02/21/12  5 62  VINCENT BUCOLO       135  100   0.30      30.00 928443 B H T:

           135  VINCENT BUCOLO                        0.40      40.00

        BUSTAX State Tax Return Prep                 0.40      40.00

01/31/12 01/20/12  5 65  Brett Bausinger      124  100   0.30      30.00 923836 B H T:      IRS
                         employment tax audit information gathering

           124  Brett Bausinger                       0.30      30.00

10/31/11 09/26/11  5 65  Randall Franzen       83  250   3.00     750.00 910370 B H T:   )
                         work on the IRS audit info calls to Vivian to go         } IRS
                         over the w-2 for John and what else we need to
                         tie out
10/31/11 09/27/11  5 65  Randall Franzen       83  250   6.00   1,500.00 910372 B H T:   )
                         drive to NY  to meet with the IRS auditor for 941
                         tax audit                                             IRS
10/31/11 10/26/11  5 65  Randall Franzen       83  250   1.00     250.00 915447 B H T:
                         calls from Vivian to go over bills and waht is
                         going on with year end  work and how the business
                         is doing
02/29/12 02/03/12  5 65  Randall Franzen       83  250   3.00     750.00 927648 B H T:   )
                         get IRS information sent out to Lev Gliman
02/29/12 02/06/12  5 65  Randall Franzen       83  250   2.00     500.00 927660 B H T:
                         gather up info for the IRS audit
02/29/12 02/24/12  5 65  Randall Franzen       83  250   1.50     375.00 932719 B H T:
                         look over the IRS responce and see how to answer
                         the new question
05/31/12 05/11/12  5 65  Randall Franzen       83  250   1.50     375.00 940287 B H T:      IRS
                         go over IRS info
05/31/12 05/21/12  5 65  Randall Franzen       83  250   3.00     750.00 944561 B H T:
                         work on the IRS audir info and letter
05/31/12 05/22/12  5 65  Randall Franzen       83  250   2.00     500.00 944566 B H T:
                         go over and the letter and info for the IRS agent
06/30/12 05/31/12  5 65  Randall Franzen       83  250   4.00   1,000.00 944582 B H T:
                         work on the IRS notice
07/31/12 06/26/12  5 65  Randall Franzen       83  250   1.00     250.00 947984 B H T:
                         get a package sent off to the IRS agent
07/31/12 07/17/12  5 65  Randall Franzen       83  250   4.50   1,125.00 952871 B H T:   )
-------------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID     5266  /          PAGE: 63
```

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                        SORT ON CLIENT ID * SELECTED CLIENTS

5266  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                       VIVIAN
CDATE    WDATE    WORK(CODE)   STAFF NAME     SID RATE    HRS       AMOUNT   SEQ#  ACTION
-----------------------------------------------------------------------------------------
             * *  CHARGEABLE FEES  BY CODES/STAFF/      * *
                    get info for IRS audit to meet on Wednesday look
                    over various return and filing info for Vivian
                    and computer
                    storage info and Seigles letters
07/31/12 07/18/12  5 65 Randall Franzen    83  250   3.00     750.00 952867 B H T:
                    go to Star Nissan in NY and meet with the IRS
                    agent to try to finish up the IRS audit
08/31/12 08/01/12  5 65 Randall Franzen    83  250   1.20     300.00 954781 B H T:
                    calls from IRS agent to go over schedule visit an
                    add'l info for the audit
08/31/12 08/02/12  5 65 Randall Franzen    83  250   1.00     250.00 954789 B H T:
                    call from Steve Rennert for IRS to go over the go
                    over the mgmt fees and other items
08/31/12 08/03/12  5 65 Randall Franzen    83  250   1.00     250.00 954792 B H T:
                    look for info on the mgmt fees
08/31/12 08/17/12  5 65 Randall Franzen    83  250   2.00     500.00 955637 B H T:
                    send info to  IRS agent
09/30/12 08/29/12  5 65 Randall Franzen    83  250   5.00   1,250.00 955674 B H T:
                    meet with the IRS auditor to go over final part
                    on the audit

        83  Randall Franzen                      45.70    11,425.00

        BUSTAX Tax Audit/Examination             46.00    11,455.00

11/30/11 11/17/11  5 68 PATRICK J. CATALINE 12   80   7.00     560.00 918079 B H T:
11/30/11 11/18/11  5 68 PATRICK J. CATALINE 12   80   7.00     560.00 918080 B H T:

        12  PATRICK J. CATALINE                  14.00     1,120.00

11/30/11 11/17/11  5 68 Shawn McCormack     40  190   7.00   1,330.00 918729 B H T:
11/30/11 11/18/11  5 68 Shawn McCormack     40  190   7.00   1,330.00 918730 B H T:

        40  Shawn McCormack                      14.00     2,660.00

11/30/11 11/18/11  5 68 Randall Franzen     83  250   5.00   1,250.00 919641 B H T:
                    drive to clients to do tax planning

        83  Randall Franzen                       5.00     1,250.00

        BUSTAX Tax Planning                      33.00     5,030.00

12/31/11 11/30/11  5 69 PATRICK J. CATALINE 12   80   0.40      32.00 919604 B H T:
                    binding workpapers
01/31/12 01/13/12  5 69 PATRICK J. CATALINE 12   80   0.70      56.00 923069 B H T:
                    form 4564

        12  PATRICK J. CATALINE                   1.10        88.00

06/30/12 06/08/12  5 69 DAVE LOMBARDO      130  100   0.30      30.00 944917 B H T:
                    STARTED TO MATH RETURNS NOT SURE IF TAX CODE
                    REPORT IS RIGHT

       130  DAVE LOMBARDO                         0.30        30.00

-----------------------------------------------------------------------------------------
12 Oct 2012 10:39            DWIP SORT ON CLIENT ID    5266  /        PAGE: 64
```

CONFIDENTIAL

VOYNOW_024639

Voynow, Bayard, Whyte and Company, LLP                          v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
SORT ON CLIENT ID * SELECTED CLIENTS

5266 /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE    HRS       AMOUNT    SEQ# ACTION
------------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

01/31/12 01/25/12  5 69 VINCENT BUCOLO      135 100    9.50       950.00 925182 B H T:
01/31/12 01/26/12  5 69 VINCENT BUCOLO      135 100   10.00     1,000.00 925183 B H T:
01/31/12 01/27/12  5 69 VINCENT BUCOLO      135 100    6.10       610.00 925184 B H T:

        135 VINCENT BUCOLO                           25.60     2,560.00

01/31/12 01/25/12  5 69 Shawn McCormack      40 190    9.00     1,710.00 926813 B H T:
01/31/12 01/26/12  5 69 Shawn McCormack      40 190    7.00     1,330.00 926814 B H T:
01/31/12 01/27/12  5 69 Shawn McCormack      40 190    9.00     1,710.00 926815 B H T:
02/29/12 02/09/12  5 69 Shawn McCormack      40 190    2.00       380.00 930144 B H T:
                   Spoke with Vivian on the phone and followed up on
                   questions she had regarding year end

         40 Shawn McCormack                          27.00     5,130.00

01/31/12 01/28/12  5 69 Bob Seibel           75 190    1.50       285.00 926360 B H T:
                   Follow up from visit.
02/29/12 02/20/12  5 69 Bob Seibel           75 190    1.00       190.00 930332 B H T:
                   Extension
02/29/12 02/21/12  5 69 Bob Seibel           75 190    0.50        95.00 930344 B H T:
                   Extension
03/31/12 03/01/12  5 69 Bob Seibel           75 190    0.50        95.00 930101 B H T:
                   Question from Vivian about company vehicles.
03/31/12 03/01/12  5 69 Bob Seibel           75 190    0.50        95.00 930103 B H T:
                   E-file extension
03/31/12 03/06/12  5 69 Bob Seibel           75 190    2.50       475.00 935626 B H T:
                   Bank questions.
05/31/12 05/07/12  5 69 Bob Seibel           75 190    0.50        95.00 942081 B H T:
                   Go through info with DK
05/31/12 05/10/12  5 69 Bob Seibel           75 190    1.00       190.00 942100 B H T:
                   Go over Job & T/R
05/31/12 05/11/12  5 69 Bob Seibel           75 190    2.00       380.00 942105 B H T:
                   Go through W/P
05/31/12 05/21/12  5 69 Bob Seibel           75 190    2.00       380.00 942175 B H T:
                   Go over Job & T/R
05/31/12 05/25/12  5 69 Bob Seibel           75 190    2.00       380.00 942191 B H T:
                   Go over Job & T/R
06/30/12 06/13/12  5 69 Bob Seibel           75 190    0.50        95.00 945528 B H T:
                   Tax return
06/30/12 06/14/12  5 69 Bob Seibel           75 190    0.50        95.00 945538 B H T:
                   Tax return
06/30/12 06/21/12  5 69 Bob Seibel           75 190    1.00       190.00 945676 B H T:
                   Tax return

         75 Bob Seibel                               16.00     3,040.00

01/31/12 01/25/12  5 69 Randall Franzen      83 250    8.00     2,000.00 927637 B H T:
                   go to NY and do the year end
02/29/12 02/23/12  5 69 Randall Franzen      83 250    1.00       250.00 932714 B H T:
                   go over DIT with bank and Vivian
03/31/12 03/23/12  5 69 Randall Franzen      83 250    0.50       125.00 936660 B H T:
                   call frim JOhn K to go over business and I need
                   to call Shelly about foundation
05/31/12 05/25/12  5 69 Randall Franzen      83 250    1.00       250.00 944574 B H T:
                   calls from Vivian to go over info for the audit
------------------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID    5266 /         PAGE: 65

CONFIDENTIAL                                              VOYNOW_024640

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                        SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                    VIVIAN
CDATE    WDATE    WORK(CODE)   STAFF NAME      SID RATE    HRS      AMOUNT   SEQ# ACTION
--------------------------------------------------------------------------------------

                  * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

                  and our visit next week
09/30/12 09/07/12  5 69 Randall Franzen    83  250   1.50      375.00 956656 B H T:
                  look over John Jr tax info

          83   Randall Franzen                        12.00     3,000.00

        BUSTAX Year End Tax Work                       82.00    13,848.00

02/29/12 02/09/12  5 90 VINCENT BUCOLO    135  100   1.30      130.00 926455 B H T:

         135  VINCENT BUCOLO                           1.30      130.00

05/31/12 05/09/12  5 90 DAVID KUMOR       136  100   0.60       60.00 940188 B H T:
                  UPDATING TRAIL BALANCE
05/31/12 05/10/12  5 90 DAVID KUMOR       136  100   2.40      240.00 940189 B H T:
                  UPDATING TRAIL BALANCE

         136  DAVID KUMOR                              3.00      300.00

        BUSTAX Trial Balance Data Inpu                 4.30      430.00

06/30/12 06/14/12  5 97 Brett Bausinger   124  100   0.50       50.00 945304 B H T:
06/30/12 06/20/12  5 97 Brett Bausinger   124  100   1.40      140.00 945948 B H T:

         124  Brett Bausinger                          1.90      190.00

        BUSTAX Math/Proof Report/Retur                 1.90      190.00

05/31/12 05/03/12  5 99 DAVID KUMOR       136  100   1.00      100.00 939509 B H T:
                  UNICAP CALCULATIONS
07/31/12 07/23/12  5 99 DAVID KUMOR       136  100   0.80       80.00 951391 B H T:
                  SETTING UP FOR E FILE/ALSO SETTING UP 211-48
                  JAMAICA AVE

         136  DAVID KUMOR                              1.80      180.00

        BUSTAX Report Typing                           1.80      180.00

09/30/12 08/28/12  6  1 ROBERT KIRKHOPE   118  150   9.00    1,350.00 955278 B H T:
                  INTERIM
09/30/12 08/29/12  6  1 ROBERT KIRKHOPE   118  150   9.00    1,350.00 955279 B H T:
                  INTERIM

         118  ROBERT KIRKHOPE                         18.00    2,700.00

06/30/12 05/31/12  6  1 MEGAN WAGNER      134  100   8.50      850.00 942719 B H T:
                  INTERIM VISIT

         134  MEGAN WAGNER                            8.50      850.00

09/30/12 08/28/12  6  1 VINCENT BUCOLO    135  100  10.00    1,000.00 954890 B H T:
09/30/12 08/29/12  6  1 VINCENT BUCOLO    135  100   8.00      800.00 954891 B H T:

         135  VINCENT BUCOLO                         18.00    1,800.00

        INTSER Interim Visit Planning                44.50    5,350.00
--------------------------------------------------------------------------------------
12 Oct 2012 10:39             DWIP SORT ON CLIENT ID    5266  /        PAGE: 66
```

```
                 Voynow, Bayard, Whyte and Company, LLP                    v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                     SORT ON CLIENT ID * SELECTED CLIENTS

5266 /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                     VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE    HRS       AMOUNT  SEQ# ACTION
----------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


06/30/12 06/07/12  6 10 MEGAN WAGNER       134 100   0.50        50.00 943834 B H T:
                       CASH INTERIM - ALL STORES

              134 MEGAN WAGNER                        0.50        50.00

              INTSER Bank Reconciliation Rev          0.50        50.00

06/30/12 05/31/12  6 13 Shawn McCormack     40 190   7.00     1,330.00 946592 B H T:

               40  Shawn McCormack                    7.00     1,330.00

09/30/12 08/29/12  6 13 Randall Franzen     83 250   3.00       750.00 955675 B H T:
                       go over interim adn meet with John Mike and SR

               83  Randall Franzen                    3.00       750.00

              INTSER Rev. Ledger & Schedules         10.00     2,080.00

06/30/12 05/31/12  6 20 Brett Bausinger    124 100   8.00       800.00 943278 B H T:

              124 Brett Bausinger                     8.00       800.00

09/30/12 08/28/12  6 20 DAVID KUMOR        136 100  11.00     1,100.00 955309 B H T:
                       SERVICE DEPARTMENT

              136 DAVID KUMOR                         11.00     1,100.00

              INTSER Service Dept Analysis           19.00     1,900.00

09/30/12 08/29/12  6 22 DAVID KUMOR        136 100   8.00       800.00 955310 B H T:
                       PARTS DEPARTMENT

              136 DAVID KUMOR                          8.00       800.00

              INTSER Parts Dept Analysis              8.00       800.00

06/30/12 05/31/12  6 60 DAVID KUMOR        136 100   9.00       900.00 943288 B H T:
                       SERVICE DEPARTMENT

              136 DAVID KUMOR                          9.00       900.00

              INTSER Income Tax Project & Ex          9.00       900.00

01/31/12 01/11/12  6 84 DOROTHEA BURCH     132  50   0.10         5.00 923758 B H T:
                       changes, eng ltr
01/31/12 01/17/12  6 84 DOROTHEA BURCH     132  50   0.40        20.00 924317 B H T:
                       print, copy, log in and mail eng ltr
02/29/12 02/06/12  6 84 DOROTHEA BURCH     132  50   1.00        50.00 926894 B H T:
                       changes, ltr, print, copy, cc, and certified to
                       IRS

              132 DOROTHEA BURCH                       1.50        75.00

              INTSER Letters to Client, Prep          1.50        75.00
----------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID    5266 /        PAGE: 67
```

CONFIDENTIAL

VOYNOW_024642

```
                   Voynow, Bayard, Whyte and Company, LLP              v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                      SORT ON CLIENT ID * SELECTED CLIENTS

5266  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                               VIVIAN
CDATE    WDATE    WORK(CODE)   STAFF NAME      SID RATE    HRS     AMOUNT    SEQ# ACTION
--------------------------------------------------------------------------------------------

              * *  CHARGEABLE FEES  BY CODES/STAFF/     * *
```



```
05/31/12 05/21/12  6 85 DOROTHEA BURCH     132  50   0.50     25.00 946552 B H T:
               print, copy, scan, fax and certified mail Star
               Ltr to IRS

          132 DOROTHEA BURCH                       0.50     25.00

          INSTER Staff Consult. & Meet             0.50     25.00

06/30/12 06/01/12  6 99 DAVID KUMOR        136 100   1.60    160.00 943293 B H T:
               SERVICE REPORTS
06/30/12 06/04/12  6 99 DAVID KUMOR        136 100   0.60     60.00 943858 B H T:
               SERVICE REPORT TYPING
09/30/12 08/30/12  6 99 DAVID KUMOR        136 100   1.00    100.00 955308 B H T:
               FINISHING UP PARTS LETTER

          136 DAVID KUMOR                          3.20    320.00

          INTSER Report Typing                     3.20    320.00

04/30/12 04/09/12  7 60 VINCENT BUCOLO     135 100   0.30     30.00 935261 B H T:
               mwwting with rob, return print and scan

          135 VINCENT BUCOLO                       0.30     30.00

          PERSTX Income Tax Project & Ex           0.30     30.00

06/30/12 06/01/12  8 32 MEGAN WAGNER       134 100   3.00    300.00 942722 B H T:
               CAPITAL EXPENDITURES SURVEY
06/30/12 06/04/12  8 32 MEGAN WAGNER       134 100   0.60     60.00 943814 B H T:
               census
06/30/12 06/06/12  8 32 MEGAN WAGNER       134 100   0.20     20.00 943823 B H T:
07/31/12 06/25/12  8 32 MEGAN WAGNER       134 100   0.50     50.00 946743 B H T:
               CENSUS
07/31/12 07/03/12  8 32 MEGAN WAGNER       134 100   2.00    200.00 948200 B H T:
               census reporting
07/31/12 07/11/12  8 32 MEGAN WAGNER       134 100   0.30     30.00 949455 B H T:
               CENSUS
09/30/12 08/27/12  8 32 MEGAN WAGNER       134 100   1.50    150.00 954860 B H T:
               census

          134 MEGAN WAGNER                          8.10    810.00
```



```
12/31/11 12/23/11  8 32 Randall Franzen     83 250   1.00    250.00 922441 B H T:
               go over estate info
03/31/12 03/02/12  8 32 Randall Franzen     83 250   1.00    250.00 932740 B H T:
               look over estate return
03/31/12 03/09/12  8 32 Randall Franzen     83 250   0.40    100.00 932799 B H T:
               calls to go over Health saving acct and how ADP
               records it

          83  Randall Franzen                      2.40    600.00

          Other Special Projects(detail)          10.50   1,410.00
--------------------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID    5266  /        PAGE: 68
```

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                       SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                   VIVIAN
CDATE      WDATE      WORK(CODE)  STAFF NAME    SID RATE   HRS      AMOUNT   SEQ# ACTION
------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

10/31/11 10/21/11 90 60 Randall Franzen    83   250   2.00     500.00 915410 B H T:
                  go over billing

          83  Randall Franzen                      2.00     500.00

       VB-H-Scheduling                              2.00     500.00


          * * TOTAL FEES                          293.20  46,645.50


                  * *   DEBITS & CREDITS    * *

01/31/11 01/31/11 99  3                               -1,000.00 873882 ON HOLD
02/28/11 02/28/11 99  3                               -1,000.00 874101 ON HOLD
03/31/11 03/31/11 99  3                               -1,000.00 878441 ON HOLD
04/30/11 04/30/11 99  3                               -1,000.00 883714 ON HOLD
05/31/11 05/31/11 99  3                               -1,000.00 889344 ON HOLD
06/30/11 06/30/11 99  3                               -1,000.00 892674 ON HOLD
07/31/11 07/31/11 99  3                               -1,000.00 898296 ON HOLD
08/31/11 08/31/11 99  3                               -1,000.00 903592 ON HOLD
09/30/11 09/30/11 99  3                               -1,000.00 905805 ON HOLD
10/31/11 10/31/11 99  3                               -1,000.00 910639 B H T:
11/30/11 11/30/11 99  3                               -1,000.00 914710 B H T:
11/30/11 11/30/11 99  3                               -1,225.00 920379 B H T:
12/31/11 12/31/11 99  3                               -1,000.00 917949 B H T:
01/31/12 01/31/12 99  3                               -1,000.00 922568 B H T:
02/29/12 02/29/12 99  3                               -7,250.00 928030 B H T:
02/29/12 02/29/12 99  3                               -1,000.00 925045 B H T:
03/31/12 03/31/12 99  3                               -1,000.00 929013 B H T:
04/30/12 04/30/12 99  3                               -1,000.00 934170 B H T:
05/31/12 05/31/12 99  3                               -1,000.00 938950 B H T:
06/30/12 06/30/12 99  3                               -1,000.00 942401 B H T:
06/30/12 06/30/12 99  3                               -4,805.00 949327 B H T:
07/31/12 07/31/12 99  3                               -1,000.00 951123 B H T:
08/31/12 08/31/12 99  3                               -1,000.00 951673 B H T:
09/30/12 09/30/12 99  3                               -1,000.00 953631 B H T:


                                                          ON HOLD
       * * TOTAL PROGRESS BILLS AND OTHER CREDITS     -34,280.00  (      0.00)


        FEES      EXPENSES    SUB-TOTAL     DB/CR    SUB-TOTAL    OFFSETS    NET WIP
     ----------  ----------  ----------  ----------  ----------  ----------  ----------
      46,645.50       0.00    46,645.50       0.00    46,645.50  -34,280.00   12,365.50
                                                                            ==========
```

(handwritten: *IRS* near line 920379; *IRS* near line 949327)

```
------------------------------------------------------------------------------------
12 Oct 2012 10:39            DWIP SORT ON CLIENT ID    5266  /         PAGE: 69
```

CONFIDENTIAL

VOYNOW_024644

(1) Today's date                                          (1)   9.30.12
(2) Name of individual requesting this billing            (2)   RPS
(3) Client Name                                           (3)   STAR NISSAN
(4) Client # / File #                                     (4)      5266
(5) This billing is for work done from Month Ending       (5a)  _____ , 200
     through the Month Ending                             (5b)  9.30.12  , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due          3,130.00

If this is a zero bill (to clear out W.I.P.)  Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  (FINAL)                        W.I.P.

