# EXHIBIT 65

(1) Today's date — (1) 9.20.2017

(2) Name of individual requesting this billing — (2) RPS

(3) Client Name — (3) STAR CHRYSLER

(4) Client # / File # — (4) 5261

(5) This billing is for work done from Month Ending — (5a) _____, 200

through the Month Ending — (5b) 9.20.2017 _____, 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Special Accounting Services as Requested: *As requested*

Interim visit to the dealership on June 19 & 20, 2017 to assist Jackie

with bank reconciliations, get ready for month end financial

statements, factory parts reconciliations, sales tax filings and help *Jackie with how to do quarterly sales tax returns,*

And help answer any questions the office staff has.     6,600.00

| Accountants: | Lodging | 170.00 |
|---|---|---|
| Tim Krevets   20hrs | | |
| David Kumor   20hrs | | |
| | Amount Due | 6,770.00 |

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  (FINAL)          W.I.P.

TOTAL W.I.P.: _____ -

DATE BILLED: _____     W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #
: _____     W.I.P. TO HOLD: _____

W.I.P. TO CLEAR: _____

CLIENT NAME: _____     WRITE UP / DOWN: _____

BILL # : _____

DATE KEYPUNCHED: _____          BILL

TOTAL AMOUNT BILLABLE: _____ -

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____ -

PLAINTIFF'S
EXHIBIT NO. 138
FOR IDENTIFICATION
DATE 6/21/23  RPTR: AS

CONFIDENTIAL

VOYNOW_024387

| | |
|---|---|
| (1) Today's date | (1) 9.20.2017 |
| (2) Name of individual requesting this billing | (2) RPS |
| (3) Client Name | (3) STAR CHRYSLER |
| (4) Client # / File # | (4) 5261 |
| (5) This billing is for work done from Month Ending | (5a) _____ , 200 |
| through the Month Ending | (5b) 9.20.2017 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Special Accounting Services as Requested:

_AS requested_

Interim visit to the dealership on May 9 & 10, 2017 to assist Jackie

with bank reconciliations, get ready for month end financial

statements, factory parts reconciliations, sales tax filings and

help answer any questions the office staff has.          6,600.00

**Accountants:**          Lodging          597.00

**Bob Seibel**   20hrs

**David Kumor**   20hrs

Amount Due          7,197.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)          W.I.P.

| | |
|---|---|
| | TOTAL W.I.P.: ___ - |
| DATE BILLED: _____ | W.I.P. TO TRANSFER: _____ |
| BILLED THROUGH CLIENT # / FILE # : _____ | W.I.P. TO HOLD: _____ |
| | W.I.P. TO CLEAR: _____ |
| CLIENT NAME: _____ | WRITE UP / DOWN: _____ |
| BILL # : _____ | |
| DATE KEYPUNCHED: _____ | BILL |
| | TOTAL AMOUNT BILLABLE: ___ - |
| LESS RETAINERS AND OR PROGRESS BILLING: _____ | |
| | AMOUNT OF BILL: ___ - |

CONFIDENTIAL

VOYNOW_024388

| | | | | |
|---|---|---|---|---|
| (1) Today's date | (1) | 8.1.2017 | | |
| (2) Name of individual requesting this billing | (2) | RPS | | |
| (3) Client Name | (3) | STAR CHRY PLYM | | |
| (4) Client # / File # | (4) | 5261 | | |
| (5) This billing is for work done from Month Ending | (5a) | | , 200 | |
| through the Month Ending | (5b) | 8.1.2017 | , 200 | |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Preparation and filing of Internal Revenue Service forms 8886, for tax years

2013 - 2016 required by Internal Revenue notice 2016-66 for the companies

participation in Reinsurance activities with, and premium remittances into,

Star Reinsurance Company LTD for extended warranty and other aftersale products

allowed under IRS Technical Advice Memorandum 200453012. As well as the

gathering of information required to complete the required forms.

Amount Due          2,420.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  **(FINAL)**                    W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                    W.I.P. TO HOLD: _____
: _____                    W.I.P. TO CLEAR: _____

CLIENT NAME: _____          WRITE UP /( DOWN): _____

BILL # : _____

DATE KEYPUNCHED: _____                    BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com

215-355-8000

07/31/2017                                        Client: 5261

STAR CHRYSLER PLYMOUTH JEEP              Invoice:    3196
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

---

PROFESSIONAL SERVICES:

|  | 2,420.00 |
|---|---|
| PREPARATION AND FILING OF INTERNAL REVENUE SERVICE FORMS 8886, FOR TAX YEARS 2013-2016 REQUIRED BY INTERNAL REVENUE NOTICE 2016-66 FOR THE COMPANIES PARTICIPATION IN REINSURANCE ACTIVITIES WITH, AND PREMIUM REMITTANCES INTO, STAR REINSURANCE COMPANY LTD FOR EXTENDED WARRANTY AND OTHER AFTERSALE PRODUCTS ALLOWED UNDER IRS TECHNICAL ADVICE MEMORANDUM 200453012.  AS WELL AS THE GATHERING OF INFORMATION REQUIRED TO COMPLETE THE REQUIRED FORMS. | |

| Invoice Total | $2,420.00 |
|---|---|

CONFIDENTIAL                                    VOYNOW_024390

| | | |
|---|---|---|
| (1) Today's date | (1) | 8.1.17 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR CHRY PLYM |
| (4) Client # / File # | (4) | 5261 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 8.1.17 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2016

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

Amount Due    4,285.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) **(FINAL)**                W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #
: _____                       W.I.P. TO HOLD: _____

W.I.P. TO CLEAR: _____

CLIENT NAME: _____          WRITE UP /( DOWN): _____

BILL # : _____

DATE KEYPUNCHED: _____                      BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

*Hold highlighted items.*

CONFIDENTIAL

VOYNOW_024391

## Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

07/31/2017                                          Client: 5261

STAR CHRYSLER PLYMOUTH JEEP              Invoice:    3209
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

PROFESSIONAL SERVICES:

                                                                        4,285.00

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2016 CLOSING OF THE
BOOKS, PREPARATION OF TAX
WORKPAPERS AND PREPARATION OF
FEDERAL, STATE AND CITY CORPORATE
TAX RETURNS.

                                      Invoice Total        $4,285.00

CONFIDENTIAL                                          VOYNOW_024392

# Billing Worksheet
## Thursday, July 27, 2017
### January 1, 1900 - July 27, 2017

**5261**  **STAR CHRYSLER**
STAR CHRYSLER PLYMOUTH JEEP

Office: MAIN          Partner: 83          Manager: 75          Associate:

Phone (Business):
E-mail:

206-26 NORTHERN BLVD
BAYSIDE, NY 11361

### Accounts Receivable Open Items

| Date | Type | Reference | Due Date | Amount | Open |
|------|------|-----------|----------|--------|------|
| 04/03/17 | Invoice #2166 | | 04/03/17 | 1,000.00 | 1,000.00 |
| 07/27/17 | Amount Due | | | | 1,000.00 |

### Aging WIP & A/R

| | 07/27/2017 | 06/30/2017 | 05/31/2017 | 04/30/2017 | 03/31/2017+ | Total |
|------|------------|------------|------------|------------|-------------|-------|
| WIP | 1,459.50 | (890.00) | 2,915.00 | 4,217.50 | (3,944.50) | 3,757.50 |
| A/R | 0.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 |

### Last Invoice & Receipt

| | Date | Amount |
|------|------|--------|
| Last Invoice | 07/01/17 | 1,000.00 |
| Last Receipt | 07/10/17 | (1,000.00) |

**\* Billing Instructions:**

**5261**  STAR CHRYSLER
**Time & Expenses Available to be billed**

| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
|------------|---------|-------|----------|------|--------------------|-------------|------|--------|-------------|-----------------------------------|
| INTERIM SERVICES | | | | | | | | | | |
| INTERIM | INTERIM | 152 | FIELDWORK | 10/18/16 | Time: 110.00 | 2.20 | 0.00 | 242.00 | _____ | Comments: service |
| INTERIM | INTERIM | 149 | FIELDWORK | 10/18/16 | Time: 110.00 | 2.00 | 0.00 | 220.00 | _____ | |
| INTERIM | INTERIM | 152 | FIELDWORK | 10/19/16 | Time: 110.00 | 2.00 | 0.00 | 220.00 | _____ | Comments: service |
| INTERIM | INTERIM | 144 | FIELDWORK | 10/19/16 | Time: 155.00 | 8.00 | 0.00 | 1,240.00 | _____ | |
| INTERIM | INTERIM | 149 | FIELDWORK | 10/19/16 | Time: 110.00 | 2.00 | 0.00 | 220.00 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/01/16 | Time: 155.00 | 1.50 | 0.00 | 232.50 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/03/16 | Time: 155.00 | 2.00 | 0.00 | 310.00 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/07/16 | Time: 155.00 | 5.20 | 0.00 | 806.00 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/11/16 | Time: 155.00 | 1.20 | 0.00 | 186.00 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/16/16 | Time: 155.00 | 1.20 | 0.00 | 186.00 | _____ | |

CONFIDENTIAL

VOYNOW_024393

*Voynow, Bayard, Whyte and Company, LLP* 

## Billing Worksheet
### Thursday, July 27, 2017
### January 1, 1900 - July 27, 2017

| 5261 | STAR CHRYLSER | | | | Time & Expenses Available to be billed | | | | |
|------|--------------|-------|----------|------|-------------------|-------------|------|--------|-------------|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/17/16 | Time: 155.00 | 2.40 | 0.00 | 372.00 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/18/16 | Time: 155.00 | 1.30 | 0.00 | 201.50 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/22/16 | Time: 155.00 | 2.00 | 0.00 | 310.00 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/23/16 | Time: 155.00 | 2.00 | 0.00 | 310.00 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/25/16 | Time: 155.00 | 1.80 | 0.00 | 279.00 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 11/30/16 | Time: 155.00 | 1.50 | 0.00 | 232.50 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 12/01/16 | Time: 155.00 | 1.00 | 0.00 | 155.00 | _____ | |
| INTERIM | INTERIM | 142 | FIELDWORK | 05/23/17 | Time: 160.00 | 14.00 | 0.00 | 2,240.00 | _____ | |
| INTERIM SERVICES Totals | | | | | | 53.30 | 0.00 | 7,962.50 | | |
| | | | | | | | | | | |
| RETAINER | | | | | | | | | | |
| RETAINER | | 63 | ACCOUNTIN | 08/01/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 09/01/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 10/03/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 11/01/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 12/01/16 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 01/02/17 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 02/01/17 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 03/01/17 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 04/03/17 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 05/01/17 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 06/01/17 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER | | 63 | ACCOUNTIN | 07/01/17 | Time: 0.00 | 0.00 | 0.00 | -1,000.00 | _____ | |
| RETAINER Totals | | | | | | 0.00 | 0.00 | -12,000.00 | | |
| | | | | | | | | | | |
| SPECIAL PROJECTS | | | | | | | | | | |
| SPECIAL | SPECIAL | 83 | REVIEW | 09/14/16 | Time: 275.00 | 1.20 | 0.00 | 330.00 | _____ | Comments: look over the merger info for fiat and Chrysler |
| SPECIAL | SPECIAL | 75 | RESEARCH | 09/20/16 | Time: 250.00 | 1.00 | 0.00 | 250.00 | _____ | Comments: Go over Valuation. |
| SPECIAL | SPECIAL | 75 | RESEARCH | 09/23/16 | Time: 250.00 | 2.00 | 0.00 | 500.00 | _____ | Comments: Go over valuation and e-mail Todd changes and comments. |
| SPECIAL | SPECIAL | 75 | RESEARCH | 09/26/16 | Time: 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: Info from Debbie for valuation. |

CONFIDENTIAL

VOYNOW_024394

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Thursday, July 27, 2017
### January 1, 1900 - July 27, 2017

| 5261 | STAR CHRYLSER | | | | | | | | | |
|------|---------|-------|----------|------|----------------|-------------|------|----------|-------------|---------------------------|
| | | | | | **Time & Expenses Available to be billed** | | | | | |
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| SPECIAL | SPECIAL | 75 | RESEARCH | 09/27/16 | Time: 250.00 | 1.00 | 0.00 | 250.00 | _____ | Comments: Gather info and send to Todd Berko |
| SPECIAL | SPECIAL | 75 | RESEARCH | 10/10/16 | Time: 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: Info for Todd Berko |
| SPECIAL | SPECIAL | 142 | ACCOUNTIN | 04/24/17 | Time: 160.00 | 12.00 | 0.00 | 1,920.00 | _____ | Comments: spent day at star helping with the controller changes |
| SPECIAL | SPECIAL | 142 | ACCOUNTIN | 04/25/17 | Time: 160.00 | 13.00 | 0.00 | 2,080.00 | _____ | Comments: spent day at star helping with the controller changes |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 05/16/17 | Time: 275.00 | 1.00 | 0.00 | 275.00 | _____ | Comments: calls with Steve K to go over the Hampton property and then speak to attorney and call Steve back to discuss the deal |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 06/15/17 | Time: 275.00 | 0.40 | 0.00 | 110.00 | _____ | Comments: get P(L) stmt for the NY state insurance fund guy |
| SPECIAL PROJECTS Totals | | | | | | 32.60 | 0.00 | 5,965.00 | _____ | |

TAX SERVICES

| | | | | | | | | | | |
|------|---------|-------|----------|------|----------------|-------------|------|----------|-------------|---------------------------|
| TAX | 1120S | 75 | ACCOUNTIN | 09/06/16 | Time: 0.00 | 0.00 | 0.00 | -3,580.00 | _____ | |
| TAX | 1120S | 151 | ENGPLANNING | 12/20/16 | Time: 110.00 | 1.00 | 0.00 | 110.00 | _____ | Comments: Organized tax planning folder |
| TAX | 1120S | 75 | PREPARATION | 12/20/16 | Time: 250.00 | 2.00 | 0.00 | 500.00 | _____ | Comments: Tax planning and e-mail memo to Debbie. |
| TAX | 1120S | 75 | PREPARATION | 12/28/16 | Time: 250.00 | 1.00 | 0.00 | 250.00 | _____ | Comments: Go over with Debbie |
| TAX | 1120S | 150 | ACCOUNTIN | 12/29/16 | Time: 110.00 | 0.20 | 0.00 | 22.00 | _____ | |
| TAX | 1120S | 75 | PREPARATION | 12/30/16 | Time: 250.00 | 1.00 | 0.00 | 250.00 | _____ | Comments: go over info with Debbie. |
| TAX | 1120S | 48 | INVENTORY | 01/06/17 | Time: 275.00 | 0.30 | 0.00 | 82.50 | _____ | |
| TAX | 1120S | 48 | INVENTORY | 01/11/17 | Time: 275.00 | 0.10 | 0.00 | 27.50 | _____ | |
| TAX | 1120S | 142 | FIELDWORK | 01/25/17 | Time: 160.00 | 11.00 | 0.00 | 1,760.00 | _____ | |
| TAX | 1120S | 142 | FIELDWORK | 01/26/17 | Time: 160.00 | 10.00 | 0.00 | 1,600.00 | _____ | |
| TAX | 1120S | 83 | REVIEW | 01/27/17 | Time: 275.00 | 3.00 | 0.00 | 825.00 | _____ | Comments: go to dealership and work on the year end |
| TAX | 1120S | 152 | TRIALBAL | 01/30/17 | Time: 110.00 | 0.30 | 0.00 | 33.00 | _____ | |
| TAX | 1120S | 152 | TRIALBAL | 01/31/17 | Time: 110.00 | 6.00 | 0.00 | 660.00 | _____ | |
| TAX | 1120S | 152 | TRIALBAL | 02/01/17 | Time: 110.00 | 1.00 | 0.00 | 110.00 | _____ | Comments: updating trial |
| TAX | 1120S | 152 | TRIALBAL | 02/02/17 | Time: 110.00 | 0.50 | 0.00 | 55.00 | _____ | Comments: UPDATING TRIAL |
| TAX | 1120S | 152 | PREPARATION | 02/02/17 | Time: 110.00 | 0.80 | 0.00 | 88.00 | _____ | Comments: PREPARING TAX FILE |
| TAX | 1120S | 142 | PREPARATION | 02/02/17 | Time: 160.00 | 0.70 | 0.00 | 112.00 | _____ | Comments: WORKED WI HT NICK ON TRIAL |
| TAX | 1120S | 83 | ACCOUNTIN | 02/06/17 | Time: 0.00 | 0.00 | 0.00 | -7,300.00 | _____ | |

CONFIDENTIAL

VOYNOW_024395

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Thursday, July 27, 2017
### January 1, 1900 - July 27, 2017

| 5261 | STAR CHRYLSER | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |

**Time & Expenses Available to be billed**

| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
|---|---|---|---|---|---|---|---|---|---|---|
| TAX | 1120S | 75 | PREPARATION | 02/08/17 | Time: | 250.00 | 2.00 | 0.00 | 500.00 | _____ | Comments: Fill out 3115 info form for SourceHOV to do switch to single pool and email info to Julie Vincent. |
| TAX | 1120S | 48 | INVENTORY | 02/08/17 | Time: | 275.00 | 0.20 | 0.00 | 55.00 | _____ | Comments: consult with Bobby about one pool |
| TAX | 1120S | 75 | PREPARATION | 02/23/17 | Time: | 250.00 | 1.00 | 0.00 | 250.00 | _____ | Comments: extension |
| TAX | EXTENSION | 144 | ELFAUTHORIZ | 02/25/17 | Time: | 155.00 | 0.50 | 0.00 | 77.50 | _____ | *Biller: 11.54 |
| TAX | 1120S | 75 | PREPARATION | 02/28/17 | Time: | 250.00 | 1.00 | 0.00 | 250.00 | _____ | Comments: Extensions |
| TAX | EXTENSION | 144 | EFILETRANS | 03/10/17 | Time: | 155.00 | 0.10 | 0.00 | 15.50 | _____ | |
| TAX | 1120S | 48 | REVIEW | 04/17/17 | Time: | 275.00 | 0.30 | 0.00 | 82.50 | _____ | Comments: form 8886 |
| TAX | 1120S | 152 | PREPARATION | 04/20/17 | Time: | 110.00 | 0.70 | 0.00 | 77.00 | _____ | |
| TAX | 1120S | 152 | PREPARATION | 04/24/17 | Time: | 110.00 | 0.40 | 0.00 | 44.00 | _____ | Comments: form 8886 |
| TAX | 1120S | 151 | MATH | 04/25/17 | Time: | 110.00 | 2.00 | 0.00 | 220.00 | _____ | Comments: Mathed and adjusted 8886 form |
| TAX | 1120S | 152 | PREPARATION | 04/26/17 | Time: | 110.00 | 0.10 | 0.00 | 11.00 | _____ | Comments: form 8886 |
| TAX | 1120S | 142 | PREPARATION | 04/26/17 | Time: | 160.00 | 1.80 | 0.00 | 288.00 | _____ | |
| TAX | 1120S | 152 | PREPARATION | 04/28/17 | Time: | 110.00 | 0.20 | 0.00 | 22.00 | _____ | Comments: print out YE entries 2013-2015 |
| TAX | 1120S | 152 | PREPARATION | 04/28/17 | Time: | 110.00 | 4.30 | 0.00 | 473.00 | _____ | |
| TAX | 1120S | 152 | CLEARREVIEW | 05/03/17 | Time: | 110.00 | 0.10 | 0.00 | 11.00 | _____ | |
| TAX | 1120S | 152 | CLEARREVIEW | 05/04/17 | Time: | 110.00 | 3.00 | 0.00 | 330.00 | _____ | |
| TAX | 1120S | 152 | CLEARREVIEW | 05/09/17 | Time: | 110.00 | 0.70 | 0.00 | 77.00 | _____ | |
| TAX | 1120S | 142 | PREPARATION | 05/17/17 | Time: | 160.00 | 2.30 | 0.00 | 368.00 | _____ | |
| TAX | 1120S | 152 | CLEARREVIEW | 05/18/17 | Time: | 110.00 | 1.00 | 0.00 | 110.00 | _____ | Comments: UPDATE RETURN |
| TAX | 1120S | 152 | CLEARREVIEW | 05/19/17 | Time: | 110.00 | 2.40 | 0.00 | 264.00 | _____ | |
| TAX | 1120S | 142 | PREPARATION | 05/19/17 | Time: | 160.00 | 0.80 | 0.00 | 128.00 | _____ | |
| TAX | 1120S | 142 | PREPARATION | 05/22/17 | Time: | 160.00 | 0.70 | 0.00 | 112.00 | _____ | |
| TAX | 1120S | 75 | PREPARATION | 07/12/17 | Time: | 250.00 | 1.50 | 0.00 | 375.00 | _____ | Comments: Review tax return & W/P. |
| TAX | 1120S | 56 | PARTREV | 07/18/17 | Time: | 275.00 | 1.00 | 0.00 | 275.00 | _____ | |
| TAX | 1120S | 151 | MATH | 07/20/17 | Time: | 110.00 | 1.00 | 0.00 | 110.00 | _____ | Comments: Mathed Return |
| TAX | 1120S | 75 | PREPARATION | 07/20/17 | Time: | 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: T/R |
| TAX | 1120S | 83 | REVIEW | 07/24/17 | Time: | 275.00 | 2.50 | 0.00 | 687.50 | _____ | Comments: review work papers ad return |
| TAX | 1120S | 144 | PREPARATION | 07/25/17 | Time: | 155.00 | 0.20 | 0.00 | 31.00 | _____ | |
| TAX | 1120S | 75 | PREPARATION | 07/25/17 | Time: | 250.00 | 1.00 | 0.00 | 250.00 | _____ | Comments: T/R |
| TAX | 1120S | 152 | CLEARREVIEW | 07/26/17 | Time: | 110.00 | 0.60 | 0.00 | 66.00 | _____ | Comments: UPDATE RETURN |

CONFIDENTIAL

VOYNOW_024396

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Thursday, July 27, 2017
### January 1, 1900 - July 27, 2017

| 5261 | STAR CHRYLSER | | | | **Time & Expenses Available to be billed** | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| TAX | 1120S | 75 | PREPARATION | 07/26/17 | Time: 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: T/R |
| TAX | 1120S | 151 | MATH | 07/26/17 | Time: 110.00 | 2.50 | 0.00 | 275.00 | _____ | Comments: Mathed Return |
| TAX | 1120S | 152 | CLEARREVIEW | 07/27/17 | Time: 110.00 | 1.00 | 0.00 | 110.00 | _____ | Comments: update return, print 3 copies, and put in for processing |
| TAX | 1120S | 63 | TYPEPROC | 07/27/17 | Time: 100.00 | 0.30 | 0.00 | 30.00 | _____ | |
| TAX SERVICES Totals | | | | | | 77.10 | 0.00 | 1,830.00 | _____ | |
| | Client STAR CHRYLSER Totals | | | | | 163.00 | 0.00 | 3,757.50 | _____ | |

CONFIDENTIAL

VOYNOW_024397

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

02/06/2017                                        Client: 5261

STAR CHRYSLER PLYMOUTH JEEP                        Invoice:    2368
ATTN: DEBBIE T.
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

                                                             7,300.00

    PROGRESS BILLING FOR WORK
    COMPLETED ON THE DECEMBER 31, 2016
    CLOSING OF THE BOOKS AND
    PREPARATION OF CORPORATE TAX
    RETURNS.

Invoice Total          $7,300.00

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.2.16 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | METRO CHRYSLER PLYM |
| (4) Client # / File # | (4) | 5261 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.2.16 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due        3,580.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____            W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                    W.I.P. TO HOLD: _____
; _____                        W.I.P. TO CLEAR: _____

CLIENT NAME: _____             WRITE UP /( DOWN): _____

BILL # : _____

DATE KEYPUNCHED: _____                              BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

Steve K. 1040

CONFIDENTIAL

VOYNOW_024399

## Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

09/06/2016                                    Client: 5261

STAR CHRYSLER PLYMOUTH JEEP                   Invoice:    1189
ATTN: DEBBIE T.
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

                                                       3,580.00

    SPECIAL ACCOUNTING SERVICES AS
    REQUESTED

Invoice Total                 $3,580.00

CONFIDENTIAL                                   VOYNOW_024400

(1) Today's date                                         (1)    9.2.16
(2) Name of individual requesting this billing           (2)    RPS
(3) Client Name                                          (3)    STAR CHRY PLYM
(4) Client # / File #                                    (4)         5261
(5) This billing is for work done from Month Ending      (5a)                , 200
    through the Month Ending                             (5b)   9.2.16       , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2015

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

Amount Due        4,185.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                        W.I.P.
                                      TOTAL W.I.P. :
DATE BILLED:                          W.I.P. TO TRANSFER:
BILLED THROUGH
CLIENT # / FILE #                     W.I.P. TO HOLD:
:                                     W.I.P. TO CLEAR:
CLIENT NAME:                          WRITE UP /( DOWN):
BILL # :
DATE KEYPUNCHED:                                                BILL
                                 TOTAL AMOUNT BILLABLE:
              LESS RETAINERS AND OR PROGRESS BILLING:
                             AMOUNT OF BILL:

CONFIDENTIAL

## Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

09/06/2016                                        Client: 5261

STAR CHRYSLER PLYMOUTH JEEP           Invoice:    1194
ATTN: DEBBIE T.
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

_____

PROFESSIONAL SERVICES:

                                                                        4,185.00

    FINAL BILLING FOR WORK COMPLETED ON
    DECEMBER 31, 2015 CLOSING OF THE
    BOOKS, PREPARATION OF TAX
    WORKPAPERS AND PREPARATION OF
    FEDERAL, STATE AND CITY CORPORATE
    TAX RETURNS.

                              Invoice Total            $4,185.00

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Tuesday, August 30, 2016
### January 1, 1900 - August 30, 2016

**261**   **STAR CHRYLSER**
STAR CHRYSLER PLYMOUTH JEEP

ATTN: DEBBIE T.
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

Office: MAIN          Partner: 83          Manager: 75          Associate:

Phone (Business):
E-mail:

### Accounts Receivable Open Items

| Date | Type | Reference | Due Date | Amount | Open |
|------|------|-----------|----------|--------|------|
| 08/01/16 | Invoice #653 | | 08/01/16 | 1,000.00 | 1,000.00 |
| 08/30/16 | Amount Due | | | | 1,000.00 |

### Aging WIP & A/R

| | 08/30/2016 | 07/31/2016 | 06/30/2016 | 05/31/2016 | 04/30/2016+ | Total |
|---|---|---|---|---|---|---|
| WIP | (1,000.00) | 732.50 | (2,941.50) | 608.50 | (9,065.00) | (11,665.50) |
| A/R | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |

### Last Invoice & Receipt

| | Date | Amount |
|---|---|---|
| Last Invoice | 08/01/16 | 1,000.00 |
| Last Receipt | 07/28/16 | (2,000.00) |

* Billing Instructions:

**5261**       STAR CHRYLSER

### Time & Expenses Available to be billed

| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
|---|---|---|---|---|---|---|---|---|---|---|
| INTERIM SERVICES | | | | | | | | | | |
| INTERIM | INTERIM | 142 | FIELDWORK | 06/29/16 | Time: 140.00 | 8.00 | 0.00 | 1,120.00 | _____ | |
| INTERIM | INTERIM | 144 | FIELDWORK | 06/29/16 | Time: 150.00 | 3.40 | 0.00 | 510.00 | _____ | |
| INTERIM | INTERIM | 149 | FIELDWORK | 06/29/16 | Time: 90.00 | 9.00 | 0.00 | 810.00 | _____ | |
| INTERIM | INTERIM | 144 | FIELDWORK | 06/30/16 | Time: 150.00 | 0.30 | 0.00 | 45.00 | _____ | Comments: Phil and I visited the Service department for Open invoices and RO's |
| INTERIM | INTERIM | 144 | COMMUNICATE | 07/14/16 | Time: 150.00 | 2.00 | 0.00 | 300.00 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 07/15/16 | Time: 150.00 | 6.00 | 0.00 | 900.00 | _____ | *Biller: 10.30 |
| INTERIM | INTERIM | 144 | COMMUNICATE | 07/18/16 | Time: 150.00 | 1.70 | 0.00 | 255.00 | _____ | |
| INTERIM SERVICES Totals | | | | | | 30.40 | 0.00 | 3,940.00 | _____ | |

Printed by 75 on 8/30/2016 at 1:45 PM

CONFIDENTIAL

VOYNOW_024403

*Voynow, Bayard, Whyte and Company, LLP*

# Billing Worksheet
## Tuesday, August 30, 2016
### January 1, 1900 - August 30, 2016

| 5261 | STAR CHRYLSER | | | | | | | | | |
|------|---------------|-------|----------|------|-------------------|-------------|------|--------|-------------|-------------------------------|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |

**Time & Expenses Available to be billed**

| Engagement | Project | Staff | Activity | Date | | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
|------------|---------|-------|----------|------|------|-----|------|------|--------|------|------|
| RETAINER | | | | | | | | | | | |
| RETAINER | | 63 | ACCOUNTIN | 02/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | | |
| RETAINER | | 63 | ACCOUNTIN | 03/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | | |
| RETAINER | | 63 | ACCOUNTIN | 04/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | | |
| RETAINER | | 63 | ACCOUNTIN | 05/02/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | | |
| RETAINER | | 63 | ACCOUNTIN | 06/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | | |
| RETAINER | | 63 | ACCOUNTIN | 07/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | | |
| RETAINER | | 63 | ACCOUNTIN | 08/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | | |
| RETAINER Totals | | | | | | | 0.00 | 0.00 | -7,000.00 | | |
| SPECIAL PROJECTS | | | | | | | | | | | |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 02/26/16 | Time: | 275.00 | 1.00 | 0.00 | 275.00 | | Comments: go over the labor suit issues and look over the spread sheet |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 04/12/16 | Time: | 275.00 | 0.50 | 0.00 | 137.50 | | Comments: call from Steve to go over info he needs for the bank |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 04/21/16 | Time: | 275.00 | 1.00 | 0.00 | 275.00 | | Comments: get info for Steve and the bank per the emails |
| SPECIAL | SPECIAL | 83 | FIELDWORK | 06/01/16 | Time: | 0.00 | 0.00 | 0.00 | -4,970.00 | | |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 06/16/16 | Time: | 275.00 | 1.00 | 0.00 | 275.00 | | Comments: do the 12 to 13 for Todd Berko for the valuation he is doing |
| SPECIAL | SPECIAL | 144 | FIELDWORK | 07/01/16 | Time: | 150.00 | 1.10 | 0.00 | 165.00 | | *Biller: 3.30 |
| SPECIAL PROJECTS Totals | | | | | | | 4.60 | 0.00 | -3,842.50 | | Comments: Business Census |
| TAX SERVICES | | | | | | | | | | | |
| TAX | 1120S | 63 | PROGRESS | 03/04/16 | Time: | 0.00 | 0.00 | 0.00 | -7,250.00 | | |
| TAX | EXTENSION | 144 | ELFAUTHORIZ | 03/11/16 | Time: | 150.00 | 0.30 | 0.00 | 45.00 | | *Biller: 1.12 |
| TAX | 1120S | 83 | PARTREV | 03/25/16 | Time: | 275.00 | 0.80 | 0.00 | 220.00 | | Comments: calls from Steve again to get info out to his banker |
| TAX | 1120S | 75 | PREPARATION | 04/28/16 | Time: | 225.00 | 0.50 | 0.00 | 112.50 | | Comments: info |
| TAX | 1120S | 144 | PREPARATION | 04/29/16 | Time: | 150.00 | 0.80 | 0.00 | 120.00 | | *Biller: 1.24 |
| TAX | 1120S | 75 | PREPARATION | 05/02/16 | Time: | 225.00 | 1.50 | 0.00 | 337.50 | | Comments: tax returns |
| TAX | 1120S | 56 | PARTREV | 05/06/16 | Time: | 275.00 | 0.50 | 0.00 | 137.50 | | |

