# EXHIBIT 67

(1) Today's date                                                  (1)   8.1.2017

(2) Name of individual requesting this billing                    (2)   RPS

(3) Client Name                                                   (3)   STAR AUTO OF QUEENS

(4) Client # / File #                                             (4)        5260

(5) This billing is for work done from Month Ending              (5a)  _____ , 200 ___

   through the Month Ending                                       (5b)  8.1.2017 _____ , 200 ___


DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

     Accounting Services as Requested:


     Preparation and filing of Internal Revenue Service forms 8886, for tax years

     2013 - 2016 required by Internal Revenue notice 2016-66 for the companies

     participation in Reinsurance activities with, and premium remitances into,

     Star Reinsurance Company LTD for extended warranty and other aftersale products

     allowed under IRS Technical Advice Memorandum 200453012.  As well as the

     gathering of information required to complete the required forms.


                          Amount Due          2,390.00


If this is a zero bill (to clear out W.I.P.)  Write down the client it was billed through and the bill number.


BILL TYPE: (STANDARD)  (PROGRESS)  **(FINAL)**                    W.I.P.

                                              TOTAL W.I.P.: _____

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                             W.I.P. TO HOLD: _____
: _____
                                              W.I.P. TO CLEAR: _____

CLIENT NAME: _____                  WRITE UP /( DOWN): _____

BILL # : _____

DATE KEYPUNCHED: _____                          BILL

                              TOTAL AMOUNT BILLABLE: _____

               LESS RETAINERS AND OR PROGRESS BILLING: _____

                                   AMOUNT OF BILL: _____

PLAINTIFF'S
EXHIBIT NO. 140
FOR IDENTIFICATION
PENGAD 800-631-6989
DATE 6/28/23  RPTR:

                    CONFIDENTIAL                              VOYNOW_024307

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com
215-355-8000

07/31/2017                                        Client: 5260

STAR AUTO SALES OF QUEENS, LLC        Invoice:    3195
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

---

PROFESSIONAL SERVICES:

                                                                          2,390.00

    PREPARATION AND FILING OF INTERNAL
    REVENUE SERVICE FORMS 8886, FOR TAX
    YEARS 2013-2016 REQUIRED BY INTERNAL
    REVENUE NOTICE 2016-66 FOR THE
    COMPANIES PARTICIPATION IN
    REINSURANCE ACTIVITIES WITH, AND
    PREMIUM REMITTANCES INTO, STAR
    REINSURANCE COMPANY LTD FOR
    EXTENDED WARRANTY AND OTHER
    AFTERSALE PRODUCTS ALLOWED UNDER
    IRS TECHNICAL ADVICE MEMORANDUM
    200453012.  AS WELL AS THE GATHERING
    OF INFORMATION REQUIRED TO
    COMPLETE THE REQUIRED FORMS.

                                    Invoice Total              $2,390.00

CONFIDENTIAL

VOYNOW_024308

| | | |
|---|---|---|
| (1) Today's date | (1) | 8.1.17 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR AUTO OF QUEENS |
| (4) Client # / File # | (4) | 5260 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 8.1.17 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2016

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Partnership tax returns.

Amount Due        2,220.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  (FINAL)        W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____        W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #
: _____        W.I.P. TO HOLD: _____

W.I.P. TO CLEAR: _____

CLIENT NAME: _____        WRITE UP /( DOWN): _____

BILL # : _____

DATE KEYPUNCHED: _____        BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL

VOYNOW_024309

# Voynow, Bayard, Whyte and Company, LLP
1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com

215-355-8000


07/31/2017                                          Client: 5260

STAR AUTO SALES OF QUEENS, LLC                      Invoice:    3203
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

---

PROFESSIONAL SERVICES:

|  |  |
|---|---|
|  | 2,220 00 |

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2016 CLOSING OF THE
BOOKS, PREPARATION OF TAX
WORKPAPERS AND PREPARATION OF
FEDERAL, STATE AND CITY PARTNERSHIP
TAX RETURNS


Invoice Total                    $2,220.00


CONFIDENTIAL                                        VOYNOW_024310

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
Thursday, July 27, 2017

January 1, 1900 - July 27, 2017

**5260**          **STAR SUBARU**

STAR AUTO SALES OF QUEENS, LLC          Office: MAIN          Partner: 83          Manager: 75          Associate:

Phone (Business):

D/B/A STAR SUBARU          E-mail:
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

### Accounts Receivable Open Items

| Date | Type | Reference | Due Date | Amount | Open |
|---|---|---|---|---|---|
| 07/01/17 | Invoice #2514 | | 07/01/17 | 500.00 | 500.00 |
| 07/27/17 | Amount Due | | | | 500.00 |

**Aging WIP & A/R**                    **Last Invoice & Receipt**

| | 07/27/2017 | 06/30/2017 | 05/31/2017 | 04/30/2017 | 03/31/2017+ | Total | | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| WIP | 1,211.50 | (267.50) | 0.00 | 140.00 | 2,499.10 | 3,583.10 | Last Invoice | 07/01/17 | 500.00 |
| A/R | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | Last Receipt | 06/15/17 | (500.00) |

**\* Billing Instructions:**

| 5260 | STAR SUBARU | | | | **Time & Expenses Available to be billed** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| INTERIM SERVICES | | | | | | | | | | |
| INTERIM | INTERIM | 146 | FIELDWORK | 10/18/16 Time: | 130.00 | 11.00 | 0.00 | 1,430.00 | _____ | |
| INTERIM | INTERIM | 152 | FIELDWORK | 10/18/16 Time: | 110.00 | 2.20 | 0.00 | 242.00 | _____ | Comments: service |
| INTERIM | INTERIM | 152 | FIELDWORK | 10/19/16 Time: | 110.00 | 2.00 | 0.00 | 220.00 | _____ | Comments: service |
| INTERIM | INTERIM | 146 | FIELDWORK | 10/19/16 Time: | 130.00 | 10.00 | 0.00 | 1,300.00 | _____ | |
| INTERIM | INTERIM | 149 | FIELDWORK | 10/19/16 Time: | 110.00 | 2.00 | 0.00 | 220.00 | _____ | |
| INTERIM | INTERIM | 152 | FIELDWORK | 10/31/16 Time: | 110.00 | 1.50 | 0.00 | 165.00 | _____ | Comments: prepare tax planning binder |
| INTERIM | INTERIM | 146 | FIELDWORK | 11/01/16 Time: | 130.00 | 1.30 | 0.00 | 169.00 | _____ | Comments: examining and typing memo |
| INTERIM SERVICES Totals | | | | | | 30.00 | 0.00 | 3,746.00 | _____ | |

CONFIDENTIAL

VOYNOW_024311

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Thursday, July 27, 2017
### January 1, 1900 - July 27, 2017

| 5260 | STAR SUBARU | | | Time & Expenses Available to be billed | | | | | | |
|------|---------|-------|----------|------|------------------|-------------|------|--------|-------------|---------------------------|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| RETAINER | | | | | | | | | | |
| RETAINER | | 63 | ACCOUNTIN | 10/03/16 | Time: | 0.00 | 0.00 | 0.00 | -500.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 11/01/16 | Time: | 0.00 | 0.00 | 0.00 | -500.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 12/01/16 | Time: | 0.00 | 0.00 | 0.00 | -500.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 01/02/17 | Time: | 0.00 | 0.00 | 0.00 | -500.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 02/01/17 | Time: | 0.00 | 0.00 | 0.00 | -500.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 03/01/17 | Time: | 0.00 | 0.00 | 0.00 | -500.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 04/03/17 | Time: | 0.00 | 0.00 | 0.00 | -500.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 05/01/17 | Time: | 0.00 | 0.00 | 0.00 | -500.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 06/01/17 | Time: | 0.00 | 0.00 | 0.00 | -500.00 | _____ |
| RETAINER | | 63 | ACCOUNTIN | 07/01/17 | Time: | 0.00 | 0.00 | 0.00 | -500.00 | _____ |
| RETAINER Totals | | | | | | 0.00 | 0.00 | -5,000.00 | | |
| SPECIAL PROJECTS | | | | | | | | | | |
| SPECIAL | SPECIAL | 75 | RESEARCH | 09/20/16 | Time: | 250.00 | 1.00 | 0.00 | 250.00 | _____ | Comments: Go over Valuation from Todd Berko |
| SPECIAL | SPECIAL | 75 | RESEARCH | 09/23/16 | Time: | 250.00 | 1.50 | 0.00 | 375.00 | _____ | Comments: Go over valuation and e-mail Todd Berko changes and comments. |
| SPECIAL | SPECIAL | 48 | REVIEW | 04/20/17 | Time: | 275.00 | 0.30 | 0.00 | 82.50 | _____ | Comments: form 8886 |
| SPECIAL PROJECTS Totals | | | | | | | 2.80 | 0.00 | 707.50 | _____ |
| TAX SERVICES | | | | | | | | | | |
| TAX | 1065 | 150 | ACCOUNTIN | 12/22/16 | Time: | 110.00 | 0.05 | 0.00 | 5.50 | _____ | Comments: CSA rollover |
| TAX | 1065 | 150 | ACCOUNTIN | 12/28/16 | Time: | 110.00 | 0.10 | 0.00 | 11.00 | _____ | Comments: Workpapers transfer |
| TAX | 1065 | 136 | REVIEW | 01/10/17 | Time: | 160.00 | 0.10 | 0.00 | 16.00 | _____ | Comments: IT-204-LL |
| TAX | 1065 | 151 | PREPARATION | 01/10/17 | Time: | 110.00 | 0.33 | 0.00 | 36.30 | _____ | Comments: Prepared NY-204-LL |
| TAX | 1065 | 151 | PREPARATION | 01/25/17 | Time: | 110.00 | 0.13 | 0.00 | 14.30 | _____ | Comments: 204-LL |
| TAX | 1065 | 146 | FIELDWORK | 01/25/17 | Time: | 130.00 | 11.00 | 0.00 | 1,430.00 | _____ | |
| TAX | 1065 | 146 | FIELDWORK | 01/26/17 | Time: | 130.00 | 10.00 | 0.00 | 1,300.00 | _____ | |
| TAX | 1065 | 146 | FIELDWORK | 01/27/17 | Time: | 130.00 | 8.00 | 0.00 | 1,040.00 | _____ | |
| TAX | 1065 | 83 | REVIEW | 01/27/17 | Time: | 275.00 | 2.50 | 0.00 | 687.50 | _____ | Comments: go to the dealership and work on the year end |

CONFIDENTIAL

VOYNOW_024312

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Thursday, July 27, 2017
### January 1, 1900 - July 27, 2017

| 5260 | STAR SUBARU | | | | Time & Expenses Available to be billed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| TAX | 1065 | 150 | ACCOUNTIN | 01/30/17 | Time: 110.00 | 1.00 | 0.00 | 110.00 | _____ | Comments: Entering trial balance. |
| TAX | 1065 | 63 | TYPEPROC | 02/02/17 | Time: 100.00 | 0.10 | 0.00 | 10.00 | _____ | |
| TAX | 1065 | 144 | FIELDWORK | 02/04/17 | Time: 155.00 | 1.00 | 0.00 | 155.00 | _____ | |
| TAX | 1065 | 83 | ACCOUNTIN | 02/06/17 | Time: 0.00 | 0.00 | 0.00 | -4,600.00 | _____ | |
| TAX | 1065 | 149 | TRIALBAL | 02/09/17 | Time: 110.00 | 1.10 | 0.00 | 121.00 | _____ | |
| TAX | 1065 | 144 | PREPARATION | 02/16/17 | Time: 155.00 | 4.10 | 0.00 | 635.50 | _____ | |
| TAX | 1065 | 136 | REVIEW | 02/22/17 | Time: 160.00 | 0.10 | 0.00 | 16.00 | _____ | |
| TAX | 1065 | 136 | REVIEW | 02/22/17 | Time: 160.00 | 0.10 | 0.00 | 16.00 | _____ | |
| TAX | EXTENSION | 144 | ELFAUTHORIZ | 02/25/17 | Time: 155.00 | 0.60 | 0.00 | 93.00 | _____ | |
| TAX | EXTENSION | 144 | EFILETRANS | 03/10/17 | Time: 155.00 | 0.20 | 0.00 | 31.00 | _____ | |
| TAX | 1065 | 48 | REVIEW | 04/17/17 | Time: 275.00 | 0.30 | 0.00 | 82.50 | _____ | Comments: form 8886 |
| TAX | 1065 | 152 | PREPARATION | 04/21/17 | Time: 110.00 | 0.70 | 0.00 | 77.00 | _____ | |
| TAX | 1065 | 152 | PREPARATION | 04/24/17 | Time: 110.00 | 0.40 | 0.00 225.50 | 44.00 | _____ | Comments: form 8886 |
| TAX | 1065 | 151 | MATH | 04/26/17 | Time: 110.00 | 0.20 | 0.00 | 22.00 | _____ | Comments: Checked 8886 forms |
| TAX | 1065 | 152 | PREPARATION | 04/28/17 | Time: 110.00 | 0.20 | 0.00 | 22.00 | _____ | Comments: print out YE entries 2013-2015 |
| TAX | 1065 | 144 | CLEARREVIEW | 04/28/17 | Time: 155.00 | 2.00 | 0.00 | 310.00 | _____ | |
| TAX | 1065 | 75 | PREPARATION | 05/18/17 | Time: 250.00 | 2.00 | 0.00 | 500.00 | _____ | Comments: Review job and return. |
| TAX | 1065 | 144 | CLEARREVIEW | 06/12/17 | Time: 155.00 | 1.50 | 0.00 | 232.50 | _____ | |
| TAX | 1065 | 75 | PREPARATION | 07/12/17 | Time: 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: T/R |
| TAX | 1065 | 56 | PARTREV | 07/19/17 | Time: 275.00 | 1.00 | 0.00 | 275.00 | _____ | |
| TAX | 1065 | 56 | PARTREV | 07/20/17 | Time: 275.00 | 0.50 | 0.00 | 137.50 | _____ | |
| TAX | 1065 | 75 | PREPARATION | 07/20/17 | Time: 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: T/R |
| TAX | 1065 | 83 | REVIEW | 07/24/17 | Time: 275.00 | 1.80 | 0.00 | 495.00 | _____ | Comments: review wokr papers and return |
| TAX | 1065 | 151 | MATH | 07/25/17 | Time: 110.00 | 2.00 | 0.00 | 220.00 | _____ | Comments: Mathed Return |
| TAX | 1065 | 75 | PREPARATION | 07/25/17 | Time: 250.00 | 0.50 | 0.00 | 125.00 | _____ | Comments: T/R |
| TAX | 1065 | 63 | TYPEPROC | 07/26/17 | Time: 100.00 | 0.30 | 0.00 | 30.00 | _____ | |
| TAX | 1065 | 144 | CLEARREVIEW | 07/26/17 | Time: 155.00 | 0.80 | 0.00 | 124.00 | _____ | *Biller: 9.42 |
| TAX | 1065 | 151 | MATH | 07/26/17 | Time: 110.00 | 0.50 | 0.00 | 55.00 | _____ | Comments: Finished mathing return |
| TAX SERVICES Totals | | | | | | 56.21 | 0.00 | 4,129.60 | _____ | |
| | Client STAR SUBARU Totals | | | | | 89.01 | 0.00 | 3,583.10 | | |

CONFIDENTIAL

VOYNOW_024313

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

02/06/2017                                    Client: 5260

STAR AUTO SALES OF QUEENS, LLC              Invoice:    2373
D/B/A STAR SUBARU, ATTN:  DEBBIE
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

---

PROFESSIONAL SERVICES:

                                                              4,600.00

    PROGRESS BILLING FOR WORK
    COMPLETED ON THE DECEMBER 31, 2016
    CLOSING OF THE BOOKS AND
    PREPARATION OF PARTNERSHIP TAX
    RETURNS.

                                    Invoice Total              $4,600.00

CONFIDENTIAL                                        VOYNOW_024314

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.2.16 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR AUTO OF QUEENS |
| (4) Client # / File # | (4) | 5260 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.2.16 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2015

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Partnership tax returns.

