# EXHIBIT 68

| Date: | Mon, 1 May 2017 7:32:28 PM (UTC) |
|---|---|
| Sent: | Mon, 1 May 2017 7:32:27 PM (UTC) |
| Subject: | RE: Year End Adjustments |
| From: | Bob Seibel |
| To: | Randy Franzen <RFranzen@voynowbayard.com>; Michael Koufakis <mkoufakis@gmail.com>; |
| Attachments: | YEAR END ADJUSTMENT SUMMARY TIE IN.PDF |

Mike,

Attached is the Year End Adjustments summary tie in sheets for 2013, 2014, and 2015.
Let us know if you have any questions.
Thanks.

BOB SEIBEL, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY LLP
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000 EX 214
FAX: 215-396-2000
rseibel@voynowbayard.com

The information contained in this transmission contains privileged and confidential information. It is intended only
for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any
review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the
intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Randy Franzen
**Sent:** Thursday, April 27, 2017 2:59 PM
**To:** Michael Koufakis
**Cc:** Bob Seibel
**Subject:** Re: Year End Adjustments

Will do

Randy

Sent from my iPhone
On Apr 27, 2017, at 1:28 PM, Michael Koufakis <mkoufakis@gmail.com> wrote:

Hi Randy,

Can you send me all the year end adjustment summary sheets for all stores for the last 3 years?

---

**Total Control Panel**                                                                                    Login

To: rfranzen@voynowbayard.com          Remove this sender from my allow list

From: mkoufakis@gmail.com

*You received this message because the sender is on your allow list.*



VOYNOW_002402

| STAR DEALERSHIPS | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| PROFIT TIE IN | | | | | | | |
| 2015 | | | | | | | |
| | | | | | | | |
| | STAR | STAR | STAR | STAR | STAR | STAR | |
| | TOYOTA | NISSAN | CHRYSLER | HYUNDAI | SUBARU | FIAT | TOTAL |
| PROFIT PER FINAL TRIAL BALANCE | 1,429,991 | 1,188,383 | 879,325 | (252,707) | (25,710) | (148,240) | 3,071,042 |
| | | | | | | | 0 |
| Reverse Estimated Inventory Trade Discounts | 228,114 | 314,778 | 135,833 | 70,422 | 13,243 | | 762,390 |
| Record Actual Inventory Trade Discounts | (230,965) | (179,297) | (139,135) | (71,097) | (7,074) | | (627,568) |
| LIFO Adjustments | (193,214) | (552,172) | (138,061) | | | | (883,447) |
| UNICAP Adjustments | (45,943) | 5,382 | (8,689) | (1,899) | (4,446) | | (55,595) |
| NYC/NYS tax accrual | (109,500) | (12,000) | (72,500) | | | | (194,000) |
| Depreciation Adjustments | (55,343) | | (10,040) | | | | (65,383) |
| | | | | | | | |
| | | | | | | | 0 |
| PROFIT PER TAX RETURN | 1,023,140 | 765,074 | 646,733 | (255,281) | (23,987) | (148,240) | 2,007,439 |

VOYNOW_002403
CONFIDENTIAL

| STAR DEALERSHIPS | | | | | | | |
|---|---|---|---|---|---|---|---|
| PROFIT TIE IN | | | | | | | |
| 2014 | | | | | | | |
| | | | | | | | |
| | STAR | STAR | STAR | STAR | STAR | STAR | |
| | TOYOTA | NISSAN | CHRYSLER | HYUNDAI | SUBARU | FIAT | TOTAL |
| PROFIT PER FINAL TRIAL BALANCE | 685,688 | (676,296) | 289,342 | (36,107) | 66,048 | (92,411) | 236,264 |
| | | | | | | | 0 |
| Reverse Estimated Inventory Trade Discounts | 327,570 | 136,571 | 80,300 | 67,968 | 11,899 | | 624,308 |
| Record Actual Inventory Trade Discounts | (320,952) | (153,589) | (76,150) | (69,032) | (13,140) | | (632,863) |
| LIFO Adjustments | (103,738) | (66,459) | (78,048) | | | | (248,245) |
| UNICAP Adjustments | 29,418 | (5,387) | 16,532 | (734) | (1,333) | | 38,496 |
| NYC/NYS tax accrual | (29,500) | (9,500) | (22,500) | | (2,000) | | (63,500) |
| Depreciation Adjustments | (184,955) | 30,149 | (193,506) | 5,039 | | | (343,273) |
| Interest Adjustment | (104) | | | | | | (104) |
| Section 481A Fixed Asset Adjustments | (585,163) | (787,657) | (46,949) | | | | (1,419,769) |
| | | | | | | | 0 |
| PROFIT PER TAX RETURN | (181,736) | (1,532,168) | (30,979) | (32,866) | 61,474 | (92,411) | (1,808,686) |

VOYNOW_002404
CONFIDENTIAL

| STAR DEALERSHIPS | | | | | | | |
|---|---|---|---|---|---|---|---|
| PROFIT TIE IN | | | | | | | |
| 2013 | | | | | | | |
| | | | | | | | |
| | STAR TOYOTA | STAR NISSAN | STAR CHRYSLER | STAR HYUNDAI | STAR SUBARU | STAR FIAT | TOTAL |
| PROFIT PER FINAL TRIAL BALANCE | 939,065 | (166,461) | 194,884 | 104,726 | 253,434 | (159,376) | 1,166,272 |
| | | | | | | | 0 |
| Reverse Estimated Inventory Trade Discounts | 156,269 | 130,704 | 50,027 | 74,424 | 16,177 | | 427,601 |
| Record Actual Inventory Trade Discounts | (258,363) | (139,731) | (77,030) | (67,814) | (13,063) | | (556,001) |
| LIFO Adjustments | (42,631) | 8,029 | (122,351) | | | | (156,953) |
| UNICAP Adjustments | 2,121 | 35,297 | 158 | (25,560) | 2,239 | | 14,255 |
| NYC/NYS tax accrual | (78,500) | (12,500) | (26,500) | | (10,000) | | (127,500) |
| Depreciation Adjustments | | | | (38,261) | | | (38,261) |
| Interest Adjustment | | 30,277 | | | | | 30,277 |
| Advertising Adjustment | | (53,546) | | | | | (53,546) |
| | | | | | | | 0 |
| | | | | | | | 0 |
| PROFIT PER TAX RETURN | 717,961 | (167,931) | 19,188 | 47,515 | 248,787 | (159,376) | 706,144 |

VOYNOW_002405
CONFIDENTIAL