# EXHIBIT 70

```
11/23/2015 VOYNOW                              STAR NISSAN INC.                                    0350
10:49:06                             (21) NISSAN REBATE & INCENTIV - (11/23/2015)       PAGE   1
                                             ACCTS 2211 2212

ORIG DATE  DAYS SERIAL  SERIAL NUMBER    COL#1 AMT   COL#2 AMT    TOTAL AMT
---------- ---- ------  -------------    ---------   ---------    ---------
11/20/2015    3 5-1552  15-1552             500.00                  500.00
09/30/2015   54 5-1662  15-1662            2550.00                 2550.00
11/23/2015    0 15-423  NS15-423            750.00                  750.00
09/23/2014  426 110918  1N4AL3AP3FC110918 -1000.00                -1000.00
09/23/2014  426 118164  1N4AL3AP7FC118164 -1000.00                -1000.00
09/23/2014  426 118315  1N4AL3AP2FC118315 -1000.00                -1000.00
10/06/2014  413 118433  1N4AL3AP8FC118433  -750.00                 -750.00
09/23/2014  426 121806  1N4AL3AP3FC121806 -1000.00                -1000.00
09/23/2014  426 121844  1N4AL3AP0FC121844 -1000.00                -1000.00
09/23/2014  426 122603  1N4AL3AP5FC122603 -1000.00                -1000.00
10/23/2015   31 124298  1N4AL3AP3FC124298  2950.00                 2950.00
10/31/2015   23 125485  JN8AE2KP9F9125485  1000.00                 1000.00
09/23/2014  426 134548  1N4AL3AP6FC134548 -1000.00                -1000.00
09/23/2014  426 135954  1N4AL3AP0FC135954 -1000.00                -1000.00
10/06/2014  413 136196  1N4AL3AP0FC136196 -1050.00                -1050.00
10/06/2014  413 136271  1N4AL3APXFC136271  -750.00                 -750.00
09/28/2015   56 153272  JN8AS5MT3FW153272 -1000.00                -1000.00
11/13/2015   10 155117  1N4AL3AP9BC155117  1500.00                 1500.00
10/06/2014  413 156029  1N4AL3AP4FC156029  -750.00                 -750.00
11/09/2015   14 167377  1N4AL3AP7BC167377  1500.00                 1500.00
10/06/2014  413 167883  1N4AL3AP9FC167883  -750.00                 -750.00
10/06/2014  413 168632  1N4AL3AP4FC168632  -750.00                 -750.00
10/06/2014  413 168912  1N4AL3AP6FC168912  -750.00                 -750.00
10/06/2014  413 169008  1N4AL3AP6FC169008  -750.00                 -750.00
10/14/2015   40 225410  1N4AL3AP5FC225410  2950.00                 2950.00
07/06/2015  140 250746  JN8AS5MV1FW250746 -1000.00                -1000.00
07/06/2015  140 251017  JN8AS5MV4FW251017 -1000.00                -1000.00
07/06/2015  140 251064  JN8AS5MV2FW251064 -1000.00                -1000.00
07/06/2015  140 251169  JN8AS5MV5FW251169 -1000.00                -1000.00
07/06/2015  140 252375  JN8AS5MV2FW252375 -1000.00                -1000.00
07/06/2015  140 252435  JN8AS5MV5FW252435 -1000.00                -1000.00
07/06/2015  140 252510  JN8AS5MV4FW252510 -1000.00                -1000.00
07/06/2015  140 252836  JN8AS5MV1FW252836 -1000.00                -1000.00
07/06/2015  140 253091  JN8AS5MV4FW253091 -1000.00                -1000.00
06/08/2015  168 253202  JN8AS5MV9FW253202 -1250.00                -1250.00
11/18/2015    5 254898  5N1AZ2MH9FN254898  1500.00                 1500.00
10/26/2015   28 255958  5N1AZ2MH6FN255958   500.00                  500.00
10/30/2015   24 257878  JN8AS5MV9FW257878  1300.00                 1300.00
09/11/2015   73 257916  JN8AS5MV2FW257916   200.00                  200.00
09/07/2015   77 257928  JN8AS5MV9FW257928   500.00                  500.00
10/09/2015   45 257953  JN8AS5MV8FW257953   750.00                  750.00
10/31/2015   23 257983  JN8AS5MV6FW257983  1800.00                 1800.00
11/19/2015    4 258419  5N1AZ2MH2FN258419   325.00                  325.00
10/31/2015   23 258591  5N1AZ2MH3FN258591  1025.00                 1025.00
