# EXHIBIT "74"

```
                    Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                         SORT ON CLIENT ID * SELECTED CLIENTS

5261  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                                    DEBBIE
CDATE    WDATE     WORK(CODE)   STAFF NAME      SID RATE      HRS       AMOUNT   SEQ#  ACTION
---------------------------------------------------------------------------------------------
             * *  CHARGEABLE FEES  BY CODES/STAFF/        * *

                 go to NY and do the year end

         83  Randall Franzen                      5.50     1,375.00

      BUSTAX Year End Tax Work                   21.40     4,072.00

05/31/12 05/11/12  5 90 DAVID KUMOR      136  100   2.50      250.00 940199 B H T:
                   UPDATING TRAIL BALANCE
05/31/12 05/15/12  5 90 DAVID KUMOR      136  100   1.30      130.00 940956 B H T:
                   UPDATING TRAIL BALANCE
05/31/12 05/16/12  5 90 DAVID KUMOR      136  100   1.80      180.00 940960 B H T:
                   UPDATING TAX CODE REPORT

        136 DAVID KUMOR                            5.60      560.00

     BUSTAX Trial Balance Data Inpu               5.60      560.00

06/30/12 06/15/12  5 97 Brett Bausinger  124  100   1.90      190.00 945293 B H T:
06/30/12 06/19/12  5 97 Brett Bausinger  124  100   1.00      100.00 945955 B H T:

        124 Brett Bausinger                       2.90      290.00

     BUSTAX Math/Proof Report/Retur               2.90      290.00

05/31/12 05/03/12  5 99 DAVID KUMOR      136  100   1.20      120.00 939510 B H T:
                   UNICAP CALCULATIONS

        136 DAVID KUMOR                            1.20      120.00

     BUSTAX Report Typing                         1.20      120.00

06/30/12 06/01/12  6 20 Brett Bausinger  124  100   5.00      500.00 943279 B H T:
                   write up of report on service

        124 Brett Bausinger                       5.00      500.00

     INTSER Service Dept Analysis                 5.00      500.00

05/31/12 05/22/12  6 84 Betteann Norris   63   75   0.50       37.50 941826 B H T:
                   typed letter 1st draft and emailed to RF and RK,
                   made changes

         63  Betteann Norris                      0.50       37.50

     INTSER Letters to Client, Prep              0.50       37.50

06/30/12 06/04/12  8 32 MEGAN WAGNER     134  100   0.80       80.00 943816 B H T:
                   census

        134 MEGAN WAGNER                           0.80       80.00

     Other Special Projects(detail)               0.80       80.00

06/30/12 05/31/12  8 34 ROBERT KIRKHOPE  118  150   7.00    1,050.00 942711 B H T:
                   INTERIM VISIT
---------------------------------------------------------------------------------------------
12 Oct 2012 10:39              DWIP SORT ON CLIENT ID   5261  /       PAGE: 57
```



EXHIBIT
103
2/13/23  G.H.

CONFIDENTIAL

VOYNOW_024490

CONFIDENTIAL
VOYNOW 024491

```
                        Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                         SORT ON CLIENT ID * SELECTED CLIENTS

5261  /       GRP: STAR    PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                            DEBBIE
CDATE    WDATE    WORK(CODE)  STAFF NAME    SID RATE    HRS       AMOUNT   SEQ# ACTION
----------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/     * *


            118 ROBERT KIRKHOPE                        7.00    1,050.00

        Internal Control Review                        7.00    1,050.00


        * * TOTAL FEES                                71.60   10,997.00


                    * *      DEBITS & CREDITS   * *

01/31/11 01/31/11 99  3                                       -1,000.00 873880 ON HOLD
02/28/11 02/28/11 99  3                                       -1,000.00 874099 ON HOLD
03/31/11 03/31/11 99  3                                       -1,000.00 878439 ON HOLD
04/30/11 04/30/11 99  3                                       -1,000.00 883712 ON HOLD
05/31/11 05/31/11 99  3                                       -1,000.00 889342 ON HOLD
06/30/11 06/30/11 99  3                                       -1,000.00 892672 ON HOLD
07/31/11 07/31/11 99  3                                       -1,000.00 898294 ON HOLD
08/31/11 08/31/11 99  3                                       -1,000.00 903590 ON HOLD
09/30/11 09/30/11 99  3                                       -1,000.00 905803 ON HOLD
10/31/11 10/31/11 99  3                                       -1,000.00 910637 B H T:
11/30/11 11/30/11 99  3                                       -1,000.00 914708 B H T:
12/31/11 12/31/11 99  3                                       -1,000.00 917947 B H T:
01/31/12 01/31/12 99  3                                       -1,000.00 922566 B H T:
02/29/12 02/29/12 99  3                                       -1,000.00 925043 B H T:
02/29/12 02/29/12 99  3                                       -5,750.00 928033 B H T:
03/31/12 03/31/12 99  3                                       -1,000.00 929011 B H T:
04/30/12 04/30/12 99  3                                       -1,000.00 934168 B H T:
05/31/12 05/31/12 99  3                                       -1,000.00 938948 B H T:
06/30/12 06/30/12 99  3                                       -1,000.00 942399 B H T:
07/31/12 07/31/12 99  3                                       -1,000.00 951121 B H T:
08/31/12 08/31/12 99  3                                       -1,000.00 951671 B H T:
09/30/12 09/30/12 99  3                                       -1,000.00 953629 B H T:


                                                              ON HOLD
        * * TOTAL PROGRESS BILLS AND OTHER CREDITS    -26,750.00  (        0.00)


         FEES      EXPENSES   SUB-TOTAL     DB/CR    SUB-TOTAL    OFFSETS     NET WIP
      ----------  ----------  ----------  ----------  ----------  ----------  ----------
      10,997.00        0.00   10,997.00        0.00   10,997.00  -26,750.00  -15,753.00
                                                                            ==========
```

```
                              Voynow, Bayard, Whyte and Company, LLP              v.6.00
                         DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                               SORT ON CLIENT ID * SELECTED CLIENTS

5266  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                          VIVIAN
CDATE    WDATE     WORK(CODE)   STAFF NAME       SID RATE    HRS      AMOUNT   SEQ#  ACTION
------------------------------------------------------------------------------------------
                      * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

06/30/13 05/29/13  5 92 David Kaplan        92  240   1.50      360.00 992689 B H T:

           92  David Kaplan                           1.50      360.00

        BUSTAX Staff Supervision                       1.50      360.00

01/31/13 01/15/13  5 93 Kenneth Mann        48  250   0.20       50.00 982472 B H T:
                        eng letter review

           48  Kenneth Mann                            0.20       50.00

        BUSTAX Partner Review                          0.20       50.00

06/30/13 05/29/13  5 95 Brett Bausinger    124  120   0.70       84.00 993699 B H T:
06/30/13 05/29/13  5 95 Brett Bausinger    124  120   0.20       24.00 993702 B H T:
06/30/13 06/24/13  5 95 Brett Bausinger    124  120   1.50      180.00 997478 B H T:

          124  Brett Bausinger                         2.40      288.00

        BUSTAX Clear Review Comments                   2.40      288.00

07/31/13 07/09/13  5 97 VINCENT BUCOLO     135  100   1.00      100.00 998513 B H T:

          135  VINCENT BUCOLO                          1.00      100.00

        BUSTAX Math/Proof Report/Retur                 1.00      100.00

06/30/13 06/06/13  5 99 DAVID KUMOR        136  100   0.70       70.00 993813 B H T:
                        MAKING ESTIMATES FOR ALL STARS
07/31/13 07/26/13  5 99 DAVID KUMOR        136  100   0.20       20.00   1092 B H T:
                        SETTING UP FOR E FILE
08/31/13 08/02/13  5 99 DAVID KUMOR        136  100   0.70       70.00   1819 B H T:
                        HELPING MIKE WITH SCANNING TAX RETURN
09/30/13 09/04/13  5 99 DAVID KUMOR        136  100   0.30       30.00   6201 B H T:
                        ESTIMATED PAYMENTS

          136  DAVID KUMOR                             1.90      190.00

        BUSTAX Report Typing                           1.90      190.00

07/31/13 07/24/13  6  1 ROBERT KIRKHOPE    118  170   8.00    1,360.00   2615 B H T:
                        interim visit

          118 ROBERT KIRKHOPE                          8.00    1,360.00

11/30/12 11/07/12  6  1 Bob Seibel          75  190   2.00      380.00 967134 B H T:
                        Prepair for visit.

           75  Bob Seibel                              2.00      380.00

        INTSER Interim Visit Planning                 10.00    1,740.00

06/30/13 05/29/13  6 13 Shawn McCormack     40  190   8.00    1,520.00 993717 B H T:
07/31/13 07/24/13  6 13 Shawn McCormack     40  190   7.00    1,330.00   2109 B H T:
------------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID   5266  /        PAGE: 70
```

