# EXHIBIT 39

CLIENT NAME STAR SUBARU

CLIENT NO

FILE NAME W/P

PERIOD ENDED 12/31/10

CONFIDENTIAL
VOYNOW_022079
VOYNOW_022079

CLIENT NAME **STAR TOYOTA**

CLIENT NO. _____

FILE NAME **W/P**

PERIOD ENDED **12/31/2012**

VOYNOW_008633
CONFIDENTIAL
VOYNOW_008633

CLIENT NAME  Star Toyota

CLIENT NO  5267

FILE NAME  W/P 2014

PERIOD ENDED  Dec 2014

**SCANNED**
9/12/17

CONFIDENTIAL                    VOYNOW_020872
                                VOYNOW_020872

CLIENT NAME Star Toyota

CLIENT NO. 5267

FILE NAME Year End Workpapers

PERIOD ENDED December 31, 2016

**SCANNED**
9/18/17
*[signature]*

Kraftbill  PO BOX 800 TULSA OK 74101    1-800-331-7230    CC-811-B  BLUE

CONFIDENTIAL

VOYNOW_021332
VOYNOW_021332

CLIENT NAME **STAR TOYOTA**

CLIENT NO. **5267**

FILE NAME **YE 2015**

PERIOD ENDED **DEC 31, 2015**

SCANNED
9/13/17

CONFIDENTIAL

VOYNOW_019628
VOYNOW_019628

CLIENT NAME: Star Hyundai, LLC

CLIENT NO: 5273

FILE NAME: YE 2014

PERIOD ENDED: Dec, 31, 2014

SCANNED
9/12/17

VOYNOW_008522
CONFIDENTIAL
VOYNOW_008522

CLIENT NAME **STAR CHRYSLER**

CLIENT NO. **5261**

FILE NAME **YE 2015**

PERIOD ENDED **DEC 31, 2015**



SCANNED
9/13/17

CC-811-B BLUE

CONFIDENTIAL

VOYNOW_019442
VOYNOW_019442

CLIENT NAME  Star Chrysler Jeep Dodge

CLIENT NO.  5266

FILE NAME  Year end workpapers

PERIOD ENDED  December 31, 2016



**SCANNED**
9/18/17

Kraftbilt  PO BOX 800  TULSA OK 74101    1-800-331-7290    CC-811-B  BLUE

CONFIDENTIAL    VOYNOW_020289
VOYNOW_020289

CLIENT NAME  Star Subaru

CLIENT NO  5260

FILE NAME  YE 2014

PERIOD ENDED  2014, Dec, 31

SCANNED
9/12/17

CONFIDENTIAL                    VOYNOW_020431
VOYNOW_020431

CLIENT NAME  Star Subaru

CLIENT NO.  5266

FILE NAME  Year end work papers

PERIOD ENDED  December 31, 2016

**SCANNED**
9/18/17

Kraftbilt  PO BOX 800  TULSA OK 74101    1-800-331-7290    CC-811-B  BLUE

CONFIDENTIAL

VOYNOW_021110
VOYNOW_021110

CLIENT NAME: Star Nissan

CLIENT NO.: 5266

FILE NAME: YE 2014

PERIOD ENDED: Dec 22, 2014

SCANNED
9/12/17

CLIENT NAME **STAR NISSAN**

CLIENT NO. **5266**

FILE NAME **YE 2015**

PERIOD ENDED **DEC 31, 2015**

SCANNED
9/13/17

kraftbilt  PO BOX 800
TULSA OK 74101       1-800-331-7290                CC–811-B   BLUE

CLIENT NAME **STAR HYUNDAI**

CLIENT NO. **5273**

FILE NAME **YE 2015**

PERIOD ENDED **DEC 31, 2015**

SCANNED
9/13/17

Kraftbilt  PO BOX 800  TULSA OK 74101   1-800-331-7290   CC-811-B   BLUE