# EXHIBIT 41

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
STAR AUTO SALES OF BAYSIDE, INC.
(d/b/a STAR TOYOTA OF BAYSIDE),
STAR AUTO SALES OF QUEENS, LLC
(d/b/a STAR SUBARU), STAR HYUNDAI
LLC (d/b/a STAR HYUNDAI), STAR
NISSAN, INC. (d/b/a STAR NISSAN),
METRO CHRYSLER PLYMOUTH INC. (d/b/a
STAR CHRYSLER JEEP DODGE) STAR AUTO
SALES OF QUEENS COUNTY LLC (d/b/a
STAR FIAT) and STAR AUTO SALES OF
QUEENS VILLAGE LLC (d/b/a STAR
MITSUBISHI),

                        Plaintiffs,

           -against-                      Case No.
                                          18-cv-05775
VOYNOW, BAYARD, WHYTE AND COMPANY         (ERK)(TAM)
LLP, HUGH WHYTE, and RANDALL
FRANZEN,

                        Defendants.
----------------------------------------x

                          February 15, 2023
                          10:37 a.m.
```

Videotaped Deposition of RANDALL FRANZEN, taken by Plaintiffs, held at the offices of Milman Labuda Law Group PLLC, 3000 Marcus Avenue, Suite 3W8, Lake Success, New York, before Lisa Hiesiger, a Shorthand Reporter and Notary Public within and for the State of New York.

Case 1:18-cv-05775-ERK-TAM   Document 126-126   Filed 06/05/24   Page 3 of 9 PageID #: 4420

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Randall Franzen   ---   February 15, 2023

2

A P P E A R A N C E S :


MILMAN LABUDA LAW GROUP PLLC
Attorneys for Plaintiffs
    3000 Marcus Avenue, Suite 3W8
    Lake Success, New York 11042

By:    MICHAEL MULÈ, ESQ.
       JEREMY M. KOUFAKIS, ESQ.
       jeremy@mllaborlaw.com



MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN P.C.
Attorneys for Defendants
    620 Freedom Business Center, Suite 405
    King of Prussia, Pennsylvania 19406

By:    MAUREEN P. FITZGERALD, ESQ.
       mpfitzgerald@mdwcg.com


Also Present:

    JACQUELINE CUTILLO

    ROBERT SEIBEL

    HUGH WHYTE

    MICHAEL KOUFAKIS

    STEVE RAMBAM (Via Teleconference)

    ANDREW GEDACHT, Videographer

                ~oOo~

Case 1:18-cv-05775-ERK-TAM   Document 126-126   Filed 06/05/24   Page 4 of 9 PageID #: 4421

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Randall Franzen  --- February 15, 2023

25

Franzen

approximately 90 percent, that's my best guesstimate.

Q. You used the word "guesstimate." When you say guesstimate, it puts a little less certainty in it. Is it an estimate where you have some basis for that estimate or is it just a wild guess?

A. You're currently asking me a question over a long period of time, these are massive companies, we were doing tax work, we had tax engagements, we had tax audits, we had various things, I cannot stand here and tell you exactly. If you gave me a piece of paper and a computer, I can write down and give you a better guesstimate, but that's what I'm giving you, a guesstimate, but that's what I can only guess based upon your question.

Q. As far as interim visits, that was part of what Voynow did at Star, correct?

A. If I understand your question, what Voynow did at Star was tax engagements. The tax engagements, interim tax engagements, was what we called interim, they were between periods for the year-end. Again large companies, a lot of

Case 1:18-cv-05775-ERK-TAM   Document 126-126   Filed 06/05/24   Page 5 of 9 PageID #: 4422

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Randall Franzen --- February 15, 2023

26

Franzen

income, a lot of tax numbers that had to be calculated and we had big time estimates we had to watch.

New York City was also under, if you made X amount of dollars with the city returns, you had to pay quarterlies as you went. So these interim, tax interim visits were interim between interim periods.

Q. I don't know if that responds to my question. You did have these interim visits, correct?

A. We had tax interim visits between year-ends.

Q. So you're calling them tax interim visits now, other people called them interim visits, right? You've heard other people call it interim visits, right?

A. Repeat your question.

Q. Have you heard other people call these interim visits, not interim tax visits?

A. Yes, I've heard that.

Q. So regardless of what you want to call it, how many times a year did you come to Star for those types of visits?

Case 1:18-cv-05775-ERK-TAM   Document 126-126   Filed 06/05/24   Page 6 of 9 PageID #: 4423

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Randall Franzen --- February 15, 2023

27

1  Franzen
2       A.    We normally came to Star in the
