# EXHIBIT 42

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 3   1:18-CV-05775-ERK-CLP
     ------------------------------------x
 4
     STAR AUTO SALES OF BAYSIDE, INC.
 5   (d/b/a STAR TOYOTA OF BAYSIDE), STAR
     AUTO SALES OF QUEENS, LLC (d/b/a STAR
 6   SUBARU), STAR HYUNDAI LLC (d/b/a
     STAR HYUNDAI), STAR NISSAN, INC. (d/b/a
 7   STAR NISSAN), METRO CHRYSLER
     PLYMOUTH INC. (d/b/a STAR CHRYSLER
 8   JEEP DODGE), STAR AUTO SALES OF
     QUEENS COUNTY LLC (d/b/a STAR FIAT)
 9   And STAR AUTO SALES OF QUEENS
     VILLAGE LLC (d/b/a STAR MITSUBISHI),
10
              Plaintiffs,
11
          v.
12
     VOYNOW, BAYARD, WHYTE AND COMPANY, LLP,
13   HUGH WHYTE, RANDALL FRANZEN AND ROBERT
     SEIBEL.
14
              Defendants.
15   ------------------------------------x
16                    2000 Market Street
                      Philadelphia, Pennsylvania
17
                      September 13, 2022
18                    10:42 a.m.
19
20        DEPOSITION of STEVEN KOUFAKIS, a
21   Plaintiff, held at the above-entitled time and
22   place, taken before Carolyn Crescio, a
23   Professional Shorthand Reporter and Notary
24   Public of the State of Pennsylvania.
25                *     *     *
```

```
                                                    Page 2

 1
 2    A P P E A R A N C E S:
 3
      MILMAN LABUDA LAW GROUP, PLLC
 4    Attorneys for Plaintiffs
           3000 Marcus Avenue
 5         Suite 3W8
           Lake Success, New York 11042
 6    BY: JAMIE FELSEN, ESQ.
 7
 8
      MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, ESQS.
 9    Attorneys for Defendants
           620 Freedom Business Center
10         Suite 300
           King of Prussia, Pennsylvania 19406
11    BY: MAUREEN FITZGERALD, ESQ.
12
13    ALSO PRESENT:
      Jeremy M. Koufakis, Esq.
14    Hugh Whyte
      Randall Franzen
15    Robert Seibel
      Steven Rambam (via phone)
16
17
18
19
20
21
22
23
24
25    Job No. CS5366859
```

```
 1              S. KOUFAKIS
 2   STEVEN KOUFAKIS, the witness herein,
 3   after having been first duly sworn by a Notary
 4   Public of the State of Pennsylvania, was examined
 5   and testified as follows:
 6   BY THE COURT REPORTER:
 7          Q.    Please state your name for the
 8   record.
 9          A.    Steven Koufakis.
10   EXAMINATION
11   BY MS. FITZGERALD:
12          Q.    Good morning, Mr. Koufakis.  My name
13   is Maureen Fitzgerald, and I represent the
14   defendants in a lawsuit that's been filed by the
15   Star entities.
16          Have you ever had your deposition taken
17   before?
18          A.    Yes.
19          Q.    When was that?
20          A.    Many years ago.
21          Q.    In what connection?  What context?
22          A.    It was a thing when my mom passed
23   away.
24          Q.    An estate matter?
25          A.    I'm sorry?
```

Page 44

1  S. KOUFAKIS
2  these written reports that you received from
3  Voynow?
4      A.   At the time, yes.
5      Q.   And did you keep a file or maintain
6  those written reports?
7      A.   No.
8      Q.   Do you have any of those written
9  reports that you claim to have received?
10     A.   No.
11     Q.   What did you do with them?
12     A.   Threw them out.
13     Q.   When did you throw them out?
14     A.   Probably at the end of the year.
15     Q.   So is it fair to say that you would
16 receive reports, let's say, for 2016, you would
17 receive them twice a year, and then would throw
18 them out at the end of 2016?
19          MR. FELSEN:  Objection.
20          Mischaracterization of testimony.
21     A.   Again, when I threw them out, I
22 don't remember.
23     Q.   Well, what about, at some point you
24 were aware that a decision was being made to
25 sue, or a decision was being contemplated to sue