# EXHIBIT 43

Case 1:18-cv-05775-ERK-TAM   Document 126-128   Filed 06/05/24   Page 2 of 9 PageID #: 4433

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Hugh Whyte --- January 31, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
STAR AUTO SALES OF BAYSIDE, INC.
(d/b/a STAR TOYOTA OF BAYSIDE),
STAR AUTO SALES OF QUEENS, LLC
(d/b/a STAR SUBARU), STAR HYUNDAI
LLC (d/b/a STAR HYUNDAI), STAR
NISSAN, INC. (d/b/a STAR NISSAN),
METRO CHRYSLER PLYMOUTH INC. (d/b/a
STAR CHRYSLER JEEP DODGE) STAR AUTO
SALES OF QUEENS COUNTY LLC (d/b/a
STAR FIAT) and STAR AUTO SALES OF
QUEENS VILLAGE LLC (d/b/a STAR
MITSUBISHI),

                Plaintiffs,

    -against-               Case No.
                             18-cv-05775
VOYNOW, BAYARD, WHYTE and COMPANY  (ERK)(TAM)
LLP, HUGH WHYTE, and RANDALL
FRANZEN,

                Defendants.
----------------------------------------x

                January 31, 2023
                10:41 a.m.

    Deposition of HUGH WHYTE, taken by Plaintiffs, pursuant to Notice, held at the offices of Milman Labuda PLLC, 3000 Marcus Avenue, Suite 3W8, Lake Success, New York, before Lisa Hiesiger, a Shorthand Reporter and Notary Public within and for the State of New York.

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Hugh Whyte ---- January 31, 2023

2

A P P E A R A N C E S :


MILMAN LABUDA PLLC
Attorneys for Plaintiffs
   3000 Marcus Avenue, Suite 3W8
   Lake Success, New York 11042

By:    JAMIE FELSEN, ESQ.
       JEREMY M. KOUFAKIS, ESQ.
       jeremy@mllaborlaw.com


MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN P.C.
Attorneys for Defendants
   620 Freedom Business Center, Suite 405
   King of Prussia, Pennsylvania 19406

By:    MAUREEN P. FITZGERALD, ESQ.
       mpfitzgerald@mdwcg.com



Also Present:
   JACQUELINE CUTILLO
   ROBERT SEIBEL
   RANDY FRANZEN

            ~oOo~

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Hugh Whyte --- January 31, 2023

49

1           Whyte
2      flow-through entities and they're enormous
3      companies, and when you're dealing with a
4      37 percent federal tax rate, a 13.3 percent tax
5      rate for California, you'd better make sure
6      you've got the right numbers.
7           Q.   Would it be possible for these types
8      of large companies that you're referring to to do
9      the tax returns from Voynow's office?
10          A.   It's possible.
11          Q.   Approximately how many car
12     dealerships or auto groups did Voynow perform
13     services for during this period of time that
14     we've been discussing?
15          A.   I don't know.  I wouldn't even guess
16     at a count.
17          Q.   Would you say it's in the hundreds?
18          A.   I don't know.
19          Q.   What is the largest auto group that
20     Voynow performed services for during that period?
21               MS. FITZGERALD:  How are you defining
22          large, in terms of revenue, in terms of --
23          Q.   In terms of revenue?
24          A.   Probably Potamkin during that time.
25          Q.   What's the largest in terms of the

Case 1:18-cv-05775-ERK-TAM   Document 126-128   Filed 06/05/24   Page 5 of 9 PageID #: 4436
STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Hugh Whyte --- January 31, 2023

50

1  Whyte
2  number of dealerships within a group?
3      A.   Probably, I don't know, 20 or 30
4  dealerships in a group.
5      Q.   Which group is that that had 20?
6      A.   Probably Potamkin.
7      Q.   What would be the second largest in
8  terms of revenue?
9      A.   Probably Sloane.
10     Q.   Where would you say Star fits in with
11 respect to let's say Potamkin and Sloane?
12     A.   Probably 20 percent of the size.
13     Q.   Where would you say Star fits with
14 respect to all of the dealership groups that
15 Voynow performed services for in terms of size,
16 based on revenue?
17     A.   I wouldn't even be able to guess.
18 You know, you could have a dealership where the
19 fees are 20,000 a year up to fees that are half a
20 million dollars a year, so...
21     Q.   Would you categorize Star as one of
22 Voynow's smaller automotive clients?
23     A.   No.  I always said Star were big
24 businesses and they generated a lot of income.
25 So it was very important for us being in New York

