# EXHIBIT 44

Page 1

IN THE COURT OF COMMON PLEAS

OF PHILADELPHIA COUNTY, PA

CIVIL DIVISION

* * * * * * * * *

STAR AUTO SALES OF             *
BAYSIDE, INC., et al.,         *
   Plaintiffs                 *   Case No.
   vs.                        *   1:18cv05775ERKCLP
VOYNOW, BAYARD, WHYTE and      *
COMPANY, LLP, et al.,          *
   Defendants                 *
                               *

* * * * * * * * *

DEPOSITION

OF

JACKIE CUTILLO

February 28, 2023

Any reproduction of this transcript
is prohibited without authorization
by the certifying agency.

```
                                                         Page 2

 1                        DEPOSITION

 2                            OF

 3    JACKIE CUTILLO, taken on behalf of the Defendants

 4    herein, pursuant to the Rules of Civil Procedure,

 5    taken before me, the undersigned, Kate Formichelli, a

 6    Court Reporter and Notary Public in and for the

 7    Commonwealth of Pennsylvania, at the law offices of

 8    Marshall Dennehey, 2000 Market Street, Suite 2300,

 9    Philadelphia, Pennsylvania, on Tuesday, February 28th,

10    2023, beginning at 10:21 a.m.

11

12    Job No. CS5778615
```

Page 3

1         A P P E A R A N C E S
2
3    JOSEPH M. LABUDA, ESQUIRE
4    JEREMY M. KOUFAKIS, ESQUIRE
5    Milman Labuda Law Group, PLLC
6    3000 Marcus Avenue, Suite 3W8
7    Lake Success, NY  11042
8        COUNSEL FOR PLAINTIFFS
9
10   MAUREEN P. FITZGERALD, ESQUIRE
11   Marshall Dennehey Warner Coleman & Goggin, PC
12   620 Freedom Business Center, Suite 300
13   King of Prussia, PA  19406-1330
14       COUNSEL FOR DEFENDANTS
15
16
17
18
19
20
21
22
23
24
25

```
                                                      Page 21
 1    Q.    And by which Star entity were you then hired?
 2    A.    Star Nissan, Star Subaru, one of the two.  I
 3    remember the payroll.
 4    Q.    And what position were you hired into?
 5    A.    Billing and DMV.
 6    Q.    And were you hired by Vivian?
 7    A.    Yep.
 8    Q.    Had you met her before?
 9    A.    I don't --- not formally, no.
10    Q.    How long did you work in the capacity as
11    billing/DMV for Star Nissan?
12    A.    Star Nissan and Star Subaru.  I did both stores,
13    but my payroll was one of them.  I just don't remember
14    which one.
15    Q.    Okay.
16          And how long did you work in that capacity?
17    A.    Well, I did that, and then over time they had me
18    become a floating biller for nighttime shifts to cover
19    other people at different stores.  But I was a biller
20    and DMV, regardless of the store, until 2014.
21    Q.    So if I understand your testimony, around
22    February of 2006 until around 2014, you worked doing
23    billing and DMV for Star Nissan and Star Subaru?
24    A.    And any of the other --- and Star Hyundai, if
25    they needed a filler at nighttime, Star Toyota on
```

Veritext Legal Solutions
800-567-8658                                          973-410-4098