# EXHIBIT 47

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\- - -

| | | |
|---|---|---|
| STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR NISSAN, INC.(d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC.(d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLC (d/b/a STAR FIAT) and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI), | : | Civil Action No.: 1:18-cv-05775-ERK-CLP |
| Plaintiffs, | : | |
| vs. | : | |
| VOYNOW, BAYARD, WHYTE AND COMPANY, LLP, HUGH WHYTE, RANDALL FRANZEN AND ROBERT SEIBEL, | : | |
| Defendants. | : | |

\- - -

FRIDAY, SEPTEMBER 23, 2022

\- - -

(Caption continued on page 2.)

Job No. CS5366866

UNITED STATES DISTRICT COURT
EASTER DISTRICT OF NEW YORK

- - -

FRIDAY, SEPTEMBER 23, 2022

- - -

Oral Deposition of JOHN KOUFAKIS, taken at Marshall Dennehey, 2000 Market Street, Suite 2300, Philadelphia, Pennsylvania, commencing at 9:24 a.m., before Lauren Sweeney, a Court Reporter and Notary Public.

- - -

A P P E A R A N C E S:

MILMAN LABUDA LAW GROUP, PLLC
BY: JAMIE S. FELSEN, ESQUIRE
3000 Marcus Avenue
Suite 3W8
New Hyde Park, New York 11042
516-328-8899
jamiefelsen@mllaborlaw.com
Representing the Plaintiffs

MARSHALL DENNEHEY
BY: MAUREEN FITZGERALD, ESQUIRE
620 Freedom Business Center
Suite 400
King of Prussia, Pennsylvania 19406
610-354-8270
mpfitzgerald@mdwcg.com
Representing the Defendants

\- - -

ALSO PRESENT:
RANDALL FRANZEN
ROBERT SEIBEL
JEREMY KOUFAKIS

\- - -

Q. Do you recall receiving something from Voynow that was in turn then passed on to a third party?

A. No. I just don't remember.

Q. Okay. It's possible. You just don't remember?

MR. FELSEN: Objection.

THE WITNESS: It's highly probable. I don't see it signed.

BY MS. FITZGERALD:

Q. Did you ever receive engagement letters or correspondence from Voynow directed to you for purposes of Star Nissan matters?

A. Not that I recall.

MS. FITZGERALD: Let's mark this.

So off the record.

- - -

(There was a discussion held off the record.)

- - -

BY MS. FITZGERALD:

Q. Okay. So we've just taken a break and you've had time to confer with your counsel. I understand you want to --

A. I confused the words on the tax return of, I think it was 2016, "amended with file." Amended means changed, but I don't know -- I guess file means it would