EXHIBIT 48

To: ltsjxx718@aol com[ltsjxx718@aol com]
Cc: Michael Koufakis [mkoufakis@gmail com][mkoufakis@gmail com], Randy Franzen[RFranzen@voynowbayard com]
From: Bob Seibel[RSeibel@voynowbayard.com]
Sent: Mon 6/19/2017 12:46:27 PM Eastern Daylight Time
Subject: CONTROLLER CHECK LIST & PROCEDURES
Attachment: Dealer Internal Control Checklist.docx

Hi Jackie,
Attached is a dealership internal control & procedure checklist, that will be helpful for you to make sure that everything is completed each month for the month end and that the proper procedures are being followed. Once you have a chance to review the list let us know if you have any questions.

Also as a follow up to what we talked about last week:
The integrity of the deposit must not be compromised under any circumstances. Meaning that All cash that is received from customers must be deposited into the bank. Cash is not to be taken out of the cashiers drawer for any reason, and the cash sent by the cashier to the office each day must agree with the R&R cashier edit list. Same for the sales department all cash received from customers must be sent to the office, and must be verified to the daily customer receipts. No money is to be taken out or removed for any reason. Once the cash is sent to the office it must be verified and deposited into the bank. No cash is to be taken out of the deposit for any reason. If any discrepancies are found then immediately follow up and top management must be notified.

We noted cash being taken from the cashier drawer/deposit for lunches, gas, other expenses, etc. etc.
Cash is not to be taken out of the cashier drawer/deposit for these or any other expenditures. The exact amount of cash received from customers must be deposited into the bank.

As we understand it you have already sent a memo to all Star dealership employees to communicate to them that this procedure is now mandatory.

We also recommend, if necessary (and if approved by top management) set up a petty cash box, in the office, and any expenditures that must be paid in cash be paid from the petty cash box. If anyone needs petty cash they must sign for the money and turn in the receipts. If no receipts are turned in then the employee owes the money back to the company.

If you have any questions please let us know.
Thanks

BOB SEIBEL, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY LLP
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000 EX 314
FAX: 215-396-7499
rseibel@voynowbayard.com

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.



EXHIBIT
87
2/8/23   LK