EXHIBIT 50

| Date: | Thu, 25 Feb 2016 11:42:11 PM (UTC) |
|---|---|
| Sent: | Thu, 25 Feb 2016 11:42:09 PM (UTC) |
| Subject: | FW: Metro Chrysler Department of Labor |
| From: | Robert Kirkhope <RKirkhope@voynowbayard.com> |
| To: | mkoufakis@gmail.com; |
| CC: | 'Saleas109@aol.com' <Saleas109@aol.com>; gomena05@aol.com; Randy Franzen <RFranzen@voynowbayard.com>; |
| Attachments: | Star Time Card and Labor Audit 2013 FINAL.xlsm |

To: Steve, Mike, John, Debbie, Vivian

As you aware the department of labor(DOL) is auditing the compensation of salesman for Star Chrysler from 7/1/2012-6/30/15 to verify they are being paid at least minimum wage. The DOL's concern was that salesman were not being paid Minimum wage on a weekly basis. (example: Hours worked x minimum wage rate)(40hours x 7.25= $290)

We were requested by Steve K and Debbie to assist in filling out the required labor sheets with the information provided by Debbie and Nick.

Debbie provided us with the individuals who were salesman for Chrysler for the time being audited. Nick who is the sales manager from Chrysler provided us with the scheduled work hours for the salesman from that time period. For the individuals Nick did not have there scheduled work hours we went by there time card.

We took the information that was provided to us and entered it in the format the department of labor requested.(we used the DOL provided spreadsheet)
We used the following assumptions which your labor attorney Cara O'Sullivan needs to verify before you send this to the DOL.
   1) We used a 1 hour lunch break for each day an employee worked.
   2) If you worked over 10 hours(excluding employees lunch break) then you were entitled to an additional hour of pay at Minimum wage.
   3) Paid overtime for any hours over 40.
   4) We did not take into account for the following:
      a. Sick time
      b. Vacation time
      c. Any Spiffs that were paid and the employee were issued a 1099
   5) That all employees we were given were the only salesman for the time period being audited.
   6) That the schedules Nick provided were the employees only hours.

Based on the estimated calculations the following amounts are owed to the following employees(see below). We have attached the actual calculations for each year. We recommend you have your labor attorney and Debbie go through Our calculations before you send anything to the DOL.

| | 2012 | | 2013 | | | |
|---|---|---|---|---|---|---|
| RODNEY BROWN | 1,565.95 | FLEURANCOIS LUTHERSON | 1,332.54 | ARCHIBALD, MARLON ANTHONY | |
| LUTHERSON FLEURANCOIS | 1,490.00 | PHILIP HAYNES | 1,026.02 | CANNON, TODD | 3,134.35 |
| REGINA LOCKLEY | 2,353.68 | JAMES JACKSON | 631.69 | CLAUDINE, TRACY | |
| ARTHUR ELLNER | 2,363.55 | ERIC KAMINSKY | 761.29 | DIAZ, CHRISTOPHER | 3,751.30 |
| BEN GLIVENS | 2,216.03 | DARWIN LYNCH J | 596.26 | FERNANDEZ, ALEX | 1,571.88 |
| ALI ARIE | 1,252.74 | DEMETRI MCKAY | 1,060.00 | FLEURANCOIS, LUTHERSON | 1,135.65 |
| KRISA STUBBS | 209.57 | BRANSON MULKROW | 915.21 | HAYNES, PHILIP | |
| KERRICK WATTS | 162.50 | LEON RAI | 1,400.82 | LOCKLEY, REGINA | 4,483.03 |
| SALMACOONE MCGRATH | 455.89 | KERRICK WATTS | 2,138.41 | MARENBOROUGH, WILLARD CHAIS | 3,257.58 |
| LEON RAI | 523.31 | CLAJEE ZEPHIS | 1,510.41 | MULKROW, BRANSON | 3,613.67 |
| CLAUDE ZEPHIS | 498.79 | DAVIE ASKARIRAM | 575.00 | RAI, LEON | 1,822.33 |
| | | RODNEY BROWN | 3,320.03 | RAMPERSAD, AKSESH | 2,715.00 |
| | | DARYN PURVIS | 491.08 | SCOTTC, JOSEPH | |

CONFIDENTIAL

| | | | | | | |
|---|---|---|---|---|---|---|
| KEVIN BURTON | 1,184.71 | SERRANGAL, NANDRAM | 2,458.79 |
| ARTHUR ELLNER | 1,416.29 | WRIGHT-RIVERS, ALLAN MALIK | |
| ANGELOS GEORGATOS | 624.00 | ZACHARIA, PETE | 3,729.07 |
| KEISHA STUBBS | 48.80 | ZEPHIS, CLAUDE | |

| TOTAL | 13,094.07 | TOTAL | 19,034.54 | TOTAL | 34,668.55 |
|---|---|---|---|---|---|

THE TOTAL ESTIMATED DEFICENCY IS $83,347.17

It is very important that you discuss the rules and these calculations with your labor attorney before you send anything to the NY DOL.
Also if you paid out any spiffs and issued 1099's that would lower the deficiency.

Any questions please don't hesitate to contact us.
Thanks
Rob


ROBERT KIRKHOPE, CPA
VOYNOW, BAYARD, WHYTE AND COMPANY LLP
1210 NORTHBROOK DRIVE, SUITE 140
TREVOSE, PA 19053
215-355-8000 EX 202
FAX: 215-396-2000
RKIRKHOPE@VOYNOWBAYARD.COM

Notice: IRS Rules of Practice under Treasury Department Circular 230 require us to notify you that any tax advice in this electronic message (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties that may be imposed under the Internal Revenue Code. This correspondence is solely for the use of named addressee(s): any other parties should seek independent tax advice.


The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

CONFIDENTIAL                    VOYNOW_018713