# EXHIBIT 52

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
* * *

STAR AUTO SALES OF BAYSIDE :
INC., (d/b/a STAR TOYOTA  : CASE NO.
OF BAYSIDE), STAR AUTO SALES: 18-cv-05775(ERK)(TAM)
OF QUEENS, LLC, (d/b/a    :
STAR SUBARU) STAR HYUNDAI, :
LLC, (d/b/a STAR HYUNDAI  :
LLC), STAR NISSAN, INC.,  :
(d/b/a STAR NISSAN)), METRO :
CHRYSLER PLYMOUTH, INC.   :
(d/b/a STAR CHRYSLER JEEP :
DODGE), STAR AUTO SALES OF :
QUEENS COUNTY, LLC, (d/b/a :
STAR FIAT) and STAR AUTO  :
SALES OF QUEENS VILLAGE, LLC:
(d/b/a STAR MITSUBISHI),  :
                Plaintiffs :
                          :
                          :
    vs.                   :
                          :
VOYNOW, BAYARD, WHYTE AND :
COMPANY, LLP, HUGH WHYTE  :
and RANDALL FRANZEN,      :
                          :
                Defendants :
* * *

Videotape deposition of MICHAEL CORRIGAN, held at the offices of U.S. LEGAL SUPPORT, 1818 Market Street, 14th Floor, Philadelphia, Pennsylvania 19103, beginning at 10:32 a.m., on Tuesday, October 4, 2022, before Alice T. Mattes, Court Reporter and Notary Public, there being present:

* * *

U.S. LEGAL SUPPORT
Northeast Processing Center
1818 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
(877) 479-2484

```
 1   APPEARANCES:

 2


 3
             MILMAN LABUDA LAW GROUP, PLLC
 4           BY: JOSEPH M. LABUDA, ESQUIRE
                       and
 5           JEREMY M. KOUFAKIS, ESQUIRE
             3000 Marcus Avenue
 6           Suite 3W8
             Lake Success, NY 11042
 7           joe@mllaborlaw.com
             jeremy@mmmlaborlaw.com
 8           -- Representing the Plaintiffs

 9


10

             MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN
11           BY: MAUREEN P. FITZGERALD, ESQUIRE
             620 Freedom Business Center
12           Suite 300
             King of Prussia, PA 19406
13           mpfitzgerald@mdwcg.com
             -- Representing the Defendants
14

15


16

17   ALSO PRESENT: Videographer, Scot Dantzer

18              Jacqueline Cutillo

19              Robert Seibel

20              Steven Rambam (telephonically present)

21

22

23

24

25
```

Michael Corrigan
October 04, 2022

```
 1   Q     So does it make sense that when the
 2   accountant is conducting that audit it will be done
 3   after the client's fiscal year had already ended?
 4         A     Yeah.  I mean, unless there were
 5   services that we did during the year.  But the
 6   report, final report, I guess should have been
 7   completed at the end.  I mean, it should be --
 8   Q     Well, you wouldn't be auditing a physical
 9   inventory before the year end.  Right?
10         A     Yeah.
11               MR. LABUDA:  Objection.  But you can
12         answer.
13   BY MS. FITZGERALD:
14   Q     Do you agree with that?
15         A     Correct.
16   Q     Okay.
17         A     Yeah.
18   Q     Do you have any understanding as to what the
19   difference between an audit and a review and a
20   compilation is?
21         A     I mean, can you tell me more about
22   it.  I mean...
23   Q     Well, I just --
24         A     Yeah.
25   Q     I want to ask -- I just want to know what it
```

```
 1   is you know.  You don't have to -- if you don't
 2   know, you don't know.  That's fine.
 3          A      Yeah.  No.  I mean, I don't know, so.
 4   Q      Okay.
 5          A      Yeah.
 6   Q      So looking at your resume and what you
 7   testified to earlier today, is it fair to say that
 8   your total work experience at a CPA firm was just
 9   under two years?
10          A      Yeah.  I mean, between Cataldo and
11   Voynow, yes.
12   Q      And then you haven't worked at a CPA firm in
13   roughly seven years.
14          A      Correct.
15   Q      Okay.  You were asked questions about
16   engagement letters --
17          A      Yeah.
18   Q      -- that you recall when you were working at
19   Voynow.
20          A      Um-hmm.
21   Q      And as I understand your testimony, you
22   recall that Voynow issued engagement letters, but
23   you don't remember being involved in that process.
24          A      Correct.
25   Q      Okay.
```