# EXHIBIT 53

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
STAR AUTO SALES OF BAYSIDE, INC.
(d/b/a STAR TOYOTA OF BAYSIDE),
STAR AUTO SALES OF QUEENS, LLC
(d/b/a STAR SUBARU), STAR HYUNDAI
LLC (d/b/a STAR HYUNDAI), STAR
NISSAN, INC. (d/b/a STAR NISSAN),
METRO CHRYSLER PLYMOUTH INC. (d/b/a
STAR CHRYSLER JEEP DODGE) STAR AUTO
SALES OF QUEENS COUNTY LLC (d/b/a
STAR FIAT) and STAR AUTO SALES OF
QUEENS VILLAGE LLC (d/b/a STAR
MITSUBISHI),

                              Plaintiffs,

            -against-                       Case No.
                                            18-cv-05775
VOYNOW, BAYARD, WHYTE and COMPANY            (ERK)(TAM)
LLP, HUGH WHYTE, and RANDALL
FRANZEN,

                              Defendants.
---------------------------------------x

                              November 3, 2022
                              10:02 a.m.


        Remote Deposition of BENJAMIN SIDOR,
taken by Plaintiffs, pursuant to Subpoena,
held via Zoom before Lisa Hiesiger, a Shorthand
Reporter and Notary Public within and for the
State of New York.
```

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Benjamin Sidor --- November 3, 2022

2

A P P E A R A N C E S :


MILMAN LABUDA PLLC
Attorneys for Plaintiffs
   3000 Marcus Avenue, Suite 3W8
   Lake Success, New York 11042

By:   JAMIE S. FELSEN, ESQ.
      jamie@mllaborlaw.com
      JEREMY M. KOUFAKIS, ESQ.
      jeremy@mllaborlaw.com


MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN P.C.
Attorneys for Defendants
   620 Freedom Business Center, Suite 405
   King of Prussia, Pennsylvania 19406

By:   MAUREEN P. FITZGERALD, ESQ.
      mpfitzgerald@mdwcg.com


Also Present:

   JACQUELINE CUTILLO

   ROBERT SEIBEL

   RANDY FRANZEN

   HUGH WHYTE

~oOo~

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Benjamin Sidor   ---   November 3, 2022

3

1       Sidor
2       THE COURT REPORTER: The attorneys
3   participating in this deposition
4   acknowledge that I am not physically
5   present in the deposition room and that I
6   will be reporting this deposition
7   remotely.
8       They further acknowledge that, in
9   lieu of an oath administered in person, I
10  will administer the oath remotely.
11      The parties and their counsel consent
12  to this arrangement and waive any
13  objections to this manner of reporting.
14      Please indicate your agreement by
15  stating your name and your agreement on
16  the record.
17      MR. FELSEN:  Jamie Felsen, attorney
18  for the plaintiffs, I consent.
19      MS. FITZGERALD:  Maureen Fitzgerald,
20  attorney for the defendants, also consent.
21  B E N J A M I N   S I D O R, having been first
22  duly sworn by Lisa Hiesiger, a Notary Public, was
23  called as a witness and testified as follows:
24  EXAMINATION BY MR. FELSEN:
25      Q.  Good morning, Mr. Sidor.  My name is

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Benjamin Sidor --- November 3, 2022

16

Sidor

2   A.   2014.
3   Q.   From what school?
4   A.   Bloomsburg University.
5   Q.   Do you have a CPA?
6   A.   No.
7   Q.   Voynow is a CPA firm, correct?
8   A.   Correct.
9   Q.   Have you worked for any other CPA
10  firms other than Voynow?
11  A.   No.
12  Q.   I want to talk a little bit about
13  your employment history.  You graduated in 2014,
14  what was your first job after college?
15  A.   Voynow.
16  Q.   When did you start at Voynow?
17  A.   The fall of '14, I think.
18  Q.   You continued to work at Voynow up
19  until December of 2021, is that correct?
20  A.   That is correct.
21  Q.   Did you hold any other jobs in
22  between the period of fall 2014 through December
23  2021 with any other companies?
24  A.   No.
25  Q.   Why did you stop working at Voynow in

Case 1:18-cv-05775-ERK-TAM  Document 126-138  Filed 06/05/24  Page 6 of 8 PageID #: 4531

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Benjamin Sidor  ---  November 3, 2022

73

Sidor

A. I don't know anyone specific, I can't recall.

Q. So would Voynow refer to the December through September period as tax season?

A. I would call it December till the tax deadline, which would be April, or not December but like January till April 15th is the tax deadline.

Q. Would Voynow refer to any other period of time during the year as some other term?

A. I don't know, I can't remember anything like that.

Q. The deadline for filing a corporate tax return is March 15th, is that correct?

A. I believe so.

Q. Did anybody at Voynow ever refer to anything other than tax season as audit season?

A. I wasn't involved in the 401(k) audits, I don't know what terminology they used.

Q. Did Voynow do any audits other than 401(k) audits?

A. Not to my knowledge.

Q. Did Voynow refer to interim visits as

Case 1:18-cv-05775-ERK-TAM   Document 126-138   Filed 06/05/24   Page 7 of 8 PageID #: 4532

STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Benjamin Sidor  ---  November 3, 2022

74

Sidor

audits?

A. Never.

Q. Did they refer to interim visits as review work?

A. No.

Q. Are you familiar with the term "review work"?

A. In terms of financial statements, I'm familiar with it. What context are you using it in?

Q. Just in terms of the accounting field, are you familiar with the term "review work"?

A. Yes.

Q. What does that mean to you?

A. A review is in my mind has to do with the preparation of financial statements for a client. It's usually there's like levels, it's like below an audit. But sort of give -- like we would do reviewed financial statements, like that kind of thing. That was my experience with it.

Q. What term would you give to interim visits?

A. I'm not sure what other term I would

Case 1:18-cv-05775-ERK-TAM   Document 126-138   Filed 06/05/24   Page 8 of 8 PageID #: 4533
STAR AUTO SALES, et al. v. VOYNOW, BAYARD, et al.
Benjamin Sidor  ---  November 3, 2022

78

Sidor

A. No, it just was client name and then day and that's it.

Q. Were you privy to information about how much clients paid Voynow for their services?

A. For clients that I at the end of my tenure that I worked heavily on, I helped with billing.

Q. And would that be with respect to automotive clients as well?

A. Yes.

Q. So for a tax engagement for one dealership, approximately what would be charged to that dealership for just a preparation of taxes?

MS. FITZGERALD: Object to form.

A. I can't recall exactly the amount.

Q. Do you remember an approximate amount?

A. Not terribly, no.

Q. Do you believe it would be more than $10,000 for one dealership for a tax engagement?

MS. FITZGERALD: Objection.

A. I don't know. I wouldn't think it would be more than 10.