# EXHIBIT 55

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 3   1:18-CV-05775-ERK-CLP
     ------------------------------------------x
 4
     STAR AUTO SALES OF BAYSIDE, INC.
 5   (d/b/a STAR TOYOTA OF BAYSIDE), STAR
     AUTO SALES OF QUEENS, LLC (d/b/a STAR
 6   SUBARU), STAR HYUNDAI LLC (d/b/a
     STAR HYUNDAI), STAR NISSAN, INC. (d/b/a
 7   STAR NISSAN), METRO CHRYSLER
     PLYMOUTH INC. (d/b/a STAR CHRYSLER
 8   JEEP DODGE), STAR AUTO SALES OF
     QUEENS COUNTY LLC (d/b/a STAR FIAT)
 9   And STAR AUTO SALES OF QUEENS
     VILLAGE LLC (d/b/a STAR MITSUBISHI),
10
              Plaintiffs,
11
         v.                     DAY 1
12
     VOYNOW, BAYARD, WHYTE AND COMPANY, LLP,
13   HUGH WHYTE, RANDALL FRANZEN AND ROBERT
     SEIBEL.
14
              Defendants.
15   ------------------------------------------x
16                      2000 Market Street
                        Philadelphia, Pennsylvania
17
                        February 1, 2023
18                      10:38 a.m.
19
20          DEPOSITION of JACQUELINE CUTILLO, a
21   30(b)(6) witness of Star Nissan, held at the
22   above-entitled time and place, taken before
23   Carolyn Crescio, a Professional Shorthand
24   Reporter and Notary Public of the State of
25   Pennsylvania.
     Job No. CS5681760
```

```
 1                    J. CUTILLO
 2   A P P E A R A N C E S:
 3
     MILMAN LABUDA LAW GROUP, PLLC
 4   Attorneys for Plaintiffs
         3000 Marcus Avenue
 5       Suite 3W8
         Lake Success, New York 11042
 6   BY: JOSEPH LABUDA, ESQ.
 7
 8
     MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, ESQS.
 9   Attorneys for Defendants
         620 Freedom Business Center
10       Suite 300
         King of Prussia, Pennsylvania 19406
11   BY: MAUREEN FITZGERALD, ESQ.
12
13   ALSO PRESENT:
     Jeremy M. Koufakis, Esq.
14   Randall Franzen
     Robert Seibel
15   Michael Koufakis (via telephone)
16   Steve Rambam (via telephone)
17
18
19
20
21
22
23
24
25
```

```
                                                    Page 3
 1                     J. CUTILLO
 2    JACQUELINE CUTILLO, the witness
 3    herein, after having been first duly sworn by a
 4    Notary Public of the State of Pennsylvania, was
 5    examined and testified as follows:
 6    BY THE COURT REPORTER:
 7         Q.    Please state your name for the
 8    record.
 9         A.    Jacqueline Cutillo.
10    EXAMINATION
11    BY MS. FITZGERALD:
12         Q.    Good morning, Jacque.
13         A.    Good morning.
14         Q.    I'm Maureen Fitzgerald.  We have met
15    before.
16         We are here today to take the deposition
17    of a corporate representative.  Today we are
18    going to start initially with a corporate
19    representative on behalf of the plaintiff, Star
20    Nissan, Inc., d/b/a Star Nissan.
21         A.    Correct.
22         Q.    Okay.  So we have marked as
23    Exhibit 1 the deposition notice, Nissan 1.
24              (Deposition Notice is received
25              and marked as Exhibit Nissan 1 for
```

```
                                           Page 263

1                J. CUTILLO
2        to be used today, pursuant to a
3        tolling agreement.  So --
4            MS. FITZGERALD:  Okay.
5            MR. LABUDA:  I don't know what to
6        tell you.
7            MS. FITZGERALD:  All right.  Mark
8        the question.
9       Q.    Did the company attempt to have
10   Vivian criminally charged as a result of this
11   scheme?
12           MR. LABUDA:  You heard the
13       question, right, Jacque?
14           THE WITNESS:  The question was:
15       Did Star Nissan choose to charge
16       criminally Vivian in regards --
17      Q.    Did the company attempt to try to
18   have Vivian criminally charged as a result of
19   this scheme?
20      A.    I believe so.
21      Q.    And did it authorize Rosenfield to
22   act on its behalf with regard to law
23   enforcement?
24      A.    I believe so.
25      Q.    And did Rosenfield provide its
```