# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Jamie S. Felsen - Member
Direct E-Mail Address: jamiefelsen@mllaborlaw.com
Direct Dial: (516) 303-1391

April 28, 2025

**VIA ECF**
Honorable Taryn A. Merkl, U.S.M.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re:* **Star Auto Sales of Bayside, Inc.,** *et al.* **v. Voynow, Bayard, Whyte and Co., LLP ("Voynow"),** *et al.*
**Case No.: 1:18-cv-5775 (ERK) (TAM)**

Dear Judge Merkl:

This firm represents the Plaintiffs in the above referenced matter. Defendants join in this request.

In the Court's March 26, 2025 Order, the Court invited the parties to request a referral to the EDNY mediation program or a settlement conference. The parties request an in-person settlement conference before the Court at the Court's convenience. The parties also request that the deadline to file a Pretrial Order by May 9, 2025 be held in abeyance so that the parties can devote their resources to a potential resolution which hopefully will obviate the need to prepare a Pretrial Order.

Respectfully submitted,

/s/ Jamie S. Felsen

cc: All counsel of record