# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Jamie S. Felsen - Member
Direct E-Mail Address: jamiefelsen@mllaborlaw.com
Direct Dial: (516) 303-1391

October 23, 2025

<u>**Via ECF**</u>

Honorable Edward R. Korman, U.S.D.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re:* **Star Auto Sales of Bayside, Inc.,** *et al.* **v. Voynow, Bayard, Whyte and Co., LLP,** *et al.*
<u>**Case No.: 1:18-cv-5775 (ERK) (TAM)**</u>

Dear Judge Korman:

      This firm represents the plaintiffs in the above-referenced matter. Plaintiffs respectfully request an extension of time from October 29, 2025 until December 19, 2025 for the parties to submit the Joint Pre-Trial Order. Defendants do not object to plaintiffs' request.

      The reason for the request is because the undersigned and my partner Joseph Labuda, who is overseeing this matter, have both been busy preparing for a trial before Judge Lewis Liman in the matter *Edelman v. NYU*. The trial will commence on November 17, 2025 and is expected to last at least one (1) week. We have been busy over the past couple of months preparing all of the pretrial submissions, drafting and responding to motions related to a prior trial that was conducted in the matter and motions in limine related to the trial, and will continue to be busy preparing for the trial.

      We have been diligently working to prepare the Joint Pre-Trial Order for the instant case but trial preparation in the *Edelman* matter has interfered with our ability to complete same. Notably, in the instant case more than 300,000 pages were exchanged by the parties which have required and will continue to require substantial work to ensure all exhibits needed for the trial are included in the Joint Pre-Trial Order.

      Respectfully submitted,

      <u>/s/ Jamie S. Felsen</u>

cc: All counsel of record