UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

STAR AUTO SALES OF BAYSIDE, INC.    :    CV No.: 18-05775 (ERK) (CLP)
(d/b/a STAR TOYOTA OF BAYSIDE),    :
STAR AUTO SALES OF QUEENS, LLC    :    JOINT PRE-TRIAL ORDER
(d/b/a STAR SUBARU), STAR HYUNDAI LLC   :
(d/b/a STAR HYUNDAI), STAR NISSAN, INC  :
(d/b/a STAR NISSAN), METRO CHRYSLER  :
PLYMOUTH INC. (d/b/a STAR CHRYSLER  :
JEEP DODGE), STAR AUTO SALES OF    :
QUEENS COUNTY LLC (d/b/a STAR FIAT)  :
and STAR AUTO SALES OF QUEENS    :
VILLAGE LLC (d/b/a STAR MITSUBISHI),  :
    :
          Plaintiffs,   :
    :
      v.    :
    :
VOYNOW, BAYARD, WHYTE    :
AND COMPANY, LLP, HUGH WHYTE,  :
and RANDALL FRANZEN,    :
    :
          Defendants.  :

-------------------------------------------------------------x

1)    A statement of stipulated facts (if any).

None.

2)    Exhibits to be offered in evidence.  Only exhibits listed shall be offered in evidence except for good cause shown.

   a.  Plaintiffs' Exhibits

| Number | Bates Number/Document Name |
|--------|----------------------------|
| 1 | Voynow_011008-Voynow_011013 |
| 2 | Voynow_010987-Voynow_010989 |
| 3 | Voynow_011159-Voynow_011161 |
| 4 | Star00013748-Star00013757 |

| 4A | Metadata for Exhibit 4 |
|---|---|
| 5 | Voynow_024798, voynow_024592, Voynow_024606-024607, Voynow_024640, Voynow_024642, Voynow_024669, Voynow_024670, Voynow_024690,, Voynow_022986 |
| 6 | Voynow_010861, Voynow_008401, Voynow_007807, Voynow_006670, Voynow_008844-008845, Voynow_08828, Voynow_08830, Voynow_0101 Voynow_009297, Voynow_007864 |
| 7 | Voynow_006540, CJ01511, CJ012912, CJ01513-CJ01515 |
| 8 | Voynow_010014, Voynow_012388, Voynow_021153 |
| 9 | Voynow_010991-Voynow_010992 |
| 9A | Voynow_010991 |
| 10 | Star00131796-Star00131806 |
| 11 | Voynow_028266 – Voynow_028268, Voynow_028273 |
| 12 | Voynow_003639 |
| 13 | Voynow_016453 |
| 14 | CJ02960, CJ02990 |
| 15 | AICPA Code of Professional Conduct |
| 16 | Voynow_028266-Voynow_028268, Voynow_028273, Star00131796, Star0013180€ |
| 17 | Star00024913-Star00024931 |
| 18 | Voynow_010965-Star010968 |
| 19 | Voynow_009366-Voynow_009383, Voynow_011159, Voynow_01161 Voynow_021153-Voynow_021154 |
| 19A | Exhibit 19A from 10-3-22 Deposition |
| 20 | Voynow_006591 |
| 21 | Voynow_010861, Voynow_008783, Voynow_008401, Voynow_008826, Voynow_021089, Voynow_019786 Voynow_021625 |

| 22 | Voynow_010612, Voynow_020151, Voynow_007807, Voynow_013271, Voynow_022523, oynow_006670 |
|---|---|
| 23 | Voynow_008844- Voynow_008845; Voynow_008828; Voynow_008830 |
| 24 | Voynow_010729; Voynow_009297; Voynow_007864 |
| 25 | Voynow_010014 –Voynow_009410 |
| 26 | Voynow's Responses to Plaintiffs' First Set of Interrogatories |
| 27 | Voynow's Supplemental Responses to Plaintiffs' First Set of Interrogatories |
| 28 | Voynow_009647, Voynow_009888 -Voynow_009889, Voynow_010642- Voynow_010644 Voynow_006337-Voynow_006338, Voynow_007874- Voynow_007875 |
| 29 | Star00013515 |
| 30 | Voynow_003097 |
| 31 | Voynow_024607-Voynow_024608, Voynow_024620 |
| 32 | Voynow_024932 |
| 33 | Voynow_004058 |
| 34 | Voynow_024303, Voynow_024285, Voynow_024927, Voynow_024931 Voynow_024932, Voynow_024500- Voynow_024501, Voynow_024811, Voynow_024811 Voynow_024810 |
| 35 | Voynow_024874, Voynow_024876- Voynow_024877 |
| 36 | Voynow_017742 |
| 36A | VOYNOW_027483 |
| 36B | VOYNOW_027484 |
| 37 | Exhibit 37 from 10-4-22 Deposition |

| 38 | Voynow_002645 |
|---|---|
| 39 | Voynow_002519, Voynow_002640 |
| 40 | Voynow_024425, Voynow_024769, Voynow_017575 - Voynow_017578, Voynow_017583, Voynow_017595, Voynow_017584, Voynow_017586, Voynow_017582, Voynow_017588-Voynow017589 Voynow_017592, Voynow_017581, Voynow_017580, Voynow_017593, Voynow_017579, Voynow_017596, Voynow_017587, Voynow_017591, Voynow_017597, Voynow_017594, Voynow_017585, Voynow_017590 |
| 41 | Voynow_005177 |
| 42 | Voynow_025501, Voynow_019114, Voynow_019117 |
| 43 | Voynow_001674, Voynow_001987 |
| 44 | Voynow_004518 |
| 45 | Voynow_024825, Voynow_024827, Star00014380 |
| 46 | Voynow_001161- Voynow_001170 |
| 47 | Voynow_024488, Voynow_024779, Voynow_024878, Voynow_024768, Voynow_024876-Voynow_024877, Voynow_024463, Voynow_024876 |
| 48 | VOYNOW_011016-VOYNOW_011018 |
| 48A | Voynow_011016 |
| 49 | Voynow_024436-Voynow_024437, Voynow_024751-Voynow_024752, Voynow_024411, Voynow_024413, Voynow_024423, Voynow_024425 |
| 50 | Voynow_025168, Voynow_025473, Voynow_001244 |
| 50A | VOYNOW_026037 |

| 51 | Star00016334-Star00016347 |
|----|---------------------------|
| 52 | Voynow_003431 |
| 53 | VOYNOW_011787 |
| 54 | VOYNOW_011062 |
| 54A | Metadata for Exhibit 54 |
| 55 | VOYNOW_011157 |
| 56 | Voynow_002411 |
| 57 | Voynow_005458-Voynow_005461, Voynow_025468- Voynow_025472, Voynow_005467- Voynow_005468 |
| 58 | Voynow_005464-<br>Voynow_005465 |
| 59 | VOYNOW_017518; Exhibit 59 from 11-7-22 Deposition |
| 60 | Voynow_025477, Voynow_025458, Voynow_025964, Voynow_026001 |
| 61 | Voynow_025475, Voynow_025474 |
| 62 | VOYNOW_026009 + VOYNOW_026036 |
| 63 | Voynow_024244-Voynow_024245, Voynow_024231- Voynow_024232, Voynow_024459-Voynow_024460, Voynow_024462-<br>Voynow_024463,Voynow_024765, Voynow_024768, Voynow_024872, Voynow_024873, Voynow_024877, Voynow_024436, Voynow_024439, Voynow_024854, Voynow_024859, Voynow_024751, Voynow_024753-Voynow_024754, Voynow_024411, Voynow_024413, Voynow_024423, Voynow_024425 |
| 64 | Voynow_024411- Voynow_024414; Voynow_024843- Voynow_024844 |

| 65 | VOYNOW 025440 |
| 66 | VOYNOW 025443 |
| 67 | VOYNOW 004554 – VOYNOW 004568 |
| 68 | VOYNOW 004328 |
| 69 | VOYNOW 011329 |
| 69A | Metadata for Exhibit 69 |
| 70 | Voynow_024470, Voynow_024473, Voynow_024776, Voynow_024778 |
| 71 | Voynow_027243, Voynow_027266, Voynow_027293, Voynow_027304, Voynow_027332, Voynow_027350 |
| 72 | Voynow_011150, Voynow_011289 |
| 72A | Metadata for Exhibit 72 |
| 73 | Voynow_010962-Voynow_010964, Voynow_010969, Voynow_011041, Voynow_011046-Voynow_011051, Voynow_010940-Voynow_010941, Voynow_011035-Voynow_011040 |
| 74 | Voynow_003097 |
| 75 | Voynow_003097 |
| 76 | Voynow_025770; Voynow_026329 |
| 77 | Voynow_019159.xls |
| 77A | Metadata for Exhibit 77 |

| | |
|---|---|
| 78 | Exhibit 78 from 11-15-22 Deposition |
| 79 | VOYNOW 024775; VOYNOW 024871 |
| 80 | Star00017162, Star00017165, Star00017167, Star00017169, Star00017179, Star00017187, Star00017190, Star00017192, Star00017204-Star00017206, Star00019327-Star00019328, Star00019336, Star00019350- Star0009353, Star00019356, Star00090064, Star00090077, Star00090085, Star00090143 Star00090158, Star00090167 |
| 81 | Voynow_024522-Voynow_00024523, Voynow_024499-Voynow_024500, Voynow_024487- Voynow_024488, Voynow_024470 Voynow_024471,Voynow_024459-Voynow_024460 |
| 82 | VOYNOW 013864 – VOYNOW 013865 |
| 83 | VOYNOW 027376 |
| 84 | VOYNOW 024898 |
| 85 | VOYNOW 002328 |
| 86 | VOYNOW 024899 – VOYNOW 024900 |
| 87 | STAR00013746 |
| 88 | Defendants' Response to Plaintiffs' First Request for Production of Documents |
| 89 | VOYNOW 025389 |
| 90 | Voynow_007887, Voynow_008152, Voynow_008338, Voynow_006317 |
| 91 | Voynow_003619 |
| 92 | Voynow_026760- Voynow_026768 |

