**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: <u>Judge Edward R. Korman</u>          DATE: <u>July 27, 2026</u>          TIME: <u>1:00 pm</u>

DOCKET #: <u>18-cv-5775 (ERK)</u>          TITLE: <u>Star Auto Sales of Bayside, Inc. et al</u>
<u>v. Voynow, Bayard, Whyte and Company,</u>
<u>LLP et al</u>

BY VIDEOCONFERENCE   <u>√</u>          DEPUTY CLERK: <u>Matthew O'Brien</u>

PLAINTIFFS' COUNSEL:          DEFENDANTS' COUNSEL:
Joseph M. Labuda, Esq.          Maureen Fitzgerald, Esq.
Michael Charles Mule, Esq.          John Louis Slimm, Esq.
<u>√</u>  Present  _____ Not Present          <u>√</u>  Present  _____ Not Present

- A pre-trial conference was held over Zoom.  The parties discussed anticipated trial length and confirmed that both liability and damages are contested.  Defense counsel raised whether defendants' engagement letters could be dispositive on the issue of liability and suggested the Court may address this in a pre-trial hearing.

- The parties disagreed on whether a *Daubert* motion to exclude plaintiffs' expert is appropriate at this stage or whether it should be addressed at trial instead.  The Court directed the parties to file letters on their respective positions.  Defense counsel shall submit their pre-motion letter by 8/3/26; plaintiffs' counsel shall submit their response by 8/17/26.

TIME:  <u>0/40</u>