**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

September 15, 2026

**VIA ECF**
Honorable Edward R. Korman, U.S.D.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

***Re:*** **Star Auto Sales of Bayside, Inc., *et al.* v. Voynow, Bayard, Whyte and Co., LLP, *et al.***
**Case No.: 1:18-cv-5775 (ERK) (TAM)**

Dear Judge Korman:

We represent Plaintiffs in the above-referenced action. We write to request a brief one-week extension for our time to respond to Defendants' August 3, 2026, 24-page single spaced letter (Dkt. 137), seeking to preclude Plaintiffs' expert. The original due date was August 17, 2026 (Dkt. 136). We requested one previous extension, which was granted, and extended Plaintiffs' time to September 16, 2026 (August 14, 2026 Docket Text Order). Yesterday, we requested the consent of Defendants' counsel but have not yet received a response. The reason for this request is that Defendants' submission is quite substantial, and the response requires review of a significant amount of discovery, as well as coordination with Plaintiffs' client and expert who had intervening vacations, and Plaintiffs' counsel also has had numerous other court obligations. We, therefore, request the Court's indulgence for this additional brief extension so that we can provide the Court with a full and complete response and avoid prejudice to our client.

We thank the Court for its attention to this matter.

Respectfully submitted,
**MILMAN LABUDA LAW GROUP, PLLC**
/s/ Michael C. Mulè
Attorneys for Plaintiffs

cc: All counsel of record