**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

September 23, 2026

**VIA ECF**

Honorable Edward R. Korman, U.S.D.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

***Re:*** **Star Auto Sales of Bayside, Inc., *et al.* v. Voynow, Bayard, Whyte and Co., LLP, *et al.***
**Case No.: 1:18-cv-5775 (ERK) (TAM)**
**Defendants' File No.: 03127-1373**
**MLLG File No.: 76-2018**

Dear Judge Korman:

We represent Plaintiffs (hereinafter "Star") in the above-referenced accounting malpractice action. In accordance with the directions of your Deputy Clerk, Matthew, tomorrow, September 24, 2026, we will be sending by separate letter a zip drive including all the relevant materials referenced in our papers today, September 23, 2026, via ECF (Dkt. 140) in opposition to Defendants' August 3, 2026 letter seeking preclusion of Plaintiffs' expert (Dkt. 136).

We thank the Court for its attention to this matter.

Respectfully submitted

**MILMAN LABUDA LAW GROUP PLLC**

_/s/ Michael C. Mulè_

cc: All counsel of record