                                            TOTAL W.I.P.: _____

DATE BILLED: _____           W.I.P. TO TRANSFER: _____

BILLED THROUGH                            W.I.P. TO HOLD: _____
CLIENT # / FILE #
: _____                        W.I.P. TO CLEAR: _____

CLIENT NAME: _____           WRITE UP /( DOWN): _____

BILL # :  2718

DATE KEYPUNCHED: _____                              BILL

                              TOTAL AMOUNT BILLABLE: _____

            LESS RETAINERS AND OR PROGRESS BILLING: _____

                              AMOUNT OF BILL: _____

J.K. 1040

CONFIDENTIAL                                    VOYNOW_024645

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2012

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                          Client #: 5266/
ATTN: VIVIAN                               Invoice: 21718

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

AMOUNT DUE          $ 3,130.00

(1) Today's date     (1) 9.30.12

(2) Name of individual requesting this billing     (2) RPS

(3) Client Name     (3) STAR NISSAN

(4) Client # / File #     (4) 5266

(5) This billing is for work done from Month Ending     (5a) _____ , 200

    through the Month Ending     (5b) 9.30.12 _____ , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed on IRS audit of Star Nissan Inc

payroll tax filings including meetings with auditor Steve Rennert

on July 18, 2012 and August 29, 2012 to go over information requested.

Gathering various packages of information to

send to the auditor to respond to his document

requests, and various other follow up items related to this matter.

Accountants:

Randall Franzen

Bob Seibel

Robert Kirkhope

Amount Due     4,425.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)     W.I.P.    POSTED

    TOTAL W.I.P.: _____ -

DATE BILLED: _____     W.I.P. TO TRANSFER: _____

BILLED THROUGH     W.I.P. TO HOLD: _____
CLIENT # / FILE #
: _____     W.I.P. TO CLEAR: _____

CLIENT NAME: _____     WRITE UP / DOWN: _____

BILL # : 21717

DATE KEYPUNCHED: _____     BILL

    TOTAL AMOUNT BILLABLE: _____ -

    LESS RETAINERS AND OR PROGRESS BILLING: _____

    AMOUNT OF BILL: _____ -

CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

September 30, 2012

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 21717

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED ON
IRS AUDIT OF STAR NISSAN, INC. PAYROLL
TAX FILING INCLUDING MEETINGS WITH AUDITOR
STEVE RENNERT ON JULY 18, 2012 AND
AUGUST 29, 2012 TO GO OVER INFORMATION
REQUESTED.  GATHERING VARIOUS PACKAGES OF
INFORMATION TO SEND TO THE AUDITOR TO
RESPOND TO HIS DOCUMENT REQUESTS, AND
VARIOUS OTHER FOLLOW UP ITEMS RELATED TO
THIS MATTER

                    AMOUNT DUE          $ 4,425.00

ACCOUNTANTS
RANDALL FRANZEN
BOB SEIBEL
ROBERT KIRKHOPE



CONFIDENTIAL

VOYNOW_024648

(1) Today's date                                          (1)  6.30.12

(2) Name of individual requesting this billing            (2)  RPS

(3) Client Name                                           (3)  STAR NISSAN

(4) Client # / File #                                     (4)  5266

(5) This billing is for work done from Month Ending       (5a)_____ , 200____

    through the Month Ending                              (5b) 6.30.12 _____ , 200____

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed on IRS audit of Star Nissan Inc

payroll tax filings including various phone calls with Lev Glickman

from the IRS to go over information requested and his questions on

information provided, various phone calls with Vivian and Maria to

go over information needed for the auditor, gathering various packages

of information to send to the auditor to respond to his document

requests, and various other follow up items related to this matter.

Accountants:

Randall Franzen

Bob Seibel

Robert Kirkhope

                                        Amount Due        4,805.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                  W.I.P.

                                 TOTAL W.I.P.: _____

DATE BILLED:_____      W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                W.I.P. TO HOLD: _____

_____                  W.I.P. TO CLEAR: _____

CLIENT NAME:_____      WRITE UP / DOWN: _____

BILL # :  81520

DATE KEYPUNCHED:_____                          BILL

                          TOTAL AMOUNT BILLABLE: _____

          LESS RETAINERS AND OR PROGRESS BILLING: _____

                          AMOUNT OF BILL: _____

CONFIDENTIAL

VOYNOW_024649

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

June 29, 2012

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                    Client #: 5266/
ATTN: VIVIAN                         Invoice: 21520

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED ON
IRS AUDIT OF STAR NISSAN, INC. PAYROLL
TAX FILINGS INCLUDING VARIOUS PHONE CALLS
WITH LEV GLICKMAN FROM THE IRS TO GO OVER
INFORMATION REQUESTED AND HIS QUESTIONS ON
INFORMATION PROVIDED, VARIOUS PHONE CALLS
WITH VIVIAN AND MARIA TO GO OVER INFORMATION
NEEDED FOR THE AUDITOR, GATHERING VARIOUS
PACKAGES OF INFORMATION TO SEND TO THE
AUDITOR TO RESPOND TO HIS DOCUMENT REQUESTS,
AND VARIOUS OTHER FOLLOW UP ITEMS RELATED
TO THIS MATTER

AMOUNT DUE        $ 4,805.00

ACCOUNTANTS
RANDALL FRANZEN
BOB SEIBEL
ROBERT KIRKHOPE

CONFIDENTIAL

VOYNOW_024650

# Voynow, Bayard, Whyte and Company, LLP

### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

June 29, 2012

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                          Client #: 5266/
ATTN: VIVIAN                               Invoice: 21520

PROFESSIONAL SERVICES:          *From*

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED ON
IRS AUDIT OF STAR NISSAN, INC. PAYROLL
TAX FILINGS INCLUDING VARIOUS PHONE CALLS
WITH LEV GLICKMAN ~~FORM~~ THE IRS TO GO OVER
INFORMATION REQUESTED AND HIS QUESTIONS ON
INFORMATION PROVIDED, VARIOUS PHONE CALLS
WITH ~~VICKY~~ *VIVIAN* AND MARIA TO GO OVER INFORMATION
NEEDED FOR THE AUDITOR, GATHERING VARIOUS
PACKAGES OF INFORMATION TO SEND TO THE
AUDITOR TO RESPOND TO HIS DOCUMENT REQUESTS,
AND VARIOUS OTHER FOLLOW UP ITEMS RELATED
TO THIS MATTER

                AMOUNT DUE        $ 4,805.00

ACCOUNTANTS
RANDALL FRANZEN
BOB SEIBEL
ROBERT KIRKHOPE

CONFIDENTIAL

VOYNOW_024651

```
                        Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                            SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                      VIVIAN
<-----------MOST RECENT 12 MONTHS----------->     <------------PRIOR 12 MONTHS------------->
MON-YR    BILLS   WRT U/D   WRTOFFS     CASH      MON-YR    BILLS   WRT U/D   WRTOFFS     CASH
------    -----   -------   -------     ----      ------    -----   -------   -------     ----
JUL-11    1,000        0         0        0       JUL-10    1,000        0         0        0
AUG-11    1,000        0         0   10,200       AUG-10    1,000        0         0        0
SEP-11   14,550  -18,263         0        0       SEP-10   14,170    1,922         0        0
OCT-11    1,000        0         0        0       OCT-10    1,000        0         0        0
NOV-11    2,225        0         0    7,410       NOV-10    1,000        0         0        0
DEC-11    1,000        0         0        0       DEC-10    1,000    9,000         0        0
JAN-12    1,000        0         0   14,365       JAN-11    1,000        0         0   23,025
FEB-12    8,250        0         0        0       FEB-11    8,200        0         0        0
MAR-12    1,000        0         0    7,250       MAR-11    1,000        0         0    3,000
APR-12    1,000        0         0        0       APR-11    1,000        0         0        0
MAY-12    1,000        0         0        0       MAY-11    1,000        0         0        0
JUN-12    1,000        0         0    7,000       JUN-11    1,000        0         0        0
         ------   -------   -------   ------               ------   -------   -------   ------
TOTAL    34,025  -18,263         0   46,225       TOTAL    32,370   10,922         0   26,025

YTD      13,250        0         0   28,615       PYTD     13,200        0         0   26,025


AGED     CURRENT    1 MONTH   2 MONTHS   3 MONTHS   4 MONTHS   5+ MONTHS      TOTAL  AGED
-----    -------    -------   --------   --------   --------   ---------      -----  ----
A/R         0.00       0.00       0.00       0.00       0.00        0.00       0.00  A/R
WIP     5,677.50   3,305.00    -970.00     140.00  -5,115.00    4,323.00   7,360.50  WIP

YTD WORK    BUDGET      ACTUAL     VARIANCE    %BUDGET     LAST     DATE      AMOUNT TYPE
--------    ------      ------     --------    -------     ----     ----      ------ ----
HOURS         0.00      162.50      -162.50      0.00%   BILLED  06/01/12   1,000.00 PRG
DOLLARS       0.00   25,523.50  -25,523.50      0.00%   PAYMENT 06/04/12   7,000.00 SN

<--------------WORK-IN-PROCESS-------------->    NET WIP   ACCOUNTS   UNAPPLIED     TOTAL
        FEES    EXPENSES      DB/CR     OFFSETS   SUBTOTAL  RECEIVABLE  RETAINER   EXPOSURE
        ----    --------      -----     -------   --------  ----------  --------   --------
    33,835.50       0.00       0.00  -26,475.00   7,360.50      0.00       0.00   7,360.50

                                                                              NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final)  7,360.50
```

WIP TO XFER: _____

WIP TO HOLD: _____

WIP TO CLEAR: _____

WRITE UP/DOWN: _____

AMOUNT TO BILL: _____

APPROVED BY: _____ DATE: _____

*6030*
*1225*
*4805*

*Prog*

CONFIDENTIAL                                    VOYNOW_024652

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                       SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                               VIVIAN
---------------------------------------------------------------------------------
                   * *  FEE & EXPENSE SUMMARIES  * *

   * CHARGEABLE FEES SUMMARY BY WORK CODE       HOURS       AMOUNT        TOTAL
   REVIEW ENGAGEMENT                             2.00       550.00        550.00
   COMPILATION ENGAGEMENT                        2.00       200.00        750.00
   BUSINESS TAX ENGAGEMENTS                    159.20    27,325.50     28,075.50
   INTERIM SERVICES                             37.20     4,250.00     32,325.50
   PERSONAL TAX RETURN SERVICES                  0.30        30.00     32,355.50
   SPECIAL PROJECTS-MUST USE MEMO                6.20       980.00     33,335.50
   VB-ADMINISTRATIVE CODES                       2.00       500.00     33,835.50
   SYSTEM GENERATED FEES                         0.00   -26,475.00      7,360.50
                                              --------  ------------
            ** TOTAL                           208.90     7,360.50


   * CHARGEABLE FEES SUMMARY BY STAFF          HOURS       AMOUNT        TOTAL
                                                0.00   -26,475.00    -26,475.00
   12  PATRICK J. CATALINE                      15.10     1,208.00    -25,267.00
   124 Brett Bausinger                          10.20     1,020.00    -24,247.00
   130 DAVE LOMBARDO                             0.30        30.00    -24,217.00
   132 DOROTHEA BURCH                            2.30       115.00    -24,102.00
   133 BRETT HASKIN                             2.00       200.00    -23,902.00
   134 MEGAN WAGNER                             12.80     1,280.00    -22,622.00
   135 VINCENT BUCOLO                           28.20     2,820.00    -19,802.00
   136 DAVID KUMOR                              22.90     2,290.00    -17,512.00
   40  Shawn McCormack                          48.00     9,120.00     -8,392.00
   48  Kenneth Mann                              0.90       225.00     -8,167.00
   56  Hugh Whyte                               2.00       550.00     -7,617.00
   63  Betteann Norris                           0.30        22.50     -7,594.50
   75  Bob Seibel                              17.00     3,230.00     -4,364.50
   83  Randall Franzen                         46.90    11,725.00      7,360.50
                                              --------  ------------
            ** TOTAL                           208.90     7,360.50


   * CHARGEABLE FEES SUMMARY BY CTRL DATE      HOURS       AMOUNT        TOTAL
            01/31/11                            0.00    -1,000.00     -1,000.00
            02/28/11                            0.00    -1,000.00     -2,000.00
            03/31/11                            0.00    -1,000.00     -3,000.00
            04/30/11                            0.00    -1,000.00     -4,000.00
            05/31/11                            0.00    -1,000.00     -5,000.00
            06/30/11                            0.00    -1,000.00     -6,000.00
            07/31/11                            0.00    -1,000.00     -7,000.00
            08/31/11                            0.00    -1,000.00     -8,000.00
            09/30/11                            0.00    -1,000.00     -9,000.00
            10/31/11                           12.00     2,000.00     -7,000.00
            11/30/11                           33.00     2,805.00     -4,195.00
            12/31/11                            1.40      -718.00     -4,913.00
            01/31/12                           65.40     9,236.00      4,323.00
            02/29/12                           15.10    -5,115.00       -792.00
            03/31/12                            5.40       140.00       -652.00
            04/30/12                            0.30      -970.00     -1,622.00
            05/31/12                           25.30     3,305.00      1,683.00
            06/30/12                           51.00     5,677.50      7,360.50
                                              --------  ------------
            ** TOTAL                           208.90     7,360.50


---------------------------------------------------------------------------------
11 Jul 2012 20:32              DWIP SORT ON CLIENT ID     5266  /        PAGE: 41
```

CONFIDENTIAL

VOYNOW_024653

```
                         Voynow, Bayard, Whyte and Company, LLP              v.6.00
                      DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                            SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                          VIVIAN
CDATE    WDATE    WORK(CODE)   STAFF NAME      SID RATE    HRS      AMOUNT   SEQ# ACTION
-----------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

02/29/12 01/31/12  2 93 Hugh Whyte          56  275    1.00      275.00 925541 B H T:
                        Financing - RF
06/30/12 06/08/12  2 93 Hugh Whyte          56  275    1.00      275.00 943894 B H T:
                        t/r review

            56  Hugh Whyte                                2.00      550.00

        REVIEW Partner Review                             2.00      550.00

01/31/12 01/09/12  3 21 BRETT HASKIN        133 100    2.00      200.00 922083 B H T:

           133 BRETT HASKIN                               2.00      200.00

        COMPIL LIFO Computations                          2.00      200.00

01/31/12 01/21/12  5  1 Bob Seibel          75  190    1.00      190.00 926345 B H T:
                        Prepair for visit.

            75  Bob Seibel                                1.00      190.00

        BUSTAX Engagement Planning                        1.00      190.00

01/31/12 01/06/12  5 21 DOROTHEA BURCH      132  50    0.20       10.00 923697 B H T:
                        fax and confirm lifo entry
01/31/12 01/11/12  5 21 DOROTHEA BURCH      132  50    0.10        5.00 923766 B H T:
                        fax LIFO entry

           132 DOROTHEA BURCH                             0.30       15.00

01/31/12 01/09/12  5 21 Kenneth Mann         48 250    0.30       75.00 936966 B H T:
                        LIFO
01/31/12 01/10/12  5 21 Kenneth Mann         48 250    0.20       50.00 936981 B H T:
                        LIFO
02/29/12 02/21/12  5 21 Kenneth Mann         48 250    0.40      100.00 937152 B H T:

            48  Kenneth Mann                              0.90      225.00

        BUSTAX LIFO Computations                          1.20      240.00

05/31/12 05/16/12  5 60 VINCENT BUCOLO      135 100    0.60       60.00 940940 B H T:

           135 VINCENT BUCOLO                             0.60       60.00

        BUSTAX Income Tax Project & Ex                    0.60       60.00

05/31/12 05/10/12  5 61 DAVID KUMOR         136 100    2.10      210.00 940194 B H T:
                        TAX RETURN
05/31/12 05/11/12  5 61 DAVID KUMOR         136 100    1.90      190.00 940200 B H T:
                        UPDATING RETURN
05/31/12 05/16/12  5 61 DAVID KUMOR         136 100    0.70       70.00 940962 B H T:
                        UPDATING RETURN
05/31/12 05/25/12  5 61 DAVID KUMOR         136 100    0.50       50.00 942170 B H T:
                        UPDATING RETURN
06/30/12 06/12/12  5 61 DAVID KUMOR         136 100    0.40       40.00 944653 B H T:
                        UPDATING RETURN
-----------------------------------------------------------------------------------------
11 Jul 2012 20:32              DWIP SORT ON CLIENT ID    5266  /        PAGE: 42
```

CONFIDENTIAL

VOYNOW_024654

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                       SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                         VIVIAN
CDATE    WDATE    WORK(CODE)   STAFF NAME      SID RATE     HRS      AMOUNT   SEQ#  ACTION
-----------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/        * *

06/30/12 06/13/12  5 61 DAVID KUMOR           136 100    0.10      10.00 944661 B H T:
                        UPDATING RETURN
06/30/12 06/14/12  5 61 DAVID KUMOR           136 100    2.00     200.00 944662 B H T:
                        UPDATING RETURN

            136 DAVID KUMOR                               7.70     770.00

06/30/12 06/21/12  5 61 Betteann Norris        63  75    0.30      22.50 945658 B H T:
                        process tax return

            63  Betteann Norris                           0.30      22.50

           BUSTAX Federal Tax Return Prep                 8.00     792.50

02/29/12 02/21/12  5 62 VINCENT BUCOLO        135 100    0.10      10.00 928450 B H T:
02/29/12 02/21/12  5 62 VINCENT BUCOLO        135 100    0.30      30.00 928443 B H T:

            135 VINCENT BUCOLO                            0.40      40.00

           BUSTAX State Tax Return Prep                   0.40      40.00

01/31/12 01/20/12  5 65 Brett Bausinger       124 100    0.30      30.00 923836 B H T:
                        employment tax audit information gathering

            124 Brett Bausinger                           0.30      30.00

10/31/11 09/26/11  5 65 Randall Franzen        83 250    3.00     750.00 920370 B H T:
                        work on the IRS audit info calls to Vivian to go
                        over the w-2 for John and what else we need to
                        tie out
10/31/11 09/27/11  5 65 Randall Franzen        83 250    6.00    1,500.00 910372 B H T:
                        drive to NY  to meet with the IRS auditor for 941
                        tax audit
10/31/11 10/26/11  5 65 Randall Franzen        83 250    1.00     250.00 915447 B H T:
                        calls from Vivian to go over bills and waht is
                        going on with year end  work and how the business
                        is doing
02/29/12 02/03/12  5 65 Randall Franzen        83 250    3.00     750.00 927648 B H T:
                        get IRS information sent out to Lev Gliman
02/29/12 02/06/12  5 65 Randall Franzen        83 250    2.00     500.00 927660 B H T:
                        gather up info for the IRS audit
02/29/12 02/24/12  5 65 Randall Franzen        83 250    1.50     375.00 982719 B H T:
                        look over the IRS responce and see how to answer
                        the new question
05/31/12 05/11/12  5 65 Randall Franzen        83 250    1.50     375.00 940287 B H T:
                        go over IRS info
05/31/12 05/21/12  5 65 Randall Franzen        83 250    3.00     750.00 944561 B H T:
                        work on the IRS audir info and letter
05/31/12 05/22/12  5 65 Randall Franzen        83 250    2.00     500.00 944566 B H T:
                        go over and the letter and info for the IRS agent
06/30/12 05/31/12  5 65 Randall Franzen        83 250    4.00    1,000.00 944582 B H T:
                        work on the IRS notice

            83  Randall Franzen                          27.00    6,750.00

           BUSTAX Tax Audit/Examination                 27.30    6,780.00
-----------------------------------------------------------------------------------------
11 Jul 2012 20:32               DWIP SORT ON CLIENT ID     5266  /        PAGE: 43
```