*Printed by 75 on 8/30/2016 at 1:45 PM*

CONFIDENTIAL

VOYNOW_024404

_____ ..nyte und Company, LLP

# Billing Worksheet
### Tuesday, August 30, 2016
### January 1, 1900  -  August 30, 2016

**5261**

**STAR CHRYLSER**
STAR CHRYSLER PLYMOUTH JEEP

ATTN: DEBBIE T.
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

Office: MAIN          Partner: 83          Manager: 75          Associate:

Phone (Business):
E-mail:

## Accounts Receivable Open Items

| Date | Type | Reference | Due Date | Amount | Open |
|------|------|-----------|----------|--------|------|
| 08/01/16 | Invoice #653 | | 08/01/16 | 1,000.00 | 1,000.00 |
| 08/30/16 | Amount Due | | | | 1,000.00 |

## Aging WIP & A/R

| | 08/30/2016 | 07/31/2016 | 06/30/2016 | 05/31/2016 | 04/30/2016+ | Total | Last Invoice & Receipt | | |
|---|---|---|---|---|---|---|---|---|---|
| WIP | (1,000.00) | 732.50 | (2,941.50) | 608.50 | (9,065.00) | (11,665.50) | | Date | Amount |
| A/R | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | Last Invoice | 08/01/16 | 1,000.00 |
| | | | | | | | Last Receipt | 07/28/16 | (2,000.00) |

**\* Billing Instructions:**

**5261**          STAR CHRYLSER

## Time & Expenses Available to be billed

| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
|------------|---------|-------|----------|------|--------------------|-------------|------|--------|-------------|-----------------------------------|
| INTERIM SERVICES | | | | | | | | | | |
| INTERIM | INTERIM | 142 | FIELDWORK | 06/29/16 | Time: 140.00 | 8.00 | 0.00 | 1,120.00 | _____ | |
| INTERIM | INTERIM | 144 | FIELDWORK | 06/29/16 | Time: 150.00 | 3.40 | 0.00 | 510.00 | _____ | |
| INTERIM | INTERIM | 149 | FIELDWORK | 06/29/16 | Time: 90.00 | 9.00 | 0.00 | 810.00 | _____ | Comments: Phil and I visited the Service department for Open invoices and RO's |
| INTERIM | INTERIM | 144 | FIELDWORK | 06/30/16 | Time: 150.00 | 0.30 | 0.00 | 45.00 | _____ | |
| INTERIM | INTERIM | 144 | COMMUNICATE | 07/14/16 | Time: 150.00 | 2.00 | 0.00 | 300.00 | _____ | *Biller: 10.30 |
| INTERIM | INTERIM | 144 | COMMUNICATE | 07/15/16 | Time: 150.00 | 6.00 | 0.00 | 900.00 | _____ | |
| INTERIM SERVICES Totals | | 144 | COMMUNICATE | 07/18/16 | Time: 150.00 | 1.70 | 0.00 | 255.00 | _____ | |

CONFIDENTIAL

VOYNOW_024405

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Tuesday, August 30, 2016
### January 1, 1900  -  August 30, 2016

**5261** STAR CHRYSLER

| | | | | | Time & Expenses Available to be billed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| TAX | 1120S | 83 | REVIEW | 05/11/16 | Time: 275.00 | 2.00 | 0.00 | 550.00 | _____ | Comments: go over work papers and the tax return |
| TAX | 1120S | 146 | MATH | 05/13/16 | Time: 110.00 | 2.10 | 0.00 | 231.00 | _____ | |
| TAX | 1120S | 75 | PREPARATION | 05/13/16 | Time: 225.00 | 1.50 | 0.00 | 337.50 | _____ | Comments: tax returns |
| TAX | 1120S | 132 | TYPEPROC | 05/13/16 | Time: 50.00 | 0.30 | 0.00 | 15.00 | _____ | Comments: process |
| TAX | 1120S | 144 | ELFAUTHORIZ | 06/02/16 | Time: 150.00 | 0.20 | 0.00 | 30.00 | _____ | *Biller: 11.12 |
| TAX | 1120S | 75 | PREPARATION | 06/06/16 | Time: 225.00 | 0.50 | 0.00 | 112.50 | _____ | Comments: 2Q est call Vivian and check numbers |
| TAX | 1120S | 148 | PREPARATION | 06/16/16 | Time: 90.00 | 0.60 | 0.00 | 54.00 | _____ | *Biller: GATHERING INFORMATION FOR TOM BERKO |
| TAX | 1120S | 148 | PREPARATION | 06/17/16 | Time: 90.00 | 0.80 | 0.00 | 72.00 | _____ | *Biller: todd berko 12-13 |
| TAX | 1120S | 75 | PREPARATION | 07/01/16 | Time: 225.00 | 0.50 | 0.00 | 112.50 | _____ | Comments: census info |
| TAX SERVICES Totals | | | | | | 12.90 | 0.00 | -4,763.00 | _____ | |
| Client STAR CHRYSLER Totals | | | | | | 47.90 | 0.00 | -11,665.50 | | |

CONFIDENTIAL

VOYNOW_024406

Voynow, Bayard, Whyte and Company, LLP                                v.7.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
SORT ON CLIENT ID * SELECTED CLIENTS

```
5261  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                          DEBBIE
<-----------MOST RECENT 12 MONTHS----------->      <---------------PRIOR 12 MONTHS------------->
MON-YR    BILLS   WRT U/D   WRTOFFS     CASH        MON-YR    BILLS   WRT U/D   WRTOFFS     CASH
-----------------------------------------------    -----------------------------------------------
SEP-15   15,465   13,753        0        0          SEP-14    8,070   12,334        0        0
OCT-15    1,000        0        0     8,920         OCT-14    1,000        0        0     1,000
NOV-15    1,000        0        0     7,545         NOV-14    1,000        0        0     2,000
DEC-15    1,000        0        0        0          DEC-14    1,000        0        0     7,070
JAN-16    1,000        0        0     4,000         JAN-15    1,000        0        0     1,000
FEB-16    1,000        0        0        0          FEB-15    8,850        0        0     1,000
MAR-16    8,250        0        0     9,250         MAR-15    1,000        0        0     7,850
APR-16    1,000        0        0        0          APR-15    1,000        0        0     3,000
MAY-16    1,000        0        0        0          MAY-15    1,000        0        0        0
JUN-16    5,970     -197        0     6,970         JUN-15    1,000        0        0     1,000
JUL-16    1,000        0        0     2,000         JUL-15    1,000        0        0     1,000
AUG-16    1,000        0        0        0          AUG-15    1,000        0        0     1,000
-----------------------------------------------    -----------------------------------------------
TOTAL    38,685   13,556        0    38,685         TOTAL    26,920   12,334        0    25,920

YTD      20,220     -197        0    22,220         PYTD     15,850        0        0    15,850
```

```
AGED      CURRENT      1 MONTH     2 MONTHS     3 MONTHS     4 MONTHS    5+ MONTHS        TOTAL   AGED
-----------------------------------------------------------------------------------------------------
A/R      1,000.00        0.00         0.00         0.00         0.00         0.00     1,000.00   A/R
WIP     -1,000.00    -1,000.00        0.00         0.00         0.00         0.00    -2,000.00   WIP
```

```
YTD WORK     BUDGET       ACTUAL      VARIANCE     %BUDGET     LAST      DATE          AMOUNT TYPE
-----------------------------------------------------------------------------------------------------
HOURS          0.00       111.00      -111.00       0.00%     BILLED  11/01/16       1,000.00 PRG
DOLLARS        0.00    15,309.50   -15,309.50       0.00%     PAYMENT 07/28/16       2,000.00 SN
```

```
<------------------WORK-IN-PROCESS----------------->   NET WIP    ACCOUNTS    UNAPPLIED      TOTAL
 FEES/HOURS    EXPENSES       DB/CR       OFFSETS      SUBTOTAL   RECEIVABLE    RETAINER    EXPOSURE
-----------------------------------------------------------------------------------------------------
      0.00        0.00        0.00      -2,000.00     -2,000.00    1,000.00        0.00   -1,000.00
      0.00
                                                                                            NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final)       -2,000.00
```

WIP TO XFER:  _____

WIP TO HOLD:  _____

WIP TO CLEAR:  _____

WRITE UP/DOWN:  _____

AMOUNT TO BILL:  _____

APPROVED BY: _____ DATE: _____

CONFIDENTIAL                                    VOYNOW_024407

VOYNOW_024408

CONFIDENTIAL

```
                    Voynow, Bayard, Whyte and Company, LLP              v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                         SORT ON CLIENT ID * SELECTED CLIENTS

5261  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                         DEBBIE
-------------------------------------------------------------------------------
                       * *  FEE & EXPENSE SUMMARIES  * *

   * CHARGEABLE FEES SUMMARY BY WORK CODE     HOURS       AMOUNT          TOTAL
   SYSTEM GENERATED FEES                       0.00    -2,000.00      -2,000.00
                                             --------  -------------
        ** TOTAL                               0.00    -2,000.00


   * CHARGEABLE FEES SUMMARY BY STAFF         HOURS       AMOUNT          TOTAL
                                               0.00    -2,000.00      -2,000.00
                                             --------  -------------
        ** TOTAL                               0.00    -2,000.00


   * CHARGEABLE FEES SUMMARY BY CTRL DATE     HOURS       AMOUNT          TOTAL
        07/31/16                               0.00    -1,000.00      -1,000.00
        08/31/16                               0.00    -1,000.00      -2,000.00
                                             --------  -------------
        ** TOTAL                               0.00    -2,000.00
```

VOYNOW_024409

CONFIDENTIAL

```
                    Voynow, Bayard, Whyte and Company, LLP              v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                    SORT ON CLIENT ID * SELECTED CLIENTS

 5261  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR CHRYSLER PLYMOUTH JEEP/                       DEBBIE
 CDATE   WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS      AMOUNT   SEQ# ACTION
 ------------------------------------------------------------------------------------
                * * CHARGEABLE FEES  BY CODES/STAFF/      * *


           * * TOTAL FEES                       0.00       0.00


                * *    DEBITS & CREDITS   * *

 07/31/16 07/31/16 99  3                                -1,000.00 123706 B H T:
 08/31/16 08/31/16 99  3                                -1,000.00 123856 B H T:


           * * TOTAL PROGRESS BILLS AND OTHER CREDITS    -2,000.00


        FEES    EXPENSES   SUB-TOTAL      DB/CR   SUB-TOTAL     OFFSETS    NET WIP
      --------- ---------- ---------- ---------- ---------- ---------- ----------
        0.00       0.00       0.00       0.00       0.00   -2,000.00  -2,000.00
                                                                      ==========
```

```
                    Voynow, Bayard, Whyee and Company, LLP                    v.7.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                         SORT ON CLIENT ID * SELECTED CLIENTS

   5261  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
   STAR CHRYSLER PLYMOUTH JEEP/                      DEBBIE
   <-----------MOST RECENT 12 MONTHS----------->    <--------------PRIOR 12 MONTHS------------->
   MON-YR    BILLS   WRT U/D   WRTOFFS    CASH       MON-YR    BILLS   WRT U/D   WRTOFFS    CASH

   APR-15    1,000       0        0      3,000       APR-14    1,000       0        0      8,750
   MAY-15    1,000       0        0          0       MAY-14    1,000       0        0      2,000
   JUN-15    1,000       0        0      1,000       JUN-14    1,000       0        0          0
   JUL-15    1,000       0        0      1,000       JUL-14    1,000       0        0      3,000
   AUG-15    1,000       0        0      1,000       AUG-14    1,000       0        0      1,000
   SEP-15   15,465  13,753        0          0       SEP-14    8,070  12,334        0          0
   OCT-15    1,000       0        0      8,920       OCT-14    1,000       0        0      1,000
   NOV-15    1,000       0        0      7,545       NOV-14    1,000       0        0      2,000
   DEC-15    1,000       0        0          0       DEC-14    1,000       0        0      7,070
   JAN-16    1,000       0        0      4,000       JAN-15    1,000       0        0      1,000
   FEB-16    1,000       0        0          0       FEB-15    8,850       0        0      1,000
   MAR-16    8,250       0        0      9,250       MAR-15    1,000       0        0      7,850
   ----------------------------------------------    ----------------------------------------------
   TOTAL    33,715  13,753        0     35,715       TOTAL    26,920  12,334        0     34,670

   YTD      10,250       0        0     13,250       PYTD     10,850       0        0      9,850


   AGED      CURRENT    1 MONTH    2 MONTHS   3 MONTHS   4 MONTHS   5+ MONTHS      TOTAL  AGED
   ------------------------------------------------------------------------------------------
   A/R          0.00       0.00       0.00       0.00       0.00       0.00        0.00  A/R
   WIP      -8,250.00  -1,000.00  14,309.50    -962.50   4,855.00    -785.00   8,167.00  WIP

   YTD WORK     BUDGET     ACTUAL     VARIANCE   %BUDGET    LAST     DATE        AMOUNT TYPE
   --------------------------------------------------------    ----------------------------------
   HOURS          0.00     111.00     -111.00     0.00%    BILLED  05/02/16    1,000.00  PRG
   DOLLARS        0.00  15,309.50  -15,309.50     0.00%    PAYMENT 03/31/16    7,250.00  SN

   <--------------WORK-IN-PROCESS-------------->   NET WIP   ACCOUNTS   UNAPPLIED     TOTAL
      FEES/HOURS   EXPENSES    DB/CR    OFFSETS   SUBTOTAL  RECEIVABLE   RETAINER   EXPOSURE
   ------------------------------------------------------------------------------------------
      21,417.00       0.00      0.00 -13,250.00   8,167.00      0.00       0.00    8,167.00
         141.10
                                                                               NET WIP
   SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final)  8,167.00

                                                    WIP TO XFER:  _____

                                                    WIP TO HOLD:  _____

                                                   WIP TO CLEAR:  _____

                                                 WRITE UP/DOWN:  _____

                                                AMOUNT TO BILL:  _____

                                 APPROVED BY:  _____  DATE:  _____



   ----------------------------------------------------------------------------------------
   26 Apr 2016 14:10            DWIP SORT ON CLIENT ID    5261  /        PAGE: 1
```

CONFIDENTIAL                                    VOYNOW_024410

```
                    Voynow, Bayard, Whyte and Company, LLP              v.7.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                    SORT ON CLIENT ID * SELECTED CLIENTS

5261  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                      DEBBIE
------------------------------------------------------------------------------
                       * *  FEE & EXPENSE SUMMARIES  * *

     * CHARGEABLE FEES SUMMARY BY WORK CODE      HOURS      AMOUNT        TOTAL
     AUDIT ENGAGEMENTS                           14.00    1,050.00     1,050.00
     REVIEW ENGAGEMENT                            0.10        5.00     1,055.00
     BUSINESS TAX ENGAGEMENTS                    72.60   13,841.50    14,896.50
     PERSONAL TAX RETURN SERVICES                 0.10        5.00    14,901.50
     SPECIAL PROJECTS-MUST USE MEMO              54.30    6,515.50    21,417.00
     SYSTEM GENERATED FEES                        0.00  -13,250.00     8,167.00
                                               -------- ------------
          ** TOTAL                             141.10    8,167.00


     * CHARGEABLE FEES SUMMARY BY STAFF          HOURS      AMOUNT        TOTAL
                                                 0.00  -13,250.00   -13,250.00
     118 ROBERT KIRKHOPE                         71.00   14,200.00       950.00
     132 DOROTHEA BURCH                           0.20       10.00       960.00
     136 DAVID KUMOR                              1.00      140.00     1,100.00
     142 TIMOFEY S. KRAVETS                       8.40    1,008.00     2,108.00
     144 PHILLIP L. SALEMNO JR                    4.50      630.00     2,738.00
     146 BENJAMIN SIDOR                           6.10      549.00     3,287.00
     147 DEANNA DOLE                             14.00    1,050.00     4,337.00
     148 CODY MCCABE                             29.40    2,205.00     6,542.00
     75  Bob Seibel                               2.50      525.00     7,067.00
     83  Randall Franzen                          4.00    1,100.00     8,167.00
                                               -------- ------------
          ** TOTAL                             141.10    8,167.00


     * CHARGEABLE FEES SUMMARY BY CTRL DATE      HOURS      AMOUNT        TOTAL
                09/30/15                          0.10        5.00         5.00
                10/31/15                          1.00     -790.00      -785.00
                11/30/15                         28.50    4,855.00     4,070.00
                12/31/15                          0.50     -962.50     3,107.50
                01/31/16                        111.00   14,309.50    17,417.00
                02/29/16                          0.00   -1,000.00    16,417.00
                03/31/16                          0.00   -8,250.00     8,167.00
                                               -------- ------------
          ** TOTAL                             141.10    8,167.00
```

CONFIDENTIAL

VOYNOW_024411

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                     SORT ON CLIENT ID * SELECTED CLIENTS

5261  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                             DEBBIE
CDATE    WDATE    WORK(CODE)   STAFF NAME       SID RATE    HRS      AMOUNT   SEQ#  ACTION
------------------------------------------------------------------------------------------
                 * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

01/31/16 12/30/15  1  7 DEANNA DOLE         147  75   4.00      300.00 118595 B H T:
                 LABOR AUDIT TIME CARD SPREADSHEET

           147 DEANNA DOLE                            4.00      300.00

           AUDIT Other General Procedures             4.00      300.00

01/31/16 01/04/16  1 99 DEANNA DOLE         147  75   7.00      525.00 119645 B H T:
                 time card spreadsheet
01/31/16 01/05/16  1 99 DEANNA DOLE         147  75   3.00      225.00 119646 B H T:
                 time card spreadsheet

           147 DEANNA DOLE                           10.00      750.00

           AUDIT Report Typing                       10.00      750.00

01/31/16 01/04/16  2 21 DOROTHEA BURCH      132  50   0.10        5.00 120408 B H T:
                 FAX LIFO ENTRY

           132 DOROTHEA BURCH                         0.10        5.00

           REVIEW LIFO Computations                   0.10        5.00

11/30/15 11/23/15  5 68 ROBERT KIRKHOPE     118 200  10.00    2,000.00 114771 B H T:
11/30/15 11/24/15  5 68 ROBERT KIRKHOPE     118 200   8.00    1,600.00 114772 B H T:
11/30/15 11/25/15  5 68 ROBERT KIRKHOPE     118 200   8.00    1,600.00 114773 B H T:

           118 ROBERT KIRKHOPE                       26.00    5,200.00

12/31/15 12/01/15  5 68 CODY MCCABE         148  75   0.50       37.50 115581 B H T:
                 ORGANIZING AND PUTTING TOGETHER TAX PLANNING
                 PACKETS

           148 CODY MCCABE                            0.50       37.50

11/30/15 11/25/15  5 68 Randall Franzen      83 275   2.00      550.00 116945 B H T:
                 go to dealerahip to the year end planning

            83  Randall Franzen                       2.00      550.00

           BUSTAX Tax Planning                       28.50    5,787.50

01/31/16 01/18/16  5 69 ROBERT KIRKHOPE     118 200  10.00    2,000.00 121310 B H T:
01/31/16 01/19/16  5 69 ROBERT KIRKHOPE     118 200   9.00    1,800.00 121311 B H T:
01/31/16 01/20/16  5 69 ROBERT KIRKHOPE     118 200  10.00    2,000.00 121312 B H T:

           118 ROBERT KIRKHOPE                       29.00    5,800.00

10/31/15 10/07/15  5 69 Bob Seibel           75 210   1.00      210.00 109605 B H T:
11/30/15 11/05/15  5 69 Bob Seibel           75 210   0.50      105.00 112952 B H T:
                 Profit tie in for bank.
01/31/16 01/22/16  5 69 Bob Seibel           75 210   1.00      210.00 122531 B H T:
                 follow up from visit.

            75  Bob Seibel                            2.50      525.00
------------------------------------------------------------------------------------------
26 Apr 2016 14:10            DWIP SORT ON CLIENT ID    5261  /        PAGE: 3
```

CONFIDENTIAL

VOYNOW_024412

```
                      Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                      SORT ON CLIENT ID * SELECTED CLIENTS

5261  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                       DEBBIE
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS      AMOUNT  SEQ# ACTION
---------------------------------------------------------------------------------------
                    * * CHARGEABLE FEES  BY CODES/STAFF/    * *


01/31/16 01/20/16  5 69 Randall Franzen    83  275   2.00     550.00 120951 B H T:
                   go to NY and do year end work meet with Mike

            83  Randall Franzen                      2.00     550.00

            BUSTAX Year End Tax Work               33.50    6,875.00

01/31/16 12/30/15  5 82 BENJAMIN SIDOR    146   90   6.10     549.00 118585 B H T:
                   time sheet for robbie

           146 BENJAMIN SIDOR                        6.10     549.00

            BUSTAX Client Assist UNBUDGETE           6.10     549.00

01/31/16 01/22/16  5 90 PHILLIP L. SALEMNO J 144 140  1.00    140.00 120650 B H T:
01/31/16 01/25/16  5 90 PHILLIP L. SALEMNO J 144 140  2.50    350.00 121352 B H T:
01/31/16 01/26/16  5 90 PHILLIP L. SALEMNO J 144 140  1.00    140.00 121359 B H T:

           144 PHILLIP L. SALEMNO JR                 4.50     630.00

            BUSTAX Trial Balance Data Inpu           4.50     630.00

09/30/15 09/18/15  7 85 DOROTHEA BURCH    132   50   0.10       5.00 109148 B H T:
                   scan, password protect and email

           132 DOROTHEA BURCH                        0.10       5.00

            PERSTX Photocopying Documents            0.10       5.00

01/31/16 01/05/16  8 22 DAVID KUMOR       136  140   1.00     140.00 119618 B H T:
                   TIME CARD THING

           136 DAVID KUMOR                           1.00     140.00

            Dealership Special Project               1.00     140.00

01/31/16 01/06/16  8 32 ROBERT KIRKHOPE   118  200   7.00   1,400.00 121284 B H T:
                   labor audit star
01/31/16 12/29/15  8 32 ROBERT KIRKHOPE   118  200   9.00   1,800.00 118522 B H T:
                   audit - salesman

           118 ROBERT KIRKHOPE                      16.00   3,200.00

01/31/16 01/04/16  8 32 TIMOFEY S. KRAVETS 142  120  1.40    168.00 119413 B H T:
                   labor audit
01/31/16 12/29/15  8 32 TIMOFEY S. KRAVETS 142  120  7.00    840.00 118578 B H T:
                   labor audit

           142 TIMOFEY S. KRAVETS                    8.40   1,008.00

01/31/16 01/04/16  8 32 CODY MCCABE       148   75   6.40    480.00 119446 B H T:
                   Working on Labor audit work papers, finishing
                   2013 and 2015 and compiling missing information
01/31/16 01/05/16  8 32 CODY MCCABE       148   75   3.00    225.00 119448 B H T:
---------------------------------------------------------------------------------------
26 Apr 2016 14:10              DWIP SORT ON CLIENT ID    5261  /       PAGE: 4
```

CONFIDENTIAL

VOYNOW_024413

```
                     Voynow, Bayard, Whyte and Company, LLP                    v.7.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                      SORT ON CLIENT ID * SELECTED CLIENTS

5261  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                               DEBBIE
CDATE    WDATE    WORK(CODE)   STAFF NAME      SID RATE     HRS      AMOUNT   SEQ# ACTION
---------------------------------------------------------------------------------------
                 * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

                 Star Labor Audit, working on 2014 time and
                 checking all years for missing information
01/31/16 01/06/16  8 32 CODY MCCABE      148  75   1.50        112.50 119439 B H T:
                 Star labor audit finishing workpapers
01/31/16 12/29/15  8 32 CODY MCCABE      148  75  11.00        825.00 118597 B H T:
                 Star Labor Audit work at Star
01/31/16 12/30/15  8 32 CODY MCCABE      148  75   7.00        525.00 118598 B H T:
                 Working on Labor Audit workpapers

        148 CODY MCCABE                        28.90      2,167.50

     Other Special Projects(detail)           53.30      6,375.50

        * * TOTAL FEES                        141.10     21,417.00


                 * *    DEBITS & CREDITS    * *

10/31/15 10/31/15 99   3                               -1,000.00  92414 B H T:
11/30/15 11/30/15 99   3                               -1,000.00  94780 B H T:
12/31/15 12/31/15 99   3                               -1,000.00  97331 B H T:
01/31/16 01/31/16 99   3                               -1,000.00 112219 B H T:
02/29/16 02/29/16 99   3                               -1,000.00 121093 B H T:
03/31/16 03/31/16 99   3                               -1,000.00 121756 B H T:
03/31/16 03/31/16 99   3                               -7,250.00 123030 B H T:


        * * TOTAL PROGRESS BILLS AND OTHER CREDITS     -13,250.00


         FEES     EXPENSES    SUB-TOTAL     DB/CR    SUB-TOTAL    OFFSETS    NET WIP
      ----------  ----------  ----------  ----------  ----------  ----------  ----------
      21,417.00        0.00   21,417.00        0.00   21,417.00  -13,250.00    8,167.00
                                                                            ==========
```

*Labor Audit  $8114.50*

CONFIDENTIAL                                                    VOYNOW_024414

(1) Today's date        (1) 4.26.16

(2) Name of individual requesting this billing      (2) RPS

(3) Client Name        (3) STAR CHRYSLER

(4) Client # / File #        (4) 5261

(5) This billing is for work done from Month Ending      (5a) _____, 200

     through the Month Ending      (5b) 4.26.16 , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed on New York State Department of Labor audit of

Star Chrysler payroll for 2013-2015 including recalculation of time card information in

the DOL's spreadsheet format, visits to the dealership on December 29, 2015

and January 6, 2016 to gather information for the calculations, meet with

auditors to find out what information they need, various phone calls with

Debbie T., Steve K., Mike K. to go over what was found and how to do the calculations

and recommend to have labor attorney involved to handle the audit,

and various other follow up items related to this matter.

Accountants:

Randall Franzen      Deanna Dole

Rob Kirkhope      Cody Mccabe

Tim Kravets

Amount Due      6,970.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)      W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____      W.I.P. TO TRANSFER: _____

BILLED THROUGH      W.I.P. TO HOLD: _____
CLIENT # / FILE # _____      W.I.P. TO CLEAR: _____

CLIENT NAME: _____      WRITE UP / DOWN: _____

BILL # : _____

DATE KEYPUNCHED: _____      BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL

VOYNOW_024415

**Voynow, Bayard, Whyte and Company, LLP**

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

06/01/2016                                    Client: 5261

STAR CHRYSLER PLYMOUTH JEEP                   Invoice:    421
ATTN: DEBBIE T.
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

---

PROFESSIONAL SERVICES:

                                                                    4,970.00

PROGRESS BILLING FOR WORK
COMPLETED ON NEW YORK STATE
DEPARTMENT OF LABOR AUDIT OF STAR
CHRYSLER PAYROLL FOR 2013-2015
INCLUDING RECALCULATION OF TIME
CARD INFORMATION IN THE DOL'S
SPREADSHEET FORMAT, VISIT TO THE
DEALERSHIP ON DECEMBER 29, 2015 TO
GATHER INFORMATION FOR THE
CALCULATIONS, MEET WITH AUDITORS TO
FIND OUT WHAT INFORMATION THEY
NEED, VARIOUS PHONE CALLS WITH
DEBBIE T, STEVE K. AND MIKE K. TO GO
OVER WHAT WAS FOUND AND HOW TO DO
THE CALCULATIONS AND RECOMMEND TO
HAVE LABOR ATTORNEY INVOLVED TO
HANDLE THE AUDIT AND VARIOUS OTHER
FOLLOW UP ITEMS RELATED TO THIS
MATTER.



| ACCOUNTANTS | HOURS |
|---|---|
| RANDALL FRANZEN | 2.8 |
| ROB KIRKHOPE | 5.9 |
| TIM KRAVETS | 7.2 |
| DEANNE DOLE | 5.6 |
| CODY MCCABE | 10.1 |
|  | 31.6 |

Invoice Total                    $4,970.00

CONFIDENTIAL                                          VOYNOW_024416

## Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

04/28/2016                                                    Client: 5261

STAR CHRYSLER PLYMOUTH JEEP                    Invoice:    421
ATTN: DEBBIE T.
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

PROFESSIONAL SERVICES:                                  4970

                                                        6,970.00

PROGRESS BILLING FOR WORK
COMPLETED ON NEW YORK STATE
DEPARTMENT OF LABOR AUDIT OF STAR
CHRYSLER PAYROLL FOR 2013-2015
INCLUDING RECALCULATION OF TIME
CARD INFORMATION IN THE DOL'S
SPREADSHEET FORMAT, VISITS TO THE
DEALERSHIP ON DECEMBER 29, 2015 AND
JANUARY 6, 2016 TO GATHER
INFORMATION FOR THE CALCULATIONS,
MEET WITH AUDITORS TO FIND OUT WHAT
INFORMATION THEY NEED, VARIOUS
PHONE CALLS WITH DEBBIE T, STEVE K.
AND MIKE K. TO GO OVER WHAT WAS
FOUND AND HOW TO DO THE
CALCULATIONS AND RECOMMEND TO
HAVE LABOR ATTORNEY INVOLVED TO
HANDLE THE AUDIT AND VARIOUS OTHER
FOLLOW UP ITEMS RELATED TO THIS
MATTER.

ACCOUNTANTS      HRS

RANDALL FRANZEN, ROB KIRKHOPE

TIM KRAVETS, DEANNA DOLE, CODY MCCABE

Randall Franzen    2.8
Rob Kirkhope       5.9
Tim                7.2
Deanna             5.6
Cody              10.1
                  31.6

                                    Invoice Total              4970

                                                              $6,970.00

VOYNOW_024417



VOYNOW_024418

CONFIDENTIAL

Voynow, Bayar

S261

STA.
ATT.THERN BLVD
BA... JE, NY 11361

JEEP

**Billing Worksheet**
Tuesday, April 26, 2016
January 1, 1900 - April 26, 2016

Office: MAIN          Partner: 83          Manager: 75          Associate:

Phone (Business):
E-mail:

| Date | Type | Reference | | | **Accounts Receivable Open Items** | Due Date | Amount | Open |
|---|---|---|---|---|---|---|---|---|
| 04/01/16 | Invoice #191 | | | | | | | 1,000.00 |
| 04/26/16 | Amount Due | | | | | 04/01/16 | 1,000.00 | 1,000.00 |

**Aging WIP & A/R**

| | 04/26/2016 | 03/31/2016 | 02/29/2016 | 01/31/2016 | 12/31/2015+ | Total | **Last Invoice & Receipt** | Date |
|---|---|---|---|---|---|---|---|---|
| WIP | (587.50) | (7,985.00) | (725.00) | 0.00 | 0.00 | (9,297.50) | Last Invoice | 04/01/16 |
| A/R | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | Last Receipt | 03/31/16 |

* Billing Instructions:

S261          STAR CHRYSLER

**Time & Expenses Available to be billed**

| Engagement Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Notes |
|---|---|---|---|---|---|---|---|---|---|
| RETAINER | | ACCOUNTIN | 02/01/16 | Time: | 0.00 | 0.00 | -1,000.00 | | |
| RETAINER | | ACCOUNTIN | 03/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | |
| RETAINER | | ACCOUNTIN | 04/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | |
| RETAINER | 63 | | | | | 0.00 | 0.00 | -1,000.00 | |
| RETAINER Totals | 63 | | | | | 0.00 | 0.00 | -3,000.00 | |
| SPECIAL PROJECTS | | | | | | | | | |
| SPECIAL | 83 | CLIENTMEET | 02/26/16 | Time: | 275.00 | 100 | 0.00 | 275.00 | Counte... |
| SPECIAL | 83 | CLIENTMEET | 04/12/16 | Time: | 275.00 | 050 | 0.00 | 137.50 | 80... |

...d by 75 on 4/26/2016 at 2:04 PM

CONFIDENTIAL

VOYNOW_024419

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Tuesday, April 26, 2016
### January 1, 1900 - April 26, 2016

**5261          STAR CHRYLSER**

STAR CHRYSLER PLYMOUTH JEEP          Office: MAIN          Partner: 83          Manager: 75          Associate:

Phone (Business):
E-mail:

ATTN:  DEBBIE T.
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

### Accounts Receivable Open Items

| Date | Type | Reference | Due Date | Amount | Open |
|------|------|-----------|----------|--------|------|
| 04/01/16 | Invoice #191 | | 04/01/16 | 1,000.00 | 1,000.00 |
| 04/26/16 | Amount Due | | | | 1,000.00 |

### Aging WIP & A/R

| | 04/26/2016 | 03/31/2016 | 02/29/2016 | 01/31/2016 | 12/31/2015+ | Total |
|---|---|---|---|---|---|---|
| WIP | (587.50) | (7,985.00) | (725.00) | 0.00 | 0.00 | (9,297.50) |
| A/R | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |

### Last Invoice & Receipt

| | Date | Amount |
|---|---|---|
| Last Invoice | 04/01/16 | 1,000.00 |
| Last Receipt | 03/31/16 | (7,250.00) |

\* Billing Instructions:

| 5261 | STAR CHRYSLER | | | Time & Expenses Available to be billed | | | | | | |
|------|---------------|-------|----------|------|-------|-----------|------|--------|-------------|------------------------------|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| RETAINER | | | | | | | | | | |
| RETAINER | | 63 | ACCOUNTIN | 02/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 03/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 04/01/16 | Time: | 0.00 | 0.00 | 0.00 | -1,000.00 | _____ |
| RETAINER Totals | | | | | | 0.00 | 0.00 | -3,000.00 | _____ | |
| SPECIAL PROJECTS | | | | | | | | | | |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 02/26/16 | Time: | 275.00 | 1.00 | 0.00 | 275.00 | _____ | Comments: go over the labor suit issues and look over the spread sheet |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 04/12/16 | Time: | 275.00 | 0.50 | 0.00 | 137.50 | _____ | Comments: call from Steve to go over info he needs for the bank |

CONFIDENTIAL

VOYNOW_024420

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Tuesday, April 26, 2016
### January 1, 1900  -  April 26, 2016

| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
|---|---|---|---|---|---|---|---|---|---|---|
| 5261 | STAR CHRYSLER | | | | **Time & Expenses Available to be billed** | | | | | |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 04/21/16 | Time: | 275.00 | 1.00 | 0.00 | 275.00 | _____ | Comments: get info for Steve and the bank per the emails |
| SPECIAL PROJECTS Totals | | | | | | 2.50 | 0.00 | 687.50 | _____ | |
| TAX SERVICES | | | | | | | | | | |
| TAX | 1120S | 63 | PROGRESS | 03/04/16 | Time: | 0.00 | 0.00 | 0.00 | -7,250.00 | _____ | |
| TAX | EXTENSION | 144 | ELFAUTHORIZ | 03/11/16 | Time: | 150.00 | 0.30 | 0.00 | 45.00 | _____ | *Biller: 1.12 |
| TAX | 1120S | 83 | PARTREV | 03/25/16 | Time: | 275.00 | 0.80 | 0.00 | 220.00 | _____ | Comments: calls from Steve again to get info out to his banker |
| TAX SERVICES Totals | | | | | | 1.10 | 0.00 | -6,985.00 | _____ | |
| | Client STAR CHRYLSER Totals | | | | | 3.60 | 0.00 | -9,297.50 | | |
| Report Totals | | | | | | 3.60 | 0.00 | -9,297.50 | | |

CONFIDENTIAL

VOYNOW_024421

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                        SORT ON CLIENT ID * SELECTED CLIENTS

  5261  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
  STAR CHRYSLER PLYMOUTH JEEP/                      DEBBIE
  <-----------MOST RECENT 12 MONTHS----------->    <-------------PRIOR 12 MONTHS------------->
  MON-YR    BILLS   WRT U/D   WRTOFFS     CASH      MON-YR    BILLS   WRT U/D   WRTOFFS     CASH
  ------    -----   -------   -------    ------     ------    -----   -------   -------    ------
  APR-15    1,000       0         0      3,000      APR-14    1,000       0         0      8,750
  MAY-15    1,000       0         0          0      MAY-14    1,000       0         0      2,000
  JUN-15    1,000       0         0      1,000      JUN-14    1,000       0         0          0
  JUL-15    1,000       0         0      1,000      JUL-14    1,000       0         0      3,000
  AUG-15    1,000       0         0      1,000      AUG-14    1,000       0         0      1,000
  SEP-15   15,465  13,753         0          0      SEP-14    8,070  12,334         0          0
  OCT-15    1,000       0         0      8,920      OCT-14    1,000       0         0      1,000
  NOV-15    1,000       0         0      7,545      NOV-14    1,000       0         0      2,000
  DEC-15    1,000       0         0          0      DEC-14    1,000       0         0      7,070
  JAN-16    1,000       0         0      4,000      JAN-15    1,000       0         0      1,000
  FEB-16    1,000       0         0          0      FEB-15    8,850       0         0      1,000
  MAR-16    8,250       0         0      9,250      MAR-15    1,000       0         0      7,850
  -------  ------  ------    ------     ------      -------  ------  ------    ------     ------
  TOTAL    33,715  13,753         0     35,715      TOTAL    26,920  12,334         0     34,670

  YTD      10,250       0         0     13,250      PYTD     10,850       0         0      9,850


  AGED      CURRENT      1 MONTH     2 MONTHS    3 MONTHS    4 MONTHS   5+ MONTHS      TOTAL AGED
  ----      -------      -------     --------    --------    --------   ---------      -----------
  A/R          0.00         0.00        0.00        0.00        0.00        0.00        0.00 A/R
  WIP     -8,250.00    -1,000.00   14,309.50     -962.50    4,855.00     -785.00    8,167.00 WIP

  YTD WORK    BUDGET       ACTUAL     VARIANCE    %BUDGET     LAST    DATE        AMOUNT TYPE
  --------    ------       ------     --------    -------     ----    ----        ------ ----
  HOURS         0.00       111.00     -111.00       0.00%    BILLED  05/02/16    1,000.00  PRG
  DOLLARS       0.00    15,309.50  -15,309.50       0.00%    PAYMENT 03/31/16    7,250.00  SN

  <---------------WORK-IN-PROCESS--------------->   NET WIP    ACCOUNTS  UNAPPLIED       TOTAL
  FEES/HOURS  EXPENSES       DB/CR    OFFSETS      SUBTOTAL  RECEIVABLE   RETAINER    EXPOSURE
  ----------  --------       -----    -------      --------  ----------   --------    --------
  21,417.00       0.00        0.00 -13,250.00      8,167.00        0.00       0.00    8,167.00
     141.10
                                                                                      NET WIP
  SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final)  8,167.00
```

WIP TO XFER: _____

WIP TO HOLD: _____

WIP TO CLEAR: _____

WRITE UP/DOWN: _____

AMOUNT TO BILL: _____

APPROVED BY: _____ DATE: _____

CONFIDENTIAL                                                            VOYNOW_024422

```
                          Voynow, Bayard, Whyte and Company, LLP              v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                          SORT ON CLIENT ID * SELECTED CLIENTS

5261  /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                       DEBBIE
-------------------------------------------------------------------------------
                   * *  FEE & EXPENSE SUMMARIES  * *

    * CHARGEABLE FEES SUMMARY BY WORK CODE    HOURS        AMOUNT        TOTAL
    AUDIT ENGAGEMENTS                         14.00      1,050.00     1,050.00
    REVIEW ENGAGEMENT                          0.10          5.00     1,055.00
    BUSINESS TAX ENGAGEMENTS                  72.60     13,841.50    14,896.50
    PERSONAL TAX RETURN SERVICES               0.10          5.00    14,901.50
    SPECIAL PROJECTS-MUST USE MEMO            54.30      6,515.50    21,417.00
    SYSTEM GENERATED FEES                      0.00    -13,250.00     8,167.00
                                            --------   ------------
         ** TOTAL                            141.10      8,167.00


    * CHARGEABLE FEES SUMMARY BY STAFF        HOURS        AMOUNT        TOTAL
                                              0.00    -13,250.00   -13,250.00
    118 ROBERT KIRKHOPE                       71.00     14,200.00       950.00
    132 DOROTHEA BURCH                         0.20         10.00       960.00
    136 DAVID KUMOR                            1.00        140.00     1,100.00
    142 TIMOFEY S. KRAVETS                     8.40      1,008.00     2,108.00
    144 PHILLIP L. SALEMNO JR                  4.50        630.00     2,738.00
    146 BENJAMIN SIDOR                         6.10        549.00     3,287.00
    147 DEANNA DOLE                           14.00      1,050.00     4,337.00
    148 CODY MCCABE                           29.40      2,205.00     6,542.00
    75  Bob Seibel                             2.50        525.00     7,067.00
    83  Randall Franzen                        4.00      1,100.00     8,167.00
                                            --------   ------------
         ** TOTAL                            141.10      8,167.00


    * CHARGEABLE FEES SUMMARY BY CTRL DATE    HOURS        AMOUNT        TOTAL
             09/30/15                          0.10          5.00         5.00
             10/31/15                          1.00       -790.00      -785.00
             11/30/15                         28.50      4,855.00     4,070.00
             12/31/15                          0.50       -962.50     3,107.50
             01/31/16                        111.00     14,309.50    17,417.00
             02/29/16                          0.00     -1,000.00    16,417.00
             03/31/16                          0.00     -8,250.00     8,167.00
                                            --------   ------------
         ** TOTAL                            141.10      8,167.00
```

CONFIDENTIAL

VOYNOW_024423

Voynow, Bayard, Whyte and Company, LLP                     v.7.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
SORT ON CLIENT ID * SELECTED CLIENTS

```
5261  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                             DEBBIE
  CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE      HRS       AMOUNT   SEQ#  ACTION
----------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

01/31/16 12/30/15  1  7 DEANNA DOLE         147   75   4.00        300.00 118595 B H T:
                    LABOR AUDIT TIME CARD SPREADSHEET

              147 DEANNA DOLE                        4.00        300.00

         AUDIT Other General Procedures              4.00        300.00

01/31/16 01/04/16  1 99 DEANNA DOLE         147   75   7.00        525.00 119645 B H T:
                    time card spreadsheet
01/31/16 01/05/16  1 99 DEANNA DOLE         147   75   3.00        225.00 119646 B H T:
                    time card spreadsheet

              147 DEANNA DOLE                       10.00        750.00

         AUDIT Report Typing                        10.00        750.00

01/31/16 01/04/16  2 21 DOROTHEA BURCH      132   50   0.10          5.00 120408 B H T:
                    FAX LIFO ENTRY

              132 DOROTHEA BURCH                     0.10          5.00

         REVIEW LIFO Computations                    0.10          5.00

11/30/15 11/23/15  5 68 ROBERT KIRKHOPE     118  200  10.00      2,000.00 114771 B H T:
11/30/15 11/24/15  5 68 ROBERT KIRKHOPE     118  200   8.00      1,600.00 114772 B H T:
11/30/15 11/25/15  5 68 ROBERT KIRKHOPE     118  200   8.00      1,600.00 114773 B H T:

              118 ROBERT KIRKHOPE                   26.00      5,200.00

12/31/15 12/01/15  5 68 CODY MCCABE         148   75   0.50         37.50 115581 B H T:
                    ORGANIZING AND PUTTING TOGETHER TAX PLANNING
                    PACKETS

              148 CODY MCCABE                        0.50         37.50

11/30/15 11/25/15  5 68 Randall Franzen      83  275   2.00        550.00 116945 B H T:
                    go to dealership to the year end planning

               83  Randall Franzen                  2.00        550.00

         BUSTAX Tax Planning                        28.50      5,787.50

01/31/16 01/18/16  5 69 ROBERT KIRKHOPE     118  200  10.00      2,000.00 121310 B H T:
01/31/16 01/19/16  5 69 ROBERT KIRKHOPE     118  200   9.00      1,800.00 121311 B H T:
01/31/16 01/20/16  5 69 ROBERT KIRKHOPE     118  200  10.00      2,000.00 121312 B H T:

              118 ROBERT KIRKHOPE                   29.00      5,800.00

10/31/15 10/07/15  5 69 Bob Seibel           75  210   1.00        210.00 109605 B H T:
11/30/15 11/05/15  5 69 Bob Seibel           75  210   0.50        105.00 112952 B H T:
                    Profit Lie in for bank.
01/31/16 01/22/16  5 69 Bob Seibel           75  210   1.00        210.00 122531 B H T:
                    follow up from visit.

               75  Bob Seibel                        2.50        525.00
----------------------------------------------------------------------------------------
26 Apr 2016 14:10            DWIP SORT ON CLIENT ID    5261  /       PAGE: 3
```

CONFIDENTIAL                                    VOYNOW_024424

```
                        Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                          SORT ON CLIENT ID * SELECTED CLIENTS

  5261  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
  STAR CHRYSLER PLYMOUTH JEEP/                          DEBBIE
  CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE    HRS       AMOUNT   SEQ# ACTION
  --------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/    * *


  01/31/16 01/20/16  5 69 Randall Franzen      83  275   2.00      550.00 120951 B H T:
                     go to NY and do year end work meet with Mike

              83  Randall Franzen                       2.00      550.00

           BUSTAX Year End Tax Work                    33.50    6,875.00

  01/31/16 12/30/15  5 82 BENJAMIN SIDOR       146  90   6.10      549.00 118585 B H T:
                     time sheet for robbie

             146 BENJAMIN SIDOR                          6.10      549.00

           BUSTAX Client Assist UNBUDGETE                6.10      549.00

  01/31/16 01/22/16  5 90 PHILLIP L. SALEMNO J 144 140   1.00      140.00 120650 B H T:
  01/31/16 01/25/16  5 90 PHILLIP L. SALEMNO J 144 140   2.50      350.00 121352 B H T:
  01/31/16 01/26/16  5 90 PHILLIP L. SALEMNO J 144 140   1.00      140.00 121359 B H T:

             144 PHILLIP L. SALEMNO JR                   4.50      630.00

           BUSTAX Trial Balance Data Inpu                4.50      630.00

  09/30/15 09/18/15  7 85 DOROTHEA BURCH       132  50   0.10        5.00 109148 B H T:
                     scan, password protect and email

             132 DOROTHEA BURCH                          0.10        5.00

           PERSTX Photocopying Documents                 0.10        5.00

  01/31/16 01/05/16  8 22 DAVID KUMOR          136 140   1.00      140.00 119618 B H T:
                     TIME CARD THING

             136 DAVID KUMOR                             1.00      140.00

           Dealership Special Project                    1.00      140.00

  01/31/16 01/06/16  8 32 ROBERT KIRKHOPE      118 200   7.00    1,400.00 121284 B H T:
                     labor audit star
  01/31/16 12/29/15  8 32 ROBERT KIRKHOPE      118 200   9.00    1,800.00 118522 B H T:
                     audit - salesman

             118 ROBERT KIRKHOPE                        16.00    3,200.00

  01/31/16 01/04/16  8 32 TIMOFEY S. KRAVETS   142 120   1.40      168.00 119413 B H T:
                     labor audit
  01/31/16 12/29/15  8 32 TIMOFEY S. KRAVETS   142 120   7.00      840.00 118578 B H T:
                     labor audit

             142 TIMOFEY S. KRAVETS                      8.40    1,008.00

  01/31/16 01/04/16  8 32 CODY MCCABE          148  75   6.40      480.00 119446 B H T:
                     Working on Labor audit work papers, finishing
                     2013 and 2015 and compiling missing information
  01/31/16 01/05/16  8 32 CODY MCCABE          148  75   3.00      225.00 119448 B H T:
  --------------------------------------------------------------------------------------
  26 Apr 2016 14:10              DWIP SORT ON CLIENT ID    5261  /        PAGE: 4
```

CONFIDENTIAL

VOYNOW_024425

```
                    Voynow, Bayard, Whyte and Company, LLP                          v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                     SORT ON CLIENT ID * SELECTED CLIENTS

5261  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                            DEBBIE
CDATE    WDATE    WORK(CODE)   STAFF NAME      SID RATE     HRS      AMOUNT   SEQ# ACTION
---------------------------------------------------------------------------------------
               * *   CHARGEABLE FEES  BY CODES/STAFF/        * *

               Star Labor Audit, working on 2014 time and
               checking all years for missing information
01/31/16 01/06/16  8 32 CODY MCCABE        148   75   1.50      112.50 119439 B H T:
               Star labor audit finishing workpapers
01/31/16 12/29/15  8 32 CODY MCCABE        148   75  11.00      825.00 118597 B H T:
               Star Labor Audit work at Star
01/31/16 12/30/15  8 32 CODY MCCABE        148   75   7.00      525.00 118598 B H T:
               Working on Labor Audit workpapers

         148 CODY MCCABE                          28.90    2,167.50

      Other Special Projects(detail)              53.30    6,375.50


         * * TOTAL FEES                          141.10   21,417.00


               * *   DEBITS & CREDITS   * *

10/31/15 10/31/15 99  3                                    -1,000.00  92414 B H T:
11/30/15 11/30/15 99  3                                    -1,000.00  94780 B H T:
12/31/15 12/31/15 99  3                                    -1,000.00  97331 B H T:
01/31/16 01/31/16 99  3                                    -1,000.00 112219 B H T:
02/29/16 02/29/16 99  3                                    -1,000.00 121093 B H T:
03/31/16 03/31/16 99  3                                    -1,000.00 121756 B H T:
03/31/16 03/31/16 99  3                                    -7,250.00 123030 B H T:


         * * TOTAL PROGRESS BILLS AND OTHER CREDITS         -13,250.00


       FEES      EXPENSES    SUB-TOTAL       DB/CR    SUB-TOTAL      OFFSETS    NET WIP
    ----------  ----------  ----------   ----------  ----------   ----------  ----------
    21,417.00       0.00    21,417.00         0.00   21,417.00   -13,250.00    8,167.00
                                                                             ==========
```

*Labor Audit $8114.50* (handwritten)

CONFIDENTIAL

VOYNOW_024426

```
                         Voynow, Bayard, Whyte and Company, LLP                      v.7.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 03/31/2016
                          SORT ON CLIENT ID * SELECTED CLIENTS

  5261  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
  STAR CHRYSLER PLYMOUTH JEEP/                                DEBBIE
  CDATE     WDATE    WORK(CODE)   STAFF NAME      SID RATE      HRS       AMOUNT   SEQ#  ACTION
  ----------------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

                    Star Labor Audit, working on 2014 time and
                    checking all years for missing information
  01/31/16 01/06/16  8 32 CODY MCCABE         148   75   1.50       112.50 119439 B H T:
                    Star Labor audit finishing workpapers
  01/31/16 12/29/15  8 32 CODY MCCABE         148   75  11.00       825.00 118597 B H T:
                    Star Labor Audit work at Star
  01/31/16 12/30/15  8 32 CODY MCCABE         148   75   7.00       525.00 118598 B H T:
                    Working on Labor Audit workpapers

         148 CODY MCCABE                             28.90      2,167.50

      Other Special Projects(detail)                 53.30      6,375.50

         * * TOTAL FEES                             141.10     21,417.00


              * *   DEBITS & CREDITS   * *

  10/31/15 10/31/15 99  3                                   -1,000.00  92414 B H T:
  11/30/15 11/30/15 99  3                                   -1,000.00  94780 B H T:
  12/31/15 12/31/15 99  3                                   -1,000.00  97331 B H T:
  01/31/16 01/31/16 99  3                                   -1,000.00 112219 B H T:
  02/29/16 02/29/16 99  3                                   -1,000.00 121093 B H T:
  03/31/16 03/31/16 99  3                                   -1,000.00 121756 B H T:
  03/31/16 03/31/16 99  3                                   -7,250.00 123030 B H T:


         * * TOTAL PROGRESS BILLS AND OTHER CREDITS     -13,250.00


          FEES      EXPENSES    SUB-TOTAL      DB/CR    SUB-TOTAL     OFFSETS     NET WIP
        ----------  ----------  ----------  ----------  ----------  ----------  ----------
        21,417.00        0.00   21,417.00        0.00   21,417.00  -13,250.00    8,167.00
                                                                               ==========
```

*Labor Audit  $8114.50* (handwritten)

```
  --------------------------------------------------------------------------------
  26 Apr 2016 14:10              DWIP SORT ON CLIENT ID    5261  /      PAGE: 5
```

CONFIDENTIAL

VOYNOW_024427

# VOYNOW BAYARD CO
## WIP

| | |
|---|---|
| (1) Today's date | (1) 3.3.16 |
| (2) Name of individual requesting this billing | (2) RANDY |
| (3) Client Name | (3) STAR CHRYSLER JEEP |
| (4) Client # / File # | (4) 5261 |
| (5) This billing is for work done from Month Ending | (5a) , 200 |
| through the Month Ending | (5b) 3.3.16 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2015 closing of the books

preparation of Federal , State and city

corporate tax returns.

**Accountant**

Amount Due          7,250.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                    W.I.P.

| **LAST YEAR BILL:** 7,850 | TOTAL W.I.P.: |
|---|---|
| DATE BILLED: | W.I.P. TO TRANSFER: |
| BILLED THROUGH CLIENT # / FILE # : | W.I.P. TO HOLD: |
| | W.I.P. TO CLEAR: |
| CLIENT NAME: | WRITE UP / DOWN: |
| BILL # : | |
| DATE KEYPUNCHED: | BILL |

| | |
|---|---|
| TOTAL AMOUNT BILLABLE: | 7,250.00 |
| LESS RETAINERS AND OR PROGRESS BILLING: | |
| AMOUNT OF BILL: | 7,250.00 |

CONFIDENTIAL

VOYNOW_024429

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com

215-355-8000

03/04/2016                                             Client: 5261

STAR CHRYSLER PLYMOUTH JEEP                    Invoice:      343
206-26  NORTHERN BLVD

BAYSIDE, NY  11361              *Attn Debbk T*

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK                                        7,250.00
COMPLETED ON THE DECEMBER 31, 2015
CLOSING OF THE BOOKS AND
PREPARATION OF CORPORATE TAX
RETURNS.

                                 Invoice Total            $7,250.00

| Date | Type | Reference | Debit | Credit | Balance |
|------|------|-----------|-------|--------|---------|
| 03/01/16 | Beginning Balance | | | | $1,000.00 |
| 03/01/16 | Invoice #115 | | 1,000.00 | | 2,000.00 |
| 03/04/16 | Invoice #343 | | 7,250.00 | | 9,250.00 |
| 03/04/16 | Amount Due | | | | $9,250.00 |

CONFIDENTIAL                                    VOYNOW_024430

## Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com
215-355-8000

03/04/2016                                         Client: 5261

STAR CHRYSLER PLYMOUTH JEEP                        Invoice:    343
ATTN: DEBBIE T.
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK                                            7,250.00
COMPLETED ON THE DECEMBER 31, 2015
CLOSING OF THE BOOKS AND
PREPARATION OF CORPORATE TAX
RETURNS.


Invoice Total                                      $7,250.00

| Date | Type | Reference | Debit | Credit | Balance |
|------|------|-----------|-------|--------|---------|
| 03/01/16 | Beginning Balance | | | | $1,000.00 |
| 03/01/16 | Invoice #115 | | 1,000.00 | | 2,000.00 |
| 03/04/16 | Invoice #343 | | 7,250.00 | | 9,250.00 |
| 03/04/16 | Amount Due | | | | $9,250.00 |

CONFIDENTIAL                                       VOYNOW_024431

(1) Today's date                                        (1)    9.30.15

(2) Name of individual requesting this billing          (2)    RPS

(3) Client Name                                         (3)    STAR CHRY PLYM

(4) Client # / File #                                   (4)         5261

(5) This billing is for work done from Month Ending     (5a)                  , 200

through the Month Ending                                (5b)   9.30.15        , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2014

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

Amount Due          4,075.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  (FINAL)                    W.I.P.