Amount Due        2,120.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  (FINAL)          W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                W.I.P. TO HOLD: _____
:  _____                  W.I.P. TO CLEAR: _____

CLIENT NAME: _____       WRITE UP /( DOWN): _____

BILL # : _____

DATE KEYPUNCHED: _____                          BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL

VOYNOW_024316

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA  19053
admin@voynowbayard.com

215-355-8000

09/06/2016                                    Client: 5260

STAR AUTO SALES OF QUEENS, LLC                Invoice:     1191
D/B/A STAR SUBARU, ATTN:  VIVIAN K
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

---

PROFESSIONAL SERVICES:

|  |  |
|---|---:|
|  | 2,120.00 |
| FINAL BILLING FOR WORK COMPLETED ON DECEMBER 31, 2015 CLOSING OF THE BOOKS, PREPARATION OF TAX WORKPAPERS AND PREPARATION OF FEDERAL, STATE AND CITY PARTNERSHIP TAX RETURNS |  |
| Invoice Total | $2,120.00 |

CONFIDENTIAL                              VOYNOW_024317

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Tuesday, August 30, 2016
### January 1, 1900  -  August 30, 2016

**5260**   **STAR SUBARU**

STAR AUTO SALES OF QUEENS, LLC            Office: MAIN          Partner: 83          Manager: 75          Associate:

Phone (Business):

D/B/A STAR SUBARU, ATTN:  VIVIAN K        E-mail:
206-26 NORTHERN BLVD
BAYSIDE, NY  11361

### Accounts Receivable Open Items

| Date | Type | Reference | Due Date | Amount | Open |
|------|------|-----------|----------|--------|------|
| 05/19/16 | Check | | | (500.00) | (500.00) |
| 08/01/16 | Invoice #652 | | 08/01/16 | 500.00 | 500.00 |
| 08/30/16 | Amount Due | | | | 0.00 |

### Aging WIP & A/R

| | 08/30/2016 | 07/31/2016 | 06/30/2016 | 05/31/2016 | 04/30/2016+ | Total |
|---|---|---|---|---|---|---|
| WIP | (500.00) | (500.00) | 1,968.50 | (500.00) | (3,501.50) | (3,033.00) |
| A/R | 500.00 | 0.00 | 0.00 | (500.00) | 0.00 | 0.00 |

### Last Invoice & Receipt

| | Date | Amount |
|---|---|---|
| Last Invoice | 08/01/16 | 500.00 |
| Last Receipt | 08/08/16 | (500.00) |

**\* Billing Instructions:**

**5260**   STAR SUBARU

**Time & Expenses Available to be billed**

| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
|---|---|---|---|---|---|---|---|---|---|---|
| INTERIM SERVICES | | | | | | | | | | |
| INTERIM | INTERIM | 83 | CLIENTMEET | 06/28/16 Time: | 275.00 | 3.00 | 0.00 | 825.00 | _____ | Comments: go to NY and do an interim visit |
| INTERIM | INTERIM | 144 | FIELDWORK | 06/29/16 Time: | 150.00 | 3.40 | 0.00 | 510.00 | _____ | |
| INTERIM | INTERIM | 83 | CLIENTMEET | 06/29/16 Time: | 275.00 | 2.50 | 0.00 | 687.50 | _____ | Comments: go to NY and don an interim visit |
| INTERIM | INTERIM | 144 | FIELDWORK | 06/30/16 Time: | 150.00 | 0.30 | 0.00 | 45.00 | _____ | |
| INTERIM SERVICES Totals | | | | | | 9.20 | 0.00 | 2,067.50 | _____ | |
| RETAINER | | | | | | | | | | |
| RETAINER | | 63 | ACCOUNTIN | 02/01/16 Time: | 0.00 | 0.00 | 0.00 | -500.00 | _____ | |

*Printed by 75 on 8/30/2016 at 1:45 PM*

CONFIDENTIAL

VOYNOW_024318

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Tuesday, August 30, 2016
### January 1, 1900 – August 30, 2016

| 5260 | STAR SUBARU | | | | | | | | |
|------|-------------|-------|----------|------|-------------------|-------------|------|--------|--------------------------|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount   Comments / Biller Note (*Biller:) |
| RETAINER | | 63 | ACCOUNTIN | 03/01/16 | Time: | 0.00 | 0.00 | 0.00 | -500.00 _____ |
| RETAINER | | 63 | ACCOUNTIN | 04/01/16 | Time: | 0.00 | 0.00 | 0.00 | -500.00 _____ |
| RETAINER | | 63 | ACCOUNTIN | 05/02/16 | Time: | 0.00 | 0.00 | 0.00 | -500.00 _____ |
| RETAINER | | 63 | ACCOUNTIN | 06/01/16 | Time: | 0.00 | 0.00 | 0.00 | -500.00 _____ |
| RETAINER | | 63 | ACCOUNTIN | 07/01/16 | Time: | 0.00 | 0.00 | 0.00 | -500.00 _____ |
| RETAINER | | 63 | ACCOUNTIN | 08/01/16 | Time: | 0.00 | 0.00 | 0.00 | -500.00 _____ |
| RETAINER Totals | | | | | | 0.00 | 0.00 | -3,500.00 _____ |
| | | | | | | | | | |
| SPECIAL PROJECTS | | | | | | | | | |
| SPECIAL | SPECIAL | 83 | CLIENTMEET | 06/16/16 | Time: | 275.00 | 1.00 | 0.00 | 275.00 _____   Comments: do the 12 to 13 for Todd Berko for the valuation he is doing |
| SPECIAL PROJECTS Totals | | | | | | 1.00 | 0.00 | 275.00 _____ |
| | | | | | | | | | |
| TAX SERVICES | | | | | | | | | |
| TAX | 1065 | 144 | PREPARATION | 02/18/16 | Time: | 150.00 | 0.20 | 0.00 | 30.00 _____ |
| TAX | 1065 | 144 | PREPARATION | 02/18/16 | Time: | 150.00 | 2.00 | 0.00 | 300.00 _____ |
| TAX | 1065 | 144 | PREPARATION | 02/22/16 | Time: | 150.00 | 1.80 | 0.00 | 270.00 _____ |
| TAX | 1065 | 136 | PREPARATION | 02/24/16 | Time: | 150.00 | 0.10 | 0.00 | 15.00 _____   Comments: IT-204-LL |
| TAX | 1065 | 144 | FIELDWORK | 02/26/16 | Time: | 150.00 | 0.30 | 0.00 | 45.00 _____ |
| TAX | 1065 | 144 | PREPARATION | 02/27/16 | Time: | 150.00 | 1.20 | 0.00 | 180.00 _____ |
| TAX | 1065 | 75 | PREPARATION | 02/29/16 | Time: | 225.00 | 1.00 | 0.00 | 225.00 _____   Comments: Review tax return |
| TAX | 1065 | 63 | PROGRESS | 03/04/16 | Time: | 0.00 | 0.00 | 0.00 | -4,580.00 _____ |
| TAX | 1065 | 56 | PARTREV | 03/04/16 | Time: | 275.00 | 0.50 | 0.00 | 137.50 _____ |
| TAX | 1065 | 75 | PREPARATION | 03/10/16 | Time: | 225.00 | 2.00 | 0.00 | 450.00 _____   Comments: Find factory financial statements from years past for Vivian |
| TAX | 1065 | 83 | REVIEW | 03/14/16 | Time: | 275.00 | 1.00 | 0.00 | 275.00 _____   Comments: go over the work paper and tax return |
| TAX | 1065 | 75 | PREPARATION | 03/14/16 | Time: | 225.00 | 1.00 | 0.00 | 225.00 _____   Comments: Tax return |
| TAX | 1065 | 147 | MATH | 03/15/16 | Time: | 90.00 | 1.40 | 0.00 | 126.00 _____ |
| TAX | 1065 | 63 | TYPEPROC | 03/15/16 | Time: | 100.00 | 0.30 | 0.00 | 30.00 _____   Comments: PROCESS |
| TAX | 1065 | 75 | PREPARATION | 03/15/16 | Time: | 225.00 | 1.00 | 0.00 | 225.00 _____   Comments: tax return |
| TAX | 1065 | 144 | ELFAUTHORIZ | 03/17/16 | Time: | 150.00 | 0.30 | 0.00 | 45.00 _____   *Biller: 3.55 |

*Printed by 75 on 8/30/2016 at 1:45 PM*

CONFIDENTIAL

VOYNOW_024319

*Voynow, Bayard, Whyte and Company, LLP*

## Billing Worksheet
### Tuesday, August 30, 2016
### January 1, 1900  -  August 30, 2016

| 5260 | STAR SUBARU | | | | | Time & Expenses Available to be billed | | | | |
|------|-------|-------|----------|---------|-----------------|------------|------|--------|-------------|---------------------------|
| Engagement | Project | Staff | Activity | Date | Rate per Hour/Unit | Hours/Units | Cost | Amount | Bill Amount | Comments / Biller Note (*Biller:) |
| TAX | 1065 | 148 | PREPARATION | 06/16/16 | Time: 90.00 | 0.60 | 0.00 | 54.00 | _____ | *Biller: GATHERING INFORMATION FOR TOM BERKO |
| TAX | 1065 | 148 | PREPARATION | 06/17/16 | Time: 90.00 | 0.80 | 0.00 | 72.00 | _____ | *Biller: todd berko 12-13 |
| TAX SERVICES Totals | | | | | | 15.50 | 0.00 | -1,875.50 | _____ | |
| Client STAR SUBARU Totals | | | | | | 25.70 | 0.00 | -3,033.00 | | |

CONFIDENTIAL

VOYNOW_024320

```
                            Voynow, Bayard, Whyte and Company, LLP                        v.7.00
                        DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                                SORT ON CLIENT ID * SELECTED CLIENTS

5260  /      GRP: STAR    PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
<-----------MOST RECENT 12 MONTHS---------->       <---------------PRIOR 12 MONTHS-------------->
MON-YR     BILLS    WRT U/D    WRTOFFS      CASH    MON-YR     BILLS    WRT U/D    WRTOFFS      CASH
------     -----    -------    -------      ----    ------     -----    -------    -------      ----
SEP-15     3,970      6,676          0       500    SEP-14     2,440      3,651          0       500
OCT-15       500          0          0     2,470    OCT-14       500          0          0     2,440
NOV-15       500          0          0     2,000    NOV-14       500          0          0       500
DEC-15       500          0          0       500    DEC-14       500          0          0       500
JAN-16       500          0          0       500    JAN-15       500          0          0       500
FEB-16       500          0          0       500    FEB-15     5,300          0          0       500
MAR-16     5,080          0          0       500    MAR-15       500          0          0     5,300
APR-16       500          0          0     5,580    APR-15       500          0          0       500
MAY-16       500          0          0       500    MAY-15       500          0          0       500
JUN-16       500          0          0       500    JUN-15       500          0          0       500
JUL-16       500          0          0         0    JUL-15       500          0          0       500
AUG-16       500          0          0       500    AUG-15       500          0          0       500
------     -----    -------    -------    ------    ------     -----    -------    -------    ------
TOTAL     14,050      6,676          0    14,050    TOTAL     12,740      3,651          0    12,740

YTD        8,580          0          0     8,580    PYTD       8,800          0          0     8,800


AGED     CURRENT    1 MONTH   2 MONTHS   3 MONTHS   4 MONTHS   5+ MONTHS        TOTAL   AGED
-----    -------    -------   --------   --------   --------   ---------        -----   -----
A/R       500.00       0.00       0.00       0.00       0.00        0.00       500.00   A/R
WIP      -500.00    -500.00    -500.00    -500.00    -500.00    -2,926.00   -5,426.00   WIP

YTD WORK    BUDGET      ACTUAL     VARIANCE    %BUDGET    LAST       DATE        AMOUNT TYPE
--------    ------      ------     --------    -------    ----       ----        ------ ----
HOURS         0.00       35.10      -35.10       0.00%   BILLED   11/01/16       500.00  PRG
DOLLARS       0.00    3,169.00   -3,169.00       0.00%   PAYMENT  08/05/16       500.00   SN

<------------WORK-IN-PROCESS-------------->    NET WIP    ACCOUNTS   UNAPPLIED       TOTAL
   FEES/HOURS    EXPENSES     DB/CR    OFFSETS    SUBTOTAL   RECEIVABLE   RETAINER    EXPOSURE
   ----------    --------     -----    -------    --------   ----------   --------    --------
     4,654.00        0.00      0.00 -10,080.00   -5,426.00      500.00       0.00   -4,926.00
        48.70
                                                                                    NET WIP
SEE DETAIL? (Yes) (No)    APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)  -5,426.00

                                                    WIP TO XFER: _____

                                                    WIP TO HOLD: _____

                                                    WIP TO CLEAR: _____

                                                    WRITE UP/DOWN: _____

                                                    AMOUNT TO BILL: _____

                                           APPROVED BY: _____ DATE: _____
```

CONFIDENTIAL                                    VOYNOW_024321

```
                         Voynow, Bayard, Whyte and Company, LLP                      v.7.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                             SORT ON CLIENT ID * SELECTED CLIENTS

5260  /      GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
-------------------------------------------------------------------------------------
                          * *  FEE & EXPENSE SUMMARIES  * *

     * CHARGEABLE FEES SUMMARY BY WORK CODE     HOURS       AMOUNT        TOTAL
     BUSINESS TAX ENGAGEMENTS                    48.60     4,649.00     4,649.00
     PERSONAL TAX RETURN SERVICES                 0.10         5.00     4,654.00
     SYSTEM GENERATED FEES                        0.00   -10,080.00    -5,426.00
                                              --------   -----------
          ** TOTAL                               48.70    -5,426.00


     * CHARGEABLE FEES SUMMARY BY STAFF        HOURS       AMOUNT        TOTAL
                                                 0.00   -10,080.00   -10,080.00
     132 DOROTHEA BURCH                          0.10         5.00   -10,075.00
     144 PHILLIP L. SALEMNO JR                   2.10       294.00    -9,781.00
     148 CODY MCCABE                            42.00     3,150.00    -6,631.00
     75  Bob Seibel                              0.50       105.00    -6,526.00
     83  Randall Franzen                         4.00     1,100.00    -5,426.00
                                              --------   -----------
          ** TOTAL                               48.70    -5,426.00


     * CHARGEABLE FEES SUMMARY BY CTRL DATE    HOURS       AMOUNT        TOTAL
                         09/30/15               0.10         5.00         5.00
                         10/31/15               0.00      -500.00      -495.00
                         11/30/15              13.50       980.00       485.00
                         12/31/15               0.00      -500.00       -15.00
                         01/31/16              35.10     2,669.00     2,654.00
                         02/29/16               0.00      -500.00     2,154.00
                         03/31/16               0.00    -5,080.00    -2,926.00
                         04/30/16               0.00      -500.00    -3,426.00
                         05/31/16               0.00      -500.00    -3,926.00
                         06/30/16               0.00      -500.00    -4,426.00
                         07/31/16               0.00      -500.00    -4,926.00
                         08/31/16               0.00      -500.00    -5,426.00
                                              --------   -----------
          ** TOTAL                               48.70    -5,426.00
```

CONFIDENTIAL

VOYNOW_024322

```
                    Voynow, Bayard, Whyte and Company, LLP              v.7.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                      SORT ON CLIENT ID * SELECTED CLIENTS

 5260  /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
 STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
 CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS      AMOUNT   SEQ# ACTION
 ------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

 01/31/16 01/30/16  5 62 PHILLIP L. SALEMNO J 144  140   0.10        14.00 121373 B H T:

         144 PHILLIP L. SALEMNO JR                0.10      14.00

         BUSTAX State Tax Return Prep             0.10      14.00

 11/30/15 11/23/15  5 68 CODY MCCABE          148   75  11.00       825.00 114429 B H T:
                    tax PLANNING

         148 CODY MCCABE                         11.00     825.00

 11/30/15 11/25/15  5 68 Randall Franzen      83   275   2.00       550.00 116946 B H T:
                    go to dealerahip to the year end planning

          83  Randall Franzen                     2.00     550.00

         BUSTAX Tax Planning                      13.00   1,375.00

 01/31/16 01/18/16  5 69 CODY MCCABE          148   75  12.00       900.00 120942 B H T:
                    YEAR END VISIT
 01/31/16 01/19/16  5 69 CODY MCCABE          148   75  11.00       825.00 120943 B H T:
                    YEARD END VISIT
 01/31/16 01/20/16  5 69 CODY MCCABE          148   75   8.00       600.00 120946 B H T:
                    Year end Visit

         148 CODY MCCABE                         31.00   2,325.00

 11/30/15 11/05/15  5 69 Bob Seibel               75  210   0.50    105.00 112950 B H T:
                    Profit tie in for bank.

          75  Bob Seibel                          0.50     105.00

 01/31/16 01/20/16  5 69 Randall Franzen      83   275   2.00       550.00 120952 B H T:
                    go to NY and do year end work meet with Mike

          83  Randall Franzen                     2.00     550.00

         BUSTAX Year End Tax Work                 33.50   2,980.00

 01/31/16 01/25/16  5 90 PHILLIP L. SALEMNO J 144  140   1.50       210.00 121353 B H T:
 01/31/16 01/26/16  5 90 PHILLIP L. SALEMNO J 144  140   0.50        70.00 121361 B H T:

         144 PHILLIP L. SALEMNO JR                2.00     280.00

         BUSTAX Trial Balance Data Inpu           2.00     280.00

 09/30/15 09/18/15  7 85 DOROTHEA BURCH       132   50   0.10         5.00 109187 B H T:
                    scan, password protect and email

         132 DOROTHEA BURCH                       0.10       5.00

         PERSTX Photocopying Documents            0.10       5.00


              * * TOTAL FEES                     48.70   4,654.00
 ------------------------------------------------------------------------------------
 30 Aug 2016 14:24            DWIP SORT ON CLIENT ID    5260  /         PAGE: 29
```