10/10/2015   44 258932  JN8AS5MV5FW258932  1525.00                 1525.00
10/31/2015   23 259236  JN8AS5MV1FW259236  1000.00                 1000.00
10/31/2015   23 261376  JN8AS5MV5FW261376  1800.00                 1800.00
```

PLAINTIFF'S EXHIBIT

**204**

VOYNOW_006616
CONFIDENTIAL

```
11/23/2015 VOYNOW                          STAR NISSAN INC.                              0350
10:49:06                          (21) NISSAN REBATE & INCENTIV - (11/23/2015)     PAGE    2
                                        ACCTS 2211 2212


ORIG DATE  DAYS SERIAL  SERIAL NUMBER     COL#1 AMT   COL#2 AMT   TOTAL AMT
---------- ---- ------  -----------------  ----------- ----------- ------------

10/05/2015  49 261497 JN8AS5MV6FW261497      1800.00               1800.00
11/23/2015   0 266224 5N1AZ2MH5FN266224      1500.00               1500.00
10/31/2015  23 269632 5N1AZ2MH2FN269632      1025.00               1025.00
07/05/2015 141 271359 3N1AB7APXFY271359       500.00                500.00
11/14/2015   9 271842 5N1AZ2MH1FN271842       325.00                325.00
11/06/2015  17 271973 5N1AZ2MH5FN271973       325.00                325.00
11/05/2015  18 272377 5N1AZ2MH5FN272377       325.00                325.00
09/30/2015  54 272850 3N1AB7AP6FY272850      1425.00               1425.00
10/31/2015  23 273910 5N1AZ2MH2FN273910      1000.00               1000.00
10/31/2015  23 275080 5N1AZ2MH8FN275080      1025.00               1025.00
11/11/2015  12 275257 5N1AZ2MHXFN275257      1000.00               1000.00
05/22/2015 185 299351 3N1AB7AP4EY299351      -500.00               -500.00
10/31/2015  23 304663 3N1AB7AP4FY304663      1250.00               1250.00
08/20/2015  95 304712 3N1AB7AP4EY304712     -1500.00              -1500.00
09/30/2015  54 306941 3N1AB7AP5FY306941      1425.00               1425.00
10/30/2015  24 317825 3N1AB7AP3FY317825      2325.00               2325.00
10/10/2015  44 318881 3N1AB7AP7FY318881      1825.00               1825.00
10/31/2015  23 327028 3N1AB7AP5FY327028      2325.00               2325.00
09/30/2015  54 327481 3N1AB7AP3FY327481      1425.00               1425.00
11/23/2015   0 328838 3N1AB7AP1FY328838      1825.00               1825.00
10/31/2015  23 333289 3N1AB7AP8FY333289      2575.00               2575.00
10/09/2015  45 337670 3N1AB7AP1FY337670      1425.00               1425.00
10/13/2015  41 338414 3N1AB7APXFY338414      1825.00               1825.00
11/20/2015   3 347640 3N1AB7AP9FY347640      2325.00               2325.00
06/22/2015 154 358761 1N4AL3AP2FN358761      -500.00               -500.00
05/31/2015 176 360027 1N4AL3AP6FN360027      -500.00               -500.00
06/08/2015 168 360943 3N1CE2CPXEL360943      -500.00               -500.00
07/06/2015 140 374990 3N1CE2CPXFL374990      -900.00               -900.00
10/26/2015  28 375272 1N4AA6AP0GC375272      -700.00               -700.00
07/27/2015 119 384463 1N4AA6AP8GC384463      -500.00               -500.00
10/31/2015  23 391040 1N4AA6AP4GC391040       700.00                700.00
11/14/2015   9 393525 1N4AA6AP5GC393525       700.00                700.00
10/05/2015  49 397204 1N4AA6AP5GC397204      -700.00               -700.00
10/10/2015  44 399988 1N4AA6AP9GC399988       700.00                700.00
10/10/2015  44 401972 1N4AL3AP1FN401972      2950.00               2950.00
10/26/2015  28 402399 1N4AA6AP7GC402399      -700.00               -700.00
11/16/2015   7 403190 1N4AA6AP8GC403190       700.00                700.00
11/09/2015  14 406427 1N4AA6AP6GC406427       700.00                700.00
10/09/2015  45 406473 1N4AA6AP2GC406473       700.00                700.00
11/16/2015   7 408246 1N4AA6AP1GC408246       700.00                700.00
10/31/2015  23 409241 1N4AA6AP7GC409241       700.00                700.00