CONFIDENTIAL                      VOYNOW_024606

```
                        Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                            SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                           VIVIAN
CDATE    WDATE     WORK(CODE)  STAFF NAME      SID RATE     HRS       AMOUNT   SEQ#  ACTION
-------------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

07/31/13 07/25/13  6 13 Shawn McCormack      40  190    7.00      1,330.00  2110 B H T:

          40  Shawn McCormack                            22.00      4,180.00

07/31/13 07/25/13  6 13 Randall Franzen      83  250    8.00      2,000.00  1992 B H T:
                   go to NY and do an interim visit meet with Mike
                   John Steve and SR

          83  Randall Franzen                             8.00      2,000.00

          INTSER Rev. Ledger & Schedules                 30.00      6,180.00

06/30/13 05/29/13  6 20 VINCENT BUCOLO      135  100   11.00      1,100.00 992869 B H T:

          135 VINCENT BUCOLO                             11.00      1,100.00

07/31/13 07/24/13  6 20 DAVID KUMOR         136  100    8.20        820.00  1084 B H T:
                   SERVICE
07/31/13 07/25/13  6 20 DAVID KUMOR         136  100   10.50      1,050.00  1085 B H T:
                   SERVICE!!

          136 DAVID KUMOR                                18.70      1,870.00

07/31/13 07/24/13  6 20 MIKE CORRIGAN       138   75    7.00        525.00   429 B H T:
                   Business Trip to Queens, NY vsiting clients of
                   Hyundai, Toyota, Nissan, Subaru checking
                   Inventory Services and open
                   RO's, and closing out the Register then reporting
                   our services.
08/31/13 08/05/13  6 20 MIKE CORRIGAN       138   75    1.00         75.00  4238 B H T:
                   STAR Toyota and Nissan Service/Parts Report
                   leeter editing the mistakes Dave wrote down and
                   evaluating the letter.

          138 MIKE CORRIGAN                               8.00        600.00

          INTSER Service Dept Analysis                   37.70      3,570.00

07/31/13 07/26/13  6 39 MIKE CORRIGAN       138   75    2.00        150.00   433 B H T:
                   Made a excel document for STAR Autodealerships
                   with the Inventory total and open/close date.

          138 MIKE CORRIGAN                               2.00        150.00

          INTSER Other Services USE MEMO                  2.00        150.00

05/31/13 05/20/13  6 60 VINCENT BUCOLO      135  100   10.00      1,000.00 992066 B H T:

          135 VINCENT BUCOLO                             10.00      1,000.00

          INTSER Income Tax Project & Ex                 10.00      1,000.00

11/30/12 11/13/12  6 68 Shawn McCormack      40  190    7.00      1,330.00 966771 B H T:
11/30/12 11/14/12  6 68 Shawn McCormack      40  190    7.00      1,330.00 966772 B H T:
11/30/12 11/15/12  6 68 Shawn McCormack      40  190    7.00      1,330.00 966773 B H T:
-------------------------------------------------------------------------------------------
14 Oct 2013 19:48                   DWIP SORT ON CLIENT ID    5266  /        PAGE: 71
```

CONFIDENTIAL

VOYNOW_024607

```
                          Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                           SORT ON CLIENT ID * SELECTED CLIENTS

5266  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                              VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE    HRS        AMOUNT   SEQ#  ACTION
----------------------------------------------------------------------------------------

                   * *  CHARGEABLE FEES  BY CODES/STAFF/     * *


06/30/12 06/07/12  6 10 MEGAN WAGNER       134  100    0.50        50.00 943834 B H T:
                        CASH INTERIM - ALL STORES

              134 MEGAN WAGNER                          0.50        50.00

         INTSER Bank Reconciliation Rev                 0.50        50.00

06/30/12 05/31/12  6 13 Shawn McCormack     40  190    7.00     1,330.00 946592 B H T:

              40  Shawn McCormack                       7.00     1,330.00

09/30/12 08/29/12  6 13 Randall Franzen     83  250    3.00       750.00 955675 B H T:
                        go over interim adn meet with John Mike and SR

              83  Randall Franzen                       3.00       750.00

         INTSER Rev. Ledger & Schedules               10.00     2,080.00

06/30/12 05/31/12  6 20 Brett Bausinger    124  100    8.00       800.00 943278 B H T:

              124 Brett Bausinger                       8.00       800.00

09/30/12 08/28/12  6 20 DAVID KUMOR        136  100   11.00     1,100.00 955309 B H T:
                        SERVICE DEPARTMENT

              136 DAVID KUMOR                          11.00     1,100.00

         INTSER Service Dept Analysis                 19.00     1,900.00

09/30/12 08/29/12  6 22 DAVID KUMOR        136  100    8.00       800.00 955310 B H T:
                        PARTS DEPARTMENT

              136 DAVID KUMOR                           8.00       800.00

         INTSER Parts Dept Analysis                    8.00       800.00

06/30/12 05/31/12  6 60 DAVID KUMOR        136  100    9.00       900.00 943288 B H T:
                        SERVICE DEPARTMENT

              136 DAVID KUMOR                           9.00       900.00

         INTSER Income Tax Project & Ex                9.00       900.00

01/31/12 01/11/12  6 84 DOROTHEA BURCH     132   50    0.10         5.00 923758 B H T:
                        changes, eng ltr
01/31/12 01/17/12  6 84 DOROTHEA BURCH     132   50    0.40        20.00 924317 B H T:
                        print, copy, log in and mail eng ltr
02/29/12 02/06/12  6 84 DOROTHEA BURCH     132   50    1.00        50.00 926894 B H T:
                        changes, ltr, print, copy, cc, and certified to
                        IRS

              132 DOROTHEA BURCH                        1.50        75.00

         INTSER Letters to Client, Prep                1.50        75.00
----------------------------------------------------------------------------------------
12 Oct 2012 10:39                       DWIP SORT ON CLIENT ID   5266  /       PAGE: 67
```