3  interim period as far as anywhere around the June
4  to August/September type time, and again for
5  estimating quarterly taxes, to figure out what
6  was owed.  In our tax interim periods, again call
7  them tax interim periods, whatever you want to
8  call them, it's interim between the tax return
9  periods.
10      Q.    So for that interim period, how many
11 times a year approximately would you visit Star?
12      A.    Normally, and again this is my best
13 guess at this point in time, normally we would
14 show up, I said earlier somewheres between June,
15 July, August, September period for that
16 second/third quarter estimate.
17            Then we would do around
18 November/December, we would be there for the tax
19 planning estimate of time to try to determine
20 again the first quarter, if a first quarter, a
21 January payment was due and what type of tax
22 numbers that had to be paid out at the end of --
23 before the end of the year.
24      Q.    So you'd come in the June to
25 August/September time period, then you would come

Case 1:18-cv-05775-ERK-TAM   Document 126-126   Filed 06/05/24   Page 7 of 9 PageID #: 4424

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Randall Franzen --- February 15, 2023

28

Franzen

again in November/December for tax planning. Would you come any other time of the year?

A. We would show up in January to do the year-end tax work.

Q. So as you sit here today, is your best estimate that on a yearly basis you would come to Star approximately three times a year?

A. Correct.

Q. As far as interim visits, not tax planning, not year-end, approximately how many interim visits would you come to Star, once a year or more than once a year?

A. Again my best guess at this point in time would be we normally would come up once a year between that June/July, whenever the client asked us to come up to that in that period. However, as I stated again, there were other times that we would come up for audits, tax audits, Department of Labor audits, 941 audits, 8300 audits. So there's times that we could be up there an additional period working on an audit, working on what was requested by the client. All related to taxes.

Q. As far as the interim period visit,

Case 1:18-cv-05775-ERK-TAM  Document 126-126  Filed 06/05/24  Page 8 of 9 PageID #: 4425

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Randall Franzen --- February 15, 2023

127

1       Franzen
2  person could have worked on parts, one person
3  could have worked on service, one person could
4  have worked on the part of the interim tax
5  letter.
6       Q.   What is the interim tax letter, is
7  that the interim report, is that what you're
8  referring to?
9       A.   The interim reports, the interim tax
10 letter that's between the two tax periods, that's
11 the interim period.  It gives the letter to the
12 client to figure out what needs to be written
13 off, picked up, adjusted and determine where
14 we're at before the end of the year.
15      Q.   What was the purpose of that interim
16 report or what you call an interim tax letter?
17      A.   I just -- do you want to read back
18 what I just said.  I just said that's what it
19 was.
20           MS. FITZGERALD:  Just read back his
21      answer.
22           (Record read)
23           MS. FITZGERALD:  I think he also said
24      written off.
25      Q.   Do you want to amend your testimony?

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Randall Franzen   ---   February 15, 2023

185

Franzen

A. Yes.

Q. Do you know if there is any follow-up by Voynow as to whether these were actually researched or not or what the result was?

A. Voynow does not follow up, they bring it to their attention. If they want to follow up it's up to the client. It's not what we do. Again it's tax stuff we're looking at again very aged items, are they income, are they liabilities that's really due or they aren't due, that's what we do. Other than that, it's their books and records, not ours.

Q. You can put that aside. I show you what has previously been marked as Exhibit 87 for identification. Can you tell me what that document is?

A. I don't know who -- it's from Bobby and it's going to, I don't know who's personal e-mail that is. I can guess, I don't know. Is it Jackie, I have no idea, I never saw it before.

Q. You are copied on this e-mail, correct?

A. Correct.

Q. It's dated June 12, 2017, the