Case 1:18-cv-05775-ERK-TAM   Document 126-128   Filed 06/05/24   Page 6 of 9 PageID #: 4437

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Hugh Whyte   ---   January 31, 2023

51

1                     Whyte
2    and the tax rates up here along with the federal
3    to really be on top of the numbers as far as
4    calculating quarterly estimates.  So with those
5    size dealerships, I think you have to go into the
6    field to do that.
7         Q.   But my question is where would you
8    place Star in terms of size with respect to all
9    of Voynow's automotive group clients?
10        A.   I would say a large group.
11        Q.   Approximately on average, how much
12   would Potamkin pay Voynow on an annual basis for
13   the work Voynow performed?
14             MS. FITZGERALD:  What time period?
15             MR. FELSEN:  During the time period
16        that we've been discussing.
17        A.   350,000.
18        Q.   What services did Voynow perform for
19   Potamkin?
20        A.   Tax services.
21        Q.   Just preparation of tax returns?
22        A.   Uh-huh, yes.
23        Q.   Did Voynow perform financial
24   statement engagements for Potamkin?
25        A.   At some point we did, but then just

Case 1:18-cv-05775-ERK-TAM   Document 126-128   Filed 06/05/24   Page 7 of 9 PageID #: 4438

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Hugh Whyte   ---   January 31, 2023

52

Whyte

went to tax services.

Q.   What about Sloane, how much did, on average, Voynow charge Sloane for the services?

A.   Probably 350.

Q.   What about Star, how much did Voynow charge Star during the period of time on an annual basis?

A.   Probably 100,000.

Q.   What factors go into the decision in terms of how much to charge Voynow clients?

A.   It's really based on how many hours are involved to do the engagement.

Q.   Does Voynow for the period of time that we're talking about have a written engagement with Potamkin and Sloane?

A.   We don't do Potamkin anymore, but during the time we had engagement letters.

Q.   And what did those engagement letters say that Voynow would be doing for Potamkin?

A.   Tax returns.

Q.   That's all that the engagement letter said was that Voynow would perform tax returns?

A.   Yeah, the letter that you showed me with the tax engagement.  With Sloane it's OCBOA

Case 1:18-cv-05775-ERK-TAM   Document 126-128   Filed 06/05/24   Page 8 of 9 PageID #: 4439

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Hugh Whyte --- January 31, 2023

164

1      Whyte
2   of her tax returns and documents
3   reflecting the payment of that invoice --
4   those invoices.
5        Q.    Did Michael Koufakis directly tell
6   you to perform the tax preparation work for any
7   employees?
8             MS. FITZGERALD:  Other than what he
9        just testified.
10       A.    The only one I remember is Paul
11  Provenzano.
12       Q.    He told you specifically to do that?
13       A.    Either me or Randy, one of us.
14       Q.    I know you were at Star only for that
15  initial meeting or that other meeting?
16       A.    Yeah.
17       Q.    Did you have conversations with
18  Michael other than the ones when you were there
19  in person?
20       A.    Yeah.
21       Q.    What kind of conversations would you
22  have with Michael?
23       A.    Michael called me up in April of '17
24  and said, hey, I think we have a problem up here
25  and, you know, I think Vivian was stealing, and

Case 1:18-cv-05775-ERK-TAM   Document 126-128   Filed 06/05/24   Page 9 of 9 PageID #: 4440

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Hugh Whyte --- January 31, 2023

165

1    Whyte
2    he started to describe what was going on, and I
3    said, hey, Mike, look, what you're describing
4    sounds like collusive fraud, you'd better put
5    everybody on hiatus right now until you get your
6    arms around this and see what's going on.  And he
7    said no, no, no, no, Debbie would never steal
8    from me, she is as clean as the wind driven snow.
9    I said, Mike, you're not thinking straight, put
10   everybody on hiatus until you get your arms
11   around this.  So that's the conversation I had
12   with him.
13        Q.   Did you suspect at that point that
14   Debbie or Vivian may have stole from the
15   dealership?
16        A.   I don't know.  All I know is he told
17   me Vivian may have stole a lot of money.  I said
18   is Debbie there.  He said, yeah, but they drive
19   in every day in the same car.  I said, oh, my
20   God, you might have collusive fraud here, just
21   get rid of all these people until you get your
22   arms around this.
23        Q.   When was this conversation?
24        A.   In April of '17.
25        Q.   Did you have any other conversations