| 93 | Voynow_026348 |
|---|---|
| 94 | Voynow_003879-Voynow_023893 |
| 95 | Voynow_005047 |
| 96 | Voynow_003606-Voynow_003609 |
| 97 | Voynow_003393-Voynow_003394 |
| 98 | Voynow_024245 |
| 99 | Voynow_004982 |
| 100 | Voynow - Dfts Responses to First Set of ROGS (139475635_1) |
| 101 | STAR 00133273 |
| 102 | Voynow_024669, Voynow_024267, Voynow_024462, Voynow_024439 |
| 103 | Voynow_024490- Voynow_024491 |
| 104 | VOYNOW 005219 – VOYNOW 005225 |
| 105 | STAR00158278 |
| 106 | VOYNOW_011058 |
| 107 | VOYNOW_011065 |
| 108 | VOYNOW_018331, VOYNOW_011069 |

| 109 | VOYNOW_011106 |
|-----|---------------|
| 110 | VOYNOW_011152 |
| 111 | VOYNOW_011164 |
| 112 | VOYNOW_011200 |
| 113 | VOYNOW_011228 |
| 114 | VOYNOW_011298 |
| 115 | VOYNOW_011545 |
| 116 | VOYNOW_011752 |
| 117 | VOYNOW_011132 |
| 118 | VOYNOW_011289 |
| 119 | STAR 00015994; STAR 00024244 |
| 120 | STAR 00016348- STAR 00016355 |
| 121 | Star 00131085 |
| 122 | VOYNOW 004572; VOYNOW 003672 |
| 123 | VOYNOW 006842 – VOYNOW 00843 |
| 124 | VOYNOW 014946; VOYNOW016330 |

| 125 | Voynow_024857, Voynow_024876- Voynow_024877, Voynow_024901-Voynow_024903, Voynow_024930-Voynow_024932 |
| 126 | VOYNOW 021149 – VOYNOW 021152 |
| 127 | STAR 00148444 |
| 128 | VOYNOW 005043 |
| 129 | VOYNOW 002391 |
| 130 | VOYNOW 022522 |
| 131 | STAR 013552 |
| 132 | VOYNOW 022484 – VOYNOW 022493 |
| 133 | VOYNOW 022474 – VOYNOW 022483 |
| 134 | VOYNOW 022473 |
| 135 | Star 00029958 - Star 00029959 |
| 136 | VOYNOW_024815 - VOYNOW_024908 |
| 137 | VOYNOW_024532 - VOYNOW_024725 |
| 138 | VOYNOW_024387 - VOYNOW_024531 |
| 139 | VOYNOW_024726 –VOYNOW_024814 |
| 140 | VOYNOW_024307 – VOYNOW_024532 |

| 141 | VOYNOW_022329-VOYNOW_024386 |
| 142 | Revised Exhibit A from Plaintiffs' Amended Responses and Objections to Defend... Second Set of Interrogatories dated March 17, 2023 |
| 144 | Voynow_009020, Voynow_008825, Voynow_008985, Voynow_009607, Voynow_007877 |
| 145 | Voynow_027433-Voynow_027434 |
| 146 | 2019-04-22 030 Defendants' Answer and Counterclaims with Exhibits A-F |
| 147 | Voynow_001674, Voynow_002402 - Voynow_002405, Voynow_024245, Voynow_024403 |
| 148 | Voynow_006540, Voynow_006670, Voynow_007864, Voynow_007874-Voynow_007875, Voynow_008338, Voynow_008401, Voynow_008783, Voynow_008828, Voynow_008830, Voynow_009410, Voynow_009888 Voynow_009889, Voynow_010014, Voynow_012388, Voynow_012912, Voynow_020151, Voynow_021089, Voynow_021153, Voynow_022986, Voynow_024437, Voynow_024439, Voynow_024607, Voynow_024669-Voynow_024470, Voynow_024690, Voynow_024752-Voynow_024754, Voynow_024798, Voynow_024825, Voynow_024827, Voynow_024859 |
| 149 | Thompson Auto Theft Article |
| 150 | Voynow_006298-Voynow_006300 |
| 151 | Voynow_021095, Voynow_005730-Voynow_005735 |
| 152 | Voynow_020394 |
| 153 | Voynow_022352- Voynow_022354 |
| 154 | Voynow_022342- Voynow_022351 |
| 155 | Voynow_022336-Voynow_022341 |

| | |
|---|---|
| 156 | Voynow_022330-Voynow_022335 |
| 157 | Star00162434-Star00162437 |
| 158 | Voynow_002402-Voynow_002405 |
| 159 | Star00162376-Star00162377 |
| 160 | Star00162418-Star00162419 |
| 161 | Star00162427 |
| 162 | Star00162429-Star00162430 |
| 163 | Voynow_020607-Voynow_020707 |
| 165 | Exhibit 165 from 6-22-23 Deposition |
| 166 | Star00090298, Star00090297, Star00090296, Star00090295, Star00090380, Star00090378, Star00090376, Star00090374, Star00090372, Star00090206, Star00090203, Star00090198, Star00090325, Star00090326, Star00090327, |
| 167 | Star00159208-Star00159321 |
| 168 | Voynow_028389-Voynow_028393 |
| 169 | Voynow_024311, Voynow_024334, Voynow_024437-Voynow_024438, Voynow_024462, Voynow_024490-Voynow_024491, Voynow_024513, Voynow_024573, Voynow_024574-Voynow_024575, Voynow_024606 Voynow_024608, Voynow_024620, Voynow_024632, Voynow_024642, Voynow_024670, Voynow_024699, Voynow_024753, Voynow_024811, Voynow_024817-Voynow_024819, Voynow_024846, Voynow_024857-Voynow_024860, Voynow_024879, Voynow_024898, Voynow_024930, Voynow_024932 |
| 170 | Voynow_007457-Voynow_007476 |

| | |
|---|---|
| 172 | Voynow_007359-Voynow_007381 |
| 173 | Voynow_008832-Voynow_088846 |
| 174 | Voynow_028343-Voynow_028345 |
| 174A | Voynow_035156-Voynow_035161 |
| 175 | Voynow_021771-Voynow_021773 |
| 176 | Voynow_028642, Voynow_028639 |
| 177 | Voynow_008095 |
| 178 | Voynow_008131-Voynow_008133 |
| 179 | Voynow_020873-Voynow_020895 |
| 180 | Star00161861-Star00161863 |
| 181 | Voynow_028645 |
| 182 | Voynow_029832 |
| 183 | Voynow_035258 |
| 184 | VOYNOW_035330 – VOYNOW_025352 |
| 185 | Star's September 15, 2023 Expert Report |
| 185A | Star's November 20, 2023 Supplemental Expert Report |

| | |
|---|---|
| 185B | Spreadsheet to Star's Expert Report |
| 186 | Affidavit of Douglas P. Sosnowski<br>rebuttal to defendants' expert reports |
| 187 | Expert Report of Stephen J. Scherf, CPA/CFF, CFE<br>September 15, 2023 |
| 188 | Rebuttal Expert Report by<br>Stephen J. Scherf, CPA/CFF, CFE, CVA<br>November 10, 2023 |
| 189 | Voynow_024836, Voynow_024563, Voynow_024400, Voynow_024443, Voynow_024881, Voynow_024595, Voynow_024884, Voynow_024625, Voynow_024477, Voynow_024907, Voynow_035163, Voynow_035165, Voynow_035262 |
| 190 | Deposition Exhibit 190 – Statement on Standards for Consulting Services |
| 191 | STAR 00071190; STAR 0071198 |
| 192 | STAR 000148463 - STAR 000148464 |
| 193 | Star00025704, Capitalone_00331, Capitalone_00333, Capitalone_00037 |
| 194 | Star00025738, Star00019084-Star00019085, M&T 0284-M&T 0287 |
| 195 | Star001322873-Star00132875, Star00028979, Star000131598-Star000131599, Star00131597, Star00131605-Star00131612, Star00013808, Star00131603-Star00131604 |
| 196 | Star00130384, Star00130391-Star00130394, Star00130396, Star00142475, Star00142476 |
| 197 | Star00130377, Star00130420, Star00130457, Star00142441, Star00142474, Star00142476 |
| 198 | Star00142442-Star00142444, Star00142447, Star00161004, Star00142471, Star00142470, Star00142469, |
| 199 | Star00142463, Star00142465-Star00142466, Star00142449, Star00142477-Star00142497 |