*Handwritten annotation:* Billed November 2011 $1225

```
                        Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                            SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                          VIVIAN
CDATE     WDATE    WORK(CODE)   STAFF NAME     SID RATE    HRS      AMOUNT   SEQ# ACTION
-----------------------------------------------------------------------------------------
                      * *  CHARGEABLE FEES  BY CODES/STAFF/       * *


11/30/11 11/17/11  5 68 PATRICK J. CATALINE  12    80   7.00       560.00 918079 B H T:
11/30/11 11/18/11  5 68 PATRICK J. CATALINE  12    80   7.00       560.00 918080 B H T:

          12  PATRICK J. CATALINE                        14.00     1,120.00

11/30/11 11/17/11  5 68 Shawn McCormack      40   190   7.00     1,330.00 918729 B H T:
11/30/11 11/18/11  5 68 Shawn McCormack      40   190   7.00     1,330.00 918730 B H T:

          40  Shawn McCormack                            14.00     2,660.00

11/30/11 11/18/11  5 68 Randall Franzen      83   250   5.00     1,250.00 919641 B H T:
                        drive to clients to do tax planning

          83  Randall Franzen                             5.00     1,250.00

       BUSTAX Tax Planning                               33.00     5,030.00

12/31/11 11/30/11  5 69 PATRICK J. CATALINE  12    80   0.40        32.00 919604 B H T:
                        binding workpapers
01/31/12 01/13/12  5 69 PATRICK J. CATALINE  12    80   0.70        56.00 923069 B H T:
                        form 4564

          12  PATRICK J. CATALINE                         1.10        88.00

06/30/12 06/08/12  5 69 DAVE LOMBARDO       130   100   0.30        30.00 944917 B H T:
                        STARTED TO MATH RETURNS NOT SURE IF TAX CODE
                        REPORT IS RIGHT

         130  DAVE LOMBARDO                               0.30        30.00

01/31/12 01/25/12  5 69 VINCENT BUCOLO      135   100   9.50       950.00 925182 B H T:
01/31/12 01/26/12  5 69 VINCENT BUCOLO      135   100  10.00     1,000.00 925183 B H T:
01/31/12 01/27/12  5 69 VINCENT BUCOLO      135   100   6.10       610.00 925184 B H T:

         135  VINCENT BUCOLO                             25.60     2,560.00

01/31/12 01/25/12  5 69 Shawn McCormack      40   190   9.00     1,710.00 926813 B H T:
01/31/12 01/26/12  5 69 Shawn McCormack      40   190   7.00     1,330.00 926814 B H T:
01/31/12 01/27/12  5 69 Shawn McCormack      40   190   9.00     1,710.00 926815 B H T:
02/29/12 02/09/12  5 69 Shawn McCormack      40   190   2.00       380.00 930144 B H T:
                        Spoke with Vivian on the phone and followed up on
                        questions she had regarding year end

          40  Shawn McCormack                            27.00     5,130.00

01/31/12 01/28/12  5 69 Bob Seibel           75   190   1.50       285.00 926360 B H T:
                        Follow up from visit.
02/29/12 02/20/12  5 69 Bob Seibel           75   190   1.00       190.00 930332 B H T:
                        Extension
02/29/12 02/21/12  5 69 Bob Seibel           75   190   0.50        95.00 930344 B H T:
                        Extension
03/31/12 03/01/12  5 69 Bob Seibel           75   190   0.50        95.00 930101 B H T:
                        Question from Vivian about company vehicles.
03/31/12 03/01/12  5 69 Bob Seibel           75   190   0.50        95.00 930103 B H T:
-----------------------------------------------------------------------------------------
11 Jul 2012 20:32             DWIP SORT ON CLIENT ID   5266  /          PAGE: 44
```

CONFIDENTIAL

VOYNOW_024656

Voynow, Bayard, Whyte and Company, LLP          v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
SORT ON CLIENT ID * SELECTED CLIENTS

5266  /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC. /                                       VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE    HRS      AMOUNT    SEQ#  ACTION
------------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

                        E-file extension
03/31/12 03/06/12  5 69 Bob Seibel        75   190   2.50        475.00 935626 B H T:
                        Bank questions.
05/31/12 05/07/12  5 69 Bob Seibel        75   190   0.50         95.00 942081 B H T:
                        Go through info with DK
05/31/12 05/10/12  5 69 Bob Seibel        75   190   1.00        190.00 942100 B H T:
                        Go over Job & T/R
05/31/12 05/11/12  5 69 Bob Seibel        75   190   2.00        380.00 942105 B H T:
                        Go through W/P
05/31/12 05/21/12  5 69 Bob Seibel        75   190   2.00        380.00 942175 B H T:
                        Go over Job & T/R
05/31/12 05/25/12  5 69 Bob Seibel        75   190   2.00        380.00 942191 B H T:
                        Go over Job & T/R
06/30/12 06/13/12  5 69 Bob Seibel        75   190   0.50         95.00 945528 B H T:
                        Tax return
06/30/12 06/14/12  5 69 Bob Seibel        75   190   0.50         95.00 945538 B H T:
                        Tax return
06/30/12 06/21/12  5 69 Bob Seibel        75   190   1.00        190.00 945676 B H T:
                        Tax return

          75   Bob Seibel                        16.00      3,040.00

01/31/12 01/25/12  5 69 Randall Franzen   83   250   8.00      2,000.00 927637 B H T:
                        go to NY and do the year end
02/29/12 02/23/12  5 69 Randall Franzen   83   250   1.00        250.00 932714 B H T:
                        go over DIT with bank and Vivian
03/31/12 03/23/12  5 69 Randall Franzen   83   250   0.50        125.00 936660 B H T:
                        call frim JOhn K to go over business and I need
                        to call Shelly about foundation
05/31/12 05/25/12  5 69 Randall Franzen   83   250   1.00        250.00 944574 B H T:
                        calls from Vivian to go over info for the audit
                        and our visit next week

          83   Randall Franzen                   10.50      2,625.00

          BUSTAX Year End Tax Work               80.50     13,473.00

02/29/12 02/09/12  5 90 VINCENT BUCOLO   135   100   1.30        130.00 926455 B H T:

          135  VINCENT BUCOLO                     1.30        130.00

05/31/12 05/09/12  5 90 DAVID KUMOR      136   100   0.60         60.00 940188 B H T:
                        UPDATING TRAIL BALANCE
05/31/12 05/10/12  5 90 DAVID KUMOR      136   100   2.40        240.00 940189 B H T:
                        UPDATING TRAIL BALANCE

          136  DAVID KUMOR                        3.00        300.00

          BUSTAX Trial Balance Data Inpu          4.30        430.00

06/30/12 06/14/12  5 97 Brett Bausinger  124   100   0.50         50.00 945304 B H T:
06/30/12 06/20/12  5 97 Brett Bausinger  124   100   1.40        140.00 945948 B H T:

          124  Brett Bausinger                    1.90        190.00

          BUSTAX Math/Proof Report/Retur          1.90        190.00
------------------------------------------------------------------------------------------
11 Jul 2012 20:32              DWIP SORT ON CLIENT ID    5266  /         PAGE: 45

CONFIDENTIAL                                    VOYNOW_024657

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                      SORT ON CLIENT ID * SELECTED CLIENTS

5266 /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                      VIVIAN
CDATE    WDATE    WORK(CODE)   STAFF NAME      SID RATE  HRS      AMOUNT   SEQ# ACTION
---------------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

05/31/12 05/03/12  5 99 DAVID KUMOR       136 100   1.00      100.00 939509 B H T:
                   UNICAP CALCULATIONS

         136 DAVID KUMOR                            1.00     100.00

         BUSTAX Report Typing                       1.00     100.00

06/30/12 05/31/12  6  1 MEGAN WAGNER      134 100   8.50      850.00 942719 B H T:
                   INTERIM VISIT

         134 MEGAN WAGNER                            8.50     850.00

         INTSER Interim Visit Planning              8.50     850.00

06/30/12 06/07/12  6 10 MEGAN WAGNER      134 100   0.50       50.00 943834 B H T:
                   CASH INTERIM - ALL STORES

         134 MEGAN WAGNER                            0.50      50.00

         INTSER Bank Reconciliation Rev             0.50      50.00

06/30/12 05/31/12  6 13 Shawn McCormack    40 190   7.00    1,330.00 946592 B H T:

          40  Shawn McCormack                       7.00    1,330.00

         INTSER Rev. Ledger & Schedules             7.00    1,330.00

06/30/12 05/31/12  6 20 Brett Bausinger   124 100   8.00      800.00 943278 B H T:

         124 Brett Bausinger                        8.00     800.00

         INTSER Service Dept Analysis               8.00     800.00

06/30/12 05/31/12  6 60 DAVID KUMOR       136 100   9.00      900.00 943288 B H T:
                   SERVICE DEPARTMENT

         136 DAVID KUMOR                            9.00     900.00

         INTSER Income Tax Project & Ex             9.00     900.00

01/31/12 01/11/12  6 84 DOROTHEA BURCH    132  50   0.10        5.00 923758 B H T:
                   changes, eng ltr
01/31/12 01/17/12  6 84 DOROTHEA BURCH    132  50   0.40       20.00 924317 B H T:
                   print, copy, log in and mail eng ltr
02/29/12 02/06/12  6 84 DOROTHEA BURCH    132  50   1.00       50.00 926894 B H T:
                   changes, ltr, print, copy, cc, and certified to
                   IRS

         132 DOROTHEA BURCH                         1.50      75.00

         INTSER Letters to Client, Prep            1.50      75.00

05/31/12 05/21/12  6 85 DOROTHEA BURCH    132  50   0.50       25.00 946552 B H T:
                   print, copy, scan, fax and certified mail Star
---------------------------------------------------------------------------------------
11 Jul 2012 20:32              DWIP SORT ON CLIENT ID   5266 /        PAGE: 46
```

CONFIDENTIAL

VOYNOW_024658

```
                     Voynow, Bayard, Whyte and Company, LLP              v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                        SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                        VIVIAN
CDATE     WDATE     WORK(CODE)   STAFF NAME      SID RATE   HRS      AMOUNT  SEQ# ACTION
--------------------------------------------------------------------------------------
                 * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

                   Ltr to IRS

          132 DOROTHEA BURCH                            0.50      25.00

       INSTER Staff Consult. & Meet                     0.50      25.00

06/30/12 06/01/12  6 99 DAVID KUMOR         136  100    1.60     160.00 943293 B H T:
                   SERVICE REPORTS
06/30/12 06/04/12  6 99 DAVID KUMOR         136  100    0.60      60.00 943858 B H T:
                   SERVICE REPORT TYPING

          136 DAVID KUMOR                               2.20     220.00

       INTSER Report Typing                             2.20     220.00

04/30/12 04/09/12  7 60 VINCENT BUCOLO      135  100    0.30      30.00 935261 B H T:
                   mwwting with rob, return print and scan

          135 VINCENT BUCOLO                            0.30      30.00

       PERSTX Income Tax Project & Ex                   0.30      30.00

06/30/12 06/01/12  8 32 MEGAN WAGNER        134  100    3.00     300.00 942722 B H T:
                   CAPITAL EXPENDITURES SURVEY
06/30/12 06/04/12  8 32 MEGAN WAGNER        134  100    0.60      60.00 943814 B H T:
                   census
06/30/12 06/06/12  8 32 MEGAN WAGNER        134  100    0.20      20.00 943823 B H T:

          134 MEGAN WAGNER                              3.80     380.00

12/31/11 12/23/11  8 32 Randall Franzen      83  250    1.00     250.00 922441 B H T:
                   go over estate info
03/31/12 03/02/12  8 32 Randall Franzen      83  250    1.00     250.00 922740 B H T:
                   look over estate return
03/31/12 03/09/12  8 32 Randall Franzen      83  250    0.40     100.00 932799 B H T:
                   calls to go over Health saving acct and how ADP
                   records it

           83  Randall Franzen                          2.40     600.00

       Other Special Projects(detail)                   6.20     980.00

10/31/11 10/21/11 90 60 Randall Franzen      83  250    2.00     500.00 915410 B H T:
                   go over billing

           83  Randall Franzen                          2.00     500.00

       VB-H-Scheduling                                  2.00     500.00

        * * TOTAL FEES                                208.90  33,835.50

              * *   DEBITS & CREDITS   * *
--------------------------------------------------------------------------------------
11 Jul 2012 20:32              DWIP SORT ON CLIENT ID    5266  /        PAGE: 47
```

*Estnk* *Estate* (handwritten)

CONFIDENTIAL                              VOYNOW_024659

```
                      Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2012
                      SORT ON CLIENT ID * SELECTED CLIENTS

5266 /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                      VIVIAN
CDATE     WDATE    WORK(CODE)  STAFF NAME     SID RATE   HRS      AMOUNT   SEQ#  ACTION
--------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/      * *
01/31/11 01/31/11 99  3                                 -1,000.00 873882 ON HOLD
02/28/11 02/28/11 99  3                                 -1,000.00 874101 ON HOLD
03/31/11 03/31/11 99  3                                 -1,000.00 878441 ON HOLD
04/30/11 04/30/11 99  3                                 -1,000.00 883714 ON HOLD
05/31/11 05/31/11 99  3                                 -1,000.00 889344 ON HOLD
06/30/11 06/30/11 99  3                                 -1,000.00 892674 ON HOLD
07/31/11 07/31/11 99  3                                 -1,000.00 898296 ON HOLD
08/31/11 08/31/11 99  3                                 -1,000.00 903592 ON HOLD
09/30/11 09/30/11 99  3                                 -1,000.00 905805 ON HOLD
10/31/11 10/31/11 99  3                                 -1,000.00 910639 B H T:
11/30/11 11/30/11 99  3                                 -1,225.00 920379 B H T:
11/30/11 11/30/11 99  3                                 -1,000.00 914710 B H T:
12/31/11 12/31/11 99  3                                 -1,000.00 917949 B H T:
01/31/12 01/31/12 99  3                                 -1,000.00 922568 B H T:
02/29/12 02/29/12 99  3                                 -7,250.00 928030 B H T:
02/29/12 02/29/12 99  3                                 -1,000.00 925045 B H T:
03/31/12 03/31/12 99  3                                 -1,000.00 929013 B H T:
04/30/12 04/30/12 99  3                                 -1,000.00 934170 B H T:
05/31/12 05/31/12 99  3                                 -1,000.00 938950 B H T:
06/30/12 06/30/12 99  3                                 -1,000.00 942401 B H T:

                                                                    ON HOLD
       * * TOTAL PROGRESS BILLS AND OTHER CREDITS      -26,475.00  (        0.00)

         FEES      EXPENSES    SUB-TOTAL      DB/CR    SUB-TOTAL     OFFSETS     NET WIP
      ----------  ----------  ----------  ----------  ----------  ----------  ----------
      33,835.50        0.00   33,835.50        0.00   33,835.50  -26,475.00    7,360.50
                                                                             ==========
```

2725
1225

CONFIDENTIAL

VOYNOW_024660

# VOYNOW BAYARD CO
## WIP

| | |
|---|---|
| (1) Today's date | (1) 2.22.12 |
| (2) Name of individual requesting this billing | (2) RANDY |
| (3) Client Name | (3) STAR NISSAN |
| (4) Client # / File # | (4)     5266 |
| (5) This billing is for work done from Month Ending | (5a)                         ,   200 |
| through the Month Ending | (5b   1.31.12               ,   200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2011 closing of the books

preparation of Federal , State and city

corporate tax returns.

**Accountant**

Amount Due          7,250.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                W.I.P.

| LAST YEAR BILL:    7,200 | TOTAL W.I.P.: | |
|---|---|---|
| DATE BILLED: | W.I.P. TO TRANSFER: | |
| BILLED THROUGH CLIENT # / FILE # : | W.I.P. TO HOLD: | |
| | W.I.P. TO CLEAR: | |
| CLIENT NAME: | WRITE UP / DOWN: | |
| BILL # :   21364 | | |
| DATE KEYPUNCHED: | | BILL |

TOTAL AMOUNT BILLABLE:          7,250.00

LESS RETAINERS AND OR PROGRESS BILLING:

AMOUNT OF BILL:          7,250.00

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

February 22, 2012

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 21364

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2011 CLOSING OF THE BOOKS
AND PREPARATION OF FEDERAL, STATE AND
CITY TAX RETURNS

AMOUNT DUE          $ 7,250.00

CONFIDENTIAL

VOYNOW_024662

| | | | |
|---|---|---|---|
| (1) Today's date | (1) | 9.30.11 | |
| (2) Name of individual requesting this billing | (2) | RPS | |
| (3) Client Name | (3) | STAR NISSAN | |
| (4) Client # / File # | (4) | 5266 | |
| (5) This billing is for work done from Month Ending | (5a) | | , 200 |
| through the Month Ending | (5b) | 9.30.11 | , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2010

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

Amount Due          3,410.00

If this is a zero bill (to clear out W.I.P.)  Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  (FINAL)                     W.I.P.

TOTAL W.I.P.:

DATE BILLED:                          W.I.P. TO TRANSFER:

BILLED THROUGH                       W.I.P. TO HOLD:
CLIENT # / FILE #
                                     W.I.P. TO CLEAR:

CLIENT NAME:                         WRITE UP /( DOWN):

BILL # :  21046

DATE KEYPUNCHED:                                    BILL

TOTAL AMOUNT BILLABLE:

LESS RETAINERS AND OR PROGRESS BILLING:

AMOUNT OF BILL:

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2011

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 21046

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2010 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS,
PREPARATION OF FEDERAL, STATE AND CITY
CORPORATE TAX RETURNS

AMOUNT DUE          $ 3,410.00



CONFIDENTIAL

VOYNOW_024664

```
                    Voynow, Bayard & Company, CPAs                    v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                       SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                              VIVIAN
<-----------MOST RECENT 12 MONTHS----------->  <-------------PRIOR 12 MONTHS------------->
MON-YR    BILLS   WRT U/D   WRTOFFS    CASH     MON-YR    BILLS   WRT U/D   WRTOFFS    CASH
-------  -------  -------   -------  -------    -------  -------  -------   -------  -------
OCT-10   1,000        0         0        0     OCT-09   1,000        0         0        0
NOV-10   1,000        0         0        0     NOV-09   1,000        0         0    2,000
DEC-10   1,000    9,000         0        0     DEC-09   6,600    3,025         0    1,000
JAN-11   1,000        0         0   23,025     JAN-10   1,000        0         0    7,600
FEB-11   8,200        0         0        0     FEB-10   1,000        0         0        0
MAR-11   1,000        0         0    3,000     MAR-10   8,000        0         0    9,000
APR-11   1,000        0         0        0     APR-10   1,000        0         0        0
MAY-11   1,000        0         0        0     MAY-10   1,000        0         0        0
JUN-11   1,000        0         0        0     JUN-10   3,855        0         0    3,225
JUL-11   1,000        0         0        0     JUL-10   1,000        0         0        0
AUG-11   1,000        0         0   10,200     AUG-10   1,000        0         0        0
SEP-11   1,000        0         0        0     SEP-10  14,170    1,922         0        0
-------  -------  -------   -------  -------    -------  -------  -------   -------  -------
TOTAL   19,200    9,000         0   36,225     TOTAL   40,625    4,948         0   22,825