TOTAL W.I.P.:

DATE BILLED:                         W.I.P. TO TRANSFER:

BILLED THROUGH                       W.I.P. TO HOLD:
CLIENT # / FILE #
                                     W.I.P. TO CLEAR:

CLIENT NAME:                         WRITE UP /( DOWN):

BILL # :   73560

DATE KEYPUNCHED:                                             BILL

TOTAL AMOUNT BILLABLE:

LESS RETAINERS AND OR PROGRESS BILLING:

AMOUNT OF BILL:

CONFIDENTIAL                                    VOYNOW_024432

CONFIDENTIAL

VOYNOW_024433

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2015

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                           Client #: 5261/
BAYSIDE, NY 11361                               Invoice: 23560
ATTN: DEBBIE

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2014 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS AND
PREPARATION OF FEDERAL, STATE AND
CITY CORPORATE TAX RETURNS

                     AMOUNT DUE      $ 4,075.00

CONFIDENTIAL

VOYNOW_024434

```
                    Voynow, Bayard, Whyte and Company, LLP              v.7.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                      SORT ON CLIENT ID * SELECTED CLIENTS

5261  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                        DEBBIE
<-------------MOST RECENT 12 MONTHS------------>   <---------------PRIOR 12 MONTHS------------->
MON-YR    BILLS   WRT U/D   WRTOFFS     CASH       MON-YR    BILLS   WRT U/D   WRTOFFS     CASH
------    -----   -------   -------     ----       ------    -----   -------   -------     ----
OCT-14    1,000      0         0       1,000       OCT-13    1,000      0         0          0
NOV-14    1,000      0         0       2,000       NOV-13    1,000      0         0          0
DEC-14    1,000      0         0       7,070       DEC-13    1,000      0         0      13,375
JAN-15    1,000      0         0       1,000       JAN-14    1,000      0         0       2,000
FEB-15    8,850      0         0       1,000       FEB-14    7,750      0         0          0
MAR-15    1,000      0         0       7,850       MAR-14    1,000      0         0          0
APR-15    1,000      0         0       3,000       APR-14    1,000      0         0       8,750
MAY-15    1,000      0         0           0       MAY-14    1,000      0         0       2,000
JUN-15    1,000      0         0       1,000       JUN-14    1,000      0         0          0
JUL-15    1,000      0         0       1,000       JUL-14    1,000      0         0       3,000
AUG-15    1,000      0         0       1,000       AUG-14    1,000      0         0       1,000
SEP-15    1,000      0         0           0       SEP-14    8,070   12,334       0          0
         ------              ---      ------                ------   ------              ------
TOTAL    19,850      0         0      25,920       TOTAL    25,820   12,334       0      30,125

YTD      16,850      0         0      15,850       PYTD     22,820   12,334       0      16,750


AGED     CURRENT    1 MONTH   2 MONTHS   3 MONTHS   4 MONTHS   5+ MONTHS      TOTAL AGED
------   -------    -------   --------   --------   --------   ---------      ----- ----
A/R     1,000.00   1,000.00       0.00       0.00       0.00        0.00    2,000.00  A/R
WIP       185.00   2,871.00  -1,000.00   2,627.00  -1,000.00   -2,971.00      712.00  WIP

YTD WORK    BUDGET      ACTUAL      VARIANCE    %BUDGET    LAST     DATE        AMOUNT TYPE
--------    ------      ------      --------    -------    ----     ----        ------ ----
HOURS        0.00       87.90        -87.90      0.00%    BILLED  12/01/15    1,000.00  PRG
DOLLARS      0.00    14,926.00    -14,926.00     0.00%    PAYMENT 08/31/15    1,000.00  SN

<--------------WORK-IN-PROCESS-------------->    NET WIP   ACCOUNTS   UNAPPLIED      TOTAL
 FEES/HOURS   EXPENSES      DB/CR     OFFSETS    SUBTOTAL  RECEIVABLE   RETAINER    EXPOSURE

  20,562.00      0.00        0.00  -19,850.00      712.00   2,000.00       0.00    2,712.00
     117.10
                                                                               NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)   712.00

                                                  WIP TO XFER: _____

                                                  WIP TO HOLD: _____

                                                  WIP TO CLEAR: _____

                                                  WRITE UP/DOWN: _____

                                                  AMOUNT TO BILL: _____

                                        APPROVED BY: _____ DATE: _____



------------------------------------------------------------------------------
06 Oct 2015 15:59              DWIP SORT ON CLIENT ID     5261  /        PAGE: 61
```

CONFIDENTIAL                                          VOYNOW_024435

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                     SORT ON CLIENT ID * SELECTED CLIENTS

5261  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                      DEBBIE
--------------------------------------------------------------------------------
                     * *   FEE & EXPENSE SUMMARIES   * *

  * CHARGEABLE FEES SUMMARY BY WORK CODE      HOURS        AMOUNT        TOTAL
  REVIEW ENGAGEMENT                            0.50        137.50       137.50
  BUSINESS TAX ENGAGEMENTS                    88.90     15,652.00    15,789.50
  INTERIM SERVICES                            20.00      3,600.00    19,389.50
  SPECIAL PROJECTS-MUST USE MEMO               7.70      1,172.50    20,562.00
  SYSTEM GENERATED FEES                        0.00    -19,850.00       712.00
                                           --------   ------------
        ** TOTAL                             117.10        712.00


  * CHARGEABLE FEES SUMMARY BY STAFF          HOURS        AMOUNT        TOTAL
                                              0.00    -19,850.00   -19,850.00
  118 ROBERT KIRKHOPE                         62.20     11,496.00    -8,354.00
  136 DAVID KUMOR                              6.40        825.50    -7,528.50
  142 TIMOFEY S. KRAVETS                       5.00        600.00    -6,928.50
  144 PHILLIP L. SALEMNO JR                   17.70      2,478.00    -4,450.50
  146 BENJAMIN SIDOR                           0.30         27.00    -4,423.50
  147 DEANNA DOLE                              1.20         90.00    -4,333.50
  220 Temp User1                               3.20        160.00    -4,173.50
  48  Kenneth Mann                             1.00        275.00    -3,898.50
  56  Hugh Whyte                               0.50        137.50    -3,761.00
  63  Betteann Norris                          0.30         30.00    -3,731.00
  75  Bob Seibel                              13.30      2,793.00      -938.00
  83  Randall Franzen                          6.00      1,650.00       712.00
                                           --------   ------------
        ** TOTAL                             117.10        712.00


  * CHARGEABLE FEES SUMMARY BY CTRL DATE      HOURS        AMOUNT        TOTAL
            10/31/14                           0.00     -1,000.00    -1,000.00
            11/30/14                          29.20      4,636.00     3,636.00
            12/31/14                           0.00     -1,000.00     2,636.00
            01/31/15                          24.60      3,630.00     6,266.00
            02/28/15                           5.10     -8,452.50    -2,186.50
            03/31/15                           8.30        215.50    -1,971.00
            04/30/15                           0.00     -1,000.00    -2,971.00
            05/31/15                           0.00     -1,000.00    -3,971.00
            06/30/15                          20.30      2,627.00    -1,344.00
            07/31/15                           0.00     -1,000.00    -2,344.00
            08/31/15                          23.40      2,871.00       527.00
            09/30/15                           6.20        185.00       712.00
                                           --------   ------------
        ** TOTAL                             117.10        712.00




--------------------------------------------------------------------------------
06 Oct 2015 15:59              DWIP SORT ON CLIENT ID     5261  /      PAGE: 62
```

CONFIDENTIAL

VOYNOW_024436

```
                      Voynow, Bayard, Whyte and Company, LLP              v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                           SORT ON CLIENT ID * SELECTED CLIENTS

5261 /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                               DEBBIE
 CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE     HRS      AMOUNT   SEQ#  ACTION
----------------------------------------------------------------------------------------
                      * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

09/30/15 08/31/15  2 93 Hugh Whyte         56  275    0.50      137.50 100096 B H T:

            56  Hugh Whyte                           0.50      137.50

         REVIEW Partner Review                       0.50      137.50

01/31/15 01/06/15  5 21 Kenneth Mann       48  275    0.30       82.50  77013 B H T:

            48  Kenneth Mann                         0.30       82.50

         BUSTAX LIFO Computations                    0.30       82.50

03/31/15 03/02/15  5 61 DAVID KUMOR       136  140    1.40      196.00  77965 B H T:
                   EXTENSION
                   GOING OVER RETURN
03/31/15 03/11/15  5 61 DAVID KUMOR       136  140    0.30       42.00  79225 B H T:
                   E FILE EXT

           136  DAVID KUMOR                          1.70      238.00

03/31/15 03/02/15  5 61 PHILLIP L. SALEMNO J 144 140  2.80      392.00  78701 B H T:
08/31/15 08/26/15  5 61 PHILLIP L. SALEMNO J 144 140  0.50       70.00  99828 B H T:
08/31/15 08/27/15  5 61 PHILLIP L. SALEMNO J 144 140  4.10      574.00  99832 B H T:
08/31/15 08/28/15  5 61 PHILLIP L. SALEMNO J 144 140  3.30      462.00  99835 B H T:

           144  PHILLIP L. SALEMNO JR                10.70    1,498.00

06/30/15 06/23/15  5 61 BENJAMIN SIDOR     146   90    0.20       18.00  92728 B H T:
                   3115
06/30/15 06/25/15  5 61 BENJAMIN SIDOR     146   90    0.10        9.00  92733 B H T:
                   3115 corrections

           146  BENJAMIN SIDOR                       0.30       27.00

09/30/15 09/11/15  5 61 Betteann Norris     63  100    0.30       30.00 100548 B H T:
                   process tax return

            63  Betteann Norris                      0.30       30.00

         BUSTAX Federal Tax Return Prep             13.00    1,793.00

11/30/14 11/24/14  5 68 ROBERT KIRKHOPE    118  180    9.00    1,620.00  68667 B H T:
11/30/14 11/25/14  5 68 ROBERT KIRKHOPE    118  180    9.00    1,620.00  68668 B H T:
11/30/14 11/26/14  5 68 ROBERT KIRKHOPE    118  180    7.20    1,296.00  68669 B H T:

           118  ROBERT KIRKHOPE                      25.20    4,536.00

         BUSTAX Tax Planning                         25.20    4,536.00

01/31/15 01/19/15  5 69 ROBERT KIRKHOPE    118  180   11.00    1,980.00  72632 B H T:
                   year end
01/31/15 01/20/15  5 69 ROBERT KIRKHOPE    118  180   11.00    1,980.00  72633 B H T:
                   year end

           118  ROBERT KIRKHOPE                      22.00    3,960.00
----------------------------------------------------------------------------------------
06 Oct 2015 15:59              DWIP SORT ON CLIENT ID     5261 /       PAGE: 63
```

*Handwritten annotations:* ) TPR ) Plan ) Y/E

```
                    Voynow, Bayard, Whyte and Company, LLP              v.7.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                        SORT ON CLIENT ID * SELECTED CLIENTS

5261  /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                            DEBBIE
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE   HRS      AMOUNT   SEQ#  ACTION
--------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *
```

| CDATE | WDATE | WORK(CODE) | STAFF NAME | SID | RATE | HRS | AMOUNT | SEQ# | ACTION | |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/15 | 03/02/15 | 5 69 | Bob Seibel | 75 | 210 | 0.30 | 63.00 | 79036 | B H T: | |
| | | | Extension. | | | | | | | |
| 03/31/15 | 03/24/15 | 5 69 | Bob Seibel | 75 | 210 | 1.00 | 210.00 | 84888 | B H T: | TPR |
| | | | Research & phone calls with Debbie & Vivian to | | | | | | | |
| | | | determine basis in 211-44 Jamaica Ave. | | | | | | | |
| 08/31/15 | 08/24/15 | 5 69 | Bob Seibel | 75 | 210 | 1.50 | 315.00 | 102682 | B H T: | TPR |
| | | | Go over cost seg study from  ETS and go over | | | | | | | |
| | | | questions with Sarah and Henry & conf call with | | | | | | | |
| | | | Henry & Dave H. | | | | | | | |
| 08/31/15 | 08/25/15 | 5 69 | Bob Seibel | 75 | 210 | 2.50 | 525.00 | 102689 | B H T: | TPR |
| | | | Go over cost seg with Henry from ETS and changes | | | | | | | |
| | | | and tie in & record cost seg on books review and | | | | | | | |
| | | | give to Phil to begin | | | | | | | |
| | | | running returns. | | | | | | | |
| 08/31/15 | 08/26/15 | 5 69 | Bob Seibel | 75 | 210 | 1.00 | 210.00 | 102672 | B H T: | TPR |
| | | | Final changes from ETS on 481a and give to Phil | | | | | | | |
| | | | to run return. | | | | | | | |
| 08/31/15 | 08/27/15 | 5 69 | Bob Seibel | 75 | 210 | 2.00 | 420.00 | 102698 | B H T: | |
| | | | Review tax return. | | | | | | | |
| 08/31/15 | 08/28/15 | 5 69 | Bob Seibel | 75 | 210 | 1.50 | 315.00 | 102701 | B H T: | |
| | | | Review returns & in for RF to review. | | | | | | | |
| 09/30/15 | 08/31/15 | 5 69 | Bob Seibel | 75 | 210 | 0.50 | 105.00 | 102935 | B H T: | TPR |
| | | | Tax return. | | | | | | | |
| 09/30/15 | 09/10/15 | 5 69 | Bob Seibel | 75 | 210 | 2.00 | 420.00 | 103074 | B H T: | |
| | | | 3115's and in for processing. | | | | | | | |
| 09/30/15 | 09/11/15 | 5 69 | Bob Seibel | 75 | 210 | 0.50 | 105.00 | 103087 | B H T: | |
| | | | out | | | | | | | |
| 09/30/15 | 09/14/15 | 5 69 | Bob Seibel | 75 | 210 | 0.50 | 105.00 | 104294 | B H T: | |
| | | | Q | | | | | | | |
| | | 75 | Bob Seibel | | | 13.30 | 2,793.00 | | | |
| 11/30/14 | 11/25/14 | 5 69 | Randall Franzen | 83 | 275 | 4.00 | 1,100.00 | 66936 | B H T: | PLAN |
| | | | go to NY and do tax planning | | | | | | | Y/E |
| 01/31/15 | 01/21/15 | 5 69 | Randall Franzen | 83 | 275 | 2.00 | 550.00 | 73640 | B H T: | |
| | | | go to dealership in NY and do the year end | | | | | | | |
| | | 83 | Randall Franzen | | | 6.00 | 1,650.00 | | | |
| | | BUSTAX | Year End Tax Work | | | 41.30 | 8,403.00 | | | |
| 02/28/15 | 02/06/15 | 5 90 | DAVID KUMOR | 136 | 125 | 1.40 | 175.00 | 74090 | B H T: | |
| | | | ADJUSTING ENTRIES | | | | | | | |
| | | | GOING OVER TRIAL | | | | | | | |
| 03/31/15 | 02/28/15 | 5 90 | DAVID KUMOR | 136 | 125 | 2.50 | 312.50 | 76476 | B H T: | |
| | | | ADJUSTING ENTRIES | | | | | | | |
| | | | LIFO | | | | | | | |
| | | | UNICAP | | | | | | | |
| | | 136 | DAVID KUMOR | | | 3.90 | 487.50 | | | |
| 02/28/15 | 01/28/15 | 5 90 | Temp User1 | 220 | 50 | 3.20 | 160.00 | 73224 | B H T: | |
| | | 220 | Temp User1 | | | 3.20 | 160.00 | | | |

```
--------------------------------------------------------------------------------------
06 Oct 2015 15:59              DWIP SORT ON CLIENT ID   5261  /        PAGE: 64
```

CONFIDENTIAL

VOYNOW_024438

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                       SORT ON CLIENT ID * SELECTED CLIENTS

5261  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                          DEBBIE
 CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE  HRS     AMOUNT   SEQ# ACTION
--------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


          BUSTAX Trial Balance Data Inpu           7.10     647.50

09/30/15 09/02/15  5 97 DEANNA DOLE       147  75  1.20      90.00 100006 B H T:

          147 DEANNA DOLE                          1.20      90.00

          BUSTAX Math/Proof Report/Retur           1.20      90.00

01/31/15 01/24/15  5 99 DAVID KUMOR       136 125  0.30      37.50  71933 B H T:
                   PUTTING TOGETHER TRIAL TO BE ENTERED
02/28/15 02/02/15  5 99 DAVID KUMOR       136 125  0.50      62.50  74043 B H T:
                   GETTING WORKPAPERS TOGETHER

          136 DAVID KUMOR                          0.80     100.00

          BUSTAX Report Typing                     0.80     100.00

06/30/15 06/10/15  6  1 ROBERT KIRKHOPE   118 200  8.00   1,600.00  92824 B H T:
                   interim
06/30/15 06/11/15  6  1 ROBERT KIRKHOPE   118 200  7.00   1,400.00  92825 B H T:
                   interim

          118 ROBERT KIRKHOPE                      15.00   3,000.00

          INTSER Interim Visit Planning            15.00   3,000.00

06/30/15 06/10/15  6 20 TIMOFEY S. KRAVETS  142 120  5.00     600.00  91720 B H T:
                   service

          142 TIMOFEY S. KRAVETS                    5.00     600.00

          INTSER Service Dept Analysis             5.00     600.00

08/31/15 08/25/15  8 32 PHILLIP L. SALEMNO J 144 140  1.80    252.00  99823 B H T:
                   3115 PREP
08/31/15 08/26/15  8 32 PHILLIP L. SALEMNO J 144 140  2.20    308.00  99824 B H T:
                   3115 prep
08/31/15 08/27/15  8 32 PHILLIP L. SALEMNO J 144 140  2.30    322.00  99833 B H T:
                   3115 Prep
08/31/15 08/28/15  8 32 PHILLIP L. SALEMNO J 144 140  0.70     98.00  99836 B H T:
                   3115 Prep

          144 PHILLIP L. SALEMNO JR                7.00     980.00

09/30/15 09/01/15  8 32 Kenneth Mann       48 275  0.30      82.50 102887 B H T:
                   REVIEW 3115'S
09/30/15 09/10/15  8 32 Kenneth Mann       48 275  0.40     110.00 103035 B H T:
                   review 3115's

          48  Kenneth Mann                         0.70     192.50

          Other Special Projects(detail)           7.70   1,172.50

--------------------------------------------------------------------------------
06 Oct 2015 15:59           DWIP SORT ON CLIENT ID   5261  /      PAGE: 65
```

*I* (handwritten annotation)

*I* (handwritten annotation)

*TPR* (handwritten annotation)

*TPR* (handwritten annotation)

CONFIDENTIAL                    VOYNOW_024439

```
                          Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                          SORT ON CLIENT ID * SELECTED CLIENTS

5261  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                            DEBBIE
CDATE     WDATE      WORK(CODE)   STAFF NAME     SID RATE     HRS       AMOUNT   SEQ#  ACTION
-------------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

         * * TOTAL FEES                          117.10    20,562.00


                    * *    DEBITS & CREDITS    * *

10/31/14 10/31/14 99  3                                   -1,000.00  44634 B H T:
11/30/14 11/30/14 99  3                                   -1,000.00  51520 B H T:
12/31/14 09/30/14 99  3                                   -1,000.00  54090 B H T:
01/31/15 01/31/15 99  3                                   -1,000.00  66033 B H T:
02/28/15 02/28/15 99  3                                   -1,000.00  66616 B H T:
02/28/15 02/28/15 99  3                                   -7,850.00  75374 B H T:
03/31/15 03/31/15 99  3                                   -1,000.00  68143 B H T:
04/30/15 04/30/15 99  3                                   -1,000.00  72470 B H T:
05/31/15 05/31/15 99  3                                   -1,000.00  75463 B H T:
06/30/15 06/30/15 99  3                                   -1,000.00  76009 B H T:
07/31/15 07/31/15 99  3                                   -1,000.00  86197 B H T:
08/31/15 08/31/15 99  3                                   -1,000.00  86943 B H T:
09/30/15 09/30/15 99  3                                   -1,000.00  88902 B H T:


         * * TOTAL PROGRESS BILLS AND OTHER CREDITS      -19,850.00


          FEES     EXPENSES    SUB-TOTAL      DB/CR    SUB-TOTAL      OFFSETS     NET WIP
        ----------  ----------  ----------  ----------  ----------  ----------  ----------
        20,562.00        0.00   20,562.00        0.00   20,562.00  -19,850.00      712.00
                                                                              ==========
```

CONFIDENTIAL                                          VOYNOW_024440

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.30.15 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | METRO CHRYSLER PLYM |
| (4) Client # / File # | (4) | 5261 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.30.15 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due          3,470.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                    W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #
: _____               W.I.P. TO HOLD: _____

W.I.P. TO CLEAR: _____

CLIENT NAME: _____          WRITE UP /( DOWN): _____

BILL # : 23559

DATE KEYPUNCHED: _____                              BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

S.K 1040

CONFIDENTIAL

VOYNOW_024441



CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2015

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                    Client #: 5261/
BAYSIDE, NY 11361                       Invoice: 23559
ATTN: DEBBIE

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

                    AMOUNT DUE          $ 3,470.00



CONFIDENTIAL                                    VOYNOW_024443

(1) Today's date                                    (1)    9.30.15

(2) Name of individual requesting this billing      (2)    RPS

(3) Client Name                                 (3)    STAR NISSAN

(4) Client # / File #                              (4)       5266

(5) This billing is for work done from Month Ending    (5a)              , 200

        through the Month Ending              (5b)    9.30.15      , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

    Accounting Services as Requested:

    Special accounting services as requested.

                                     Amount Due       3,470.00

If this is a zero bill (to clear out W.I.P.)  Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  (FINAL)                W.I.P.

                              TOTAL W.I.P.:

DATE BILLED:                        W.I.P. TO TRANSFER:

BILLED THROUGH
CLIENT # / FILE @                      W.I.P. TO HOLD:

:                                 W.I.P. TO CLEAR:

CLIENT NAME:                      WRITE UP /( DOWN):

BILL # :

DATE KEYPUNCHED:                             BILL

                     TOTAL AMOUNT BILLABLE:

     LESS RETAINERS AND OR PROGRESS BILLING:

                            AMOUNT OF BILL:

J-K. 1040

CONFIDENTIAL

CONFIDENTIAL

VOYNOW_024445

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2015

STAR NISSAN INC.
206-26 NORTHERN BOULEVARD
BAYSIDE, NY 11361                    Client #: 5266/
ATTN: VIVIAN                         Invoice: 23556

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

           AMOUNT DUE          $ 3,470.00



CONFIDENTIAL                    VOYNOW_024446

(1) Today's date                                              (1)   9.30.15

(2) Name of individual requesting this billing               (2)   RPS

(3) Client Name                                              (3)   STAR TOYOTA

(4) Client # / File #                                        (4)          5267

(5) This billing is for work done from Month Ending          (5a)                    , 200

     through the Month Ending                            (5b)   9.30.15          , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due          3,470.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  **(FINAL)**                    W.I.P.

TOTAL W.I.P.:

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                    W.I.P. TO HOLD: _____

_____                    W.I.P. TO CLEAR: _____

CLIENT NAME: _____          WRITE UP /( DOWN): _____

BILL # :   23533

DATE KEYPUNCHED: _____                            BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

M.K. 1040

CONFIDENTIAL                                        VOYNOW_024447

CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2015

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361                          Client #: 5267/
ATTN: VIVIAN                               Invoice: 23553

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

           AMOUNT DUE          $3,470.00



CONFIDENTIAL                                VOYNOW_024449

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.30.15 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR CHRY PLYM |
| (4) Client # / File # | (4) | 5261 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.30.15 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on compliance with the Final Tangible Property Regulations

issued by the Internal Revenue Service including: Review of depreciation schedules and

underlying construction and NYC real estate tax documents. Gather and send

information to Engineering Tax Services for cost segregation study and review of ETS

projection and price quote. Review of cost segregation study completed by ETS and

reconcile to Depreciation Schedule and General Ledger and record Section 481A adjustment.

Review depreciation schedule to determine retired assets and remove from depreciation

schedule and general ledger and determine associated Section 481A adjustment.

Review of IRS form 3115 prepared by ETS for changes in accounting method

number 7. Preparation of IRS forms 3115 for changes in accounting method

numbers 21, 184, 186, 187, 192, and 206 and ancillary current year tax elections required

to comply with the Final Tangible Property Regulations.

Amount Due        6,920.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                    W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____            W.I.P. TO TRANSFER: _____

BILLED THROUGH            W.I.P. TO HOLD: _____
CLIENT # / FILE #
_____            W.I.P. TO CLEAR: _____

CLIENT NAME: _____            WRITE UP /( DOWN): _____

BILL #: 3,658

DATE KEYPUNCHED: _____                    BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL



CONFIDENTIAL

VOYNOW_024451

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2015

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                          Client #: 5261/
BAYSIDE, NY 11361                             Invoice: 23558
ATTN: DEBBIE

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON COMPLIANCE
WITH THE FINAL TANGIBLE PROPERTY REGULATIONS
ISSUED BY THE INTERNAL REVENUE SERVICE INCLUDING:
REVIEW OF DEPRECIATION SCHEDULES AND UNDERLYING
CONSTRUCTION, PURCHASE AND NYC REAL ESTATE
TAX DOCUMENTS.  GATHER AND SEND INFORMATION
TO ENGINEERING TAX SERVICES FOR COST SEGREGATION
STUDY AND REVIEW OF ETS PROJECTION AND PRICE
QUOTE.  REVIEW OF COST SEGREGATION STUDY COMPLETED
BY ETS AND RECONCILE TO DEPRECIATION SCHEDULE AND
GENERAL LEDGER AND RECORD SECTION 481A ADJUSTMENT.
REVIEW DEPRECIATION SCHEDULE TO DETERMINE RETIRED
ASSETS AND REMOVE FROM DEPRECIATION SCHEDULE AND
GENERAL LEDGER AND DETERMINE ASSOCIATED SECTION
481A ADJUSTMENT. REVIEW OF IRS FORMS 3115 PREPARED
BY ETS AND CHANGES IN ACCOUNTING METHOD NUMBER
7. PREPARATION OF IRS FORMS 3115 FOR
CHANGE IN ACCOUNTING METHOD NUMBERS 21, 184,
186, 187, 192 AND 206 AND ANCILLARY CURRENT YEAR TAX
ELECTIONS REQUIRED TO COMPLY WITH THE FINAL
TANGIBLE PROPERTY REGULATIONS

AMOUNT DUE                $ 6,920.00

CONFIDENTIAL

VOYNOW_024452

# VOYNOW BAYARD CO
## WIP

| | |
|---|---|
| (1) Today's date | (1) 2.6.15 |
| (2) Name of individual requesting this billing | (2) RANDY |
| (3) Client Name | (3) STAR CHRYSLER JEEP |
| (4) Client # / File # | (4) 5261 |
| (5) This billing is for work done from Month Ending | (5a) , 200 |
| through the Month Ending | (5b 1.31.15 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2014 closing of the books

preparation of Federal , State and city

corporate tax returns.

PREPARATION OF New Tangible property rules

Progress Change to application

**Accountant**

Amount Due          7,850.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  (FINAL)                    W.I.P.

| | | | |
|---|---|---|---|
| **LAST YEAR BILL:** 6,750 | TOTAL W.I.P.: | | |
| DATE BILLED: | W.I.P. TO TRANSFER: | | |
| BILLED THROUGH CLIENT # / FILE # : | W.I.P. TO HOLD: | | |
| | W.I.P. TO CLEAR: | | |
| CLIENT NAME: | WRITE UP / DOWN: | | |
| BILL # : 23436 | | | |
| DATE KEYPUNCHED: | | BILL | |
| | TOTAL AMOUNT BILLABLE: | 7,850.00 | |
| | LESS RETAINERS AND OR PROGRESS BILLING: | | |
| | AMOUNT OF BILL: | 7,850.00 | |

CONFIDENTIAL

VOYNOW_024454

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

February 9, 2015

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                    Client #: 5261/
BAYSIDE, NY 11361                       Invoice: 23436
ATTN: DEBBIE

PROFESSIONAL SERVICES:

PROGRESS BILLING FOR WORK COMPLETED
ON THE DECEMBER 31, 2014 CLOSING OF
THE BOOKS, PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS
AND PROGRESS CHARGE FOR APPLICATION
FOR NEW TANGIBLE PROPERTY RULES

                    PROGRESS AMOUNT DUE    $ 7,850.00

CONFIDENTIAL                    VOYNOW_024455

(1) Today's date                                          (1)   9.24.14

(2) Name of individual requesting this billing            (2)   RPS

(3) Client Name                                           (3)   STAR CHRY PLYM

(4) Client # / File #                                     (4)        5261

(5) This billing is for work done from Month Ending       (5a)                    , 200

   through the Month Ending                               (5b)   9.24.14          , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

   Accounting Services as Requested:

   Final billing for work completed on December 31, 2013

   closing of the books, preparation of tax work papers,

   preparation of federal, state, and city Corp. tax returns.

                              Amount Due          3,680.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  **(FINAL)**                    W.I.P.

                                        TOTAL W.I.P.: _____

DATE BILLED: _____              W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                        W.I.P. TO HOLD: _____
:                  _____        W.I.P. TO CLEAR: _____

CLIENT NAME: _____              WRITE UP /( DOWN): _____

BILL # :  23076

DATE KEYPUNCHED: _____                          BILL

                              TOTAL AMOUNT BILLABLE: _____

          LESS RETAINERS AND OR PROGRESS BILLING: _____

                              AMOUNT OF BILL: _____

CONFIDENTIAL                                    VOYNOW_024456

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2014

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                      Client #: 5261/
BAYSIDE, NY 11361                         Invoice: 23076
ATTN: DEBBIE

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2013 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS AND
PREPARATION OF FEDERAL, STATE AND CITY
CORPORATE TAX RETURNS

                    AMOUNT DUE        $ 3,680.00

CONFIDENTIAL                              VOYNOW_024457

```
                    Voynow, Bayard, Whyte and Company, LLP              v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                       SORT ON CLIENT ID * SELECTED CLIENTS

5261  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                        DEBBIE
<-----------MOST RECENT 12 MONTHS----------->    <--------------PRIOR 12 MONTHS------------->
MON-YR   BILLS    WRT U/D   WRTOFFS      CASH     MON-YR   BILLS   WRT U/D   WRTOFFS      CASH
------   -----    -------   -------      ----     ------   -----   -------   -------      ----
OCT-13   1,000       0         0           0      OCT-12   1,000      0         0           0
NOV-13   1,000       0         0           0      NOV-12   1,000      0         0      11,315
DEC-13   1,000       0         0      13,375      DEC-12   1,000      0         0           0
JAN-14   1,000       0         0       2,000      JAN-13   1,000      0         0           0
FEB-14   7,750       0         0           0      FEB-13   1,000      0         0           0
MAR-14   1,000       0         0           0      MAR-13   7,525      0         0           0
APR-14   1,000       0         0       8,750      APR-13   1,000      0         0           0
MAY-14   1,000       0         0       2,000      MAY-13   1,000      0         0           0
JUN-14   1,000       0         0           0      JUN-13   1,000      0         0      11,525
JUL-14   1,000       0         0       3,000      JUL-13   1,000      0         0           0
AUG-14   1,000       0         0       1,000      AUG-13   1,000      0         0           0
SEP-14   1,000       0         0           0      SEP-13  12,375  17,831         0       4,000
-------------------------------------------      -------------------------------------------
TOTAL   18,750       0         0      30,125      TOTAL   29,900  17,831         0      26,840

YTD     15,750       0         0      16,750      PYTD    26,900  17,831         0      15,525


AGED     CURRENT    1 MONTH    2 MONTHS    3 MONTHS    4 MONTHS   5+ MONTHS        TOTAL  AGED
------------------------------------------------------------------------------------------
A/R     1,000.00       0.00        0.00        0.00        0.00        0.00     1,000.00  A/R
WIP      -875.00     622.50    3,345.00     -106.00      -59.00   -8,192.00    -5,264.50  WIP

YTD WORK    BUDGET       ACTUAL      VARIANCE    %BUDGET    LAST      DATE        AMOUNT TYPE
------------------------------------------------------------------------------------------
HOURS         0.00        79.80       -79.80      0.00%   BILLED  12/01/14     1,000.00  PRG
DOLLARS       0.00    12,415.50   -12,415.50      0.00%   PAYMENT 08/18/14     1,000.00  SN

<---------------WORK-IN-PROCESS--------------->    NET WIP    ACCOUNTS    UNAPPLIED       TOTAL
     FEES    EXPENSES      DB/CR     OFFSETS     SUBTOTAL   RECEIVABLE     RETAINER    EXPOSURE
------------------------------------------------------------------------------------------
 13,485.50       0.00       0.00  -18,750.00    -5,264.50    1,000.00        0.00   -4,264.50

                                                                             NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)  -5,264.50

                                              WIP TO XFER:  _____

                                              WIP TO HOLD:  _____

                                             WIP TO CLEAR:  _____

                                           WRITE UP/DOWN:  _____

                                          AMOUNT TO BILL:  _____

                                   APPROVED BY:  _____ DATE:  _____



------------------------------------------------------------------------------------------
26 Sep 2014 09:28              DWIP SORT ON CLIENT ID    5261  /        PAGE: 51
```

CONFIDENTIAL

VOYNOW_024458

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                       SORT ON CLIENT ID * SELECTED CLIENTS

5261  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                    DEBBIE
---------------------------------------------------------------------------------
                    * *  FEE & EXPENSE SUMMARIES  * *