CONFIDENTIAL                                    VOYNOW_024323

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 08/31/2016
                       SORT ON CLIENT ID * SELECTED CLIENTS

5260  /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS    AMOUNT   SEQ# ACTION
-----------------------------------------------------------------------------------
                   * *   CHARGEABLE FEES  BY CODES/STAFF/     * *


                     * *     DEBITS & CREDITS   * *

10/31/15 10/31/15 99   3                                 -500.00 92412 B H T:
11/30/15 11/30/15 99   3                                 -500.00 94778 B H T:
12/31/15 12/31/15 99   3                                 -500.00 97329 B H T:
01/31/16 01/31/16 99   3                                 -500.00 112217 B H T:
02/29/16 02/29/16 99   3                                 -500.00 121091 B H T:
03/31/16 03/31/16 99   3                                 -500.00 121754 B H T:
03/31/16 03/31/16 99   3                               -4,580.00 123034 B H T:
04/30/16 04/30/16 99   3                                 -500.00 121918 B H T:
05/31/16 05/31/16 99   3                                 -500.00 122174 B H T:
06/30/16 06/30/16 99   3                                 -500.00 123554 B H T:
07/31/16 07/31/16 99   3                                 -500.00 123704 B H T:
08/31/16 08/31/16 99   3                                 -500.00 123854 B H T:


        * * TOTAL PROGRESS BILLS AND OTHER CREDITS      -10,080.00
```

|        FEES | EXPENSES | SUB-TOTAL |    DB/CR | SUB-TOTAL |   OFFSETS |   NET WIP |
| ----------- | -------- | --------- | -------- | --------- | --------- | --------- |
|    4,654.00 |     0.00 |  4,654.00 |     0.00 |  4,654.00 | -10,080.00 | -5,426.00 |
|             |          |           |          |           |           | ========= |

CONFIDENTIAL                              VOYNOW_024324

VOYNOW BAYARD CO
WIP

| | |
|---|---|
| (1) Today's date | (1) 3.3.16 |
| (2) Name of individual requesting this billing | (2) RANDY |
| (3) Client Name | (3) STAR SUBARU |
| (4) Client # / File # | (4)   5260 |
| (5) This billing is for work done from Month Ending | (5a) _____ , 200 ____ |
| through the Month Ending | (5b   3.3.16         , 200 ____ |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2015 closing of the books

preparation of Federal , State and city

corporate tax returns.

**Accountant**

Amount Due        4,580.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                    W.I.P.

**LAST YEAR BILL:    4,800**          TOTAL W.I.P.: _____

DATE BILLED: _____     W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #                  W.I.P. TO HOLD: _____
: _____                  W.I.P. TO CLEAR: _____

CLIENT NAME: _____     WRITE UP / DOWN: _____

BILL # : _____

DATE KEYPUNCHED: _____          BILL

TOTAL AMOUNT BILLABLE: _____    4,580.00

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____    4,580.00

CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

03/04/2016                                          Client: 5260

STAR AUTO SALES OF QUEENS, LLC                Invoice:    346
D/B/A STAR SUBARU, ATTN: VIVIAN K
206-26 NORTHERN BLVD
BAYSIDE, NY 11361

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK                                          4,580.00
COMPLETED ON THE DECEMBER 31, 2015
CLOSING OF THE BOOKS AND
PREPARATION OF PARTNERSHIP TAX
RETURNS.

                                    Invoice Total              $4,580.00

| Date | Type | Reference | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 03/01/16 | Beginning Balance | | | | $0.00 |
| 03/01/16 | Invoice #114 | | 500.00 | | 500.00 |
| 03/04/16 | Invoice #346 | | 4,580.00 | | 5,080.00 |
| 03/04/16 | Amount Due | | | | $5,080.00 |

CONFIDENTIAL                                        VOYNOW_024326

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive, Suite 140
Trevose, PA 19053
admin@voynowbayard.com

215-355-8000

03/04/2016

*Subur*

Client: 5260

STAR AUTO SALES OF QUEENS, LLC
206-26 NORTHERN BLVD

Invoice:   346

*D/B/A STAR Subaru*

*ATTN Vivian K*

BAYSIDE, NY 11361

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK                                          4,580.00
COMPLETED ON THE DECEMBER 31, 2015
CLOSING OF THE BOOKS AND
PREPARATION OF CORPORATE TAX
RETURNS.

*Partnership*

Invoice Total                    $4,580.00

| Date | Type | Reference | Debit | Credit | Balance |
|------|------|-----------|-------|--------|---------|
| 03/01/16 | Beginning Balance | | | | $0.00 |
| 03/01/16 | Invoice #114 | | 500.00 | | 500.00 |
| 03/04/16 | Invoice #346 | | 4,580.00 | | 5,080.00 |
| 03/04/16 | Amount Due | | | | $5,080.00 |

CONFIDENTIAL

VOYNOW_024327

| | | | |
|---|---|---|---|
| (1) Today's date | (1) | 9.30.15 | |
| (2) Name of individual requesting this billing | (2) | RPS | |
| (3) Client Name | (3) | STAR AUTO OF QUEENS | |
| (4) Client # / File # | (4) | 5260 | |
| (5) This billing is for work done from Month Ending | (5a) | | , 200 |
| through the Month Ending | (5b) | 9.30.15 | , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2014

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Partnership tax returns.

Amount Due        1,970.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  (FINAL)        W.I.P.

TOTAL W.I.P.: _____

DATE BILLED: _____        W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #        W.I.P. TO HOLD: _____

: _____        W.I.P. TO CLEAR: _____

CLIENT NAME: _____        WRITE UP /( DOWN): _____

BILL # : _____

DATE KEYPUNCHED: _____        BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL

VOYNOW_024328



CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP
### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

September 30, 2015


STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD                    Client #: 5260/
BAYSIDE, NY 11361                       Invoice: 23562
ATTN: VIVIAN


PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2014 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS AND
PREPARATION OF FEDERAL, STATE AND
CITY PARTNERSHIP TAX RETURNS

                        AMOUNT DUE        $ 1,970.00



CONFIDENTIAL                                    VOYNOW_024330

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                          SORT ON CLIENT ID * SELECTED CLIENTS

5260  /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
<------------MOST RECENT 12 MONTHS---------->   <-------------PRIOR 12 MONTHS------------->
MON-YR    BILLS   WRT U/D   WRTOFFS    CASH     MON-YR    BILLS   WRT U/D   WRTOFFS    CASH
------    -----   -------   -------    ----     ------    -----   -------   -------    ----
OCT-14     500       0        0       2,440     OCT-13     500       0         0        500
NOV-14     500       0        0         500     NOV-13     500       0         0      2,325
DEC-14     500       0        0         500     DEC-13     500       0         0        500
JAN-15     500       0        0         500     JAN-14     500       0         0          0
FEB-15   5,300       0        0         500     FEB-14   4,600       0         0      1,000
MAR-15     500       0        0       5,300     MAR-14     500       0         0      4,600
APR-15     500       0        0         500     APR-14     500       0         0        500
MAY-15     500       0        0         500     MAY-14     500       0         0        500
JUN-15     500       0        0         500     JUN-14     500       0         0        500
JUL-15     500       0        0         500     JUL-14     500       0         0        500
AUG-15     500       0        0         500     AUG-14   1,185       0         0      1,185
SEP-15     500       0        0         500     SEP-14   2,440     3,651       0        500
--------------------------------------------   --------------------------------------------
TOTAL   10,800       0        0      12,740     TOTAL   12,725     3,651       0     12,610

YTD      9,300       0        0       9,300     PYTD    11,225     3,651       0      9,285


AGED       CURRENT     1 MONTH    2 MONTHS    3 MONTHS    4 MONTHS    5+ MONTHS       TOTAL   AGED
--------------------------------------------------------------------------------------------------
A/R          0.00        0.00        0.00        0.00        0.00         0.00         0.00   A/R
WIP       -470.00      987.00     -290.00     -500.00     -500.00    -2,433.50    -3,206.50   WIP

YTD WORK    BUDGET      ACTUAL      VARIANCE    %BUDGET    LAST      DATE         AMOUNT TYPE
-----------------------------------------------------------------------------------------------
HOURS         0.00       52.00       -52.00      0.00%    BILLED   12/01/15       500.00  PRG
DOLLARS       0.00    7,493.50    -7,493.50      0.00%    PAYMENT  09/14/15       500.00  SN
<---------------WORK-IN-PROCESS--------------->    NET WIP   ACCOUNTS    UNAPPLIED      TOTAL
  FEES/HOURS   EXPENSES      DB/CR    OFFSETS      SUBTOTAL  RECEIVABLE   RETAINER     EXPOSURE
---------------------------------------------------------------------------------------------------
   7,593.50        0.00       0.00  -10,800.00   -3,206.50       0.00        0.00    -3,206.50
      53.70
                                                                                       NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)  BILL TYPE: (Std) (Prg) (Final)  -3,206.50

                                                 WIP TO XFER: _____

                                                 WIP TO HOLD: _____

                                                 WIP TO CLEAR: _____

                                                 WRITE UP/DOWN: _____

                                                 AMOUNT TO BILL: _____

                                      APPROVED BY: _____ DATE: _____
```

CONFIDENTIAL                                                    VOYNOW_024331

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                         SORT ON CLIENT ID * SELECTED CLIENTS


5260  /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
-----------------------------------------------------------------------------
                   * *  FEE & EXPENSE SUMMARIES  * *

  * CHARGEABLE FEES SUMMARY BY WORK CODE     HOURS        AMOUNT         TOTAL
  REVIEW ENGAGEMENT                           2.00        227.50        227.50
  BUSINESS TAX ENGAGEMENTS                    51.30      7,256.00      7,483.50
  SPECIAL PROJECTS-MUST USE MEMO              0.40        110.00      7,593.50
  SYSTEM GENERATED FEES                       0.00    -10,800.00     -3,206.50
                                          --------   ------------
          ** TOTAL                           53.70     -3,206.50


  * CHARGEABLE FEES SUMMARY BY STAFF         HOURS        AMOUNT         TOTAL
                                             0.00    -10,800.00    -10,800.00
  124 Brett Bausinger                        0.20         28.00    -10,772.00
  132 DOROTHEA BURCH                         0.60         30.00    -10,742.00
  136 DAVID KUMOR                           39.30      4,957.50     -5,784.50
  144 PHILLIP L. SALEMNO JR                  2.20        180.00     -5,604.50
  146 BENJAMIN SIDOR                         2.50        225.00     -5,379.50
  48  Kenneth Mann                           0.40        110.00     -5,269.50
  56  Hugh Whyte                             0.50        137.50     -5,132.00
  63  Betteann Norris                        0.50         50.00     -5,082.00
  75  Bob Seibel                             2.80        583.00     -4,499.00
  83  Randall Franzen                        4.70      1,292.50     -3,206.50
                                          --------   ------------
          ** TOTAL                          53.70     -3,206.50


  * CHARGEABLE FEES SUMMARY BY CTRL DATE     HOURS        AMOUNT         TOTAL
          10/31/14                           0.00       -500.00       -500.00
          11/30/14                           0.00       -500.00     -1,000.00
          12/31/14                           1.70       -400.00     -1,400.00
          01/31/15                          34.10      4,100.00      2,700.00
          02/28/15                           4.30     -4,769.50     -2,069.50
          03/31/15                           4.50        136.00     -1,933.50
          04/30/15                           0.00       -500.00     -2,433.50
          05/31/15                           0.00       -500.00     -2,933.50
          06/30/15                           0.00       -500.00     -3,433.50
          07/31/15                           1.00       -290.00     -3,723.50
          08/31/15                           7.80        987.00     -2,736.50
          09/30/15                           0.30       -470.00     -3,206.50
                                          --------   ------------
          ** TOTAL                          53.70     -3,206.50
```

CONFIDENTIAL                                        VOYNOW_024332

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                        SORT ON CLIENT ID * SELECTED CLIENTS

 5260  /     GRP: STAR    PRG BILL FRM: 5 CYC: 12 RATE FACTOR: 1.00 MGMT: 83
 STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
  CDATE     WDATE    WORK(CODE)  STAFF NAME     SID RATE    HRS      AMOUNT   SEQ#  ACTION
 --------------------------------------------------------------------------------------------

                 * *   CHARGEABLE FEES  BY CODES/STAFF/      * *

 12/31/14 12/01/14  2 68 PHILLIP L. SALEMNO J 144   60    1.50       90.00  67527 B H T:
                         Wholesale sales spreadsheet

               144 PHILLIP L. SALEMNO JR               1.50       90.00

          REVIEW Tax Planning                           1.50       90.00

 08/31/15 08/07/15  2 93 Hugh Whyte           56    275   0.50      137.50  96484 B H T:

               56  Hugh Whyte                           0.50      137.50

          REVIEW Partner Review                         0.50      137.50

 08/31/15 08/13/15  5 61 DOROTHEA BURCH      132     50   0.40       20.00 102491 B H T:
                         process

               132 DOROTHEA BURCH                        0.40       20.00

 02/28/15 02/20/15  5 61 DAVID KUMOR         136    125   2.50      312.50  76108 B H T:
                         STARTING RETURN
 03/31/15 02/27/15  5 61 DAVID KUMOR         136    125   1.00      125.00  76463 B H T:
                         EXTENSIONS
 03/31/15 03/11/15  5 61 DAVID KUMOR         136    140   3.00      420.00  79223 B H T:
                         E FILE EXT

               136 DAVID KUMOR                           6.50      857.50

 08/31/15 08/25/15  5 61 PHILLIP L. SALEMNO J 144   140   0.30       42.00  99822 B H T:

               144 PHILLIP L. SALEMNO JR               0.30       42.00

 02/28/15 02/04/15  5 61 Betteann Norris      63    100   0.20       20.00  73772 B H T:
                         it 204
 09/30/15 09/11/15  5 61 Betteann Norris      63    100   0.30       30.00 100549 B H T:
                         process tax return

               63  Betteann Norris                      0.50       50.00

          BUSTAX Federal Tax Return Prep               7.70      969.50

 03/31/15 02/25/15  5 62 Brett Bausinger     124    140   0.20       28.00  76414 B H T:
                         IT-204LL Uploading e-files and input bank
                         information

               124 Brett Bausinger                      0.20       28.00

 02/28/15 02/03/15  5 62 DAVID KUMOR         136    125   0.20       25.00  74046 B H T:
                         GOING OVER IT-204-LL

               136 DAVID KUMOR                           0.20       25.00

 02/28/15 02/02/15  5 62 PHILLIP L. SALEMNO J 144   120   0.30       36.00  74446 B H T:
 02/28/15 02/03/15  5 62 PHILLIP L. SALEMNO J 144   120   0.10       12.00  74457 B H T:

               144 PHILLIP L. SALEMNO JR               0.40       48.00
 --------------------------------------------------------------------------------------------
 06 Oct 2015 15:59            DWIP SORT ON CLIENT ID    5260  /       PAGE: 58
```