10/30/2015  24 409732 1N4AA6AP4GC409732       500.00                500.00
06/17/2015 159 412727 1N4AL3AP5FC412727      -500.00               -500.00
11/20/2015   3 414033 1N4AA6AP3GC414033       700.00                700.00
11/14/2015   9 415483 1N4AA6AP6GC415483       700.00                700.00
07/07/2015 139 421216 1N4BL3AP8FC421216      1000.00               1000.00
10/31/2015  23 422394 1N4AL3APXFC422394      3450.00               3450.00
```

VOYNOW_006617
CONFIDENTIAL

```
11/23/2015 VOYNOW                          STAR NISSAN INC.                                    0350
10:49:06                          (21) NISSAN REBATE & INCENTIV - (11/23/2015)          PAGE    3
                                          ACCTS 2211 2212


ORIG DATE   DAYS SERIAL  SERIAL NUMBER     COL#1 AMT   COL#2 AMT    TOTAL AMT
----------  ---- ------  ----------------- ----------- ----------- ------------

11/20/2015    3 436578 1N4AL3AP2FC436578     3300.00                  3300.00
06/29/2015  147 437966 1N4AL3AP5FC437966     -500.00                  -500.00
06/16/2015  160 440003 1N4AL3AP4FC440003     -500.00                  -500.00
11/20/2015    3 443496 3N1CE2CP8FL443496      750.00                   750.00
10/30/2015   24 445289 3N1CE2CP2FL445289       50.00                    50.00
10/24/2015   30 450614 1N4AL3AP6FC450614     2950.00                  2950.00
07/08/2015  138 458232 1N4AL3APXFC458232      500.00                   500.00
07/13/2015  133 460925 1N4AL3AP7FC460925      500.00                   500.00
11/14/2015    9 462955 1N4AL3AP4FC462955     3300.00                  3300.00
11/23/2015    0 463923 1N4AL3AP7FC463923     3300.00                  3300.00
11/16/2015    7 464197 1N4AL3AP9FC464197     3300.00                  3300.00
07/13/2015  133 464834 1N4AL3AP2FC464834      500.00                   500.00
10/14/2015   40 472214 1N4AL3AP1FC472214     2950.00                  2950.00
07/31/2015  115 473343 1N4AL3AP6FC473343     -600.00                  -600.00
10/30/2015   24 478816 1N4AL3AP4FC478816     2950.00                  2950.00
10/06/2014  413 481929 1N4AA5APXEC481929    -3575.00                 -3575.00
09/28/2015   56 491145 1N4AL3AP4FC491145     -500.00                  -500.00
09/30/2015   54 492680 1N4AL3AP9FC492680      250.00                   250.00
09/30/2015   54 493352 1N4AL3AP8FC493352      250.00                   250.00
10/24/2015   30 497297 1N4AL3AP2FC497297     2950.00                  2950.00
08/28/2015   87 514225 KNMAT2MVXPP514225     -750.00                  -750.00
08/28/2015   87 516044 KNMAT2MV5FP516044     -750.00                  -750.00
07/27/2015  119 516872 KNMAT2MV9FP516872     -750.00                  -750.00
03/16/2015  252 518735 KNMAT2MV9FP518735     -600.00                  -600.00
10/31/2015   23 554422 KNMAT2MV3FP554422      875.00                   875.00
07/06/2015  140 556700 JN8AF5MV9FT556700     -250.00                  -250.00
07/06/2015  140 557142 JN8AF5MV6FT557142     -250.00                  -250.00
10/14/2015   40 558307 JN8AF5MV6FT558307      425.00                   425.00
11/06/2015   17 560240 KNMAT2MV5FP560240      750.00                   750.00
10/31/2015   23 561155 KNMAT2MV8FP561155      875.00                   875.00
11/14/2015    9 565971 JN8AF5MV8FT565971      925.00                   925.00
10/26/2015   28 570769 1N4AL3APXFC570769     2950.00                  2950.00
10/31/2015   23 574691 1N4AL3AP8FC574691     3450.00                  3450.00
10/09/2015   45 574793 1N4AL3AP5FC574793     2950.00                  2950.00
11/20/2015    3 575256 1N4AL3AP6FC575256     3300.00                  3300.00
10/31/2015   23 576578 1N4AL3AP0FC576578     3450.00                  3450.00
10/26/2015   28 576579 5N1ED28Y2YC576579     -500.00                  -500.00