CONFIDENTIAL

```
                              Voynow, Bayard & Company, CPAs                    v.6.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                          SORT ON CLIENT ID * SELECTED CLIENTS

5266  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                        VIVIAN
CDATE    WDATE     WORK(CODE)  STAFF NAME     SID RATE    HRS       AMOUNT   SEQ#  ACTION
-----------------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/       * *

                   Subaru and status of extensions and the boys incmoe
04/30/11 04/11/11  5 69 Randall Franzen    83  250   1.20      300.00 886271 B H T:   E
                   calls to SR to go ver taxes and why there are
                   estension and try to gert info on trust and estate
06/30/11 06/13/11  5 69 Randall Franzen    83  250   1.00      250.00 898647 B H T:   E
                   get info from SR to figure what to pay for taxes
                   for him
07/31/11 06/29/11  5 69 Randall Franzen    83  250   1.50      375.00 898718 B H T:  401K
                   go over 5500 info

             83  Randall Franzen                      30.70    7,675.00

        BUSTAX Year End Tax Work                      83.10   16,297.00

06/30/11 06/10/11  5 82 David Kaplan       92  240   0.20       48.00 893690 B H T: 401K
                   Look at form 5500 SF.

             92  David Kaplan                          0.20       48.00

        BUSTAX Client Assist UNBUDGETE                 0.20       48.00

02/28/11 02/07/11  5 90 PATRICK J. CATALINE 12   80  1.50      120.00 877071 B H T:
             12  PATRICK J. CATALINE                   1.50      120.00

        BUSTAX Trial Balance Data Inpu                 1.50      120.00

09/30/11 08/29/11  5 97 JOHN BRESLIN      129   80  1.20       96.00 905980 B H T:
            129  JOHN BRESLIN                          1.20       96.00

        BUSTAX Math/Proof Report/Retur                 1.20       96.00

09/30/11 08/30/11  6  1 ROBERT KIRKHOPE   118  150  7.00    1,050.00 906700 B H T:   I
                   STAR INTERIM VISIT
            118  ROBERT KIRKHOPE                       7.00    1,050.00

05/31/11 05/23/11  6  1 Bob Seibel         75  190  2.00      380.00 893083 B H T:   I
             75  Bob Seibel                            2.00      380.00

        INTSER Interim Visit Planning                  9.00    1,430.00

10/31/10 10/27/10  6 12 Shawn McCormack    40  190  7.00    1,330.00 864437 ON HOLD  I
             40  Shawn McCormack                       7.00    1,330.00

        INTSER Factory Fin. St. Review                 7.00    1,330.00

09/30/11 08/30/11  6 13 PATRICK J. CATALINE 12   80  9.00     720.00 906713 B H T:   I
             12  PATRICK J. CATALINE                   9.00      720.00

05/31/11 05/24/11  6 13 Shawn McCormack    40  190  7.00    1,330.00 897169 B H T:   I
-----------------------------------------------------------------------------------------
18 Oct 2011 12:22            DWIP SORT ON CLIENT ID   5266  /       PAGE: 308
```

CONFIDENTIAL                    VOYNOW_024669

```
                        Voynow, Bayard & Company, CPAs                      v.6.00
               DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                        SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                          VIVIAN
CDATE     WDATE     WORK(CODE)  STAFF NAME      SID RATE    HRS      AMOUNT   SEQ#  ACTION
-----------------------------------------------------------------------------------------
                 * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


           40  Shawn McCormack                            7.00   1,330.00

10/31/10 10/27/10  6 13 Randall Franzen     83  250      4.00   1,000.00 864697 ON HOLD
                   Go to NY for a visit
12/31/10 12/01/10  6 13 Randall Franzen     83  250      3.00     750.00 869048 ON HOLD
                   letter
05/31/11 05/23/11  6 13 Randall Franzen     83  250      2.00     500.00 893306 B H T:
                   get readt for visit
05/31/11 05/24/11  6 13 Randall Franzen     83  250      4.00   1,000.00 893301 B H T:
                   go to ny and do imterim visit
05/31/11 05/27/11  6 13 Randall Franzen     83  250      1.50     375.00 893312 B H T:
                   calls with vivian and lawyer
06/30/11 06/06/11  6 13 Randall Franzen     83  250      1.00     250.00 898600 B H T:
                   work on the letter
06/30/11 06/07/11  6 13 Randall Franzen     83  250      2.00     500.00 898613 B H T:
                   go over letters
09/30/11 08/30/11  6 13 Randall Franzen     83  250      4.00   1,000.00 907583 B H T:
                   go to NY and do an interim visit

           83  Randall Franzen                          21.50   5,375.00

        INTSER Rev. Ledger & Schedules                  37.50   7,425.00

10/31/10 10/27/10  6 20 PATRICK J. CATALINE 12   80      7.00     560.00 863545 ON HOLD

           12  PATRICK J. CATALINE                       7.00     560.00

05/31/11 05/24/11  6 20 JOHN BRESLIN       129   80      4.50     360.00 892808 B H T:

          129  JOHN BRESLIN                              4.50     360.00

        INTSER Service Dept Analysis                    11.50     920.00

10/31/10 10/26/10  6 39 RAFAEL VARGAS      127  110      4.50     495.00 863559 ON HOLD
                   Federal and State Tax Research in how to start a
                   Private Foundation.

          127  RAFAEL VARGAS                             4.50     495.00

        INTSER Other Services USE MEMO                   4.50     495.00

12/31/10 12/07/10  6 68 Shawn McCormack     40  190      7.00   1,330.00 869566 ON HOLD
12/31/10 12/08/10  6 68 Shawn McCormack     40  190      7.00   1,330.00 869567 ON HOLD
12/31/10 12/09/10  6 68 Shawn McCormack     40  190      2.50     475.00 869568 ON HOLD
12/31/10 12/13/10  6 68 Shawn McCormack     40  190      1.00     190.00 869574 ON HOLD

           40  Shawn McCormack                          17.50   3,325.00

        INTSER Tax Planning                             17.50   3,325.00

11/30/10 11/08/10  6 84 PATRICK J. CATALINE 12   80      2.00     160.00 865544 ON HOLD
12/31/10 12/02/10  6 84 PATRICK J. CATALINE 12   80      1.00      80.00 867222 ON HOLD
                   getting star letters toegther, editing/service
                   write up
-----------------------------------------------------------------------------------------
18 Oct 2011 12:22           DWIP SORT ON CLIENT ID    5266  /        PAGE: 309
```

```
                    Voynow, Bayard, Whyte and Company, LLP              v.6.00
             DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                    SORT ON CLIENT ID * SELECTED CLIENTS

5266  /    GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                          VIVIAN
CDATE    WDATE     WORK(CODE)  STAFF NAME     SID RATE     HRS      AMOUNT   SEQ#  ACTION
----------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/        * *

07/31/13 07/25/13  6 13 Shawn McCormack     40   190   7.00    1,330.00  2110 B H T:

          40  Shawn McCormack                       22.00    4,180.00

07/31/13 07/25/13  6 13 Randall Franzen     83   250   8.00    2,000.00  1992 B H T:
                   go to NY and do an interim visit meet with Mike
                   John Steve and SR

          83  Randall Franzen                         8.00    2,000.00

       INTSER Rev. Ledger & Schedules                30.00    6,180.00

06/30/13 05/29/13  6 20 VINCENT BUCOLO     135   100  11.00    1,100.00 992869 B H T:

         135 VINCENT BUCOLO                          11.00    1,100.00

07/31/13 07/24/13  6 20 DAVID KUMOR        136   100   8.20      820.00  1084 B H T:
                   SERVICE
07/31/13 07/25/13  6 20 DAVID KUMOR        136   100  10.50    1,050.00  1085 B H T:
                   SERVICE!!

         136 DAVID KUMOR                             18.70    1,870.00

07/31/13 07/24/13  6 20 MIKE CORRIGAN      138    75   7.00      525.00   429 B H T:
                   Business Trip to Queens, NY vsiting clients of
                   Hyundai, Toyota, Nissan, Subaru checking
                   Inventory Services and open
                   RO's, and closing out the Register then reporting
                   our services.
08/31/13 08/05/13  6 20 MIKE CORRIGAN      138    75   1.00       75.00  4238 B H T:
                   STAR Toyota and Nissan Service/Parts Report
                   leeter editing the mistakes Dave wrote down and
                   evaluating the letter.

         138 MIKE CORRIGAN                            8.00      600.00

       INTSER Service Dept Analysis                  37.70    3,570.00

07/31/13 07/26/13  6 39 MIKE CORRIGAN      138    75   2.00      150.00   433 B H T:
                   Made a excel document for STAR Autodealerships
                   with the Inventory total and open/close date.

         138 MIKE CORRIGAN                            2.00      150.00

       INTSER Other Services USE MEMO                 2.00      150.00

05/31/13 05/20/13  6 60 VINCENT BUCOLO     135   100  10.00    1,000.00 992066 B H T:

         135 VINCENT BUCOLO                          10.00    1,000.00

       INTSER Income Tax Project & Ex               10.00    1,000.00

11/30/12 11/13/12  6 68 Shawn McCormack     40   190   7.00    1,330.00 966771 B H T:
11/30/12 11/14/12  6 68 Shawn McCormack     40   190   7.00    1,330.00 966772 B H T:
11/30/12 11/15/12  6 68 Shawn McCormack     40   190   7.00    1,330.00 966773 B H T:
----------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID   5266  /        PAGE: 71
```