| 200 | Star00157478-Star00157493, Star00148608-Star00148611, Star00148779-Star00148784, Star00148411-Star00148444, Star00148451-Star00148472, Star00157507-Star00157552, Star00157422-Star00157449, Star00157553-Star00157574, Star00157450-Star00157473, Star00157575-Star00157635 |
|---|---|
| 201 | Star00207713, Star00207717, Star00209098-Star00209100 |
| 202 | Star00158230-Star00158269 |
| 203 | Voynow_030885-Voynow_030892 |
| 204 | VOYNOW_006616 - VOYNOW_006622; STAR00025696 |
| 205 | Scherf's Expert Report in Cupersmith 9-17-2015 |
| 206 | Petruzziello Expert Report |
| 207 | Petruzziello Expert Rebuttal Report |
| 208 | Carmen Jones Deposition Exhibit 24 Reverse Deposit Example |
| 209 | Star 0026718 – Star 0026725 |
| 210 | Star00208714-Star00208715, Star00208788-Star00208793, Star00208815-Star00208826, Star00208836-Star00208837, Star00208844-Star00208846, Star00208846-Star00208859- Star00208879, Star00208881-Star00208905, Star00208912-Star00208937, Star00208942-Star00209502 |
| 211 | Star00207663-Star00207664, Star00207668-Star00207671, Star00207675-Star00207681, Star00207683,Star00207688, Star00207691-Star00207697, Star00207703, Star00207710-Star00207717, Star00207724-Star00207734, Star00207740, Star00207744-Star00207754, Star00207759-Star00207760, Star00207765-Star00207769 |
| 212 | Voluminous Summary of Existing Exhibits - Employee Advance Scheme Summary Spreadsheet |
| 213 | Star001422442-Star00142448, Star00142469-Star00142471, Star00161004 Star00211146 |

| | |
|---|---|
| 214 | Star00016250-Star00016253, Star00017977-Star00017981, Star00019084-Star00019085, Star00019112, Star00025666-Star00025681, Star00025685, Star00025698-Star00025706, Star00025708-Star00025715, Star00025719-Star00025745, Star00031260-Star00031265, Star00031267, Star00031271-Star00031276, Star00031278-Star00031297, Star00130375, Star00133246-Star00133256, Star00133259-Star00133260, Star00162152-Star00162153 |
| 215 | Capitalone_00006-Capitalone_00007, Capitalone_00015, Capitalone_00018, Capitalone_00023, Capitalone_00033, Capitalone_00037, Capitalone_00040, Capitalone_00041, Capitalone_00331, Capitalone_00333, Capitalone_00348, Capitalone_00586-Capitalone_00590, Capitalone_00592-Capitalone_00593, Capitalone_00606, Capitalone_00608, Capitalone_00610, Capitalone_00612, Capitalone_00614, Capitalone_00616, Capitalone_00622, Capitalone_00624, Capitalone_00626, Capitalone_00628, Capitalone_00630, Capitalone_00632 |
| 216 | HSBC0104-HSBC0105, HSBC0113-HSBC0114, HSBC0119-HSBC0120, HSBC0122-HSBC0123, HSBC0129-HSBC1030, HSBC0132-HSBC0133 HSBC0138-HSBC0139, HSBC0141-HSBC0142, HSBC0153-HSBC0154 HSBC1271-HSBC1272 |
| 217 | M&T0244-M&T0246, M&T0248-M&T0251, M&T0260-M&T0267, M&T0272-M&T0287, M&T0296-M&T0299, M&T0304-M&T0315, M&T0320-M&T0323 |
| 218 | STAR 00013781 – STAR 00133309 (1,303 pages but numbered consecutively) |
| 219 | Voluminous Summary of Existing Exhibits - Spreadsheet PTSN Scheme Nissan |
| 220 | Voluminous Summary of Existing Exhibits - Spreadsheet PTSN Scheme Toyota |
| 221 | Star00130505-Star00130561, Star00142449-Star00142473, Star001424477-Star00142506 |
| 222 | Star00130377, Star00130420-Star00130422, Star00130430, Star00130432-Star00130433, Star00130440-Star00130441, Star00130443-Star00130445, Star00130457, Star00130460-Star00130461, Star00130463, Star00130472, Star00142441, Star00142474, Star00142476 |
| 223 | Star00130384-Star00130401, Star00130404-Star00130406, Star00130411, Star00130413, Star00142475-Star00142476, Star00154035 |

| 224 | STAR 00133699-STAR 00133701 |
|-----|------------------------------|
| 225 | STAR 00157760 – STAR 00158575 |
| 226 | STAR 00148609 – STAR 00148611 |
| 227 | STAR 00148780 – STAR 00148784 |
| 228 | STAR 00148895 – STAR 00148896 |
| 229 | STAR 00148898 – STAR 00149987 |
| 230 | STAR 00149989 – STAR 00151450 |
| 231 | STAR 00148054– STAR 00148410 |
| 232 | STAR 00148412- STAR 00148420 |
| 233 | STAR 00148422 |
| 234 | STAR 00148444 |
| 235 | STAR 00148446 – STAR 00148450 |
| 236 | STAR 00148452 - STAR 00148472 |
| 237 | STAR 00148474 – STAR 00148478 |
| 238 | STAR 00148480 – STAR 00148540 |
| 240 | STAR 0026676, STAR 00151867 – STAR 00151868 |

| 241 | STAR 0026627 |
|---|---|
| 242 | STAR 0026586 - STAR 0026587; STAR 0026591 - STAR 0026592; STAR 002659 STAR 0026595; STAR 00**159616 – STAR 00160299** |
| 243 | Voluminous Summary of Existing Exhibits - All wires from Motorsports Advertising to New Vision |
| 244 | STAR 00151852 |
| 245 | STAR 00151872 – STAR 9915874 |
| 246 | STAR 00151890 – STAR 151907 |
| 247 | EB002561 – EB003229 |
| 248 | STAR 00156373 – STAR 00156522 |
| 249 | STAR 00151806; STAR 154034 |
| 250 | CJ 08547 – CJ 08550 |
| 251 | CJ 02816 – CJ 11600 |
| 252 | CJ 11601 – CJ 10819 |
| 253 | CJ 08544 |
| 254 | CJ 06193- CJ 06194 |
| 255 | CJ 12937 |
| 256 | STAR 00143716 – STAR 00143772 |

| 257 | STAR 00156296 – STAR 00156325 |
| 258 | STAR00157758 |
| 258A | STAR00157759 |
| 259 | STAR 00156702 – STAR 00156727; STAR 00158581 |
| 260 | STAR 00156577 – STAR 00156699; STAR 00158582 |
| 261 | STAR 00156700 – STAR 00156701 |
| 262 | STAR 00156326 – STAR 00156330; STAR 00158577 |
| 263 | STAR 00156737 – STAR 00156770; STAR 00158584 |
| 264 | STAR 00156728 – STAR 156736 |
| 265 | STAR 00156523 – STAR 00156576; STAR 00158576 |
| 266 | Star00158579 |
| 267 | STAR 00157647 – STAR 00157649 |
| 268 | STAR 00157645 – STAR 00157646 |
| 269 | Voluminous Summary of Existing Exhibits - Gift cards scheme |
| 270 | STAR 00156908 – STAR 00156932 |
| 271 | STAR 00157174 – STAR 00157186 |

| | |
|---|---|
| 272 | STAR 00156958 – STAR 00156979 |
| 273 | STAR 00157234 – STAR 00157248 |
| 274 | STAR 00157276 – STAR 00157353; STAR 00158579 |
| 275 | STAR 00157058 – STAR 00157071 |
| 276 | STAR 00157072 – STAR 00157087 |
| 277 | CJ 08777 - CJ 08779; CJ 08788 – CJ 08792; CJ 08805 – CJ 08813; CJ 11307 CJ 11315; CJ 11330 – CJ 11331; CJ 11338 – CJ 11339 |
| 278 | CJ 11345 – CJ 11373; STAR 00161440 – STAR 00161459; STAR 00161462 STAR 00161476; STAR 00161479 – STAR 00161495; STAR 00161497 – STAR 00161516 |
| 279 | CJ 11374 |
| 280 | CJ 11375 – CJ 11399 |
| 281 | STAR 00124685 – STAR 00124695 |
| 282 | Star 00124696 – STAR 00124873 |
| 283 | STAR 00161432 – STAR 00161434; STAR 00209527 – STAR 00209530 |
| 284 | STAR 00161477 |
| 285 | STAR 00161439; STAR 00161461; STAR 00161478; STAR 00161496 |
| 286 | STAR 00209519 – STAR 00209526 |
| 287 | CJ11344-CJ11374 |

| 288 | Summary of Voluminous Existing Exhibits - reverse deposit scheme |
| 289 | NAMC_VOYNOW_00000868 |
| 290 | CJ 13057 -CJ 13118; CJ 13118; CJ 10680 – CJ 10779; CJ 07295 – CJ 07384; 10045 - CJ 10106 |
| 291 | CJ 11405 – CJ 11423; CJ 06665 – CJ 06796; CJ 05704 – CJ 05774; CJ 0109; CJ 01190; CJ 05952 – CJ 06063; CJ 07555 – 07642; CJ 03699 – CJ 0379; CJ 012120 – CJ 012212; CJ 10457 – CJ 10550; CJ 02991 – CJ 03090; CJ 09; – CJ 09163; CJ 13019 – CJ 013056 |
| 292 | CJ06290 – CJ06304 |
| 293 | M. Koufakis Deposition Exhibit 7 |
| 294 | M. Koufakis Deposition Exhibit 8 |
| 295 | M. Koufakis Deposition Exhibit 13 |
| 296 | M. Koufakis Deposition Exhibit 14 |
| 297 | M. Koufakis Deposition Exhibit 15 |
| 298 | S. Koufakis Deposition Exhibit 5 |
| 299 | Nissan 30(b)(6) Deposition Exhibit 16 |
| 300 | Nissan 30(b)(6) Deposition Exhibit 21 |
| 301 | Nissan 30(b)(6) Deposition Exhibit 23 |
| 302 | Nissan 30(b)(6) Deposition Exhibit 24 |
| 303 | Nissan 30(b)(6) Deposition Exhibit 25 |