YTD     16,200        0         0   36,225     PYTD    32,025    1,922         0   19,825


AGED      CURRENT    1 MONTH    2 MONTHS   3 MONTHS   4 MONTHS   5+ MONTHS      TOTAL  AGED
-------  ---------  ---------  ---------  ---------  ---------  ---------  ---------  -----
A/R      1,000.00   1,000.00   1,000.00       0.00       0.00       0.00   3,000.00  A/R
WIP      4,005.00   2,031.00       5.00     818.00   5,215.00  10,739.00  22,813.00  WIP

YTD WORK    BUDGET     ACTUAL     VARIANCE    %BUDGET    LAST      DATE       AMOUNT TYPE
--------  ---------  ---------  ----------  ---------  --------  --------  ---------  ----
HOURS        0.00     147.50     -147.50       0.00%  BILLED   10/01/11   1,000.00  PRG
DOLLARS      0.00   27,912.00  -27,912.00       0.00%  PAYMENT  08/02/11  10,200.00  SN

<--------------WORK-IN-PROCESS--------------->   NET WIP    ACCOUNTS   UNAPPLIED      TOTAL
        FEES   EXPENSES     DB/CR     OFFSETS    SUBTOTAL   RECEIVABLE   RETAINER   EXPOSURE
-------------  --------  --------  -----------  ---------  ----------  ---------  ---------
   42,013.00      0.00      0.00   -19,200.00   22,813.00   3,000.00       0.00  25,813.00

                                                                             NET WIP
 SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final)  22,813.00
```

WIP TO XFER: _____

WIP TO HOLD: _____

WIP TO CLEAR: _____

WRITE UP/DOWN: _____

AMOUNT TO BILL: _____

APPROVED BY: _____ DATE: _____

*[Handwritten notes:]*

Sales Tax Audit

Time
2010    750        Bills
2009  19,581   9/30/10  7540
2008   2500    6/30/10  2855
2007   3410    9/17/09  1225
      36,241   10/23/08 3005
             10/23/08  2730
             10/23/08  2610
                      19965

```
-------------------------------------------------------------------------------------
18 Oct 2011 12:22            DWIP SORT ON CLIENT ID    5266 /         PAGE: 303
```

CONFIDENTIAL

VOYNOW_024665

```
                    Voynow, Bayard & Company, CPAs                      v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                       SORT ON CLIENT ID * SELECTED CLIENTS

5266 /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                             VIVIAN
-----------------------------------------------------------------------------
                    * *  FEE & EXPENSE SUMMARIES  * *

   * CHARGEABLE FEES SUMMARY BY WORK CODE     HOURS       AMOUNT        TOTAL
   REVIEW ENGAGEMENT                           1.00       275.00       275.00
   BUSINESS TAX ENGAGEMENTS                  102.90    20,472.00    20,747.00
   INTERIM SERVICES                          116.60    19,309.00    40,056.00
   PERSONAL TAX RETURN SERVICES                1.00       250.00    40,306.00
   SPECIAL PROJECTS-MUST USE MEMO              5.30     1,325.00    41,631.00
   VB-ADMINISTRATIVE CODES                     5.40       382.00    42,013.00
   SYSTEM GENERATED FEES                       0.00   -19,200.00    22,813.00
                                           --------   -----------
         ** TOTAL                           232.20    22,813.00


   * CHARGEABLE FEES SUMMARY BY STAFF         HOURS       AMOUNT        TOTAL
                                              0.00   -19,200.00   -19,200.00
11  ELISA BRABAZON                            4.90       147.00   -19,053.00
118 ROBERT KIRKHOPE                           7.00     1,050.00   -18,003.00
12  PATRICK J. CATALINE                      31.50     2,520.00   -15,483.00
124 Brett Bausinger                           0.20        10.00   -15,473.00
127 RAFAEL VARGAS                             5.60       616.00   -14,857.00
129 JOHN BRESLIN                              6.10       488.00   -14,369.00
130 DAVE LOMBARDO                             9.10       819.00   -13,550.00
40  Shawn McCormack                          69.00    13,110.00      -440.00
48  Kenneth Mann                              3.70       925.00       485.00
56  Hugh Whyte                                1.00       275.00       760.00
75  Bob Seibel                               24.50     4,655.00     5,415.00
83  Randall Franzen                          69.40    17,350.00    22,765.00
92  David Kaplan                              0.20        48.00    22,813.00
                                           --------   -----------
         ** TOTAL                           232.20    22,813.00


   * CHARGEABLE FEES SUMMARY BY CTRL DATE     HOURS       AMOUNT        TOTAL
                    10/31/10                  37.70     4,591.00     4,591.00
                    11/30/10                   8.30       -55.00     4,536.00
                    12/31/10                  38.70     6,565.00    11,101.00
                    01/31/11                  34.30     6,181.00    17,282.00
                    02/28/11                   8.80    -6,593.00    10,689.00
                    03/31/11                   4.50       125.00    10,814.00
                    04/30/11                   3.70       -75.00    10,739.00
                    05/31/11                  32.00     5,215.00    15,954.00
                    06/30/11                   9.70       818.00    16,772.00
                    07/31/11                   8.00         5.00    16,777.00
                    08/31/11                  15.50     2,031.00    18,808.00
                    09/30/11                  31.00     4,005.00    22,813.00
                                           --------   -----------
         ** TOTAL                           232.20    22,813.00




-----------------------------------------------------------------------------
18 Oct 2011 12:22              DWIP SORT ON CLIENT ID    5266 /        PAGE: 304
```

CONFIDENTIAL

VOYNOW_024666

```
                        Voynow, Bayard & Company, CPAs                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                        SORT ON CLIENT ID * SELECTED CLIENTS

5266 /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                  VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS    AMOUNT   SEQ# ACTION
-------------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

              etc

        83   Randall Franzen               13.20    3,300.00

        BUSTAX Tax Audit/Examination       13.70    3,395.00

12/31/10 12/16/10  5 68 Brett Bausinger   124  50   0.20        10.00 868667 ON HOLD
                  Set up of Star Nissan 2010 planning file

        124  Brett Bausinger                0.20       10.00

12/31/10 12/06/10  5 68 Bob Seibel         75  190  2.00       380.00 867394 ON HOLD
                  Prepair for tax planning

        75   Bob Seibel                     2.00      380.00

        BUSTAX Tax Planning                 2.20      390.00

06/30/11 06/10/11  5 69 PATRICK J. CATALINE  12  80   2.50     200.00 894119 B H T:
                  adjusting entries
07/31/11 06/29/11  5 69 PATRICK J. CATALINE  12  80   2.50     200.00 901666 B H T:
                  481a adjustment
07/31/11 06/30/11  5 69 PATRICK J. CATALINE  12  80   3.00     240.00 901667 B H T:
                  tax return
08/31/11 08/01/11  5 69 PATRICK J. CATALINE  12  80   1.20      96.00 904616 B H T:
                  adjusting return
08/31/11 08/02/11  5 69 PATRICK J. CATALINE  12  80   1.50     120.00 904621 B H T:
                  2848, 3115 & attachment
09/30/11 08/29/11  5 69 PATRICK J. CATALINE  12  80   0.30      24.00 906709 B H T:
                  printing out 2009 return

        12   PATRICK J. CATALINE           11.00      880.00

08/31/11 08/11/11  5 69 RAFAEL VARGAS     127 110   1.00      110.00 904680 B H T:
                  2848 Power of attorney.

        127  RAFAEL VARGAS                  1.00      110.00

02/28/11 02/10/11  5 69 JOHN BRESLIN      129  80   0.20       16.00 876502 B H T:
                  ext
02/28/11 02/21/11  5 69 JOHN BRESLIN      129  80   0.20       16.00 878274 B H T:

        129  JOHN BRESLIN                   0.40       32.00

01/31/11 01/26/11  5 69 Shawn McCormack    40 190   7.00    1,330.00 875370 B H T:
01/31/11 01/27/11  5 69 Shawn McCormack    40 190   7.00    1,330.00 875371 B H T:
01/31/11 01/28/11  5 69 Shawn McCormack    40 190   7.00    1,330.00 875372 B H T:
02/28/11 02/04/11  5 69 Shawn McCormack    40 190   2.00      380.00 875381 B H T:

        40   Shawn McCormack               23.00    4,370.00

12/31/10 12/21/10  5 69 Bob Seibel         75 190   2.50      475.00 870679 ON HOLD
                  Analysis of John K. loans for Vivian & Mike K.
12/31/10 12/23/10  5 69 Bob Seibel         75 190   0.50       95.00 870664 ON HOLD
                  Loan analysis
-------------------------------------------------------------------------------------
18 Oct 2011 12:22            DWIP SORT ON CLIENT ID    5266 /         PAGE: 306
```

CONFIDENTIAL

VOYNOW_024667

```
                         Voynow, Bayard & Company, CPAs                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                          SORT ON CLIENT ID * SELECTED CLIENTS

5266  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                 VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE    HRS      AMOUNT   SEQ#  ACTION
-----------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

01/31/11 01/14/11 5 69 Bob Seibel        75  190   1.00      190.00 872467 B H T:
                       Prepair for visit.
01/31/11 01/29/11 5 69 Bob Seibel        75  190   1.00      190.00 874628 B H T:
                       Follow up from visit.
02/28/11 02/04/11 5 69 Bob Seibel        75  190   0.50       95.00 879234 B H T:
                       E-mail Mike/Vivian about 211-10/34 Jamaica Ave
                       Corp.
02/28/11 02/15/11 5 69 Bob Seibel        75  190   0.50       95.00 879303 B H T:
02/28/11 02/17/11 5 69 Bob Seibel        75  190   1.00      190.00 879311 B H T:
02/28/11 02/19/11 5 69 Bob Seibel        75  190   0.50       95.00 879331 B H T:
06/30/11 06/07/11 5 69 Bob Seibel        75  190   1.00      190.00 897622 B H T:
06/30/11 06/08/11 5 69 Bob Seibel        75  190   1.00      190.00 897628 B H T:
07/31/11 07/29/11 5 69 Bob Seibel        75  190   1.00      190.00 903816 B H T:
                       Go over return.
08/31/11 08/02/11 5 69 Bob Seibel        75  190   0.50       95.00 904000 B H T:
                       Go over return.
08/31/11 08/04/11 5 69 Bob Seibel        75  190   1.00      190.00 904012 B H T:
                       Tax return.
08/31/11 08/16/11 5 69 Bob Seibel        75  190   0.50       95.00 907001 B H T:
                       Tax returns.
08/31/11 08/22/11 5 69 Bob Seibel        75  190   0.50       95.00 907029 B H T:
                       3115 to KM
08/31/11 08/25/11 5 69 Bob Seibel        75  190   1.00      190.00 907048 B H T:
                       Tax returns.
08/31/11 08/26/11 5 69 Bob Seibel        75  190   1.00      190.00 907057 B H T:
                       Tax returns.
09/30/11 08/29/11 5 69 Bob Seibel        75  190   1.00      190.00 907065 B H T:
                       Tax returns.
09/30/11 08/31/11 5 69 Bob Seibel        75  190   0.50       95.00 907079 B H T:
                       E-file
09/30/11 09/23/11 5 69 Bob Seibel        75  190   0.50       95.00 910293 B H T:
                       Clean up files.

          75  Bob Seibel                          17.00    3,230.00

12/31/10 12/07/10 5 69 Randall Franzen   83  250   8.50    2,125.00 869065 ON HOLD
                       go to dealership and do tax planning
01/31/11 01/26/11 5 69 Randall Franzen   83  250   8.00    2,000.00 874310 B H T:
                       go to NY and do the year end work
01/31/11 01/28/11 5 69 Randall Franzen   83  250   2.00      500.00 874313 B H T:
                       go to NY and do the year end work
01/31/11 12/29/10 5 69 Randall Franzen   83  250   1.00      250.00 870819 B H T:
                       calls from Vivina to go over memo and Mike
                       question on rec
02/28/11 02/08/11 5 69 Randall Franzen   83  250   2.00      500.00 877536 B H T:
                       go over year end work
03/31/11 03/04/11 5 69 Randall Franzen   83  250   1.00      250.00 885903 B H T:
                       calls from Mike to go over settlement with the
                       GTR and lawyers
03/31/11 03/24/11 5 69 Randall Franzen   83  250   3.00      750.00 886067 B H T:
                       go over Koufakis returns
04/30/11 03/28/11 5 69 Randall Franzen   83  250   0.50      125.00 886096 B H T:
                       go over bank list
04/30/11 03/29/11 5 69 Randall Franzen   83  250   1.00      250.00 886137 B H T:
                       calls from vivian to go over tax notice for
-----------------------------------------------------------------------------------
18 Oct 2011 12:22              DWIP SORT ON CLIENT ID    5266  /       PAGE: 307
```

Handwritten: TP FW FW

```
                    Voynow, Bayard & Company, CPAs                    v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                    SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                              VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE    HRS      AMOUNT   SEQ# ACTION
----------------------------------------------------------------------------------
              * * CHARGEABLE FEES  BY CODES/STAFF/    * *

              Subaru and status of extensions and the boys incmoe
04/30/11 04/11/11  5 69 Randall Franzen    83   250   1.20     300.00 886271 B H T:
              calls to SR to go ver taxes and why there are
              estension and try to gert info on trust and estate
06/30/11 06/13/11  5 69 Randall Franzen    83   250   1.00     250.00 898647 B H T:
              get info from SR to figure what to pay for taxes
              for him
07/31/11 06/29/11  5 69 Randall Franzen    83   250   1.50     375.00 898718 B H T:
              go over 5500 info

         83  Randall Franzen                     30.70    7,675.00

         BUSTAX Year End Tax Work                83.10   16,297.00

06/30/11 06/10/11  5 82 David Kaplan       92   240   0.20      48.00 893690 B H T:
              Look at form 5500 SF.

         92  David Kaplan                          0.20      48.00

         BUSTAX Client Assist UNBUDGETE            0.20      48.00

02/28/11 02/07/11  5 90 PATRICK J. CATALINE 12   80   1.50     120.00 877071 B H T:

         12  PATRICK J. CATALINE                   1.50     120.00

         BUSTAX Trial Balance Data Inpu            1.50     120.00

09/30/11 08/29/11  5 97 JOHN BRESLIN      129   80   1.20      96.00 905980 B H T:

         129 JOHN BRESLIN                          1.20      96.00

         BUSTAX Math/Proof Report/Retur            1.20      96.00

09/30/11 08/30/11  6  1 ROBERT KIRKHOPE   118  150   7.00   1,050.00 906700 B H T:
              STAR INTERIM VISIT

         118 ROBERT KIRKHOPE                       7.00   1,050.00

05/31/11 05/23/11  6  1 Bob Seibel         75  190   2.00     380.00 893083 B H T:

         75  Bob Seibel                            2.00     380.00

         INTSER Interim Visit Planning             9.00   1,430.00

10/31/10 10/27/10  6 12 Shawn McCormack    40  190   7.00   1,330.00 864437 ON HOLD

         40  Shawn McCormack                       7.00   1,330.00

         INTSER Factory Fin. St. Review            7.00   1,330.00

09/30/11 08/30/11  6 13 PATRICK J. CATALINE 12   80   9.00     720.00 906713 B H T:

         12  PATRICK J. CATALINE                   9.00     720.00

05/31/11 05/24/11  6 13 Shawn McCormack    40  190   7.00   1,330.00 897169 B H T:
----------------------------------------------------------------------------------
18 Oct 2011 12:22            DWIP SORT ON CLIENT ID    5266  /        PAGE: 308
```

CONFIDENTIAL

VOYNOW_024669

```
                    Voynow, Bayard & Company, CPAs                    v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                    SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                              VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE   HRS      AMOUNT    SEQ# ACTION
-----------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/       * *


            40  Shawn McCormack                    7.00    1,330.00

10/31/10 10/27/10  6 13 Randall Franzen      83   250   4.00    1,000.00 864697 ON HOLD
                   Go to NY for a visit
12/31/10 12/01/10  6 13 Randall Franzen      83   250   3.00      750.00 869048 ON HOLD
                   letter
05/31/11 05/23/11  6 13 Randall Franzen      83   250   2.00      500.00 893306 B H T:
                   get readt for visit
05/31/11 05/24/11  6 13 Randall Franzen      83   250   4.00    1,000.00 893301 B H T:
                   go to ny and do imterim visit
05/31/11 05/27/11  6 13 Randall Franzen      83   250   1.50      375.00 893312 B H T:
                   calls with vivian and lawyer
06/30/11 06/06/11  6 13 Randall Franzen      83   250   1.00      250.00 898600 B H T:
                   work on the letter
06/30/11 06/07/11  6 13 Randall Franzen      83   250   2.00      500.00 898613 B H T:
                   go over letters
09/30/11 08/30/11  6 13 Randall Franzen      83   250   4.00    1,000.00 907583 B H T:
                   go to NY and do an interim visit

            83  Randall Franzen                   21.50    5,375.00

        INTSER Rev. Ledger & Schedules           37.50    7,425.00

10/31/10 10/27/10  6 20 PATRICK J. CATALINE  12    80   7.00      560.00 863545 ON HOLD

            12  PATRICK J. CATALINE                7.00      560.00

05/31/11 05/24/11  6 20 JOHN BRESLIN        129    80   4.50      360.00 892808 B H T:

           129  JOHN BRESLIN                       4.50      360.00

        INTSER Service Dept Analysis             11.50      920.00

10/31/10 10/26/10  6 39 RAFAEL VARGAS       127   110   4.50      495.00 863559 ON HOLD
                   Federal and State Tax Research in how to start a
                   Private Foundation.