   * CHARGEABLE FEES SUMMARY BY WORK CODE      HOURS       AMOUNT        TOTAL
   REVIEW ENGAGEMENT                            1.00       275.00       275.00
   BUSINESS TAX ENGAGEMENTS                    50.50     7,960.50     8,235.50
   INTERIM SERVICES                            32.00     5,125.00    13,360.50
   SPECIAL PROJECTS-MUST USE MEMO               1.00       125.00    13,485.50
   SYSTEM GENERATED FEES                        0.00   -18,750.00    -5,264.50
                                             --------  ------------
           ** TOTAL                            84.50    -5,264.50


   * CHARGEABLE FEES SUMMARY BY STAFF         HOURS       AMOUNT        TOTAL
                                               0.00   -18,750.00   -18,750.00
   118 ROBERT KIRKHOPE                         41.00     7,380.00   -11,370.00
   135 VINCENT BUCOLO                           1.70       203.00   -11,167.00
   136 DAVID KUMOR                             11.30     1,245.50    -9,921.50
   138 MIKE CORRIGAN                            5.30       404.00    -9,517.50
   139 KAITLYN M. METZ                          0.90        45.00    -9,472.50
   142 TIMOFEY S. KRAVETS                       9.40       938.00    -8,534.50
   48  Kenneth Mann                             0.60       165.00    -8,369.50
   56  Hugh Whyte                               1.00       275.00    -8,094.50
   63  Betteann Norris                          0.30        30.00    -8,064.50
   75  Bob Seibel                               9.00     1,800.00    -6,264.50
   83  Randall Franzen                          4.00     1,000.00    -5,264.50
                                             --------  ------------
           ** TOTAL                            84.50    -5,264.50


   * CHARGEABLE FEES SUMMARY BY CTRL DATE     HOURS       AMOUNT        TOTAL
           10/31/13                            0.00    -1,000.00    -1,000.00
           11/30/13                            0.50      -950.00    -1,950.00
           12/31/13                            4.20        20.00    -1,930.00
           01/31/14                            1.50      -790.00    -2,720.00
           02/28/14                           24.90    -3,955.00    -6,675.00
           03/31/14                            3.60      -517.00    -7,192.00
           04/30/14                            0.00    -1,000.00    -8,192.00
           05/31/14                            6.10       -59.00    -8,251.00
           06/30/14                            5.40      -106.00    -8,357.00
           07/31/14                           24.20     3,345.00    -5,012.00
           08/31/14                           13.10       622.50    -4,389.50
           09/30/14                            1.00      -875.00    -5,264.50
                                             --------  ------------
           ** TOTAL                            84.50    -5,264.50




---------------------------------------------------------------------------------
26 Sep 2014 09:28              DWIP SORT ON CLIENT ID    5261  /      PAGE: 52
```

CONFIDENTIAL

VOYNOW_024459

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                        SORT ON CLIENT ID * SELECTED CLIENTS

5261  /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                        DEBBIE
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS      AMOUNT    SEQ# ACTION
--------------------------------------------------------------------------------

              * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

06/30/14 06/12/14  2 93 Hugh Whyte        56   275    1.00      275.00  43440 B H T:

      56   Hugh Whyte                                 1.00      275.00

      REVIEW Partner Review                           1.00      275.00

01/31/14 01/02/14  5 21 KAITLYN M. METZ   139    50   0.70       35.00  21047 B H T:
                   LIFO RESERVE ADJUSTMENT
01/31/14 01/03/14  5 21 KAITLYN M. METZ   139    50   0.20       10.00  21054 B H T:
                   LIFO RESERVE

      139  KAITLYN M. METZ                            0.90       45.00

01/31/14 01/02/14  5 21 Kenneth Mann      48   275    0.20       55.00  26303 B H T:
                   Lifo supervise Kaitlyn
01/31/14 01/06/14  5 21 Kenneth Mann      48   275    0.20       55.00  26334 B H T:
                   Lifo
01/31/14 01/09/14  5 21 Kenneth Mann      48   275    0.20       55.00  26350 B H T:
                   factory statements - LIFO

      48   Kenneth Mann                               0.60      165.00

      BUSTAX LIFO Computations                        1.50      210.00

03/31/14 03/03/14  5 60 DAVID KUMOR       136  110    0.60       66.00  29006 B H T:
                   EXTENSIONS
03/31/14 03/10/14  5 60 DAVID KUMOR       136  110    0.10       11.00  29538 B H T:
                   PUTTING IN FOR E FILE

      136  DAVID KUMOR                                0.70       77.00

03/31/14 02/25/14  5 60 TIMOFEY S. KRAVETS 142   80   0.10        8.00  27840 B H T:
                   Prepared federal extension form 7004 in gosystems

      142  TIMOFEY S. KRAVETS                         0.10        8.00

      BUSTAX Income Tax Project & Ex                  0.80       85.00

05/31/14 05/15/14  5 61 DAVID KUMOR       136  110    2.50      275.00  41369 B H T:
                   STARTING RETURN
06/30/14 06/02/14  5 61 DAVID KUMOR       136  110    2.60      286.00  43090 B H T:
                   UPDATING RETURN

      136  DAVID KUMOR                                5.10      561.00

08/31/14 07/31/14  5 61 Betteann Norris   63   100    0.30       30.00  51372 B H T:
                   process tax returns

      63   Betteann Norris                            0.30       30.00

      BUSTAX Federal Tax Return Prep                  5.40      591.00

12/31/13 11/27/13  5 68 VINCENT BUCOLO    135  100    0.20       20.00  16529 B H T:

      135  VINCENT BUCOLO                             0.20       20.00

--------------------------------------------------------------------------------
26 Sep 2014 09:28               DWIP SORT ON CLIENT ID   5261  /       PAGE: 53
```

CONFIDENTIAL

VOYNOW_024460

Voynow, Bayard, Whyte and Company, LLP                    v.7.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
SORT ON CLIENT ID * SELECTED CLIENTS

5261  /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                        DEBBIE
CDATE     WDATE     WORK(CODE)  STAFF NAME     SID RATE     HRS       AMOUNT    SEQ# ACTION
-----------------------------------------------------------------------------------------------

                    * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

11/30/13 11/22/13  5 68 DAVID KUMOR        136 100    0.50      50.00 15902 B H T:
                    PACKING FOR STAR

       136 DAVID KUMOR                              0.50      50.00

12/31/13 11/26/13  5 68 Randall Franzen     83 250    4.00    1,000.00 17673 B H T:
                    go to NY and do tax planning

       83  Randall Franzen                          4.00    1,000.00

    BUSTAX Tax Planning                             4.70    1,070.00

02/28/14 01/27/14  5 69 ROBERT KIRKHOPE    118 180    8.00    1,440.00 35647 B H T:
02/28/14 01/28/14  5 69 ROBERT KIRKHOPE    118 180    4.00      720.00 35648 B H T:
02/28/14 01/29/14  5 69 ROBERT KIRKHOPE    118 180    5.00      900.00 35650 B H T:

       118 ROBERT KIRKHOPE                         17.00    3,060.00

02/28/14 02/07/14  5 69 Bob Seibel          75 200    0.50      100.00 24888 B H T:
03/31/14 03/07/14  5 69 Bob Seibel          75 200    1.00      200.00 35176 B H T:
                    Go over extensions & Lifo with Debbie.
05/31/14 05/14/14  5 69 Bob Seibel          75 200    1.50      300.00 42650 B H T:
                    Tax return.
05/31/14 05/19/14  5 69 Bob Seibel          75 200    1.50      300.00 42677 B H T:
                    Tax return.
06/30/14 06/03/14  5 69 Bob Seibel          75 200    1.00      200.00 44368 B H T:
                    Tax return.
06/30/14 06/04/14  5 69 Bob Seibel          75 200    0.50      100.00 44376 B H T:
                    6/15 est.
08/31/14 07/28/14  5 69 Bob Seibel          75 200    1.00      200.00 51920 B H T:
                    Tax Return
08/31/14 08/01/14  5 69 Bob Seibel          75 200    1.00      200.00 51939 B H T:
                    Tax return.
08/31/14 08/11/14  5 69 Bob Seibel          75 200    1.00      200.00 52451 B H T:
                    Tax return

        75  Bob Seibel                             9.00    1,800.00

    BUSTAX Year End Tax Work                       26.00    4,860.00

02/28/14 02/01/14  5 90 DAVID KUMOR        136 110    0.50       55.00 24588 B H T:
                    LOOKING OVER TRAIL
02/28/14 02/04/14  5 90 DAVID KUMOR        136 110    0.40       44.00 24731 B H T:
                    GOING OVER TAX CODES REPORT
02/28/14 02/05/14  5 90 DAVID KUMOR        136 110    1.20      132.00 24728 B H T:
                    UNICAP CALCULATIONS
                    ADJUSTING ENTRIES
03/31/14 03/07/14  5 90 DAVID KUMOR        136 110    0.90       99.00 29037 B H T:
                    POSTING LIFO TRADE DISCOUNTS
                    LIFO DID NOT TIE   FIGURING OUT WHAT LIFO SHOULD
                    BE
03/31/14 03/08/14  5 90 DAVID KUMOR        136 110    0.40       44.00 29051 B H T:
                    ADJUSTING ENTRIES
03/31/14 03/10/14  5 90 DAVID KUMOR        136 110    0.50       55.00 29533 B H T:
-----------------------------------------------------------------------------------------------

CONFIDENTIAL                                          VOYNOW_024461

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                     SORT ON CLIENT ID * SELECTED CLIENTS

5261 /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                           DEBBIE
CDATE     WDATE    WORK(CODE)  STAFF NAME    SID RATE     HRS      AMOUNT    SEQ# ACTION
-------------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

              POSTING ADJUSTING ENTRIES
05/31/14 05/15/14  5 90 DAVID KUMOR       136 110    0.60      66.00  41368 B H T:
              ADJUSTING ENTRIES

     136 DAVID KUMOR                            4.50      495.00

02/28/14 01/30/14  5 90 MIKE CORRIGAN     138  75    4.00     300.00  23753 B H T:
              Entering Trial Balance and creating tax file
              folder
02/28/14 02/03/14  5 90 MIKE CORRIGAN     138  80    1.00      80.00  24785 B H T:
              Entered Trial Balance, made the neccassary
              adjustments
02/28/14 02/04/14  5 90 MIKE CORRIGAN     138  80    0.30      24.00  24788 B H T:
              Made corrections to trial balance

     138 MIKE CORRIGAN                          5.30      404.00

     BUSTAX Trial Balance Data Inpu            9.80      899.00

06/30/14 06/02/14  5 97 VINCENT BUCOLO    135 110    0.30      33.00  42873 B H T:
              with kumor finding error why book inc wont tie

     135 VINCENT BUCOLO                         0.30       33.00

08/31/14 07/29/14  5 97 TIMOFEY S. KRAVETS  142 100   1.50     150.00  51269 B H T:

     142 TIMOFEY S. KRAVETS                     1.50      150.00

     BUSTAX Math/Proof Report/Retur            1.80      183.00

08/31/14 08/27/14  5 99 DAVID KUMOR       136 125    0.50      62.50  53475 B H T:
              SETTING UP FOR E FILE

     136 DAVID KUMOR                            0.50       62.50

     BUSTAX Report Typing                      0.50       62.50

07/31/14 07/07/14  6  1 ROBERT KIRKHOPE   118 180    7.00   1,260.00  52904 B H T:
              star ;etters
07/31/14 07/08/14  6  1 ROBERT KIRKHOPE   118 180    3.00     540.00  52905 B H T:
              star letters
07/31/14 07/23/14  6  1 ROBERT KIRKHOPE   118 180    7.00   1,260.00  52928 B H T:
              interim
07/31/14 07/24/14  6  1 ROBERT KIRKHOPE   118 180    7.00   1,260.00  52927 B H T:
              interim

     118 ROBERT KIRKHOPE                       24.00    4,320.00

07/31/14 07/22/14  6  1 VINCENT BUCOLO    135 125    0.20      25.00  51079 B H T:
              getting stuff ready for

     135 VINCENT BUCOLO                         0.20       25.00

     INTSER Interim Visit Planning            24.20    4,345.00

-------------------------------------------------------------------------------------
26 Sep 2014 09:28              DWIP SORT ON CLIENT ID   5261 /      PAGE: 55
```

CONFIDENTIAL

VOYNOW_024462

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                    SORT ON CLIENT ID * SELECTED CLIENTS

5261  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                        DEBBIE
CDATE   WDATE    WORK(CODE)  STAFF NAME     SID RATE   HRS      AMOUNT   SEQ# ACTION
--------------------------------------------------------------------------------------

                * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

08/31/14 07/28/14  6 84 TIMOFEY S. KRAVETS  142 100    5.40     540.00  51266 B H T:
08/31/14 07/29/14  6 84 TIMOFEY S. KRAVETS  142 100    1.30     130.00  51270 B H T:
08/31/14 07/30/14  6 84 TIMOFEY S. KRAVETS  142 100    0.50      50.00  51284 B H T:
08/31/14 07/31/14  6 84 TIMOFEY S. KRAVETS  142 100    0.60      60.00  51290 B H T:

          142 TIMOFEY S. KRAVETS                       7.80     780.00

     INTSER Letters to Client, Prep                    7.80     780.00

09/30/14 09/04/14  8 32 VINCENT BUCOLO      135 125    1.00     125.00  54301 B H T:
                   censuses

          135 VINCENT BUCOLO                            1.00     125.00

     Other Special Projects(detail)                    1.00     125.00


     * * TOTAL FEES                                    94.50   13,485.50


                * *   DEBITS & CREDITS   * *

10/31/13 10/31/13 99  3                                      -1,000.00 996402 B H T:
11/30/13 11/30/13 99  3                                      -1,000.00   4789 B H T:
12/31/13 12/31/13 99  3                                      -1,000.00   4926 B H T:
01/31/14 01/31/14 99  3                                      -1,000.00  14750 B H T:
02/28/14 02/28/14 99  3                                      -1,000.00  14888 B H T:
02/28/14 02/28/14 99  3                                      -6,750.00  25510 B H T:
03/31/14 03/31/14 99  3                                      -1,000.00  16261 B H T:
04/30/14 04/30/14 99  3                                      -1,000.00  19315 B H T:
05/31/14 05/31/14 99  3                                      -1,000.00  19457 B H T:
06/30/14 06/30/14 99  3                                      -1,000.00  24202 B H T:
07/31/14 07/31/14 99  3                                      -1,000.00  30354 B H T:
08/31/14 08/31/14 99  3                                      -1,000.00  38498 B H T:
09/30/14 09/30/14 99  3                                      -1,000.00  41273 B H T:


     * * TOTAL PROGRESS BILLS AND OTHER CREDITS         -18,750.00


        FEES     EXPENSES   SUB-TOTAL      DB/CR    SUB-TOTAL    OFFSETS     NET WIP
     ----------  ----------  ----------  ----------  ----------  ----------  ----------
     13,485.50       0.00   13,485.50       0.00   13,485.50  -18,750.00   -5,264.50
```

CONFIDENTIAL                                              VOYNOW_024463

# VOYNOW BAYARD CO
## WIP

| | |
|---|---|
| (1) Today's date | (1) 2.6.14 |
| (2) Name of individual requesting this billing | (2) RANDY |
| (3) Client Name | (3) STAR CHRYSLER JEEP |
| (4) Client # / File # | (4)     5261 |
| (5) This billing is for work done from Month Ending | (5a)                    ,    200 |
| through the Month Ending | (5b    1.31.14              ,    200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2013 closing of the books

preparation of Federal , State and city

corporate tax returns.

**Accountant**

Amount Due          6,750.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  (FINAL)                    W.I.P.

| LAST YEAR BILL: | 6,525 | TOTAL W.I.P.: | |
|---|---|---|---|
| DATE BILLED: | | W.I.P. TO TRANSFER: | |
| BILLED THROUGH CLIENT # / FILE # : | | W.I.P. TO HOLD: | |
| | | W.I.P. TO CLEAR: | |
| CLIENT NAME: | | WRITE UP / DOWN: | |
| BILL # : 22159 | | | |
| DATE KEYPUNCHED: | | | BILL |
| | TOTAL AMOUNT BILLABLE: | | 6,750.00 |
| | LESS RETAINERS AND OR PROGRESS BILLING: | | |
| | AMOUNT OF BILL: | | 6,750.00 |

CONFIDENTIAL

VOYNOW_024464



VOYNOW_024465

 **Voynow, Bayard, Whyte and Company, LLP**

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

February 6, 2014

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                    Client #: 5261/
BAYSIDE, NY 11361                       Invoice: 22759
ATTN: DEBBIE

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED ON
THE DECEMBER 31, 2013 CLOSING OF THE
BOOKS AND PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS

                    AMOUNT DUE          $ 6,750.00

CONFIDENTIAL                            VOYNOW_024466

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.30.13 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR CHRY PLYM |
| (4) Client # / File # | (4) | 5261 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.30.13 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2012

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

Amount Due          3,525.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  (FINAL)          W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #          W.I.P. TO HOLD: _____
: _____          W.I.P. TO CLEAR: _____

CLIENT NAME: _____          WRITE UP /( DOWN): _____

BILL # : 22434

DATE KEYPUNCHED: _____          BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL

VOYNOW_024467

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2013

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                    Client #: 5261/
BAYSIDE, NY 11361                        Invoice: 22436
ATTN: DEBBIE

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2012 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS AND
PREPARATION OF FEDERAL, STATE AND CITY
CORPORATE TAX RETURNS

                         AMOUNT DUE          $ 3,525.00

CONFIDENTIAL                          VOYNOW_024468

```
                          Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                       DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                            SORT ON CLIENT ID * SELECTED CLIENTS

5261  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                       DEBBIE
<------------MOST RECENT 12 MONTHS------------>    <---------------PRIOR 12 MONTHS--------------->
MON-YR   BILLS   WRT U/D   WRTOFFS      CASH       MON-YR   BILLS   WRT U/D   WRTOFFS      CASH
NOV-12   1,000        0         0    11,315        NOV-11   1,000        0         0    11,260
DEC-12   1,000        0         0         0        DEC-11   1,000        0         0         0
JAN-13   1,000        0         0         0        JAN-12   1,000        0         0         0
FEB-13   1,000        0         0         0        FEB-12   6,750        0         0         0
MAR-13   7,525        0         0         0        MAR-12   1,000        0         0     7,750
APR-13   1,000        0         0         0        APR-12   1,000        0         0         0
MAY-13   1,000        0         0         0        MAY-12   1,000        0         0     2,000
JUN-13   1,000        0         0    11,525        JUN-12   1,000        0         0         0
JUL-13   1,000        0         0         0        JUL-12   1,000        0         0     3,000
AUG-13   1,000        0         0         0        AUG-12   1,000        0         0         0
SEP-13   1,000        0         0     4,000        SEP-12   7,315   21,503         0         0
OCT-13   1,000        0         0         0        OCT-12   1,000        0         0         0
------------------------------------------         ------------------------------------------
TOTAL   18,525        0         0    26,840        TOTAL   24,065   21,503         0    24,010

YTD     16,525        0         0    15,525        PYTD    22,065   21,503         0    12,750


AGED     CURRENT    1 MONTH    2 MONTHS   3 MONTHS   4 MONTHS   5+ MONTHS       TOTAL   AGED
------------------------------------------------------------------------------------
A/R     1,000.00   1,000.00       0.00       0.00       0.00       0.00    2,000.00   A/R
WIP    -1,000.00    -910.00    -950.00    -560.00   3,641.00  -7,677.00   -7,456.00   WIP

YTD WORK    BUDGET      ACTUAL     VARIANCE    %BUDGET     LAST      DATE        AMOUNT TYPE
------------------------------------------------------------------------------------
HOURS        0.00       79.20      -79.20      0.00%    BILLED  12/01/13     1,000.00 PRG
DOLLARS      0.00   11,974.00  -11,974.00      0.00%    PAYMENT 09/16/13     4,000.00 SN

<---------------WORK-IN-PROCESS--------------->   NET WIP    ACCOUNTS   UNAPPLIED      TOTAL
        FEES    EXPENSES      DB/CR     OFFSETS   SUBTOTAL  RECEIVABLE   RETAINER   EXPOSURE
------------------------------------------------------------------------------------
    12,069.00       0.00       0.00  -19,525.00  -7,456.00   2,000.00       0.00  -5,456.00

                                                                               NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final)   -7,456.00

                                                   WIP TO XFER:  _____

                                                   WIP TO HOLD:  _____

                                                  WIP TO CLEAR:  _____

                                                 WRITE UP/DOWN:  _____

                                                AMOUNT TO BILL:  _____

                                        APPROVED BY:  _____ DATE:  _____
```

CONFIDENTIAL                                    VOYNOW_024469

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
             DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                    SORT ON CLIENT ID * SELECTED CLIENTS

5261  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                      DEBBIE
--------------------------------------------------------------------------------
                      * *   FEE & EXPENSE SUMMARIES   * *

    * CHARGEABLE FEES SUMMARY BY WORK CODE    HOURS        AMOUNT        TOTAL
    REVIEW ENGAGEMENT                          1.00        275.00       275.00
    EMPLOYEE BENEFIT PLANS                      0.50         50.00       325.00
    BUSINESS TAX ENGAGEMENTS                   59.30      9,854.00    10,179.00
    INTERIM SERVICES                           18.90      1,890.00    12,069.00
    SYSTEM GENERATED FEES                       0.00    -19,525.00    -7,456.00
                                             --------   ------------
           ** TOTAL                           79.70     -7,456.00


    * CHARGEABLE FEES SUMMARY BY STAFF        HOURS        AMOUNT        TOTAL
                                               0.00    -19,525.00   -19,525.00
    118 ROBERT KIRKHOPE                        18.10      3,077.00   -16,448.00
    124 Brett Bausinger                        14.00      1,654.00   -14,794.00
    132 DOROTHEA BURCH                          0.90         45.00   -14,749.00
    134 MEGAN WAGNER                            0.80         80.00   -14,669.00
    135 VINCENT BUCOLO                          2.70        270.00   -14,399.00
    136 DAVID KUMOR                            22.70      2,270.00   -12,129.00
    48  Kenneth Mann                            0.30         75.00   -12,054.00
    56  Hugh Whyte                              1.00        275.00   -11,779.00
    75  Bob Seibel                              7.50      1,425.00   -10,354.00
    83  Randall Franzen                         9.00      2,250.00    -8,104.00
    92  David Kaplan                            2.70        648.00    -7,456.00
                                             --------   ------------
           ** TOTAL                           79.70     -7,456.00


    * CHARGEABLE FEES SUMMARY BY CTRL DATE    HOURS        AMOUNT        TOTAL
            10/31/12                            0.50       -905.00      -905.00
            11/30/12                            0.00     -1,000.00    -1,905.00
            12/31/12                            0.00     -1,000.00    -2,905.00
            01/31/13                            0.50       -915.00    -3,820.00
            02/28/13                           31.60      4,672.00       852.00
            03/31/13                            1.90     -7,245.00    -6,393.00
            04/30/13                            0.00     -1,000.00    -7,393.00
            05/31/13                            4.30       -284.00    -7,677.00
            06/30/13                           36.50      3,641.00    -4,036.00
            07/31/13                            3.00       -560.00    -4,596.00
            08/31/13                            0.50       -950.00    -5,546.00
            09/30/13                            0.90       -910.00    -6,456.00
            10/31/13                            0.00     -1,000.00    -7,456.00
                                             --------   ------------
           ** TOTAL                           79.70     -7,456.00
```

CONFIDENTIAL                                    VOYNOW_024470

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                     SORT ON CLIENT ID * SELECTED CLIENTS

5261  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                            DEBBIE
CDATE    WDATE    WORK(CODE)   STAFF NAME      SID RATE   HRS      AMOUNT   SEQ#  ACTION
--------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

07/31/13 07/05/13  2 93 Hugh Whyte           56  275   1.00      275.00 997594 B H T:

            56  Hugh Whyte                          1.00      275.00

         REVIEW Partner Review                       1.00      275.00

08/31/13 07/29/13  4 99 VINCENT BUCOLO      135  100   0.50       50.00   1773 B H T:

           135 VINCENT BUCOLO                        0.50       50.00

         EBPLAN Report Typing                        0.50       50.00

01/31/13 01/08/13  5 21 DOROTHEA BURCH      132   50   0.20       10.00 973893 B H T:
                   FAX lifo entry

           132 DOROTHEA BURCH                        0.20       10.00

01/31/13 01/08/13  5 21 Kenneth Mann         48  250   0.30       75.00 982419 B H T:
                   LIFO

            48  Kenneth Mann                         0.30       75.00

         BUSTAX LIFO Computations                    0.50       85.00

07/31/13 07/09/13  5 60 DOROTHEA BURCH      132   50   0.40       20.00    109 B H T:
                   process

           132 DOROTHEA BURCH                        0.40       20.00

09/30/13 09/24/13  5 60 VINCENT BUCOLO      135  100   0.30       30.00   8104 B H T:
                   finding docs

           135 VINCENT BUCOLO                        0.30       30.00

         BUSTAX Income Tax Project & Ex              0.70       50.00

06/30/13 06/12/13  5 61 Brett Bausinger     124  120   1.40      168.00 994968 B H T:
06/30/13 06/13/13  5 61 Brett Bausinger     124  120   2.10      252.00 994957 B H T:

           124 Brett Bausinger                       3.50      420.00

07/31/13 07/23/13  5 61 DOROTHEA BURCH      132   50   0.30       15.00   1714 B H T:
                   type 1099's and 1096

           132 DOROTHEA BURCH                        0.30       15.00

02/28/13 02/20/13  5 61 DAVID KUMOR         136  100   0.90       90.00 978052 B H T:
                   SETTING UP EXTENSION
03/31/13 03/02/13  5 61 DAVID KUMOR         136  100   0.60       60.00 977826 B H T:
                   SETTING UP EXTENSION FED NY NYC
03/31/13 03/11/13  5 61 DAVID KUMOR         136  100   0.30       30.00 979548 B H T:
                   SETTING UP EXTENSIONS

           136 DAVID KUMOR                           1.80      180.00

         BUSTAX Federal Tax Return Prep              5.60      615.00
--------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID  5261  /        PAGE: 60
```

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                      SORT ON CLIENT ID * SELECTED CLIENTS

5261  /    GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                                 DEBBIE
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE     HRS       AMOUNT  SEQ# ACTION
--------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

02/28/13 01/29/13  5 69 ROBERT KIRKHOPE       118 170     9.00     1,530.00 985584 B H T:
02/28/13 01/31/13  5 69 ROBERT KIRKHOPE       118 170     8.30     1,411.00 985586 B H T:
02/28/13 02/20/13  5 69 ROBERT KIRKHOPE       118 170     0.80       136.00 985631 B H T:

            118 ROBERT KIRKHOPE                           18.10     3,077.00

05/31/13 05/21/13  5 69 Brett Bausinger       124 120     2.30       276.00 991746 B H T:
06/30/13 05/30/13  5 69 Brett Bausinger       124 120     2.90       348.00 993705 B H T:
06/30/13 05/31/13  5 69 Brett Bausinger       124 120     1.10       132.00 993713 B H T:

            124 Brett Bausinger                            6.30       756.00

10/31/12 10/16/12  5 69 Bob Seibel             75 190     0.50        95.00 964172 B H T:
                        Bank Questions
02/28/13 02/03/13  5 69 Bob Seibel             75 190     0.50        95.00 974997 B H T:
                        Follow from visit.
03/31/13 03/02/13  5 69 Bob Seibel             75 190     1.00       190.00 980053 B H T:
                        extension
05/31/13 05/21/13  5 69 Bob Seibel             75 190     1.00       190.00 994020 B H T:
                        Tax return.
06/30/13 06/11/13  5 69 Bob Seibel             75 190     1.50       285.00 994260 B H T:
                        Tax return.
06/30/13 06/18/13  5 69 Bob Seibel             75 190     1.00       190.00 995798 B H T:
                        Tax return.
06/30/13 06/24/13  5 69 Bob Seibel             75 190     1.00       190.00 997498 B H T:
                        Tax return.
06/30/13 06/27/13  5 69 Bob Seibel             75 190     1.00       190.00 997516 B H T:
                        Tax return.