CONFIDENTIAL

VOYNOW_024333

```
                        Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                        SORT ON CLIENT ID * SELECTED CLIENTS

5260  /     GRP: STAR   PRG BILL FRM: 5 CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
CDATE   WDATE    WORK(CODE)  STAFF NAME     SID RATE    HRS      AMOUNT   SEQ# ACTION
-----------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

         BUSTAX State Tax Return Prep                0.80       101.00

12/31/14 12/02/14  5 66 DOROTHEA BURCH      132  50   0.20        10.00  69553 B H T:
                        type letter to NYS

            132 DOROTHEA BURCH                        0.20        10.00

         BUSTAX Tax Notice Response                  0.20        10.00

01/31/15 01/19/15  5 69 DAVID KUMOR         136 125  10.00     1,250.00  71920 B H T:
                        YEAR END WORK
01/31/15 01/20/15  5 69 DAVID KUMOR         136 125  11.00     1,375.00  71921 B H T:
                        YEAR END WORK
01/31/15 01/21/15  5 69 DAVID KUMOR         136 125   9.00     1,125.00  71922 B H T:
                        YEAR END WORK

            136 DAVID KUMOR                          30.00     3,750.00

01/31/15 12/30/14  5 69 Bob Seibel           75 200   0.50       100.00  70552 B H T:
                        Send Debbie tax return info.
03/31/15 03/02/15  5 69 Bob Seibel           75 210   0.30        63.00  79035 B H T:
                        Extension.
07/31/15 07/16/15  5 69 Bob Seibel           75 210   1.00       210.00  97459 B H T:
                        tax return
08/31/15 07/29/15  5 69 Bob Seibel           75 210   1.00       210.00  97497 B H T:
                        Tax return.

             75 Bob Seibel                            2.80       583.00

01/31/15 01/21/15  5 69 Randall Franzen      83 275   2.00       550.00  73641 B H T:
                        go to dealership in NY and do the year end
08/31/15 08/06/15  5 69 Randall Franzen      83 275   1.10       302.50  99659 B H T:
                        go over Fait workpapers and tax return
08/31/15 08/06/15  5 69 Randall Franzen      83 275   1.60       440.00  99662 B H T:
                        go over workpapers and tax return

             83  Randall Franzen                      4.70     1,292.50

         BUSTAX Year End Tax Work                   37.50     5,625.50

01/31/15 01/24/15  5 90 DAVID KUMOR         136 125   0.70        87.50  71929 B H T:
                        TRIAL BALANCE ENTRY
01/31/15 01/24/15  5 90 DAVID KUMOR         136 125   0.90       112.50  71930 B H T:
                        UNICAP CALCULATIONS
                        ADJUSTMENTS TO TRIAL
02/28/15 02/20/15  5 90 DAVID KUMOR         136 125   0.40        50.00  76107 B H T:
                        ADJUSTING ENTRIES

            136 DAVID KUMOR                           2.00       250.00

         BUSTAX Trial Balance Data Inpu               2.00       250.00

08/31/15 08/12/15  5 97 BENJAMIN SIDOR      146  90   2.50       225.00  96886 B H T:

            146 BENJAMIN SIDOR                        2.50       225.00
-----------------------------------------------------------------------------------------
06 Oct 2015 15:59            DWIP SORT ON CLIENT ID    5260  /        PAGE: 59
```

CONFIDENTIAL                                    VOYNOW_024334

```
                          Voynow, Bayard, Whyte and Company, LLP                    v.7.00
                      DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                          SORT ON CLIENT ID * SELECTED CLIENTS

5260  /      GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
CDATE    WDATE     WORK(CODE)  STAFF NAME     SID RATE    HRS      AMOUNT   SEQ#  ACTION
------------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/    * *

          BUSTAX Math/Proof Report/Retur               2.50       225.00

02/28/15 02/02/15  5 99 DAVID KUMOR       136  125   0.60        75.00  74039 B H T:
                   ORGINIZING FILES

          136 DAVID KUMOR                              0.60        75.00

          BUSTAX Report Typing                         0.60        75.00

08/31/15 08/12/15  8 32 Kenneth Mann       48  275   0.20        55.00 101989 B H T:
                   sign off 3115's
08/31/15 08/17/15  8 32 Kenneth Mann       48  275   0.20        55.00 102066 B H T:
                   sign off 3115's

           48  Kenneth Mann                            0.40       110.00

          Other Special Projects(detail)               0.40       110.00


          * *  TOTAL FEES                             53.70     7,593.50


                      * *     DEBITS & CREDITS   * *

10/31/14 10/31/14 99   3                                        -500.00  44632 B H T:
11/30/14 11/30/14 99   3                                        -500.00  51518 B H T:
12/31/14 09/30/14 99   3                                        -500.00  54088 B H T:
01/31/15 01/31/15 99   3                                        -500.00  66031 B H T:
02/28/15 02/28/15 99   3                                        -500.00  66614 B H T:
02/28/15 02/28/15 99   3                                      -4,800.00  75383 B H T:
03/31/15 03/31/15 99   3                                        -500.00  68141 B H T:
04/30/15 04/30/15 99   3                                        -500.00  72468 B H T:
05/31/15 05/31/15 99   3                                        -500.00  75461 B H T:
06/30/15 06/30/15 99   3                                        -500.00  76007 B H T:
07/31/15 07/31/15 99   3                                        -500.00  86195 B H T:
08/31/15 08/31/15 99   3                                        -500.00  86941 B H T:
09/30/15 09/30/15 99   3                                        -500.00  88900 B H T:


          * * TOTAL PROGRESS BILLS AND OTHER CREDITS      -10,800.00
```

| FEES | EXPENSES | SUB-TOTAL | DB/CR | SUB-TOTAL | OFFSETS | NET WIP |
|------|----------|-----------|-------|-----------|---------|---------|
| 7,593.50 | 0.00 | 7,593.50 | 0.00 | 7,593.50 | -10,800.00 | -3,206.50 |

```
------------------------------------------------------------------------------------------
06 Oct 2015 15:59          DWIP SORT ON CLIENT ID    5260  /      PAGE: 60
```

JTPR

CONFIDENTIAL

VOYNOW_024335

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.30.15 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR AUTO OF QUEENS |
| (4) Client # / File # | (4) | 5260 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.30.15 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on compliance with the Final Tangible Property Regulations
issued by the Internal Revenue Service including: Review of depreciation schedules and
underlying asset documents. Preparation of IRS forms 3115 for change in accounting method
numbers 21, 184, 186, 187, and 192 and ancillary current year tax elections required to comply
with the Final Tangible Property Regulations.

Amount Due      1,500.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                W.I.P.

TOTAL W.I.P.: 

DATE BILLED: _____        W.I.P. TO TRANSFER: 

BILLED THROUGH CLIENT # / FILE # :        W.I.P. TO HOLD: 

        W.I.P. TO CLEAR: 

CLIENT NAME:        WRITE UP /( DOWN): 

BILL # : 22663

DATE KEYPUNCHED: _____        BILL

TOTAL AMOUNT BILLABLE: 

LESS RETAINERS AND OR PROGRESS BILLING: 

AMOUNT OF BILL: 

CONFIDENTIAL                VOYNOW_024336



CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2015


STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD                    Client #: 5260/
BAYSIDE, NY 11361                       Invoice: 23563
ATTN: VIVIAN

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
COMPLIANCE WITH THE FINAL TANGIBLE PROPERTY
REGULATIONS ISSUED BY THE INTERNAL REVENUE
SERVICE INCLUDING:   REVIEW OF DEPRECIATION
SCHEDULES AND UNDERLYING ASSET DOCUMENTS.
PREPARATION OF IRS FORMS 3115 FOR CHANGE IN
ACCOUNTING METHOD NUMBERS 21, 184, 186, 187
AND 192 AND ANCILLARY CURRENT YEAR TAX
ELECTIONS REQUIRED TO COMPLY WITH THE FINAL
TANGIBLE PROPERTY REGULATIONS.


                    AMOUNT DUE          $1,500.00

CONFIDENTIAL

VOYNOW_024338

# Voynow, Bayard, Whyte and Company, LLP
### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

September 30, 2015

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD                          Client #: 5260/
BAYSIDE, NY 11361                             Invoice: 23563
ATTN: VIVIAN

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED IN ON
COMPLIANCE WITH THE FINAL TANGIBLE PROPERTY
REGULATIONS ISSUED BY THE INTERNAL REVENUE
SERVICE INCLUDING:   REVIEW OF DEPRECIATION
SCHEDULES AND UNDERLYING ASSET DOCUMENTS.
PREPARATION OF IRS FORMS 3115 FOR CHANGE IN
ACCOUNTING METHOD NUMBERS 21, 184, 186, 187
AND 192 AND ANCILLARY CURRENT YEAR TAX
ELECTIONS REQUIRED TO COMPLY WITH THE FINAL
TANGIBLE PROPERTY REGULATIONS.

                    AMOUNT DUE        $1,500.00

CONFIDENTIAL

VOYNOW_024339

# VOYNOW BAYARD CO

## WIP

| | |
|---|---|
| (1) Today's date | (1) 2.6.15 |
| (2) Name of individual requesting this billing | (2) RANDY |
| (3) Client Name | (3) STAR SUBARU |
| (4) Client # / File # | (4) 5260 |
| (5) This billing is for work done from Month Ending | (5a) _____ , 200 |
| through the Month Ending | (5b 1.31.15 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2014 closing of the books

preparation of Federal , State and city

corporate tax returns.

PREPARATION OF New Tangible property rules

*Progress change to application*

**Accountant**

Amount Due          4,800.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)          W.I.P.

| | | |
|---|---|---|
| **LAST YEAR BILL:** 4,100 | TOTAL W.I.P.: | |
| DATE BILLED: | W.I.P. TO TRANSFER: | |
| BILLED THROUGH CLIENT # / FILE # | W.I.P. TO HOLD: | |
| : | W.I.P. TO CLEAR: | |
| CLIENT NAME: | WRITE UP / DOWN: | |
| BILL # : 23440 | | |
| DATE KEYPUNCHED: | | BILL |

TOTAL AMOUNT BILLABLE: _____ 4,800.00

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____ 4,800.00

CONFIDENTIAL                    VOYNOW_024340

CONFIDENTIAL

VOYNOW_024341

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

February 9, 2015


STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD                           Client #: 5260/
BAYSIDE, NY 11361                              Invoice: 23440
ATTN: VIVIAN


PROFESSIONAL SERVICES:

PROGRESS BILLING FOR WORK COMPLETED
ON THE DECEMBER 31, 2014 CLOSING OF
THE BOOKS, PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS
AND PROGRESS CHARGE FOR APPLICATION
OF NEW TANGIBLE PROPERTY RULES

                    PROGRESS AMOUNT DUE    $ 4,800.00


CONFIDENTIAL                          VOYNOW_024342

# VOYNOW BAYARD CO

## WIP

| | |
|---|---|
| (1) Today's date | (1) 2.6.14 |
| (2) Name of individual requesting this billing | (2) RANDY |
| (3) Client Name | (3) STAR SUBARU |
| (4) Client # / File # | (4) 5260 |
| (5) This billing is for work done from Month Ending | (5a) , 200 |
| through the Month Ending | (5b 1.31.14 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2013 closing of the books

preparation of Federal , State and city

corporate tax returns.

**Accountant**

Amount Due          4,100.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                     W.I.P.

| | | |
|---|---|---|
| **LAST YEAR BILL:** 3,950 | TOTAL W.I.P.: | |
| DATE BILLED: | W.I.P. TO TRANSFER: | |
| BILLED THROUGH CLIENT # / FILE # : | W.I.P. TO HOLD: | |
| | W.I.P. TO CLEAR: | |
| CLIENT NAME: | WRITE UP / DOWN: | |
| BILL # : 22714 | | |
| DATE KEYPUNCHED: | | BILL |

TOTAL AMOUNT BILLABLE:          4,100.00

LESS RETAINERS AND OR PROGRESS BILLING:

AMOUNT OF BILL:          4,100.00

CONFIDENTIAL

# Voynow, Bayard, Whyte and Company, LLP
1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

February 6, 2014

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD                          Client #: 5260/
BAYSIDE, NY 11361                             Invoice: 22774
ATTN: VIVIAN

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED ON
THE DECEMBER 31, 2013 CLOSING OF THE
BOOKS AND PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS

                    AMOUNT DUE        $ 4,100.00

CONFIDENTIAL                                VOYNOW_024344

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.30.13 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR AUTO OF QUEENS |
| (4) Client # / File # | (4) | 5260 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.30.13 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2012

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Partnership tax returns.

Amount Due          1,825.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  **(FINAL)**          W.I.P.

TOTAL W.I.P.: 

DATE BILLED: 

W.I.P. TO TRANSFER: 

BILLED THROUGH
CLIENT # / FILE #

W.I.P. TO HOLD: 

W.I.P. TO CLEAR: 

CLIENT NAME: 

WRITE UP /( DOWN): 

BILL # :  22930

DATE KEYPUNCHED: 

BILL

TOTAL AMOUNT BILLABLE: 

LESS RETAINERS AND OR PROGRESS BILLING: 

AMOUNT OF BILL: 

CONFIDENTIAL

VOYNOW_024345

# Voynow, Bayard, Whyte and Company, LLP

1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

October 1, 2013

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD                    Client #: 5260/
BAYSIDE, NY 11361                       Invoice: 22430
ATTN: VIVIAN

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2012 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS,
PREPARATION OF FEDERAL, STATE AND CITY
PARTNERSHIP TAX RETURNS

            AMOUNT DUE          $ 1,825.00



CONFIDENTIAL                              VOYNOW_024346

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                         SORT ON CLIENT ID * SELECTED CLIENTS

5260  /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS, VIVIAN
<------------MOST RECENT 12 MONTHS----------->   <-------------PRIOR 12 MONTHS-------------->
MON-YR    BILLS    WRT U/D    WRTOFFS     CASH    MON-YR    BILLS    WRT U/D   WRTOFFS     CASH
------    -----    -------    -------     ----    ------    -----    -------   -------     ----
NOV-12      500         0          0     2,075    NOV-11      500         0         0     3,020
DEC-12      500         0          0       500    DEC-11      500         0         0     1,000
JAN-13      500         0          0       500    JAN-12      500         0         0       500
FEB-13      500         0          0       500    FEB-12    4,250         0         0       500
MAR-13    4,450         0          0     4,450    MAR-12      500         0         0     3,750
APR-13      500         0          0       500    APR-12      500         0         0     1,000
MAY-13      500         0          0       500    MAY-12      500         0         0         0
JUN-13      500         0          0       500    JUN-12      500         0         0     1,000
JUL-13      500         0          0       500    JUL-12      500         0         0       500
AUG-13      500         0          0       500    AUG-12      500         0         0       500
SEP-13      500         0          0       500    SEP-12    2,075     9,812         0       500
OCT-13      500         0          0       500    OCT-12      500         0         0       500
          -----     -----      -----    ------            ------     -----     -----    ------
TOTAL     9,950         0          0    11,525    TOTAL    11,325     9,812         0    12,770

YTD       8,950         0          0     8,950    PYTD     10,325     9,812         0     8,750


AGED     CURRENT    1 MONTH    2 MONTHS    3 MONTHS    4 MONTHS   5+ MONTHS       TOTAL  AGED
-------  -------    -------    --------    --------    --------   ---------       -----  ----
A/R         0.00       0.00        0.00        0.00        0.00        0.00        0.00  A/R
WIP      -500.00    -480.00     -500.00    1,452.50      822.00   -2,457.50   -1,663.00  WIP

YTD WORK   BUDGET      ACTUAL     VARIANCE    %BUDGET    LAST      DATE       AMOUNT TYPE
--------   ------      ------     --------    -------    ----      ----       ------ ----
HOURS        0.00      74.40       -74.40      0.00%    BILLED  12/01/13      500.00 PRG
DOLLARS      0.00   8,642.00    -8,642.00      0.00%    PAYMENT 10/10/13      500.00 SN

<---------------WORK-IN-PROCESS----------------->   NET WIP   ACCOUNTS   UNAPPLIED     TOTAL
        FEES    EXPENSES      DB/CR     OFFSETS    SUBTOTAL  RECEIVABLE   RETAINER  EXPOSURE
       ------   --------      -----     -------    --------  ----------   --------  --------
     8,787.00       0.00       0.00  -10,450.00   -1,663.00        0.00       0.00 -1,663.00