09/30/2015   54 581005 KNMAT2MV1FP581005      700.00                   700.00
10/31/2015   23 581021 KNMAT2MVXFP581021     2025.00                  2025.00
10/31/2015   23 586978 KNMAT2MV1FP586978      875.00                   875.00
11/20/2015    3 587910 1N4AL3AP4FC587910     3300.00                  3300.00
10/31/2015   23 588056 KNMAT2MV9FP588056      700.00                   700.00
11/23/2015    0 589092 KNMAT2MV7FP589092      750.00                   750.00
10/14/2015   40 589166 KNMAT2MVXFP589166      875.00                   875.00
11/12/2015   11 590066 KNMAT2MV0FP590066      750.00                   750.00
10/31/2015   23 590384 KNMAT2MV3FP590384      875.00                   875.00
11/16/2015    7 590471 KNMAT2MV9FP590471      700.00                   700.00
```

VOYNOW_006618
CONFIDENTIAL

```
11/23/2015 VOYNOW                            STAR NISSAN INC.                                    0350
10:49:06                           (21) NISSAN REBATE & INCENTIV - (11/23/2015)        PAGE    4
                                             ACCTS 2211 2212


ORIG DATE   DAYS SERIAL  SERIAL NUMBER     COL#1 AMT   COL#2 AMT   TOTAL AMT
----------  ---- ------  ----------------- ----------- ----------- ------------

11/20/2015    3 591306  KNMAT2MVXFP591306      250.00                    250.00
10/28/2015   26 591921  KNMAT2MV8FP591921      875.00                    875.00
11/20/2015    3 592432  KNMAT2MV9FP592432      750.00                    750.00
10/31/2015   23 592526  KNMAT2MV7FP592526      875.00                    875.00
10/30/2015   24 594453  KNMAT2MV3GP594453      750.00                    750.00
11/16/2015    7 594955  1N4AL3AP6FC594955     3300.00                   3300.00
11/18/2015    5 599772  KNMAT2MV0GP599772      750.00                    750.00
11/16/2015    7 604617  KNMAT2MV4GP604617      750.00                    750.00
07/06/2015  140 617235  5N1AR2MM1FC617235    -1500.00                  -1500.00
10/31/2015   23 618090  5N1AA0NC9FN618090     1000.00                   1000.00
07/06/2015  140 637877  3N1AB7AP4FL637877    -1000.00                  -1000.00
09/28/2015   56 650247  JN8AS5MT2FW650247    -1000.00                  -1000.00
07/06/2015  140 657811  3N1AB7AP8FL657811    -1000.00                  -1000.00
07/06/2015  140 657902  3N1AB7AP0FL657902    -1000.00                  -1000.00
07/06/2015  140 659400  3N1AB7AP8FL659400    -1000.00                  -1000.00
07/06/2015  140 663149  5N1AR2MM7FC663149    -1500.00                  -1500.00
07/08/2015  138 667782  5N1AR2MM5FC667782     -275.00                   -275.00
07/06/2015  140 672032  5N1AR2MM9FC672032    -1500.00                  -1500.00
09/30/2015   54 672863  3N1AB7AP3FL672863      250.00                    250.00
09/30/2015   54 673488  3N1AB7AP8FL673488      250.00                    250.00
09/30/2015   54 674000  3N1AB7AP1FL674000      250.00                    250.00
07/06/2015  140 674180  5N1AR2MM1FC674180    -1500.00                  -1500.00
07/06/2015  140 674183  5N1AR2MM7FC674183    -1500.00                  -1500.00
09/30/2015   54 674641  3N1AB7AP6FL674641     -400.00                   -400.00
07/06/2015  140 674915  5N1AR2MM0FC674915    -1500.00                  -1500.00
10/26/2015   28 675114  3N1AB7APXFL675114     1825.00                   1825.00
07/08/2015  138 676995  5N1AR2MM1FC676995     -275.00                   -275.00
07/06/2015  140 677182  5N1AR2MM9FC677182    -1500.00                  -1500.00
11/14/2015    9 677827  3N1AB7AP2FL677827     2325.00                   2325.00
09/30/2015   54 678274  3N1AB7AP3FL678274     1425.00                   1425.00
10/31/2015   23 678527  3N1AB7AP6FL678527     2325.00                   2325.00
11/20/2015    3 678587  3N1AB7AP2FL678587     2325.00                   2325.00