EXHIBIT
31
10·4·22   PM

CONFIDENTIAL

VOYNOW_024607

```
                          Voynow, Bayard, Whyte and Company, LLP              v.6.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                            SORT ON CLIENT ID * SELECTED CLIENTS

5266  /     GRP: STAR  PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR NISSAN INC./                                      VIVIAN
CDATE    WDATE     WORK(CODE)  STAFF NAME      SID RATE  HRS       AMOUNT   SEQ# ACTION
--------------------------------------------------------------------------------------
                    * * CHARGEABLE FEES  BY CODES/STAFF/       * *

11/30/12 11/16/12  6 68 Shawn McCormack   40  190   7.00    1,330.00 966774 B H T:

         40  Shawn McCormack                        28.00    5,320.00

      INTSER Tax Planning                            28.00    5,320.00

11/30/12 11/13/12  6 84 DOROTHEA BURCH   132  50    0.20       10.00 967160 B H T:
                   fax bills to Star/per Randy

         132 DOROTHEA BURCH                           0.20       10.00

06/30/13 05/30/13  6 84 Shawn McCormack   40  190   2.00      380.00 993719 B H T:

         40  Shawn McCormack                         2.00      380.00

01/31/13 01/08/13  6 84 Betteann Norris   63   75   0.20       15.00 971419 B H T:
                   eng letter 2012

         63  Betteann Norris                          0.20       15.00

      INTSER Letters to Client, Prep               2.40      405.00

07/31/13 07/23/13  6 91 VINCENT BUCOLO   135 100    0.50       50.00    399 B H T:
                   going over what to do at service and explaning
                   interims to mike

         135 VINCENT BUCOLO                           0.50       50.00

      INTSER Staff Training                          0.50       50.00

08/31/13 07/30/13  6 99 VINCENT BUCOLO   135 100    0.60       60.00   1780 B H T:
                   letter

         135 VINCENT BUCOLO                           0.60       60.00

07/31/13 07/26/13  6 99 DAVID KUMOR      136 100    2.10      210.00   1086 B H T:
                   TPYING UP SERVICE LETTER
08/31/13 07/29/13  6 99 DAVID KUMOR      136 100    1.70      170.00   1796 B H T:
                   MORE LETTER STUFF!
08/31/13 08/01/13  6 99 DAVID KUMOR      136 100    0.30       30.00   1812 B H T:
                   GOING OVER SERVICE LETTER WITH MIKE
08/31/13 08/02/13  6 99 DAVID KUMOR      136 100    2.60      260.00   1814 B H T:
                   REVIEWING MIKES LETTER
                   ADDING IN PENDING AMOUNTS
08/31/13 08/06/13  6 99 DAVID KUMOR      136 100    0.30       30.00   3261 B H T:
                   GOING OVER MIKE CHANGES

         136 DAVID KUMOR                              7.00      700.00

07/31/13 07/26/13  6 99 MIKE CORRIGAN    138  75   4.00      300.00    431 B H T:
                   Typed up a service report on the services David
                   and I did in Queens, NY for STAR. Included in the
                   document was Parts
                   and Services and Register for Chrysler, Hyundai,
                   Dodge, Toyota, Subaru.
--------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID   5266  /         PAGE: 72
```