| | |
|---|---|
| 304 | Nissan 30(b)(6) Deposition Exhibit 26 |
| 305 | Nissan 30(b)(6) Deposition Exhibit 27 |
| 306 | Nissan 30(b)(6) Deposition Exhibit 28 |
| 307 | Nissan 30(b)(6) Deposition Exhibit 29 |
| 308 | Nissan 30(b)(6) Deposition Exhibit 30 |
| 309 | Nissan 30(b)(6) Deposition Exhibit 31 |
| 310 | Toyota 30(b)(6) Deposition Exhibit 2 |
| 311 | Toyota 30(b)(6) Deposition Exhibit 7 |
| 312 | Toyota 30(b)(6) Deposition Exhibit 10 |
| 313 | Toyota 30(b)(6) Deposition Exhibit 11 |
| 314 | Chrysler 30(b)(6) Deposition Exhibit 3 |
| 315 | Chrysler 30(b)(6) Deposition Exhibit 4 |
| 316 | Chrysler 30(b)(6) Deposition Exhibit 5 |
| 317 | Chrysler 30(b)(6) Deposition Exhibit 10 |
| 318 | Chrysler 30(b)(6) Deposition Exhibit 12 |
| 319 | J. Cutillo Dep. Exhibit 6 |

| | |
|---|---|
| 320 | J. Cutillo Dep. Exhibit 8 |
| 321 | J. Cutillo Dep. Exhibit 9 |
| 322 | J. Cutillo Dep. Exhibit 10 |
| 323 | J. Cutillo Dep. Exhibit 12 |
| 324 | K. Seltzer Dep. Exhibit 1 |
| 325 | K. Seltzer Dep. Exhibit 3 |
| 326 | K. Macias Dep. Exhibit 1 |
| 327 | K. Macias Dep. Exhibit 2 |
| 328 | D. Sosnowski Dep. Exhibit 2 |
| 329 | D. Sosnowski Dep. Exhibit 6 |
| 330 | D. Sosnowski Dep. Exhibit 8 |
| 331 | D. Sosnowski Dep. Exhibit 9 |
| 332 | NMAC_VOYNOW-00000868 |
| 333 | STAR00142753- STAR00142762 |
| 334 | Voynow_011296 |
| 335 | Defendants' Response to Plaintiffs' Second Request for Production of Documents |

| | |
|---|---|
| 336 | Defendants' Response to Plaintiffs' Third Request for Production of Documents |
| 337 | Defendants' Response to Plaintiffs' Fourth Request for Production of Documents |
| 338 | STAR 00151829-STAR 00151836; STAR 00151869 |
| 339 | Despina Theocharis guilty plea |
| 340 | Carmen Jones Verdict Sheet and Judgment |
| 341 | VOYNOW_035616- VOYNOW 035640 |
| 342 | Douglas Filardo guilty plea and confession of judgment |
| 343 | Tolling agreements |
| 344 | V. Karouzakis estate judgment |
| 345 | STAR 00159438 – STAR 00159444 |
| 346 | STAR 00159438 – STAR 0015911 |
| 347 | STAR 00157760 – STAR 00157814 |
| 348 | STAR 00157815 – STAR 00157862 |
| 349 | STAR 00157863 – STAR 00157913 |
| 350 | STAR 00157914 – STAR 00157961 |
| 351 | STAR 00157962 – STAR 00158008 |

| 352 | STAR 00158009 – STAR 00158068 |
| --- | --- |
| 353 | STAR 00158069 – STAR 00158116 |
| 354 | STAR 00158116 – STAR 00158157 |
| 355 | STAR 00158158 – STAR 00158195 |
| 356 | STAR 00158196 – STAR 00158229 |
| 357 | STAR 00158230 – STAR 00158269 |
| 358 | STAR 00158405 – STAR 00158514 |
| 359 | STAR 00158270 – STAR 00158277 |
| 360 | STAR 00158278 – STAR 00158313 |
| 361 | STAR 00158314 – STAR 00158327 |
| 362 | STAR 00158328 – STAR 00158349 |
| 363 | STAR 00158350 - STAR 00158363 |
| 364 | STAR 00158364 - STAR 00158373 |
| 365 | STAR 00158516 - STAR 00158531 |
| 366 | STAR 00158532 - STAR 00158561 |
| 367 | STAR 00158374 - STAR 00158377 |

| | |
|---|---|
| 368 | STAR 00158378 - STAR 00158381 |
| 369 | STAR 00158382 - STAR 00158389 |
| 370 | STAR 00158390 - STAR 00158398 |
| 371 | STAR 00158563 - STAR 00158575 |
| 372 | [STAR00158729 - STAR00158785] |
| 373 | [STAR00158786 - STAR00158923] |
| 374 | [STAR00158924 - STAR00159033] |
| 375 | [STAR00159034 - STAR00159207] |
| 376 | [STAR00159208 - STAR00159321] |
| 377 | [STAR00159322 - STAR00159375] |
| 378 | [STAR00159376 - STAR00159425] |
| 379 | [STAR00029752 - STAR00030002] |
| 380 | [STAR00030195 - STAR00030247] |
| 381 | [STAR00030463 - STAR00030583] |
| 382 | [STAR00030584 - STAR00030752] |
| 383 | [STAR00030787 - STAR00030970] |

| | |
|---|---|
| 384 | [STAR00031460 - STAR00033331] |
| 385 | [STAR00125953 - STAR00130113] |
| 386 | [STAR00130114 - STAR00130369] |
| 387 | [STAR00132604 - STAR00132963] |
| 388 | [STAR00142763 - STAR00143210] |
| 389 | [STAR00143211 - STAR00143610] |
| 390 | [STAR00148443 - STAR00148444] |
| 391 | [STAR00161836 - STAR00161874] |
| 392 | [STAR00161882 - STAR00161962] |
| 393 | [STAR00161964 - STAR00162011] |
| 394 | [STAR00162012 - STAR00162024] |
| 395 | [STAR00162025 - STAR00162038] |
| 396 | [STAR00162039 - STAR00162722] |
| 397 | [STAR00162723 - STAR00162757] |
| 398 | [STAR00207285 - STAR00207784] |
| 399 | [STAR00207785 - STAR00208257] |

| 400 | [STAR00025716] |
| --- | --- |
| 401 | [STAR00025746 - STAR00026551] |
| 402 | [STAR00026732] |
| 403 | [STAR00028348 - STAR00029634] |
| 404 | [STAR00029653 - STAR00029740] |
| 405 | [STAR00030021 - STAR00030140] |
| 406 | [STAR00031229] |
| 407 | [STAR00031230 - STAR00031298] |
| 408 | [STAR00031326] |
| 409 | [STAR00033377 - STAR00033559] |
| 410 | [STAR00033643] |
| 411 | [STAR00033786 - STAR00033790] |
| 412 | [STAR00033831] |
| 413 | [STAR00033982 - STAR00033985] |
| 414 | [STAR00130370] |
| 415 | [STAR00130374] |

| | |
|---|---|
| 416 | [STAR00132430 - STAR00132603] |
| 417 | [STAR00142752] |
| 418 | [STAR00143611 - STAR00143715] |
| 419 | [STAR00158585 - STAR00158728] |
| 420 | [STAR00026733 - STAR00026764] |
| 421 | [STAR00029741 - STAR00029751] |
| 422 | [STAR00030442 - STAR00030462] |
| 423 | [STAR00031012 - STAR00031043] |
| 424 | [STAR00025746 - STAR00026524] |
| 425 | [STAR00159426 - STAR00159432] |
| 426 | [STAR00208258 - STAR00209512] |
| 427 | STAR 00019081 – STAR 00019170 |
| 428 | June 29, 2023 Letter from Maureen Fitzgerald Re: Voynow's response regarding the handwriting depicted on Plaintiffs' Exhibit 148 |
| 429 | STAR 00014279 – STAR 00014280 |
| 430 | Summary of Voluminous Existing Exhibits - paying personal creditors scheme |
| 431 | Star 00159438 – Star 159443 |

Plaintiffs reserve their right to use any exhibits on Defendants' exhibit list.