           127  RAFAEL VARGAS                      4.50      495.00

        INTSER Other Services USE MEMO            4.50      495.00

12/31/10 12/07/10  6 68 Shawn McCormack      40   190   7.00    1,330.00 869566 ON HOLD
12/31/10 12/08/10  6 68 Shawn McCormack      40   190   7.00    1,330.00 869567 ON HOLD
12/31/10 12/09/10  6 68 Shawn McCormack      40   190   2.50      475.00 869568 ON HOLD
12/31/10 12/13/10  6 68 Shawn McCormack      40   190   1.00      190.00 869574 ON HOLD

            40  Shawn McCormack                   17.50    3,325.00

        INTSER Tax Planning                       17.50    3,325.00

11/30/10 11/08/10  6 84 PATRICK J. CATALINE  12    80   2.00      160.00 865544 ON HOLD
12/31/10 12/02/10  6 84 PATRICK J. CATALINE  12    80   1.00       80.00 867222 ON HOLD
                   getting star letters toegther, editing/service
                   write up
-----------------------------------------------------------------------------------
18 Oct 2011 12:22           DWIP SORT ON CLIENT ID    5266  /        PAGE: 309
```

CONFIDENTIAL

VOYNOW_024670

```
                        Voynow, Bayard & Company, CPAs                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                          SORT ON CLIENT ID * SELECTED CLIENTS

5266 /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS      AMOUNT    SEQ# ACTION
-------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


          Other Special Projects(detail)        5.30     1,325.00

10/31/10 10/22/10 90 17 ELISA BRABAZON     11   30   0.20       6.00 863018 ON HOLD
                   remailed a letter fedex to vivian

          11   ELISA BRABAZON                    0.20       6.00

          VB-F-Federal Express                   0.20       6.00

10/31/10 10/14/10 90 36 ELISA BRABAZON     11   30   0.50      15.00 860604 ON HOLD
                   worked on letter to IRS
11/30/10 11/08/10 90 36 ELISA BRABAZON     11   30   2.20      66.00 865123 ON HOLD
                   typed interim letter
12/31/10 12/06/10 90 36 ELISA BRABAZON     11   30   1.50      45.00 867313 ON HOLD
                   interim letter

          11   ELISA BRABAZON                    4.20     126.00

          VB-F-Type/Copy Internal Doc.           4.20     126.00

05/31/11 04/27/11 90 44 Randall Franzen    83  250   1.00     250.00 890704 B H T:
                   bills

          83   Randall Franzen                    1.00     250.00

          VB-H-Billing                            1.00     250.00

                                                           ON HOLD
          * * TOTAL FEES                  232.20  42,013.00 (    14,101.00)

                    * *    DEBITS & CREDITS   * *

10/31/10 10/31/10 99  3                               -1,000.00 862730 ON HOLD
11/30/10 11/30/10 99  3                               -1,000.00 863148 ON HOLD
12/31/10 12/31/10 99  3                               -1,000.00 866967 ON HOLD
01/31/11 01/31/11 99  3                               -1,000.00 873882 B H T:
02/28/11 02/28/11 99  3                               -1,000.00 874101 B H T:
02/28/11 02/28/11 99  3                               -7,200.00 876036 B H T:
03/31/11 03/31/11 99  3                               -1,000.00 878441 B H T:
04/30/11 04/30/11 99  3                               -1,000.00 883714 B H T:
05/31/11 05/31/11 99  3                               -1,000.00 889344 B H T:
06/30/11 06/30/11 99  3                               -1,000.00 892674 B H T:
07/31/11 07/31/11 99  3                               -1,000.00 898296 B H T:
08/31/11 08/31/11 99  3                               -1,000.00 903592 B H T:
09/30/11 09/30/11 99  3                               -1,000.00 905805 B H T:

                                                           ON HOLD
          * * TOTAL PROGRESS BILLS AND OTHER CREDITS  -19,200.00 (      0.00)


-------------------------------------------------------------------------------
18 Oct 2011 12:22              DWIP SORT ON CLIENT ID   5266 /        PAGE: 311
```

CONFIDENTIAL

VOYNOW_024671

```
                          Voynow, Bayard & Company, CPAs                      v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                         SORT ON CLIENT ID * SELECTED CLIENTS

5266  /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                        VIVIAN
CDATE   WDATE    WORK(CODE)  STAFF NAME     SID RATE      HRS      AMOUNT   SEQ#  ACTION
---------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *
```

|        | FEES      | EXPENSES | SUB-TOTAL | DB/CR | SUB-TOTAL  | OFFSETS     | NET WIP    |
|--------|-----------|----------|-----------|-------|------------|-------------|------------|
|        | 42,013.00 | 0.00     | 42,013.00 | 0.00  | 42,013.00  | -19,200.00  | 22,813.00  |
|        |           |          |           |       |            |             | ========== |

CONFIDENTIAL                                    VOYNOW_024672

(1) Today's date                                            (1)  9.30.10

(2) Name of individual requesting this billing             (2)  RPS

(3) Client Name                                            (3)  STAR NISSAN

(4) Client # / File #                                      (4)  5266

(5) This billing is for work done from Month Ending        (5a)                     , 200

    through the Month Ending                               (5b) 9.30.10            , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on New York State sales tax audit

including follow up with auditor on lease error calculations

Provide various follow up information requested

by the auditor to complete the audit.  Review final audit findings with

the auditor and wrap up of the audit,

and various other follow up items.

Accountants:

Randall Franzen

Bob Seibel

Amount Due        2,215.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  (FINAL)                    W.I.P.

                                    TOTAL W.I.P.:                   -

DATE BILLED:                        W.I.P. TO TRANSFER:

BILLED THROUGH
CLIENT # / FILE #                   W.I.P. TO HOLD:

:                                   W.I.P. TO CLEAR:

CLIENT NAME:                        WRITE UP / DOWN:

BILL #:   21084

DATE KEYPUNCHED:                                              BILL

                    TOTAL AMOUNT BILLABLE:              -

          LESS RETAINERS AND OR PROGRESS BILLING:

                    AMOUNT OF BILL:              -

VOYNOW_024673

# Voynow, Bayard & Company, CPAs

1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

September 30, 2011

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 21044

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
NEW YORK STATE SALES TAX AUDIT INCLUDING
FOLLOW UP WITH AUDITOR ON LEASE ERROR
CALCULATIONS.  PROVIDE VARIOUS FOLLOW
UP INFORMATION REQUESTED BY THE AUDITOR
TO COMPLETE THE AUDIT.  REVIEW FINAL
AUDIT FINDINGS WITH THE AUDITOR AND
WRAP UP OF THE AUDIT AND VARIOUS OTHER
FOLLOW UP ITEMS

AMOUNT DUE          $ 2,215.00

ACCOUNTANTS
RANDALL FRANZEN
BOB SEIBEL



CONFIDENTIAL

VOYNOW_024674



CONFIDENTIAL

VOYNOW_024675

| (1) Today's date | (1) | 9.30.11 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR NISSAN |
| (4) Client # / File # | (4) | 5266 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.30.11 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due     3,025.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  **(FINAL)**                    W.I.P.

TOTAL W.I.P.:

DATE BILLED: _____        W.I.P. TO TRANSFER: _____

BILLED THROUGH                        W.I.P. TO HOLD: _____
CLIENT # / FILE #
: _____                         W.I.P. TO CLEAR: _____

CLIENT NAME: _____        WRITE UP /( DOWN): _____

BILL # :  21052

DATE KEYPUNCHED: _____                        BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

J.K. 1040



# Voynow, Bayard & Company, CPAs
### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

September 30, 2011


STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                    Client #: 5266/
ATTN: VIVIAN                         Invoice: 21052

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED


                    AMOUNT DUE          $ 3,025.00





CONFIDENTIAL

VOYNOW_024677

(1) Today's date                                         (1) 9.30.11

(2) Name of individual requesting this billing           (2) RPS

(3) Client Name                                          (3) STAR NISSAN

(4) Client # / File #                                    (4) 5266

(5) This billing is for work done from Month Ending      (5a) _____ , 200 ___

    through the Month Ending           (5b) 9.30.11 ____ , 200 ___

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed related to the IRS audit of Star Nissan

for tax year 2009 including:  preparation of IRS power of attorney form for the audit,

gather information for the audit.  Various phone calls to IRS auditor M. Yakubova,

to determine information needed for initial visit and schedule visit.  Phone calls with

Vivian, and Anna to coordinate the gathering of information needed for the audit.

This billing includes time expended  through 9/23/2011.

Accountants:

Randall Franzen

Bob Seibel

Rob Kirkhope

                        Amount Due        2,725.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                W.I.P.

                        TOTAL W.I.P.: _____

DATE BILLED: _____        W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #        W.I.P. TO HOLD: _____

                    W.I.P. TO CLEAR: _____

CLIENT NAME: _____        WRITE UP / DOWN: _____

BILL # : 21095

DATE KEYPUNCHED: _____        BILL

                  TOTAL AMOUNT BILLABLE: _____

        LESS RETAINERS AND OR PROGRESS BILLING: _____

                AMOUNT OF BILL: _____

# Voynow, Bayard & Company, CPAs
**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2011

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 21045

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED
RELATED TO THE IRS AUDIT OF STAR NISSAN
FOR TAX YEAR 2009 INCLUDING PREPARATION
OF IRS POWER OF ATTORNEY FORM FOR THE
AUDIT AND GATHER INFORMATION FOR THE AUDIT.
VARIOUS PHONE CALLS TO IRS AUDITOR M.
YAKUBOVA, TO DETERMINE INFORMATION NEEDED
FOR INITIAL VISIT AND SCHEDULE VISIT.
PHONE CALLS WITH VIVIAN AND ANNA TO
COORDINATE THE GATHERING OF INFORMATION
NEEDED FOR THE AUDIT.  THIS BILLING INCLUDES
TIME EXPENDED THROUGH 9/23/2011.

AMOUNT DUE          $ 2,725.00

ACCOUNTANTS
RANDALL FRANZEN
BOB SEIBEL
ROB KIRKHOPE



CONFIDENTIAL

VOYNOW_024679

| | | | | |
|---|---|---|---|---|
| (1) Today's date | (1) | 9.30.11 | | |
| (2) Name of individual requesting this billing | (2) | RPS | | |
| (3) Client Name | (3) | STAR TOYOTA | | |
| (4) Client # / File # | (4) | 5267 | | |
| (5) This billing is for work done from Month Ending | (5a) | | , 200 | |
| through the Month Ending | (5b) | 9.30.11 | , 200 | |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due          3,140.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)          W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #          W.I.P. TO HOLD: _____
: _____          W.I.P. TO CLEAR: _____

CLIENT NAME: _____          WRITE UP /( DOWN): _____

BILL # : 21047

DATE KEYPUNCHED: _____          BILL

TOTAL AMOUNT BILLABLE: _____
LESS RETAINERS AND OR PROGRESS BILLING: _____
AMOUNT OF BILL: _____

Estate of Mrs. Koufakis

CONFIDENTIAL

VOYNOW_024680



# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2011

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                    Client #: 5267/
ATTN: VIVIAN                         Invoice: 21047

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

              AMOUNT DUE          $ 3,140.00



CONFIDENTIAL                              VOYNOW_024681

| (1) Today's date | (1) | 9.30.11 |
|---|---|---|
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR NISSAN |
| (4) Client # / File # | (4) | 5266 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.30.11 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Preparation of form 3115, Application for change in accounting method, related

to IRS changes to Internal Revenue Code Section 263A for capitalization of

Unicap amounts, and election of safe harbor Methods allowed under

Revenue Procedure 2010-44.                    1,500.00

Analysis of current capitalization requirements as well as analysis of

Previous Unicap capitalization amounts required to be capitalized into

the Lifo increment layers.                    675.00

Amount Due        2,175.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                    W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____           W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #           W.I.P. TO HOLD: _____
: _____           W.I.P. TO CLEAR: _____

CLIENT NAME: _____           WRITE UP /( DOWN): _____

BILL # : 21030

DATE KEYPUNCHED: _____                    BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2011

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 21030

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PREPARATION OF FORM 3115, APPLICATION
FOR CHANGE IN ACCOUNTING METHOD, RELATED
TO CHANGE WITHIN INTERNAL REVENUE CODE
SECTION 263A, UNIFORM CAPITALIZATION
(UNICAP) INVENTORY COSTS BY ELECTION OF
SAFE HARBOR METHODS ALLOWED UNDER REVENUE
PROCEDURE 2010-44.                                    $  1,500.00

RECONSTRUCTION OF PREVIOUS YEARS' UNICAP
COSTS, AS APPLIED TO YEAR BEGINNING INVENTORIES
AND LIFO INVENTORY LAYERS FOR DEVELOPMENT OF
REQUIRED IRC 481(a) ADJUSTMENT UNDER REV.
PROC. 2010-44.                                             675.00


                    AMOUNT DUE            $  2,175.00

CONFIDENTIAL

VOYNOW_024683

# Voynow, Bayard & Company, CPAs
### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

September 30, 2011

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 21030

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PREPARATION OF FORM 3115, APPLICATION FOR
CHANGE IN ACCOUNTING METHOD, RELATED TO
IRS CHANGES TO INTERNAL REVENUE CODE
SECTION 263A FOR CAPITALIZATION OF
UNICAP AMOUNTS, AND ELECTION OF SAFE
HARBOR METHODS ALLOWED UNDER REVENUE
PROCEDURE 2110-44.                                    $ 1,500.00

ANALYSIS OF CURRENT CAPITALIZATION
REQUIREMENTS AS WELL AS ANALYSIS OF
PREVIOUS UNICAP CAPITALIZATION AMOUNTS
REQUIRED TO BE CAPITALIZED INTO THE LIFO
INCREMENT LAYERS.                                         675.00

                    AMOUNT DUE             $ 2,175.00

CONFIDENTIAL

VOYNOW_024684

# VOYNOW BAYARD CO
## WIP

(1) Today's date       (1) 4.12.11

(2) Name of individual requesting this billing       (2) RANDY

(3) Client Name       (3) STAR NISSAN

(4) Client # / File #       (4)    5266

(5) This billing is for work done from Month Ending    (5a) _____ , 200 _____

     through the Month Ending    (5b 1.31.11 _____ , 200 _____

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

     Accounting Services as Requested:

     Progress billing for work completed

     on the December 31 2010 closing of the books

     preparation of Federal , State and city

     corporate tax returns.

**Accountant**

          Amount Due      7,200.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)      W.I.P.

**LAST YEAR BILL:**    7,000      TOTAL W.I.P.: _____

DATE BILLED: _____      W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #
:    _____      W.I.P. TO HOLD: _____

          W.I.P. TO CLEAR: _____

CLIENT NAME: _____      WRITE UP / DOWN: _____

BILL # : 20637

DATE KEYPUNCHED: _____      BILL

       TOTAL AMOUNT BILLABLE: _____ 7,200.00

    LESS RETAINERS AND OR PROGRESS BILLING: _____

        AMOUNT OF BILL: _____ 7,200.00

CONFIDENTIAL

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

February 15, 2011

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 20637

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED
ON THE DECEMBER 31, 2010 CLOSING OF
THE BOOKS AND PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS

AMOUNT DUE          $ 7,200.00

CONFIDENTIAL

VOYNOW_024686

```
                        Voynow, Bayard & Company, CPAs                    v.6.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
                        SORT ON CLIENT NAME * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                          VIVIAN
<------------MOST RECENT 12 MONTHS----------->   <-------------PRIOR 12 MONTHS------------->
MON-YR   BILLS   WRT U/D   WRTOFFS    CASH      MON-YR   BILLS   WRT U/D   WRTOFFS    CASH
------   -----   -------   -------    ----      ------   -----   -------   -------    ----
JAN-10   1,000      0         0      7,600      JAN-09   1,000      0         0          0
FEB-10   1,000      0         0          0      FEB-09   8,000      0         0          0
MAR-10   8,000      0         0      9,000      MAR-09   1,000      0         0          0
APR-10   1,000      0         0          0      APR-09   1,000      0         0      2,000
MAY-10   1,000      0         0          0      MAY-09   1,000      0         0      9,000
JUN-10   3,855      0         0      3,225      JUN-09   1,000      0         0          0
JUL-10   1,000      0         0          0      JUL-09   1,000      0         0      3,000
AUG-10   1,000      0         0          0      AUG-09   1,000      0         0          0
SEP-10  14,170   1,922        0          0      SEP-09   2,225      0         0      1,000
OCT-10   1,000      0         0          0      OCT-09   1,000      0         0          0
NOV-10   1,000      0         0          0      NOV-09   1,000      0         0      2,000
DEC-10   1,000      0         0          0      DEC-09   6,600    3,025       0      1,000
        ------  ------    ------    ------              ------  ------    ------    ------
TOTAL   35,025   1,922        0     19,825      TOTAL   25,825   3,025       0     18,000

YTD     35,025   1,922        0     19,825      PYTD    25,825   3,025       0     18,000


AGED     CURRENT     1 MONTH    2 MONTHS    3 MONTHS    4 MONTHS   5+ MONTHS      TOTAL  AGED
----     -------     -------    --------    --------    --------   ---------      -----  ----
A/R     1,000.00   1,000.00    1,000.00   14,170.00    1,000.00    4,855.00   23,025.00  A/R
WIP     6,565.00     -55.00    4,591.00   -1,000.00   -1,000.00   -7,000.00    2,101.00  WIP

YTD WORK    BUDGET       ACTUAL      VARIANCE    %BUDGET    LAST      DATE       AMOUNT TYPE
--------    ------       ------      --------    -------    ----      ----       ------ ----
HOURS         0.00      275.30      -275.30       0.00%    BILLED  12/01/10    1,000.00  PRG
DOLLARS       0.00   47,203.50   -47,203.50       0.00%    PAYMENT 06/28/10    3,225.00  SN

<----------------WORK-IN-PROCESS---------------->   NET WIP   ACCOUNTS    UNAPPLIED     TOTAL
          FEES     EXPENSES     DB/CR     OFFSETS   SUBTOTAL  RECEIVABLE   RETAINER    EXPOSURE
          ----     --------     -----     -------   --------  ----------   --------    --------
      14,101.00        0.00      0.00  -12,000.00   2,101.00  23,025.00        0.00   25,126.00

                                                                              NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)  2,101.00
```

WIP TO XFER: _____

WIP TO HOLD: _1 1 0 1_

WIP TO CLEAR: _7000_

WRITE UP/DOWN: _9000_

AMOUNT TO BILL: _0_

APPROVED BY: _Kw_ DATE: _1/25/11_

_HW_

```
-----------------------------------------------------------------------------
17 Jan 2011 11:31          DWIP SORT ON CLIENT NAME 5266  /       PAGE: 167
```

CONFIDENTIAL

VOYNOW_024687

```
                        Voynow, Bayard & Company, CPAs                          v.6.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
                       SORT ON CLIENT NAME * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                              VIVIAN
-------------------------------------------------------------------------------
                      * *  FEE & EXPENSE SUMMARIES  * *
```

| * CHARGEABLE FEES SUMMARY BY WORK CODE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| BUSINESS TAX ENGAGEMENTS | 16.70 | 3,835.00 | 3,835.00 |
| INTERIM SERVICES | 63.60 | 10,134.00 | 13,969.00 |
| VB-ADMINISTRATIVE CODES | 4.40 | 132.00 | 14,101.00 |
| SYSTEM GENERATED FEES | 0.00 | -12,000.00 | 2,101.00 |
| ** TOTAL | 84.70 | 2,101.00 | |

| * CHARGEABLE FEES SUMMARY BY STAFF | | HOURS | AMOUNT | TOTAL |
|---|---|---|---|---|
| | | 0.00 | -12,000.00 | -12,000.00 |
| 11 | ELISA BRABAZON | 4.40 | 132.00 | -11,868.00 |
| 12 | PATRICK J. CATALINE | 10.00 | 800.00 | -11,068.00 |
| 124 | Brett Bausinger | 0.20 | 10.00 | -11,058.00 |
| 127 | RAFAEL VARGAS | 4.50 | 495.00 | -10,563.00 |
| 130 | DAVE LOMBARDO | 9.10 | 819.00 | -9,744.00 |
| 40 | Shawn McCormack | 32.00 | 6,080.00 | -3,664.00 |
| 75 | Bob Seibel | 6.00 | 1,140.00 | -2,524.00 |
| 83 | Randall Franzen | 18.50 | 4,625.00 | 2,101.00 |
| | ** TOTAL | 84.70 | 2,101.00 | |

| * CHARGEABLE FEES SUMMARY BY CTRL DATE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| 01/31/10 | 0.00 | -1,000.00 | -1,000.00 |
| 02/28/10 | 0.00 | -1,000.00 | -2,000.00 |
| 03/31/10 | 0.00 | -1,000.00 | -3,000.00 |
| 04/30/10 | 0.00 | -1,000.00 | -4,000.00 |
| 05/31/10 | 0.00 | -1,000.00 | -5,000.00 |
| 06/30/10 | 0.00 | -1,000.00 | -6,000.00 |
| 07/31/10 | 0.00 | -1,000.00 | -7,000.00 |
| 08/31/10 | 0.00 | -1,000.00 | -8,000.00 |
| 09/30/10 | 0.00 | -1,000.00 | -9,000.00 |
| 10/31/10 | 37.70 | 4,591.00 | -4,409.00 |
| 11/30/10 | 8.30 | -55.00 | -4,464.00 |
| 12/31/10 | 38.70 | 6,565.00 | 2,101.00 |
| ** TOTAL | 84.70 | 2,101.00 | |

CONFIDENTIAL

VOYNOW_024688

Voynow, Bayard & Company, CPAs                    v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
SORT ON CLIENT NAME * SELECTED CLIENTS

5266 /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                          VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS    AMOUNT    SEQ# ACTION
----------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

10/31/10 09/27/10  5 65 Randall Franzen    83   250  1.00    250.00 859024 B H T:
                   get email sent to D Moore fro sales tax audit
10/31/10 10/22/10  5 65 Randall Franzen    83   250  2.00    500.00 864692 B H T:
                   go over info that Star needs to sign and send off
                   to sales tax audit

              83  Randall Franzen                3.00    750.00

         BUSTAX Tax Audit/Examination            3.00    750.00

12/31/10 12/16/10  5 68 Brett Bausinger   124   50  0.20     10.00 868667 B H T:
                   Set up of Star Nissan 2010 planning file

              124  Brett Bausinger               0.20     10.00

12/31/10 12/06/10  5 68 Bob Seibel         75   190  2.00    380.00 867394 B H T:
                   Prepair for tax planning

              75  Bob Seibel                     2.00    380.00

         BUSTAX Tax Planning                     2.20    390.00

12/31/10 12/21/10  5 69 Bob Seibel         75   190  2.50    475.00 870679 B H T:
                   Analysis of John K. loans for Vivian & Mike K.
12/31/10 12/23/10  5 69 Bob Seibel         75   190  0.50     95.00 870664 B H T:
                   Loan analysis

              75  Bob Seibel                     3.00    570.00

12/31/10 12/07/10  5 69 Randall Franzen    83   250  8.50  2,125.00 869065 B H T:
                   go to dealership and do tax planning

              83  Randall Franzen                8.50  2,125.00

         BUSTAX Year End Tax Work              11.50  2,695.00

10/31/10 10/27/10  6 12 Shawn McCormack    40   190  7.00  1,330.00 864437 B H T:

              40  Shawn McCormack                7.00  1,330.00

         INTSER Factory Fin. St. Review         7.00  1,330.00

10/31/10 10/27/10  6 13 Randall Franzen    83   250  4.00  1,000.00 864697 B H T:
                   Go to NY for a visit
12/31/10 12/01/10  6 13 Randall Franzen    83   250  3.00    750.00 869048 B H T:
                   letter

              83  Randall Franzen                7.00  1,750.00

         INTSER Rev. Ledger & Schedules         7.00  1,750.00

10/31/10 10/27/10  6 20 PATRICK J. CATALINE 12   80  7.00    560.00 863545 B H T:

              12  PATRICK J. CATALINE           7.00    560.00

         INTSER Service Dept Analysis           7.00    560.00
----------------------------------------------------------------------------------
17 Jan 2011 11:31            DWIP SORT ON CLIENT NAME 5266 /        PAGE: 169

CONFIDENTIAL                                      VOYNOW_024689

```
                        Voynow, Bayard & Company, CPAs
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010            v.6.00
                        SORT ON CLIENT NAME * SELECTED CLIENTS

5266  /      GRP: STAR     PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                    VIVIAN
  CDATE    WDATE    WORK(CODE)   STAFF NAME    SID RATE   HRS      AMOUNT   SEQ#  ACTION
-------------------------------------------------------------------------------------
                * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

10/31/10 10/26/10  6 39 RAFAEL VARGAS      127 110    4.50      495.00 863559 B H T:
                      Federal and State Tax Research in how to start a
                      Private Foundation.