             75 Bob Seibel                                 7.50     1,425.00

02/28/13 01/31/13  5 69 Randall Franzen         83 250     8.00     2,000.00 975749 B H T:
                        go to NY and work on the year end
05/31/13 05/08/13  5 69 Randall Franzen         83 250     1.00       250.00 992033 B H T:
                        CALLS TO STEVE AND GET ZACH RETRON DONE AND sent
                        out

             83  Randall Franzen                           9.00     2,250.00

          BUSTAX Year End Tax Work                        40.90     7,508.00

02/28/13 02/07/13  5 90 Brett Bausinger       124 100     1.30       130.00 975991 B H T:

            124 Brett Bausinger                            1.30       130.00

02/28/13 02/02/13  5 90 VINCENT BUCOLO        135 100     0.30        30.00 974640 B H T:
02/28/13 02/04/13  5 90 VINCENT BUCOLO        135 100     1.40       140.00 976077 B H T:
                        UNGROUPED
02/28/13 02/05/13  5 90 VINCENT BUCOLO        135 100     0.20        20.00 976089 B H T:

            135 VINCENT BUCOLO                             1.90       190.00

02/28/13 02/20/13  5 90 DAVID KUMOR           136 100     0.90        90.00 978051 B H T:
                        RECORDING TRADE AND LIFO
--------------------------------------------------------------------------------------
14 Oct 2013 19:48                  DWIP SORT ON CLIENT ID   5261  /      PAGE: 61
```

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                         SORT ON CLIENT ID * SELECTED CLIENTS

5261  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                            DEBBIE
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS      AMOUNT   SEQ# ACTION
----------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/    * *

           136 DAVID KUMOR                          0.90        90.00

           BUSTAX Trial Balance Data Inpu           4.10       410.00

06/30/13 06/14/13  5 92 David Kaplan      92  240   1.70       408.00 994326 B H T:
06/30/13 06/18/13  5 92 David Kaplan      92  240   1.00       240.00 995211 B H T:

            92  David Kaplan                        2.70       648.00

           BUSTAX Staff Supervision                 2.70       648.00

06/30/13 06/14/13  5 95 Brett Bausinger  124  120   1.20       144.00 994958 B H T:
06/30/13 06/25/13  5 95 Brett Bausinger  124  120   1.70       204.00 997483 B H T:

           124 Brett Bausinger                      2.90       348.00

           BUSTAX Clear Review Comments             2.90       348.00

07/31/13 07/08/13  5 97 MEGAN WAGNER     134  100   0.80        80.00 998936 B H T:

           134 MEGAN WAGNER                         0.80        80.00

           BUSTAX Math/Proof Report/Retur           0.80        80.00

07/31/13 07/26/13  5 99 DAVID KUMOR      136  100   0.50        50.00   1093 B H T:
                   SETTING UP FOR E FILE
09/30/13 09/05/13  5 99 DAVID KUMOR      136  100   0.60        60.00   6202 B H T:
                   ESTIMATED PAYMENTS
                   FIAT TOO

           136 DAVID KUMOR                          1.10       110.00

           BUSTAX Report Typing                     1.10       110.00

06/30/13 05/29/13  6 20 DAVID KUMOR      136  100  11.00     1,100.00 992610 B H T:
                   SERVICE DEPARTMENT FOR ALL STORES

           136 DAVID KUMOR                         11.00     1,100.00

           INTSER Service Dept Analysis           11.00     1,100.00

06/30/13 05/31/13  6 99 DAVID KUMOR      136  100   2.00       200.00 992613 B H T:
                   TYPING UP PARTS AND CASHIERS
06/30/13 06/06/13  6 99 DAVID KUMOR      136  100   0.70        70.00 993816 B H T:
                   GOING OVER WHAT TO WRITE IN INTERM LETTER WITH ROB
06/30/13 06/07/13  6 99 DAVID KUMOR      136  100   3.40       340.00 993819 B H T:
                   STARTING LETTER
06/30/13 06/10/13  6 99 DAVID KUMOR      136  100   1.80       180.00 994172 B H T:
                   WRITING LETTER

           136 DAVID KUMOR                          7.90       790.00

           INTSER Report Typing                     7.90       790.00
----------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID   5261  /      PAGE: 62
```

CONFIDENTIAL

VOYNOW_024473

```
                                                                    v.6.00
Voynow, Bayard, Whyte and Company, LLP
DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
SORT ON CLIENT ID * SELECTED CLIENTS
5261 /   GRP: STAR  PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/
DEBBIE
```

| CDATE | WDATE | WORK(CODE) | STAFF NAME | SID | RATE | HRS | RATE | AMOUNT | SEQ# | ACTION |
|-------|-------|------------|------------|-----|------|-----|------|--------|------|--------|

**  * *  CHARGEABLE FEES  BY CODES/STAFF/  * ***

**  * *  TOTAL FEES          79.70        12,069.00**

**  * *   DEBITS & CREDITS   * ***

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/12 | 10 | 99 | | | 3 | | | -1,000.00 | 953762 B H T: |
| 11/30/12 | 11 | 99 | | | 3 | | | -1,000.00 | 957200 B H T: |
| 12/31/12 | 12 | 99 | | | 3 | | | -1,000.00 | 962621 B H T: |
| 01/31/13 | 01 | 99 | | | 3 | | | -1,000.00 | 971697 B H T: |
| 02/28/13 | 02 | 99 | | | 3 | | | -1,000.00 | 971828 B H T: |
| 03/31/13 | 03 | 99 | | | 3 | | | -1,000.00 | 975203 B H T: |
| 03/31/13 | 03 | 99 | | | 3 | | | -6,525.00 | 978589 B H T: |
| 04/30/13 | 04 | 99 | | | 3 | | | -1,000.00 | 975340 B H T: |
| 05/31/13 | 05 | 99 | | | 3 | | | -1,000.00 | 975472 B H T: |
| 06/30/13 | 06 | 99 | | | 3 | | | -1,000.00 | 987664 B H T: |
| 07/31/13 | 07 | 99 | | | 3 | | | -1,000.00 | 987797 B H T: |
| 08/31/13 | 08 | 99 | | | 3 | | | -1,000.00 | 992326 B H T: |
| 09/30/13 | 09 | 99 | | | 3 | | | -1,000.00 | 996265 B H T: |
| 10/31/13 | 10 | 99 | | | 3 | | | -1,000.00 | 996402 B H T: |

**  * *  TOTAL PROGRESS BILLS AND OTHER CREDITS       -19,525.00**

| FEES | EXPENSES | SUB-TOTAL | DB/CR | SUB-TOTAL | OFFSETS | NET WIP |
|------|----------|-----------|-------|-----------|---------|---------|
| 12,069.00 | 0.00 | 12,069.00 | 0.00 | 12,069.00 | -19,525.00 | -7,456.00 |

CONFIDENTIAL                                                        VOYNOW_024474

(1) Today's date                                              (1)   9.30.13

(2) Name of individual requesting this billing               (2)   RPS

(3) Client Name                                              (3)   METRO CHRYSLER PLYM

(4) Client # / File #                                        (4)        5261

(5) This billing is for work done from Month Ending         (5a)  _____ , 200 ___

      through the Month Ending                              (5b)  9.30.13 _____ , 200 ___

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

                          Amount Due          3,310.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  (FINAL)              W.I.P.

                                  TOTAL W.I.P.:  _____

DATE BILLED: _____       W.I.P. TO TRANSFER:  _____

BILLED THROUGH                     W.I.P. TO HOLD:  _____
CLIENT # / FILE #
: _____                   W.I.P. TO CLEAR:  _____

CLIENT NAME: _____        WRITE UP /( DOWN):  _____

BILL # :  22135

DATE KEYPUNCHED: _____                        BILL

                        TOTAL AMOUNT BILLABLE:  _____

            LESS RETAINERS AND OR PROGRESS BILLING:  _____

                        AMOUNT OF BILL:  _____

SK 1040

CONFIDENTIAL                                    VOYNOW_024475

CONFIDENTIAL

VOYNOW_024476

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2013

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                      Client #: 5261/
BAYSIDE, NY 11361                         Invoice: 22435
ATTN: DEBBIE

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

AMOUNT DUE            $ 3,310.00

CONFIDENTIAL                        VOYNOW_024477

(1) Today's date      (1)   9.30.13

(2) Name of individual requesting this billing      (2)   RPS

(3) Client Name      (3)   METRO CHRYSLER PLYM

(4) Client # / File #      (4)   5261

(5) This billing is for work done from Month Ending      (5a)     , 200

through the Month Ending      (5b)   9.30.13    , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due      3,540.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)      W.I.P.

TOTAL W.I.P.: 

DATE BILLED:      W.I.P. TO TRANSFER: 

BILLED THROUGH
CLIENT # / FILE #
:      W.I.P. TO HOLD: 

W.I.P. TO CLEAR: 

CLIENT NAME:      WRITE UP /( DOWN): 

BILL # : 2243Y

DATE KEYPUNCHED:      BILL

TOTAL AMOUNT BILLABLE: 

LESS RETAINERS AND OR PROGRESS BILLING: 

AMOUNT OF BILL: 

ESTATE / GIFT

CONFIDENTIAL

VOYNOW_024478

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

October 1, 2013

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                    Client #: 5261/
BAYSIDE, NY 11361                       Invoice: 22434
ATTN: DEBBIE

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

                   AMOUNT DUE        $ 4,540.00

CONFIDENTIAL                                    VOYNOW_024479

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000**

October 1, 2013

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                    Client #: 5261/
BAYSIDE, NY 11361                       Invoice: 22434
ATTN: DEBBIE

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

              AMOUNT DUE        $ 4,540.00



CONFIDENTIAL                    VOYNOW_024480

# VOYNOW BAYARD CO
## WIP

(1) Today's date     (1) 3.7.13

(2) Name of individual requesting this billing     (2) RANDY

(3) Client Name     (3) STAR CHRYSLER JEEP

(4) Client # / File #     (4)    5261

(5) This billing is for work done from Month Ending     (5a)       , 200

through the Month Ending     (5b   12.31.12      , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

    Accounting Services as Requested:

    Progress billing for work completed

    on the December 31 2012 closing of the books

    preparation of Federal , State and city

    corporate tax returns.

**Accountant**

          Amount Due      6,525.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)       W.I.P.

LAST YEAR BILL:    5,750      TOTAL W.I.P.:

DATE BILLED:      W.I.P. TO TRANSFER:

BILLED THROUGH CLIENT # / FILE #      W.I.P. TO HOLD:

     W.I.P. TO CLEAR:

CLIENT NAME:      WRITE UP / DOWN:

BILL # :   22068

DATE KEYPUNCHED:      BILL

     TOTAL AMOUNT BILLABLE:     6,525.00

     LESS RETAINERS AND OR PROGRESS BILLING:

     AMOUNT OF BILL:     6,525.00



VOYNOW_024482

# Voynow, Bayard, Whyte and Company, LLP

### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

March 9, 2013

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                        Client #: 5261/
BAYSIDE, NY 11361                           Invoice: 22068
ATTN: DEBBIE

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED
ON THE DECEMBER 31, 2012 CLOSING OF
THE BOOKS AND PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS

                    AMOUNT DUE          $ 6,525.00

CONFIDENTIAL

VOYNOW_024483

(1) Today's date                                      (1)   9.30.12
(2) Name of individual requesting this billing        (2)   RPS
(3) Client Name                                       (3)   STAR CHRY PLYM
(4) Client # / File #                                 (4)      5261
(5) This billing is for work done from Month Ending   (5a)                    , 200
    through the Month Ending                          (5b)   9.30.12         , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

    Accounting Services as Requested:

    Final billing for work completed on December 31, 2011

    closing of the books, preparation of tax work papers,

    preparation of federal, state, and city Corp. tax returns.

                              Amount Due        3,185.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) **(FINAL)**                    W.I.P.

                              TOTAL W.I.P.:

DATE BILLED:                  W.I.P. TO TRANSFER:

BILLED THROUGH                  W.I.P. TO HOLD:
CLIENT # / FILE #
                                W.I.P. TO CLEAR:

CLIENT NAME:                  WRITE UP /( DOWN):

BILL # :  21728

DATE KEYPUNCHED:                                           BILL

                      TOTAL AMOUNT BILLABLE:

          LESS RETAINERS AND OR PROGRESS BILLING:

                              AMOUNT OF BILL:

CONFIDENTIAL                    VOYNOW_024484

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2012

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                    Client #: 5261/
BAYSIDE, NY 11361                       Invoice: 21728
ATTN: DEBBIE

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2011 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS AND
PREPARATION OF FEDERAL, STATE AND CITY
CORPORATE TAX RETURNS

              AMOUNT DUE          $ 3,185.00

CONFIDENTIAL

VOYNOW_024485

```
                        Voynow, Bayard, Whyte and Company, LLP              v.6.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                          SORT ON CLIENT ID * SELECTED CLIENTS

5261  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                           DEBBIE
<-----------MOST RECENT 12 MONTHS----------->    <---------------PRIOR 12 MONTHS------------->
MON-YR   BILLS  WRT U/D  WRTOFFS    CASH     MON-YR   BILLS  WRT U/D  WRTOFFS     CASH
------   -----  -------  -------    ----     ------   -----  -------  -------     ----
OCT-11   1,000       0       0        0      OCT-10   1,000       0        0      1,000
NOV-11   1,000       0       0   11,260      NOV-10   1,000       0        0      8,650
DEC-11   1,000       0       0        0      DEC-10   1,810   7,310        0          0
JAN-12   1,000       0       0        0      JAN-11   1,000       0        0          0
FEB-12   6,750       0       0        0      FEB-11   6,500       0        0        810
MAR-12   1,000       0       0    7,750      MAR-11   1,000       0        0      5,500
APR-12   1,000       0       0        0      APR-11   1,000       0        0          0
MAY-12   1,000       0       0    2,000      MAY-11   1,000       0        0      5,000
JUN-12   1,000       0       0        0      JUN-11   1,000       0        0          0
JUL-12   1,000       0       0    3,000      JUL-11   1,000       0        0          0
AUG-12   1,000       0       0        0      AUG-11   1,000       0        0      4,000
SEP-12   1,000       0       0        0      SEP-11   9,260   8,650        0          0
-------------------------------------        -------------------------------------
TOTAL   17,750       0       0   24,010      TOTAL   26,570  15,960        0     24,960

YTD     14,750       0       0   12,750      PYTD    22,760   8,650        0     15,310


AGED     CURRENT     1 MONTH    2 MONTHS    3 MONTHS    4 MONTHS   5+ MONTHS        TOTAL AGED
-------------------------------------------------------------------------------------------
A/R   1,000.00    1,000.00    1,000.00        0.00        0.00        0.00     3,000.00  A/R
WIP  -1,000.00   -1,000.00     -787.50    1,365.00      917.50  -15,248.00   -15,753.00  WIP

YTD WORK    BUDGET      ACTUAL      VARIANCE    %BUDGET    LAST     DATE        AMOUNT TYPE
-------------------------------------------------------------------------------------------
HOURS         0.00       52.70       -52.70      0.00%    BILLED  11/01/12     1,000.00 PRG
DOLLARS       0.00    7,740.00    -7,740.00      0.00%    PAYMENT 07/23/12     3,000.00 SN

<---------------WORK-IN-PROCESS--------------->    NET WIP    ACCOUNTS   UNAPPLIED      TOTAL
       FEES    EXPENSES     DB/CR    OFFSETS     SUBTOTAL  RECEIVABLE    RETAINER    EXPOSURE
-------------------------------------------------------------------------------------------
  10,997.00        0.00      0.00 -26,750.00   -15,753.00    3,000.00        0.00  -12,753.00

                                                                               NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final)  -15,753.00

                                                 WIP TO XFER: _____

                                                 WIP TO HOLD: _____

                                                WIP TO CLEAR: _____

                                               WRITE UP/DOWN: _____

                                              AMOUNT TO BILL: _____

                                        APPROVED BY: _____ DATE: _____



------------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID    5261  /       PAGE: 53
```

CONFIDENTIAL                                    VOYNOW_024486

Voynow, Bayard, Whyte and Company, LLP                    v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
SORT ON CLIENT ID * SELECTED CLIENTS

5261  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                       DEBBIE
----------------------------------------------------------------------------------
                     * *   FEE & EXPENSE SUMMARIES  * *

| * CHARGEABLE FEES SUMMARY BY WORK CODE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| REVIEW ENGAGEMENT | 1.00 | 275.00 | 275.00 |
| COMPILATION ENGAGEMENT | 1.00 | 100.00 | 375.00 |
| BUSINESS TAX ENGAGEMENTS | 56.30 | 8,954.50 | 9,329.50 |
| INTERIM SERVICES | 5.50 | 537.50 | 9,867.00 |
| SPECIAL PROJECTS-MUST USE MEMO | 7.80 | 1,130.00 | 10,997.00 |
| SYSTEM GENERATED FEES | 0.00 | -26,750.00 | -15,753.00 |
| ** TOTAL | 71.60 | -15,753.00 | |

| * CHARGEABLE FEES SUMMARY BY STAFF | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| | 0.00 | -26,750.00 | -26,750.00 |
| 118 ROBERT KIRKHOPE | 28.00 | 4,200.00 | -22,550.00 |
| 12  PATRICK J. CATALINE | 0.40 | 32.00 | -22,518.00 |
| 124 Brett Bausinger | 9.20 | 920.00 | -21,598.00 |
| 132 DOROTHEA BURCH | 0.10 | 5.00 | -21,593.00 |
| 133 BRETT HASKIN | 1.00 | 100.00 | -21,493.00 |
| 134 MEGAN WAGNER | 0.80 | 80.00 | -21,413.00 |
| 135 VINCENT BUCOLO | 0.40 | 40.00 | -21,373.00 |
| 136 DAVID KUMOR | 11.20 | 1,120.00 | -20,253.00 |
| 48  Kenneth Mann | 0.70 | 175.00 | -20,078.00 |
| 56  Hugh Whyte | 1.00 | 275.00 | -19,803.00 |
| 63  Betteann Norris | 0.80 | 60.00 | -19,743.00 |
| 75  Bob Seibel | 8.50 | 1,615.00 | -18,128.00 |
| 83  Randall Franzen | 9.50 | 2,375.00 | -15,753.00 |
| ** TOTAL | 71.60 | -15,753.00 | |

| * CHARGEABLE FEES SUMMARY BY CTRL DATE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| 01/31/11 | 0.00 | -1,000.00 | -1,000.00 |
| 02/28/11 | 0.00 | -1,000.00 | -2,000.00 |
| 03/31/11 | 0.00 | -1,000.00 | -3,000.00 |
| 04/30/11 | 0.00 | -1,000.00 | -4,000.00 |
| 05/31/11 | 0.00 | -1,000.00 | -5,000.00 |
| 06/30/11 | 0.00 | -1,000.00 | -6,000.00 |
| 07/31/11 | 0.00 | -1,000.00 | -7,000.00 |
| 08/31/11 | 0.00 | -1,000.00 | -8,000.00 |
| 09/30/11 | 0.00 | -1,000.00 | -9,000.00 |
| 10/31/11 | 1.50 | -625.00 | -9,625.00 |
| 11/30/11 | 17.00 | 1,850.00 | -7,775.00 |
| 12/31/11 | 0.40 | -968.00 | -8,743.00 |
| 01/31/12 | 13.60 | 1,530.00 | -7,213.00 |
| 02/29/12 | 1.70 | -6,415.00 | -13,628.00 |
| 03/31/12 | 2.00 | -620.00 | -14,248.00 |
| 04/30/12 | 0.00 | -1,000.00 | -15,248.00 |
| 05/31/12 | 15.70 | 917.50 | -14,330.50 |
| 06/30/12 | 18.40 | 1,365.00 | -12,965.50 |
| 07/31/12 | 1.30 | -787.50 | -13,753.00 |
| 08/31/12 | 0.00 | -1,000.00 | -14,753.00 |
| 09/30/12 | 0.00 | -1,000.00 | -15,753.00 |
| ** TOTAL | 71.60 | -15,753.00 | |

----------------------------------------------------------------------------------

CONFIDENTIAL                                    VOYNOW_024487

```
                        Voynow, Bayard, Whyte and Company, LLP              v.6.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                            SORT ON CLIENT ID * SELECTED CLIENTS

5261  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                        DEBBIE
CDATE    WDATE   WORK(CODE)  STAFF NAME    SID RATE   HRS      AMOUNT   SEQ# ACTION
--------------------------------------------------------------------------------
                      * *  CHARGEABLE FEES  BY CODES/STAFF/    * *

06/30/12 05/31/12  2 93 Hugh Whyte         56  275   1.00     275.00 942737 B H T:
                        t/r review

           56  Hugh Whyte                          1.00      275.00

        REVIEW Partner Review                      1.00      275.00

01/31/12 01/11/12  3 21 BRETT HASKIN       133 100   1.00     100.00 923796 B H T:

          133 BRETT HASKIN                         1.00      100.00

        COMPIL LIFO Computations                   1.00      100.00

01/31/12 01/11/12  5 21 DOROTHEA BURCH     132  50   0.10       5.00 923767 B H T:
                        fax LIFO entry

          132 DOROTHEA BURCH                       0.10       5.00

01/31/12 01/11/12  5 21 Kenneth Mann       48  250   0.30      75.00 936988 B H T:
                        LIFO
01/31/12 01/11/12  5 21 Kenneth Mann       48  250   0.20      50.00 936993 B H T:
                        LIFO
02/29/12 02/17/12  5 21 Kenneth Mann       48  250   0.20      50.00 937141 B H T:

           48  Kenneth Mann                        0.70      175.00

        BUSTAX LIFO Computations                   0.80      180.00

06/30/12 06/06/12  5 60 Brett Bausinger    124 100   0.80      80.00 943686 B H T:
06/30/12 06/07/12  5 60 Brett Bausinger    124 100   0.50      50.00 943697 B H T:

          124 Brett Bausinger                      1.30      130.00

06/30/12 06/12/12  5 60 VINCENT BUCOLO     135 100   0.40      40.00 944635 B H T:
                        looking for debby if we set up nyc for efile and
                        if not how much to pa and when to pay estimate
                        for her

          135 VINCENT BUCOLO                       0.40       40.00

        BUSTAX Income Tax Project & Ex             1.70      170.00

05/31/12 05/16/12  5 61 DAVID KUMOR        136 100   2.90     290.00 940961 B H T:
                        TAX RETURN
05/31/12 05/18/12  5 61 DAVID KUMOR        136 100   0.40      40.00 940974 B H T:
                        UPDATING RETURN
05/31/12 05/25/12  5 61 DAVID KUMOR        136 100   1.10     110.00 942171 B H T:
                        UPDATING RETURN

          136 DAVID KUMOR                          4.40      440.00

07/31/12 06/25/12  5 61 Betteann Norris    63   75   0.30      22.50 946826 B H T:
                        process tax return

           63  Betteann Norris                     0.30       22.50
--------------------------------------------------------------------------------
12 Oct 2012 10:39            DWIP SORT ON CLIENT ID    5261  /       PAGE: 55
```

CONFIDENTIAL

VOYNOW_024488

```
                      Voynow, Bayard, Whyte and Company, LLP              v.6.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                        SORT ON CLIENT ID * SELECTED CLIENTS

5261  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                        DEBBIE
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE     HRS      AMOUNT   SEQ# ACTION
-----------------------------------------------------------------------------------
               * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


        BUSTAX Federal Tax Return Prep                4.70      462.50

01/31/12 01/06/12  5 66 Randall Franzen     83  250   1.00      250.00 927612 B H T:
                   calls from Steve to go over and try to figure out
                   his refund check he said he never got

           83  Randall Franzen                        1.00      250.00

        BUSTAX Tax Notice Response                     1.00      250.00

11/30/11 11/17/11  5 68 ROBERT KIRKHOPE     118 150   7.00    1,050.00 918074 B H T:
11/30/11 11/18/11  5 68 ROBERT KIRKHOPE     118 150   7.00    1,050.00 918075 B H T:

          118 ROBERT KIRKHOPE                         14.00    2,100.00

11/30/11 11/18/11  5 68 Randall Franzen     83  250   3.00      750.00 919643 B H T:
                   drive to clients to do tax planning

           83  Randall Franzen                        3.00      750.00

        BUSTAX Tax Planning                           17.00    2,850.00

01/31/12 01/25/12  5 69 ROBERT KIRKHOPE     118 150   7.00    1,050.00 926352 B H T:

          118 ROBERT KIRKHOPE                          7.00    1,050.00

12/31/11 11/30/11  5 69 PATRICK J. CATALINE  12  80   0.40       32.00 919605 B H T:
                   binding workpapers

           12  PATRICK J. CATALINE                     0.40       32.00

02/29/12 02/20/12  5 69 Bob Seibel           75 190   1.00      190.00 930333 B H T:
                   Extension
02/29/12 02/21/12  5 69 Bob Seibel           75 190   0.50       95.00 930346 B H T:
                   Extension
03/31/12 03/01/12  5 69 Bob Seibel           75 190   0.50       95.00 930104 B H T:
                   E-file extension
03/31/12 03/06/12  5 69 Bob Seibel           75 190   1.50      285.00 935627 B H T:
                   Bank questions.
05/31/12 05/11/12  5 69 Bob Seibel           75 190   1.00      190.00 942110 B H T:
                   Go over Job & T/R
05/31/12 05/15/12  5 69 Bob Seibel           75 190   1.00      190.00 942125 D H T:
                   Go over Job & T/R
05/31/12 05/22/12  5 69 Bob Seibel           75 190   2.00      380.00 942177 B H T:
                   Go over Job & T/R
07/31/12 06/25/12  5 69 Bob Seibel           75 190   1.00      190.00 948556 B H T:
                   tax return

           75  Bob Seibel                             8.50    1,615.00

10/31/11 10/10/11  5 69 Randall Franzen     83  250   1.50      375.00 915343 B H T:
                   calls to NY and talk to the girls to get info for
                   Steve
01/31/12 01/27/12  5 69 Randall Franzen     83  250   4.00    1,000.00 927639 B H T:
-----------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID    5261  /       PAGE: 56
```

CONFIDENTIAL

VOYNOW_024489

```
                        Voynow, Bayard, Whyte and Company, LLP              v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                          SORT ON CLIENT ID * SELECTED CLIENTS

5261  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                            DEBBIE
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE   HRS      AMOUNT   SEQ# ACTION
-------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

                    go to NY and do the year end

          83  Randall Franzen                     5.50    1,375.00

          BUSTAX Year End Tax Work               21.40    4,072.00

05/31/12 05/11/12  5 90 DAVID KUMOR       136 100  2.50      250.00 940199 B H T:
                    UPDATING TRAIL BALANCE
05/31/12 05/15/12  5 90 DAVID KUMOR       136 100  1.30      130.00 940956 B H T:
                    UPDATING TRAIL BALANCE
05/31/12 05/16/12  5 90 DAVID KUMOR       136 100  1.80      180.00 940960 B H T:
                    UPDATING TAX CODE REPORT

          136 DAVID KUMOR                          5.60      560.00

          BUSTAX Trial Balance Data Inpu           5.60      560.00

06/30/12 06/15/12  5 97 Brett Bausinger   124 100  1.90      190.00 945293 B H T:
06/30/12 06/19/12  5 97 Brett Bausinger   124 100  1.00      100.00 945955 B H T:

          124 Brett Bausinger                      2.90      290.00

          BUSTAX Math/Proof Report/Retur           2.90      290.00

05/31/12 05/03/12  5 99 DAVID KUMOR       136 100  1.20      120.00 939510 B H T:
                    UNICAP CALCULATIONS

          136 DAVID KUMOR                          1.20      120.00

          BUSTAX Report Typing                     1.20      120.00

06/30/12 06/01/12  6 20 Brett Bausinger   124 100  5.00      500.00 943279 B H T:
                    write up of report on service

          124 Brett Bausinger                      5.00      500.00

          INTSER Service Dept Analysis             5.00      500.00

05/31/12 05/22/12  6 84 Betteann Norris    63  75  0.50       37.50 941826 B H T:
                    typed letter 1st draft and emailed to RF and RK,
                    made changes

          63  Betteann Norris                      0.50       37.50

          INTSER Letters to Client, Prep           0.50       37.50

06/30/12 06/04/12  8 32 MEGAN WAGNER      134 100  0.80       80.00 943816 B H T:
                    census

          134 MEGAN WAGNER                          0.80       80.00

          Other Special Projects(detail)           0.80       80.00

06/30/12 05/31/12  8 34 ROBERT KIRKHOPE   118 150  7.00    1,050.00 942711 B H T:
                    INTERIM VISIT
-------------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID   5261  /        PAGE: 57
```

CONFIDENTIAL                                    VOYNOW_024490

```
Voynow, Bayard, Whyte and Company, LLP                                    v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
SORT ON CLIENT ID - SELECTED CLIENTS
5261 /  GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83   56
STAR CHRYSLER PLYMOUTH JEEP/
DEBBIE
```

| CDATE | WDATE | WORK(CODE) | STAFF NAME | HRS | STD RATE | AMOUNT | SEQ# | ACTION |
|---|---|---|---|---|---|---|---|---|

** CHARGEABLE FEES  BY CODES/STAFF/ **

```
118 ROBERT KIRKHOFE                              7.00     1,050.00

    Internal Control Review                      7.00     1,050.00


** TOTAL FEES **                                71.60    10,997.00


                         **  DEBITS & CREDITS  **

01/31/11 01/31/11 99 3                     -1,000.00  ON HOLD 873880
02/28/11 02/28/11 99 3                     -1,000.00  ON HOLD 870699
03/31/11 03/31/11 99 3                     -1,000.00  ON HOLD 878439
04/30/11 04/30/11 99 3                     -1,000.00  ON HOLD 883712
05/31/11 05/31/11 99 3                     -1,000.00  ON HOLD 889342
06/30/11 06/30/11 99 3                     -1,000.00  ON HOLD 892672
07/31/11 07/31/11 99 3                     -1,000.00  ON HOLD 898294
08/31/11 08/31/11 99 3                     -1,000.00  ON HOLD 903590
09/30/11 09/30/11 99 3                     -1,000.00  ON HOLD 908503
10/31/11 10/31/11 99 3                     -1,000.00  B H T: 916037
11/30/11 11/30/11 99 3                     -1,000.00  B H T: 924708
12/31/11 12/31/11 99 3                     -1,000.00  B H T: 919747
01/31/12 01/31/12 99 3                     -1,000.00  B H T: 922666
02/28/12 02/28/12 99 3                     -1,000.00  B H T: 925043
02/29/12 02/29/12 99 3                     -5,750.00  B H T: 928033
03/31/12 03/31/12 99 3                     -1,000.00  B H T: 929011
04/30/12 04/30/12 99 3                     -1,000.00  B H T: 931468
05/31/12 05/31/12 99 3                     -1,000.00  B H T: 938948
06/30/12 06/30/12 99 3                     -1,000.00  B H T: 942399
07/31/12 07/31/12 99 3                     -1,000.00  B H T: 951121
08/31/12 08/31/12 99 3                     -1,000.00  B H T: 951671
09/30/12 09/30/12 99 3                     -1,000.00  B H T: 953629

ON HOLD
** TOTAL PROGRESS BILLS AND OTHER CREDITS       -26,750.00    (   0.00)
```

| FEES | EXPENSES | SUB-TOTAL | DB/CR | SUB-TOTAL | OFFSETS | NET WIP |
|---|---|---|---|---|---|---|
| 10,997.00 | 0.00 | 10,997.00 | 0.00 | 10,997.00 | -26,750.00 | -15,753.00 |

CONFIDENTIAL

VOYNOW_024491

| | | | |
|---|---|---|---|
| (1) Today's date | (1) | 9.30.12 | |
| (2) Name of individual requesting this billing | (2) | RPS | |
| (3) Client Name | (3) | METRO CHRYSLER PLYM | |
| (4) Client # / File # | (4) | 5261 | |
| (5) This billing is for work done from Month Ending | (5a) | | , 200 |
| through the Month Ending | (5b) | 9.30.12 | , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due          3,130.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)

TOTAL W.I.P.: _____

DATE BILLED: _____
W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #
: _____
W.I.P. TO HOLD: _____

W.I.P. TO CLEAR: _____

CLIENT NAME: _____
WRITE UP /( DOWN): _____

BILL # : 21721

DATE KEYPUNCHED: _____

BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

S.K. 1040

CONFIDENTIAL                    VOYNOW_024492

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2012

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD
BAYSIDE, NY 11361
ATTN: DEBBIE

Client #: 5261/
Invoice: 21721

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

AMOUNT DUE          $ 3,130.00



CONFIDENTIAL

VOYNOW_024493

# VOYNOW BAYARD CO
## WIP

(1) Today's date      (1) 2.22.12

(2) Name of individual requesting this billing      (2) RANDY

(3) Client Name      (3) STAR CHRYSLER JEEP

(4) Client # / File #      (4)     5261

(5) This billing is for work done from Month Ending      (5a) _____ , 200 ____

     through the Month Ending      (5b) 1.31.12 , 200 ____

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

     Accounting Services as Requested:

     Progress billing for work completed

     on the December 31 2011 closing of the books

     preparation of Federal , State and city

     corporate tax returns.