                                                                              NET WIP
  SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)  -1,663.00

                                                          WIP TO XFER:  _____

                                                          WIP TO HOLD:  _____

                                                         WIP TO CLEAR:  _____

                                                       WRITE UP/DOWN:  _____

                                                      AMOUNT TO BILL:  _____

                                                   APPROVED BY: _____  DATE: _____



-------------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID    5260  /       PAGE: 52
```

CONFIDENTIAL

VOYNOW_024347

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                       SORT ON CLIENT ID * SELECTED CLIENTS

5260  /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
------------------------------------------------------------------------------
                     * *  FEE & EXPENSE SUMMARIES  * *

  * CHARGEABLE FEES SUMMARY BY WORK CODE    HOURS       AMOUNT        TOTAL
  REVIEW ENGAGEMENT                          3.00       825.00       825.00
  BUSINESS TAX ENGAGEMENTS                  58.70     6,634.50     7,459.50
  INTERIM SERVICES                          13.30     1,307.50     8,767.00
  PERSONAL TAX RETURN SERVICES               0.40        20.00     8,787.00
  SYSTEM GENERATED FEES                      0.00   -10,450.00    -1,663.00
                                         --------   -----------
          ** TOTAL                         75.40    -1,663.00


  * CHARGEABLE FEES SUMMARY BY STAFF        HOURS       AMOUNT        TOTAL
                                            0.00   -10,450.00   -10,450.00
  124 Brett Bausinger                       5.90       698.00    -9,752.00
  132 DOROTHEA BURCH                        1.10        55.00    -9,697.00
  134 MEGAN WAGNER                          1.70       170.00    -9,527.00
  135 VINCENT BUCOLO                       12.70     1,270.00    -8,257.00
  136 DAVID KUMOR                          44.80     4,480.00    -3,777.00
  56  Hugh Whyte                            3.00       825.00    -2,952.00
  63  Betteann Norris                       0.60        45.00    -2,907.00
  75  Bob Seibel                            2.00       380.00    -2,527.00
  92  David Kaplan                          3.60       864.00    -1,663.00
                                         --------   -----------
          ** TOTAL                         75.40    -1,663.00


  * CHARGEABLE FEES SUMMARY BY CTRL DATE    HOURS       AMOUNT        TOTAL
          10/31/12                          0.50      -405.00      -405.00
          11/30/12                          0.00      -500.00      -905.00
          12/31/12                          0.50      -450.00    -1,355.00
          01/31/13                          1.20      -362.50    -1,717.50
          02/28/13                         43.80     3,865.00     2,147.50
          03/31/13                          1.90    -4,085.00    -1,937.50
          04/30/13                          0.00      -500.00    -2,437.50
          05/31/13                          4.00       -20.00    -2,457.50
          06/30/13                          7.00       822.00    -1,635.50
          07/31/13                         16.30     1,452.50      -183.00
          08/31/13                          0.00      -500.00      -683.00
          09/30/13                          0.20      -480.00    -1,163.00
          10/31/13                          0.00      -500.00    -1,663.00
                                         --------   -----------
          ** TOTAL                         75.40    -1,663.00
```

CONFIDENTIAL

VOYNOW_024348

```
                      Voynow, Bayard, Whyte and Company, LLP
                      DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013              v.6.00
                           SORT ON CLIENT ID * SELECTED CLIENTS

5260  /     GRP: STAR    PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
CDATE    WDATE      WORK(CODE)  STAFF NAME    SID RATE   HRS        AMOUNT   SEQ#  ACTION
--------------------------------------------------------------------------------------

                    * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

03/31/13 03/04/13   2 93 Hugh Whyte        56   275  1.00       275.00 979016 B H T:
07/31/13 07/01/13   2 93 Hugh Whyte        56   275  1.00       275.00 997575 B H T:
                         tax return
07/31/13 07/05/13   2 93 Hugh Whyte        56   275  1.00       275.00 997596 B H T:

                56  Hugh Whyte                          3.00       825.00

            REVIEW Partner Review                        3.00       825.00

05/31/13 05/23/13   5 61 Brett Bausinger  124   120  2.30       276.00 991742 B H T:

               124  Brett Bausinger                     2.30       276.00

03/31/13 03/02/13   5 61 DAVID KUMOR      136   100  0.70        70.00 977829 B H T:
                         SETTING UP EXTENSIONS FED NY NYC
03/31/13 03/11/13   5 61 DAVID KUMOR      136   100  0.20        20.00 979543 B H T:
                         PUTTING IN EXTENSIONS

               136  DAVID KUMOR                          0.90        90.00

07/31/13 07/08/13   5 61 Betteann Norris   63    75  0.30        22.50 998591 B H T:
                         process tax return

                63  Betteann Norris                     0.30        22.50

            BUSTAX Federal Tax Return Prep              3.50       388.50

07/31/13 07/08/13   5 62 DOROTHEA BURCH   132    50  0.40        20.00    105 B H T:
                         process

               132  DOROTHEA BURCH                       0.40        20.00

02/28/13 02/04/13   5 62 DAVID KUMOR      136   100  0.20        20.00 976126 B H T:
                         IT-204-LL

               136  DAVID KUMOR                          0.20        20.00

            BUSTAX State Tax Return Prep                0.60        40.00

12/31/12 11/27/12   5 68 Brett Bausinger  124   100  0.50        50.00 968433 B H T:
                         putting together tax planning folder

               124  Brett Bausinger                     0.50        50.00

02/28/13 01/29/13   5 68 DAVID KUMOR      136   100 12.00     1,200.00 974650 B H T:
                         TAX PLANNING
02/28/13 01/30/13   5 68 DAVID KUMOR      136   100 11.10     1,110.00 974651 B H T:
                         TAX PLANNING
02/28/13 01/31/13   5 68 DAVID KUMOR      136   100 11.10     1,110.00 974652 B H T:
                         MORE TAX PANNING
02/28/13 02/01/13   5 68 DAVID KUMOR      136   100  9.10       910.00 974653 B H T:
                         SOME MORE TAX PLANNING

               136  DAVID KUMOR                         43.30     4,330.00

            BUSTAX Tax Planning                        43.80     4,380.00
--------------------------------------------------------------------------------------
14 Oct 2013 19:48               DWIP SORT ON CLIENT ID    5260  /         PAGE: 54
```

CONFIDENTIAL

VOYNOW_024349

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                         SORT ON CLIENT ID * SELECTED CLIENTS

5260  /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS, VIVIAN
CDATE   WDATE    WORK(CODE)   STAFF NAME    SID RATE    HRS      AMOUNT  SEQ# ACTION
-------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/    * *


05/31/13 05/21/13  5 69 Brett Bausinger    124 120    1.70       204.00 991737 B H T:

          124 Brett Bausinger                         1.70       204.00

10/31/12 10/16/12  5 69 Bob Seibel          75 190    0.50        95.00 964174 B H T:
                        Bank Questions
01/31/13 01/16/13  5 69 Bob Seibel          75 190    0.50        95.00 974949 B H T:
                        NY LLC Fee
06/30/13 06/25/13  5 69 Bob Seibel          75 190    1.00       190.00 997504 B H T:
                        Tax return.

           75  Bob Seibel                             2.00       380.00

       BUSTAX Year End Tax Work                        3.70       584.00

06/30/13 05/28/13  5 92 David Kaplan        92 240    3.60       864.00 992676 B H T:

            92  David Kaplan                           3.60       864.00

       BUSTAX Staff Supervision                        3.60       864.00

06/30/13 05/29/13  5 95 Brett Bausinger    124 120    0.30        36.00 993701 B H T:
06/30/13 06/25/13  5 95 Brett Bausinger    124 120    1.10       132.00 997482 B H T:

          124 Brett Bausinger                         1.40       168.00

       BUSTAX Clear Review Comments                    1.40       168.00

06/30/13 05/28/13  5 97 MEGAN WAGNER        134 100    0.50        50.00 992855 B H T:
06/30/13 05/29/13  5 97 MEGAN WAGNER        134 100    0.50        50.00 992856 B H T:
07/31/13 07/03/13  5 97 MEGAN WAGNER        134 100    0.70        70.00 997785 B H T:

          134 MEGAN WAGNER                            1.70       170.00

       BUSTAX Math/Proof Report/Retur                 1.70       170.00

07/31/13 07/26/13  5 99 DAVID KUMOR         136 100    0.20        20.00  1090 B H T:
                        SETTING UP FOR E FILE
                        CHANGING ADDRESS
09/30/13 09/05/13  5 99 DAVID KUMOR         136 100    0.20        20.00  6203 B H T:
                        ESTIMATED PAYMENTS

          136 DAVID KUMOR                             0.40        40.00

       BUSTAX Report Typing                            0.40        40.00

07/31/13 07/25/13  6 60 VINCENT BUCOLO      135 100   10.00     1,000.00   409 B H T:

          135 VINCENT BUCOLO                         10.00     1,000.00

       INTSER Income Tax Project & Ex                 10.00     1,000.00

02/28/13 02/04/13  6 66 DOROTHEA BURCH      132  50    0.30        15.00 984502 B H T:
                        print ext of time on letterhead, copies and send
-------------------------------------------------------------------------------------
14 Oct 2013 19:48               DWIP SORT ON CLIENT ID    5260  /        PAGE: 55
```

CONFIDENTIAL

VOYNOW_024350

```
                      Voynow, Bayard, Whyte and Company, LLP
                      DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013        v.6.00
                            SORT ON CLIENT ID * SELECTED CLIENTS

  5260  /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
  STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
  CDATE    WDATE     WORK(CODE)  STAFF NAME     SID RATE    HRS      AMOUNT   SEQ#  ACTION
  --------------------------------------------------------------------------------------

                   * *  CHARGEABLE FEES  BY CODES/STAFF/     * *

                        certified mail

                  132 DOROTHEA BURCH                  0.30      15.00

                  INTSER Tax Notice Response          0.30      15.00

  01/31/13 01/10/13  6 84 Betteann Norris      63   75  0.30      22.50 971436 B H T:
                        letter to NYS

                   63  Betteann Norris                0.30      22.50

                  INTSER Letters to Client, Prep      0.30      22.50

  07/31/13 07/24/13  6 98 VINCENT BUCOLO      135  100  2.50     250.00    401 B H T:

                  135 VINCENT BUCOLO                  2.50     250.00

                  INTSER Travel Time                  2.50     250.00

  07/31/13 07/26/13  6 99 VINCENT BUCOLO      135  100  0.20      20.00    415 B H T:

                  135 VINCENT BUCOLO                  0.20      20.00

                  INTSER Report Typing                0.20      20.00

  01/31/13 01/10/13  7 65 DOROTHEA BURCH      132   50  0.10       5.00 973915 B H T:
                        print letter

                  132 DOROTHEA BURCH                  0.10       5.00

                  PERSTX Tax Audit/Examination        0.10       5.00

  01/31/13 01/09/13  7 66 DOROTHEA BURCH      132   50  0.30      15.00 973909 B H T:
                        NYS audit letter

                  132 DOROTHEA BURCH                  0.30      15.00

                  PERSTX Tax Notice Response          0.30      15.00

                  * * TOTAL FEES              75.40    8,787.00

                       * *   DEBITS & CREDITS   * *

  10/31/12 10/31/12 99  3                              -500.00 953760 B H T:
  11/30/12 11/30/12 99  3                              -500.00 957198 B H T:
  12/31/12 12/31/12 99  3                              -500.00 962618 B H T:
  01/31/13 01/31/13 99  3                              -500.00 971695 B H T:
  02/28/13 02/28/13 99  3                              -500.00 971826 B H T:
  03/31/13 03/31/13 99  3                              -500.00 975201 B H T:
  03/31/13 03/31/13 99  3                            -3,950.00 978580 B H T:
  04/30/13 04/30/13 99  3                              -500.00 975338 B H T:
  05/31/13 05/31/13 99  3                              -500.00 975470 B H T:
  06/30/13 06/30/13 99  3                              -500.00 987662 B H T:
  --------------------------------------------------------------------------------------
  14 Oct 2013 19:48          DWIP SORT ON CLIENT ID   5260  /      PAGE: 56
```

CONFIDENTIAL                          VOYNOW_024351

```
                        Voynow, Bayard, Whyte and Company, LLP                   v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                           SORT ON CLIENT ID * SELECTED CLIENTS

5260  /      GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS, VIVIAN
CDATE     WDATE     WORK(CODE)  STAFF NAME      SID RATE    HRS      AMOUNT   SEQ#  ACTION
-------------------------------------------------------------------------------------------
                            * * *   DEBITS/CREDITS  * * *

07/31/13 07/31/13 99  3                                           -500.00 987795 B H T:
08/31/13 08/31/13 99  3                                           -500.00 992324 B H T:
09/30/13 09/30/13 99  3                                           -500.00 996263 B H T:
10/31/13 10/31/13 99  3                                           -500.00 996400 B H T:


       * * TOTAL PROGRESS BILLS AND OTHER CREDITS        -10,450.00


        FEES      EXPENSES    SUB-TOTAL      DB/CR     SUB-TOTAL     OFFSETS      NET WIP
     ----------  ----------  ----------   ----------  ----------  ----------   ----------
      8,787.00        0.00    8,787.00         0.00    8,787.00  -10,450.00    -1,663.00
                                                                              ==========


-----------------------------------------------------------------------------------------
14 Oct 2013 19:48               DWIP SORT ON CLIENT ID    5260  /        PAGE: 57
```

CONFIDENTIAL                          VOYNOW_024352

Redacted

CONFIDENTIAL

CONFIDENTIAL

VOYNOW_024354

Redacted

CONFIDENTIAL



Redacted

CONFIDENTIAL

Redacted

CONFIDENTIAL

VOYNOW_024357

Redacted

CONFIDENTIAL

VOYNOW_024358

Redacted

CONFIDENTIAL

Redacted

CONFIDENTIAL

| | | | |
|---|---|---|---|
| (1) Today's date | (1) | 9.30.12 | |
| (2) Name of individual requesting this billing | (2) | RPS | |
| (3) Client Name | (3) | STAR AUTO OF QUEENS | |
| (4) Client # / File # | (4) | 5260 | |
| (5) This billing is for work done from Month Ending | (5a) | | , 200 |
| through the Month Ending | (5b) | 9.30.12 | , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2011

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Partnership tax returns.

Amount Due    1,575.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)     W.I.P.

TOTAL W.I.P.: _____ POSTED

DATE BILLED: _____     W.I.P. TO TRANSFER: _____

BILLED THROUGH CLIENT # / FILE #     W.I.P. TO HOLD: _____

_____     W.I.P. TO CLEAR: _____

CLIENT NAME: _____     WRITE UP /( DOWN): _____

BILL # : 21731

DATE KEYPUNCHED: _____     BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL     VOYNOW_024361

# Voynow, Bayard, Whyte and Company, LLP
### 1210 Northbrook Drive
### Suite 140
### Trevose, PA 19053
### 215-355-8000

September 30, 2012

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD                          Client #: 5260/
BAYSIDE, NY 11361                             Invoice: 21731
ATTN: VIVIAN

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2011 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS, AND
PREPARATION OF FEDERAL, STATE AND CITY
PARTNERSHIP TAX RETURNS

                   AMOUNT DUE        $ 1,575.00



```
                     Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                          SORT ON CLIENT ID * SELECTED CLIENTS

   5260  /      GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
   STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
   <-----------MOST RECENT 12 MONTHS----------->    <--------------PRIOR 12 MONTHS-------------->
   MON-YR   BILLS    WRT U/D    WRTOFFS     CASH     MON-YR   BILLS    WRT U/D    WRTOFFS     CASH
   --------------------------------------------     --------------------------------------------
   OCT-11    500        0          0        500     OCT-10    500        0          0        500
   NOV-11    500        0          0      3,020     NOV-10    500        0          0      2,615
   DEC-11    500        0          0      1,000     DEC-10    500    4,500          0        500
   JAN-12    500        0          0        500     JAN-11    500        0          0        500
   FEB-12  4,250        0          0        500     FEB-11  4,000        0          0        500
   MAR-12    500        0          0      3,750     MAR-11    500        0          0      4,000
   APR-12    500        0          0      1,000     APR-11    500        0          0        500
   MAY-12    500        0          0          0     MAY-11    500        0          0        500
   JUN-12    500        0          0      1,000     JUN-11    500        0          0        500
   JUL-12    500        0          0        500     JUL-11    500        0          0        500
   AUG-12    500        0          0        500     AUG-11    500        0          0        500
   SEP-12    500        0          0        500     SEP-11  3,520    3,084          0        500
   --------------------------------------------     --------------------------------------------
   TOTAL   9,750        0          0     12,770     TOTAL  12,520    7,584          0     11,615

   YTD     8,250        0          0      8,250     PYTD   11,020    3,084          0      8,000


   AGED     CURRENT     1 MONTH    2 MONTHS    3 MONTHS    4 MONTHS   5+ MONTHS       TOTAL  AGED
   ---------------------------------------------------------------------------------------------
   A/R         0.00        0.00       0.00        0.00        0.00        0.00        0.00  A/R
   WIP      -500.00     -470.00    -350.00      747.50      930.00   -8,784.00   -8,426.50  WIP