10/31/2015   23 678601  3N1AB7AP3FL678601     2325.00                   2325.00
10/19/2015   35 679328  3N1AB7AP5FL679328     1825.00                   1825.00
11/20/2015    3 679742  3N1AB7AP4FL679742     2325.00                   2325.00
11/23/2015    0 682295  3N1AB7AP9FL682295     2325.00                   2325.00
10/02/2015   52 684438  5N1AR2MM9FC684438      500.00                    500.00
09/10/2015   74 691467  5N1AR2MM7FC691467    -1500.00                  -1500.00
09/19/2015   65 691937  5N1AR2MM7FC691937     -700.00                   -700.00
09/30/2015   54 692901  5N1AR2MM2FC692901      500.00                    500.00
09/30/2015   54 694064  5N1AR2MM0FC694064      500.00                    500.00
10/14/2015   40 695575  5N1AR2MM8FC695575     1250.00                   1250.00
09/30/2015   54 696009  5N1AR2MM2FC696009      500.00                    500.00
10/09/2015   45 696229  5N1AR2MM5FC696229     1425.00                   1425.00
10/31/2015   23 697830  5N1AR2MM8FC697830     1250.00                   1250.00
10/05/2015   49 700813  5N1AR2MM2FC700813    -1500.00                  -1500.00
09/28/2015   56 700818  5N1AR2MM2FC700818     1500.00                   1500.00
```

VOYNOW_006619
CONFIDENTIAL

```
11/23/2015 VOYNOW                          STAR NISSAN INC.                                    0350
10:49:06                          (21) NISSAN REBATE & INCENTIV - (11/23/2015)          PAGE    5
                                           ACCIS 2211 2212

ORIG DATE   DAYS SERIAL  SERIAL NUMBER      COL#1 AMT   COL#2 AMT   TOTAL AMT
----------  ---- ------  -----------------  ----------  ----------  -----------

11/20/2015    3 701053  5N1AR2MMXFC701053    1250.00                 1250.00
11/16/2015    7 701335  5N1AR2MM9FC701335    1250.00                 1250.00
11/09/2015   14 701971  5N1AR2MM4FC701971     500.00                  500.00
10/31/2015   23 703005  5N1AR2MM9FC703005    1250.00                 1250.00
10/30/2015   24 704742  5N1AR2MM4FC704742    1250.00                 1250.00
10/31/2015   23 707857  5N1AR2MM3FC707857    1250.00                 1250.00
10/31/2015   23 708769  5N1AR2MM0FC708769    1250.00                 1250.00
10/31/2015   23 708974  5N1AR2MM1FC708974    1250.00                 1250.00
10/29/2015   25 711572  5N1AR2MN7FC711572    1250.00                 1250.00
11/14/2015    9 712543  5N1AR2MM5FC712543    1250.00                 1250.00
11/14/2015    9 713797  5N1AR2MM8FC713797    1250.00                 1250.00
11/18/2015    5 715520  5N1AR2MM8FC715520     500.00                  500.00
10/30/2015   24 716073  5N1AR2MM3FC716073    1250.00                 1250.00
05/18/2015  189 733786  1N6AD0CWXFN733786    -500.00                 -500.00
10/31/2015   23 741097  5N1AT2MV5GC741097     675.00                  675.00
10/30/2015   24 741396  5N1AT2MV4GC741396     750.00                  750.00
10/31/2015   23 742489  5N1AT2MV5GC742489    1275.00                 1275.00
10/23/2015   31 743258  5N1AT2MV2GC743258     250.00                  250.00
10/30/2015   24 745035  5N1AT2MV3GC745035     675.00                  675.00
11/16/2015    7 745674  5N1AT2MV4GC745674     675.00                  675.00
10/31/2015   23 746218  5N1AT2MV5GC746218     675.00                  675.00
11/06/2015   17 746560  5N1AT2MV5GC746560     675.00                  675.00
10/31/2015   23 748246  5N1AT2MV9GC748246     675.00                  675.00
07/06/2015  140 752589  JN8AS5MV1FW752589   -1000.00               -1000.00
07/06/2015  140 752649  JN8AS5MV4FW752649   -1000.00               -1000.00
07/06/2015  140 752652  JN8AS5MV4FW752652   -1000.00               -1000.00
07/06/2015  140 752692  JN8AS5MV5FW752692   -1000.00               -1000.00