CONFIDENTIAL

VOYNOW_024608

```
                          Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                          DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2013
                              SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                         VIVIAN                    718-279-1800
CDATE    WDATE    WORK(CODE)  STAFF NAME      SID RATE    HRS       AMOUNT   SEQ# ACTION
-----------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/      * *


07/31/13 07/25/13  6 13 Bob Seibel        75  190   7.00     1,330.00    520 B H T:
                        Interim visit.

          75  Bob Seibel                          7.00     1,330.00

06/30/13 05/29/13  6 13 Randall Franzen   83  250   2.00       500.00 995690 B H T:
                        go to NY and do interim visit
07/31/13 07/24/13  6 13 Randall Franzen   83  250   8.00     2,000.00   1991 B H T:
                        go to NY and do an interim visit

          83  Randall Franzen                    10.00     2,500.00

       INTSER Rev. Ledger & Schedules            17.00     3,830.00

05/31/13 05/20/13  6 20 DAVID KUMOR      136  100  10.00     1,000.00 991763 B H T:
                        STAR SERVICE AND PARTS

         136 DAVID KUMOR                          10.00     1,000.00

07/31/13 07/25/13  6 20 MIKE CORRIGAN    138   75   7.00       525.00    430 B H T:
                        Business Trip to Queens, NY visiting clients of
                        Hyundai, Toyota, Nissan, Subaru checking
                        Inventory Services and open
                        RO's, and closing out the register then Reporting
                        our services
08/31/13 07/31/13  6 20 MIKE CORRIGAN    138   75   1.50       112.50   1827 B H T:
                        Finished the Service and Parts Report for STAR
                        Nissan, Toyota, Chrysler, Hyundai, ans Subaru.
08/31/13 08/01/13  6 20 MIKE CORRIGAN    138   75   1.00        75.00   1830 B H T:
                        Needed an Pending Inventory total from Nissan and
                        Toyota from each grouped customer to add to the
                        service and parts
                        report.
08/31/13 08/01/13  6 20 MIKE CORRIGAN    138   75   2.00       150.00   1828 B H T:
                        Made the last minute corrections to the STAR
                        service and parts report, and then dropped it off
                        to Dave Kumor.
08/31/13 08/02/13  6 20 MIKE CORRIGAN    138   75   1.50       112.50   1831 B H T:
                        STAR TOYOYA/NISSAN editing service/parts report
                        from the corrections Dave gave me.

         138 MIKE CORRIGAN                        13.00       975.00

       INTSER Service Dept Analysis              23.00     1,975.00

08/31/13 08/02/13  6 39 MIKE CORRIGAN    138   75   2.00       150.00   1834 B H T:
                        Scanned STAR, Koufakis Realty, STAR Auto Body,
                        etc. from years 2010, 2011, and 2012 to DOT for
                        the client Michael
                        Koufakis.
08/31/13 08/05/13  6 39 MIKE CORRIGAN    138   75   1.00        75.00   4237 B H T:
                        Finished Scanning Tax Reports for Michael
                        Koufackis.
08/31/13 08/08/13  6 39 MIKE CORRIGAN    138   75   1.00        75.00   4234 B H T:
-----------------------------------------------------------------------------------------
14 Oct 2013 19:48              DWIP SORT ON CLIENT ID   5267  /         PAGE: 82
```

```
                        Voynow, Bayard & Company, CPAs                    v.6.00
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                        SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                          VIVIAN              718-279-1800
CDATE   WDATE    WORK(CODE)  STAFF NAME      SID RATE   HRS      AMOUNT  SEQ# ACTION
-------------------------------------------------------------------------------------
              * *  CHARGEABLE FEES  BY CODES/STAFF/        * *


10/31/10 10/27/10  6 13 Randall Franzen      83  250   4.00   1,000.00 864698 ON HOLD
                        Go to NY for a visit
12/31/10 12/01/10  6 13 Randall Franzen      83  250   3.00     750.00 869049 ON HOLD
                        letter
05/31/11 05/24/11  6 13 Randall Franzen      83  250   4.00   1,000.00 893302 B H T:
                        go to ny and do imterim visit
05/31/11 05/25/11  6 13 Randall Franzen      83  250   1.00     250.00 893305 B H T:
                        calls to Vivian to go over interim visit info and
                        what to do with the rec
06/30/11 06/03/11  6 13 Randall Franzen      83  250   1.00     250.00 898574 B H T:
                        look at letter
06/30/11 06/06/11  6 13 Randall Franzen      83  250   1.00     250.00 898601 B H T:
                        work on the letter
06/30/11 06/07/11  6 13 Randall Franzen      83  250   2.00     500.00 898614 B H T:
                        go over letters
09/30/11 08/30/11  6 13 Randall Franzen      83  250   4.00   1,000.00 907584 B H T:
                        go to NY and do an interim visit

          83  Randall Franzen                       20.00   5,000.00

          INTSER Rev. Ledger & Schedules            50.00   9,710.00

05/31/11 05/26/11  6 20 PATRICK J. CATALINE  12   80   3.00     240.00 893298 B H T:
                        letter

          12  PATRICK J. CATALINE                     3.00     240.00

05/31/11 05/24/11  6 20 JOHN BRESLIN        129   80   4.00     320.00 892809 B H T:

          129 JOHN BRESLIN                            4.00     320.00

          INTSER Service Dept Analysis               7.00     560.00

05/31/11 05/27/11  6 22 JOHN BRESLIN        129   80   1.80     144.00 892816 B H T:
                        letter

          129 JOHN BRESLIN                            1.80     144.00

          INTSER Parts Dept Analysis                 1.80     144.00

11/30/10 11/08/10  6 84 DAVE LOMBARDO       130   90   0.60      54.00 865155 ON HOLD
                        INTERIM LTTR
12/31/10 12/03/10  6 84 DAVE LOMBARDO       130   90   1.00      90.00 866733 ON HOLD
                        INTERIM LTTR

          130 DAVE LOMBARDO                           1.60     144.00

12/31/10 12/02/10  6 84 Bob Seibel           75  190   3.00     570.00 867245 ON HOLD
                        Interim letter.
12/31/10 12/03/10  6 84 Bob Seibel           75  190   1.00     190.00 867251 ON HOLD
                        Interim letter.
06/30/11 06/03/11  6 84 Bob Seibel           75  190   2.00     380.00 893165 B H T:
06/30/11 06/06/11  6 84 Bob Seibel           75  190   0.50      95.00 897621 B H T:
06/30/11 06/07/11  6 84 Bob Seibel           75  190   1.00     190.00 897620 B H T:
-------------------------------------------------------------------------------------
18 Oct 2011 12:22                DWIP SORT ON CLIENT ID   5267  /        PAGE: 319
```