b. Defendants' Exhibits

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 1. | November 1996 Chrysler IRS Tax Assessment | VOYNOW 35313-35320 |
| 2. | 12/30/08 Star Nissan Eng. Letter | VOYNOW 35693-35695; 28329-28332 |
| 3. | 12/30/08 Star Toy/Hy/Sub/Mits. Eng. Letter | VOYNOW35696-35699; 28325-28328 |
| 4. | 12/30/08 Star Chrysler Eng. Letter | VOYNOW 35700-35702; 28321-28324 |
| 5. | 12/30/08 Metro Chrysler Eng. Letter | VOYNOW 35708-35711; 28337-28340 |
| 6. | 12/30/09 Star Nissan Eng. Letter | VOYNOW 35703-35705; 28317-28320 |
| 7. | 12/30/09 Star Chrysler Eng. Letter | VOYNOW 35706-35708; 28337-28340 |
| 8. | 12/30/09 Star Toy/Sub/Mitsu/Hy. Eng. Letter | VOYNOW 35712-35715; 28333-28336 |
| 9. | 12/15/10 Eng. Letter Star Entities | VOYNOW 35716-35719; 19139-19143 |
| 10. | 12/15/11 Eng. Letter Star Entities | VOYNOW 35720-35723; 19134-19138 |
| 11. | 12/28/12 Eng. Letter Star Entities | VOYNOW 35724-35728; 19128-19133 |
| 12. | 1/2/14 Eng. Letter Star Entities | VOYNOW 35729-35733; 19122-19127 |
| 13. | 1/30/15 Eng. Letter Star Entities | VOYNOW 35734-35592; 24976-24984 |
| 14. | 1/18/16 Eng. Letter Star Entities | VOYNOW 35593-35594 missing full letter; 24965-24975 |
| 15. | 1/3/17 engagement letter re all Star entities | VOYNOW 35604-35614; 10906-10916 |
| 16. | 2016 Star Toyota NYC Estimated Tax Voucher | VOYNOW 4621-4624 |
| 17. | Metadata for Voynow Engagement letters | |
| 18. | 9/16/17 Voynow Letter to Star Chrysler re 2016 tax return | STAR 1158 |
| 19. | 2016 Form 1120S Star Chrysler Tax Return | VOYNOW 30590-30773 |
| 20. | 7/25/17 Voynow Letter to Star Fiat re 2016 tax return | VOYNOW 30521 |
| 21. | 2016 Form 1065 Star Fiat 2016 Tax Return | VOYNOW 30442-30589 |
| 22. | 7/25/17 Voynow Letter to Star Hyundai re 2016 tax return | VOYNOW 20798 |
| 23. | 2016 Form 1065 Star Hyundai 2016 Tax Return | VOYNOW 20708-20871 |

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 24. | 7/26/17 Voynow Letter to Star Nissan re 2016 tax return | VOYNOW 21247 |
| 25. | 2016 Form 1120S Star Nissan 2016 tax return | VOYNOW 21193- 21331 |
| 26. | 7/26/17 Voynow Letter to Star Subaru re 2016 tax return | VOYNOW 27999 |
| 27. | 2016 Form 1065 Star Subaru 2016 tax return | VOYNOW 27919-28047 |
| 28. | 7/27/17 Voynow Letter to Star Toyota re 2016 tax return | VOYNOW 27801 |
| 29. | 2016 Form 1120S Star Toyota 2016 tax return | VOYNOW 27743-27917 |
| 30. | 3/15/16 Voynow Letter to Star Subaru re 2015 tax return | VOYNOW 29026 |
| 31. | 2015 Form 1065 Star Subaru 2015 Tax Return | VOYNOW 28957-29073 |
| 32. | 5/12/16 Voynow Letter to Star Nissan re 2015 tax return | VOYNOW 19324 |
| 33. | 2015 Form 1120S Star Nissan 2015 Tax Return | VOYNOW 19264-19441 |
| 34. | 3/15/16 Voynow Letter to Star Hyundai re 2015 tax return | VOYNOW 29148 |
| 35. | 2015 Form 1065 Star Hyundai 2015 Tax Return | VOYNOW 29074-29193 |
| 36. | 3/14/16 Voynow Letter to Star Fiat re 2015 tax return | VOYNOW 27665 |
| 37. | 2015 Form 1065 Star Fiat 2015 Tax Return | VOYNOW 27603 -27704 |
| 38. | 5/13/16 Voynow Letter to Star Chrysler re 2015 tax return | VOYNOW 20031 |
| 39. | 2015 Form 1120S Star Chrysler 2015 Tax Return | VOYNOW 19972 -20124 |
| 40. | 2015 Form 1120S Star Toyota 2015 Tax Return | VOYNOW 28788-28956 |
| 41. | 7/28/17 Voynow email to M. Koufakis re 2016 returns | VOYNOW 5019 |
| 42. | 9/13/17 Voynow email to M. Koufaksi re 2016 returns | VOYNOW 2204 |
| 43. | 9/14/17 Voynow email exchange re 2016 returns | VOYNOW 25178- 25179 |
| 44. | Voynow Control Sheets Tax Engagement | VOYNOW 19329-19330; 20803-20804 |
| 45. | Voynow Control Sheet Review Engagement (redacted) | VOYNOW 35352 |
| 46. | Voynow Sample Review Eng. Letter (redacted) | VOYNOW 35330-35333 |
| 47. | Voynow Sample Review Eng. Mngt. Rep. Letter (redacted) | VOYNOW 35334-35336 |
| 48. | Voynow 2015 Workpapers for Star Chrysler | Voynow 19442-19627 |
| 49. | Voynow 2016 Workpapers for Star Chrysler | Voynow 20289-20430 |
| 50. | Voynow 2015 Workpapers for Star Toyota | Voynow 19628-19793 |

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 51. | Voynow 2016 Workpapers for Star Toyota | Voynow 21332-21639 |
| 52. | Voynow 2015 Workpapers for Star Nissan | Voynow 19794-19971 |
| 53. | Voynow 2016 Workpapers for Star Nissan | Voynow 20607-20707 |
| 54. | Voynow 2015 workpapers  Star Subaru | Voynow 8331-35;8395-8400 |
| 55. | Voynow 2016 Workpapers for Star Subaru | Voynow 21110-21192 |
| 56. | Voynow 2015 Workpapers for Star Hyundai | Voynow 5933-6089 |
| 57. | Voynow 2016 Workpapers for Star Hyundai | Voynow 9121-9216 |
| 58. | 12/31/16 Voynow workpaper Star Subaru | VOYNOW 11062 |
| 59. | 1/27/17 Voynow Email re Y/E Entries | VOYNOW 5458-5461 |
| 60. | 1/27/17 Voynow Email re Y/E Entries | VOYNOW 25468-25472 |
| 61. | 1/27/17 Voynow Email re Y/E Entries | VOYNOW 5467-5468 |
| 62. | 12/31/16 Voynow workpaper Star Chrysler | VOYNOW 11106 |
| 63. | 12/31/16 Voynow workpaper Star Chrysler | VOYNOW 11200 |
| 64. | 12/31/15 Voynow workpaper Star Chrysler | VOYNOW 011228 |
| 65. | 12/31/15 Voynow workpaper: Star Chrysler | VOYNOW 11545 |
| 66. | 12/31/16 Voynow workpaper Star Subaru | VOYNOW 11132 |
| 67. | 1/17/11 Voynow internal email (redacted) | VOYNOW 3097-3098 |
| 68. | 6/5/09 Voynow internal email (redacted) | Voynow 28324-28316 |
| 69. | 11/25/15 Voynow Email re 2015 Tax Plan Memo | VOYNOW 25698; 25160-25162 |
| 70. | 12/20/16 Voynow Emal re 2016 Tax Plan Memo | VOYNOW 25423; 25140-25141 |
| 71. | Voynow Time Records Star Chrysler | Voynow 24393-24397; 24436-40 ; 24751-52; 24411-14, 24423, 24425, 24403-24414; 24418-24427 |
| 72. | Voynow Time Records Star Toyota | Voynow 24843-44, 24853-24861, 24817-24821, 24839-24846; 24900; 24913 |
| 73. | Voynow Time Records Star Hyundai | Voynow 24728-29; 24736-24742; 24750-55 |
| 74. | Voynow Time Records Star Nissan | Voynow 24544-24548; 24553-24560; 24570-24576; 24591 |
| 75. | Voynow Time Records Star Subaru | Voynow 24311-13; 24318-24324; 24331-335 |
| 76. | Summary Chart – Voynow Site Visits 2015-2017 Per Time Records | |
| 77. | 2017 Voynow Unpaid Invoices | Ex. A-F attached to Voynow Counterclaim |
| 78. | 11/7/17 Voynow email re end of engagement; unpaid bills sent | Voynow 25181 |
| 79. | Voynow Invoices Star Subaru 2015-2017 | Voynow 24326, 24317, 24314, 24310, 24308; 24330, 24338, 24342 |
| 80. | Voynow Invoices Star Toyota 2015-2017 | Voynow 24816, 24823, 24826, 24830,  24833-34, 24836, |

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| | | 24838, 24848-49, 24852, 24864, 24868 |
| 81. | Voynow Invoices Star Nissan 2015-2017 | Voynow 24533, 24536, 24539, 24542, 24549-50, 24552, 24563, 24567, 24569, 24579, 24582 |
| 82. | Voynow Invoices Star Chrysler 2015-2017 | Voynow 24390, 24392, 24398, 24400, 24402, 24416, 24431, 24434, 24443, 24446, 24449, 24452, 24455 |
| 83. | Voynow Invoices Star Hyundai 2015-2017 | Voynow 24727, 24731-32, 24735, 24746, 24749, 24758, 24761 |
| 84. | 6/12/17 Voynow email to J. Cutillo re Dealer Internal Control Checklist | Voynow 2379-2389 |
| 85. | 2/25/16 Voynow email re Star Chrysler DOL Audit | Voynow 18712-18713 |
| 86. | 6/20/18 Cutillo Email to NYPD | STAR 14938 |
| 87. | 4/24/18 Cutillo Email to NYPD | STAR 14790-91 |
| 88. | 2/6-7/18 Rosenfield Email to Queens D.A. | STAR 14709 |
| 89. | 4/20/17 Rosenfield Eng. Letter Forensic Accounting | Rosenfield 43-44 |
| 90. | Complaint: Star Auto Sales, et al v. Rosenfield, NY Supreme Ct. Queens County, Index No. 710988/2023 | Voynow MSJ Ex. 27 |
| 91. | Answer with Amended Counterclaim, Crossclaim and Third-Party Complaint: Star Auto Sales, et al v. Rosenfield, USDC. SDNY Civ. Action No. 21-3858 | Voynow MSJ Ex. 28 |
| 92. | Rosenfield May 2017 Forensic Accounting Invoices | Rosenfield 08-011 |
| 93. | 11/3/17 Star Letters to Voynow terminating engagement | Voynow 35686-35692 |
| 94. | 2/6/17 Nick Chester Email/Report to M. Koufakis | STAR 16493-16496 |
| 95. | 2/6/17 Nick Chester Email / Memo to M. Koufakis | STAR 16497-98 |
| 96. | 2/7/17-2/21/17 Nick Chester Email String | Voynow 25137 |
| 97. | 8/17/17 M. Koufakis Email to Voynow | VOYNOW 2210-2211 |
| 98. | 11/6/15 Star internal Email | STAR 161124-161125 |
| 99. | 3/10/16 Voynow internal Email re Star records | VOYNOW 4588 |
| 100. | 1/14/16 Voynow internal Email re Star records | VOYNOW 1744 |
| 101. | Checks Signed Payable to Capital, HSBC, M&T Bank | Star 15997-16036 |
| 102. | Civil Complaint, Star Auto Sales, et al v. Vivian Karazoukis  NY Supreme Ct. Queens County, Index No. 711698/2018 | Star Nissan 30(b)(6) Dep. Ex. 19 |
| 103. | Vehicle Deal Jacket re M. Karazoukis 2016 | STAR 130505-130561 |