           127  RAFAEL VARGAS                         4.50      495.00

         INTSER Other Services USE MEMO              4.50      495.00

12/31/10 12/07/10  6 68 Shawn McCormack     40 190    7.00    1,330.00 869566 B H T:
12/31/10 12/08/10  6 68 Shawn McCormack     40 190    7.00    1,330.00 869567 B H T:
12/31/10 12/09/10  6 68 Shawn McCormack     40 190    2.50      475.00 869568 B H T:
12/31/10 12/13/10  6 68 Shawn McCormack     40 190    1.00      190.00 869574 B H T:

            40   Shawn McCormack                    17.50    3,325.00

         INTSER Tax Planning                        17.50    3,325.00

11/30/10 11/08/10  6 84 PATRICK J. CATALINE  12  80   2.00      160.00 865544 B H T:
12/31/10 12/02/10  6 84 PATRICK J. CATALINE  12  80   1.00       80.00 867222 B H T:
                      getting star letters toegther, editing/service
                      write up

            12   PATRICK J. CATALINE                  3.00      240.00

10/31/10 10/26/10  6 84 DAVE LOMBARDO       130  90   0.50       45.00 862867 B H T:
                      ENGMT PLANNING
10/31/10 10/27/10  6 84 DAVE LOMBARDO       130  90   7.00      630.00 862875 B H T:
                      CLIENT VISIT
11/30/10 11/08/10  6 84 DAVE LOMBARDO       130  90   0.60       54.00 865154 B H T:
                      INTERIM LTTR
12/31/10 12/03/10  6 84 DAVE LOMBARDO       130  90   1.00       90.00 866732 B H T:
                      INTERIM LTTR

           130  DAVE LOMBARDO                         9.10      819.00

10/31/10 10/29/10  6 84 Shawn McCormack     40 190    4.00      760.00 864440 B H T:
11/30/10 11/01/10  6 84 Shawn McCormack     40 190    3.50      665.00 864444 B H T:

            40   Shawn McCormack                     7.50    1,425.00

12/31/10 12/03/10  6 84 Bob Seibel          75 190    1.00      190.00 867255 B H T:
                      Interim letter.

            75   Bob Seibel                           1.00      190.00

         INTSER Letters to Client, Prep             20.60    2,674.00

10/31/10 10/22/10 90 17 ELISA BRABAZON      11  30    0.20        6.00 863018 B H T:
                      remailed a letter fedex to vivian

            11   ELISA BRABAZON                       0.20        6.00

         VB-F-Federal Express                        0.20        6.00

-------------------------------------------------------------------------------------
17 Jan 2011 11:31              DWIP SORT ON CLIENT NAME  5266 /        PAGE: 170
```

CONFIDENTIAL

VOYNOW_024690

```
                        Voynow, Bayard & Company, CPAs
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010          v.6.00
                       SORT ON CLIENT NAME * SELECTED CLIENTS

5266 /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                            VIVIAN
  CDATE    WDATE   WORK(CODE)  STAFF NAME      SID RATE    HRS      AMOUNT   SEQ# ACTION
----------------------------------------------------------------------------------------
                        * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

10/31/10 10/14/10 90 36 ELISA BRABAZON        11   30   0.50      15.00 860604 B H T:
                        worked on letter to IRS
11/30/10 11/08/10 90 36 ELISA BRABAZON        11   30   2.20      66.00 865123 B H T:
                        typed interim letter
12/31/10 12/06/10 90 36 ELISA BRABAZON        11   30   1.50      45.00 867313 B/H T:
                        interim letter

           11   ELISA BRABAZON                        4.20      126.00

         VB-F-Type/Copy Internal Doc.                 4.20      126.00


         * * TOTAL FEES                              84.70    14,101.00


                        * *   DEBITS & CREDITS   * *

01/31/10 01/31/10 99  3                              -1,000.00 823305 ON HOLD
02/28/10 02/28/10 99  3                              -1,000.00 826447 ON HOLD
03/31/10 03/31/10 99  3                              -1,000.00 828960 ON HOLD
04/30/10 04/30/10 99  3                              -1,000.00 840259 ON HOLD
05/31/10 05/31/10 99  3                              -1,000.00 840981 ON HOLD
06/30/10 06/30/10 99  3                              -1,000.00 844628 ON HOLD
07/31/10 07/31/10 99  3                              -1,000.00 851236 ON HOLD
08/31/10 08/31/10 99  3                              -1,000.00 851985 ON HOLD
09/30/10 09/30/10 99  3                              -1,000.00 854436 ON HOLD
10/31/10 10/31/10 99  3                              -1,000.00 862730 B H T:
11/30/10 11/30/10 99  3                              -1,000.00 863148 B H T:
12/31/10 12/31/10 99  3                              -1,000.00 866967 B H T:

                                                                        ON HOLD
         * * TOTAL PROGRESS BILLS AND OTHER CREDITS   -12,000.00 (         0.00)


         FEES      EXPENSES   SUB-TOTAL    DB/CR    SUB-TOTAL    OFFSETS    NET WIP
       ----------  ----------  ----------  ----------  ----------  ----------  ----------
       14,101.00       0.00   14,101.00       0.00   14,101.00  -12,000.00    2,101.00
                                                                            ==========
```

CONFIDENTIAL

VOYNOW_024691

(1) Today's date

(2) Name of individual requesting this billing

(3) Client Name

(4) Client # / File #

(5) This billing is for work done from Month Ending

through the Month Ending

(1) _9.30.10_____

(2) _RPS_____

(3) _STAR NISSAN_____

(4) _____5266_____

(5a) _____, 200 ___

(5b) _9.30.10_____, 200 ___

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2009

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

Amount Due        2,670.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS) (FINAL)          W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____     W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                  W.I.P. TO HOLD: _____
: _____           W.I.P. TO CLEAR: _____

CLIENT NAME: _____     WRITE UP /( DOWN): _____

BILL # : _26896_____

DATE KEYPUNCHED: _____          BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

Hold 2010 Retainers

CONFIDENTIAL

VOYNOW_024692

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2010

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 20290

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2009 CLOSING OF THE
BOOKS; PREPARATION OF TAX WORKPAPERS,
PREPARATION OF FEDERAL, STATE AND CITY
CORPORATE TAX RETURNS

AMOUNT DUE        $ 2,670.00

CONFIDENTIAL

VOYNOW_024693

```
                         Voynow, Bayard & Company, CPAs                      v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
                         SORT ON CLIENT NAME * SELECTED CLIENTS

5266  /      GRP: STAR     PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                              VIVIAN
<------------MOST RECENT 12 MONTHS------------>    <-------------PRIOR 12 MONTHS-------------->
MON-YR      BILLS    WRT U/D   WRTOFFS     CASH    MON-YR     BILLS    WRT U/D   WRTOFFS      CASH
------      -----    -------   -------     ----    ------     -----    -------   -------      ----
NOV-09      1,000          0         0    2,000    NOV-08     1,000          0         0     2,000
DEC-09      6,600      3,025         0    1,000    DEC-08     1,110          0         0    16,915
JAN-10      1,000          0         0    7,600    JAN-09     1,000          0         0         0
FEB-10      1,000          0         0        0    FEB-09     8,000          0         0         0
MAR-10      8,000          0         0    9,000    MAR-09     1,000          0         0         0
APR-10      1,000          0         0        0    APR-09     1,000          0         0     2,000
MAY-10      1,000          0         0        0    MAY-09     1,000          0         0     9,000
JUN-10      3,855          0         0    3,225    JUN-09     1,000          0         0         0
JUL-10      1,000          0         0        0    JUL-09     1,000          0         0     3,000
AUG-10      1,000          0         0        0    AUG-09     1,000          0         0         0
SEP-10      1,000          0         0        0    SEP-09     2,225          0         0     1,000
OCT-10          0          0         0        0    OCT-09     1,000          0         0         0
           -------    ------    ------   ------              ------     -----    ------    ------
TOTAL      26,455      3,025         0   22,825    TOTAL     20,335          0         0    33,915

YTD        18,855          0         0   19,825    PYTD      18,225          0         0    15,000


AGED      CURRENT    1 MONTH   2 MONTHS  3 MONTHS   4 MONTHS   5+ MONTHS         TOTAL   AGED
-----     -------    -------   --------  --------   --------   ---------         -----   ----
A/R          0.00   1,000.00  1,000.00  1,000.00   3,855.00        0.00      6,855.00   A/R
WIP        250.00    -716.00  4,160.50  3,997.00   2,920.00   -8,114.00      2,497.50   WIP

YTD WORK     BUDGET      ACTUAL     VARIANCE    %BUDGET    LAST      DATE       AMOUNT TYPE
--------     ------      ------     --------    -------    ----      ----       ------ ----
HOURS          0.00      191.60     -191.60      0.00%    BILLED  09/02/10    1,000.00 PRG
DOLLARS        0.00   33,352.50  -33,352.50      0.00%    PAYMENT 06/28/10    3,225.00 SN

<----------------WORK-IN-PROCESS---------------->    NET WIP   ACCOUNTS    UNAPPLIED       TOTAL
       FEES     EXPENSES      DB/CR     OFFSETS     SUBTOTAL  RECEIVABLE    RETAINER     EXPOSURE
       ----     --------      -----     -------     --------  ----------    --------     --------
   33,352.50        0.00       0.00  -30,855.00     2,497.50    6,855.00        0.00     9,352.50


SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)
                                                                                      NET WIP
                                                                                     2,497.50

                                                       WIP TO XFER:  _____

                                                       WIP TO HOLD:  _____

                                                      WIP TO CLEAR:  _____

                                                     WRITE UP/DOWN:  _____

                                                     AMOUNT TO BILL: _____

                                       APPROVED BY:  _____  DATE:  _____
```

CONFIDENTIAL

VOYNOW_024694

Voynow, Bayard & Company, CPAs      v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
SORT ON CLIENT NAME * SELECTED CLIENTS

5266 /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                VIVIAN
----------------------------------------------------------------------

## * * FEE & EXPENSE SUMMARIES * *

| ' CHARGEABLE FEES SUMMARY BY WORK CODE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| AUDIT ENGAGEMENTS | 58.20 | 4,656.00 | 4,656.00 |
| REVIEW ENGAGEMENT | 1.50 | 412.50 | 5,068.50 |
| EMPLOYEE BENEFIT PLANS | 1.20 | 288.00 | 5,356.50 |
| BUSINESS TAX ENGAGEMENTS | 119.10 | 25,832.00 | 31,188.50 |
| INTERIM SERVICES | 8.70 | 1,637.00 | 32,825.50 |
| PERSONAL TAX RETURN SERVICES | 0.90 | 27.00 | 32,852.50 |
| SPECIAL PROJECTS-MUST USE MEMO | 2.00 | 500.00 | 33,352.50 |
| SYSTEM GENERATED FEES | 0.00 | -30,855.00 | 2,497.50 |
|  | -------- | ------------ |  |
| ** TOTAL | 191.60 | 2,497.50 |  |

| ' CHARGEABLE FEES SUMMARY BY STAFF | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
|  | 0.00 | -30,855.00 | -30,855.00 |
| 11  ELISA BRABAZON | 0.40 | 12.00 | -30,843.00 |
| 119 ANNEMARIE DISCHINGER | 1.30 | 39.00 | -30,804.00 |
| 12  PATRICK J. CATALINE | 8.90 | 712.00 | -30,092.00 |
| 127 RAFAEL VARGAS | 0.20 | 22.00 | -30,070.00 |
| 129 JOHN BRESLIN | 59.80 | 4,784.00 | -25,286.00 |
| 130 DAVE LOMBARDO | 0.20 | 18.00 | -25,268.00 |
| 40  Shawn McCormack | 31.50 | 5,985.00 | -19,283.00 |
| 48  Kenneth Mann | 0.40 | 100.00 | -19,183.00 |
| 56  Hugh Whyte | 1.50 | 412.50 | -18,770.50 |
| 75  Bob Seibel | 9.50 | 1,805.00 | -16,965.50 |
| 83  Randall Franzen | 76.70 | 19,175.00 | 2,209.50 |
| 92  David Kaplan | 1.20 | 288.00 | 2,497.50 |
|  | -------- | ------------ |  |
| ** TOTAL | 191.60 | 2,497.50 |  |

| ' CHARGEABLE FEES SUMMARY BY CTRL DATE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| 01/31/09 | 0.00 | -1,000.00 | -1,000.00 |
| 02/28/09 | 0.00 | -1,000.00 | -2,000.00 |
| 03/31/09 | 0.00 | -1,000.00 | -3,000.00 |
| 04/30/09 | 0.00 | -1,000.00 | -4,000.00 |
| 05/31/09 | 0.00 | -1,000.00 | -5,000.00 |
| 06/30/09 | 0.00 | -1,000.00 | -6,000.00 |
| 07/31/09 | 0.00 | -1,000.00 | -7,000.00 |
| 08/31/09 | 0.00 | -1,000.00 | -8,000.00 |
| 09/30/09 | 0.00 | -1,000.00 | -9,000.00 |
| 10/31/09 | 0.00 | -1,000.00 | -10,000.00 |
| 11/30/09 | 0.00 | -1,000.00 | -11,000.00 |
| 12/31/09 | 0.00 | -1,000.00 | -12,000.00 |
| 01/31/10 | 46.40 | 8,740.00 | -3,260.00 |
| 02/28/10 | 8.00 | 762.00 | -2,498.00 |
| 03/31/10 | 2.80 | -7,616.00 | -10,114.00 |
| 04/30/10 | 9.00 | 1,250.00 | -8,864.00 |
| 05/31/10 | 7.00 | 750.00 | -8,114.00 |
| 06/30/10 | 32.00 | 2,920.00 | -5,194.00 |
| 07/31/10 | 55.30 | 3,997.00 | -1,197.00 |
| 08/31/10 | 28.70 | 4,160.50 | 2,963.50 |
| 09/30/10 | 1.40 | -716.00 | 2,247.50 |
| 10/31/10 | 1.00 | 250.00 | 2,497.50 |
|  | -------- | ------------ |  |
| ** TOTAL | 191.60 | 2,497.50 |  |

----------------------------------------------------------------------
13 Oct 2010 11:58      DWIP SORT ON CLIENT NAME 5266 /      PAGE: 213

CONFIDENTIAL

VOYNOW_024695

```
                        Voynow, Bayard & Company, CPAs                        v.6.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
                      SORT ON CLIENT NAME * SELECTED CLIENTS


5266  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                       VIVIAN
-------------------------------------------------------------------------------
                   * *   FEE & EXPENSE SUMMARIES   * *
```

CONFIDENTIAL

VOYNOW_024696

Voynow, Bayard & Company, CPAs
DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
SORT ON CLIENT NAME * SELECTED CLIENTS

v.6.00

```
5266  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                               VIVIAN
  CDATE     WDATE     WORK(CODE)  STAFF NAME      SID RATE   HRS      AMOUNT   SEQ# ACTION
----------------------------------------------------------------------------------------
            ' '  CHARGEABLE FEES  BY CODES/STAFF/       * *
06/30/10 06/25/10  1 65 JOHN BRESLIN      129  80   7.00      560.00 847151 B H T:
07/31/10 06/28/10  1 65 JOHN BRESLIN      129  80   6.00      480.00 850564 B H T:
07/31/10 06/29/10  1 65 JOHN BRESLIN      129  80   7.00      560.00 850565 B H T:
07/31/10 07/01/10  1 65 JOHN BRESLIN      129  80   1.70      136.00 850571 B H T:
07/31/10 07/01/10  1 65 JOHN BRESLIN      129  80   2.00      160.00 850569 B H T:
07/31/10 07/07/10  1 65 JOHN BRESLIN      129  80   5.80      464.00 850591 B H T:
07/31/10 07/08/10  1 65 JOHN BRESLIN      129  80   5.70      456.00 850592 B H T:
07/31/10 07/13/10  1 65 JOHN BRESLIN      129  80   2.00      160.00 850961 B H T:
07/31/10 07/14/10  1 65 JOHN BRESLIN      129  80   3.00      240.00 850957 B H T:
07/31/10 07/15/10  1 65 JOHN BRESLIN      129  80   2.00      160.00 850963 B H T:
07/31/10 07/16/10  1 65 JOHN BRESLIN      129  80   3.50      280.00 850970 B H T:
07/31/10 07/19/10  1 65 JOHN BRESLIN      129  80   1.00       80.00 850993 B H T:
07/31/10 07/21/10  1 65 JOHN BRESLIN      129  80   1.50      120.00 850978 B H T:
07/31/10 07/23/10  1 65 JOHN BRESLIN      129  80   1.50      120.00 850990 B H T:
08/31/10 07/27/10  1 65 JOHN BRESLIN      129  80   2.80      224.00 854537 B H T:
08/31/10 08/17/10  1 65 JOHN BRESLIN      129  80   2.50      200.00 853383 B H T:
08/31/10 08/18/10  1 65 JOHN BRESLIN      129  80   3.20      256.00 853386 B H T:

            129 JOHN BRESLIN                    58.20    4,656.00

         AUDIT Tax Audit/Examination           58.20    4,656.00
```

*Sales Tax* (handwritten)

```
08/31/10 08/06/10  2 93 Hugh Whyte        56  275   1.50      412.50 852386 B H T:
                      review t/r

             56  Hugh Whyte                      1.50      412.50

         REVIEW Partner Review                   1.50      412.50

06/30/10 06/24/10  4  2 David Kaplan      92  240   0.50      120.00 846814 B H T:
                      Time Estimate for 2009 Pension Plan Audit.

             92  David Kaplan                    0.50      120.00

         EBPLAN Audit Planning                   0.50      120.00

08/31/10 07/27/10  4 82 David Kaplan      92  240   0.70      168.00 851836 B H T:
                      Look over Forrm 5500.