**Accountant**

                        Amount Due        5,750.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)        W.I.P.

**LAST YEAR BILL:**    **5,500**      TOTAL W.I.P.: _____

DATE BILLED: _____      W.I.P. TO TRANSFER: _____

BILLED THROUGH               W.I.P. TO HOLD: _____
CLIENT # / FILE #
: _____      W.I.P. TO CLEAR: _____

CLIENT NAME: _____      WRITE UP / DOWN: _____

BILL # : 31359

DATE KEYPUNCHED: _____        BILL

             TOTAL AMOUNT BILLABLE: _____    5,750.00

     LESS RETAINERS AND OR PROGRESS BILLING: _____

                   AMOUNT OF BILL: _____    5,750.00

CONFIDENTIAL

VOYNOW_024494

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

February 22, 2012

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                     Client #: 5261/
BAYSIDE, NY 11361                        Invoice: 21359
ATTN: DEBBIE

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2011 CLOSING OF THE BOOKS
AND PREPARATION OF FEDERAL, STATE AND
CITY TAX RETURNS

                    AMOUNT DUE        $ 5,750.00

CONFIDENTIAL                          VOYNOW_024495

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.30.11 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | METRO CHRY PLYM |
| (4) Client # / File # | (4) | 5261 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.30.11 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2010

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

Amount Due      ~~2,200.00~~
                3,060

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)          W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #          W.I.P. TO HOLD: _____
: _____          W.I.P. TO CLEAR: _____

CLIENT NAME: _____          WRITE UP /( DOWN): _____

BILL # 21053

DATE KEYPUNCHED: _____                    BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL

VOYNOW_024496

# Voynow, Bayard & Company, CPAs

1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

September 30, 2011

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                    Client #: 5261/
BAYSIDE, NY 11361                       Invoice: 21053
ATTN: DEBBIE

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2010 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS,
PREPARATION OF FEDERAL, STATE AND
CITY CORPORATE TAX RETURNS

                    AMOUNT DUE          $ 3,060.00



CONFIDENTIAL                    VOYNOW_024497

Voynow, Bayard & Company, CPAs                                    v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
SORT ON CLIENT ID * SELECTED CLIENTS

5261 /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                              DEBBIE
<-----------MOST RECENT 12 MONTHS----------->     <---------------PRIOR 12 MONTHS--------------->
MON-YR    BILLS   WRT U/D   WRTOFFS      CASH     MON-YR    BILLS   WRT U/D   WRTOFFS       CASH
------    -----   -------   -------      ----     ------    -----   -------   -------       ----
OCT-10    1,000         0         0     1,000     OCT-09      500         0         0          0
NOV-10    1,000         0         0     8,650     NOV-09      500         0         0      2,500
DEC-10    1,810     7,310         0         0     DEC-09    6,100     6,666         0          0
JAN-11    1,000         0         0         0     JAN-10      500         0         0          0
FEB-11    6,500         0         0       810     FEB-10      500         0         0          0
MAR-11    1,000         0         0     5,500     MAR-10    7,500         0         0      7,100
APR-11    1,000         0         0         0     APR-10      500         0         0      7,500
MAY-11    1,000         0         0     5,000     MAY-10      500         0         0          0
JUN-11    1,000         0         0         0     JUN-10    1,000         0         0          0
JUL-11    1,000         0         0         0     JUL-10    1,000         0         0          0
AUG-11    1,000         0         0     4,000     AUG-10    1,000         0         0          0
SEP-11    1,000         0         0         0     SEP-10    6,650    12,378         0      3,500
-------  ------   -------   -------    ------     ------   ------   -------   -------     ------
TOTAL    18,310     7,310         0    24,960     TOTAL    26,250    19,044         0     20,600

YTD      14,500         0         0    15,310     PYTD     19,150    12,378         0     18,100


AGED      CURRENT    1 MONTH    2 MONTHS    3 MONTHS    4 MONTHS   5+ MONTHS      TOTAL AGED
-------   -------    -------    --------    --------    --------   ---------      -----------
A/R      1,000.00       0.00        0.00        0.00        0.00        0.00    1,000.00 A/R
WIP      -392.50      506.00       70.00     -320.00   -1,000.00   -8,254.00   -9,390.50 WIP

YTD WORK    BUDGET      ACTUAL     VARIANCE    %BUDGET     LAST      DATE        AMOUNT TYPE
--------    ------      ------     --------    -------     ----      ----        ------ ----
HOURS         0.00       40.60       -40.60      0.00%    BILLED  10/01/11     1,000.00 PRG
DOLLARS       0.00    6,681.50    -6,681.50      0.00%    PAYMENT 08/08/11     4,000.00 SN

<--------------WORK-IN-PROCESS--------------->    NET WIP   ACCOUNTS   UNAPPLIED      TOTAL
       FEES    EXPENSES     DB/CR    OFFSETS     SUBTOTAL  RECEIVABLE   RETAINER   EXPOSURE
-----------   --------   -------   --------    ---------  ----------   --------   --------
   8,109.50       0.00      0.00  -17,500.00   -9,390.50    1,000.00       0.00  -8,390.50

                                                                              NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)  -9,390.50

                                                 WIP TO XFER:  _____

                                                 WIP TO HOLD:  _____

                                                 WIP TO CLEAR:  _____

                                                 WRITE UP/DOWN:  _____

                                                 AMOUNT TO BILL:  _____

                                 APPROVED BY: _____ DATE: _____


--------------------------------------------------------------------------------
18 Oct 2011 12:22              DWIP SORT ON CLIENT ID   5261 /        PAGE: 297


                        CONFIDENTIAL                    VOYNOW_024498

```
                          Voynow, Bayard & Company, CPAs                        v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                           SORT ON CLIENT ID * SELECTED CLIENTS


5261 /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                           DEBBIE
-------------------------------------------------------------------------------
                   * * *  FEE & EXPENSE SUMMARIES  * *


     * CHARGEABLE FEES SUMMARY BY WORK CODE      HOURS       AMOUNT        TOTAL
     REVIEW ENGAGEMENT                            1.00       275.00       275.00
     BUSINESS TAX ENGAGEMENTS                    38.80     6,206.50     6,481.50
     INTERIM SERVICES                             1.00       250.00     6,731.50
     SPECIAL PROJECTS-MUST USE MEMO               5.80     1,330.00     8,061.50
     VB-ADMINISTRATIVE CODES                      1.60        48.00     8,109.50
     SYSTEM GENERATED FEES                        0.00   -17,500.00    -9,390.50
                                               --------  ------------
            ** TOTAL                             48.20    -9,390.50


     * CHARGEABLE FEES SUMMARY BY STAFF          HOURS       AMOUNT        TOTAL
                                                  0.00   -17,500.00   -17,500.00
     11  ELISA BRABAZON                           1.60        48.00   -17,452.00
     118 ROBERT KIRKHOPE                          3.20       480.00   -16,972.00
     12  PATRICK J. CATALINE                     12.20       976.00   -15,996.00
     124 Brett Bausinger                          0.40        40.00   -15,956.00
     129 JOHN BRESLIN                             0.60        48.00   -15,908.00
     130 DAVE LOMBARDO                            1.10       110.00   -15,798.00
     48  Kenneth Mann                             2.50       625.00   -15,173.00
     56  Hugh Whyte                               1.00       275.00   -14,898.00
     63  Betteann Norris                          0.30        22.50   -14,875.50
     75  Bob Seibel                              14.00     2,660.00   -12,215.50
     83  Randall Franzen                         11.30     2,825.00    -9,390.50
                                               --------  ------------
            ** TOTAL                             48.20    -9,390.50


     * CHARGEABLE FEES SUMMARY BY CTRL DATE      HOURS       AMOUNT        TOTAL
                 10/31/10                          4.00         0.00         0.00
                 11/30/10                          0.00    -1,000.00    -1,000.00
                 12/31/10                          3.60      -572.00    -1,572.00
                 01/31/11                          3.20      -200.00    -1,772.00
                 02/28/11                          5.50    -5,702.00    -7,474.00
                 03/31/11                          2.50      -435.00    -7,909.00
                 04/30/11                          3.50      -345.00    -8,254.00
                 05/31/11                          0.00    -1,000.00    -9,254.00
                 06/30/11                          4.90      -320.00    -9,574.00
                 07/31/11                          8.50        70.00    -9,504.00
                 08/31/11                          8.60       506.00    -8,998.00
                 09/30/11                          3.90      -392.50    -9,390.50
                                               --------  ------------
            ** TOTAL                             48.20    -9,390.50
```

CONFIDENTIAL                                    VOYNOW_024499

```
                              Voynow, Bayard & Company, CPAs                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                          SORT ON CLIENT ID * SELECTED CLIENTS

 5261 /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
 STAR CHRYSLER PLYMOUTH JEEP/                           DEBBIE
 CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE     HRS      AMOUNT   SEQ# ACTION
 ----------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

 08/31/11 08/10/11  2 93 Hugh Whyte          56  275    1.00      275.00 904696 B H T:

            56  Hugh Whyte                            1.00      275.00

          REVIEW Partner Review                       1.00      275.00

 01/31/11 01/10/11  5 21 Kenneth Mann        48  250    0.20       50.00 878124 B H T:
                        lifo
 02/28/11 02/16/11  5 21 Kenneth Mann        48  250    0.20       50.00 886946 B H T:

            48  Kenneth Mann                          0.40      100.00

          BUSTAX LIFO Computations                    0.40      100.00

 02/28/11 02/11/11  5 60 ROBERT KIRKHOPE    118  150    1.00      150.00 876388 B H T:
                        on the phone with debbie in regards to lifo

           118 ROBERT KIRKHOPE                        1.00      150.00

          BUSTAX Income Tax Project & Ex              1.00      150.00

 09/30/11 08/29/11  5 61 Betteann Norris     63   75    0.30       22.50 906032 B H T:
                        process tax return

            63  Betteann Norris                       0.30       22.50

          BUSTAX Federal Tax Return Prep              0.30       22.50

 06/30/11 06/08/11  5 63 Brett Bausinger    124  100    0.40       40.00 893840 B H T:
                        2nd Qtr. Estimate

           124 Brett Bausinger                        0.40       40.00

          BUSTAX City Tax Return Prep                 0.40       40.00

 04/30/11 03/29/11  5 69 ROBERT KIRKHOPE    118  150    1.00      150.00 883883 B H T:

           118 ROBERT KIRKHOPE                        1.00      150.00

 06/30/11 06/14/11  5 69 PATRICK J. CATALINE 12   80    2.50      200.00 895507 B H T:
                        adjusting entries
 07/31/11 06/30/11  5 69 PATRICK J. CATALINE 12   80    1.00       80.00 901668 B H T:
 07/31/11 07/01/11  5 69 PATRICK J. CATALINE 12   80    2.50      200.00 901674 B H T:
                        tax return
 07/31/11 07/01/11  5 69 PATRICK J. CATALINE 12   80    2.00      160.00 901672 B H T:
                        481A calculation and entries
 08/31/11 08/01/11  5 69 PATRICK J. CATALINE 12   80    1.20       96.00 904615 B H T:
                        adjusting return
 08/31/11 08/02/11  5 69 PATRICK J. CATALINE 12   80    1.50      120.00 904620 B H T:
                        2848, 3115 & attachment

            12  PATRICK J. CATALINE                  10.70      856.00

 02/28/11 02/09/11  5 69 JOHN BRESLIN       129   80    0.20       16.00 876450 B H T:
                        ext
 ----------------------------------------------------------------------------------------
 18 Oct 2011 12:22            DWIP SORT ON CLIENT ID    5261 /          PAGE: 299
```

```
                              Voynow, Bayard & Company, CPAs                    v.6.00
                        DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                              SORT ON CLIENT ID * SELECTED CLIENTS

5261 /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                             DEBBIE
CDATE    WDATE    WORK(CODE)   STAFF NAME      SID RATE   HRS      AMOUNT   SEQ# ACTION
----------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/    * *

02/28/11 02/10/11  5 69 JOHN BRESLIN         129  80    0.20       16.00 876501 B H T:
                   ext
02/28/11 02/21/11  5 69 JOHN BRESLIN         129  80    0.20       16.00 878275 B H T:

           129 JOHN BRESLIN                              0.60       48.00

09/30/11 08/29/11  5 69 DAVE LOMBARDO        130 100    1.10      110.00 906437 B H T:
                   MATHED RETURNS

           130 DAVE LOMBARDO                             1.10      110.00

12/31/10 12/22/10  5 69 Bob Seibel            75 190    2.00      380.00 870658 ON HOLD
                   Analysis of Steve loans.
02/28/11 02/15/11  5 69 Bob Seibel            75 190    0.50       95.00 879307 B H T:
02/28/11 02/17/11  5 69 Bob Seibel            75 190    1.00      190.00 879312 B H T:
02/28/11 02/19/11  5 69 Bob Seibel            75 190    0.50       95.00 879289 B H T:
03/31/11 03/01/11  5 69 Bob Seibel            75 190    1.00      190.00 879602 B H T:
                   extension issues.
06/30/11 06/07/11  5 69 Bob Seibel            75 190    1.00      190.00 897623 B H T:
07/31/11 06/30/11  5 69 Bob Seibel            75 190    1.00      190.00 897923 B H T:
07/31/11 07/29/11  5 69 Bob Seibel            75 190    1.00      190.00 903817 B H T:
                   Go over return.
08/31/11 08/02/11  5 69 Bob Seibel            75 190    0.50       95.00 904002 B H T:
                   Go over return.
08/31/11 08/04/11  5 69 Bob Seibel            75 190    1.00      190.00 904014 B H T:
                   Tax return.
08/31/11 08/16/11  5 69 Bob Seibel            75 190    0.50       95.00 907005 B H T:
                   Tax returns.
08/31/11 08/22/11  5 69 Bob Seibel            75 190    0.50       95.00 907034 B H T:
                   3115 to KM
08/31/11 08/26/11  5 69 Bob Seibel            75 190    1.00      190.00 907052 B H T:
                   Tax returns.
09/30/11 08/29/11  5 69 Bob Seibel            75 190    1.00      190.00 907066 B H T:
                   Tax returns.
09/30/11 08/31/11  5 69 Bob Seibel            75 190    0.50       95.00 907085 B H T:
                   E-file
09/30/11 09/13/11  5 69 Bob Seibel            75 190    1.00      190.00 907469 B H T:
                   9/15 est.

            75  Bob Seibel                              14.00    2,660.00

10/31/10 10/13/10  5 69 Randall Franzen       83 250    1.50      375.00 864664 ON HOLD
                   work with Steve to go over finl stmt
01/31/11 01/28/11  5 69 Randall Franzen       83 250    3.00      750.00 874312 B H T:
                   go to NY and do the year end work
03/31/11 03/23/11  5 69 Randall Franzen       83 250    1.00      250.00 886048 B H T:
                   go over steve return
04/30/11 04/03/11  5 69 Randall Franzen       83 250    0.80      200.00 886130 B H T:
                   go over Steve info
04/30/11 04/07/11  5 69 Randall Franzen       83 250    0.50      125.00 886191 B H T:
                   get returns out kids
07/31/11 06/29/11  5 69 Randall Franzen       83 250    1.00      250.00 898730 B H T:
                   go over 5500 info

            83  Randall Franzen                          7.80    1,950.00
----------------------------------------------------------------------------------------
18 Oct 2011 12:22                   DWIP SORT ON CLIENT ID    5261 /       PAGE: 300
```

(handwritten annotations in right margin): FW / 1040 / 1040 / 1040 / 401K

CONFIDENTIAL

VOYNOW_024501

```
                          Voynow, Bayard & Company, CPAs                    v.6.00
                      DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                            SORT ON CLIENT ID * SELECTED CLIENTS

5261  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                              DEBBIE
CDATE    WDATE    WORK(CODE)    STAFF NAME     SID RATE    HRS       AMOUNT   SEQ# ACTION
------------------------------------------------------------------------------------------
                     * *  CHARGEABLE FEES  BY CODES/STAFF/     * *


          BUSTAX Year End Tax Work                        35.20     5,774.00

02/28/11 02/04/11  5 90 PATRICK J. CATALINE  12    80     1.50       120.00 875043 B H T:

          12   PATRICK J. CATALINE                        1.50       120.00

          BUSTAX Trial Balance Data Inpu                  1.50       120.00

06/30/11 06/06/11  6 13 Randall Franzen       83   250    1.00       250.00 898603 B H T:
                       work on the letter

          83   Randall Franzen                            1.00       250.00

          INTSER Rev. Ledger & Schedules                  1.00       250.00

04/30/11 04/18/11  8 32 ROBERT KIRKHOPE      118   150    1.20       180.00 889755 B H T:

          118  ROBERT KIRKHOPE                            1.20       180.00

02/28/11 02/25/11  8 32 Kenneth Mann          48   250    0.20        50.00 887015 B H T:
                       3115 research
03/31/11 03/04/11  8 32 Kenneth Mann          48   250    0.30        75.00 887443 B H T:
                       3115 Research
03/31/11 03/12/11  8 32 Kenneth Mann          48   250    0.20        50.00 887590 B H T:
                       3115 Template
08/31/11 08/25/11  8 32 Kenneth Mann          48   250    1.40       350.00 911751 B H T:
                       review 3115

          48   Kenneth Mann                               2.10       525.00

10/31/10 10/18/10  8 32 Randall Franzen       83   250    1.50       375.00 864686 ON HOLD
                       go over changes to Steve K fin'l stmt
10/31/10 10/21/10  8 32 Randall Franzen       83   250    1.00       250.00 864685 ON HOLD
                       work on Steve K fin'l stmt and various calls to
                       Steve and Eileen

          83   Randall Franzen                            2.50       625.00

          Other Special Projects(detail)                  5.80     1,330.00

12/31/10 12/06/10 90 36 ELISA BRABAZON        11    30    1.60        48.00 867315 ON HOLD
                       typed interim letter

          11   ELISA BRABAZON                             1.60        48.00

          VB-F-Type/Copy Internal Doc.                    1.60        48.00


                                                              ON HOLD
          * * TOTAL FEES                       48.20    8,109.50  (      1,428.00)


                      * *   DEBITS & CREDITS   * *

------------------------------------------------------------------------------------------
16 Oct 2011 12:22               DWIP SORT ON CLIENT ID   5261  /       PAGE: 301
```

CONFIDENTIAL

VOYNOW_024502

```
                        Voynow, Bayard & Company, CPAs                  v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                       SORT ON CLIENT ID * SELECTED CLIENTS

5261  /      GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                              DEBBIE
CDATE     WDATE     WORK(CODE)   STAFF NAME      SID RATE   HRS      AMOUNT   SEQ# ACTION
--------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

10/31/10 10/31/10 99  3                                  -1,000.00 862728 ON HOLD
11/30/10 11/30/10 99  3                                  -1,000.00 863146 ON HOLD
12/31/10 12/31/10 99  3                                  -1,000.00 866965 ON HOLD
01/31/11 01/31/11 99  3                                  -1,000.00 873880 B H T:
02/28/11 02/28/11 99  3                                  -1,000.00 874099 B H T:
02/28/11 02/28/11 99  3                                  -5,500.00 876030 B H T:
03/31/11 03/31/11 99  3                                  -1,000.00 878439 B H T:
04/30/11 04/30/11 99  3                                  -1,000.00 883712 B H T:
05/31/11 05/31/11 99  3                                  -1,000.00 889342 B H T:
06/30/11 06/30/11 99  3                                  -1,000.00 892672 B H T:
07/31/11 07/31/11 99  3                                  -1,000.00 898294 B H T:
08/31/11 08/31/11 99  3                                  -1,000.00 903590 B H T:
09/30/11 09/30/11 99  3                                  -1,000.00 905803 B H T:

                                                                   ON HOLD
        * * TOTAL PROGRESS BILLS AND OTHER CREDITS      -17,500.00 (        0.00)


        FEES      EXPENSES    SUB-TOTAL     DB/CR    SUB-TOTAL    OFFSETS     NET WIP
      ----------  ----------  ----------  ----------  ----------  ----------  ----------
      8,109.50        0.00    8,109.50        0.00    8,109.50   -17,500.00   -9,390.50
                                                                             ==========
```

CONFIDENTIAL                                              VOYNOW_024503

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.30.11 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | METRO CHRYSLER PLYM |
| (4) Client # / File # | (4) | 5261 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.30.11 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due          3,025.00

If this is a zero bill (to clear out W.I.P.)  Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  (FINAL)                    W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #          W.I.P. TO HOLD: _____
_____          W.I.P. TO CLEAR: _____

CLIENT NAME: _____          WRITE UP /( DOWN): _____

BILL # : 21051

DATE KEYPUNCHED: _____                    BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

S.K. 1040

# Voynow, Bayard & Company, CPAs
**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2011


STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                     Client #: 5261/
BAYSIDE, NY 11361                        Invoice: 21051
ATTN: DEBBIE


PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

                    AMOUNT DUE          $ 3,025.00



CONFIDENTIAL                          VOYNOW_024505

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.30.11 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR CHRYSLER |
| (4) Client # / File # | (4) | 5261 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.30.11 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

| | |
|---|---|
| Accounting Services as Requested: | |
| | |
| Preparation of form 3115, Application for change in accounting method, related | |
| to IRS changes to Internal Revenue Code Section 263A for capitalization of | |
| Unicap amounts, and election of safe harbor Methods allowed under | |
| Revenue Procedure 2010-44. | 1,500.00 |
| Analysis of current capitalization requirements as well as analysis of | |
| Previous Unicap capitalization amounts required to be capitalized into | |
| the Lifo increment layers. | 675.00 |
| | |
| Amount Due | 2,175.00 |

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                    W.I.P.

TOTAL W.I.P. : _____

DATE BILLED: _____            W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                        W.I.P. TO HOLD: _____
: _____                          W.I.P. TO CLEAR: _____

CLIENT NAME: _____            WRITE UP /( DOWN): _____

BILL # : 21031

DATE KEYPUNCHED: _____                              BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

VOYNOW_024506

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2011

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                          Client #: 5261/
BAYSIDE, NY 11361                             Invoice: 21031
ATTN: DEBBIE

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PREPARATION OF FORM 3115, APPLICATION
FOR CHANGE IN ACCOUNTING METHOD, RELATED
TO CHANGE WITHIN INTERNAL REVENUE CODE
SECTION 263A, UNIFORM CAPITALIZATION
(UNICAP) INVENTORY COSTS BY ELECTION OF
SAFE HARBOR METHODS ALLOWED UNDER REVENUE
PROCEDURE 2010-44.                                 $  1,500.00


RECONSTRUCTION OF PREVIOUS YEARS' UNICAP
COSTS, AS APPLIED TO YEAR BEGINNING INVENTORIES
AND LIFO INVENTORY LAYERS FOR DEVELOPMENT OF
REQUIRED IRC 481(a) ADJUSTMENT UNDER REV.
PROC. 2010-44.                                          675.00


                     AMOUNT DUE                   $  2,175.00

CONFIDENTIAL                        VOYNOW_024507

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2011

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD
BAYSIDE, NY 11361
ATTN: DEBBIE

Client #: 5261/
Invoice: 21031

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PREPARATION OF FORM 3115, APPLICATION FOR
CHANGE IN ACCOUNTING METHOD, RELATED TO
IRS CHANGES TO INTERNAL REVENUE CODE
SECTION 263A FOR CAPITALIZATION OF
UNICAP AMOUNTS, AND ELECTION OF SAFE
HARBOR METHODS ALLOWED UNDER REVENUE
PROCEDURE 210-44.                                    $ 1,500.00

ANALYSIS OF CURRENT CAPITALIZATION
REQUIREMENTS AS WELL AS ANALYSIS OF
PREVIOUS UNICAP CAPITALIZATION AMOUNTS
REQUIRED TO BE CAPITALIZED INTO THE LIFO
INCREMENT LAYERS.                                       675.00

                        AMOUNT DUE         $ 2,175.00

2010

# VOYNOW BAYARD CO
# WIP

| | | | | |
|---|---|---|---|---|
| (1) Today's date | | (1) 4.12.11 | | |
| (2) Name of individual requesting this billing | | (2) RANDY | | |
| (3) Client Name | | (3) STAR CHRYSLER JEEP | | |
| (4) Client # / File # | | (4)      5261 | | |
| (5) This billing is for work done from Month Ending | | (5a) | , | 200 |
| through the Month Ending | | (5b  1.31.11 | , | 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2010 closing of the books

preparation of Federal , State and city

corporate tax returns.

**Accountant**

Amount Due          5,500.00

If this is a zero bill (to clear out W.I.P.)  Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  (FINAL)                    W.I.P.

**LAST YEAR BILL:**        -                    TOTAL W.I.P.: _____

DATE BILLED: _____        W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                    W.I.P. TO HOLD: _____
: _____                    W.I.P. TO CLEAR: _____

CLIENT NAME: _____        WRITE UP / DOWN: _____

BILL # : 20641

DATE KEYPUNCHED: _____                    BILL

TOTAL AMOUNT BILLABLE: _____   5,500.00

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____   5,500.00

CONFIDENTIAL

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

February 15, 2011

STAR CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                     Client #: 5261/
BAYSIDE, NY 11361                        Invoice: 20641
ATTN: DEBBIE

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED
ON THE DECEMBER 31, 2010 CLOSING OF
THE BOOKS AND PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS

                    AMOUNT DUE          $ 5,500.00

CONFIDENTIAL

VOYNOW_024510

```
                           Voynow, Bayard & Company, CPAs                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
                         SORT ON CLIENT NAME * SELECTED CLIENTS

5261  /    GRP: STAR   PRG BILL FRM: 90 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
METRO CHRYSLER PLYMOUTH JEEP/                    DEBBIE
<------------MOST RECENT 12 MONTHS---------->    <-------------PRIOR 12 MONTHS------------->
MON-YR   BILLS   WRT U/D   WRTOFFS     CASH      MON-YR   BILLS   WRT U/D   WRTOFFS     CASH

JAN-10    500        0        0         0        JAN-09    500        0        0         0
FEB-10    500        0        0         0        FEB-09  7,500        0        0         0
MAR-10  7,500        0        0      7,100        MAR-09    500        0        0     8,000
APR-10    500        0        0      7,500        APR-09    500        0        0         0
MAY-10    500        0        0         0        MAY-09    500        0        0         0
JUN-10  1,000        0        0         0        JUN-09    500        0        0     1,500
JUL-10  1,000        0        0         0        JUL-09    500        0        0         0
AUG-10  1,000        0        0         0        AUG-09    500        0        0         0
SEP-10  6,650   12,378        0      3,500        SEP-09    500        0        0         0
OCT-10  1,000        0        0      1,000        OCT-09    500        0        0         0
NOV-10  1,000        0        0      8,650        NOV-09    500        0        0     2,500
DEC-10  1,810        0        0         0        DEC-09  6,100    6,666        0         0
------------------------------------------       ------------------------------------------
TOTAL  22,960   12,378        0     27,750        TOTAL  18,600    6,666        0    12,000

YTD    22,960   12,378        0     27,750        PYTD   18,600    6,666        0    12,000


AGED     CURRENT    1 MONTH    2 MONTHS   3 MONTHS   4 MONTHS   5+ MONTHS      TOTAL AGED
-------------------------------------------------------------------------------------------
A/R     1,810.00       0.00       0.00       0.00       0.00       0.00     1,810.00  A/R
WIP    -1,382.00  -1,000.00       0.00  -1,000.00  -1,000.00  -4,500.00    -8,882.00  WIP

YTD WORK    BUDGET       ACTUAL      VARIANCE    %BUDGET   LAST      DATE        AMOUNT TYPE
-------------------------------------------------------------------------------------------
HOURS         0.00       46.20       -46.20      0.00%   BILLED  12/22/10      810.00  PRG
DOLLARS       0.00    7,699.50    -7,699.50      0.00%   PAYMENT 11/18/10    2,000.00  SN

<--------------WORK-IN-PROCESS-------------->    NET WIP    ACCOUNTS   UNAPPLIED     TOTAL
        FEES    EXPENSES     DB/CR     OFFSETS  SUBTOTAL  RECEIVABLE   RETAINER   EXPOSURE
-------------------------------------------------------------------------------------------
     1,428.00       0.00       0.00  -10,310.00  -8,882.00   1,810.00       0.00  -7,072.00

                                                                              NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)  -8,882.00
```

WIP TO XFER: _____

WIP TO HOLD: 1,572

WIP TO CLEAR: 7,310

WRITE UP/DOWN: 7,310

AMOUNT TO BILL: 0

APPROVED BY: _Kim_ DATE: 1/6/11
             HW

```
--------------------------------------------------------------------------------
17 Jan 2011 11:31            DWIP SORT ON CLIENT NAME  5261  /        PAGE: 49
```