   YTD WORK     BUDGET      ACTUAL      VARIANCE    %BUDGET    LAST     DATE       AMOUNT TYPE
   ---------------------------------------------------------------------------------------------
   HOURS          0.00       32.40       -32.40      0.00%   BILLED   11/01/12     500.00  PRG
   DOLLARS        0.00    4,223.50    -4,223.50      0.00%   PAYMENT  09/24/12     500.00  SN

   <--------------WORK-IN-PROCESS---------------->    NET WIP    ACCOUNTS   UNAPPLIED      TOTAL
         FEES     EXPENSES        DB/CR    OFFSETS   SUBTOTAL  RECEIVABLE   RETAINER    EXPOSURE
   ---------------------------------------------------------------------------------------------
     5,823.50        0.00         0.00 -14,250.00  -8,426.50        0.00       0.00   -8,426.50
```

SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)

```
                                                                                  NET WIP
                                                                                -8,426.50

                                                       WIP TO XFER: _____

                                                       WIP TO HOLD: _____

                                                      WIP TO CLEAR: _____

                                                    WRITE UP/DOWN: _____

                                                    AMOUNT TO BILL: _____

                                            APPROVED BY: _____ DATE: _____
```

CONFIDENTIAL                              VOYNOW_024363

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
           DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                       SORT ON CLIENT ID * SELECTED CLIENTS

5260 /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
---------------------------------------------------------------------------
                    * *  FEE & EXPENSE SUMMARIES  * *

* CHARGEABLE FEES SUMMARY BY WORK CODE     HOURS       AMOUNT       TOTAL
  REVIEW ENGAGEMENT                         8.00     1,325.00     1,325.00
  BUSINESS TAX ENGAGEMENTS                 38.80     4,338.50     5,663.50
  PERSONAL TAX RETURN SERVICES             1.60       160.00     5,823.50
  SYSTEM GENERATED FEES                    0.00    -14,250.00    -8,426.50
                                        --------   ------------
       ** TOTAL                           48.40     -8,426.50


* CHARGEABLE FEES SUMMARY BY STAFF         HOURS       AMOUNT       TOTAL
                                           0.00    -14,250.00   -14,250.00
  12   PATRICK J. CATALINE                 0.30        24.00    -14,226.00
  124  Brett Bausinger                    23.50     2,350.00    -11,876.00
  130  DAVE LOMBARDO                       1.90       190.00    -11,686.00
  134  MEGAN WAGNER                        0.30        30.00    -11,656.00
  135  VINCENT BUCOLO                      5.40       540.00    -11,116.00
  136  DAVID KUMOR                         8.20       820.00    -10,296.00
  56   Hugh Whyte                          3.00       825.00     -9,471.00
  63   Betteann Norris                     0.50        37.50     -9,433.50
  75   Bob Seibel                          5.30     1,007.00     -8,426.50
                                        --------   ------------
       ** TOTAL                           48.40     -8,426.50


* CHARGEABLE FEES SUMMARY BY CTRL DATE     HOURS       AMOUNT       TOTAL
           01/31/11                        0.00      -500.00      -500.00
           02/28/11                        0.00      -500.00    -1,000.00
           03/31/11                        0.00      -500.00    -1,500.00
           04/30/11                        0.00      -500.00    -2,000.00
           05/31/11                        0.00      -500.00    -2,500.00
           06/30/11                        0.00      -500.00    -3,000.00
           07/31/11                        0.00      -500.00    -3,500.00
           08/31/11                        0.00      -500.00    -4,000.00
           09/30/11                        0.00      -500.00    -4,500.00
           10/31/11                        0.00      -500.00    -5,000.00
           11/30/11                       16.00     1,100.00    -3,900.00
           12/31/11                        0.00      -500.00    -4,400.00
           01/31/12                        5.30        24.00    -4,376.00
           02/29/12                        6.50     -3,533.00    -7,909.00
           03/31/12                        0.50      -405.00    -8,314.00
           04/30/12                        0.30      -470.00    -8,784.00
           05/31/12                       10.70       930.00    -7,854.00
           06/30/12                        7.30       747.50    -7,106.50
           07/31/12                        1.50      -350.00    -7,456.50
           08/31/12                        0.30      -470.00    -7,926.50
           09/30/12                        0.00      -500.00    -8,426.50
                                        --------   ------------
       ** TOTAL                           48.40     -8,426.50
```

CONFIDENTIAL

VOYNOW_024364

```
                        Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                          SORT ON CLIENT ID * SELECTED CLIENTS

5260  /    GRP: STAR   PRG BILL FRM: 5 CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS, VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE     HRS      AMOUNT   SEQ#  ACTION
--------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/    * *

01/31/12 01/26/12  2  3 Brett Bausinger    124 100   1.50     150.00 925139 B H T:
01/31/12 01/27/12  2  3 Brett Bausinger    124 100   3.50     350.00 925141 B H T:

          124 Brett Bausinger                       5.00     500.00

      REVIEW Review Procedures Check                 5.00     500.00

06/30/12 05/29/12  2 93 Hugh Whyte          56 275   1.00     275.00 942726 B H T:
                       t/r review
06/30/12 06/07/12  2 93 Hugh Whyte          56 275   1.00     275.00 943888 B H T:
06/30/12 06/11/12  2 93 Hugh Whyte          56 275   1.00     275.00 944673 B H T:

           56  Hugh Whyte                            3.00     825.00

      REVIEW Partner Review                           3.00     825.00

04/30/12 04/13/12  5 33 MEGAN WAGNER       134 100   0.30      30.00 935238 B H T:

          134 MEGAN WAGNER                           0.30      30.00

      BUSTAX Income Taxes                            0.30      30.00

05/31/12 05/11/12  5 61 DAVID KUMOR        136 100   1.60     160.00 940197 B H T:
                   FINANACIAL STATEMENT CHECKLIST
05/31/12 05/23/12  5 61 DAVID KUMOR        136 100   0.90      90.00 942155 B H T:
                   UPDATING RETURN
05/31/12 05/25/12  5 61 DAVID KUMOR        136 100   0.50      50.00 942168 B H T:
                   UPDATING RETURN
07/31/12 07/16/12  5 61 DAVID KUMOR        136 100   1.00     100.00 949720 B H T:
                   SETTING UP FOR E-FILE/TECH SUPPORT/ NYC NOL LOSS
                   PROBLEM
07/31/12 07/16/12  5 61 DAVID KUMOR        136 100   0.50      50.00 949721 B H T:
                   SETTING UP FOR E FILE

          136 DAVID KUMOR                            4.50     450.00

02/29/12 02/10/12  5 61 Betteann Norris     63  75   0.20      15.00 926573 B H T:
                   IT 204 LL
06/30/12 06/20/12  5 61 Betteann Norris     63  75   0.30      22.50 945638 B H T:
                   process tax return

           63  Betteann Norris                       0.50      37.50

      BUSTAX Federal Tax Return Prep                5.00     487.50

02/29/12 02/06/12  5 62 Brett Bausinger    124 100   0.10      10.00 926883 B H T:
                   IT-204-LL

          124 Brett Bausinger                        0.10      10.00

      BUSTAX State Tax Return Prep                   0.10      10.00

02/29/12 02/23/12  5 63 VINCENT BUCOLO     135 100   0.30      30.00 928483 B H T:

          135 VINCENT BUCOLO                         0.30      30.00
--------------------------------------------------------------------------------------
12 Oct 2012 10:39          DWIP SORT ON CLIENT ID    5260  /       PAGE: 49
```

CONFIDENTIAL

VOYNOW_024365

```
                          Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                              SORT ON CLIENT ID * SELECTED CLIENTS

5260  /    GRP: STAR   PRG BILL FRM: 5 CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS, VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME       SID RATE       HRS        AMOUNT   SEQ# ACTION
---------------------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


          BUSTAX City Tax Return Prep                  0.30        30.00

11/30/11 11/17/11  5 68 Brett Bausinger      124 100    9.00       900.00 917375 B H T:
11/30/11 11/18/11  5 68 Brett Bausinger      124 100    7.00       700.00 917376 B H T:

          124 Brett Bausinger                          16.00     1,600.00

          BUSTAX Tax Planning                          16.00     1,600.00

01/31/12 01/12/12  5 69 PATRICK J. CATALINE   12   80   0.30        24.00 923058 B H T:
                        IT-204-LL

           12  PATRICK J. CATALINE                     0.30        24.00

06/30/12 06/08/12  5 69 DAVE LOMBARDO         130 100   1.60       160.00 944916 B H T:
                        MATHED RETURN PREPARED BY DK
08/31/12 08/17/12  5 69 DAVE LOMBARDO         130 100   0.30        30.00 955485 B H T:
                        PROBLEMS VALIDATING FILE FOR EFILING

          130 DAVE LOMBARDO                            1.90       190.00

02/29/12 02/09/12  5 69 VINCENT BUCOLO        135 100   1.00       100.00 926454 B H T:

          135 VINCENT BUCOLO                           1.00       100.00

02/29/12 02/16/12  5 69 Bob Seibel            75  190   0.30        57.00 930220 B H T:
                        IT204-LL Efile
02/29/12 02/23/12  5 69 Bob Seibel            75  190   0.50        95.00 930367 B H T:
                        Extension.
03/31/12 03/07/12  5 69 Bob Seibel            75  190   0.50        95.00 935638 B H T:
                        Extensions.
05/31/12 05/14/12  5 69 Bob Seibel            75  190   1.00       190.00 942120 B H T:
                        Go over Job & T/R
05/31/12 05/23/12  5 69 Bob Seibel            75  190   2.00       380.00 942186 B H T:
                        Go over Job & T/R
05/31/12 05/25/12  5 69 Bob Seibel            75  190   1.00       190.00 942193 B H T:
                        Go over Job & T/R

           75  Bob Seibel                              5.30     1,007.00

          BUSTAX Year End Tax Work                     8.50     1,321.00

02/29/12 02/03/12  5 90 VINCENT BUCOLO        135 100   3.00       300.00 925982 B H T:
                        CHRYSLER TB
02/29/12 02/09/12  5 90 VINCENT BUCOLO        135 100   0.70        70.00 926452 B H T:

          135 VINCENT BUCOLO                           3.70       370.00

05/31/12 05/10/12  5 90 DAVID KUMOR           136 100   2.00       200.00 940195 B H T:
                        UPDATING TRAIL BALANCE

          136 DAVID KUMOR                              2.00       200.00

          BUSTAX Trial Balance Data Inpu               5.70       570.00
---------------------------------------------------------------------------------------------
```

CONFIDENTIAL                                    VOYNOW_024366

```
                        Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                           SORT ON CLIENT ID * SELECTED CLIENTS

5260  /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE    HRS      AMOUNT   SEQ# ACTION
------------------------------------------------------------------------------------
                 * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


02/29/12 02/10/12  5 94 VINCENT BUCOLO      135  100    0.40        40.00 926461 B H T:

            135 VINCENT BUCOLO                      0.40        40.00

          BUSTAX Tech Review                        0.40        40.00

06/30/12 06/19/12  5 97 Brett Bausinger     124  100    0.80        80.00 945954 B H T:

            124 Brett Bausinger                     0.80        80.00

          BUSTAX Math/Proof Report/Retur            0.80        80.00

05/31/12 05/04/12  5 99 DAVID KUMOR         136  100    1.00       100.00 939516 B H T:
                 UNICAP CALCULATIONS
05/31/12 05/07/12  5 99 DAVID KUMOR         136  100    0.70        70.00 940193 B H T:
                 UNICAP CALCULATIONS

            136 DAVID KUMOR                          1.70       170.00

          BUSTAX Report Typing                       1.70       170.00

06/30/12 06/15/12  7 97 Brett Bausinger     124  100    1.60       160.00 945296 B H T:

            124 Brett Bausinger                      1.60       160.00

          PERSTX Math/Proof Report/Retur             1.60       160.00


              * *  TOTAL FEES                        48.40     5,823.50


                    * *    DEBITS & CREDITS    * *

01/31/11 01/31/11 99  3                                      -500.00 873878 B H T:
02/28/11 02/28/11 99  3                                      -500.00 874097 B H T:
03/31/11 03/31/11 99  3                                      -500.00 878437 B H T:
04/30/11 04/30/11 99  3                                      -500.00 883710 B H T:
05/31/11 05/31/11 99  3                                      -500.00 889340 B H T:
06/30/11 06/30/11 99  3                                      -500.00 892670 B H T:
07/31/11 07/31/11 99  3                                      -500.00 898292 B H T:
08/31/11 08/31/11 99  3                                      -500.00 903588 B H T:
09/30/11 09/30/11 99  3                                      -500.00 905801 B H T:
10/31/11 10/31/11 99  3                                      -500.00 910635 B H T:
11/30/11 11/30/11 99  3                                      -500.00 914706 B H T:
12/31/11 12/31/11 99  3                                      -500.00 917945 B H T:
01/31/12 01/31/12 99  3                                      -500.00 922564 B H T:
02/29/12 02/29/12 99  3                                      -500.00 925041 B H T:
02/29/12 02/29/12 99  3                                    -3,750.00 928045 B H T:
03/31/12 03/31/12 99  3                                      -500.00 929009 B H T:
04/30/12 04/30/12 99  3                                      -500.00 934166 B H T:
05/31/12 05/31/12 99  3                                      -500.00 938946 B H T:
06/30/12 06/30/12 99  3                                      -500.00 942397 B H T:
07/31/12 07/31/12 99  3                                      -500.00 951119 B H T:
08/31/12 08/31/12 99  3                                      -500.00 951669 B H T:
------------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID    5260  /       PAGE: 51
```

CONFIDENTIAL

VOYNOW_024367

```
                          Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                       DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                             SORT ON CLIENT ID * SELECTED CLIENTS

5260   /      GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
CDATE    WDATE    WORK(CODE)   STAFF NAME     SID RATE     HRS      AMOUNT    SEQ#  ACTION
-------------------------------------------------------------------------------------------
                         * * *   DEBITS/CREDITS  * * *

09/30/12 09/30/12 99  3                                   -500.00 953627 B H T:


        * * TOTAL PROGRESS BILLS AND OTHER CREDITS        -14,250.00
```

|        FEES |   EXPENSES |  SUB-TOTAL |      DB/CR |  SUB-TOTAL |    OFFSETS |    NET WIP |
|------------:|-----------:|-----------:|-----------:|-----------:|-----------:|-----------:|
|    5,823.50 |       0.00 |   5,823.50 |       0.00 |   5,823.50 | -14,250.00 |  -8,426.50 |

CONFIDENTIAL                          VOYNOW_024368

# VOYNOW BAYARD CO
## WIP

| | |
|---|---|
| (1) Today's date | (1) 2.22.12 |
| (2) Name of individual requesting this billing | (2) RANDY |
| (3) Client Name | (3) STAR SUBARU |
| (4) Client # / File # | (4) 5260 |
| (5) This billing is for work done from Month Ending | (5a) _____ , 200 ___ |
| through the Month Ending | (5b 1.31.12 , 200 ___ |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2011 closing of the books

preparation of Federal , State and city

corporate tax returns.

**Accountant**

Amount Due          3,750.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)          W.I.P.

| | | |
|---|---|---|
| **LAST YEAR BILL:** 3,500 | TOTAL W.I.P.: | |
| DATE BILLED: | W.I.P. TO TRANSFER: | |
| BILLED THROUGH CLIENT # / FILE # | W.I.P. TO HOLD: | |
| : | W.I.P. TO CLEAR: | |
| CLIENT NAME: | WRITE UP / DOWN: | |
| BILL # : 21360 | | |
| DATE KEYPUNCHED: | | BILL |

TOTAL AMOUNT BILLABLE:          3,750.00

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL:          3,750.00

CONFIDENTIAL

VOYNOW_024369

# Voynow, Bayard, Whyte and Company, LLP

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

February 22, 2012

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD                      Client #: 5260/
BAYSIDE, NY 11361                         Invoice: 21360
ATTN: VIVIAN

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2011 CLOSING OF THE BOOKS
AND PREPARATION OF FEDERAL, STATE AND
LOCAL TAX RETURNS

                    AMOUNT DUE        $ 3,750.00

CONFIDENTIAL                              VOYNOW_024370

| | | |
|---|---|---|
| (1) Today's date | (1) | 9.30.11 |
| (2) Name of individual requesting this billing | (2) | RPS |
| (3) Client Name | (3) | STAR AUTO OF QUEENS |
| (4) Client # / File # | (4) | 5260 |
| (5) This billing is for work done from Month Ending | (5a) | , 200 |
| through the Month Ending | (5b) | 9.30.11 , 200 |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Final billing for work completed on December 31, 2010

closing of the books, preparation of tax work papers,

preparation of federal, state, and city Partnership tax returns.