07/06/2015  140 752701  JN8AS5MV2FW752701   -1000.00               -1000.00
06/08/2015  168 752751  JN8AS5MV6FW752751   -1250.00               -1250.00
07/06/2015  140 753391  JN8AS5MV7FW753391   -1000.00               -1000.00
07/06/2015  140 753477  JN8AS5MV6FW753477   -1000.00               -1000.00
11/18/2015    5 753511  5N1AT2MV5GC753511     750.00                  750.00
07/06/2015  140 753512  JN8AS5MV4FW753512   -1000.00               -1000.00
07/06/2015  140 753542  JN8AS5MV2FW753542   -1000.00               -1000.00
07/06/2015  140 753572  JN8AS5MV0FW753572   -1000.00               -1000.00
06/08/2015  168 753772  JN8AS5MV8FW753772   -1250.00               -1250.00
07/06/2015  140 753809  JN8AS5MV5FW753809   -1000.00               -1000.00
07/06/2015  140 754249  JN8AS5MV9FW754249   -1000.00               -1000.00
11/16/2015    7 754621  5N1AT2MV6GC754621     675.00                  675.00
11/16/2015    7 754920  5N1AT2MV5GC754920     675.00                  675.00
11/14/2015    9 755191  5N1AT2MV1GC755191     675.00                  675.00
11/20/2015    3 756278  5N1AT2MV7GC756278     750.00                  750.00
11/16/2015    7 756849  5N1AT2MV2GC756849     675.00                  675.00
11/20/2015    3 757479  5N1AT2MV0GC757479     675.00                  675.00
07/10/2015  136 760538  JN8AS5MV2FW760538     500.00                  500.00
07/06/2015  140 761396  JN8AS5MV2FW761396   -1000.00               -1000.00
07/06/2015  140 761718  JN8AS5MV9FW761718   -1000.00               -1000.00
```

VOYNOW_006620
CONFIDENTIAL

```
11/23/2015 VOYNOW                          STAR NISSAN INC.                              0350
10:49:06                       (21) NISSAN REBATE & INCENTIV - (11/23/2015)       PAGE     6
                                          ACCTS 2211 2212

ORIG DATE   DAYS SERIAL  SERIAL NUMBER     COL#1 AMT    COL#2 AMT    TOTAL AMT
----------  ---- ------  -----------------  -----------  -----------  ------------

07/06/2015  140 763250  JN8AS5MV6FW763250   -1000.00                  -1000.00
10/31/2015   23 764439  JN8AS5MV9FW764439    1800.00                   1800.00
11/20/2015    3 765367  JN8AS5MV4FW765367     950.00                    950.00
07/24/2015  122 765611  JN8AS5MV0FW765611    -600.00                   -600.00
10/28/2015   26 767125  JN8AS5MV1FW767125    1800.00                   1800.00
11/14/2015    9 771143  JN8AS5MV1FW771143    1450.00                   1450.00
10/31/2015   23 771339  JN8AS5MV7FW771339    1800.00                   1800.00
05/31/2015  176 868826  1N4AL3AP1FN868826    -500.00                   -500.00
10/30/2015   24 869757  1N4AL3AP2FN869757    3450.00                   3450.00
11/14/2015    9 870735  1N4AL3AP8FN870735    3300.00                   3300.00
10/26/2015   28 870880  1N4AL3AP6FN870880    2950.00                   2950.00
08/24/2015   91 873927  5N1AT2MV2FC873927    -750.00                   -750.00
10/13/2015   41 883619  5N1AT2MV8FC883619     875.00                    875.00
10/14/2015   40 888628  1N4AL3AP9FN888628     250.00                    250.00
10/30/2015   24 889934  5N1AT2MV2FC889934     875.00                    875.00
10/12/2015   42 890406  5N1AT2MV4FC890406     875.00                    875.00
10/12/2015   42 890946  5N1AT2MV3FC890946     700.00                    700.00
10/31/2015   23 891205  5N1AT2MVXFC891205     700.00                    700.00
10/09/2015   45 897822  1N4AL3AP6FN897822    2950.00                   2950.00
10/30/2015   24 899030  1N4AL3AP5FN899030    2950.00                   2950.00
09/30/2015   54 899543  1N4AL3AP1FN899543    2050.00                   2050.00
09/30/2015   54 902033  1N4AL3AP6FN902033    2050.00                   2050.00
10/09/2015   45 903591  5N1AT2MV4FC903591     700.00                    700.00