CONFIDENTIAL

VOYNOW_024932

```
                         Voynow, Bayard & Company, CPAs                          v.6.00
                DETAILED WORK-IN-PROCESS TO DATE ENDING 10/31/2010
                     SORT ON CLIENT NAME * SELECTED CLIENTS

5273  /     GRP: STAR   PRG BILL FRM: 5  CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR HYUNDAI LLC/STAR HYUNDAI LLC                              VIVIAN
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE     HRS      AMOUNT   SEQ# ACTION
----------------------------------------------------------------------------------------
                 * *   CHARGEABLE FEES  BY CODES/STAFF/    * *
                 go to dealership and do the year end
02/28/10 02/11/10  5 69 Randall Franzen     83  250   1.00      250.00 836213 B H T:
                 calll about Lifo for Hyundai
02/28/10 02/19/10  5 69 Randall Franzen     83  250   1.50      375.00 836226 B H T:
                 calls from Debbie to go over year end entries
                 that she said was not correct and had ot look for
                 the papers to go over
                 her question

          83  Randall Franzen                       6.50     1,625.00

          BUSTAX Year End Tax Work                 39.10     5,903.00

01/31/10 01/27/10  5 90 PATRICK J. CATALINE 12   80   0.30       24.00 824751 B H T:
                 creating star hyundai on csa
01/31/10 01/28/10  5 90 PATRICK J. CATALINE 12   80   3.00      240.00 824748 B H T:
                 creating and entering trial balance

          12  PATRICK J. CATALINE                   3.30       264.00

          BUSTAX Trial Balance Data Inpu            3.30       264.00

01/31/10 01/22/10  5 93 Kenneth Mann        48  250   0.20       50.00 826839 B H T:

          48  Kenneth Mann                          0.20        50.00

          BUSTAX Partner Review                     0.20        50.00

08/31/10 08/17/10  5 97 JOHN BRESLIN       129   80   1.60      128.00 853382 B H T:
08/31/10 08/18/10  5 97 JOHN BRESLIN       129   80   1.00       80.00 853384 B H T:

          129 JOHN BRESLIN                          2.60       208.00

          BUSTAX Math/Proof Report/Retur            2.60       208.00

02/28/10 02/27/10  6 39 RAFAEL VARGAS      127  110   0.30       33.00 828339 B H T:
                 Roll over and prepare the Federal, NYS and NYC
                 extension for 2009.

          127 RAFAEL VARGAS                         0.30        33.00

          INTSER Other Services USE MEMO            0.30        33.00

01/31/10 01/22/10  90 16 ELISA BRABAZON     11   30   0.20        6.00 824541 B H T:
                 IT 204

          11  ELISA BRABAZON                        0.20         6.00

          VB-F-Extension Processing                 0.20         6.00

02/28/10 02/02/10  90 36 ANNEMARIE DISCHINGER 119  30   0.30      9.00 825408 B H T:
                 typed letter

          119 ANNEMARIE DISCHINGER                  0.30         9.00

          VB-F-Type/Copy Internal Doc.              0.30         9.00
----------------------------------------------------------------------------------------
13 Oct 2010 11:58              DWIP SORT ON CLIENT NAME  5273  /          PAGE: 238
```

CONFIDENTIAL

VOYNOW_024811

**CLI TrakTime**                                                                                                        **136**

DAVID KUMOR - Voynow, Bayard, Whyte and Company, LLP

Final Timesheet Report for previously unsubmitted periods up to and including Sunday, May 26, 2013
No Sorting Specified

| Date | Action | Client & Project ID + Name | Work /Expense | Hours | Expense |
|------|--------|----------------------------|---------------|-------|---------|
| 05/20/2013 | BTIME | 5267  / - STAR TOYOTA/<br>STAR SERVICE AND PARTS | 06-20 INTSER Service Dept Analysis | 10.00 | |

**CLI TrakTime**                                                                                  **136**

DAVID KUMOR - Voynow, Bayard, Whyte and Company, LLP

Final Timesheet Report for previously unsubmitted periods up to and including Sunday, July 27, 2014
No Sorting Specified

| Date | Action | Client & Project / Work / Comment | Hours | Expense |
|------|--------|-----------------------------------|-------|---------|
| 7/23/2014 | BTIME | 5266  / - STAR NISSAN INC./<br>06-20 INTSER Service Dept Analysis<br>FUN TRIP!! | 8.00 | |
| 7/24/2014 | BTIME | 5266  / - STAR NISSAN INC./<br>06-20 INTSER Service Dept Analysis<br>FUN TRIP | 10.00 | |

Monday, July 28, 2014  09:42:01 AM                    Page 1                    DAVID KUMOR - Voynow, Bayard, Whyte and Company, LLP

**CLI TrakTime**                                                                                  **136**

DAVID KUMOR - Voynow, Bayard, Whyte and Company, LLP

Final Timesheet Report for previously unsubmitted periods up to and including Sunday, July 27, 2014
No Sorting Specified

| Date | Action | Client & Project / Work / Comment | Hours | Expense |
|------|--------|-----------------------------------|-------|---------|
| 7/25/2014 | BTIME | 5260  / - STAR AUTO SALES OF QUEENS/STAR AUTO SALES OF QUEENS, LLC<br>06-99 INTSER Report Typing<br>TYPING LETTER | 1.80 | |
| 7/24/2014 | BEXP | 5266  / - STAR NISSAN INC./<br>10-03 SUPPER MONEY 6167<br>DINNER | | $6.98 |
| | | Report Total: | 37.40 | $6.98 |

Monday, July 28, 2014  09:42:01 AM                    Page 2                    DAVID KUMOR - Voynow, Bayard, Whyte and Company, LLP

**CLI TrakTime**                                                                                      **136**

DAVID KUMOR - Voynow, Bayard, Whyte and Company, LLP

Final Timesheet Report for previously unsubmitted periods up to and including Sunday, August 3, 2014
No Sorting Specified

| Date | Action | Client & Project / Work / Comment | Hours | Expense |
|------|--------|-----------------------------------|-------|---------|
| 7/28/2014 | BTIME | 5266  / - STAR NISSAN INC./<br>06-99 INTSER Report Typing<br>TYPING LETTER | 4.00 | |
| 7/28/2014 | BTIME | 5273  / - STAR HYUNDAI LLC/STAR HYUNDAI LLC<br>06-99 INTSER Report Typing<br>TYPING LETTER | 1.30 | |
| 7/29/2014 | BTIME | 5273  / - STAR HYUNDAI LLC/STAR HYUNDAI LLC<br>06-99 INTSER Report Typing<br>UPDATING LETTER | 1.40 | |
| 7/29/2014 | NBTIME | 9144  /0 - VB-P-OFFICE ORGANIZ.& CLE/<br>91-44 VB-P-Office Organize/Clean****<br>FUN TIME IN THE STORAGE UNIT!! | 2.50 | |
| 7/29/2014 | BTIME | 5260  / - STAR AUTO SALES OF QUEENS/STAR AUTO SALES OF QUEENS, LLC<br>06-99 INTSER Report Typing<br>UPDATING LETTER | 0.20 | |
| 7/29/2014 | BTIME | 5267  / - STAR TOYOTA/<br>05-61 BUSTAX Federal Tax Return Prep<br>POSTING ADJUSTING ENTRIES   STARTING RETURN<br>YEAHHHHHH MIKE DID THIS RETURN  WITH POSTING THINGS IN THE<br>YELLOW!!! | 3.10 | |

Monday, August 04, 2014   09:00:43 AM                     Page 1                     DAVID KUMOR - Voynow, Bayard, Whyte and
Company, LLP