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| | Toyota Tundra | |
| 104. | Star Toyota February 2016 Bank St. | STAR 142478-142498 |
| 105. | Vehicle Deal Jacket re Ange Raptis Toyota Highlander | STAR 130420-130504 |
| 106. | Vehicle Deal re C. Jones Toyota Highlander | Star Nissan 30(b)(6) Dep. Ex. 15 |
| 107. | Amended Complaint Star Nissan, et al  v. C. Jones  - NY S.Ct. Nassau Co., Index No. 610541/2018 | Star Nissan 30(b)(6) Dep. Ex. 3 |
| 108. | 2015-2017 Checks Signed Payable to Staples | Star Nissan 30(b)(6) Dep. Ex. 7 |
| 109. | Staples Application Documents | Star Nissan 30(b)(6) Dep. Ex. 4 |
| 110. | D. Theocharis W2 Statements 2014-2016 (redacted) | STAR 134771- 134773 |
| 111. | Complaint Star Auto Sales, et al v. D. Theocharis  NY S.Ct. Nassau Co., Index No. 613475/2017 | Star Chrysler 30(b)(6) Dep. Ex. 2 |
| 112. | 2/3/16 Check Payable to Star  (redacted) | STAR 140077-140078 |
| 113. | 2015-2016 Checks Signed Payable to Motorsports | STAR 152926-STAR 152965 |
| 114. | Complaint Star Subaru, et al v. Filardo  NY S. Ct. Queens Co. Index No. 717443/2017 | Star Subaru (30(b)(6) Dep. Ex. 2 |
| 115. | Subaru of America Co-Op Claim Payments | STAR 14861; 14854; 14882-14883 |
| 116. | 9/8/15 IRS Letter to Star Subaru c/o M. Koufakis | STAR 71212-71214 |
| 117. | 2/3/15 Star Subaru 2014 1099 Forms | STAR 71190- 71211 (redacted) |
| 118. | 9-4-15 Star internal Reynolds Email | STAR00161102 |
| 119. | 10-23-15 Star internal Reynolds Email | STAR00161122 |
| 120. | 12/9/15 Star internal Reynolds Email | STAR00161131 |
| 121. | 12/21/15 Star internal Reynolds Email | STAR00161136 |
| 122. | Paul Proctor Dep Ex. 2  NMAC Bonus Scorecard Update | NMAC 000149-158 |
| 123. | Paul Proctor Dep Ex. 3 NMAC Dealer Earning Report | NMAC 00084-000130 |
| 124. | Paul Proctor Dep Ex. 4  NMAC Emails | NMAC 0001-0008 |
| 125. | Paul Proctor Dep Ex. 6   NMAC 2016 Contact Report | NMAC 000761-000762 |
| 126. | Paul Proctor Dep. Ex. 1 NMAC Bonus Program | NMAC 000150-000153 |
| 127. | 7/21/21 Gladys Galarza Declaration | STAR 148426-148442 |
| 128. | 9/27/21 Affidavit of J.Cutillo | STAR 148036-148052 |
| 129. | 7/29/20 Deposition Transcript Christina Gomes | STAR 143848-143888 |
| 130. | 7/29/20 Deposition Transcript Derrick Arroyave | STAR 143904-143931 |
| 131. | 7/29/20 Deposition Transcript Howard Wong | STAR 143942-143982 |

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 132. | 7/29/30 Deposition Transcript Larissa Isakov | STAR 143998-144029 |
| 133. | 7/29/20 Deposition Transcript Samantha Walcott | STAR 144042-144084 |
| 134. | 7/29/20 Deposition Transcript Wonjung Yun | STAR 144101-144138 |
| 135. | Subaru Added Security Retailer Rewards Program | STAR00030256 |
| 136. | 2018 Subaru Retailer Rewards Advance | STAR00030014 |
| 137. | December 2017 Email Subaru Distributor Corp. | SDC 29-SDC 31 |
| 138. | July 2017 SDC Co-Op Program Form | SDC 116-SDC 117 |
| 139. | May 2017 Email re SAS Rewards Program | SDC 125-SDC 128 |
| 140. | 2016 Subaru Added Security Retailer Rewards Program | SDC 365-SDC 366 |
| 141. | Subaru 2016 Dealer Report and Reward Program | SDC 372-SDC 376 |
| 142. | 2/2/16 Subaru Distributor Corp. Memo re Rewards Program | SDC 379-SDC 381 |
| 143. | 2013 Subaru America Monthly Statement Star Subaru | SDC 479-SDC 505 |
| 144. | Trial Transcript   Star Nissan, et al v. Carmen Jones, et al  NY Supreme Ct. Nassau County, Index No. 610541/2018 | |
| 145. | M. Koufakis Deposition -  Star Nissan, et al v. Carmen Jones, et al; NY Supreme Ct. Nassau County, Index No. 610541/2018 | |
| 146. | Transcript M. Koufakis 4/22/25 Testimony In re Filardo, U.S. Bankruptcy Court Case No. 8-23-71732 | |
| 147. | Complaint: People of New York v. Star Toyota, Index No. 718092 | Voynow 35641-35663 |
| 148. | Consent Order and Judgment: People of New York v. Star Toyota, Index No. 718092 | Voynow 35664-35685 |
| 149. | Complaint Koufakis Realty, et al v. Steve Koufakis, et al New York Supreme Court Nassau County Index 609131/2024 | |
| 150. | 9/15/23 Expert Report by Stephen Scherf, CPA/CFF, CFE, CVA | |
| 151. | 11/10/23 Rebuttal Report by Stephen Scherf, CPA/CFF, CFE, CVA | |
| 152. | 9/15/23 Expert Report of Vince Petruzziello | |
| 153. | 11/10/23 Expert Report of Vince Petruzziello | |
| 154. | 3/17/15 Voynow Email | Voynow 25159 |
| 155. | 11/30/17 Voynow Email | VOYNOW 2023 |
| 156. | 11/7/17 Voynow Email | VOYNOW 25181 |

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 157. | 2016 Star Toyota Rosenfeld Prepared Tax Return | STAR 22661-22727 |
| 158. | 2017 Star Toyota Rosenfield Prepared Tax Return | STAR 22728-22799 |
| 159. | 2016 Star Subaru Rosenfield Prepared Tax Return | Star 22898-22994 |
| 160. | 2017 Star Subaru Rosenfield Prepared Tax Return | Star 22995-23116 |
| 161, | 2016 Star Hyundai Rosenfield Prepared Tax Return | Star 23265-23378 |

3)    Names and addresses of Plaintiffs' witnesses, together with a brief narrative statement of the expected testimony of each witness. Only listed witnesses will be permitted to testify except for good cause shown.

a.  Plaintiffs' Witnesses

| Name | Address | Narrative of Expected Testimony |
|---|---|---|
| Michael Koufakis | c/o Milman Labuda Law Group PLLC | Services provided by Defendants to Plaintiffs; Star's investigation into the employee theft; Star's internal accounting practices, policies, and procedures. |
| John Koufakis, Jr. | c/o Milman Labuda Law Group PLLC | Services provided by Defendants to Plaintiffs. |
| Steven Koufakis | c/o Milman Labuda Law Group PLLC | Services provided by Defendants to Plaintiffs. |
| Jacqueline Cutillo | c/o Milman Labuda Law Group PLLC | Services provided by Defendants to Plaintiffs; Star's investigation into the employee theft; Star's internal accounting practices, policies, and procedures. |
| Carmen Jones | 42 North Baldwin Place, Massapequa, NY 11758 | Services provided by Defendants to Plaintiffs; employee theft; theft from Star |

| Despina Theocharis | 109 East Street, Hicksville, NY 11801 | Services provided by Defendants to Plaintiffs; Plaintiffs' investigation into employee theft; theft from Star |
| --- | --- | --- |
| Steven Rambam (Pallorium, Inc.) | P. O. Box 155 - Midwood Station, Brooklyn, NY 11230 | Star's investigation into the employee theft |
| Hugh Whyte | c/o Marshall Dennehey Warner Coleman & Goggin | Services provided by Defendants to Plaintiffs; Plaintiffs' investigation into employee theft |
| Randall Franzen | c/o Marshall Dennehey Warner Coleman & Goggin | Services provided by Defendants to Plaintiffs; Plaintiffs' investigation into employee theft |