             92  David Kaplan                    0.70      168.00

         EBPLAN Client Assist UNBUDGETE          0.70      168.00

01/31/10 01/08/10  5 21 Kenneth Mann      48  250   0.40      100.00 826754 B H T:

             48  Kenneth Mann                    0.40      100.00

         BUSTAX LIFO Computations                0.40      100.00

08/31/10 08/19/10  5 61 ELISA BRABAZON    11   30   0.40       12.00 853825 B H T:
                      processed return

             11  ELISA BRABAZON                  0.40       12.00

03/31/10 03/12/10  5 61 ANNEMARIE DISCHINGER 119 30   0.40    12.00 830854 B H T:
```

*401K* (handwritten, appears three times in right margin)

```
----------------------------------------------------------------------------------------
13 Oct 2010 11:58              DWIP SORT ON CLIENT NAME  5266  /        PAGE: 215
```

CONFIDENTIAL

VOYNOW_024697

Voynow, Bayard & Company, CPAs
DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
SORT ON CLIENT NAME * SELECTED CLIENTS

v.6.00

```
5266  /     GRP: STAR     PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC. /                          VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS       AMOUNT   SEQ# ACTION
-----------------------------------------------------------------------------------
              ' *  CHARGEABLE FEES  BY CODES/STAFF/      * *

          processed best display and boxes corp returns


     119 ANNEMARIE DISCHINGER                      0.40        12.00

     BUSTAX Federal Tax Return Prep               0.80        24.00

01/31/10 01/06/10  5 65 Randall Franzen     83  250   7.00 *  1,750.00 825893 B H T:  ST
                        meet with NYS tax auditors
05/31/10 05/03/10  5 65 Randall Franzen     83  250   3.00     750.00 846256 B H T:  ST
                        get ready for slaes tax audit
10/31/10 09/27/10  5 65 Randall Franzen     83  250   1.00     250.00 859024 B H T:  ST
                        get email sent to D Moore fro sales tax audit

     83  Randall Franzen                          11.00     2,750.00

     BUSTAX Tax Audit/Examination                11.00     2,750.00

02/28/10 02/01/10  5 66 Randall Franzen     83  250   1.20     300.00 836195 B H T:  ST
                        calls from D Moore to go over sales tax issue and
                        how to tie info for him
02/28/10 02/11/10  5 66 Randall Franzen     83  250   0.50     125.00 836214 B H T:  ST
                        call to Vivian about missing car on the list for
                        D Moore
02/28/10 02/19/10  5 66 Randall Franzen     83  250   0.60     150.00 836227 B H T:  ST
                        calls to Vivian to go over question and how he
                        wants to audit the books
04/30/10 04/20/10  5 66 Randall Franzen     83  250   2.00     500.00 841942 B H T:  ST
                        look for sales tax files for audit
04/30/10 04/22/10  5 66 Randall Franzen     83  250   7.00 *  1,750.00 841946 B H T:  ST
                        go to NY and meet with sales tax auditor
05/31/10 05/17/10  5 66 Randall Franzen     83  250   3.00     750.00 846289 B H T:  TN
                        Go over the tax notices for Sr and Steve K call
                        IRS and state to figure out the amounts
06/30/10 06/01/10  5 66 Randall Franzen     83  250   3.00     750.00 849821 B H T:  ST
                        go over sales tax issue and see how we need to
                        followup on info for auditor
06/30/10 06/07/10  5 66 Randall Franzen     83  250   3.00     750.00 849833 B H T:  ST
                        go over the audiotrs list and what we need to get
                        ready for the audit and look for info
06/30/10 06/08/10  5 66 Randall Franzen     83  250   7.00 *  1,750.00 849832 B H T:  ST
                        go to NY and meet with Carman and Vivian to go
                        over auditors list and what we need get ready for
                        auditors
06/30/10 06/17/10  5 66 Randall Franzen     83  250   4.00   1,000.00 849842 B H T:  ST
                        get ready for the audit going over the list and
                        the various question and what we need to find for
                        the auditor.  Also go
                        over Sr tax notices and Steve K tax issues
06/30/10 06/18/10  5 66 Randall Franzen     83  250   7.00 *  1,750.00 849841 B H T:  ST
                        Meet with NYS sales tax auditor and go over list
                        of what needs to be annlyzed and show to him
07/31/10 07/12/10  5 66 Randall Franzen     83  250   1.00     250.00 852737 B H T:  ST
                        look for info for tax auditor fin'l stmt for
                        March 2007
07/31/10 07/12/10  5 66 Randall Franzen     83  250   0.40     100.00 852730 B H T:  ST
-----------------------------------------------------------------------------------
13 Oct 2010 11:58              DWIP SORT ON CLIENT NAME  5266  /          PAGE: 216
```

CONFIDENTIAL

VOYNOW_024698

```
                              Voynow, Bayard & Company, CPAs                    v.6.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
                           SORT ON CLIENT NAME * SELECTED CLIENTS

5266 /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                  VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE   HRS      AMOUNT   SEQ# ACTION
----------------------------------------------------------------------------------
                      * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

                      call from Vivian to go over sales tax situation
08/31/10 08/11/10  5 66 Randall Franzen   83  250  4.00    1,000.00 856959 B H T:
                      work on the analysis for sale tax on exempt sales
08/31/10 08/16/10  5 66 Randall Franzen   83  250  4.00    1,000.00 856961 B H T:
                      work on the analysis on how to tie out the exempt
                      sales porblems with lease info
08/31/10 08/17/10  5 66 Randall Franzen   83  250  3.00      750.00 856962 B H T:
                      additional work on tying out Moore sheet to what
                      the books really show

          83   Randall Franzen                    50.70   12,675.00

          BUSTAX Tax Notice Response              50.70   12,675.00

07/31/10 07/16/10  5 69 PATRICK J. CATALINE  12  80  6.20    496.00 850716 B H T:
07/31/10 07/19/10  5 69 PATRICK J. CATALINE  12  80  2.50    200.00 850787 B H T:
09/30/10 09/14/10  5 69 PATRICK J. CATALINE  12  80  0.20     16.00 857065 B H T:
                      estimates

          12   PATRICK J. CATALINE                 8.90      712.00

09/30/10 09/13/10  5 69 DAVE LOMBARDO       130  90  0.20     18.00 856094 B H T:
                      EFILE

         130   DAVE LOMBARDO                       0.20       18.00

01/31/10 01/20/10  5 69 Shawn McCormack     40  190  7.00  1,330.00 825933 B H T:
01/31/10 01/21/10  5 69 Shawn McCormack     40  190  7.00  1,330.00 825934 B H T:
01/31/10 01/22/10  5 69 Shawn McCormack     40  190  7.00  1,330.00 825935 B H T:
02/28/10 02/12/10  5 69 Shawn McCormack     40  190  2.00    380.00 829575 B H T:

          40   Shawn McCormack                    23.00    4,370.00

01/31/10 01/18/10  5 69 Bob Seibel          75  190  1.00    190.00 825008 B H T:
                      Prepair for visit.
01/31/10 01/23/10  5 69 Bob Seibel          75  190  0.50     95.00 825016 B H T:
                      Follow up from year end visit.
02/28/10 02/24/10  5 69 Bob Seibel          75  190  0.50     95.00 831240 B H T:
02/28/10 02/27/10  5 69 Bob Seibel          75  190  1.00    190.00 831249 B H T:
                      Extension.
03/31/10 03/03/10  5 69 Bob Seibel          75  190  0.50     95.00 831285 B H T:
                      Extensions
06/30/10 06/11/10  5 69 Bob Seibel          75  190  0.50     95.00 846565 B H T:
                      6/15 estimate
07/31/10 07/09/10  5 69 Bob Seibel          75  190  0.50     95.00 851369 B H T:
                      Work on return.
07/31/10 07/19/10  5 69 Bob Seibel          75  190  1.00    190.00 851541 B H T:
                      Work on return.
08/31/10 07/26/10  5 69 Bob Seibel          75  190  1.00    190.00 851806 B H T:
                      Work on return.
08/31/10 07/27/10  5 69 Bob Seibel          75  190  1.00    190.00 851819 B H T:
                      Work on return.
08/31/10 08/13/10  5 69 Bob Seibel          75  190  1.00    190.00 854569 B H T:
                      Work on returns.
08/31/10 08/16/10  5 69 Bob Seibel          75  190  1.00    190.00 854590 B H T:
----------------------------------------------------------------------------------
13 Oct 2010 11:58              DWIP SORT ON CLIENT NAME  5266  /       PAGE: 217
```

CONFIDENTIAL

VOYNOW_024699

```
                          Voynow, Bayard & Company, CPAs                     v.6.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
                          SORT ON CLIENT NAME * SELECTED CLIENTS

5266  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                              VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE    HRS      AMOUNT   SEQ# ACTION
---------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/         * *

                  Work on returns.

            75  Bob Seibel                          9.50      1,805.00

01/31/10 01/20/10  5 69 Randall Franzen       83  250   8.00   2,000.00 825941 B H T:
                   go to dealership and do the year end
02/28/10 02/02/10  5 69 Randall Franzen       83  250   1.00     250.00 836198 B H T:
                   calls about year end entries and sales tax issues
02/28/10 02/20/10  5 69 Randall Franzen       83  250   1.00     250.00 836234 B H T:
                   look over Jackie return for Vivian
03/31/10 03/25/10  5 69 Randall Franzen       83  250   1.00     250.00 837102 B H T:
                   look over the Koufakis ext
05/31/10 04/26/10  5 69 Randall Franzen       83  250   1.00     250.00 842025 B H T:
                   calls from Vivina for contribution check
09/30/10 09/20/10  5 69 Randall Franzen       83  250   1.00     250.00 858936 B H T:
                   over what we need for JR

            83  Randall Franzen                    13.00      3,250.00

        BUSTAX Year End Tax Work                   54.60     10,155.00

08/31/10 08/19/10  5 97 JOHN BRESLIN         129   80   1.60     128.00 853391 B H T:

           129  JOHN BRESLIN                         1.60       128.00

        BUSTAX Math/Proof Report/Retur               1.60       128.00

02/28/10 02/26/10  6 39 RAFAEL VARGAS        127  110   0.20      22.00 828306 B H T:
                   2009 Federal Extension.

           127  RAFAEL VARGAS                        0.20        22.00

        INTSER Other Services USE MEMO               0.20        22.00

01/31/10 01/06/10  6 68 Shawn McCormack       40  190   3.50     665.00 825887 B H T:
                   Organizing items to do year end work

            40  Shawn McCormack                      3.50       665.00

        INTSER Tax Planning                          3.50       665.00

01/31/10 12/29/09  6 82 Shawn McCormack       40  190   2.00     380.00 823675 B H T:
                   Discussed year end memo with Vivian on the phone
01/31/10 12/30/09  6 82 Shawn McCormack       40  190   3.00     570.00 823676 B H T:
                   Discussed year end memo with Vivian on the phone

            40  Shawn McCormack                      5.00       950.00

        INTSER Client Assist UNBUDGETE               5.00       950.00

03/31/10 03/11/10  7 61 ANNEMARIE DISCHINGER 119   30   0.90      27.00 830842 B H T:
                   processed 08 and 09 returns - jackie gibson

           119  ANNEMARIE DISCHINGER                 0.90        27.00

        PERSTX Federal Tax Return Prep               0.90        27.00
---------------------------------------------------------------------------------------
13 Oct 2010 11:58           DWIP SORT ON CLIENT NAME  5266  /          PAGE: 218
```

Voynow, Bayard & Company, CPAs
DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010                    v.6.00
SORT ON CLIENT NAME * SELECTED CLIENTS

```
5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                              VIVIAN
 CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE     HRS      AMOUNT    SEQ# ACTION
--------------------------------------------------------------------------------------
               ' *  CHARGEABLE FEES  BY CODES/STAFF/      * *


07/31/10 07/08/10  8 32  Randall Franzen      83  250    1.00      250.00 852720 B H T:
                         calls from Star to go over 401k situation and how
                         to combine plans and calls from Sylvana
08/31/10 08/27/10  8 32  Randall Franzen      83  250    1.00      250.00 858796 B H T:
                         calls form Mike to go over life ins question and
                         Sr estate


           83  Randall Franzen                        2.00      500.00

        Other Special Projects(detail)                2.00      500.00


           ' * TOTAL FEES                            191.60    33,352.50


               * *    DEBITS & CREDITS    * *
01/31/09 01/31/09 99  3                              -1,000.00 771076 ON HOLD
02/28/09 02/28/09 99  3                              -1,000.00 771198 ON HOLD
03/31/09 03/31/09 99  3                              -1,000.00 775888 ON HOLD
04/30/09 04/30/09 99  3                              -1,000.00 781421 ON HOLD
05/31/09 05/31/09 99  3                              -1,000.00 788521 ON HOLD
06/30/09 06/30/09 99  3                              -1,000.00 791628 ON HOLD
07/31/09 07/31/09 99  3                              -1,000.00 799158 ON HOLD
08/31/09 08/31/09 99  3                              -1,000.00 800179 ON HOLD
09/30/09 09/30/09 99  3                              -1,000.00 804929 ON HOLD
10/31/09 10/31/09 99  3                              -1,000.00 814086 ON HOLD
11/30/09 11/30/09 99  3                              -1,000.00 814983 ON HOLD
12/31/09 12/31/09 99  3                              -1,000.00 820202 ON HOLD
01/31/10 01/31/10 99  3                              -1,000.00 823305 B H T:
02/28/10 02/28/10 99  3                              -1,000.00 826447 B H T:
03/31/10 03/31/10 99  3                              -7,000.00 831562 B H T:
03/31/10 03/31/10 99  3                              -1,000.00 828960 B H T:
04/30/10 04/30/10 99  3                              -1,000.00 840259 B H T:
05/31/10 05/31/10 99  3                              -1,000.00 840981 B H T:
06/30/10 06/30/10 99  3                              -1,000.00 844628 B H T:
06/30/10 06/30/10 99  3                              -2,855.00 850379 B H T:
07/31/10 07/31/10 99  3                              -1,000.00 851236 B H T:
08/31/10 08/31/10 99  3                              -1,000.00 851985 B H T:
09/30/10 09/30/10 99  3                              -1,000.00 854436 B H T:


                                                                ON HOLD
         ' * TOTAL PROGRESS BILLS AND OTHER CREDITS      -30,855.00 (       0.00)


         FEES      EXPENSES    SUB-TOTAL     DB/CR    SUB-TOTAL    OFFSETS     NET WIP
      ----------  ----------  ----------  ----------  ----------  ----------  ----------
      33,352.50        0.00   33,352.50        0.00   33,352.50  -30,855.00    2,497.50
                                                                             ==========


--------------------------------------------------------------------------------------
13 Oct 2010 11:58              DWIP SORT ON CLIENT NAME  5266  /           PAGE: 219
```

*handwritten: 401K  E*

CONFIDENTIAL

VOYNOW_024701

Redacted

CONFIDENTIAL

# Voynow, Bayard & Company, CPAs
### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

September 30, 2010

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 20289

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

AMOUNT DUE          $ 2,960.00



CONFIDENTIAL

VOYNOW_024703

(1) Today's date

(2) Name of individual requesting this billing

(3) Client Name

(4) Client # / File #

(5) This billing is for work done from Month Ending

through the Month Ending

(1) 9.30.10

(2) RPS

(3) STAR NISSAN

(4) 5266

(5a) _____ , 200 ___

(5b) 9.30.10 _____ , 200 ___

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed on New York State sales tax audit

including meetings with auditors, meetings with Vivian to go over

info for auditors and various audit issues, assistance with gathering various

information for the audit, including visits to the dealership on 1/6/10,

4/22/10, 6/8/10, 6/18/10, checking of and correction to analysis prepared

by auditor to calculate error rate on sales tax payments, preparation of our

analysis of error rate showing no error in the sales tax which was accepted

by the auditor, and various other follow up items.

Accountants:

Randall Franzen

Bob Seibel

John Breslin

Amount Due          7,540.00

If this is a zero bill (to clear out W.I.P.)  Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  (FINAL)          W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #
:          _____          W.I.P. TO HOLD: _____

W.I.P. TO CLEAR: _____

CLIENT NAME: _____          WRITE UP / DOWN: _____

BILL # : 20256

DATE KEYPUNCHED: _____          BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL

VOYNOW_024704

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2010

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 20288

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED ON
NEW YORK STATE SALES TAX AUDIT INCLUDING
MEETINGS WITH AUDITORS, MEETINGS WITH
VIVIAN TO GO OVER INFO FOR AUDITORS
AND VARIOUS AUDIT ISSUES, ASSISTANCE WITH
GATHERING VARIOUS INFORMATION FOR THE AUDIT,
INCLUDING VISITS TO THE DEALERSHIP ON
6/8/10, 6/18/10, CHECKING OF AND
CORRECTION TO ANALYSIS PREPARED BY AUDITOR
TO CALCULATE ERROR RATE ON SALES TAX
PAYMENTS, PREPARATION OF OUR ANALYSIS OF
ERROR RATE SHOWING NO ERROR IN THE SALES
TAX WHICH WAS ACCEPTED BY THE AUDITOR,
AND VARIOUS OTHER FOLLOW UP ITEMS

AMOUNT DUE          $ 7,540.00

ACCOUNTANTS
RANDALL FRANZEN
BOB SEIBEL
JOHN BRESLIN

CONFIDENTIAL

VOYNOW_024705

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2010

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                          Client #: 5266/
ATTN: VIVIAN                               Invoice: 20288

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED ON
NEW YORK STATE SALES TAX AUDIT INCLUDING
MEETINGS WITH AUDITORS, MEETINGS WITH
VIVIAN TO GO OVER INFO FOR AUDITORS
AND VARIOUS AUDIT ISSUES, ASSISTANCE WITH
GATHERING VARIOUS INFORMATION FOR THE AUDIT,
INCLUDING VISITS TO THE DEALERSHIP ON 4/6/10,
4/27/10, 6/8/10, 6/18/10, CHECKING OF AND
CORRECTION TO ANALYSIS PREPARED BY AUDITOR
TO CALCULATE ERROR RATE ON SALES TAX
PAYMENTS, PREPARATION OF OUR ANALYSIS OF
ERROR RATE SHOWING NO ERROR IN THE SALES
TAX WHICH WAS ACCEPTED BY THE AUDITOR,
AND VARIOUS OTHER FOLLOW UP ITEMS

                    AMOUNT DUE        $ 7,540.00

ACCOUNTANTS
RANDALL FRANZEN
BOB SEIBEL
JOHN BRESLIN

CONFIDENTIAL

VOYNOW_024706

# VOYNOW BAYARD CO
## WIP

| | | |
|---|---|---|
| (1) Today's date | (1) 06.15.10 | |
| (2) Name of individual requesting this billing | (2) RANDY | |
| (3) Client Name | (3) STAR NISSAN | |
| (4) Client # / File # | (4) 5266 | |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b 05.17.10 | , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Meet with sales tax auditor on January 6 and May 17 2010 to go over the

audit. Meet with the auditor (Mr Moore) to explain and show him

how sales tax is calculated on parts tickets and services orders.

Reviewed the lease sheet the auditor was preparing and

how it should tie out to each lease agreement.

Discuss the missing information that he is requesting and what we need

to find and how to gather and assemble the information for the auditor.

This time includes phones calls with the auditor discuss the requested information

and gather documents for the audit

**Accountant**

**Randy franzen**            Amount Due        2,855.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)            W.I.P.

| | |
|---|---|
| | TOTAL W.I.P.: |
| DATE BILLED: | W.I.P. TO TRANSFER: |
| BILLED THROUGH CLIENT # / FILE # | W.I.P. TO HOLD: |
| : | W.I.P. TO CLEAR: |
| CLIENT NAME: | WRITE UP / DOWN: |
| BILL # : 00192 | |
| DATE KEYPUNCHED: | BILL |
| | TOTAL AMOUNT BILLABLE: .   2,855.00 |
| | LESS RETAINERS AND OR PROGRESS BILLING: |
| | AMOUNT OF BILL:   2,855.00 |

CONFIDENTIAL

VOYNOW_024707

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

June 30, 2010

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 20192

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

MEET WITH SALES TAX AUDITOR ON JANUARY 6
AND MAY 17, 2010 TO GO OVER THE AUDIT.
AT MEETING HAD DISCUSSION WITH AUDITOR
MR MOORE) TO EXPLAIN AND SHOW HIM HOW
SALES TAX IS CALCULATED ON PARTS TICKETS
AND SERVICE ORDERS. REVIEWED THE LEASE
SHEET THE AUDITOR WAS PREPARING AND
EXPLAINED IN DETAIL THE MECHANICS OF
THE TAXABILITY OF EACH LEASE TRANSACTION.

FOLLOW UP ON MISSING INFORMATION THAT
THE AUDITOR REQUESTED AND PREPARATION OF
WORKSHEETS FOR THE AUDIT PRESENTATION.
THIS TIME INCUDES PHONES CALLS WITH THE
AUDITOR TO DISCUSS THE REQUESTED
INFORMATION AND GATHER DOCUMENTS , DISCUSS
THE GATHERING AND ASSEMBLING PROCESS OF THE
INFORMATION TO EXPEDIATE THE AUDITORS
FIELDWORK.

AMOUNT DUE        $ 2,855.00

ACCOUNTANT
RANDALL FRANZEN

CONFIDENTIAL

VOYNOW_024708