CONFIDENTIAL

VOYNOW_024511

```
                          Voynow, Bayard & Company, CPAs                        v.6.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
                      SORT ON CLIENT NAME * SELECTED CLIENTS

5261  /     GRP: STAR   PRG BILL FRM: 90 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
METRO CHRYSLER PLYMOUTH JEEP/                        DEBBIE
------------------------------------------------------------------------------------
                      * *  FEE & EXPENSE SUMMARIES  * *

       * CHARGEABLE FEES SUMMARY BY WORK CODE    HOURS       AMOUNT        TOTAL
       BUSINESS TAX ENGAGEMENTS                   3.50       755.00       755.00
       SPECIAL PROJECTS-MUST USE MEMO             2.50       625.00     1,380.00
       VB-ADMINISTRATIVE CODES                    1.60        48.00     1,428.00
       SYSTEM GENERATED FEES                      0.00   -10,310.00    -8,882.00
                                               --------   -----------
              ** TOTAL                            7.60    -8,882.00


       * CHARGEABLE FEES SUMMARY BY STAFF        HOURS       AMOUNT        TOTAL
                                                  0.00   -10,310.00   -10,310.00
       11   ELISA BRABAZON                        1.60        48.00   -10,262.00
       75   Bob Seibel                            2.00       380.00    -9,882.00
       83   Randall Franzen                       4.00     1,000.00    -8,882.00
                                               --------   -----------
              ** TOTAL                            7.60    -8,882.00


       * CHARGEABLE FEES SUMMARY BY CTRL DATE    HOURS       AMOUNT        TOTAL
              01/31/10                            0.00      -500.00      -500.00
              02/28/10                            0.00      -500.00    -1,000.00
              03/31/10                            0.00      -500.00    -1,500.00
              04/30/10                            0.00      -500.00    -2,000.00
              05/31/10                            0.00      -500.00    -2,500.00
              06/30/10                            0.00    -1,000.00    -3,500.00
              07/31/10                            0.00    -1,000.00    -4,500.00
              08/31/10                            0.00    -1,000.00    -5,500.00
              09/30/10                            0.00    -1,000.00    -6,500.00
              10/31/10                            4.00         0.00    -6,500.00
              11/30/10                            0.00    -1,000.00    -7,500.00
              12/31/10                            3.60    -1,382.00    -8,882.00
                                               --------   -----------
              ** TOTAL                            7.60    -8,882.00
```

CONFIDENTIAL

VOYNOW_024512

```
                        Voynow, Bayard & Company, CPAs                          v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
                        SORT ON CLIENT NAME * SELECTED CLIENTS

5261  /    GRP: STAR    PRG BILL FRM: 90 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
METRO CHRYSLER PLYMOUTH JEEP/                                    DEBBIE
CDATE     WDATE    WORK(CODE)   STAFF NAME      SID RATE    HRS      AMOUNT   SEQ#   ACTION
---------------------------------------------------------------------------------------

                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

12/31/10 12/22/10  5 69 Bob Seibel          75   190    2.00    380.00 870658 B H T:
                        Analysis of Steve loans.

              75   Bob Seibel                         2.00    380.00

10/31/10 10/13/10  5 69 Randall Franzen     83   250    1.50    375.00 864664 B H T:
                        work with Steve to go over finl stmt

              83   Randall Franzen                    1.50    375.00

              BUSTAX Year End Tax Work                3.50    755.00

10/31/10 10/18/10  8 32 Randall Franzen     83   250    1.50    375.00 864686 B H T:
                        go over changes to Steve K fin'l stmt
10/31/10 10/21/10  8 32 Randall Franzen     83   250    1.00    250.00 864685 B H T:
                        work on Steve K fin'l stmt and various calls to
                        Steve and Eileen

              83   Randall Franzen                    2.50    625.00

         Other Special Projects(detail)              2.50    625.00

12/31/10 12/06/10 90 36 ELISA BRABAZON      11    30    1.60     48.00 867315 B H T:
                        typed interim letter

              11   ELISA BRABAZON                     1.60     48.00

         VB-F-Type/Copy Internal Doc.               1.60     48.00

              * *  TOTAL FEES                        7.60   1,428.00


                    * *   DEBITS & CREDITS   * *

01/31/10 01/31/10 99    3                           -500.00 823301 ON HOLD
02/28/10 02/28/10 99    3                           -500.00 826443 ON HOLD
03/31/10 03/31/10 99    3                           -500.00 828956 ON HOLD
04/30/10 04/30/10 99    3                           -500.00 840255 ON HOLD
05/31/10 05/31/10 99    3                           -500.00 840977 ON HOLD
06/30/10 06/30/10 99    3                         -1,000.00 844626 ON HOLD
07/31/10 07/31/10 99    3                         -1,000.00 851234 ON HOLD
08/31/10 08/31/10 99    3                         -1,000.00 851983 ON HOLD
09/30/10 09/30/10 99    3                         -1,000.00 854434 ON HOLD
10/31/10 10/31/10 99    3                         -1,000.00 862728 B H T:
11/30/10 11/30/10 99    3                         -1,000.00 863146 B H T:
12/31/10 12/31/10 99    3                           -810.00 871187 B H T:
12/31/10 12/31/10 99    3                         -1,000.00 866965 B H T:

                                                                    ON HOLD
         * * TOTAL PROGRESS BILLS AND OTHER CREDITS   -10,310.00 (      0.00)


------------------------------------------------------------------------------------
17 Jan 2011 11:31              DWIP SORT ON CLIENT NAME  5261  /        PAGE: 51
```

CONFIDENTIAL

VOYNOW_024513

```
                         Voynow, Bayard & Company, CPAs                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
                       SORT ON CLIENT NAME * SELECTED CLIENTS

5261  /     GRP: STAR    PRG BILL FRM: 90 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
METRO CHRYSLER PLYMOUTH JEEP/                       DEBBIE
CDATE    WDATE     WORK(CODE)   STAFF NAME      SID RATE     HRS       AMOUNT    SEQ# ACTION
------------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/     * *


          FEES      EXPENSES    SUB-TOTAL       DB/CR    SUB-TOTAL     OFFSETS     NET WIP
       ----------  ----------  ----------    ----------  ----------  ----------  ----------
        1,428.00        0.00    1,428.00         0.00     1,428.00  -10,310.00   -8,882.00
                                                                                 ==========
```

```
------------------------------------------------------------------------------------------
17 Jan 2011 11:31                   DWIP SORT ON CLIENT NAME  5261  /       PAGE: 52
```

CONFIDENTIAL

VOYNOW_024514

**Voynow, Bayard & Company, CPAs**

1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

December 22, 2010

METRO CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                    Client #: 5261/
BAYSIDE, NY 11361                       Invoice: 20538
ATTN: DEBBIE/STEVE KOUFAKIS

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

                    AMOUNT DUE        $    810.00

CONFIDENTIAL                                    VOYNOW_024515

(1) Today's date                                          (1)   12.23.10

(2) Name of individual requesting this billing            (2)   RPS

(3) Client Name                                           (3)   METRO CHRYSLER PLYM

(4) Client # / File #                                     (4)       5261

(5) This billing is for work done from Month Ending       (5a)                    , 200

through the Month Ending                                  (5b)  12.23.10           , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due          810.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                        W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____                   W.I.P. TO TRANSFER: _____

BILLED THROUGH                            W.I.P. TO HOLD: _____
CLIENT # / FILE #
: _____                              W.I.P. TO CLEAR: _____

CLIENT NAME: _____                   WRITE UP /( DOWN): _____

BILL # : 20538

DATE KEYPUNCHED: _____                          BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

steve condo

CONFIDENTIAL                                      VOYNOW_024516

```
                              Voynow, Bayard & Company, CPAs
                       DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
                              SORT ON CLIENT NAME * SELECTED CLIENTS


5261 /         GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
METRO CHRYSLER PLYMOUTH JEEP/                                DEBBIE
<----------MOST RECENT 12 MONTHS--------->      <----------PRIOR 12 MONTHS--------->
                WRT U/D    WRTOFFS    CASH       MON-YR   BILLS   WRT U/D   WRTOFFS   CASH
MON-YR   BILLS                          0
                                               JAN-09   500       0         0         0
JAN-10   500     0          0      7,100       FEB-09   7,500     0         0      8,000
FEB-10   500     0          0      7,500       MAR-09   500       0         0         0
MAR-10   7,500   0          0                  APR-09   500       0         0      1,500
APR-10   500     0          0                  MAY-09   500       0         0         0
MAY-10   1,000   0          0                  JUN-09   500       0         0         0
JUN-10   1,000   0          0      3,500       JUL-09   500       0         0         0
JUL-10   1,000   0          0      1,000       AUG-09   500       0         0         0
AUG-10   6,650   12,378     0      8,650       SEP-09   500       0         0      2,500
SEP-10   1,000   0          0                  OCT-09   500       0         0         0
OCT-10   1,000   0          0                  NOV-09   6,100     6,666     0         0
NOV-10   1,000   0          0                  DEC-09                       0     12,000
DEC-10                             27,750
                                               TOTAL    18,600    6,666     0     12,000
TOTAL    22,150  12,378     0      27,750
                                               PYTD     18,600    6,666
YTD      22,150  12,378                0      27,750
```

| AGED | CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 MONTHS | 5+ MONTHS | TOTAL AGED | |
|---|---|---|---|---|---|---|---|---|
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | A/R |
| A/R | 1,000.00 | -1,000.00 | 0.00 | -1,000.00 | -1,000.00 | -4,500.00 | -8,452.00 | WIP |
| WIP | -952.00 | -1,000.00 | 0.00 | | | | | |

```
                                               LAST    DATE            AMOUNT  TYPE
                                               BILLED  12/01/10        1,000.00  PRG
YTD WORK   BUDGET    ACTUAL    VARIANCE  %BUDGET PAYMENT 11/18/10       2,000.00  SN
                                          0.00%
HOURS      0.00      44.20     -44.20     0.00%
DOLLARS    0.00      7,319.50  -7,319.50                ACCOUNTS    UNAPPLIED    TOTAL
                                       NET WIP  RECEIVABLE   RETAINER    EXPOSURE
<------------WORK-IN-PROCESS--------->  SUBTOTAL                  0.00   -7,452.00
    FEES    EXPENSES    DB/CR   OFFSETS  -8,452.00  1,000.00
                                                                       NET WIP
    1,048.00   0.00      0.00   -9,500.00  -8,452.00  1,000.00        -8,452.00


SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final)

                                                          WIP TO XFER: _____

                                                          WIP TO HOLD: _____

            Steve / condo                                 WIP TO CLEAR: _____

                $810                                       WRITE UP/DOWN: _____

                                                          AMOUNT TO BILL: _____

                                                          APPROVED BY: _____ DATE: ___
```

```
                                        DWIP SORT ON CLIENT NAME  5261  /      PAGE: 22
2
   23 Dec 2010 08:29
```

CONFIDENTIAL                                    VOYNOW_024517

# Voynow, Bayard & Company, CPAs

1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

December 22, 2010

METRO CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD                     Client #: 5261/
BAYSIDE, NY 11361                        Invoice: 20538
ATTN: DEBBIE /Struck,

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

                    AMOUNT DUE          $    810.00

CONFIDENTIAL

VOYNOW_024518

(1) Today's date                                         (1)   9.30.10

(2) Name of individual requesting this billing           (2)   RPS

(3) Client Name                                          (3)   METRO CHRY PLYM

(4) Client # / File #                                    (4)       5261

(5) This billing is for work done from Month Ending      (5a)  _____ , 200

    through the Month Ending                             (5b)  9.30.10 , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2009

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Corp. tax returns.

Amount Due          2,670.00

If this is a zero bill (to clear out W.I.P.)  Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  (FINAL)                  W.I.P.

                                              TOTAL W.I.P.:  _____

DATE BILLED: _____          W.I.P. TO TRANSFER:  _____

BILLED THROUGH
CLIENT # / FILE #                       W.I.P. TO HOLD:  _____
:        _____
                                        W.I.P. TO CLEAR:  _____

CLIENT NAME: _____          WRITE UP /( DOWN):  _____

BILL # : _____

DATE KEYPUNCHED: _____                           BILL

                              TOTAL AMOUNT BILLABLE: _____

              LESS RETAINERS AND OR PROGRESS BILLING:  _____

                              AMOUNT OF BILL: _____

Hold  2010  Retainers

CONFIDENTIAL                                    VOYNOW_024519

# Voynow, Bayard & Company, CPAs

1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

September 30, 2010

METRO CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD
BAYSIDE, NY 11361
ATTN: DEBBIE

Client #: 5261/
Invoice: 20287

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2009 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS,
PREPARATION OF FEDERAL, STATE AND CITY
CORPORATE TAX RETURNS

AMOUNT DUE          $ 2,670.00

CONFIDENTIAL                    VOYNOW_024520

```
                        Voynow, Bayard & Company, CPAs                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
                        SORT ON CLIENT NAME * SELECTED CLIENTS

5261  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
METRO CHRYSLER PLYMOUTH JEEP/                    DEBBIE
<-----------MOST RECENT 12 MONTHS----------->   <--------------PRIOR 12 MONTHS------------->
MON-YR    BILLS   WRT U/D  WRTOFFS     CASH      MON-YR    BILLS   WRT U/D  WRTOFFS     CASH
-----------------------------------------       -----------------------------------------
NOV-09      500        0        0    2,500      NOV-08      500        0        0        0
DEC-09    6,100    6,666        0        0      DEC-08      500        0        0    8,000
JAN-10      500        0        0        0      JAN-09      500        0        0        0
FEB-10      500        0        0        0      FEB-09    7,500        0        0        0
MAR-10    7,500        0        0    7,100      MAR-09      500        0        0    8,000
APR-10      500        0        0    7,500      APR-09      500        0        0        0
MAY-10      500        0        0        0      MAY-09      500        0        0        0
JUN-10    1,000        0        0        0      JUN-09      500        0        0    1,500
JUL-10    1,000        0        0        0      JUL-09      500        0        0        0
AUG-10    1,000        0        0        0      AUG-09      500        0        0        0
SEP-10    1,000        0        0    3,500      SEP-09      500        0        0        0
OCT-10        0        0        0        0      OCT-09      500        0        0        0
-----------------------------------------       -----------------------------------------
TOTAL    20,100    6,666        0   20,600      TOTAL    13,000        0        0   17,500

YTD      13,500        0        0   18,100      PYTD     12,000        0        0    9,500


AGED     CURRENT   1 MONTH   2 MONTHS  3 MONTHS  4 MONTHS  5+ MONTHS      TOTAL  AGED
-----------------------------------------------------------------------------------
A/R         0.00  1,000.00  1,000.00      0.00      0.00       0.00   2,000.00  A/R
WIP         0.00   -734.00    418.50    -85.00   -905.00  -11,923.00 -13,228.50  WIP

YTD WORK   BUDGET    ACTUAL   VARIANCE   %BUDGET    LAST     DATE     AMOUNT TYPE
-----------------------------------------------------------------------------------
HOURS        0.00     38.60    -38.60      0.00%   BILLED  09/02/10   1,000.00  PRG
DOLLARS      0.00  6,271.50 -6,271.50      0.00%   PAYMENT 09/13/10   3,500.00  SN

<---------------WORK-IN-PROCESS--------------->   NET WIP    ACCOUNTS  UNAPPLIED     TOTAL
        FEES    EXPENSES      DB/CR    OFFSETS   SUBTOTAL  RECEIVABLE   RETAINER   EXPOSURE
-----------------------------------------------------------------------------------
    6,271.50        0.00       0.00 -19,500.00 -13,228.50   2,000.00       0.00 -11,228.50

                                                                          NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final) -13,228.50
```

WIP TO XFER:  _____

WIP TO HOLD:  _____

WIP TO CLEAR:  _____

WRITE UP/DOWN:  _____

AMOUNT TO BILL:  _____

APPROVED BY:  _____ DATE:  _____

CONFIDENTIAL

VOYNOW_024521

```
                        Voynow, Bayard & Company, CPAs                      v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
                          SORT ON CLIENT NAME * SELECTED CLIENTS

5261  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
METRO CHRYSLER PLYMOUTH JEEP/                     DEBBIE
----------------------------------------------------------------------------------
                        * *  FEE & EXPENSE SUMMARIES  * *
```

| ' CHARGEABLE FEES SUMMARY BY WORK CODE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| REVIEW ENGAGEMENT | 1.50 | 412.50 | 412.50 |
| EMPLOYEE BENEFIT PLANS | 0.50 | 95.00 | 507.50 |
| BUSINESS TAX ENGAGEMENTS | 35.90 | 5,617.00 | 6,124.50 |
| INTERIM SERVICES | 0.20 | 22.00 | 6,146.50 |
| SPECIAL PROJECTS-MUST USE NEMO | 0.50 | 125.00 | 6,271.50 |
| SYSTEM GENERATED FEES | 0.00 | -19,500.00 | -13,228.50 |
|  | -------- | ------------ |  |
| '' TOTAL | 38.60 | -13,228.50 |  |

| ' CHARGEABLE FEES SUMMARY BY STAFF | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
|  | 0.00 | -19,500.00 | -19,500.00 |
| 118 ROBERT KIRKHOPE | 14.50 | 2,175.00 | -17,325.00 |
| 12  PATRICK J. CATALINE | 6.80 | 544.00 | -16,781.00 |
| 127 RAFAEL VARGAS | 0.20 | 22.00 | -16,759.00 |
| 129 JOHN BRESLIN | 1.60 | 128.00 | -16,631.00 |
| 56  Hugh Whyte | 1.50 | 412.50 | -16,218.50 |
| 75  Bob Seibel | 8.50 | 1,615.00 | -14,603.50 |
| 83  Randall Franzen | 5.50 | 1,375.00 | -13,228.50 |
|  | -------- | ------------ |  |
| '' TOTAL | 38.60 | -13,228.50 |  |

| ' CHARGEABLE FEES SUMMARY BY CTRL DATE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| 01/31/09 | 0.00 | -500.00 | -500.00 |
| 02/28/09 | 0.00 | -500.00 | -1,000.00 |
| 03/31/09 | 0.00 | -500.00 | -1,500.00 |
| 04/30/09 | 0.00 | -500.00 | -2,000.00 |
| 05/31/09 | 0.00 | -500.00 | -2,500.00 |
| 06/30/09 | 0.00 | -500.00 | -3,000.00 |
| 07/31/09 | 0.00 | -500.00 | -3,500.00 |
| 08/31/09 | 0.00 | -500.00 | -4,000.00 |
| 09/30/09 | 0.00 | -500.00 | -4,500.00 |
| 10/31/09 | 0.00 | -500.00 | -5,000.00 |
| 11/30/09 | 0.00 | -500.00 | -5,500.00 |
| 12/31/09 | 0.00 | -500.00 | -6,000.00 |
| 01/31/10 | 19.00 | 2,770.00 | -3,230.00 |
| 02/28/10 | 1.70 | -193.00 | -3,423.00 |
| 03/31/10 | 0.00 | -7,500.00 | -10,923.00 |
| 04/30/10 | 0.00 | -500.00 | -11,423.00 |
| 05/31/10 | 0.00 | -500.00 | -11,923.00 |
| 06/30/10 | 0.50 | -905.00 | -12,828.00 |
| 07/31/10 | 8.00 | -85.00 | -12,913.00 |
| 08/31/10 | 8.20 | 418.50 | -12,494.50 |
| 09/30/10 | 1.20 | -734.00 | -13,228.50 |
|  | -------- | ------------ |  |
| '' TOTAL | 38.60 | -13,228.50 |  |

CONFIDENTIAL                    VOYNOW_024522

```
                          Voynow, Bayard & Company, CPAs                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
                        SORT ON CLIENT NAME * SELECTED CLIENTS

 5261  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
METRO CHRYSLER PLYMOUTH JEEP/                              DEBBIE
 CDATE    WDATE    WORK(CODE)   STAFF NAME     SID RATE    HRS      AMOUNT   SEQ# ACTION
 ---------------------------------------------------------------------------------------
                    ' '  CHARGEABLE FEES  BY CODES/STAFF/      * *

 08/31/10 08/05/10  2 93 Hugh Whyte        56    275   1.50      412.50 852385 B H T:
                         review t/r

            56  Hugh Whyte                              1.50      412.50

          REVIEW Partner Review                         1.50      412.50

 08/31/10 07/30/10  4 61 Bob Seibel        75    190   0.50       95.00 851832 B H T:
                         Extension for 401k

            75  Bob Seibel                              0.50       95.00

          EBPLAN Federal Tax Return Prep               0.50       95.00

 01/31/10 01/20/10  5 69 ROBERT KIRKHOPE  118    150   5.00      750.00 824204 B H T:
 01/31/10 01/21/10  5 69 ROBERT KIRKHOPE  118    150   9.50    1,425.00 824203 B H T:

           118  ROBERT KIRKHOPE                        14.50    2,175.00

 07/31/10 07/19/10  5 69 PATRICK J. CATALINE 12    80  2.50      200.00 850788 B H T:
 07/31/10 07/20/10  5 69 PATRICK J. CATALINE 12    80  3.00      240.00 850789 B H T:
 08/31/10 07/26/10  5 69 PATRICK J. CATALINE 12    80  1.10       88.00 852303 B H T:
 09/30/10 09/14/10  5 69 PATRICK J. CATALINE 12    80  0.20       16.00 857064 B H T:
                         estimates

            12  PATRICK J. CATALINE                     6.80      544.00

 01/31/10 01/23/10  5 69 Bob Seibel        75    190   0.50       95.00 825021 B H T:
                         Follow up from year end visit.
 02/28/10 02/23/10  5 69 Bob Seibel        75    190   0.50       95.00 831231 B H T:
 02/28/10 02/27/10  5 69 Bob Seibel        75    190   1.00      190.00 831251 B H T:
                         Extension.
 06/30/10 06/11/10  5 69 Bob Seibel        75    190   0.50       95.00 846570 B H T:
                         6/15 estimate
 07/31/10 07/09/10  5 69 Bob Seibel        75    190   0.50       95.00 851370 B H T:
                         Work on return.
 07/31/10 07/19/10  5 69 Bob Seibel        75    190   1.00      190.00 851543 B H T:
                         Work on return.
 07/31/10 07/23/10  5 69 Bob Seibel        75    190   1.00      190.00 851560 B H T:
                         Work on return.
 08/31/10 07/26/10  5 69 Bob Seibel        75    190   1.50      285.00 851811 B H T:
                         Work on return.
 08/31/10 08/13/10  5 69 Bob Seibel        75    190   1.00      190.00 854571 B H T:
                         Work on returns.
 08/31/10 08/20/10  5 69 Bob Seibel        75    190   0.50       95.00 854611 B H T:
                         Work on returns.

            75  Bob Seibel                              8.00    1,520.00

 01/31/10 01/22/10  5 69 Randall Franzen   83    250   4.00    1,000.00 825943 B H T:
                         go to dealership and do the year end
 09/30/10 09/20/10  5 69 Randall Franzen   83    250   1.00      250.00 858937 B H T:
                         go over what we need for Steve

            83  Randall Franzen                         5.00    1,250.00
 ---------------------------------------------------------------------------------------
 13 Oct 2010 11:58              DWIP SORT ON CLIENT NAME  5261  /          PAGE: 161
```

CONFIDENTIAL

VOYNOW_024523

```
                              Voynow, Bayard & Company, CPAs                          v.6.00
                       DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
                             SORT ON CLIENT NAME * SELECTED CLIENTS

5261  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
METRO CHRYSLER PLYMOUTH JEEP/                                    DEBBIE
  CDATE    WDATE    WORK(CODE)   STAFF NAME     SID RATE    HRS      AMOUNT   SEQ# ACTION
-----------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/    * *


             BUSTAX Year End Tax Work                 34.30     5,489.00

08/31/10 08/19/10  5 97 JOHN BRESLIN        129   80   1.60      128.00 853390 B H T:

             129 JOHN BRESLIN                            1.60      128.00

             BUSTAX Math/Proof Report/Retur             1.60      128.00

02/28/10 02/26/10  6 39 RAFAEL VARGAS       127  110   0.20       22.00 828305 B H T:
                        2009 Federal Extension.

             127 RAFAEL VARGAS                           0.20       22.00

             INTSER Other Services USE MEMO             0.20       22.00

08/31/10 08/02/10  8 32 Randall Franzen      83  250   0.50      125.00 856929 B H T:
                        go over extension for 401k

              83  Randall Franzen                        0.50      125.00

             Other Special Projects(detail)             0.50      125.00


              * * TOTAL FEES                            38.60     6,271.50



                     * *    DEBITS & CREDITS    * *

01/31/09 01/31/09 99   3                              -500.00 771072 ON HOLD
02/28/09 02/28/09 99   3                              -500.00 771194 ON HOLD
03/31/09 03/31/09 99   3                              -500.00 775884 ON HOLD
04/30/09 04/30/09 99   3                              -500.00 781417 ON HOLD
05/31/09 05/31/09 99   3                              -500.00 788517 ON HOLD
06/30/09 06/30/09 99   3                              -500.00 791624 ON HOLD
07/31/09 07/31/09 99   3                              -500.00 799154 ON HOLD
08/31/09 08/31/09 99   3                              -500.00 800175 ON HOLD
09/30/09 09/30/09 99   3                              -500.00 804925 ON HOLD
10/31/09 10/31/09 99   3                              -500.00 814082 ON HOLD
11/30/09 11/30/09 99   3                              -500.00 814979 ON HOLD
12/31/09 12/31/09 99   3                              -500.00 820198 ON HOLD
01/31/10 01/31/10 99   3                              -500.00 823301 B H T:
02/28/10 02/28/10 99   3                              -500.00 826443 B H T:
03/31/10 03/31/10 99   3                            -7,000.00 831556 B H T:
03/31/10 03/31/10 99   3                              -500.00 828956 B H T:
04/30/10 04/30/10 99   3                              -500.00 840255 B H T:
05/31/10 05/31/10 99   3                              -500.00 840977 B H T:
06/30/10 06/30/10 99   3                            -1,000.00 844626 B H T:
07/31/10 07/31/10 99   3                            -1,000.00 851234 B H T:
08/31/10 08/31/10 99   3                            -1,000.00 851983 B H T:
09/30/10 09/30/10 99   3                            -1,000.00 854434 B H T:


                                                                ON HOLD
         * * TOTAL PROGRESS BILLS AND OTHER CREDITS  -19,500.00 (        0.00)
-----------------------------------------------------------------------------------------
13 Oct 2010 11:58              DWIP SORT ON CLIENT NAME  5261  /        PAGE: 162
```

*401K* (handwritten)

CONFIDENTIAL                                        VOYNOW_024524

```
                        Voynow, Bayard & Company, CPAs                      v.6.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
                     SORT ON CLIENT NAME * SELECTED CLIENTS

  5261  /     GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
METRO CHRYSLER PLYMOUTH JEEP/                          DEBBIE
CDATE   WDATE    WORK(CODE)   STAFF NAME      SID RATE    HRS       AMOUNT   SEQ# ACTION
-------------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/      * *
```

|   FEES   | EXPENSES | SUB-TOTAL |  DB/CR  | SUB-TOTAL |   OFFSETS   |   NET WIP   |
|----------|----------|-----------|---------|-----------|-------------|-------------|
| 6,271.50 |   0.00   | 6,271.50  |  0.00   | 6,271.50  | -19,500.00  | -13,228.50  |

CONFIDENTIAL

VOYNOW_024525

(1) Today's date

(2) Name of individual requesting this billing

(3) Client Name

(4) Client # / File #

(5) This billing is for work done from Month Ending

　　　through the Month Ending

(1)　9.30.10

(2)　RPS

(3)　METRO CHRYSLER PLYM

(4)　　　5261

(5a)　　　　　　　, 200

(5b)　9.30.10　　　, 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due　　2,980.00

If this is a zero bill (to clear out W.I.P.)  Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  (FINAL)

DATE BILLED: _____

BILLED THROUGH
CLIENT # / FILE #
: _____

CLIENT NAME: _____

BILL # : 25256

DATE KEYPUNCHED: _____

W.I.P.

TOTAL W.I.P.: _____

W.I.P. TO TRANSFER: _____

W.I.P. TO HOLD: _____

W.I.P. TO CLEAR: _____

WRITE UP /( DOWN): _____

BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

S.K. 1040

CONFIDENTIAL

VOYNOW_024526

# Voynow, Bayard & Company, CPAs

1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

September 30, 2010

METRO CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD
BAYSIDE, NY 11361
ATTN: DEBBIE

Client #: 5261/
Invoice: 20286

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

AMOUNT DUE          $ 2,980.00

CONFIDENTIAL                    VOYNOW_024527

(1) Today's date
(2) Name of individual requesting this billing
(3) Client Name
(4) Client # / File #
(5) This billing is for work done from Month Ending
    through the Month Ending

(1)    9.30.10
(2)    RPS
(3)    STAR TOYOTA
(4)        5267
(5a)          , 200 ___
(5b)    9.30.10     , 200 ___

**DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:**
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Special accounting services as requested.

Amount Due     5,435.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  (FINAL)      W.I.P.

                             TOTAL W.I.P.: _____

DATE BILLED: _____     W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #
:     _____     W.I.P. TO HOLD: _____

                            W.I.P. TO CLEAR: _____

CLIENT NAME: _____     WRITE UP /( DOWN): _____

BILL # : _20303_

DATE KEYPUNCHED: _____     BILL

                 TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

                           AMOUNT OF BILL: _____

Mrs. K Estate

CONFIDENTIAL

# Voynow, Bayard & Company, CPAs
### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

September 30, 2010

STAR TOYOTA
205-11 NORTHERN BOULEVARD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5267/
Invoice: 20303

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

SPECIAL ACCOUNTING SERVICES AS REQUESTED

AMOUNT DUE          $ 5,435.00

CONFIDENTIAL

VOYNOW_024529

# VOYNOW BAYARD CO
## WIP

(1) Today's date — (1) 3.2.10

(2) Name of individual requesting this billing — (2) RANDY

(3) Client Name — (3) STAR CHRYSLER DODGE JEEP

(4) Client # / File # — (4) 5261

(5) This billing is for work done from Month Ending — (5a) _____ , 200 ___

   through the Month Ending — (5b 1.30.10 , 200 ___

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2009 closing of the books

preparation of Federal , State and city

corporate tax returns.

**Accountant**

Amount Due        7,000.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  (FINAL)        W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____        W.I.P. TO TRANSFER: _____

BILLED THROUGH CLIENT # / FILE # :  _____        W.I.P. TO HOLD: _____

W.I.P. TO CLEAR: _____

CLIENT NAME: _____        WRITE UP / DOWN: _____

BILL # : 19965

DATE KEYPUNCHED: _____

BILL

TOTAL AMOUNT BILLABLE: _____  7,000.00

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____  7,000.00

CONFIDENTIAL

# Voynow, Bayard & Company, CPAs
### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

March 15, 2010


METRO CHRYSLER PLYMOUTH JEEP
C/O STAR NISSAN
206-26 NORTHERN BLVD
BAYSIDE, NY 11361
ATTN: DEBBIE

Client #: 5261/
Invoice: 19965

PROFESSIONAL SERVICES:


ACCOUNTING SERVICES AS REQUESTED:


PROGRESS BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2009 CLOSING OF THE BOOKS
AND PREPARATION OF CORPORATE TAX RETURNS


AMOUNT DUE          $ 7,000.00

CONFIDENTIAL