Amount Due          1,520.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD)  (PROGRESS)  (FINAL)

TOTAL W.I.P.:

DATE BILLED: _____          W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #          W.I.P. TO HOLD: _____

_____          W.I.P. TO CLEAR: _____

CLIENT NAME: _____          WRITE UP /( DOWN): _____

BILL # : 21058

DATE KEYPUNCHED: _____          BILL

TOTAL AMOUNT BILLABLE: _____

LESS RETAINERS AND OR PROGRESS BILLING: _____

AMOUNT OF BILL: _____

CONFIDENTIAL

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2011

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD                          Client #: 5260/
BAYSIDE, NY 11361                             Invoice: 21058
ATTN: VIVIAN

---

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

FINAL BILLING FOR WORK COMPLETED ON
DECEMBER 31, 2010 CLOSING OF THE BOOKS,
PREPARATION OF TAX WORKPAPERS,
PREPARATION OF FEDERAL, STATE AND CITY
PARTNERSHIP TAX RETURNS

AMOUNT DUE            $ 1,520.00



CONFIDENTIAL                          VOYNOW_024372

```
                         Voynow, Bayard & Company, CPAs                        v.6.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                        SORT ON CLIENT ID * SELECTED CLIENTS

     5260  /      GRP: STAR    PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
     STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS, VIVIAN
     <------------MOST RECENT 12 MONTHS----------->    <--------------PRIOR 12 MONTHS------------->
     MON-YR   BILLS   WRT U/D   WRTOFFS    CASH    MON-YR   BILLS   WRT U/D   WRTOFFS     CASH
     ------   -----   -------   -------    ----    ------   -----   -------   -------     ----
     OCT-10    500       0         0       500     OCT-09    500       0         0        500
     NOV-10    500       0         0      2,615    NOV-09    500       0         0        500
     DEC-10    500     4,500       0       500     DEC-09   4,125      25        0        500
     JAN-11    500       0         0       500     JAN-10    500       0         0       4,125
     FEB-11   4,000      0         0       500     FEB-10    500       0         0        500
     MAR-11    500       0         0      4,000    MAR-10   4,000      0         0       4,000
     APR-11    500       0         0       500     APR-10    500       0         0        500
     MAY-11    500       0         0       500     MAY-10    500       0         0        500
     JUN-11    500       0         0       500     JUN-10    500       0         0        500
     JUL-11    500       0         0       500     JUL-10    500       0         0        500
     AUG-11    500       0         0       500     AUG-10    500       0         0        500
     SEP-11    500       0         0       500     SEP-10   2,615    5,408       0        500
     -------------------------------------------   -------------------------------------------
     TOTAL    9,500    4,500       0     11,615    TOTAL   15,240    5,433       0      13,125

     YTD      8,000      0         0      8,000    PYTD    10,115    5,408       0      11,625


     AGED     CURRENT     1 MONTH    2 MONTHS    3 MONTHS   4 MONTHS  5+ MONTHS      TOTAL  AGED
     ----     -------     -------    --------    --------   --------  ---------      -----  ----
     A/R        0.00        0.00       0.00        0.00       0.00       0.00         0.00  A/R
     WIP      610.00    1,511.00    -260.00     -300.00      90.00  -6,215.00    -4,564.00  WIP

     YTD WORK    BUDGET      ACTUAL     VARIANCE    %BUDGET    LAST       DATE      AMOUNT TYPE
     --------    ------      ------     --------    -------    ----       ----      ------ ----
     HOURS        0.00       35.10      -35.10       0.00%  BILLED   10/01/11      500.00  PRG
     DOLLARS      0.00    4,851.00   -4,851.00       0.00%  PAYMENT  09/15/11      500.00  SN

     <---------------WORK-IN-PROCESS---------------->    NET WIP   ACCOUNTS   UNAPPLIED       TOTAL
          FEES      EXPENSES      DB/CR    OFFSETS      SUBTOTAL  RECEIVABLE    RETAINER    EXPOSURE
     --------------------------------------------------------------------------------------------
       4,936.00       0.00        0.00   -9,500.00    -4,564.00       0.00        0.00    -4,564.00

                                                                                     NET WIP
     SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)  -4,564.00

                                                   WIP TO XFER:  _____

                                                   WIP TO HOLD:  _____

                                              WIP TO CLEAR:  _____

                                             WRITE UP/DOWN:  _____

                                            AMOUNT TO BILL:  _____

                                  APPROVED BY:  _____  DATE:  _____
```

CONFIDENTIAL                                        VOYNOW_024373

Voynow, Bayard & Company, CPAs
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
SORT ON CLIENT ID * SELECTED CLIENTS

v.6.00

5260  /    GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
--------------------------------------------------------------------------------
                    * *  FEE & EXPENSE SUMMARIES  * *
--------------------------------------------------------------------------------

| * CHARGEABLE FEES SUMMARY BY WORK CODE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| REVIEW ENGAGEMENT | 2.00 | 550.00 | 550.00 |
| BUSINESS TAX ENGAGEMENTS | 21.40 | 2,828.00 | 3,378.00 |
| INTERIM SERVICES | 10.30 | 1,033.00 | 4,411.00 |
| SPECIAL PROJECTS-MUST USE MEMO | 2.50 | 525.00 | 4,936.00 |
| SYSTEM GENERATED FEES | 0.00 | -9,500.00 | -4,564.00 |
| | -------- | ------------ | |
| ** TOTAL | 36.20 | -4,564.00 | |


| * CHARGEABLE FEES SUMMARY BY STAFF | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| | 0.00 | -9,500.00 | -9,500.00 |
| 11   ELISA BRABAZON | 0.70 | 21.00 | -9,479.00 |
| 118  ROBERT KIRKHOPE | 1.00 | 150.00 | -9,329.00 |
| 12   PATRICK J. CATALINE | 9.40 | 752.00 | -8,577.00 |
| 124  Brett Bausinger | 10.50 | 1,025.00 | -7,552.00 |
| 127  RAFAEL VARGAS | 0.40 | 44.00 | -7,508.00 |
| 129  JOHN BRESLIN | 0.40 | 32.00 | -7,476.00 |
| 130  DAVE LOMBARDO | 0.30 | 27.00 | -7,449.00 |
| 48   Kenneth Mann | 1.50 | 375.00 | -7,074.00 |
| 56   Hugh Whyte | 2.00 | 550.00 | -6,524.00 |
| 75   Bob Seibel | 9.00 | 1,710.00 | -4,814.00 |
| 83   Randall Franzen | 1.00 | 250.00 | -4,564.00 |
| | -------- | ------------ | |
| ** TOTAL | 36.20 | -4,564.00 | |


| * CHARGEABLE FEES SUMMARY BY CTRL DATE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| 10/31/10 | 0.00 | -500.00 | -500.00 |
| 11/30/10 | 0.30 | -473.00 | -973.00 |
| 12/31/10 | 0.80 | -442.00 | -1,415.00 |
| 01/31/11 | 1.30 | -293.00 | -1,708.00 |
| 02/28/11 | 2.80 | -3,632.00 | -5,340.00 |
| 03/31/11 | 0.50 | -375.00 | -5,715.00 |
| 04/30/11 | 0.00 | -500.00 | -6,215.00 |
| 05/31/11 | 3.00 | 90.00 | -6,125.00 |
| 06/30/11 | 2.50 | -300.00 | -6,425.00 |
| 07/31/11 | 3.00 | -260.00 | -6,685.00 |
| 08/31/11 | 11.00 | 1,511.00 | -5,174.00 |
| 09/30/11 | 11.00 | 610.00 | -4,564.00 |
| | -------- | ------------ | |
| ** TOTAL | 36.20 | -4,564.00 | |

CONFIDENTIAL                              VOYNOW_024374

Voynow, Bayard & Company, CPAs
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
SORT ON CLIENT ID * SELECTED CLIENTS
                                                                                    v.6.00

5260 /    GRP: STAR   PRG BILL FRM: 5 CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS, VIVIAN
CDATE    WDATE     WORK(CODE)  STAFF NAME      SID RATE      HRS       AMOUNT   SEQ#  ACTION
----------------------------------------------------------------------------------------------

                    * * CHARGEABLE FEES  BY CODES/STAFF/    * *

08/31/11 08/10/11  2 90 Hugh Whyte       56   275    1.00      275.00 904694 B H T:

           56  Hugh Whyte                         1.00      275.00

         REVIEW Trial Balance Data Inpu           1.00      275.00

08/31/11 08/17/11  2 93 Hugh Whyte       56   275    1.00      275.00 905115 B H T:
                   t/r

           56  Hugh Whyte                         1.00      275.00

         REVIEW Partner Review                    1.00      275.00

09/30/11 08/30/11  5  1 ELISA BRABAZON   11    30    0.50       15.00 906383 B H T:
                   processed return

           11  ELISA BRABAZON                     0.50       15.00

         BUSTAX Engagement Planning               0.50       15.00

01/31/11 01/13/11  5 21 RAFAEL VARGAS   127   110    0.10       11.00 872379 B H T:
                   Filing statements into the folder.

          127  RAFAEL VARGAS                      0.10       11.00

         BUSTAX LIFO Computations                 0.10       11.00

01/31/11 01/04/11  5 61 ELISA BRABAZON   11    30    0.20        6.00 872235 B H T:
                   processed it 204

           11  ELISA BRABAZON                     0.20        6.00

         BUSTAX Federal Tax Return Prep           0.20        6.00

05/31/11 05/16/11  5 65 Bob Seibel       75   190    1.00      190.00 893061 B H T:   IRS
                   POA

           75  Bob Seibel                         1.00      190.00

         BUSTAX Tax Audit/Examination             1.00      190.00

05/31/11 05/19/11  5 66 Randall Franzen  83   250    1.00      250.00 892416 B H T:   IRS
                   get poa and info for irs audit

           83  Randall Franzen                    1.00      250.00

         BUSTAX Tax Notice Response               1.00      250.00

12/31/10 12/13/10  5 68 Brett Bausinger 124    50    0.20       10.00 868659 ON HOLD
                   Set up of 2010 Tax Planning File star
                   chrysler-dodge-jeep
12/31/10 12/16/10  5 68 Brett Bausinger 124    50    0.30       15.00 868669 ON HOLD
                   Set up of 2010 Tax Planning File for Star Subaru

          124  Brett Bausinger                    0.50       25.00

----------------------------------------------------------------------------------------------
18 Oct 2011 12:22            DWIP SORT ON CLIENT ID   5260 /       PAGE: 293

CONFIDENTIAL

VOYNOW_024375

Voynow, Bayard & Company, CPAs                                    v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
SORT ON CLIENT ID * SELECTED CLIENTS

5260  /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS, VIVIAN
CDATE    WDATE     WORK(CODE)  STAFF NAME      SID RATE     HRS      AMOUNT    SEQ#  ACTION
--------------------------------------------------------------------------------
                    * *  CHARGEABLE FEES  BY CODES/STAFF/     * *


           BUSTAX Tax Planning                     0.50      25.00

06/30/11 06/09/11  5 69 PATRICK J. CATALINE  12   80   2.50     200.00 894118 B H T:
                        adjusting entries
07/31/11 06/27/11  5 69 PATRICK J. CATALINE  12   80   2.00     160.00 901658 B H T:
                        working on return
07/31/11 06/28/11  5 69 PATRICK J. CATALINE  12   80   1.00      80.00 901662 B H T:
                        adjusting t/b, fixing return
08/31/11 08/03/11  5 69 PATRICK J. CATALINE  12   80   1.20      96.00 904629 B H T:
                        adjusting return
08/31/11 08/04/11  5 69 PATRICK J. CATALINE  12   80   1.50     120.00 904630 B H T:
                        2848, 3115, and attachment

           12  PATRICK J. CATALINE                 8.20     656.00

02/28/11 02/11/11  5 69 JOHN BRESLIN         129   80   0.20      16.00 876491 B H T:
                        ext
02/28/11 02/11/11  5 69 JOHN BRESLIN         129   80   0.20      16.00 876492 B H T:
                        ext

           129 JOHN BRESLIN                         0.40      32.00

11/30/10 11/08/10  5 69 DAVE LOMBARDO        130   90   0.30      27.00 865158 ON HOLD
                        INTERIM LTTR

           130 DAVE LOMBARDO                        0.30      27.00

01/31/11 01/07/11  5 69 Bob Seibel           75   190   1.00     190.00 872318 B H T:
                        NY IT204LL
02/28/11 02/15/11  5 69 Bob Seibel           75   190   0.50      95.00 879304 B H T:
02/28/11 02/17/11  5 69 Bob Seibel           75   190   0.50      95.00 879314 B H T:
08/31/11 08/01/11  5 69 Bob Seibel           75   190   1.00     190.00 903995 B H T:
                        Go over return.
08/31/11 08/03/11  5 69 Bob Seibel           75   190   1.00     190.00 904015 B H T:
                        Tax return.
08/31/11 08/16/11  5 69 Bob Seibel           75   190   0.50      95.00 907002 B H T:
                        Tax returns.
08/31/11 08/22/11  5 69 Bob Seibel           75   190   0.50      95.00 907031 B H T:
                        3115 to KM
08/31/11 08/24/11  5 69 Bob Seibel           75   190   1.00     190.00 907043 B H T:
                        Tax returns.
08/31/11 08/25/11  5 69 Bob Seibel           75   190   0.50      95.00 907051 B H T:
                        Tax returns.
08/31/11 08/26/11  5 69 Bob Seibel           75   190   1.00     190.00 907055 B H T:
                        Tax returns.
09/30/11 08/31/11  5 69 Bob Seibel           75   190   0.50      95.00 907081 B H T:
                        E-file

           75  Bob Seibel                          8.00    1,520.00

       BUSTAX Year End Tax Work                    16.90    2,235.00

02/28/11 02/07/11  5 90 PATRICK J. CATALINE  12   80   1.20      96.00 877066 B H T:

           12  PATRICK J. CATALINE                 1.20      96.00
--------------------------------------------------------------------------------
18 Oct 2011 12:22           DWIP SORT ON CLIENT ID   5260  /        PAGE: 294


                        CONFIDENTIAL                    VOYNOW_024376

Voynow, Bayard & Company, CPAs
DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
SORT ON CLIENT ID * SELECTED CLIENTS

v.6.00

5260 /     GRP: STAR   PRG BILL FRM: 5 CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS, VIVIAN

| CDATE | WDATE | WORK(CODE) | STAFF NAME | SID | RATE | HRS | AMOUNT | SEQ# | ACTION |
|-------|-------|-----------|-----------|-----|------|-----|--------|------|--------|

```
                      * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


           BUSTAX Trial Balance Data Inpu                1.20       96.00

09/30/11 08/30/11  6 13 Brett Bausinger    124  100     10.00    1,000.00 905914 B H T:

           124 Brett Bausinger                          10.00    1,000.00

           INTSER Rev. Ledger & Schedules               10.00    1,000.00

12/31/10 12/14/10  6 39 RAFAEL VARGAS       127  110      0.30       33.00 867837 ON HOLD
                        Working on New York form IT-204-LL.

           127 RAFAEL VARGAS                              0.30       33.00

           INTSER Other Services USE MEMO                0.30       33.00

05/31/11 05/10/11  8 32 ROBERT KIRKHOPE     118  150      1.00      150.00 891485 B H T:
                        POWER OF ATTORNEY

           118 ROBERT KIRKHOPE                            1.00      150.00

02/28/11 02/25/11  8 32 Kenneth Mann         48  250      0.20       50.00 887027 B H T:
                        3115 research
03/31/11 03/05/11  8 32 Kenneth Mann         48  250      0.30       75.00 887378 B H T:
                        3115 Research
03/31/11 03/11/11  8 32 Kenneth Mann         48  250      0.20       50.00 887580 B H T:
                        3115 Template
08/31/11 08/23/11  8 32 Kenneth Mann         48  250      0.80      200.00 911721 B H T:
                        reveiw 3115

            48 Kenneth Mann                               1.50      375.00

        Other Special Projects(detail)                   2.50      525.00


                                                               ON HOLD
        * * TOTAL FEES                                  36.20    4,936.00 (      85.00)


                    * *    DEBITS & CREDITS    * *

10/31/10 10/31/10 99  3                                          -500.00 862726 ON HOLD
11/30/10 11/30/10 99  3                                          -500.00 863144 ON HOLD
12/31/10 12/31/10 99  3                                          -500.00 866963 ON HOLD
01/31/11 01/31/11 99  3                                          -500.00 873878 B H T:
02/28/11 02/28/11 99  3                                        -3,500.00 876021 B H T:
02/28/11 02/28/11 99  3                                          -500.00 874097 B H T:
03/31/11 03/31/11 99  3                                          -500.00 878437 B H T:
04/30/11 04/30/11 99  3                                          -500.00 883710 B H T:
05/31/11 05/31/11 99  3                                          -500.00 889340 B H T:
06/30/11 06/30/11 99  3                                          -500.00 892670 B H T:
07/31/11 07/31/11 99  3                                          -500.00 898292 B H T:
08/31/11 08/31/11 99  3                                          -500.00 903588 B H T:
09/30/11 09/30/11 99  3                                          -500.00 905801 B H T:
```

CONFIDENTIAL                                VOYNOW_024377

```
                        Voynow, Bayard & Company, CPAs                        v.6.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                        SORT ON CLIENT ID * SELECTED CLIENTS


5260  /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS, VIVIAN
CDATE    WDATE     WORK(CODE)  STAFF NAME     SID RATE     HRS       AMOUNT    SEQ# ACTION
-------------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

                                                                ON HOLD
         * * TOTAL PROGRESS BILLS AND OTHER CREDITS        -9,500.00  (      0.00)


         FEES      EXPENSES    SUB-TOTAL       DB/CR    SUB-TOTAL     OFFSETS     NET WIP
       ----------  ----------  ----------   ----------  ----------  ----------  ----------
       4,936.00        0.00    4,936.00         0.00    4,936.00   -9,500.00   -4,564.00
                                                                               ==========
```

```
-------------------------------------------------------------------------------------
18 Oct 2011 12:22              DWIP SORT ON CLIENT ID    5260  /      PAGE: 296
```

CONFIDENTIAL

(1) Today's date                                    (1)    9.30.11
(2) Name of individual requesting this billing      (2)    RPS
(3) Client Name                                     (3)    STAR SUBARU
(4) Client # / File #                               (4)        5260
(5) This billing is for work done from Month Ending (5a)                    , 200
    through the Month Ending                        (5b)   9.30.11          , 200

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

_____

_____Accounting Services as Requested:_____

_____

_____Preparation of form 3115, Application for change in accounting method, related___

_____to IRS changes to Internal Revenue Code Section 263A for capitalization of___

_____Unicap amounts, and election of safe harbor Methods allowed under___

_____Revenue Procedure 2010-44._____1,500.00_____

_____

_____

_____

_____Amount Due_____1,500.00_____

_____

If this is a zero bill (to clear out W.I.P.)  Write down the client it was billed through and the bill number.