11/04/2015   19 905883  1N4AL3AP1FN905883    -500.00                   -500.00
10/30/2015   24 905888  1N4AL3AP1FN905888    3450.00                   3450.00
10/12/2015   42 906392  5N1AT2MV2FC906392     875.00                    875.00
10/31/2015   23 908685  1N4AL3AP2FN908685    2950.00                   2950.00
10/30/2015   24 911156  1N4AL3AP1FN911156    2950.00                   2950.00
06/22/2015  154 911253  1N4AA5AP5EC911253   -1000.00                  -1000.00
10/30/2015   24 911496  1N4AL3AP3FN911496    2950.00                   2950.00
10/09/2015   45 919268  5N1AT2MV0FC919268     700.00                    700.00
10/12/2015   42 919312  5N1AT2MVXFC919312    -250.00                   -250.00
11/14/2015    9 919725  1N4AL3APXFN919725    3300.00                   3300.00
11/14/2015    9 920188  5N1AT2MV7FC920188     700.00                    700.00
09/30/2015   54 920474  5N1AT2MV8FC920474     700.00                    700.00
09/30/2015   54 920727  5N1AT2MV0FC920727     700.00                    700.00
10/10/2015   44 920740  5N1AT2MV3FC920740     875.00                    875.00
10/14/2015   40 921750  5N1AT2MV0FC921750     875.00                    875.00
10/31/2015   23 922411  5N1AT2MV5FC922411     875.00                    875.00
09/30/2015   54 922504  5N1AT2MV1FC922504     700.00                    700.00
09/30/2015   54 922696  5N1AT2MV3FC922696     700.00                    700.00
10/09/2015   45 923222  5N1AT2MV7FC923222     700.00                    700.00
10/12/2015   42 923756  5N1AT2MV0FC923756     875.00                    875.00
10/14/2015   40 924899  5N1AT2MV5FC924899     875.00                    875.00
11/09/2015   14 925091  5N1AT2MV6FC925091     250.00                    250.00
10/31/2015   23 927389  5N1AT2MK0FC927389     875.00                    875.00
07/08/2015  138 938833  3N1CN7APXFL938833    -350.00                   -350.00
```

VOYNOW_006621
CONFIDENTIAL

```
11/23/2015 VOYNOW                          STAR NISSAN INC.                                    0350
10:49:06                       (21) NISSAN REBATE & INCENTIV - (11/23/2015)              PAGE    7
                                          ACCTS 2211 2212

ORIG DATE   DAYS SERIAL  SERIAL NUMBER    COL#1 AMT    COL#2 AMT    TOTAL AMT
----------  ---- ------  ----------------- ----------  ----------- ------------

09/30/2015   54 FP0915  FP0915             56749.00                  56749.00
10/31/2015   23 FP1015  FP1015             58358.00                  58358.00
10/31/2015   23 NC1015  INC1015           -24300.00                 -24300.00
09/30/2015   54 RO0915  RETRO0915          48950.00                  48950.00
11/01/2015   22 US1015  BONUS1015         -61750.00                 -61750.00


   *TOTALS*                               246557.00                246557.00

287 records listed.
```

Status

ok

```
JUL 14, 2020  CASH DISBURSEMENTS INQUIRY - D  Store 01 ACT#01   909/7803  0142
------------------------------------------------------------------------------
BANK CODE       MB       CASH IN BANK-MARATHON     VIVIAN 5182 11/23/2015 16:46
CHECK#          89073                              DATE  11/23/2015
VENDOR#         V42581
NAME            CAPITAL ONE
ADDRESS         PO BOX 71083
CITY&STATE      CHARLOTTE NC
ZP/PC           28272        PHONE       800-946-0332
ACCOUNT#        2020         AMOUNT      15200.00

LINE ACCOUNT NUMBER AMOUNT........ CONTROL#........ DESCRIPTION..............
---- -------------- -------------- ---------------- --------------------------
1    2211              15200.00 BONUS1015


                                              PAGE 1
(L#)(P#=PAGE#)(I=CUC INQ)(C=CONT)(R=REM)(J=JRNL DTL)(E=END)(DV=DOC VIEW)
```

CONFIDENTIAL

STAR00025696