**CLI TrakTime**                                                                                      **136**

DAVID KUMOR - Voynow, Bayard, Whyte and Company, LLP

Final Timesheet Report for previously unsubmitted periods up to and including Sunday, August 3, 2014
No Sorting Specified

| Date | Action | Client & Project / Work / Comment | Hours | Expense |
|------|--------|-----------------------------------|-------|---------|
| 7/31/2014 | BTIME | 5273  / - STAR HYUNDAI LLC/STAR HYUNDAI LLC<br>06-99 INTSER Report Typing<br>GOING OVER LETTER | 0.60 | |
| 7/31/2014 | BTIME | 5260  / - STAR AUTO SALES OF QUEENS/STAR AUTO SALES OF QUEENS, LLC<br>06-99 INTSER Report Typing<br>GOING OVER LETTER | 0.70 | |
| 7/31/2014 | BTIME | 5266  / - STAR NISSAN INC./<br>06-99 INTSER Report Typing<br>GOING OVER LETTER | 1.60 | |

```
                    Voynow, Bayard, Whyte and Company, LLP                        v.7.00
              DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2014
                    SORT ON CLIENT ID * SELECTED CLIENTS

5261  /     GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR CHRYSLER PLYMOUTH JEEP/                                  DEBBIE
CDATE    WDATE    WORK(CODE)  STAFF NAME     SID RATE    HRS      AMOUNT   SEQ# ACTION
-------------------------------------------------------------------------------------
                 * *  CHARGEABLE FEES  BY CODES/STAFF/        * *

                 POSTING ADJUSTING ENTRIES
05/31/14 05/15/14  5 90 DAVID KUMOR        136 110    0.60       66.00  41368 B H T:
                 ADJUSTING ENTRIES

          136 DAVID KUMOR                           4.50     495.00

02/28/14 01/30/14  5 90 MIKE CORRIGAN      138  75   4.00      300.00  23753 B H T:
                 Entering Trial Balance and creating tax file
                 folder
02/28/14 02/03/14  5 90 MIKE CORRIGAN      138  80   1.00       80.00  24785 B H T:
                 Entered Trial Balance, made the neccassary
                 adjustments
02/28/14 02/04/14  5 90 MIKE CORRIGAN      138  80   0.30       24.00  24788 B H T:
                 Made corrections to trial balance

          138 MIKE CORRIGAN                          5.30     404.00

       BUSTAX Trial Balance Data Inpu                9.80     899.00

06/30/14 06/02/14  5 97 VINCENT BUCOLO     135 110   0.30       33.00  42873 B H T:
                 with kumor finding error why book inc wont tie

          135 VINCENT BUCOLO                         0.30      33.00

08/31/14 07/29/14  5 97 TIMOFEY S. KRAVETS 142 100   1.50      150.00  51269 B H T:

          142 TIMOFEY S. KRAVETS                     1.50     150.00

       BUSTAX Math/Proof Report/Retur               1.80     183.00

08/31/14 08/27/14  5 99 DAVID KUMOR        136 125   0.50       62.50  53475 B H T:
                 SETTING UP FOR E FILE

          136 DAVID KUMOR                            0.50      62.50

       BUSTAX Report Typing                          0.50      62.50

07/31/14 07/07/14  6  1 ROBERT KIRKHOPE    118 180   7.00    1,260.00  52904 B H T:
                 star letters
07/31/14 07/08/14  6  1 ROBERT KIRKHOPE    118 180   3.00      540.00  52905 B H T:
                 star letters
07/31/14 07/23/14  6  1 ROBERT KIRKHOPE    118 180   7.00    1,260.00  52928 B H T:
                 interim
07/31/14 07/24/14  6  1 ROBERT KIRKHOPE    118 180   7.00    1,260.00  52927 B H T:
                 interim

          118 ROBERT KIRKHOPE                        24.00   4,320.00

07/31/14 07/22/14  6  1 VINCENT BUCOLO     135 125   0.20       25.00  51079 B H T:
                 getting stuff ready for

          135 VINCENT BUCOLO                          0.20      25.00

       INTSER Interim Visit Planning               24.20    4,345.00
-------------------------------------------------------------------------------------
26 Sep 2014 09:28              DWIP SORT ON CLIENT ID   5261  /          PAGE: 55
```

CONFIDENTIAL                    VOYNOW_024462

```
                        Voynow, Bayard, Whyte and Company, LLP                v.7.00
                    DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2015
                           SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                        VIVIAN               718-279-1800
CDATE    WDATE     WORK(CODE)  STAFF NAME      SID RATE    HRS      AMOUNT  SEQ# ACTION
--------------------------------------------------------------------------------------
                     * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

                     Prepair for visit.

             75  Bob Seibel                            1.00      210.00

             INTSER Interim Visit Planning            1.00      210.00

06/30/15 06/10/15  6 13 Bob Seibel          75   210   9.00    1,890.00  93286 B H T: ) I
                        Interim Visit.
06/30/15 06/11/15  6 13 Bob Seibel          75   210   9.00    1,890.00  93287 B H T: )
                        Interim Visit.

             75  Bob Seibel                           18.00    3,780.00

06/30/15 06/10/15  6 13 Randall Franzen     83   275   3.00      825.00  93826 B H T: ) I
                        drive to Star for an interim visit
06/30/15 06/11/15  6 13 Randall Franzen     83   275   4.00    1,100.00  93828 B H T: )
                        go to star for an interim visit
06/30/15 06/12/15  6 13 Randall Franzen     83   275   1.50      412.50  93821 B H T: TPR
                        go over all the cost seg info again with Julio
                        and what we can get for a write down

             83  Randall Franzen                       8.50    2,337.50

             INTSER Rev. Ledger & Schedules           26.50    6,117.50

06/30/15 06/11/15  6 20 TIMOFEY S. KRAVETS  142  120   5.00      600.00  91723 B H T:
                        interim

            142 TIMOFEY S. KRAVETS                     5.00      600.00

             INTSER Service Dept Analysis             5.00      600.00

09/30/15 09/10/15  8 32 Kenneth Mann        48   275   0.40      110.00 103039 B H T: TPR
                        review 3115's

             48  Kenneth Mann                          0.40      110.00

02/28/15 02/18/15  8 32 Randall Franzen     83   275   0.50      137.50  77152 B H T:
                        go over the ADP compliance ifof for Mike
03/31/15 02/27/15  8 32 Randall Franzen     83   275   1.20      330.00  77197 B H T:
                        callls from Tony to go over the ACA act and write
                        emails to Mike to go over the situation and the
                        penalty

             83  Randall Franzen                       1.70      467.50

             Other Special Projects(detail)           2.10      577.50

             * * TOTAL FEES                          165.80   34,889.00

                     * *  CHARGEABLE EXPENSES  * *

11/30/14 11/26/14  1  1 Randall Franzen     83                   335.00  66943 B H T:
--------------------------------------------------------------------------------------
06 Oct 2015 15:59              DWIP SORT ON CLIENT ID    5267  /           PAGE: 80
```

CONFIDENTIAL                VOYNOW_024859

```
                        Voynow, Bayard, Whyte and Company, LLP                    v.6.00
                     DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2012
                            SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                      VIVIAN                  718-279-1800
------------------------------------------------------------------------------------
                * *   FEE & EXPENSE SUMMARIES  * *
```

| * CHARGEABLE FEES SUMMARY BY WORK CODE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| BUSINESS TAX ENGAGEMENTS | 111.60 | 22,022.50 | 22,022.50 |
| INTERIM SERVICES | 65.10 | 11,460.00 | 33,482.50 |
| PERSONAL TAX RETURN SERVICES | 2.00 | 500.00 | 33,982.50 |
| SPECIAL PROJECTS-MUST USE MEMO | 31.20 | 7,725.00 | 41,707.50 |
| SYSTEM GENERATED FEES | 0.00 | -38,015.00 | 3,692.50 |
| ** TOTAL | 209.90 | 3,692.50 | |