| Name | Address | Subject(s) of Information Believed Known |
|------|---------|------------------------------------------|
| | | |
| Robert Seibel | c/o Marshall Dennehey Warner Coleman & Goggin | Services provided by Defendants to Plaintiffs; Plaintiffs' investigation into employee theft |
| Gladys Galarza | c/o Milman Labuda Law Group PLLC | Services provided by Defendants to Plaintiffs; theft by Plaintiffs' employees |
| Omar Alvarez | c/o Milman Labuda Law Group PLLC | Services provided by Defendants to Plaintiffs; theft by Plaintiffs' employees |
| Denise Clemons, Chase Bank | 678 Monte Vista Court, Greenwood, IN 46143 | Authentication of Plaintiffs' bank records |
| Nicholas Chester | | Plaintiffs' investigation into employee theft |
| Shawn McCormack | 503 North Easton Road, Glenside, PA 19038 | Services provided by Defendants to Plaintiffs; Plaintiffs' investigation into employee theft |
| David Kumor | c/o Marshall Dennehey Warner Coleman & Goggin | Services provided by Defendants to Plaintiffs; Plaintiffs' investigation into employee theft |
| Robert Kirkhope | c/o Marshall Dennehey Warner Coleman & Goggin | Services provided by Defendants to Plaintiffs; Plaintiffs' investigation into employee theft |
| David Lombardo | 130 Hyde Park Place, Yardley, PA 19067 | Services provided by Defendants to Plaintiffs; Plaintiffs' investigation into employee theft |

| | | |
|---|---|---|
| Mike Corrigan | 1156 Bellemeade Drive, Warminster, PA 18974 | Services provided by Defendants to Plaintiffs; Plaintiffs' investigation into employee theft |
| Benjamin Sidor | 2501 Maryland Road, Willow Grove, PA 19090 | Services provided by Defendants to Plaintiffs; Plaintiffs' investigation into employee theft |
| Cody McCabe | 948 Graystone Circle, Northampton, PA 18067 | Services provided by Defendants to Plaintiffs; Plaintiffs' investigation into employee theft |
| John Breslin | 217 Andover Road, Fairless Hills, PA 19030 | Services provided by Defendants to Plaintiffs; Plaintiffs' investigation into employee theft |
| Vincent Bucolo | 1 Garrison Place, Newtown, PA 18940 | Services provided by Defendants to Plaintiffs; Plaintiffs' investigation into employee theft |
| Timofey Kravets | 2404 East Firth Street, Philadelphia, PA, 19125 | Services provided by Defendants to Plaintiffs; Plaintiffs' investigation into employee theft |
| George Theocharis | 109 East Street, Hicksville, NY 11801 | Theft from Plaintiffs |
| Douglas Filardo | 27 Montauk Hwy, Westhampton, NY 11977 | Theft from Plaintiffs |
| Francine Filardo | 27 Montauk Hwy, Westhampton, NY 11977 | Theft from Plaintiffs |
| Maria Pappas | c/o Milman Labuda Law Group PLLC | Employee theft; services provided by Voynow |

| Karol Seltzer | c/o Milman Labuda Law Group PLLC | Employee theft; services provided by Voynow |
|---|---|---|
| Pro-Count, Inc./Scot MacNeill | 577 Teaneck Road, Ridgefield Park, New Jersey 07660 | Parts physicals at Plaintiffs' dealerships |
| Alkarim Pardhan | c/o Milman Labuda Law Group PLLC | Parts department for Toyota, Nissan, and Subaru |
| Gus Tsolkas | c/o Milman Labuda Law Group PLLC | Nissan sales department |
| Subaru Dealer Representative | Subaru of America, One Subaru Drive, Camden, NJ 08103 | Subaru bonus and incentive programs; Doug Filardo |
| Rob Szpanka | | Services provided by Voynow for Plaintiffs |
| Craig Wolf | | Services provided by Voynow for Plaintiffs |
| Dave Kaplan | 2872 Denbeigh Drive, Hatfield, PA 19440 | Services provided by Defendants to Plaintiffs; Plaintiffs' investigation into employee theft |
| James Foley, Subaru Distributor Corporation | 6 Ramland Road, Orangeburg, NY 10962 | Subaru bonus and incentive programs; Doug Filardo |

| Philip O'Sullivan, Subaru Distributor Corporation | 6 Ramland Road, Orangeburg, NY 10962 | Subaru bonus and incentive programs; Doug Filardo |
|---|---|---|
| Richard Spaziante, Subaru Distributor Corporation | 6 Ramland Road, Orangeburg, NY 10962 | Subaru bonus and incentive programs; Doug Filardo |
| Jim Sarchase | Subaru of America, One Subaru Drive, Camden, NJ 08103 | Subaru bonus and incentive programs; Doug Filardo |
| Elli Triantafyllou | 2124 31st Ave, Apt 2R, Astoria, NY 11106 | Employee theft; services provided by Voynow |
| Marilyn Kahn | c/o Milman Labuda Law Group PLLC | Employee theft; services provided by Voynow |
| Douglas Sosnowski | 369 Franklin Street, Buffalo, NY 14202 | Expert testimony |
| Stephen J. Scherf | 5 West Lodges Lane in Bala Cynwyd, PA 19004 | Expert testimony |
| Vincent Petruzziello | 5 Cedar Village Boulevard, Brick, NJ 08724 | Expert testimony |

b.  Defendants' Witnesses

| Witness | Address | Subject Matter of Anticipated Testimony |
|---|---|---|
| Hugh Whyte | c/o Voynow, Bayard, Whyte and Company, LLP, 1210 N. Brook Drive, Suite 140, Trevose, PA 19053 | Hiring of Voynow by Star Auto Group; services provided by the Voynow Defendants; Star tax returns; Voynow billing and file set up procedures; Voynow procedures regarding engagement letters; scope of Star engagement; communications with Star owners regarding internal practices. |
| Randall Franzen | c/o Voynow, Bayard, Whyte and Company, LLP, 1210 N. Brook Drive, Suite 140, Trevose, PA 19053 | Hiring of Voynow by Star Auto Group; services provided by the Voynow Defendants; Star tax returns; Voynow procedures regarding engagement letters; scope of engagement; Voynow workpapers; communications with Star representatives; Voynow on-site visits; termination of engagement. |
| Robert Seibel | c/o Voynow, Bayard, Whyte and Company, LLP, 1210 N. Brook Drive, Suite 140, Trevose, PA 19053 | Services provided by the Voynow Defendants to Star Auto Group; Voynow work papers; Star tax returns; Voynow procedures regarding engagement letters; Voynow on site visits; scope of engagement; communications with Plaintiffs' representatives; termination of engagement. |
| Ken Rosenfield | 201 E. Pine Street, Orlando, FL 32801 | Forensic accounting engagement services provided to Star Auto Group; Communications with law enforcement re alleged thefts. |
| Nicholas Chester | 88 Aristotle Way, Cranbury, NJ 08512 | Engagement with the Star Auto Group and services provided regarding alleged employee theft; Communications with Michael Koufakis. |
| Dave Kumor | 532 Cassingham Road, Fairless Hills, PA 19030 | Services provided by the Voynow Defendants to Star Auto Group; Voynow work papers; Star tax returns; Voynow on site visits; scope of engagement; communications with Plaintiffs' representatives. |
| Shawn McCormick | 8619 Wissahickon Avenue, Philadelphia, PA | Scope of Voynow engagement; communications and interactions with Plaintiffs' representatives. |
| Robert Kirkhope | c/o Voynow, Bayard, Whyte and Company, LLP, 1210 N. Brook Drive, Suite 140, Trevose, PA 19053 | Services provided by the Voynow Defendants to Star Auto Group; Voynow work papers; Star tax returns; Voynow on site visits; scope of engagement; communications with Plaintiffs' representatives. |
| Timothy Kravets | c/o Voynow, Bayard, Whyte and Company, LLP, 1210 N. Brook Drive, Suite 140, Trevose, PA 19053 | Services provided by the Voynow Defendants to Star Auto Group; Voynow work papers; Star tax returns; Voynow on site visits; scope of engagement; communications with Plaintiffs' |

| Witness | Address | Subject Matter of Anticipated Testimony |
|---|---|---|
| | | representatives. |
| Paul Proctor | 1501 Cottontail Lane, Somerset, NJ 08873 | NMAC dealer bonus program and payments issued to Star; communications with Plaintiffs' representatives regarding NMAC bonus program. |
| Daniel Jamnik | c/o Bookkeeping and Back Office Solutions, LLC, 30 Vreeland Road, #120, Florham Park, NJ 07932 | Forensic accounting engagement services provided to Star Auto Group by Rosenfield; Communications with law enforcement representative. |
| Rob Szpanka | 1309 Keystone Drive, Sellersville, PA 18960 | Hiring of Voynow by Star Auto Group; scope of engagement. |
| Betteann Norris | c/o Voynow, Bayard, Whyte and Company, LLP, 1210 N. Brook Drive, Suite 140, Trevose, PA 19053 | Voynow procedures for engagement letters; Voynow engagement letters issued to Star; Voynow internal file set up procedures. |
| Ben Sidor | 2501 Maryland Road, Apt. 14, Willow Grove, PA 19090 | Services provided by the Voynow Defendants to Star Auto Group; Voynow work papers; Star tax returns; Voynow on site visits; scope of engagement; communications with Plaintiffs' representatives. |
| James Foley | 19 Maple Road Ringwood, NJ 07456 | Subaru advance payment for warranty sales/retailer rewards; Subaru co-op for advertising; communications with Star representatives re Subaru reward program; Subaru portal content. |
| Barron Butler | c/o Subaru Distributor Corp. 6 Ramland Road Orangeburg, NY 10962 | Subaru advance payment for warranty sales/retailer rewards; Subaru co-op for advertising; communications with Star representatives re Subaru reward program; Subaru portal content. |
| Stephen Scherf, CPA/CFF. CFE | c/o Asterion, Inc. 1617 JFK Boulevard, Suite 1040 Philadelphia., PA 19103 | Voynow expert witness as to Voynow compliance with professional standards; Voynow engagement with Star; Star's claims against Voynow. |
| Vincent Petruzillo | 5 Cedar Village Boulevard Brick, NJ 08724 | Voynow expert witness as to dealership management practices; Star's deficiencies in dealership management practices. |