```
                          Voynow, Bayard & Company, CPAs                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2010
                         SORT ON CLIENT ID * SELECTED CLIENTS

5266  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                VIVIAN
<-----------MOST RECENT 12 MONTHS----------->    <-------------PRIOR 12 MONTHS------------->
MON-YR    BILLS   WRT U/D  WRTOFFS     CASH       MON-YR    BILLS   WRT U/D  WRTOFFS     CASH
------    -----   -------  -------     ----       ------    -----   -------  -------     ----
JUL-09    1,000      0        0       3,000       JUL-08    1,000      0        0          0
AUG-09    1,000      0        0           0       AUG-08    1,000      0        0          0
SEP-09    2,225      0        0       1,000       SEP-08    1,000      0        0      4,000
OCT-09    1,000      0        0           0       OCT-08   18,605  -29,286      0          0
NOV-09    1,000      0        0       2,000       NOV-08    1,000      0        0      2,000
DEC-09    6,600   3,025       0       1,000       DEC-08    1,110      0        0     16,915
JAN-10    1,000      0        0       7,600       JAN-09    1,000      0        0          0
FEB-10    1,000      0        0           0       FEB-09    8,000      0        0          0
MAR-10    8,000      0        0       9,000       MAR-09    1,000      0        0          0
APR-10    1,000      0        0           0       APR-09    1,000      0        0      2,000
MAY-10    1,000      0        0           0       MAY-09    1,000      0        0      9,000
JUN-10    1,000      0        0       3,225       JUN-09    1,000      0        0          0
          -----   -----     ---      ------                 -----  -------    ---     ------
TOTAL    25,825   3,025       0      26,825       TOTAL    36,715  -29,286      0     33,915

YTD      13,000      0        0      19,825       PYTD     13,000      0        0     11,000


AGED       CURRENT     1 MONTH    2 MONTHS    3 MONTHS    4 MONTHS   5+ MONTHS      TOTAL  AGED
-------   --------     -------    --------    --------    --------   ---------      -----  ----
A/R      1,000.00        0.00        0.00        0.00        0.00        0.00   1,000.00  A/R
WIP       -225.00      750.00    1,250.00   -7,616.00      762.00   -3,260.00  -8,339.00  WIP

YTD WORK     BUDGET       ACTUAL      VARIANCE   %BUDGET    LAST      DATE          AMOUNT TYPE
--------     ------       ------      --------   -------    ----      ----          ------ ----
HOURS          0.00        81.20       -81.20     0.00%    BILLED  06/01/10       1,000.00 PRG
DOLLARS        0.00    16,661.00   -16,661.00     0.00%    PAYMENT 06/28/10       3,225.00 SN

<---------------WORK-IN-PROCESS--------------->   NET WIP   ACCOUNTS   UNAPPLIED     TOTAL
       FEES    EXPENSES     DB/CR     OFFSETS    SUBTOTAL  RECEIVABLE   RETAINER  EXPOSURE
    --------   --------     -----     -------    --------  ----------   --------  --------
    16,661.00      0.00      0.00  -25,000.00   -8,339.00   1,000.00       0.00 -7,339.00

                                                                             NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final) -8,339.00

                                                   WIP TO XFER:  _____

                                                   WIP TO HOLD:  _____

                                                   WIP TO CLEAR: _____

                                                   WRITE UP/DOWN: _____

                                                   AMOUNT TO BILL: _____

                                        APPROVED BY: _____ DATE: _____
```

CONFIDENTIAL                                        VOYNOW_024709

```
                          Voynow, Bayard & Company, CPAs                    v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2010
                           SORT ON CLIENT ID * SELECTED CLIENTS

     5266 /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
     STAR NISSAN INC./                              VIVIAN
     -------------------------------------------------------------------------------
                        * * FEE & EXPENSE SUMMARIES  * *

     * CHARGEABLE FEES SUMMARY BY WORK CODE      HOURS       AMOUNT        TOTAL
     AUDIT ENGAGEMENTS                            7.00       560.00        560.00
     EMPLOYEE BENEFIT PLANS                       0.50       120.00        680.00
     BUSINESS TAX ENGAGEMENTS                    64.10    14,317.00     14,997.00
     INTERIM SERVICES                             8.70     1,637.00     16,634.00
     PERSONAL TAX RETURN SERVICES                 0.90        27.00     16,661.00
     SYSTEM GENERATED FEES                        0.00   -25,000.00     -8,339.00
                                               --------  ------------
           ** TOTAL                             81.20     -8,339.00


     * CHARGEABLE FEES SUMMARY BY STAFF          HOURS       AMOUNT        TOTAL
                                                 0.00    -25,000.00    -25,000.00
     119 ANNEMARIE DISCHINGER                    1.30        39.00     -24,961.00
     127 RAFAEL VARGAS                           0.20        22.00     -24,939.00
     129 JOHN BRESLIN                            7.00       560.00     -24,379.00
     40  Shawn McCormack                        31.50     5,985.00     -18,394.00
     48  Kenneth Mann                            0.40       100.00     -18,294.00
     75  Bob Seibel                              4.00       760.00     -17,534.00
     83  Randall Franzen                        36.30     9,075.00      -8,459.00
     92  David Kaplan                            0.50       120.00      -8,339.00
                                               --------  ------------
           ** TOTAL                             81.20     -8,339.00


     * CHARGEABLE FEES SUMMARY BY WORK DATE      HOURS       AMOUNT        TOTAL
                          01/31/09               0.00     -1,000.00     -1,000.00
                          02/28/09               0.00     -1,000.00     -2,000.00
                          03/31/09               0.00     -1,000.00     -3,000.00
                          04/30/09               0.00     -1,000.00     -4,000.00
                          05/31/09               0.00     -1,000.00     -5,000.00
                          06/30/09               0.00     -1,000.00     -6,000.00
                          07/31/09               0.00     -1,000.00     -7,000.00
                          08/31/09               0.00     -1,000.00     -8,000.00
                          09/30/09               0.00     -1,000.00     -9,000.00
                          10/31/09               0.00     -1,000.00    -10,000.00
                          11/30/09               0.00     -1,000.00    -11,000.00
                          12/29/09               2.00       380.00    -10,620.00
                          12/30/09               3.00       570.00    -10,050.00
                          12/31/09               0.00     -1,000.00    -11,050.00
                          01/06/10              10.50     2,415.00     -8,635.00
                          01/08/10               0.40       100.00     -8,535.00
                          01/18/10               1.00       190.00     -8,345.00
                          01/20/10              15.00     3,330.00     -5,015.00
                          01/21/10               7.00     1,330.00     -3,685.00
                          01/22/10               7.00     1,330.00     -2,355.00
                          01/23/10               0.50        95.00     -2,260.00
                          01/31/10               0.00     -1,000.00     -3,260.00
                          02/01/10               1.20       300.00     -2,960.00
                          02/02/10               1.00       250.00     -2,710.00
                          02/11/10               0.50       125.00     -2,585.00
                          02/12/10               2.00       380.00     -2,205.00
                          02/19/10               0.60       150.00     -2,055.00
                          02/20/10               1.00       250.00     -1,805.00
                          02/24/10               0.50        95.00     -1,710.00
                          02/26/10               0.20        22.00     -1,688.00
     -------------------------------------------------------------------------------
     02 Jul 2010 13:36            DWIP SORT ON CLIENT ID    5266 /       PAGE: 2
```

CONFIDENTIAL

VOYNOW_024710

```
                          Voynow, Bayard & Company, CPAs                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2010
                         SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                    VIVIAN
------------------------------------------------------------------------------------
                        * *  FEE & EXPENSE SUMMARIES  * *
              02/27/10                   1.00          190.00      -1,498.00
              02/28/10                   0.00       -1,000.00      -2,498.00
              03/03/10                   0.50           95.00      -2,403.00
              03/11/10                   0.90           27.00      -2,376.00
              03/12/10                   0.40           12.00      -2,364.00
              03/25/10                   1.00          250.00      -2,114.00
              03/31/10                   0.00       -8,000.00     -10,114.00
              04/20/10                   2.00          500.00      -9,614.00
              04/22/10                   7.00        1,750.00      -7,864.00
              04/26/10                   1.00          250.00      -7,614.00
              04/30/10                   0.00       -1,000.00      -8,614.00
              05/03/10                   3.00          750.00      -7,864.00
              05/17/10                   3.00          750.00      -7,114.00
              05/31/10                   0.00       -1,000.00      -8,114.00
              06/11/10                   0.50           95.00      -8,019.00
              06/24/10                   0.50          120.00      -7,899.00
              06/25/10                   7.00          560.00      -7,339.00
              06/30/10                   0.00       -1,000.00      -8,339.00
                                     --------     ------------
        ** TOTAL                        81.20       -8,339.00
```

CONFIDENTIAL                                    VOYNOW_024711

Voynow, Bayard & Company, CPAs                     v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2010
SORT ON CLIENT ID * SELECTED CLIENTS

5266 /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE    HRS      AMOUNT    SEQ# ACTION
-----------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES//STAFF      * *

06/30/10 06/25/10  1 65 JOHN BRESLIN        129  80     7.00      560.00 847151 B H T:

           AUDIT Tax Audit/Examination              7.00      560.00

06/30/10 06/24/10  4  2 David Kaplan         92 240     0.50      120.00 846814 B H T:
                    Time Estimate for 2009 Pension Plan Audit.

           EBPLAN Audit Planning                    0.50      120.00

01/31/10 01/08/10  5 21 Kenneth Mann         48 250     0.40      100.00 826754 B H T:

           BUSTAX LIFO Computations                 0.40      100.00

03/31/10 03/12/10  5 61 ANNEMARIE DISCHINGER 119  30    0.40       12.00 830854 B H T:
                    processed best display and boxes corp returns

           BUSTAX Federal Tax Return Prep           0.40       12.00

01/31/10 01/06/10  5 65 Randall Franzen      83 250     7.00    1,750.00 825893 B H T:
                    meet with NYS tax auditors
05/31/10 05/03/10  5 65 Randall Franzen      83 250     3.00      750.00 846256 B H T:
                    get ready for slaes tax audit

           BUSTAX Tax Audit/Examination            10.00    2,500.00

02/28/10 02/01/10  5 66 Randall Franzen      83 250     1.20      300.00 836195 B H T:
                    calls from D Moore to go over sales tax issue and how to
                    tie info for him
02/28/10 02/11/10  5 66 Randall Franzen      83 250     0.50      125.00 836214 B H T:
                    call to Vivian about missing car on the list for D Moore
02/28/10 02/19/10  5 66 Randall Franzen      83 250     0.60      150.00 836227 B H T:
                    calls to Vivian to go over question and how he wants to
                    audit the books
04/30/10 04/20/10  5 66 Randall Franzen      83 250     2.00      500.00 841942 B H T:
                    look for sales tax files for audit
04/30/10 04/22/10  5 66 Randall Franzen      83 250     7.00    1,750.00 841946 B H T:
                    go to NY and meet with sales tax auditor
05/31/10 05/17/10  5 66 Randall Franzen      83 250     3.00      750.00 846289 B H T:
                    Go over the tax notices for Sr and Steve K call IRS and
                    state to figure out the amounts

           BUSTAX Tax Notice Response              14.30    3,575.00

01/31/10 01/18/10  5 69 Bob Seibel           75 190     1.00      190.00 825008 B H T:
                    Prepair for visit.
01/31/10 01/20/10  5 69 Shawn McCormack      40 190     7.00    1,330.00 825933 B H T:
01/31/10 01/20/10  5 69 Randall Franzen      83 250     8.00    2,000.00 825941 B H T:
                    go to dealership and do the year end
01/31/10 01/21/10  5 69 Shawn McCormack      40 190     7.00    1,330.00 825934 B H T:
01/31/10 01/22/10  5 69 Shawn McCormack      40 190     7.00    1,330.00 825935 B H T:
01/31/10 01/23/10  5 69 Bob Seibel           75 190     0.50       95.00 825016 B H T:
                    Follow up from year end visit.
02/28/10 02/02/10  5 69 Randall Franzen      83 250     1.00      250.00 836198 B H T:
                    calls about year end entries and sales tax issues
02/28/10 02/12/10  5 69 Shawn McCormack      40 190     2.00      380.00 829575 B H T:
-----------------------------------------------------------------------------------------
02 Jul 2010 13:36              DWIP SORT ON CLIENT ID    5266 /       PAGE: 4

CONFIDENTIAL                                        VOYNOW_024712

```
                        Voynow, Bayard & Company, CPAs                      v.6.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2010
                        SORT ON CLIENT ID * SELECTED CLIENTS

  5266  /     GRP: STAR     PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
  STAR NISSAN INC./                                  VIVIAN
  CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE   HRS      AMOUNT   SEQ# ACTION
  --------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES//STAFF     * *

  02/28/10 02/20/10  5 69 Randall Franzen      83  250   1.00     250.00 836234 B H T:
                     look over Jackie return for Vivian
  02/28/10 02/24/10  5 69 Bob Seibel           75  190   0.50      95.00 831240 B H T:
  02/28/10 02/27/10  5 69 Bob Seibel           75  190   1.00     190.00 831249 B H T:
                     Extension.
  03/31/10 03/03/10  5 69 Bob Seibel           75  190   0.50      95.00 831285 B H T:
                     Extensions
  03/31/10 03/25/10  5 69 Randall Franzen      83  250   1.00     250.00 837102 B H T:
                     look over the Koufakis ext
  05/31/10 04/26/10  5 69 Randall Franzen      83  250   1.00     250.00 842025 B H T:
                     calls from Vivina for contribution check
  06/30/10 06/11/10  5 69 Bob Seibel           75  190   0.50      95.00 846565 B H T:
                     6/15 estimate

            BUSTAX Year End Tax Work                   39.00    8,130.00

  02/28/10 02/26/10  6 39 RAFAEL VARGAS       127  110   0.20      22.00 828306 B H T:
                     2009 Federal Extension.

            INTSER Other Services USE MEMO             0.20       22.00

  01/31/10 01/06/10  6 68 Shawn McCormack      40  190   3.50     665.00 825887 B H T:
                     Organizing items to do year end work

            INTSER Tax Planning                        3.50      665.00

  01/31/10 12/29/09  6 82 Shawn McCormack      40  190   2.00     380.00 823675 B H T:
                     Discussed year end memo with Vivian on the phone
  01/31/10 12/30/09  6 82 Shawn McCormack      40  190   3.00     570.00 823676 B H T:
                     Discussed year end memo with Vivian on the phone

            INTSER Client Assist UNBUDGETE             5.00      950.00

  03/31/10 03/11/10  7 61 ANNEMARIE DISCHINGER 119   30  0.90      27.00 830842 B H T:
                     processed 08 and 09 returns - jackie gibson

            PERSTX Federal Tax Return Prep             0.90       27.00

            * *  TOTAL FEES                           81.20   16,661.00

                   * *    DEBITS & CREDITS    * *

  01/31/09 01/31/09 99   3                                    -1,000.00 771076 ON HOLD
  02/28/09 02/28/09 99   3                                    -1,000.00 771198 ON HOLD
  03/31/09 03/31/09 99   3                                    -1,000.00 775888 ON HOLD
  04/30/09 04/30/09 99   3                                    -1,000.00 781421 ON HOLD
  05/31/09 05/31/09 99   3                                    -1,000.00 788521 ON HOLD
  06/30/09 06/30/09 99   3                                    -1,000.00 791628 ON HOLD
  07/31/09 07/31/09 99   3                                    -1,000.00 799158 ON HOLD
  08/31/09 08/31/09 99   3                                    -1,000.00 800179 ON HOLD
  09/30/09 09/30/09 99   3                                    -1,000.00 804929 ON HOLD
  10/31/09 10/31/09 99   3                                    -1,000.00 814086 ON HOLD
  11/30/09 11/30/09 99   3                                    -1,000.00 814983 ON HOLD
  --------------------------------------------------------------------------------------
  02 Jul 2010 13:36              DWIP SORT ON CLIENT ID   5266  /        PAGE: 5
```

CONFIDENTIAL

VOYNOW_024713

```
                          Voynow, Bayard & Company, CPAs                        v.6.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 06/30/2010
                          SORT ON CLIENT ID * SELECTED CLIENTS

5266  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                       VIVIAN
CDATE    WDATE     WORK(CODE)   STAFF NAME      SID RATE      HRS      AMOUNT   SEQ#  ACTION
------------------------------------------------------------------------------------------
                          * * *   DEBITS/CREDITS   * * *

12/31/09 12/31/09 99   3                                    -1,000.00 820202 ON HOLD
01/31/10 01/31/10 99   3                                    -1,000.00 823305 B H T:
02/28/10 02/28/10 99   3                                    -1,000.00 826447 B H T:
03/31/10 03/31/10 99   3                                    -7,000.00 831562 B H T:
03/31/10 03/31/10 99   3                                    -1,000.00 828960 B H T:
04/30/10 04/30/10 99   3                                    -1,000.00 840259 B H T:
05/31/10 05/31/10 99   3                                    -1,000.00 840981 B H T:
06/30/10 06/30/10 99   3                                    -1,000.00 844628 B H T:


                                                                      ON HOLD
          * * TOTAL PROGRESS BILLS AND OTHER CREDITS       -25,000.00 (  -12,000.00)


         FEES      EXPENSES    SUB-TOTAL     DB/CR    SUB-TOTAL    OFFSETS      NET WIP
      ----------  ----------  ----------  ----------  ----------  ----------  ----------
      16,661.00        0.00   16,661.00        0.00   16,661.00  -25,000.00   -8,339.00
                                                                             ==========
```

CONFIDENTIAL

VOYNOW_024714

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

June 30, 2010

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 20192

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

MEET WITH SALES TAX AUDITOR ON JANUARY 6
AND MAY 17, 2010 TO GO OVER THE AUDIT. ~~AT meeting~~ discussion
~~MEET~~ WITH AUDITOR (MR MOORE) TO EXPLAIN
AND SHOW HIM HOW SALES TAX IS CALCULATED
ON PARTS TICKETS AND SERVICE ORDERS.
REVIEWED THE LEASE SHEET THE AUDITOR WAS
PREPARING AND ~~HOW IT SHOULD TIE OUT TO~~
~~EACH LEASE AGREEMENT.~~    *Explained in Detail The*
*mechanics of The*
*Follow up on*                                                         *Tax ability of*
~~DISCUSS THE~~ MISSING INFORMATION THAT ~~HE~~    *EACH Lease Transaction.*
~~IS REQUESTING~~ AND ~~WHAT WE NEED TO FIND~~
~~AND HOW TO GATHER AND ASSEMBLE THE~~
~~INFORMATION FOR THE AUDITOR.~~   THIS TIME
INCUDES PHONES CALLS WITH THE AUDITOR
TO DISCUSS THE REQUESTED INFORMATION AND    *presentation.*  *and assembling Process*
GATHER DOCUMENTS FOR ~~THE~~ AUDIT*or*
*Discuss The Gathering and assembling Process*

AMOUNT DUE         $ 2,855.00

ACCOUNTANT
RANDALL FRANZEN

*of The Information to*
*Expedite The Auditors*
*Fieldwork.*

*And Preparation of worksheets For*

CONFIDENTIAL

VOYNOW_024715

Redacted

CONFIDENTIAL

Redacted

CONFIDENTIAL

Redacted

CONFIDENTIAL

VOYNOW_024718

Redacted

CONFIDENTIAL

Redacted

VOYNOW_024720

Redacted

CONFIDENTIAL

Redacted

VOYNOW_024722

Redacted

CONFIDENTIAL

Redacted

CONFIDENTIAL

# Voynow, Bayard & Company, CPAs

1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

March 15, 2010

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5266/
Invoice: 19967

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2009 CLOSING OF THE BOOKS
AND PREPARATION OF CORPORATE TAX RETURNS

AMOUNT DUE        $ 7,000.00

CONFIDENTIAL

VOYNOW_024725