BILL TYPE:  (STANDARD)  (PROGRESS)  (FINAL)                W.I.P.

                                           TOTAL W.I.P.: _____
DATE BILLED:_____    W.I.P. TO TRANSFER: _____
BILLED THROUGH
CLIENT # / FILE #
:          _____       W.I.P. TO HOLD: _____
                                    W.I.P. TO CLEAR: _____
CLIENT NAME:_____     WRITE UP /( DOWN): _____
BILL # : _____ 6000 21030
DATE KEYPUNCHED:_____                      BILL

                                TOTAL AMOUNT BILLABLE: _____
             LESS RETAINERS AND OR PROGRESS BILLING: _____
                                    AMOUNT OF BILL: _____

CONFIDENTIAL                                    VOYNOW_024379

**Voynow, Bayard & Company, CPAs**
1210 Northbrook Drive
Suite 140
Trevose, PA 19053
215-355-8000

September 30, 2011

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD                       Client #: 5260/
BAYSIDE, NY 11361                          Invoice: 21032
ATTN: VIVIAN

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PREPARATION OF FORM 3115, APPLICATION
FOR CHANGE IN ACCOUNTING METHOD, RELATED
TO CHANGE WITHIN INTERNAL REVENUE CODE
SECTION 263A, UNIFORM CAPITALIZATION
(UNICAP) INVENTORY COSTS BY ELECTION OF
SAFE HARBOR METHODS ALLOWED UNDER REVENUE
PROCEDURE 2010-44.

                    AMOUNT DUE          $ 1,500.00

CONFIDENTIAL                                  VOYNOW_024380

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

September 30, 2011

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD
BAYSIDE, NY 11361
ATTN: VIVIAN

Client #: 5260/
Invoice: 21032

2010

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PREPARATION OF FORM 3115, APPLICATION FOR
CHANGE IN ACCOUNTING METHOD, RELATED TO
IRS CHANGES TO INTERNAL REVENUE CODE
SECTION 263A FOR CAPITALIZATION OF
UNICAP AMOUNTS, AND ELECTION OF SAFE
HARBOR METHODS ALLOWED UNDER REVENUE
PROCEDURE 210-44.

AMOUNT DUE                    $ 1,500.00

CONFIDENTIAL

VOYNOW_024381

# VOYNOW BAYARD CO
## WIP

| | |
|---|---|
| (1) Today's date | (1) <u>4.12.11</u> |
| (2) Name of individual requesting this billing | (2) <u>RANDY</u> |
| (3) Client Name | (3) <u>STAR SUBARU</u> |
| (4) Client # / File # | (4) <u>5260</u> |
| (5) This billing is for work done from Month Ending | (5a) _____ , 200 ____ |
| through the Month Ending | (5b <u>4.12.11</u> , 200 ____ |

DESCRIPTION OF SERVICES TO BE TYPED ON THE BILL:
(Be precise, the bill will be typed exactly as you word it below.)

Accounting Services as Requested:

Progress billing for work completed

on the December 31 2010 closing of the books

preparation of Federal , State and city

corporate tax returns.

**Accountant**

Amount Due        3,500.00

If this is a zero bill (to clear out W.I.P.) Write down the client it was billed through and the bill number.

BILL TYPE: (STANDARD) (PROGRESS) (FINAL)                W.I.P.

**LAST YEAR BILL:**    **3,500**        TOTAL W.I.P.: _____

DATE BILLED: _____    W.I.P. TO TRANSFER: _____

BILLED THROUGH
CLIENT # / FILE #        W.I.P. TO HOLD: _____
: _____

CLIENT NAME: _____        W.I.P. TO CLEAR: _____

            WRITE UP / DOWN: _____

BILL # : <u>20042</u>

DATE KEYPUNCHED: _____            BILL

            TOTAL AMOUNT BILLABLE: _____ 3,500.00 _____

    LESS RETAINERS AND OR PROGRESS BILLING: _____

            AMOUNT OF BILL: _____ 3,500.00 _____

CONFIDENTIAL

VOYNOW_024382

# Voynow, Bayard & Company, CPAs

**1210 Northbrook Drive**
**Suite 140**
**Trevose, PA 19053**
**215-355-8000**

February 15, 2011

STAR AUTO SALES OF QUEENS, LLC
D/B/A STAR SUBARU
206-26 NORTHERN BLVD                    Client #: 5260/
BAYSIDE, NY 11361                       Invoice: 20642
ATTN: VIVIAN

PROFESSIONAL SERVICES:

ACCOUNTING SERVICES AS REQUESTED:

PROGRESS BILLING FOR WORK COMPLETED
ON THE DECEMBER 31, 2010 CLOSING OF
THE BOOKS AND PREPARATION OF FEDERAL,
STATE AND CITY CORPORATE TAX RETURNS

                    AMOUNT DUE          $ 3,500.00

CONFIDENTIAL

VOYNOW_024383

Voynow, Bayard & Company, CPAs
DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
SORT ON CLIENT NAME * SELECTED CLIENTS
v.6.00

5260  /    GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS, VIVIAN

| <---------MOST RECENT 12 MONTHS---------> | | | | <---------PRIOR 12 MONTHS---------> | | | |
| MON-YR | BILLS | WRT U/D | WRTOFFS | CASH | MON-YR | BILLS | WRT U/D | WRTOFFS | CASH |
|---|---|---|---|---|---|---|---|---|---|
| JAN-10 | 500 | 0 | 0 | 4,125 | JAN-09 | 0 | 0 | 0 | 0 |
| FEB-10 | 500 | 0 | 0 | 500 | FEB-09 | 3,500 | 0 | 0 | 0 |
| MAR-10 | 4,000 | 0 | 0 | 4,000 | MAR-09 | 0 | 0 | 0 | 3,500 |
| APR-10 | 500 | 0 | 0 | 500 | APR-09 | 0 | 0 | 0 | 0 |
| MAY-10 | 500 | 0 | 0 | 500 | MAY-09 | 0 | 0 | 0 | 0 |
| JUN-10 | 500 | 0 | 0 | 500 | JUN-09 | 0 | 0 | 0 | 0 |
| JUL-10 | 500 | 0 | 0 | 500 | JUL-09 | 0 | 0 | 0 | 0 |
| AUG-10 | 500 | 0 | 0 | 500 | AUG-09 | 0 | 0 | 0 | 0 |
| SEP-10 | 2,615 | 5,408 | 0 | 500 | SEP-09 | 1,000 | 0 | 0 | 1,000 |
| OCT-10 | 500 | 0 | 0 | 500 | OCT-09 | 500 | 0 | 0 | 500 |
| NOV-10 | 500 | 0 | 0 | 2,615 | NOV-09 | 500 | 0 | 0 | 500 |
| DEC-10 | 500 | 0 | 0 | 500 | DEC-09 | 4,125 | 25 | 0 | 500 |
| TOTAL | 11,615 | 5,408 | 0 | 15,240 | TOTAL | 9,625 | 25 | 0 | 6,000 |
| YTD | 11,615 | 5,408 | 0 | 15,240 | PYTD | 9,625 | 25 | 0 | 6,000 |

| AGED | CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 MONTHS | 5+ MONTHS | TOTAL | AGED |
|---|---|---|---|---|---|---|---|---|
| A/R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | A/R |
| WIP | -442.00 | -473.00 | -500.00 | -500.00 | -500.00 | -3,500.00 | -5,915.00 | WIP |

| YTD WORK | BUDGET | ACTUAL | VARIANCE | %BUDGET | LAST | DATE | AMOUNT | TYPE |
|---|---|---|---|---|---|---|---|---|
| HOURS | 0.00 | 21.10 | -21.10 | 0.00% | BILLED | 12/01/10 | 500.00 | PRG |
| DOLLARS | 0.00 | 2,792.00 | -2,792.00 | 0.00% | PAYMENT | 12/16/10 | 500.00 | SN |

| <---------WORK-IN-PROCESS---------> | | | | NET WIP | ACCOUNTS | UNAPPLIED | TOTAL |
| FEES | EXPENSES | DB/CR | OFFSETS | SUBTOTAL | RECEIVABLE | RETAINER | EXPOSURE |
|---|---|---|---|---|---|---|---|
| 85.00 | 0.00 | 0.00 | -6,000.00 | -5,915.00 | 0.00 | 0.00 | -5,915.00 |

                                                                      NET WIP
SEE DETAIL? (Yes) (No)   APPLY RETAINER? (Yes) (No)   BILL TYPE: (Std) (Prg) (Final)   -5,915.00

WIP TO XFER: _____
WIP TO HOLD: -1418
WIP TO CLEAR: -4500
WRITE UP/DOWN: 4500
AMOUNT TO BILL: 0
APPROVED BY: KL   DATE: 1/25/11
HW

17 Jan 2011 11:31          DWIP SORT ON CLIENT NAME  5260  /       PAGE: 177

CONFIDENTIAL                          VOYNOW_024384

```
                    Voynow, Bayard & Company, CPAs                     v.6.00
                 DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
                     SORT ON CLIENT NAME * SELECTED CLIENTS


5260  /      GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS, VIVIAN
------------------------------------------------------------------------------
                      * *  FEE & EXPENSE SUMMARIES  * *

    * CHARGEABLE FEES SUMMARY BY WORK CODE    HOURS      AMOUNT       TOTAL
    BUSINESS TAX ENGAGEMENTS                   0.80       52.00       52.00
    INTERIM SERVICES                           0.30       33.00       85.00
    SYSTEM GENERATED FEES                      0.00    -6,000.00   -5,915.00
                                            --------   -----------
          ** TOTAL                             1.10    -5,915.00


    * CHARGEABLE FEES SUMMARY BY STAFF        HOURS      AMOUNT       TOTAL
                                               0.00    -6,000.00   -6,000.00
    124 Brett Bausinger                        0.50       25.00    -5,975.00
    127 RAFAEL VARGAS                          0.30       33.00    -5,942.00
    130 DAVE LOMBARDO                          0.30       27.00    -5,915.00
                                            --------   -----------
          ** TOTAL                             1.10    -5,915.00


    * CHARGEABLE FEES SUMMARY BY CTRL DATE    HOURS      AMOUNT       TOTAL
       01/31/10                                0.00     -500.00     -500.00
       02/28/10                                0.00     -500.00   -1,000.00
       03/31/10                                0.00     -500.00   -1,500.00
       04/30/10                                0.00     -500.00   -2,000.00
       05/31/10                                0.00     -500.00   -2,500.00
       06/30/10                                0.00     -500.00   -3,000.00
       07/31/10                                0.00     -500.00   -3,500.00
       08/31/10                                0.00     -500.00   -4,000.00
       09/30/10                                0.00     -500.00   -4,500.00
       10/31/10                                0.00     -500.00   -5,000.00
       11/30/10                                0.30     -473.00   -5,473.00
       12/31/10                                0.80     -442.00   -5,915.00
                                            --------   -----------
          ** TOTAL                             1.10    -5,915.00
```

CONFIDENTIAL

VOYNOW_024385

Voynow, Bayard & Company, CPAs                          v.6.00
DETAILED WORK-IN-PROCESS TO DATE ENDING 12/31/2010
SORT ON CLIENT NAME * SELECTED CLIENTS

5260  /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83
STAR AUTO SALES OF QUEENS, LLC/STAR AUTO SALES OF QUEENS,  VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE    HRS      AMOUNT    SEQ# ACTION
-----------------------------------------------------------------------------------------
               * *  CHARGEABLE FEES  BY CODES/STAFF/    * *

12/31/10 12/13/10  5 68 Brett Bausinger    124   50   0.20      10.00 868659 B H T:
                       Set up of 2010 Tax Planning File star
                       chrysler-dodge-jeep
12/31/10 12/16/10  5 68 Brett Bausinger    124   50   0.20      15.00 868669 B H T:
                       Set up of 2010 Tax Planning File for Star Subaru

          124 Brett Bausinger                     0.50      25.00

          BUSTAX Tax Planning                      0.50      25.00

11/30/10 11/08/10  5 69 DAVE LOMBARDO       130   90   0.30      27.00 865158 B H T:
                       INTERIM LTTR

          130 DAVE LOMBARDO                        0.30      27.00

          BUSTAX Year End Tax Work                 0.30      27.00

12/31/10 12/14/10  6 39 RAFAEL VARGAS       127  110   0.30      33.00 867837 B H T:
                       Working on New York form IT-204-LL.

          127 RAFAEL VARGAS                        0.30      33.00

          INTSER Other Services USE MEMO           0.30      33.00

          * * TOTAL FEES                           1.10      85.00

               * *   DEBITS & CREDITS   * *

01/31/10 01/31/10 99  3                                   -500.00 823299 ON HOLD
02/28/10 02/28/10 99  3                                   -500.00 826441 ON HOLD
03/31/10 03/31/10 99  3                                   -500.00 828954 ON HOLD
04/30/10 04/30/10 99  3                                   -500.00 840253 ON HOLD
05/31/10 05/31/10 99  3                                   -500.00 840975 ON HOLD
06/30/10 06/30/10 99  3                                   -500.00 844624 ON HOLD
07/31/10 07/31/10 99  3                                   -500.00 851232 ON HOLD
08/31/10 08/31/10 99  3                                   -500.00 851981 ON HOLD
09/30/10 09/30/10 99  3                                   -500.00 854432 ON HOLD
10/31/10 10/31/10 99  3                                   -500.00 862726 B H T:
11/30/10 11/30/10 99  3                                   -500.00 863144 B H T:
12/31/10 12/31/10 99  3                                   -500.00 866963 B H T:

                                                              ON HOLD
      * * TOTAL PROGRESS BILLS AND OTHER CREDITS      -6,000.00  (      0.00)

          FEES      EXPENSES    SUB-TOTAL     DB/CR    SUB-TOTAL    OFFSETS     NET WIP
        ----------  ----------  ----------  ----------  ----------  ----------  ----------
          85.00       0.00        85.00       0.00       85.00    -6,000.00   -5,915.00
                                                                              ==========

-----------------------------------------------------------------------------------------
17 Jan 2011 11:31              DWIP SORT ON CLIENT NAME  5260  /       PAGE: 179

CONFIDENTIAL                                          VOYNOW_024386