| * CHARGEABLE FEES SUMMARY BY STAFF | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| | 0.00 | -38,015.00 | -38,015.00 |
| 124 Brett Bausinger | 23.20 | 2,320.00 | -35,695.00 |
| 127 RAFAEL VARGAS | 0.50 | 55.00 | -35,640.00 |
| 132 DOROTHEA BURCH | 0.20 | 10.00 | -35,630.00 |
| 134 MEGAN WAGNER | 0.50 | 50.00 | -35,580.00 |
| 135 VINCENT BUCOLO | 1.00 | 100.00 | -35,480.00 |
| 136 DAVID KUMOR | 10.60 | 1,060.00 | -34,420.00 |
| 48  Kenneth Mann | 0.50 | 125.00 | -34,295.00 |
| 63  Betteann Norris | 0.30 | 22.50 | -34,272.50 |
| 75  Bob Seibel | 88.50 | 16,815.00 | -17,457.50 |
| 83  Randall Franzen | 84.60 | 21,150.00 | 3,692.50 |
| ** TOTAL | 209.90 | 3,692.50 | |

| * CHARGEABLE FEES SUMMARY BY CTRL DATE | HOURS | AMOUNT | TOTAL |
|---|---|---|---|
| 01/31/11 | 0.00 | -1,000.00 | -1,000.00 |
| 02/28/11 | 0.00 | -1,000.00 | -2,000.00 |
| 03/31/11 | 0.00 | -1,000.00 | -3,000.00 |
| 04/30/11 | 0.00 | -1,000.00 | -4,000.00 |
| 05/31/11 | 0.00 | -1,000.00 | -5,000.00 |
| 06/30/11 | 0.00 | -1,000.00 | -6,000.00 |
| 07/31/11 | 0.00 | -1,000.00 | -7,000.00 |
| 08/31/11 | 0.00 | -1,000.00 | -8,000.00 |
| 09/30/11 | 0.00 | -1,000.00 | -9,000.00 |
| 10/31/11 | 8.70 | 1,105.00 | -7,895.00 |
| 11/30/11 | 17.50 | 2,505.00 | -5,390.00 |
| 12/31/11 | 1.00 | -810.00 | -6,200.00 |
| 01/31/12 | 34.70 | 6,165.00 · | -35.00 |
| 02/29/12 | 9.00 | -6,450.00 | -6,485.00 |
| 03/31/12 | 4.00 | -180.00 | -6,665.00 |
| 04/30/12 | 11.20 | 1,740.00 | -4,925.00 |
| 05/31/12 | 30.60 | 4,370.00 | -555.00 |
| 06/30/12 | 34.40 | -3,275.00 | -3,830.00 |
| 07/31/12 | 6.80 | 587.50 | -3,242.50 |
| 08/31/12 | 1.50 | -625.00 | -3,867.50 |
| 09/30/12 | 50.50 | 7,560.00 | 3,692.50 |
| ** TOTAL | 209.90 | 3,692.50 | |

EXHIBIT

tabbies®

84

1/31/23  L.R

```
------------------------------------------------------------------------------------
12 Oct 2012 10:39            DWIP SORT ON CLIENT ID    5267  /       PAGE: 71
```

CONFIDENTIAL

VOYNOW_024898

```
                           Voynow, Bayard & Company, CPAs                    v.6.00
                      DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2011
                            SORT ON CLIENT ID * SELECTED CLIENTS

5267  /      GRP: STAR   PRG BILL FRM: 10 CYC: 12 RATE FACTOR: 1.00 MGMT: 83  56
STAR TOYOTA/                                        VIVIAN             718-279-1800
CDATE   WDATE     WORK(CODE)  STAFF NAME     SID RATE    HRS     AMOUNT  SEQ# ACTION
--------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/       * *
                      calls from Mike to get him info emailed to him
                      for TMCC
12/31/10 12/01/10  5 69 Randall Franzen    83  250    1.50     375.00 869047 ON HOLD
                      calls from Mike K and Vivivan to go over What
                      Steve is doing and how much money is due from
                      owners
12/31/10 12/08/10  5 69 Randall Franzen    83  250    7.00   1,750.00 869066 ON HOLD
                      go to dealership and do tax planning
01/31/11 01/06/11  5 69 Randall Franzen    83  250    0.40     100.00 873442 B H T:
                      go over the preimer Qbooks with Brett
01/31/11 01/27/11  5 69 Randall Franzen    83  250    9.00   2,250.00 874311 B H T:
                      go to NY and do the year end work
01/31/11 01/28/11  5 69 Randall Franzen    83  250    2.00     500.00 874314 B H T:
                      go to NY and do the year end work
01/31/11 12/28/10  5 69 Randall Franzen    83  250    0.80     200.00 870820 B H T:
                      call from  Mike to go over rec from owners and
                      rent on new prperty
02/28/11 02/17/11  5 69 Randall Franzen    83  250    2.00     500.00 877647 B H T:
                      call from Vivian to go over a deal to see how the
                      salesman is paid and how R&R records the deal and
                      where the deal
                      pulls to the financial statemebt
02/28/11 02/22/11  5 69 Randall Franzen    83  250    4.00   1,000.00 879895 B H T:
                      go over Vivian companies work and get the
                      information pulled tobether
03/31/11 02/28/11  5 69 Randall Franzen    83  250    3.00     750.00 885890 B H T:
                      vivian work
03/31/11 03/01/11  5 69 Randall Franzen    83  250    3.00     750.00 885892 B H T:
                      work on Vivian info for her
03/31/11 03/02/11  5 69 Randall Franzen    83  250    1.00     250.00 885911 B H T:
                      go over info for year end with Vivian and get
                      info for Mike
03/31/11 03/07/11  5 69 Randall Franzen    83  250    0.80     200.00 885931 B H T:
                      call from Vivian to go over deal for Mike K again
                      and get ready to call Rich
03/31/11 03/09/11  5 69 Randall Franzen    83  250    1.40     350.00 885945 B H T:
                      calls with Vivian and go over info and calls with
                      Rich to go over gross profit info on the toyota
                      stmt
03/31/11 03/14/11  5 69 Randall Franzen    83  250    2.00     500.00 885980 B H T:
                      go over with Mike K HSA porgrams make call to Jim
                      B to go over these palns if they work
03/31/11 03/15/11  5 69 Randall Franzen    83  250    1.00     250.00 885993 B H T:
                      go over yeare end information
03/31/11 03/24/11  5 69 Randall Franzen    83  250    1.50     375.00 886066 B H T:
                      sent Vivina info via the portal
03/31/11 03/25/11  5 69 Randall Franzen    83  250    1.40     350.00 886070 B H T:
                      calls to David Boretz about the HSA deal and then
                      email Mike info
04/30/11 04/04/11  5 69 Randall Franzen    83  250    1.50     375.00 886204 B H T:
                      go over the status of the trust and Sr and what
                      to do with his income
04/30/11 04/06/11  5 69 Randall Franzen    83  250    2.00     500.00 886193 B H T:
                      varoius calls to Mike Steve S and emails to go
                      over estate and trust and what we need to do
--------------------------------------------------------------------------------------
18 Oct 2011 12:22                   DWIP SORT ON CLIENT ID   5267  /      PAGE: 317
```

*TP*

*FW*

*FW*

*401K*

*401K*

*E*

*E*

CONFIDENTIAL                                      VOYNOW_024930