4)      Lists of depositions to be offered.

   a.  Plaintiffs

   1)  Michael Koufakis

   2)  Steven Koufakis

   3)  John Koufakis

4)  Gus Tsolkas

5)  30(b)(6) Star Nissan

6)  30(b)(6) Star Toyota

7)  30(b)(6) Star Chrysler

8)  30(b)(6) Star Hyundai

9)  30(b)(6) Star Subaru

10) Jacqueline Cutillo

11) Karol Seltzer

12) Karen Macias

13) Douglas Sosnowski

14) Shawn McCormack

15) David Lombardo

16) Mike Corrigan

17) David Kumor

18) Vincent Bucolo

19) Benjamin Sidor

20) Timofey Kravets

21) Cody McCabe

22) Dave Kaplan

23) John Breslin

24) Paul Proctor

25) Hugh Whyte

26) Bob Seibel

27) Robert Kirkhope

28) Randall Franzen

29) Jacquelline Cutillo

30) Voynow 30(b)(6)

31) Stephen J. Scherf

32) Vincent Pertuzziello

   b.   **Defendants**

     1.   <u>Star Toyota 2/2/23 30(b)(6) Deposition</u>: 21:12-18; 21:20-22:1; 28:2-29:18; 31:8-21; 32:2-21; 32:22-33:14; 34:4-9; 34:16-18; 34:19-35:3; 35:13-19; 36:1-11; 37:21-38:6; 51:8-14; 51:19-52:1; 57:5-19; 82:10-21; 83:20-85:10;; 85:17; 86:18-21; 91:24-92:5; 92:13-21; 93:24-94:4; 94:5-8; 94:25-95:5; 98:16-24; 102:24-103:13; 108:19-109:4; 108:19-109:18; 109:19-24; 113:1-9; 113:13-114:10; 123:3-25; 141:4-24; 144:20-145:5.

     2.   <u>Star Subaru 2/3/23 30(b)(6) Deposition</u>: 9:24-10:19; 11:8-10; 12:1-19; 18:4-19:2; 19:9-20:12; 32:7-17; 40:11-14; 47:10-48:6; 55:10-16; 60:7-17; 62:6-9; 81:20-82:5; 82:6-16; 83:15-84:15; 89:25-90:8; 90:8-24; 91:23-92:3; 98:12-99:22; 102:2-24; 104:9-10; 106:3-18; 107:4-23; 111:23-112:4; 112:12-15; 113:24-114:5; 119:5-13; 119:24-120:5; 124:2-19; 124:14-125:11.

     3.   <u>Star Nissan 2/1/23 30(b)(6) Deposition</u>: 8:3-6; 8:18-9:12; 14:8-14; 17:7-18:4; 20:21-21:11; 39:18-40:6; 41:11-20; 42:4-12; 47:7-21; 72:4-22; 73:7-23; 74:10-15; 76:4-8; 87:15-88:9; 89:22-93:20; 96:17-23; 97:6-98:19; 111:6-117:2; 121:12-122:17; 123:5-10; 126:7-25; 127:1-22; 127:25-128:22; 137:11-20; 138:4-13; 153:23-154:5; 154:21-155:22; 156:13-17; 157:3-15; 168:13-21; 175:14-21; 182:25-183:3; 184:4-15; 188:4-189:3; 192:8-20; 192:21-24; 194:15-24; 200:16-20; 200:21-201:17; 202:14-19; 204:11-17; 190:15-17; 207:7-19; 228:5-229:9; 246:3-13; 255:3-7; 270:22-271:22; 275:17-24; 278:15-279:7; 279:24-280:16; 280:20-281:14; 281:18-22; 282:4-12; 284:18-24; 286:24-287:11; 288:8-10; 288:21-289:9.

     4.   <u>Star Nissan 2/2/23 30(b)(6) Deposition</u>: 14:24-15:11; 15:25-16:7; 17:5-18:10; 18:16-19:2.

     5.   <u>Star Chrysler 2/3/23 30(b)(6) Deposition</u>: 9:6-12; 9:20-23; 10:4-23; 11:7-13; 15:3-19; 21:17-21; 26:2-13; 48:5-49:6; 50:17-25; 54:8-23; 54:24-55:5; 45:13-17.

     6.   <u>Star Hyundai 2/3/23 30(b)(6) Deposition</u>: 7:7-24; 19:9-15.

7. <u>Jacqueline Cutillo 2/28/23 Deposition</u>: 10:20-11:18; 15:2-3; 16:21-18:2; 34:22-35:17; 37:11-38:6; 39:2-16; 41:14-16; 41:22-42:3; 42:5-11; 46:18-47:10; 48:1-6; 49:5-15; 49:16-22; 49:25-50:1; 50:23-51:1; 51:5-7; 54:4-8; 55:5-16; 55:25-56:6; 56:7-20; 57:2-4; 58:8-16; 59:4-60:22; 62:7-15; 62:17-64:11; 65:4-15; 65:17-66:7; 66:11-68:10; 77:12-78:24; 107:8-17; 117:21-118:8; 127:22-25; 128:1-20; 134:25-135:7; 169:3-19; 172:16-174:10; 174:23-175:20; 183:16-23; 190:10-191:13; 240:22-241:9; 247:7-14; 261:2-16; 263:13-18; 268:19-269:4; 279:13-280:8; 290:13-292:5; 292:20-23.

8. <u>Steve Koufakis 9/13/22 Deposition</u>:  15:23-16:13; 17:1-7; 17:14-23; 20:18-21:7; 21:16-22:13; 23:24-24:7; 28:23-25; 48:8-12; 48:17-20; 51:12-14; 52:3-11; 63:9-12; 63:13-65:12; 66:15-19; 67:18-68:2; 68:15-18; 68:23-69:5; 69:6-8; 69:15-18; 70:4-7; 71:14-20; 81:18-23; 83:17-84:9; 86:20-25; 90:7-15; 92:4-12; 92:17-19; 93:7-14; 97:3-10; 104:23-105:4; 106:6-13; 112:16-113:12; 114:18-117:12; 146:12-14; 155:7-16; 160:14-161:7; 161:8-25; 174:17-175:3; 175:25-176:20; 183:22-184:20; 195:3-8; 195:13-16; 207:3-11; 207:23-25.

9. <u>Michael Koufakis 8/15/22 Deposition</u>: 28:9-13; 29:4-11; 32:16-33:10; 33:11-17; 33:22-34:5; 42:20-43:2; 44:3-17; 45:24-46:3; 61:21-62:6; 64:6-65:9; 82:24-83:9; 95:14-15; 116:15-117:24; 119:16-25; 120:12-17; 121:4-8; 123:4-9; 159:23-160:4; 164:18-165:21; 175:7-19; 177:3-13; 176:11-16; 180:7-13; 180:25-181:14; 182:6-16; 202:22-203:9; 203:19-23; 212:18-213:24; 214:2-5; 214:6-22; 227:12-22; 227:23-228:2; 232:3-11.

10. <u>John Koufakis 9/23/22 Deposition</u>: 27:7-22; 29:5-7; 31:2-9; 40:10-13; 41:22-25; 42:4-10; 42:12-20; 51:9-24; 62:20-63:11; 63:13-23; 65:19-23; 66:21-67:5; 69:14-17; 70:2-8; 78:20-24; 79:7-10; 101:12-16; 110:25-111:16; 112:10-15; 123:17-25; 131:25-132:18; 136:4-14; 136:21-24; 137:7-12; 138:1-17; 140:21-141:1; 177:16-21; 178:5-11; 187:11-21; 192:9-21; 204:16-23; 216:13-16.

Respectfully submitted,

Dated: Lake Success, New York
      December 19, 2025        **MILMAN LABUDA LAW GROUP PLLC**

By:  /s/ Jamie S. Felsen, Esq.
     Joseph M. Labuda, Esq.
     Jamie S. Felsen, Esq.
     Michael C. Mulè, Esq.
     3000 Marcus Avenue, Suite 3W8
     Lake Success, NY 11042-1073

(516) 328-8899 (office)
(516) 328-0082 (facsimile)
joe@mllaborlaw.com
jamie@mllaborlaw.com
michaelmule@mllaborlaw.com
*Attorneys for Plaintiffs*

**MARSHALL DENNEHEY, P.C.**

BY: _____
MAUREEN P. FITZGERALD, ESQUIRE
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406
(610) 354-8270 Fax (610) 354-8299
Email:  mpfitzgerald@mdwcg.com
Attorney for Defendants,
Voynow, Bayard, Whyte and Company, LLC, Hugh
Whyte, Randall Franzen, and Robert Siebel

Dated:  December 19, 2025